ORIGINAL

IRELL & MANELLA LLP
David I. Gindler (117824) (dgindler@irell.com)
Andrei Iancu (184973) (aiancu@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
Aria Diagnostics, Inc.

E-filing

FILED
2011 DEC 19 A 9:13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDL

| | |
|---|---|
| ARIA DIAGNOSTICS, INC., Plaintiff, vs. SEQUENOM, INC., Defendant. | Case No. CV 11 06391 |
| | **ARIA DIAGNOSTICS, INC.'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| | **[Federal Rule of Civil Procedure 7.1 and N.D. Civ. Local Rule 3-16]** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Venrock Associates V, L.P. (including its affiliates Venrock Entrepreneurs Fund V, L.P.; Venrock Healthcare Capital Partners, L.P.; Venrock Partners V, L.P.; and VHCP Co-Investment Holdings, LLC), and Domain Partners VIII, L.P. (including its affiliate DP VIII Associates, L.P.). The above-listed entities own 10% or more of the stock in Aria Diagnostics, Inc.

BY FAX

Pursuant to Federal Rule of Civil Procedure 7.1, no parent corporation or publicly held corporation owns 10% or more of Aria Diagnostics, Inc.'s stock.

Dated: December 19, 2011

Respectfully submitted,

IRELL & MANELLA LLP
David I. Gindler
Andrei Iancu

By: ______________________
David I. Gindler
Attorneys for Plaintiff
Aria Diagnostics, Inc.

Of Counsel:

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, L.L.P.
Barry J. Herman (bherman@oblon.com)
Tia D. Fenton (tfenton@oblon.com)
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Facsimile: (703) 413-2220