**EXHIBIT 7 TO**

**DECLARATION OF MICHAEL J. MALECEK IN SUPPORT OF SEQUENOM, INC.'S MOTION TO DISMISS OR TRANSFER**



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Patent Query**

## Patent Assignment Abstract of Title

**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 1**

| | | |
|---|---|---|
| **Patent #:** 6258540 | **Issue Dt:** 07/10/2001 | **Application #:** 09380696   **Filing Dt:** 11/29/1999 |
| **Inventors:** YUK-MING DENNIS LO, JAMES STEPHEN WAINSCOAT | | |
| **Title:** NON-INVASIVE PRENATAL DIAGNOSIS | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 010441/0419 | **Recorded:** 11/29/1999 | **Pages:** 8 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignors:** LO, YUK-MING DENNIS | | **Exec Dt:** 11/23/1999 |
| WAINSCOAT, JAMES | | **Exec Dt:** 11/23/1993 |
| **Assignee:** ISIS INNOVATION LIMITED   2 SOUTH PARKS ROAD   OXFORD, UNITED KINGDOM OX1 3 | | |
| **Correspondent:** VOLPE AND KOENIG, P.C.   C. FREDERICK KOENIG III, ESQ.   1617 JOHN KENNEDY BLVD.   400 ONE PENN CENTER   PHILADELPHIA, PA 19103 | | |

Search Results as of: 01/19/2012 11:30 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3
Web interface last modified: Dec 1, 2011 v.2.3

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |