EXHIBIT 1

# CURRICULUM VITAE

### MARK I. EVANS, M.D.

**PROFESSIONAL POSITION**       Professor of Obstetrics and Gynecology
Mt. Sinai School of Medicine
Director, Comprenhensive Genetics

**ADDRESS:**        **Office:**        Comprehensive Genetics
131 East 65th Street
New York, NY 10065

**Tel:**        212 288 1422;  212 744 2590
**Fax:**        212 879 2606 (fax)
**E-Mail:**        Evans@CompreGen.com

President, Fetal Medicine Foundation of America

President, International Fetal Medicine & Surgery Society
Foundation

**CITIZENSHIP**:        United States of America

**EDUCATION**:        New York University (University College)
Bronx, New York, September 1969 - June 1970

Tufts University, Medford, Massachusetts
Bachelor of Science, Department of Psychology
(Magna cum laude with Special Honors)
June, 1973

State University of New York
Downstate Medical Center
Brooklyn, New York
Doctor of Medicine (Distinction in Research)
May, 1978

**Revised 2 4 12**

**POST GRADUATE TRAINING**: 1st, 2nd, and 3rd year Resident
Department of Obstetrics and Gynecology
The University of Chicago/Pritzker School of Medicine
The Chicago Lying-In Hospital Chicago, Illinois
July, 1978 - June, 1981

Chief Resident in Obstetrics and Gynecology
The University of Chicago
Pritzker School of Medicine, Chicago Lying-In Hospital
Chicago, Illinois
July, 1981 - June, 1982

Interinstitute Medical Genetics Fellowship
Warren G. Magnuson Clinical Center
National Institutes of Health
Bethesda, Maryland
July, 1982 - June, 1984

**FACULTY APPOINTMENTS:** Instructor, Department of Obstetrics and Gynecology
The George Washington University Medical School
Washington, D.C.
July, 1982 - June, 1984

Assistant Professor, Department of Obstetrics and
Gynecology
Wayne State University School of Medicine
Detroit, Michigan
July, 1984 - July, 1988

Assistant Professor, Department of Molecular Biology
Wayne State University School of Medicine
Detroit, Michigan
July, 1987 - July, 1988

Associate Professor with Tenure
Departments of Obstetrics and Gynecology and
Molecular Biology and Genetics
Wayne State University School of Medicine
Detroit, Michigan
August, 1988 - August, 1991

Professor with Tenure
Departments of Obstetrics and Gynecology and
Molecular Biology and Genetics
Wayne State University School of Medicine
Detroit, Michigan
August, 1991 - September, 1994
(Dept MBG changed to Center for Molecular Medicine & Genetics)

Visiting Professor
Department of Obstetrics and Gynecology
Medical College of Ohio
September, 1991 - June, 1993

Vice-Chief
Department of Obstetrics and Gynecology
Detroit Medical Center
December, 1991 – September, 1998

Professor
Department of Pathology
Wayne State University School of Medicine
Detroit, Michigan
July, 1992 - 2001

Professor with Tenure
Depts of Obstetrics and Gynecology, and Pathology
Center for Molecular Medicine & Genetics
Wayne State University School of Medicine
Detroit, Michigan
September, 1994 – 2001

Vice Chairman
Department of Obstetrics and Gynecology
Wayne State University
March, 1996 – September, 1998

Interim Chairman and Specialist-in-Chief
Department of Obstetrics and Gynecology
Wayne State University
October, 1998 – October, 1999

Director, Human Genetics Program
July, 1996 - 2001

Charlotte B. Failing Professor of Obstetrics and
Gynecology
December, 1996 – 2001

Distinguished Professor
Wayne State University
September, 2000 – 2001

Professor and Chairman of Obstetrics and Gynecology
Professor of Human Genetics
Director of Fetal Therapy Program
MCP Hahnemann University
November 2000 – October 2002

3

|                                  |                                                                                                                                      |
| -------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------ |
|                                  | Professor of Obstetrics and Gynecology<br>Columbia University College of Physicians and Surgeons<br>2003 – 2004                       |
|                                  | Professor of Obstetrics and Gynecology<br>Mt. Sinai School of Medicine<br>2005-                                                       |
| **PREVIOUS PROFESSIONAL APPOINTMENTS** | Research Associate, Research Laboratory and<br>Department of Obstetrics and Gynecology<br>Nassau County Medical Center<br>East Meadow, New York<br>June, 1973 - March, 1974 |
|                                  | Research Associate<br>Department of Obstetrics and Gynecology<br>Rebecca Sieff Government Hospital<br>Safad, Israel<br>April, 1974 - July, 1974 |
|                                  | Special Advisor to the Director<br>National Center for Health Care Technology<br>Office of Health Resources, Statistics and<br>Technology, Public Health Service<br>Rockville, Maryland<br>November, 1980 - October, 1981 |
|                                  | President, International Fetal Medicine & Surgery<br>Society, 1987                                                                     |
|                                  | President, International Fetal Medicine & Surgery<br>Society, 1997                                                                     |
|                                  | Treasurer<br>International Society for Prenatal Diagnosis<br>October, 1998 – 2003                                                      |
|                                  | Vice President, Central Association of<br>Obstetricians and Gynecologists<br>October 2003- October 2004                               |
| **MEDICAL LICENSURE**:           | New York, , California, New Jersey (Active)<br>District of Columbia, Illinois, Maryland, Virginia, Ohio,<br>Michigan, Pennsylvania  (inactive) |
| **BOARD CERTIFICATION**:         | National Board of Medical Examiners<br>July, 1979                                                                                     |
|                                  | American Board of Medical Genetics<br>June, 1984                                                                                      |

4

American Board of Obstetricians and Gynecologists
December,   1985
Recertified:  1998
Recertified:  1999
Recertified:  2000
Recertified:  2001
Recertified:  2002
Recertified:  2003
Recertified:  2004
Recertified:  2005
Recertified:  2006
Recertified:  2007
Recertified:  2008
Recertified:  2009
Recertified   2010
Recertified   2011

**HONORS** *and* **AWARDS**:

President, International Fetal Medicine & Surgery
Society, 1987, 1997

Central Association Award,
Central Association of Obstetricians and Gynecologists
September, 1988

Who's Who of Emerging Leaders in America
2nd edition, 1989

3rd edition, 1991 4th edition, 1993
Wayne State University
Career Development Chair
July, 1989 - June, 1990

Co-Chairman
Fetus as a Patient
Detroit, Michigan
October, 1990

Alpha Omega Alpha
Wayne State University Chapter
April, 1994

"The Best Doctors in America"
1994, 1996, 1998, 2000, 2002, 2004, 2006, 2008, 2010

Wayne State University
Board of Governors
Faculty Recognition Award
June, 1994

5

Who's Who in the World
16th Edition, 1995
17th Edition, 1997
18th Edition, 1999
19th Edition, 2001
20th Edition, 2003
21st Edition, 2004
22nd Edition, 2005
23rd Edition, 2006
24th Edition, 2007
25th Edition, 2008
26th Edition, 2009
27th Edition, 2010
28th Edition, 2011
29th Edition, 2012

Who's Who in Science and Engineering
3rd Edition, 1996
4th Edition, 1998
5th Edition, 2000
6th Edition, 2002
7th Edition, 2003-2004
8th Edition, 2004-2005
11th Edition, 2011-2012

Who's Who in America
50th Edition, 1996
51st Edition, 1997
52nd Edition, 1998
53rd Edition, 1999
54th Edition, 2000
55th Edition, 2001
56th Edition, 2002
57th Edition, 2003
58th Edition, 2004
59th Edition, 2005
60th Edition, 2006
61st Edition, 2007
62nd Edition, 2008
63rd Edition, 2009
64th Edition, 2010
65th Edition, 2011

Who's Who in Medicine and Health Care
2nd Edition, 1998
3rd Edition, 2000
4th Edition, 2002-2003
5th Edition 2004-2005
6th Edition 2006-2007
7th Edition 2008-2010
8th Edition 2011-2013

6

Who's Who in the East
31st, Edition, 2003
32nd Edition, 2005

1,000 Top Docs in the USA
American Health, March, 1996

Wayne State University
Academy of Scholars
April, 1996

Board of Directors
Fetus as a Patient
May, 1996 - Present

2,000 Best Doctors in the USA
MB Braun Publishers
December, 1996

Best Doctors for Women
Good Housekeeping, 1997

Society for Gynecologic Investigation
President's Achievement Award
March, 1999

Distinguished Professor
Wayne State University
September, 2000

Top 45 Obstetricians in America
Ladies Home Journal
April 2002

Vice President
Central Association of Obstetricians and Gynecologists
October 2003

President Elect
Central Association of Obstetricians and Gynecologists
October 2004 - 2005

Physicians for Reproductive Choice and Health Award
November 2004

American Fertility Association
Family Building Award
November, 2005

President
Central Association of Obstetricians and Gynecologists
October 2006 - 2007

7

Visionary Award
Central Association of Obstetricians & Gynecologists
October 2009

William A. Lilly Award for Achievement
Fetus as a Patient Society
April 2010

**TEACHING EXPERIENCE**:    16+ years at Wayne State University
2 years at the National Institutes of Health and
George Washington University
4 years at the University of Chicago
2 years at MCP Hahnemann University
2 years at Columbia University
7 years at Mt. Sinai School of Medicine

**GRADUATE PROFESSIONAL**    Wayne State University
**COURSES TAUGHT/DIRECTED**    OB/GYN 710 - Reproductive Genetics for 16 years
Genetics - First Year Medical School for 16 years
Ethics - Second Year Medical School for 7 years

MCP Hahnemann University
Genetics – First Year Medical School for 2 years

All Michigan OB/GYN
Comprehensive Review Course
Director for 9 years

Program Chairman
American College of Obstetricians & Gynecologists -
District V
Hawaii, 1995

Program Chairman
March of Dimes National Annual Meeting
Fort Lauderdale, March, 1997

Program Director
NICHD - Fetal Therapy Symposium
Bethesda, April, 1997

International Organizer
Nobel Foundation Symposium on Fetal Therapy
May, 1998

Program Chair
International Society of Prenatal Diagnosis 9th Meeting
Los Angeles, June, 1998

8

American College of Obstetricians & Gynecologists
Free Standing Post Graduate Courses:
Screening and Diagnosis in Obstetrics & Gynecology
2001, 2005, 2006, 2007, 2008, 2009, 2010, 2011

Meeting President
Fetus as a Patient;
San Diego, CA April 2010

**FELLOWS**:                    Arie Drugan, M.D., 1987-1989
                               Mark Paul Johnson, M.D., 1988-1990
                               Nelson B. Isada, M.D., 1990 - 1992
                               Mordechai Hallak, M.D., 1991 - 1992
                               Peter G. Pryde, M.D., 1991 - 1993
                               Avihai Reichler, M.D., 1992 - 1994
                               Roderick F. Hume Jr, M.D., 1993 - 1995
                               In Bai Chung, M.D., 1995 - 1997
                               Yuval Yaron, M.D., 1995 - 1997
                               Ralph Kramer, M.D., 1995 - 1998
                               Baruch Feldman, M.D., 1997 - 1999

**ELECTED MEMBERSHIPS**:        Psi Chi, Tufts University
                               June, 1973

                               Sigma XI, SUNY Downstate Medical Center
                               May, 1977

                               American Federation of Clinical Research
                               February, 1978

                               Junior Fellow
                               American College of Obstetricians & Gynecologists
                               January, 1979 - December, 1986

                               American Society of Human Genetics
                               July, 1983

                               International Fetal Medicine & Surgery Society
                               June, 1984

                               Fellow
                               American College of Obstetricians and Gynecologists
                               December, 1986

                               Society for Gynecologic Investigation
                               January, 1987

                               Central Association of Obstetricians and Gynecologists
                               October, 1987

Society of Perinatal Obstetricians
January, 1990

Founding Fellow
American College of Medical Genetics
November, 1992

Fetoscopy Working Group
September, 1994

Association of Professors of Medical and Human
Genetics
April, 1995

American Gynecologic and Obstetrics Society
April, 1995

Cosmos Club
Washington, DC
September, 1998

Chicago Gynecological Society
May, 1999

The Obstetrical Society of Philadelphia
November, 2001

New York Obstetrical Society
June, 2004

**NATIONAL/INTERNATIONAL
COMMITTEES**:

Chairman, Illinois Section
Junior Fellows District VI
American College of Obstetricians and
Gynecologists
September, 1981 - September, 1982

NICHD Workshop in Intrauterine Growth Retardation
July, 1983

NICHD Ad Hoc Committee on Chorionic Villus Biopsy
October, 1983

Ethics Committee
American College of Obstetricians and Gynecologists
April, 1987 - July, 1990

Ultrasonography Task Force
American Medical Association
January, 1989 - March, 1991

NIH-NICHD
Site Visit Teams
February, 1990
March, 1991
November, 1991
May, 1993

PROLOG Task Force
American College of Obstetricians & Gynecologists
September 1989 - January, 1991

NICHD Workgroup
Reproductive Genetic Testing: Impact Upon Women
November, 1991

NIH-NICHD
RFP Review Committee
March, 1993

American College of Obstetricians and Gynecologists
District V Advisory Council
October 1993 - 1999

Medical Advisory Board
Ehlers Danlos National Foundation
July, 1988 – June 2005

World Health Organization
Ad Hoc Prenatal Diagnosis Committee
May, 1994

American College of Medical Genetics
Biochemical Screening Committee
October, 1994 - 1999

American College of Obstetricians and Gynecologists
Course Coordination Committee
1996 – 1999

Board of Directors
Fetus as a Patient
1996 -

Program Chairman
March of Dimes National Meeting
1997

Board of Trustees
Central Association of Obstetricians & Gynecologists
October, 1997 – 2000

Treasurer
International Society for Prenatal Diagosis
October, 1998 –2002

Accreditation Council for Graduate Medical Education
Residency Review Committee for Medical Genetics
January, 1999 – 2004

American College of Obstetricians and Gynecologists
Task force on Neonatal Encephalopathy
January, 2000 – May 2002

American College of Medical Genetics
Finance Committee
January, 2000 – 2003

National Institute Child Health Development
Human Pluripotent
Stem Cell Review Group
April 2001 -  December 2002

Finance Committee
American College of Medical Genetics
May 2009 - present


**PROFESSIONAL CONSULTATIONS**
**PRESENTATIONS-TESTIMONY**:   United States Food & Drug Administration
Alpha-fetoprotein Screening, January, 1981
State of Michigan Legislature
"The Informed Consent Bill"
February, 1992

State of Michigan Legislature
"Partial Birth Abortion"
March, 1996

State of Michigan Legislature
"Infant Protection Act"
May 1999

Evans vs. Kelly 977
F. Supp. 1283 (E.D. Michigan 1997)

Evans vs. Granholm 00-CV-70586
(E.D. Michigan, April 26, 2001)
(Permanent Injunction)

U.S. Supreme Court
Amicus Curie brief in Steinberg vs  Carhart, 530

U.S. 914 (2000)

National Abortion Federation,
Mark I. Evans, et al vs
Aschcroft  03-8695 RCC  S.D.N.Y.
November, 2003

U.S. Supreme Court
Amicus Curie brief in Gonzales v Carhart
437F. 3d 278          No. 05-380

**CONSULTANTSHIPS**:      National Center for Health Care Technology
                          November, 1980 - January 1981

                          National Center for Health Care Technology -
                          Centers for Disease Control - Alpha-fetoprotein  Screening
                          January, 1981

                          Metpath - Corning-Quest: National Medical Advisory
                          Board
                          January, 1988 - October 2000

                          National Advisory Board for Ethics in Reproduction
                          July, 1994 - 1999

**STATE COMMITTEES**:     Genetics Advisory Committee of Michigan
                          Department of Public Health
                          September, 1984 – October 2000

                          Chairman, Subcommittee on Utilization of
                          Genetic Services in Michigan
                          Department of Public Health
                          August, 1989 - September, 1992

                          Ethics Committee
                          Michigan State Medical Society
                          July, 1991 - July, 1992

                          Human Genome Project
                          Ethics Committee - University of Michigan
                          April, 1992 - 1998

                          Committee on CME Accreditation
                          Michigan State Medical Society
                          July, 1992 - 1999

                          Michigan State Medical Society
                          Program Planning Committee
                          January 1995 - 1999

                          Michigan State Medical Society

13

Chairman, Committee on Genetic Technology
February, 1998 – 1999

**<u>LOCAL COMMITTEES</u>**:

Ethics Committee
Wayne County Medical Society
July, 1988 - September, 1991

Medico-Legal Committee
Wayne County Medical Society
October, 1990  - September, 1992

Leadership Development Task Force
Wayne County Medical Society
March, 1991

Medical Education Committee
Wayne County Medical Society
September, 1991 - 1998

**<u>UNIVERSITY *and* HOSPITAL COMMITTEES</u>**:

<u>Wayne State University/Hutzel Hospital</u>
Hutzel Hospital Credentials Committee
January, 1985 - December, 1987

Pathology Chairman Search Committee
April, 1988 - October, 1988

OB/GYN Executive Committee
July, 1984 – October, 1999

Associate Director
Wayne State University Medical School
American Board of Medical Genetics Fellowship
1986 - 1993

OB/GYN Promotion and Tenure Committee
May, 1988 - July, 1994, July 1995 - 1996
Chairman, August, 1989 - July, 1994

OB/GYN Salary Committee
May, 1988 - 1997

Pediatrics Department Review Committee
November, 1988 - February, 1989

Year IV Curriculum Committee
Wayne State University Medical School
January, 1989 – 1992

Hutzel Hospital
Research & Education Committee
Chairman, June, 1989 – December, 1997

Dean's Council for Continuing Medical Education
October, 1989 - May, 1996

OB/GYN LCME Review Committee
Chairman, June 1990-December, 1990

OB/GYN Finance Committee
May, 1991 – October, 1999

OB/GYN ERGOT, Foundation Board
May, 1991 – October, 1999

Medical School LCME
Task Force
July, 1991 - September, 1991

OB/GYN Advisory Committee
August, 1991 - March, 1996

Grand Rounds Director
September, 1993 – August, 2000

Director
Wayne State University Medical School
American Board of Medical Genetics Fellowship
1994 – 1999

Hutzel Hospital
Medical Executive Committee
November, 1991 - April, 1995

Hutzel Hospital
Risk Management Committee
November, 1991 – 1997

Hutzel Hospital
Patient Care Improvement Committee
November, 1991 – 1997

Hutzel Hospital
Finance Committee
July, 1992 - December, 1996
Wayne State University

Institutional Review Board
(Human Investigations Committee)
September, 1992 - May, 1996

Hutzel Hospital Growth Committee
Chairman, November, 1993 - September, 1994

Executive Board of Faculty Senate

15

Wayne State University School of Medicine
July, 1995 - July, 1996

Promotion and Tenure Committee
Wayne State University School of Medicine
July, 1995 - July, 1996

Orthopedic Chairman Search Committee
July, 1995 - April, 1996

Council of Department Chairman
July, 1998 – October, 1999

Specialist in Chief, Obstetrics and Gynecology
July, 1998 – October, 1999

DMC Medical Executive Board
July, 1998 – October, 1999

FMRE Board Trustee
August, 1998 – October, 1999

**MCP Hahnemann University/Hahnemann Hospital**

Business Development Action Group
November, 2000 – June 2002

Clinical Chairs Committee
November 2000 – June 2002

Executive Medical Committee of the Faculity
November 2000 – June 2002

Interdepartmental Activities Action Group
November 2000 - June 2002

Revenue Cycle Committee
November 2000 – June 2002

Tenet/University Operations Committee
November 2000 – June 2002

Hahnemann Hospital Medical Executive Committee
November 2000 - June 2002

Financial Oversight Committee
November 2000 – June 2002

Chairman
Curriculum Review Task Force
September 2001 - May 2002

16

**JOURNAL EDITORSHIP**:

Fetal Diagnosis and Therapy
S. Karger Publishing Company
Basel, Switzerland
1991 – 1997,

Editor-In-Chief
Fetal Diagnosis and Therapy
S. Karger Publishing Company
Basel, Switzerland
1997 – 2008

Editor Emeritus
Fetal Diagnosis and Therapy
S. Karger Publishing Company
Basel, Switzerland
2009- present

American Journal of Medical Genetics
Section: Reproductive Genetics
Associate Editor
1994 - 2000

International Editor
Gynecology, Obstetrics, and Reproductive Medicine
Ankara, Turkey
1995 -

Co-Editor
The Ultrasound Review of Obstetrics and Gynecology
2000 - 2002

**EDITORIAL BOARDS**:

Fetal Therapy
S. Karger Publishing Company
Basel, Switzerland
1986 - 1990

Journal of the Society for Gynecologic Investigation/
Reproductive Sciences
1993 -

American Journal of Medical Genetics
1994 - 2000

Prenatal Diagnosis
1995 -

The Journal of Maternal-Fetal Medicine
1996 - 2001

The Journal of Reproductive Medicine
1996 –

17

The Journal of Maternal-Fetal and Neonatal Medicine
2002 -

**PERIODIC REVIEWER**:

Obstetrics and Gynecology
American Journal of Obstetrics & Gynecology
New England Journal of Medicine
Journal of the American Medical Association
Fertility & Sterility
American Journal of Human Genetics
International Journal of Gynecology and Obstetrics
Medical Principles & Practice
Surgical Endoscopy
Genetic Testing
Genetics in Medicine
Nature
Science
British Medical Journal
British Journal of Obstetrics and Gynecology
Israel Journal of Medical Sciences
Acta Scandinavca
Pediatrics
Ultrasound in Obstetrics & Gynecology
Gynecologic Oncology
European Journal of Human Genetics
Kidney International
Journal of the Neurological Sciences
Journal of Intensive Care Medicine
Acta Paediatrica
Journal of the National Medical Association
Human Reproduction
Expert Opinion in Pharmco Therapy
Archives of Diseases in Children
Lancet
Patient Education and Counseling
Journal of Infectious Diseases
Early Human Development
Expert Reviews in Obstetrics & Gynecology
Molecular Cytogentics
Tohoku Journal of Experimental Medicine

**GRANT & CONTRACT SUPPORT**:

**Evans MI** – Principal investigator
March of Dimes, Support for the International Fetal
Surgery Registry, 1988, $10,000

**Evans MI** - Wayne State University
Career Development Chair, 1989, $18,000

**Evans MI** - Co-investigator - Bottoms SF (PI)
Maternal-Fetal Medicine Network Center Grant - NICHD

1991, $530,869

**Evans MI** - Principal investigator
March of Dimes, Summer Student Research Support
1992, $4,000

**Evans MI** - Co-investigator - H. Levy (PI)
Maternal Phenylketonuria in Pregnancy Project - NICHD
April 1992 - $1,594,839

**Evans MI** - Principal investigator
Prenatal Diagnosis Using Fetal Cells from Maternal Blood –
NICHD
March 1994 – November, 1999, $1,247,973

**Evans MI** - Co-investigator - S.Bottoms (PI)
Cooperative Multicenter Maternal Fetal Medicine Unit
Network
1995 - $624,635

**Evans MI** – Principal investigator
Early Amniocentesis – NICHD
1996 – $125,000

**Evans MI** - Principal investigator at WSU,
L. Jackson - Principal investigator of project
Randomized Clinical Trial of Transabdominal CVS &
Amniocentesis
1997 - $181,108

**Evans MI** - Principal Investigator
Fetal Cells In Maternal Blood
Applied Imaging Corporation
1997 - $165,000

**Evans MI** - Principal Investigator
Center of Excellence:  Program in Human Genetics
Wayne State University
1998 -  $1,000,000

**Evans MI** – Principal Investigator
Women's Reproductive Health Research
Detroit Reproductive Career Development Research Center
NICHD, National Institute of Health
December, 1998 – October, 1999 - $2,000,000

**Evans MI** – Principal Investigator
Richard J. Barber Fund for Interdisciplinary Legal Research
1999, $20,000

**Evans MI** – Principal Investigator

National Institutes of Health
Fetal Cell Study (N01-HD-4-3202-09)
December, 1999 – November, 2002, $2,894,344

**Evans MI** – Principal Investigator
Internal Revenue Service
Qualifying Theraputic Discovery Grant
November 2010,    $244,479.25

**VISITING PROFESSOR**,
**GRAND ROUNDS**,
**UNIVERSITY LECTURES**

University of Chicago, Northwestern University,
National Institutes of Health, George Washington
Pennsylvania State University, Beth Israel (Harvard),
Michigan State Medical Society, University of Oxford,
Karolinska Institute/Hospital & St Goren Childrens Hospital,
Stockholm, National Obstetrics and Gynecology Society of Finland,
(Turku),  Michigan Perinatal Organization, University of Hawaii,
Great Plains Organization, Catholic University of Rome (Troina
Conference), Michigan State University, Case Western Reserve
University (Cleveland Metroplitan), Wisconsin Association for
Perinatal Care, Workshop - American College of Obstetricians &
Gynecologists - Annual Clinical Meeting, Cornell (Nina A.
Werblow Lecturship), Medical College of Ohio, University of
Nebraska,      Baylor, Jones Institute, Albany Medical College,
Martin Luther King/Drew Medical Center, 030 Course - American
College of Obstetricians/Gynecologists - ACM, Ochsner Clinic
(Weed Symposium), National Medical Association, American
College of Surgeons, International Society of Ultrasound in
Obstetrics and Gynecology, London, England, SUNY
Syracuse/Symposium Augusta OB/GYN Society, Medical College
of Georgia, Society for Gynecologic Investigation Symposium,
Fetus as a Patient, Bonn, Germany, Washington University -
(Barnes Hospital  Centennial), Michigan State Medical Society,
Southwestern Gynecologic Assembly, Chicago Medical School,
Childrens Hospital of Michigan, Child Health 2000 (Vancouver),
Medicine Foetale (Geneva), Karolinska Hospital and St Goran
Hospital, Stockholm, Sweden, International Society of Ultrasound
in Obstetrics and Gynecology, Bonn, Germany, University of S
Carolina, South Carolina Genetics Conclave, Cedars-Sinai, SUNY
Stony Brook/Suffolk County Medical Society Clinical Update
(Plenary) American College of Obstetrics and Gynecology, 41st
Annual Meeting, Washington, DC Jefferson, Georgetown (Perinatal
Center Dedication) Armed Forces District ACOG Cérrahpasa
University-Turkish National Ob/Gyn Conference, Istanbul State
University of New York – Syracuse International Prenatal
Diagnosis Conference - Jerusalem, University of Leuven VIII
International Congress on Neuromuscular Disorders, Kyoto, Japan
State University - New York, Brooklyn
Central Association of Obstetricians and Gynecologists
Cornell, New York perinatal Society Medicine Foetale-
Canes, Al Hasa Medical Center, Hofuf, Saudi Arabia, Royal
College of Physicians and Surgeons of Canada/University of

Toronto, RamBam Medical Center (Haifa),
University of Toronto, McGill, Instituto Superiore Di Santi, Rome
Sinai Hospital of Detroit (Feld Lectureship)
NICHD, National Institutes of Health - Aspen, Colorado
Madigan Army Medical Center
March of Dimes National Meeting, Fort Lauderdale, Florida
NICHD, Fetal Therapy Symposium, Bethesda, Maryland
Queen Charlotte Symposium, LondonBethesda Naval
Hospital/Walter Reed
New York Academy of Science
Harvard School of Public Health
Perinatal Association of the Philippines, University of the
PhilippinesUniversity of Perpetual Health – Riza (Manila)
University of Pittsburgh, Pittsburgh Ob/Gyn Society
Brazilian Society for Fetal Medicine, Sao Paulo
University of Louisville, Louisville Ob/Gyn Society
Turkish National Ultrasound Congress, Istanbul
University of Sydney, Australia
Richardson Symposium, American College of Ob/Gyn
Nobel Forum - Stockholm
Medical College of Northeast Ohio
University of Buenos Aires
Charite-Humboldt University, Berlin
Tel Aviv University
Minnesota Section American College of Ob/Gyn
Beth Israel-Harvard (Bullian Lectureship)
Chicago Gynecologic Society (Williams Lectureship)
University of Basel, Portugese Society of Fetal Medicine – Lisbon
International Society for Neonatal Screening – Stockholm
Fetal Medicine Foundation – London
Brazilian Perinatal Society (Sau Paulo)
Albert Einstein College of Medicine
University of Western Ontario
Louisiana State University
Indiana Section ACOG
San Diego Gynecological Society
University of California, San Diego
Tampa Ob/Gyn Society/ University of South Florida
Oklahoma Ob/Gyn Society/University of Oklahoma
SGI Symposium on Gene Therapy – Salt Lake City, Utah
University of Michigan Medical Center
Eurofetus/Catholic University Leuven
Federation of Asian Perinatal Association, Manila
Northwestern (2000 Silbar Memorial Lecture)
University of Florida
New Jersey Perinatal Society
University of Medicine and Dentistry of New Jersey
Italian National Fetal Medicine Society-Sardinia, Italy
Cornell (Fuchs Lecureship)
Temple University
Johns Hopkins University
World Congress on Fertility & Sterility, Melbourne, Australia

University of Pennsylvania
George Washington University
Fetus as a Patient/Semmelweis Univeristy, Budapest
Harvard University (Beth Israel) Miller Lectureship
University of South Florida
Fetus as a Patient/Semmelweiss University/Budapest
European Society of Perinatal Medicine, Oslo
Fetal Medicine Foundation, Athens/Kalamata
ISUOG, New York
Rappaport Institute/Technion Haifa, Israel
Hadassah, Jerusalem, Israel
Beth Israel, New York (Bitterman Lectureship)
Yale University
New York University-Downtown Hospital
SUNY Stonybrook, Vanderbilt  FIGO (Santiago)
Albert Einstein (NY), New Jersey Medical School
Johns Hopkins  (Eastman Lectureship)
American  Society  for  Reproductive  Medicine  (Ryan  Ethics
Symposium),  New York University,  New York Gyn Society
Mt.Sinai NY,  Nobel Forum/ Stockholm,      Fetal  Medicine
Foundation/Istanbul,  University of Rome/ Erice
University of  Bogata,    Bogata, Colombia
Case Western/Cleveland Metro, ISPD Kyoto Japan
Fetus as Patient/Manila  Fetal Medicine Foundation/Dubrovnik,
Peking  University  Shenzhen  Hospital,    Asia  Pacific  MFM,
Nanjing/Chinese  University  of  Hong  Kong,    World  Congress
Perinatal  Medicine,  Florence,    XIV  IVF  Congress    Montreal,
AGOC Dist II, NY,    Israeli Society for Maternal Fetal Medicine,
Tel  Aviv.  Sourasky Medical Senter Tel Aviv University.  Clinica
Las Condes/Santiago, Chile,  FMF Sorrento, Italy
Chinese University of Hong Kong (Alan Chang Professorship)
Asia Pacific MFM Macau/Chinese University of Hong Kong
American College of Medical Genetics Symposium, Tampa
Harvard – Beth Israel (JAMA Clinical Crossroads)
Twin Pregnancy International Symposium Venice
Fetal Medicine Foundatoin  - Slovenia
Perinatal Research Branch, NICHD, McGill,  Tulane
Shanghai Maternity Hospital, Chinese University of Hong Kong,
Women's Hospital  Zhejiang University  Hangzhou  China
Fetus as a Patient/San Diego, Fetal Medicine Foundation/Rhodes
ISPD Amsterdam,  ACOG Michigan (Gell Lectureship), Wayne
State University, University of Maryland, Albert Einstein, Buffalo
Ob Gyn Society (Schulman lectureship), SUNY Buffalo. Tufts (St.
Elizabeth), AIUM,New York,  International Prenatal Screening
Group, Barcelona Spain, Mexican College of Obstricians and
Gynecologists, Mexico City,  Fetal Medicine Foundation/Malta,
University of Sao Paulo/Fleury, International Congress of Human
Genetics, Montreal, ACOG Dist II- NY,  COGI Bangkok/Royal
College of Obstetricians and Gynecologists of Thailand, AACC
Webinar, Jewish Theological Seminary, UMDNJ Newark

**<u>PATENTS</u>**:

Evans MI, Greenwood FC
Contraceptive and prophylactic device
U.S. 4,945,923; August 7, 1990
Canadian 1,319,060; June 15, 1993

Dombrowski MP, Evans MI
Needle assembly with a movable stylet controlled by a spacer mechanism
U.S. 5,279,570; January 18, 1994

**REFEREED PUBLICATIONS**:

1.      Macri JN, Joshi MS, Evans MI. An antenatal diagnosis of spina bifida in the Lewis rat.
Nature New Biology, 1973;246:89-90.

2.      Macri JN, Weiss RR, Joshi MS, Evans MI. Antenatal diagnosis of neural tube defects using cerebrospinal fluid proteins.
Lancet 1974;1:14-15.

3.      Weiss RR, Duchin S, Evans MI, Finkelstein F, Mann LI. Amniotic fluid uric acid and creatinine as measures of fetal maturity.
Obstetrics and Gynecology 1974;44:207-214.

4.      Liebson PR, Mann LI, Evans MI, Duchin S, Arditi L. Cardiac performance during pregnancy: serial evaluation using external systolic time intervals.
American Journal of Obstetrics and Gynecology 1975;122:1-8.

5.      Weiss RR, Tejani N, Israeli I, Evans MI, Bhakthavathsalan A, Mann LI. Priming of the uterine cervix with oral prostaglandin $E_2$ in the term multigravida.
Obstetrics and Gynecology 1975;46:181-184.

6.      Weiss RR, Roginsky MS, Mann LI, Melbar A, Bachorik J, Tegani N, Bhakthavathsalan A, Evans MI. Erythrocyte 2, 3-diphospho-glycerate in normal and hypertensive gravid women and their newborn infants.
American Journal of Obstetrics and Gynecology 1976;124:692-696.

7.      Melmed H, Evans MI. Predictive value of cervical dilatation rates. I. Primipara labor.
Obstetrics and Gynecology 1976;47:511-515.

8.      Evans MI, Lachman E, Kral S, Melmed H. Predictive value of cervical dilatation rates in labor in multiparous women.
Israel Journal of Medical Sciences 1976;12:1399-1403.

9.      Melmed H, Evans MI. Patterns of labor in native and immigrant populations in Israel.
Israel Journal of Medical Sciences 1976;12:1404-1409.

10.     Wapnick S, Grosberg SJ, Evans MI. Prospective matched pair study comparing peritoneo-venous (LeVeen) shunt and conventional therapy in massive ascites.
British Journal of Surgery 1979;66:667-670.

11.     Evans MI, Angerman NS, Moravec WD, Hajj SN. The intrauterine device and ovarian pregnancy.
Fertility and Sterility 1979;32:31-33.

12.     Hajj SN, Angerman NS, Evans MI, Moravec WD, Schumacher GFB. C-reactive protein in the differential diagnosis of gynecologic pathology.
Journal of Reproductive Medicine 1979;23:284-287.

13.     Hajj SN, Evans MI. Diverticula of the female urethra.
American Journal of Obstetrics and Gynecology  1980;136:335-338.

14.   West WT, Evans MI, Hamilton JB. Strain differences in target organ weight changes among mice treated with androgens. Growth 1980;44:36-45.

15.   Wapnick S, Evans MI, Hadas N, Grosberg SJ. Limitation of amylase and creatinine clearance ratio (ACCR) as a diagnostic test of post-operative pancreatitis.
Surgery: Gynecology and Obstetrics 1980;150:694-698.

16.   Angerman NS, Evans MI, Moravec WD, Schumacher GFB, Hajj SN. C-reactive protein in the evaluation of antibiotic therapy for pelvic infection.
Journal of Reproductive Medicine 1980;25:63-66.

17.   Evans MI, Hajj SN, Devoe LD, Angerman NS, Moawad AH. C-reactive protein as a predictor of infectious morbidity in premature rupture of membranes.
American Journal of Obstetrics and Gynecology 1980;138:648-652.

18.   Evans MI, Dixler AO. Human in vitro fertilization: some legal issues.
Journal of the American Medical Association 1981;245:2324-2327.

19.   Evans MI, Schulman JD, Golden L, Mukherjee AB. Superovulation induced intrauterine growth retardation in mice.
American Journal of Obstetrics and Gynecology 1981;141:433-435.

20.   Talerman A, Evans MI. Primary trabecular carcinoid tumor of the ovary.
Cancer 1982;50:1403-1407.

21.   Hajj SN, Evans MI, Richardson DA. A simple scoring method for the management of female urinary incontinence.
Journal of Reproductive Medicine 1982;27:431-434.

22.   Fletcher JC, Evans MI. Maternal bonding in early fetal ultrasound examinations.
New England Journal of Medicine 1983;308:392-393.

23.   Evans MI, Dougan MB, Moawad AH, Evans WJ, Bryant-Greenwood GD, Greenwood FC. Ripening of the human cervix with porcine ovarian relaxing.
American Journal of Obstetrics and Gynecology 1983;147:410-414.

24.   Evans MI, Richardson DA, Sholl JS, Johnson BA. Cesarean section: assessment of the convenience factor.
Journal of Reproductive Medicine 1984;29:670-676.

25.   Mattison DR, Evans MI, Schwimmer WB, White B, Jensen B, Schulman JD. Familial Premature Ovarian Failure.
American Journal of Human Genetics 1984;36:1341-1348.

26.   Evans MI, Chrousos GP, Mann DL, Larsen JW Jr, Green I, McCluskey J, Loriaux DL, Fletcher JC, Koons G, Overpeck J, Schulman JD. Pharmacologic suppression of the fetal adrenal gland in utero: attempted prevention of abnormal external genital masculinization in suspected congenital adrenal hyperplasia.
Journal of the American Medical Association 1985;253:1015-1020.

27.     Evans MI, Fisher AM, Robinchaux AF, Staton RC, Rodbard D, Larsen JW, Mukherjee AB: Plasma and red cell b-endorphin immunoreactivity in normal and complicated pregnancies: gestational age variation. American Journal of Obstetrics and Gynecology  1985;151:433-437.

28.     Brown KS, Evans MI. Genetic variations in spontaneous and diphenylhydantoin induced craniofacial malformations in mice.
Journal of Craniofacial Genetics and Developmental Biology 1985;51:305-312.

29.     Chrousos GP, Evans MI, Loriaux DL, McCluskey J, Fletcher JC, Schulman JD. Prenatal therapy in congenital adrenal hyperplasia: Attempted prevention and abnormal external genital masculinization by pharmacologic suppression of the fetal adrenal gland in utero. In New MI, Chrousos GP, and Loriaux DL (eds), Congenital Adrenal Hyperplasia.
Proceedings of the New York Academy of Sciences  1985;458:156-164.

30.     Schulman JD, Dorfmann AD, Evans MI. Genetic aspects of in vitro fertilization. Third World Congress on In Vitro Fertilization and Embryo Transfer.
Annals of the New York Academy of Sciences 1985;422:446-475.

31.     Gahl WA, Dorfmann A, Evans MI, Karson EM, Landsberger EJ, Fabro S, Schulman JD. Chorionic biopsy in the prenatal diagnosis of nephropathic cystinosis. In: Fraccaro M, Simoni N, Brambati B, (eds), First Trimester Prenatal Diagnosis. Springer Verlag, Berlin, 1985;260-263.

32.     Saltzman DH, Evans MI, Warsof SL, Friedman AJ. Endocervical curettage as a routine part of colposcopic examination for abnormal cervical cytology.
Journal of Reproductive Medicine  1985;30:871-873.

33.     Iwashita M, Evans MI, Catt KJ. Characterization of a gonadotropin-releasing hormone receptor in term placenta and chorionic villi.
Journal of Clinical Endocrinology and Metabolism  1986;62:127-133.

34.     Bhatia R, Koppitch FC, Sokol RJ, Evans MI. Improving the quality of chorionic villus preparations.
American Journal of Obstetrics and Gynecology  1986;154:408-411.

35.     Hassan MM, Bottoms SF, Evans MI, Dombrowski MP, Mariona FG, Mukherjee AB. Fetal alpha-melanocyte-stimulating hormone: not correlated with late fetal growth, but increased with diabetes mellitus. American Journal of Obstetrics and Gynecology  1986;154:428-430.

36.     Evans MI, Moore C, Kolodny E, Schulman JD, Landsberger EJ, Karson EM, Dorfmann AD, Larsen JW, Barranger JA. Lysosomal enzymes in chorionic villi, cultured amniocytes, and cultured skin fibroblasts.
Clinica Chemica Acta 1986;157:109-113.

37.     Dombrowski MP, Savoy-Moore RT, Swartz K, Churchill PC, Mariona FG, Greenwood FC, Bryant-Greenwood GD, Evans MI. Effect of porcine relaxin on the human umbilical artery.
Journal of Reproductive Medicine  1986;31:467-472.

38.     Ben-Yoseph Y, Evans MI, Bottoms SF, Pack BA, Mitchell DA, Koppitch FC, Nadler HL. Lysosomal enzyme activities in fresh and frozen chorionic villi and in cultured trophoblasts.
Clinica Chemica Acta 1986;161:307-313.

39.     Evans MI, Belsky RL, Clementino NA, Shlagor P, Brieger G, Koppitch FC, Syner FN, Rodriquez SE, Sokol RJ. Establishment of a collaborative university-commercial MSAFP screening program: a model for tertiary center outreach.
American Journal of Obstetrics and Gynecology 1987;156:1441-9.

40.     Evans MI, Fletcher JC, Zador IE, Newton BW, Struyk CK, Quigg MH. Selective first trimester termination in octuplet and quadruplet pregnancies: clinical and ethical issues.
Obstetrics and Gynecology 1988;71:289-296.

41.     Evans MI, Koppitch FC, Nemitz B, Quigg MH, Zador IE. Early genetic amniocentesis or chorionic villus sampling: expanding the opportunities for early prenatal diagnosis.
Journal of Reproductive Medicine 1988;33:450-452.

42.     Drugan A, Syner FN, Greb A, Evans MI. Amniotic fluid alpha-fetoprotein and ACHE in early genetic amniocentesis.
Obstetrics and Gynecology  1988;72:35-38.

43.     Drugan A, Syner FN, Belsky RA, Koppitch FC, Evans MI. Amniotic fluid acetylcholinesterase: implications of an inconclusive result.
American Journal of Obstetrics and Gynecology 1988;159:469-474.

44.     Evans MI, Belsky RL, Greb AE, Dvorin E, Drugan A. Wide variation in maternal serum alpha-fetoprotein (MSAFP) reports in one metropolitan area: concerns for the quality of prenatal testing.
Obstetrics and Gynecology  1988;72:342-345.

45.     Johnson MP, Evans MI. Intrauterine growth retardation: pathophysiology and possibilities for intrauterine treatment.
Fetal Therapy  1988;2:109-122.

46.     Drugan A, Zador IE, Syner FN, Sokol RJ, Sacks AJ, Evans MI. A normal ultrasound does not obviate the need for amniocentesis with elevated maternal serum alpha-fetoprotein.
Obstetrics and Gynecology  1988;72:627-630.

47.     Evans MI, Bhatia RK, Bottoms SF, Koppitch FC. Effects of karyotype, gestational age, and medium on amniotic fluid cell culture duration.
Journal of Reproductive Medicine  1988;33:765-767.

48.     Evans MI, Bottoms SF, Carducci T, Grant J, Belsky RL, Solyom AE, Quigg MH, LaFerla JJ. Determinants of altered anxiety following abnormal maternal serum alpha-fetoprotein screening.
American Journal Obstetrics and Gynecology  1988;159:1501-1504.

49.     Drugan A, Dvorin E, Koppitch FC, Greb A, Krivchenia EL, Evans MI. Counseling for low maternal serum alpha-fetoprotein should emphasize all chromosome anomalies, not just Down Syndrome!
Obstetrics and Gynecology 1989;73:271-274.

50.     Drugan A, Krause B, Canady A, Zador IE, Sacks AJ, Evans MI. The natural history of prenatally diagnosed ventriculomegaly.
Journal of the American Medical Association 1989;261:1785-1788.

51.     Evans MI, Drugan A, Koppitch FC, Zador IE, Sacks AJ, Sokol RJ. Genetic diagnosis in the first trimester: The norm for the 90s.
American Journal Obstetrics and Gynecology  1989;160:1332-1339.

52.     Evans MI, Drugan A, Greenholz SK, Hauff N, Jewell MR, Klein MD. Development of a program for planned cesarean delivery and immediate pediatric surgical repair of ventral wall defects.
Fetal Therapy  1989;3:84-88.

53.     Sarker G, Evans MI, Kogan S, Lusher J, Sommer SS. Accurate prenatal diagnosis with novel polymerase chain reaction primers in a family with sporadic hemophilia A.
Obstetrics and Gynecology  1989;71:414-417.

54.     Economides D, Nicolaides KH, Gahl WA, Bernandini I, Bottoms SF, Evans MI. Cordocentesis in the diagnosis of intrauterine starvation.
American Journal Obstetrics and Gynecology  1989;161:1004-1008.

55.     Wright DJ, Brindley BA, Koppitch FC, Drugan A, Johnson MP, Evans MI. Interpretation of chorionic villus sampling laboratory results is just as reliable as amniocentesis.
Obstetrics and Gynecology  1989;74:739-744.

56.     Gold RB, Goyert G, Schwartz DB, Evans MI, Seabolt LA. Conservative management of midtrimester post amniocentesis fluid leakage.
Obstetrics and Gynecology 1989;74:745-747.

57.     Drugan A, Dvorin E, Johnson MP, Uhlmann WR, Evans MI. The inadequacy of the current correction for maternal weight in maternal serum alpha-fetoprotein interpretation.
Obstetrics and Gynecology  1989;74:698-701.

58.     Economides DL, Nicolaides KH, Gahl WA, Bernadini I, Evans MI. Plasma amino acids in appropriate and small for gestational age fetuses.
American Journal Obstetrics and Gynecology  1989;161:1219-1227.

59.     Drugan A, Sokol RJ, Syner FN, Ager JW, Zador IE, and Evans MI. Clinical implications of amniotic fluid alpha-fetoprotein in twin pregnancies.
Journal of Reproductive Medicine  1989;34:977-980.

60.     Evans MI, Drugan A, Manning FA, Harrison MR. Fetal surgery in the 1990's.
American Journal of Diseases of Children  1989;143(12):1431-1436.

61.     Evans MI, Bottoms SF, Critchfield GC, Greb A, LaFerla JJ. Parental perception of genetic risk: Correlation with choice of prenatal diagnostic procedures.
International Journal of Obstetrics and Gynecology  1990;31(1):25-28.

62.     Drugan A, Koppitch FC, Williams JC, Johnson MP, Moghissi KS, Evans MI. Prenatal diagnosis following recurrent early pregnancy loss.
Obstetrics & Gynecology 1990;75:381-384.

63.     Drugan A, Subramanian MG, Johnson MP, Evans MI. Amniotic fluid cortisol and a-fetoprotein in normal and aneuploid pregnancies.
Fetal Therapy 1990;3:192-197.

64.    Harrison MR, Longaker MT, Adzick NS, Goldberg JD, Rosen MA, Filly RA, Evans MI, Golbus MS. Successful repair in utero of a fetal diaphragmatic hernia after removal of herniated viscera from the left thorax.
New England Journal of Medicine 1990;322:1582-1584.

65.    Evans MI, May M, Drugan A, Fletcher JC, Johnson MP, Sokol RJ. Selective termination: evolution of clinical experiences & residual risks.
American Journal of Obstetrics and Gynecology 1990;162:1568-1575.

66.    Schell DL, Drugan A, Brindley BA, Zador IE, Johnson MP, Schwartz DB, Evans MI. Combined ultrasonography and amniocentesis for pregnant women with elevated maternal serum alpha-fetoprotein: revising the risk estimate.
Journal of Reproductive Medicine  1990;35:543-546.

67.    Treadwell MC, Thompson KE, Bottoms SF, Johnson MP, Evans MI. Perinatal characteristics and karyotypic assessment of the phenotypically abnormal newborn.
Obstetrics & Gynecology 1990;76:378-380.

68.    Johnson MP, Drugan A, Koppitch FC, Uhlmann WR, Evans MI. Postmortem CVS is a better method for cytogenetic evaluation of early fetal loss than culture of abortus material.
American Journal of Obstetrics and Gynecology,  1990;163:1505-10.

69.    Drugan A, Johnson MP, Dvorin E, Moody J, Krivchenia EL, Schwartz D, Evans MI. Aneuploidy with neural tube defects: another reason for complete evaluation in patients with suspected ultrasound anomalies or elevated maternal serum alpha-fetoprotein.
Fetal Diagnosis & Therapy  1989;4:88-92.  (released 1990)

70.    Johnson MP, Barr Jr, M, Qureshi F, Drugan A, Evans MI. Symmetrical intrauterine growth retardation is not symmetrical: the ontogeny of organ specific gravimetric deficits in midtrimester and neonatal trisomy 18.
Fetal Diagnosis and Therapy 1989;4:110-119.  (released 1990)

71.    Drugan A, Greb A, Johnson MP, Krivchenia EL, Uhlmann WR, Moghissi KS, Evans MI. Determinants of parental decisions to abort for chromosome anomalies.
Prenatal Diagnosis  1990;10:483-90.

72.    Evans MI, Johnson MP, Holzgreve W. Maternal-fetal conflict: fetal therapy, the next generation.
Womens Health Issues  1990;1:31-33.

73.    Johnson MP, Drugan A, Miller OJ, Evans MI. Genetic correction of hereditary disease.
Fetal Therapy  1989;4S1:28-39.  (Appeared 12/90)

74.    Kaufmann RA, Drugan A, Evans MI, Mitchell D, Ben-Yoseph Y, Moghissi KS. First trimester maternal serum lysosomal enzymes: implications for carrier testing and prenatal diagnosis.
Fetal Therapy  1989;4(4):161-5.  (released January, 1991)

75.    Drugan A, Bottoms SF, Johnson MP, Evans MI. Seasonal variation in conception does not appear to influence the rate of prenatal diagnosis of nondisjunction.
Fetal Therapy  1989;4(4):195-9.  (released January, 1991)

76.     Sorokin Y, Johnson MP, Drugan A, Koppitch III FC, Evans MI. Amniotic fluid alpha-fetoprotein levels in the differential diagnosis of cystic hygroma.
Fetal Therapy 1989;4(4):178-84.  (released January, 1991)

77.     Dombrowski MP, Wolfe HM, Welch RA, Evans MI. Cocaine abuse is associated with abruptio placentae and decreased birth weight, but not shorter labor.
Obstetrics and Gynecology  1991;77:139-41.

78.     Evans MI, Sacks AL, Johnson MP, Robichaux III AG, May M, Moghissi KS. Sequential invasive assessment of fetal renal function, and the in utero treatment of fetal obstructive uropathies.
Obstetrics and Gynecology 1991;77(4):545-550.

79.     Evans MI, Drugan A, Fletcher JC, Platt LD, Rodeck CA, Hansmann M, Bottoms SF. Attitudes on the ethics of abortion, sex selection & selective termination among health care professionals, ethicists & clergy likely to encounter such situations.
American Journal of Obstetrics and Gynecology 1991;164(4):1092-1099.

80.     Dommergues M, Dumez Y, Evans MI.  Appreciation du risque obstetrical dans les grossesses multiples avec ou sans reduction embryonnaire.
Revue Francaise de Gynecologie et D'Obstetrique 1991;86(2):105-107.

81.     Bernardini I, Evans MI, Nicolaides KH, Economides DL, Gahl WA. The fetal concentrating index as a gestational age independent measure of placental dysfunction in intrauterine growth retardation.
American Journal of Obstetrics and Gynecology 1991;164(6):1481-1490.

82.     Sorokin Y, Johnson MP, Uhlmann WR, Zador IE, Drugan A, Koppitch III FC, Moody J, Evans MI. Postmortem chorionic villus sampling: correlation of cytogenetic and ultrasound findings.
American Journal of Medical Genetics 1991;39:314-316.

83.     Richkind KE, Mahoney MJ, Evans MI, Willner J, Douglass R. Prenatal diagnosis and outcomes of five cases of mosaicism for an isochromosome of 20q.
Prenatal Diagnosis 1991;11(6):371-376.

84.     Evans MI, Johnson MP, Koppitch FC, Thompson KE, Sokol RJ, Drugan A.  Transabdominal chorionic villus sampling for rapid karyotyping in advanced gestation.
Journal of Reproductive Medicine 1991;36(6):416-418.

85.     Evans MI, Greb A, Kazazian Jr HH, Sacks AJ, Kunkel LM, Johnson MP, Boehm C, Hoffman EP. In utero fetal muscle biopsy for the diagnosis of Duchenne muscular dystrophy.
American Journal of Obstetrics and Gynecology 1991;165:728-732.

86.     Isada NB, Koppitch FC III, Johnson MP, Evans MI. Does the color of amniotic fluid still matter?
Fetal Diagnosis and Therapy 1990;5:165-167.  (appeared 1991)

87.     Robichaux III AG, Mandell J, Green M, Benacerraf B, Evans MI. Fetal abdominal wall defect: a new complication of vesicoamniotic shunting.
Fetal Diagnosis and Therapy 1991;6:11-13.

88.     Isada NB, Parr DP, Johnson MP, Straus SE, Holzgreve W, Qureshi F, Evans MI. In utero diagnosis of congenital varicella-zoster virus infection by chorionic villus sampling and polymerase chain reaction. American Journal of Obstetrics and Gynecology 1991;165(6):1727-1730.

89.     Isada NB, Sorokin Y, Drugan A, Johnson MP, Zador IE, Evans MI. First trimester interfetal size variation in well dated multifetal pregnancies. Fetal Diagnosis and Therapy 1992;7:82-86.

90.     Pryde PG, Odgers AE, Isada NB, Johnson MP, Evans MI. Determinants of parental decision to abort (DTA) or continue for non-aneuploid ultrasound detected abnormalities. Obstetrics and Gynecology 1992;80:52-56.

91.     Isada NB, Pryde PG, Johnson MP, Hallak M, Blessed WB, Evans MI. Fetal intracardiac potassium chloride injection to avoid the hopeless resuscitation of an abnormal abortus: I. Clinical issues. Obstetrics and Gynecology 1992;80:296-299.

92.     Fletcher JC, Isada NB, Pryde PG, Johnson MP, Evans MI. Fetal intracardiac potassium chloride injection to avoid the hopeless resuscitation of an abnormal abortus: II. Ethical issues. Obstetrics and Gynecology 1992;80:310-313.

93.     Hallak M, Johnson MP, Pryde PG, Isada NB, Zador IE, Evans MI. Chorionic villus sampling: transabdominal versus transcervical approach in more than 4000 cases. Obstetrics and Gynecology 1992;80:349-352.

94.     Dombrowski MP, Wolfe HM, Saleh AA, Evans MI. The sonographically thick placenta: a predictor of increased perinatal morbidity and mortality. Journal of Ultrasound in Obstetrics and Gynecology 1992;2:252-255.

95.     Pryde PG, Isada NB, Johnson MP, Grundy H, Evans MI. Triply discordant triplets: probability, management options, and risks. American Journal of Medical Genetics 1992;44:361-364.

96.     Evans MI, Klinger KW, Isada NB, Shook D, Holzgreve W, McGuire N, Johnson MP. Rapid prenatal diagnosis by fluorescent in situ hybridization of chorionic villi: an adjunct to long term culture and karyotype. American Journal of Obstetrics and Gynecology 1992;167:1522-1525.

97.     Drugan A, Johnson MP, Isada NB, Holzgreve W, Zador IE, Dombrowski MP, Sokol RJ, Hallak M, Evans MI. The smaller than expected first trimester fetus is at increased risk for chromosome anomalies. American Journal of Obstetrics and Gynecology 1992;167:1525-1528.

98.     Hallak M, Berman RF, Irtenkauf SM, Evans MI, Cotton DB. Peripheral magnesium sulfate enters the brain and increases the threshold for hippocampal seizures in rats. American Journal of Obstetrics and Gynecology 1992;167:1605-1610.

99.     Johnson MP, Johnson A, Holzgreve W, Isada NB, Wapner R, Treadwell MC, Herger S, Evans MI. First trimester simple hygroma, cause and outcome. American Journal of Obstetrics and Gynecology 1993;168(1):156-161.

100.    Qureshi F, Jacques SM, Evans MI, Johnson MP, Yang SS. Skeletal histoplathology in fetuses with chondroectodermal dysplasia (Ellis-Van Creveld Syndrome). American Journal of Medical Genetics 1993;45:471-476.

101.    Hallak M, Berry S, Madincea F, Romero R, Evans MI, Cotton DB. Fetal serum and amniotic fluid magnesium concentrations with maternal treatment.
Obstetrics and Gynecology  1993;81(2):185-188.

102.    Dombrowski MP, Berry SM, Isada NB, Jones TB, Evans MI. Abnormal second trimester ultrasounds: an indication for karyotype.
Fetal Diagnosis and Therapy 1993;8(1):10-14.

103.    Bhatia RK, Mukherjee AB, Sokol RJ, Kikukawa T, Evans MI. Maternal total beta-endorphin immunoreactivity during labor and delivery.
Journal of Maternal-Fetal Medicine 1993;2:94-96.

104.    Drugan A, O'Brien JE, Gambino R, Johnson MP, Evans MI. Similarity of twins to singleton maternal serum alpha-fetoprotein ratio by race: no need to establish specific multifetal tables.
Fetal Diagnosis and Therapy 1993;8(2):84-88.

105.    Johnson MP, Childs MD, Robichaux AG, Pryde PG, Koppitch FC, Isada NB, Evans MI. Viable pregnancies after diagnosis of trisomy 16 by CVS: lethal aneuploidy compartmentalized to the trophoblast.
Fetal Diagnosis and Therapy 1993;8(2):102-109.

106.    Evans MI, Farrell SA, Greb A, Ray P, Johnson MP, Hoffman E. In utero fetal muscle biopsy for the diagnosis of Duchenne muscular dystrophy in a female fetus "suddenly at risk".
American Journal of Medical Genetics 1993;46:309-312.

107.    Evans MI, Pryde PG, Evans WJ, Johnson MP. The choices women make about prenatal diagnosis.
Fetal Diagnosis and Therapy 1993;8(suppl 1):70-80.

108.    Pryde PG, Qureshi F, Hallak M, Kupsky W, Johnson MP, Evans MI. Two consecutive hydrolethalus syndrome-affected pregnancies in a nonconsanguinous black couple: discussion of problems in prenatal differential diagnosis of midline malformation syndromes.
American Journal of Medical Genetics 1993;46:537-541.

109.    Evans MI, Dommergues M, Wapner RJ, Lynch L, Dumez Y, Goldberg JD, Zador IE, Nicolaides KH, Johnson MP, Golbus MS, Boulot P, Berkowitz RL. Efficacy of transabdominal multifetal pregnancy reduction: collaborative experience among the world's largest centers.
Obstetrics and Gynecology 1993;82(1):61-67.

110.    Saleh AA, Isada NB, Johnson MP, Sokol RJ, Dombrowski MP, Evans MI. Amniotic fluid acetylcholinesterase is found in gastroschisis but not omphalocele.
Fetal Diagnosis and Therapy 1993;8(3):168-170.

111.    Saleh AA, Ozawa T, Isada NB, Johnson MP, Dombrowski MP, Evans MI, Treadwell MB, Mammen EF. Amniotic fluid platelet factor 4 and beta-thromboglobulin as markers of structural abnormalities.
Fetal Diagnosis and Therapy 1993;8(3):175-177.

112.    Saleh AA, Ozawa T, Dombrowski MP, Isada NB, Johnson MP, Evans MI, Bottoms SF, Mammen EF. Amniotic fluid platelet factor and beta-thromboglobulin.
Fetal Diagnosis and Therapy 1993;8(3):165-167.

113.    Blessed WB, Coughlin J, Johnson MP, Evans MI, Jewell MR, Goyert GL, Schwartz DB, Klein MD. Immediate delivery room repair of fetal abdominal wall defects.

Fetal Diagnosis and Therapy 1993;8(3):203-208.

114.    Drugan A, Johnson MP, Isada NB, Evans MI. Age of gestation (size) at embryonic demise: tailoring counseling for lethal versus potentially viable aneuploidy.
Fetal Diagnosis and Therapy 1993;8(3):179-183.

115.    Johnson MP, Barr Jr M, Treadwell MC, Isada NB, Pryde PG, Cotton DB, Evans MI. Foot:leg length and foot:femur length ratio in noninvasive screening for trisomy 21.
American Journal of Obstetrics and Gynecology 1993;169(3):557-563.

116.    Evans MI, Gleicher E, Feingold E, Johnson MP, Sokol RJ. The fiscal impact of the Medicaid abortion funding ban in Michigan.
Obstetrics and Gynecology 1993;82(4):555-560.

117.   Hallak M, Kirshon B, Obrien-Smith, Evans MI, Cotton DB. Subjective ultrasonographic assessment of amniotic fluid depth: comparison with amniotic fluid index.
Fetal Diagnosis and Therapy 1993;8(4):256-260.

118.    Treadwell MC, Sorokin Y, Bhatia RK, Eden RD, Evans MI. Comparison of intrapartum fetal monitor tracings of karyotypically abnormal and control infants.
Fetal Diagnosis and Therapy 1993;8(6): 385-387.

119.    O'Brien JE, Drugan A, Chervenak FA, Johnson MP, Isada NB, Hallak M, Evans MI. Maternal serum alpha-fetoprotein screening: the need to use race specific medians in Asians.
Fetal Diagnosis and Therapy 1993;8(6):367-370.

120.    Hallak M, Zador IE, Garcia, Johnson MP, Isada NB, Evans MI. Ultrasound-detected free-floating particles in amniotic fluid: correlation with maternal serum alpha-fetoprotein.
Fetal Diagnosis and Therapy 1993;8(6):402-407.

121   Isada NB, Qureshi F, Jacques SM, Holzgreve W, Tout MJ, Johnson MP, Evans MI. Meroanencephaly: pathology and prenatal diagnosis.
Fetal Diagnosis and Therapy 1993;8(6):424-429.

122.    Pryde PG, Brandt F, Romero R, Treadwell MC, Bawle E, Evans MI. Prenatal diagnosis of nonrhizomelic chondrodysplasia punctata (Conradi-Hunermann syndrome).
American Journal of Medical Genetics 1993;47:426-431.

123.    Pryde PG, Abel E, Hannigan J, Evans MI, Cotton DB. Fetopathic effects of hydralazine on pregnant rats (PR) and their fetuses.
American Journal of Obstetrics and Gynecology 1993;168(1):402.

124.   Hallak M, Berry SM, Romero R, Evans MI, Cotton DB. Transfer of maternally administered magnesium sulfate into the fetal compartment of the rat: assessment of amniotic fluid, blood, and brain concentrations.
American Journal of Obstetrics & Gynecology  1993;169:427-431.

125.   Coughlin JP, Drucker DEM, Jewell MR, Evans MI, Klein MD. Delivery room repair of gastroschisis.
Surgery 1993;114:822-827.

126.    Johnson MP, Michaelson JE, Barr Jr M, Treadwell MC, Isada NB, Dombrowski MP, Pryde PG, Addis J, Evans MI. Sonographic screening for trisomy 21: fetal humerus:foot length ratio, a useful new marker.
Fetal Diagnosis and Therapy 1994;9(2):130-138.

127.    Landwehr JB Jr, Isada NB, Pryde PG, Johnson MP, Evans MI, Canady AI. Maternal neurosurgical shunts and pregnancy outcome.
Obstetrics and Gynecology 1994;83:134-137.

128.    Quintero RA, Reich H, Puder KS, Bardicef M, Evans MI, Cotton DB, Romero R. Brief report: umbilical cord ligation of an acardiac twin by fetoscopy at 19 weeks of gestation.
New England Journal of Medicine 1994;330(7):469-471.

129.    Isada NB, Johnson MP, Pryde PG, Hallak M, Evans MI. Technical aspects of transcervical chorionic villus sampling.
Fetal Diagnosis and Therapy 1994;9(1):19-28.

130.    Evans MI, Johnson MP, Holzgreve W. Early amniocentesis: what exactly does that mean?
Journal of Reproductive Medicine 1994;39(2):77-78.

131.    Evans MI, Dommergues M, Timor-Tritsch I, Zador I, Wapner RJ, Lynch L, Dumez Y, Goldberg JD, Nicolaides KH, Johnson MP, Golbus MS, Boulot P, Aknin AJ, Monteagudo A, Berkowitz RL. Transabdominal vs. transcervical/vaginal multifetal pregnancy reduction: international collaborative experience of more than 1000 cases.
American Journal of Obstetrics and Gynecology 1994;170(3):902-909.

132.    Hallak M, Berry SM, Michalski JA, Evans MI, Cotton DB. Fetal liver function tests: umbilical cord gamma glutamyl transferase as a marker for fetal abnormality.
Fetal Diagnosis and Therapy 1994;9(3):165-169.

133.    Sorokin Y, Johnson MP, Rogowski NA, Richardson DA, Evans MI. Obstetric and gynecologic dysfunction in the Ehlers-Danlos syndrome.
Journal of Reproductive Medicine 1994;39:281-284.

134.    Sepulveda W, Pryde PG, Greb AE, Romero R, Evans MI. Prenatal diagnosis of umbilical cord pseudocyst.
Ultrasound in Obstetrics and Gynecology 1994;4(2):147-150.

135.    Johnson MP, Bukowski TP, Reitlerman C, Isada NB, Pryde PG, Evans MI. In utero surgical treatment of fetal obstructive uropathy: a new comprehensive approach to identify appropriate candidates for vesicoamniotic shunt therapy.
American Journal of Obstetrics and Gynecology 1994;170:1770-1779.

136.    Isada NB, Sorokin Y, Drugan A, Johnson MP, Zador I, Evans MI. First trimester interfetal size variation in well-dated multifetal pregnancies.
Fetal Diagnosis and Therapy 1994;7(2):82-86.

137.    Hallak M, Pryde PG, Qureshi F, Johnson MP, Jacques SM, Evans MI. Constriction of the umbilical cord: fetal death following transplacental amniocentesis.
Journal of Reproductive Medicine 1994;39(7):561-565.

138.    Evans MI, Goldberg JD, Dommergues M, Wapner RJ, Lynch L, Dock BS, Horenstein J, Golbus MS, Rodeck CH, Dumez Y, Holzgreve W, Timor-Tritsch I, Johnson MP, Isada NB, Berkowitz RL. Efficacy of second trimester selective termination for fetal abnormalities: international collaborative experience among the world's largest centers.
American Journal of Obstetrics and Gynecology 1994;171(1):90-94.

139.    Dommergues M, Aknin J, Boulot P, Nisan I, Lewine F, Oury JF, Herlicoviez M, Dumez Y, Evans MI. Réduction embryonnaire dans les grossesses multiples: Une enquète multicentrique francaise.
J Gynecol Obstet Biol Reprod 1994;23:415-418.

140.    Saleh AA, Pryde PG, Isada NB, Johnson MP, Evans MI, Johnston JM. Platelet activating factor-acetylhydrolase activity following chorionic villus sampling and amniocentesis.
Journal of the Society for Gynecologic Investigation 1994;1:135-7.

141.    Pryde PG, Bardicef M, Treadwell MC, Klein M, Isada NB, Evans MI. Gastroschisis: can antenatal ultrasound predict infant outcomes?
Obstetrics and Gynecology 1994;84:505-510.

142.    Reichler A, Hume RF Jr, Drugan A, Bardicef M, Isada NB, Johnson MP, Evans MI. Risk of anomalies as a function of level of elevated maternal serum alpha-fetoprotein.
American Journal of Obstetrics and Gynecology 1994;171:1052-1055.

143.   Evans MI, Ebrahim SAD, Berry SM, Holzgreve W, Isada NB, Quintero R, Johnson MP. Fluorescent in situ hybridization utilization for high risk prenatal diagnosis: a trade-off among speed, expense, and inherent limitations of chromosome specific probes.
American Journal of Obstetrics and Gynecology 1994;171:1055-1057.

144.    Lumley MA, Jordan M, Rubenstein R, Tsipouras P, Evans MI. Psychosocial functioning in the Ehlers-Danlos syndrome.
American Journal of Medical Genetics 1994;53:149-152.

145.    Evans MI, Hoffman EP, Cadrin C, Johnson MP, Quintero RA, Golbus MS. Fetal muscle biopsy: collaborative experience with varied indications.
Obstetrics and Gynecology 1994;84: 913-917.

146.    Isada NB, Hume RF Jr, Reichler A, Johnson MP, Klinger KW, Evans MI, Ward BE. Fluorescent in situ hybridization (FISH) and second trimester sonographic anomalies: uses and limitations.
Fetal Diagnosis and Therapy 1994;9: 367-370.

147.    Quintero RA, Hume R, Johnson MP, Smith C, Cotton DB, Romero R, Evans MI. Percutaneous fetal cystoscopy, and endoscopic fulguration of posterior urethral valves.
American Journal of Obstetrics and Gynecology 1995;172:206-209.

148.    Hume RF Jr, Drugan A, Ebrahim SAD, Johnson MP, Isada NB, Reichler A, Evans MI. The role of ultrasonography in pregnancies with marker chromosome aneuploidy.
Fetal Diagnosis and Therapy  1995;10:183-186.

149.    Johnson MP, Michaelson JE, Barr M Jr, Treadwell MC, Hume RF Jr, Dombrowski MP, Johnson A, Bichalski J, Evans MI. Combining humerus and femur length for improved sonographic identification of pregnancies at increased risk for trisomy 21.
American Journal of Obstetrics and Gynecology 1995;172:1229-1235.

150.     Evans MI, Chik L, O'Brien JE, Chen B, Dvorin E, Ayoub M, Krivchenia EL, Ager JW, Johnson MP, Sokol RJ. MOMs and DADs: improved specificity and cost effectiveness of biochemical screening for aneuploidy with DADs.
American Journal of Obstetrics and Gynecology 1995;172:1138-1147.

151.     Evans MI, Quintero RA, King M, Qureshi F, Johnson MP. Endoscopically assisted, ultrasound guided fetal muscle biopsy.
Fetal Diagnosis and Therapy  1995;10:168-173.

152.     Qureshi F, Jacques SM, Johnson SF, Johnson MP, Hume RF, Evans MI, Yang SS.  Histopathology of Fetal Diastrophic Dysplasia.
American Journal of Medical Genetics  1995;56:300-303.

153.     Campbell SA, Uhlmann WR, Duquette D, Johnson MP, Evans MI. Pregnancy outcome when both members of a couple have balanced translocations.
Obstetrics and Gynecology  1995;85(5):844-846.

154.     McIntosh LJ, Mallett VT, Frahm JD, Richardson DA, Evans MI. Gynecologic disorders in women with Ehlers-Danlos syndrome.
Journal of the Society for Gynecologic Investigation 1995;2:559-64.

155.     Evans MI, Littman L, St Louis L, LeBlanc L, Addis J, Johnson MP, Moghissi KS. Evolving patterns of iatrogenic multifetal pregnancy generation: implications for aggressiveness of infertility treatments.
American Journal of Obstetrics and Gynecology  1995;172(6):1750-1753.

156.     Johnson MP, Corsi P, Bradfield W, Hume RF, Smith C, Flake AW, Qureshi F, Evans MI. Sequential fetal urine analysis improves the evaluation of fetal renal function in obstructive uropathy.
American Journal of Obstetrics and Gynecology  1995;173:59-65.

157.     Quintero RA, Romero R, Johnson MP, Smith C, Arias F, Guevara-Zuloaga F, Cotton DB, Evans MI. In utero percutaneous cystoscopy in the management of fetal lower obstructive uropathy.
The Lancet  1995;346:537-540.

158.     Lowry DLB, Campbell SA, Krivchenia EL, Dvorin E, Duquette D, Evans MI. The impact of abnormal second trimester maternal serum single, double, and triple screening on patient choices about prenatal diagnosis.
Fetal Diagnosis and Therapy  1995;10:386-389.

159.     Hume RF, Kilmer-Ernst P, Wolfe HM, Johnson MP, Treadwell MC, Ebrahim SAD, Evans MI. Prenatal cytogenetic abnormalities:  Correlations of structural rearrangements and ultrasound detected fetal anomalies.
American Journal of Obstetrics and Gynecology  1995;173(4):1334-1336.

160.     Hume RF Jr, Drugan A, Ebrahim SAD, Johnson MP, Isada NB, Reichler A, Evans MI. The role of ultrasonography in pregnancies with marker chromosome aneuploidy.
Fetal Diagnosis and Therapy  1995;10:182-185.

161.     Dorfman SA, Robins RM, Jewell WH, St. Louis L, Evans MI.  Second trimester selective termination of a twin with ruptured membranes: elimination of fluid leakage and preservation of pregnancy.
Fetal Diagnosis and Therapy  1995;10:186-188.

162.    Ben-David Y, Hallak M, Lissak A, Sorokin Y, Evans MI, Abramovici H. Amnionitis and premature delivery with intact amniotic membranes involving staphylococcus aureus.
The Journal of Reproductive Medicine  1995;40(6):485-486.

163.    Qureshi F, Jacques SM, Johnson SF, Johnson MP, Evans MI, Yang SS. Diastrophic dysplasia and atelosteogenesis II: different manifestations of a common chondrodysplasia?
American Journal of Medical Genetics 1995;56:300.

164.    Tomlinson M, Johnson MP, Goncalves L, King M, Freedman A, Smith C, Reichler A, Evans MI. Correction of hemodynamic abnormalities by vesicoamniotic shunting in familial congenital megacystis.
Fetal Diagnosis and Therapy 1996;11:46-49.

165.    Drugan A, Johnson MP, Reichler A, Hume RF, Bronshtein M, Itskovicz-Eldor J, Evans MI. Increased amniotic fluid alpha-fetoprotein in patients with fetal nuchal edema.
Fetal Diagnosis and Therapy 1996;11:6-8.

166.    Drugan A, O'Brien JE, Dvorin E, Krivchenia EL, Johnson MP, Sokol RJ, Evans MI.  Multiple marker screening in multifetal gestations:  prediction of adverse pregnancy outcomes.
Fetal Diagnosis and Therapy 1996;11:16-19.

167.    Evans MI, O'Brien JE, Dvorin E, Krivchenia EL, Drugan A, Hume RF, Johnson MP.  Similarity of insulin dependent diabetics' (IDD) and non-insulin dependent diabetics' (NIDD) levels of beta-hCG and unconjugated estriol with controls:  no need to adjust as with AFP.
Journal of the Society for Gynecologic Investigation 1996;3:20-22.

168.    Evans MI, Dommergues M, Wapner RJ, Goldberg JD, Lynch L, Zador IE, Carpenter R, Timor-Tritsch I, Brambati B, Nicolaides KH, Dumez Y, Monteagudo A, Johnson MP, Golbus MS, Brambati L, Polak SM, Berkowitz RL. International collaborative experience of 1789 patients having multifetal pregnancy reduction: a plateauing of risks and outcomes.
Journal of the Society for Gynecological Investigation  1996;3:23-26.

169.    Evans MI, Sobecki MA, Krivchenia EL, Duquette DA, Johnson MP, Drugan A, Hume RF. Parental decisions to terminate/continue following abnormal cytogenetic prenatal diagnosis: "What" is still more important than "when.
American Journal of Medical Genetics 1996;61:353-355.

170.    Evans MI, Chik L, O'Brien JE, Dvorin E, Johnson MP, Krivchenia E, Sokol RJ.  Logistic regression generated probability estimates for trisomy 21 outcomes from serum AFP and bHCG:  Simplification with increased specificity.
Journal of Maternal Fetal Medicine 1996;5:1-6.

171    Hume RF, Jr., Drugan A, Reichler A, Lampinen J, Johnson MP, Evans MI.  Aneuploidy among prenatally detected neural tube defects.
American Journal of Medical Genetics 1996;61:171-73.

172.    Tafas T, Evans MI, Cuckle HS, Krivchenia EL, Resvani E, Nasr S, Tsipouras P.  An automated image analysis method for the measurement of neutrophil alkaline phosphatase in the prenatal screening of Down syndrome.
Fetal Diagnosis and Therapy 1996;11:254-60.

173.    Drugan A, Johnson MP, Reichler A, Hume RF, Itskovicz-Eldor J, Evans MI.  Second trimester minor ultrasound anomalies:  Impact on  the risk of aneuploidy associated with advanced maternal age.

Obstetrics and Gynecology  1996;88(2):203-206.

174.	Quintero RA, Johnson MP, Romero R, Arias F, Gonzalez R, Cotton DB, Evans MI. In utero sonographic diagnosis of vesicoureteral reflux by percutaneous vesicoinfusion.
Journal of Ultrasound in Obstetrics and Gynecology  1996;6(6):386-389.

175.	Quintero RA, Romero R, Reich H, Goncalves L, Johnson MP, Carreno C, Evans MI.  In utero percutaneous umbilical-cord ligation in the management of complicated monochorionic multiple gestations.
Journal of Ultrasound in Obstetrics and Gynecology  1996;8:16-22.

176.	Quintero RA, Reich H, Romero R, Johnson MP, Goncalves L, Evans MI.  In utero endoscopic devascularization of a large placental chorioangioma.
Journal of Ultrasound in Obstetrics and Gynecology  1996;8:48-52.

177.	Evans MI, Hume RF, Johnson MP, Treadwell MC, Krivchenia E, Zador IE, Sokol RJ.  Integration of Genetics and Ultrasound in Prenatal Diagnosis:  Just looking is not enough.
American Journal of Obstetrics and Gynecology  1996;174(6):1926-30.

178.	Freedman AL, Bukowski TP, Smith CA, Evans MI, Quintero R, Gonzales R, Johnson MP.  Fetal therapy for obstructive uropathy: diagnosis specific outcomes.
Journal of Urology  1996;156:720-24.

179.	McIntosh L, Stanitski D, Evans MI, Mallett V, Richardson D, Frahm J. Ehlers-Danlos syndrome: relationship between joint hypermobility, urinary incontinence and pelvic floor prolapse.
Gynecologic and Obstetric Investigative Journal  1996;41:135-39.

180.	Drugan A, Reichler A, Bronstein M, Johnson MP, Sokol RJ, Evans MI. Abnormal biochemical serum screening versus second trimester ultrasound-detected minor anomalies as predictors of aneuploidy in low risk patients.
Fetal Diagnosis and Therapy 1996;11:301-305.

181.	Qureshi F, Jacques SM, Seifman B, Quintero RA, Evans MI, Smith C, Johnson MP. In utero fetal urine analysis and renal histology do correlate with outcome in fetal obstructive uropathies.
Fetal Diagnosis and Therapy 1996;11:306-312.

182.	Quintero RA, Carreno CA, Yelian F, Evans MI.  Repair Kinetics of amnion cells after microsurgical injury.
Fetal Diagnosis and Therapy 1996;11:348-356.

183.	Hallak M, Tsalamandris K, Dombrowski MP, Pryde PG, Isada NB, Evans MI. Hyperemesis gravidarum: effects on fetal outcome.
Journal of Reproductive Medicine  1996;41(11):871-874.

184.	Flake AW, Puck JM, Almieda-Porada G, Roncarolo MG, Evans MI, Johnson MP, Harrison D, Littman L, Johnson J, Zanjani ED.  Successful in utero correction of x-linked recessive severe combined immuno-deficiency (X-SCID):  Fetal intraperitoneal transplantation of CD34 enriched paternal bone marrow cells (EPPBMC)
New England Journal of Medicine  1996;335(24):1806-1810.

185.	Landwehr JB, Johnson MP, Hume RF, Sokol RJ, Yaron Y, Evans MI.  Abnormal nuchal findings on screening ultrasound:  Aneuploidy stratification based on ultrasound anomaly and gestational age at detection

American Journal of Obstetrics and Gynecology  1996;175:995-999.

186.    Brown CL, Colden KA, Hume RF, Johnson MP, Treadwell MC, Drugan A, Lampinen J, Evans MI. Positive or faint amniotic fluid acetylcholinesterase band with normal ultrasound. American Journal of Obstetrics and Gynecology  1996;175:1000-1003.

187.    Hallak M, O'Brien JE, Isada NB, Johnson MP, Drugan A, Evans MI. Thyroid function does not alter maternal serum a-fetoprotein interpretation. Journal of Maternal Fetal Medicine  1997;6:115-117.

188. Freedman AL, Qureshi F, Shapiro E, Lepor H, Jacques SM, Evans MI, Smith CA, Gonzales R, Johnson MP.  Smooth muscle development in the obstructed fetal bladder. Urology  1997;49:104-107.

189.    Evans MI, Duquette DA, Rinaldo P, Bawle E, Rosenblatt DS, Whitty J, Quintero RA, Johnson MP. Modulation of B12 dosage and response in fetal treatment of methylmalonic aciduria (MMA);  Titration of treatment dose to serum and urine MMA. Fetal Diagnosis and Therapy  1997;12(1):21-23.

190.    Freedman AL, Bukowski TP, Smith CA, Evans MI, Berry SM, Gonzalez R, Johnson MP.  The use of urinary B2 microglobulin to predict renal dysplasia in fetal obstructive uropathy. Fetal Diagnosis and Therapy  1997;12(1):1-6.

191.    O'Brien JE, Dvorin E, Drugan A, Johnson MP, Yaron Y, Evans MI.  Ethnic and racial pecific variation in multiple marker biochemical screening (MMBS):  HCG and uE3 also require separate databases. Obstetrics and Gynecology  1997;89(3):355-8.

192.    Chung IB, Kramer JA, Johnson MP, Evans MI, Krawetz SA.  The use of cloned repetitive sequences as competitors for southern hybridization to detect single copy sequences. Biomolecular Engineering  1997;14:13-15.

193.    Qureshi F, Jacques SM, Johnson MP, Hume RF, Evans MI.  Histopathologic and growth characteristics of trisomy 21 placentas. Fetal Diagnosis and Therapy  1997;12(4):210-215.

194.    Zheng UL, Zhen DK, Berry SM, Wapner RJ, Evans MI, Copeland D, Williams JM, Bianchi DW. Search for the optimal fetal cell antibody I. Human Genetics  1997;100:35-42.

195.    Evans MI, Hume RF, Polak S, Yaron Y, Drugan A, Diamond MP, Johnson MP.  The geriatric gravida:  Multifetal pregnancy reduction (MFPR) donor eggs and aggressive infertility treatments. American Journal of Obstetrics and Gynecology  1997;177(4):875-878.

196.    Chik L, Spencer K, Johnson MP, Ayoub M, Krivchenia EL, Dombrowski MP, Evans MI.  Precise Gaussian distribution functions of maternal serum AFP and free bHCG for trisomy 21 (T21) biochemical screening.  American Journal of Obstetrics and Gynecology  1997;177(4):882-886.

197.    Kramer RL, Yaron Y, Johnson MP, Evans MI, Wolfe HM, Treadwell MC.  Differences in measurements of the atria of the lateral ventricle:  Does gender matter? Fetal Diagnosis and Therapy  1997;12(5):304-305.

198.   O'Brien JE, Dvorin E, Yaron Y, Ayoub M, Johnson MP, Hume RF, Evans MI.  Differential increases in AFP, HCG, and uE3 in twin pregnancies:  Impact upon attempts to quantify Down syndrome screening calculations.
American Journal of Medical Genetics  1997;73:109-112.

199.   Hume RF, Martin LS, Bottoms SF, Hassan SS, Banker-Collins K, Tomlinson M, Johnson MP, Evans MI.  Vascular disruption birth defects and history of prenatal cocaine exposure:  A case control study.
Fetal Diagnosis and Therapy  1997;12(5):292-295.

200.   Drugan A, Yaron Y, Murphy J, Ebrahim SAD, Kramer RL, Johnson MP, Evans MI.  No effect of fetal sex on amniotic fluid alpha-fetoprotein.
Fetal Diagnosis and Therapy  1997;12(5):301-303.

201.   Cardwell L, Kowalczyk CL, Krivchenia EL, Leon J, Calascibetta F, Evans MI.  Urinary beta-core fragment as a predictor of abnormal pregnancy at 4-6 weeks gestation.
Fetal Diagnosis and Therapy  1997;12(6):340-342.

202.   Yaron Y, Jaffa AJ, Har-Toov J, Lavi H, Legum C, Evans MI.  Doppler velocimetry of the umbilical artery as a predictor of outcome in pregnancies characterized by elevated beta-subunit human chorionic gonadotropin.
Fetal Diagnosis and Therapy  1997;12(6):353-355.

203.   Yaron Y, Hamby DD, O'Brien JE, Critchfield G, Leon J, Ayoub M, Johnson MP, Evans MI.  The combination of elevated maternal serum alpha-fetoprotein and low estriol is highly predictive of anencephaly.
American Journal Medical Genetics  1998;75:297-299.

204.   McLean LK, Evans MI, Carpenter RJ, Johnson MP, Goldberg JD.  Genetic amniocentesis (AMN) following multifetal pregnancy reduction (MFPR) does not increase the risk of pregnancy loss.
Prenatal Diagnosis  1998;18(2):186-188.

205.   Kramer RL, O'Brien JE, Critchfield G, Yaron Y, Ayoub M, Lewis PS, Johnson MP, Evans MI.  The effect of adjustment of maternal serum a-fetoprotein levels in insulin-dependent diabetes mellitus
American Journal of Medical Genetics  1998;75(2):176-178.

206.   Bazzett LB, O'Brien JE, Critchfield G, Kramer RL, Yaron Y, Ayoub M, Johnson MP, Evans MI.  Fetal gender impact on multiple marker screening results.
American Journal of Medical Genetics 1998;76(5):369-371.

207.   Leonardi MR, Lanouette JM, Landwehr JB, Johnson MP, Evans MI, Wolfe HM.  The apparently isolated choroid plexus cyst:  Risk for aneuploidy.
Fetal Diagnosis and Therapy  1998;13(1):49-52.

208.   Bryant-Greenwood PK, O'Brien JE, Huang X, Yaron Y, Ayoub M, Johnson MP, Evans MI.  Maternal Weight Differences do not Explain Ethnic Differences in Biochemical Screening.
Fetal Diagnosis and Therapy  1998;13(1):46-48.

209.   Qureshi F, Jacques SM, Yaron Y, Kramer RL, Evans MI, Johnson MP.  Prenatal diagnosis of cloacal dysgenesis sequence:  Differential diagnosis from obstructive uropathy.
Fetal Diagnosis and Therapy  1998;13(2):69-74.

210.     Brady T, Liddums S, Yaron Y, Evans MI, Johnson MP, Kramer RL.  Pastoral care utilization among women electing pregnancy termination for fetal anomalies.
Fetal Diagnosis and Therapy   1998;13(2):123-126.

211.     Quintero RA, Johnson MP, Munoz H, Gonzalez R, Acosta L, Guevara-Zuloaga F, Arias F, Carreno C, Evans MI.  In utero endoscopic treatment of posterior urethral valves:  preliminary experience.
Prenatal and Neonatal Medicine  1998;3:208-216.

212.     Yaron Y, Kramer JA, Gyi K, Ebrahim SAD, Evans MI, Johnson MP, Krawetz SA.  Centromeric sequences localize to the human sperm nuclear halo.
International Journal of Andrology 1998;21:13-18.

213.     Yaron Y, Johnson KD, Bryant-Greenwood PK, Kramer RL, Johnson MP, Evans MI.  Multifetal pregnancy reduction and selective termination in twin pregnancies:  A 10 year experience at a single center.
Human Reproduction 1998;13(8):2301-4.

214.     Kramer RL, Yaron Y, Johnson MP, Evans MI.  Determinants of parental decisions after the prenatal diagnosis of Down syndrome
American Journal of Medical Genetics 1998;79(3):172-174.

215.     Sokol AL, Kramer RL, Yaron Y, O'Brien JE, Muller F, Johnson MP, Evans MI.  Age-specific variation in aneuploidy incidence among biochemical screening programs
American Journal of Obstetrics and Gynecology 1998;179(4):971-973.

216.     Feldman B, Dvorin E, Phillips T, Kramer RL, Johnson MP, Evans MI.  Second trimester maternal serum marker results are not altered by delayed analysis.
Fetal Diagnosis and Therapy 1998;13(5) 302-304.

217.     Yaron Y, Schwartz D, Evans MI, Lessing JB, Rotter V.  Alternatively-spliced mRNA transcripts encoding the extracellular domain of the FSH-receptor gene are variably expressed in the mouse ovary during the ovulatory cycle.
Journal of Reproductive Medicine  1998;43(5):435-8.

218.     Brooks K, Chik L, O'Brien JE, Critchfield G, Ayoub M, Johnson MP, Evans MI.  Variability of adjustments to indecies in determining risk in biochemical screening.
Fetal Diagnosis and Therapy 1999;14(1):41-46.

219.     Quintero RA, Johnson MP, Mendoza G, Evans MI. The ontogeny of clenched hand development in trisomy-18 fetuses: a serial transabdominal fetoscopic observation.
Fetal Diagnosis and Therapy 1999;14:68-70.

220.     Yaron Y, Bryant-Greenwood PK, Dave N, Moldenhauer JS, Johnson KD, Johnson MP, Evans MI. Multifetal pregnancy reduction (MFPR) of triplets to twins:  Comparison with non-reduced triplets and twins.
American Journal of Obstetrics and Gynecology 1999;180(5):1268-71.

221.     Evans MI, Henry GP, Miller WA, Bui TH, Snidjers RJ, Wapner RJ, Miny, Johnson MP, Peakman D, Johnson A, Nicolaides K, Holzgreve W, Ebrahim SAD, Babu R, Jackson L. International, Collaborative Assessment of 146,000 Prenatal Karyotypes:  Expected Limitations if only Chromosome-Specific Probes and Fluorescent In Situ Hybridization were used.
Human Reproduction 1999;14(5):1213-16.

222.    Stewart K, Kramer RL, Evans MI, Krawetz SA.   Temporal expression of the transgenic human protameine gene cluster.
Fertility and Sterility 1999;71(4):739-45.

223.    Feldman B, Hassan S, Kramer RL, Kasperski SB, Evans MI, Johnson MP.   Amnioinfusion in the evaluation of fetal obstructive uropathy:  The effect of antiobiotic prophylaxis on complication rates.
Fetal Diagnosis and Therapy  1999;14:172-175.

224.    Yaron Y, Hassan S, Geva E, Kupferminc M, Yavetz H, Evans MI.  The evaluation of fetal echogenic bowel in the second trimester.
Fetal Diagnosis and Therapy  1999;14:176-180.

225.    Drugan A, Yaron Y, Zamir R, Ebrahim SAD, Johnson MP, Evans MI.   Differential effect of advanced maternal age on prenatal diagnosis of trisomy 13, 18, and 21.
Fetal Diagnosis and Therapy  1999;14:181-184.

226.    Feldman B, Yaron Y, Critchfield G, Leon J, O'Brien JE, Johnson MP, Evans MI.   Distribution of neural tube defects and risks as a function of maternal weight:  No apparent correlation.
Fetal Diagnosis and Therapy 1999;14:185-189.

227.    Freedman AL, Smith CA, Evans MI, Gonzalez R, Johnson MP.   Long term outcome in children following antenatal intervention for obstructive uropathies.
Lancet  1999;354(9176):374-377.

228.    Brady TB, Kramer RL, Qureshi F, Feldman B, Kupsky WJ, Johnson MP, Evans MI.   Ontogeny of recurrent hydrocephalus:  Presentation in three fetuses in one consanguineous family.
Fetal Diagnosis and Therapy 1999;14(4):198-200.

229.    Evans MI, Goldberg J, Horenstein J, Wapner R, Ayoub MA, Stone J, Lipitz S, Achiron R, Holzgreve W, Brambati B, Johnson A, Johnson MP, Berkowitz R.  Selective termination (ST) for structural (STR), chromosomal (CHR), and Mendelian (MEN) anomalies:  International experience.
American Journal of Obstetrics and Gynecology  1999;181(4):893-897.

230.    Yaron Y, Cherry M, O'Brien JE, Hallak M, Johnson MP, Evans MI.   Second trimester maternal serum marker screening:  MSAFP, B-hCG, estriol, and their various combinations as predictors of pregnancy outcome.
American Journal of Obstetrics and Gynecology 1999;181(4):968-974.

231.    Drugan A, Bronstein M, Itskovitz-Eldor J, Johnson MP, Evans MI.  Ontogeny of isolated ultrasound markers for fetal aneuploidy.
Fetal Diagnosis and Therapy 1999;14(5):266-269.

232.    Yaron Y, Rotter V, Aloni R, Schwartz D, Evans MI.  Expression of the p53 tumor suppressor gene in the mouse ovary during an artificially induced ovulatory cycle.
Journal of Reproductive Medicine 1999;44(2):107-114.

233.    Drugan A, Johnson MP, Evans MI.  Ultrasound screening for fetal chromosome anomalies.
American Journal of Medical Genetics  2000;90(2):98-107.

234.    Feldman B. Ebrajo, SAD, Hazan SL, Gyi K, Johnson MP, Johnson A, Evans. Routine prenatal diagnosis of aneuploidy by FISH studies in high risk pregnancies.
American Journal of Medical Genetics 2000;90(3):233-238.

235.    Carreno C, King M, Johnson MP Yaron Y, Diamond M, Bush D, Evans MI.   Treatment of heterotopic cervical and intrauterine pregnancy.
Fetal Diagnosis and Therapy  2000;15(1):1-3.

236.    Seubert DE, Feldman B, Krivchenia EL, Evans MI, Barki J, Johnson MP.   Molecular and fetal tissue biopsy capabilities are needed to maximize prenatal diangosis of junctional epidermolysis bullosa (JEB): Fetal skin biopsy using a 2mm microendoscope.
Fetal Diagnosis and Therapy  2000;15(2):89-92.

237.    Pryde P, Hallak M, Lauria M, Littman L, Bottoms S, Johnson M, Evans MI.   Severe oligohydramnios with intact membranes: an indication for diagnostic amnioinfusion.
Fetal Diagnosis and Therapy   2000;15(1):46-49.

238.    Miller V, Ransom, Ayoub M, Krivchenia E, Evans MI.   The fiscal impact of a potential legislative ban on second trimester elective terminations for prenatally diagnosed abnormalities.
American Journal of Medical Genetics 2000;91(5):359-362.

239.    Feldman B, Ebrahim SAD, Gyi K, Flore LA, Evans MI.   Rapid confirmation of previously detected prenatal mosaicism by fluorescence in situ hybridization in interphase uncultured amniocytes.
Genetic Testing  2000;4(1):61-63.

240.    Miller V, Ransom S, Shalhoub A, Sokol R, Evans MI.   Multifetal Pregnancy Reduction: Perinatal and Fiscal Outcomes.
American Journal of Obstetrics and Gynecology 2000;182(6):1575-1580.

241.    Britt DW, Risinger ST, Miller V, Mans MK, Krivchenia EL, Evans MI.   Determinants of parental decisions after the prenatal diagnosis of Down syndrome:  Bringing in context
American Journal of Medical Genetics 2000;93:410-416.

242.    Chung IB, Yelian FD, Zaher FM, Gonik B, Evans MI Diamond MP, Svinarvich DM.   Expression and regulation of vascular endothelial growth factor in a first trimester trophoblast cell line.
Placenta 2000;21:320-324.

243.    Terry M, Calhoun BC, Walker W, Apodaca C, Martin LM, Pierce B, Hume RF, Evans MI.   Aneuploidy and isolated mild ventriculomegaly:  Attributable risk for isolated fetal marker.
Fetal Diagnosis and Therapy  2000;15 (6) 331.

244.    Qureshi F, Jacques SM, Feldman B, Doss BJ, Johnson A, Evans MI, Johnson MP.   Fetal obstructive uropathy in trisomy syndromes.
Fetal Diagnosis and Therapy  2000;15 (6) 342.

245.    Apodaca CC, Hume RF, Evans WJ, Martin LS, Evans MI, Calhoun BC.   Choriod plexus cysts: Parental decision making differences between patients in two healthcare systems for choriod plexus cysts
Fetal Diagnosis and Therapy  2000;15(6), 338.

246.    Belkin HR, Diamond MP, Herzig BR, Evans MI.  Legal implications of the treatment of infertility: an overview
Reproductive Technologies  2000;10 (3), 136-141.

247.    Evans MI, Berkowitz R, Wapner R, Carpenter R, Goldberg J, Ayoub MA, Horenstein J, Dommergues M, Brambati B, Nicolaides K, Holzgreve W, Timor-Tritsch IE.   Multifetal pregnancy reduction (MFPR):  Improved outcomes with increased experience.
American Journal of Obstetrics and Gynecology, 2001;184:97-103.

248.    Britt DW, Mans M, Risinger ST, Evans MI.  Bonding and coping with loss:  Examining the construction of a bonding intervention for multifetal reduction procedures.
Fetal Diagnosis and Therapy.  2001;161:58-159.

249.    Carreno CA, Yaron Y, Feldman B, Treadwell M, Johnson MP, Ayoub MA, Evans MI.   First trimester embryo size discordancy:  A predictor of prematurity following multifetal pregnancy reduction (MFPR) Fertility and Sterility.
Fertility and Sterility  2001;75(2):391-3.

250.    Wapner RJ, Evans MI, Davis G, Weinblatt W, Moyer S, Krivchenia EL, Jackson LG.
Procedural risks versus theology:  chorionic villus sampling (CVS) for Orthodox Jews at less than 8 weeks gestation.
American Journal of Obstetrics and Gynecology.  2002;186: 1133-1136.

251.    Bianchi DW, Simpson JL, Jackson LG, Elias S, Holzgreve W, Evans MI, Dukes KA, Sullivan LM, Klinger KW, Bischoff FZ, Hahn S, Johnson KL, Lewis D, Wapner RJ, de la Cruz F.  Fetal Gender and Aneuploidy Detection Using Fetal Cells in Maternal Blood:  Analysis of NIFTY I Data.
Prenatal Diagnosis.  2002;22:609-615.

252.    Britt DW, Risinger ST,  Mans M, Evans MI. Devastation and relief: conflicting meanings in discovering fetal anomalies.
Ultrasound in Obstetrics and Gynecology.  2002;20: 1-5.

253.    Evans MI, Wapner RJ, Ayoub MA, Shalhoub AG, Feldman B, Yaron Y.  Spontaneous abortions in couples declining multifetal pregnancy reduction.
Fetal Diagnosis and Therapy.  2002;17:343-346.

254.    Drugan A, Weissman A, Avrahami R, Zamir R, Evans MI.  Sonographic nuchal markers for Down syndrome are more common but less ominous in gestations with a male fetus.
Fetal Diagnosis and Therapy.  2002;17, 295-297.

255.    Evans MI, Harrison HH, O'Brien JE, Dvorin E, Huang X, Krivchenia EL, Reece EA. Correction for insulin dependent diabetes in maternal serum alpha fetoprotein testing has outlived its usefulness.
American Journal of Obstetrics and Gynecology  2002;187:1084-6.

256.    Evans MI, Harrison HH, O'Brien JE, Huang X, Chervenak FA, Henry GP, Wapner RJ.  Maternal weight correction for alpha fetoprotein:  mathematical truncations revisited.
Genetic Testing.  2002;6:221-223.

257.    Evans MI, O'Brien JE, Dvorin E, Wapner RJ, Harrison HH. Standardization of methods reduces variability: explanation for historical discrepancies in biochemical screening.
Genetic Testing.  2003;7:81-83.

258.    Baker C, Feldman B, Shalhoub AG, Ayoub MA, Krivchenia EL, Evans MI.  Demographic factors for utilization of invasive genetic testing after multifetal pregnancy reduction (MFPR).
Fetal Diagnosis and Therapy  2003;18:140-143.

259.    Calhoun B, Evans MI, Krivchenia EL, Waters T, Urban AJ, Morgan P, Hume RF, Wapner RJ. Multifetal Pregnancies: evolution of methods of initiation and impact of REI certification of patients seeking reduction.
Fetal Diagnosis and Therapy.  2003;18:132-136.

260.    Kaufman HK, Hume RF, Calhoun BC, Carlson N, Yorke V, Elliott D, Evans MI. Natural History of Twin Gestation Complicated by in utero Fetal Demise:  Associations of Chorionicity, Prematurity, and Maternal Morbidity
Fetal Diagnosis and Therapy 2003;18:442-446.

261.    Britt DW, Risinger ST, Mans M, Evans MI.  Anxiety among women who have undergone fertility therapy and who are considering multifetal pregnancy reduction:  trends and implications.
Journal of Maternal-Fetal and Neonatal Medicine.  2003;13(4):271-8.

262.    Evans MI, Llurba E, Landsberger EJ, Dvorin E, Huang X, Harrison HH: Impact of Folic Acid Supplementation in the United States: markedly diminished high maternal serum AFPs.
Obstetrics and Gynecology , 2004;103: 474-479.

263.    Britt DW, Evans WJ, Mehta SS, and Evans MI.  Framing the decision:  Determinants of how women considering MFPR as a pregnancy-management strategy frame their moral dilemma.
Fetal Diagnosis and Therapy.  2004;19:232-240.

264.    Kilpatrick MW, Tafas T, Evans MI, Strinkovsky L, Jackson LG, Tsipouras P.  Getting fetal cells in maternal blood to work:  eliminating the false positive XY signals in XX pregnancies
American Journal of  Obstetrics  & Gynecology  2004;190,1571-81.

265.    Evans MI, Kaufman M, Urban AJ, Britt DW, Fletcher JC:  Fetal Reduction from Twins to a Singleton:  A Reasonable Consideration
Obstetrics and Gynecology 2004;104:102-109.

266.    Eden RD, Penka A, Britt DW, Landsberger EJ and Evans MI:  Re-Evaluating the Role of the MFM Specialist:  Lead, Follow, or Get out of the way!
Journal of Maternal-Fetal and Neonatal Medicine  2005; 18:253-258.

267.    Lehavi O, Aizenstein O, Evans MI, Evans MI:  Second trimester maternal serum human chorionic gonadotropin (hCG) and alpha fetoprotein (AFP) levels in male and female fetuses with Down syndrome
Fetal Diagnosis and Therapy 2005;20:235-238.

268.    Evans MI, Sharp MS,, Tepperberg J,  Kilpatrick MS, Tsipouras P, Tafas T:  Automated microscopy of amniotic fluid cells: Detection of FISH signals using the *fastFISH*™ imaging system.
Fetal Diagnosis & Therapy  2006;21:523-527

269:    Britt DW, Eden RD, Evans MI:  Matching risk and resources in high risk pregnancies.
Journal of Maternal Fetal & Neonatal Medicine  2006;19:645-650.

270.    Britt DW, Evans MI: Information sharing among couples considering multifetal pregnancy reduction
Fertility & Sterility  2007; 87:490-495

271.     Evans MI, Hallahan TW, Krantz D, Galen RS:  Meta-Analysis of first trimester Down Syndrome screening studies: Free beta hCG significantly outperforms intact hCG in a multi-marker protocol
American Journal of Obstetrics & Gynecology  2007; 196:198-205

272.     Evans MI, Van Decruyes H, Nicolaides KH:  Nuchal translucency (NT) measurements for 1st trimester screening: the "price" of inaccuracy.
Fetal Diagnosis & Therapy 2007;22:401-404

273.     Britt DW, Evans MI: Sometimes doing the right thing sucks: Frame combinations and multifetal pregnancy reduction decision difficulty.
Social Science and Medicine  2007; 65: 2342-2356

274.     Henry GP, Britt DW, Evans MI:  Screening Advances and Diagnostic Choice: The Problem of Residual Risk
Fetal Diagnosis & Therapy  2008; 23:308-315

275.    Evans MI:  Overcoming Militant Mediocrity
American Journal of Obstetrics & Gynecology  2008; 198:656-661

276.     Seppo A, Frisova V,  Ichetovkin I, Kim Y, Evans MI, Antsaklis A, Nicolaides KH, Tafas T, Tsipouras P,  Kilpatrick MW: Detection of Circulating Fetal Cells Utilizing Automated Microscopy: Potential for Non-Invasive Prenatal Diagnosis of Chromosomal Aneuploidies
Prenatal Diagnosis 2008;28:815-821

277.     Evans MI, Pergament E:  Impact of quality of nuchal translucency measurements on detection rates of Trisomies 13 and 18
Fetal Diagnosis & Therapy  2010;27:68-71

278.     Evans WJ, Keller JD, Evans MI:  Optimizing patient management: improving managed care performance and provider/plan communication
Journal of Managed Care Medicine  2010;13:45-52

279.    Evans MI, Krantz DA, Hallahan TW, Sherwin JE:  Undermeasurement of nuchal translucencies: implications for screening.
Obstetrics & Gynecology  2010;116:815-818

280.    Evans MI, Lau TK:  Making decisions when no good options exist:  Delivery of the survivor after intrauterine death of the co-twin in monochorionic twin pregnancies.
Fetal Diagnosis & Therapy  2010;28:191-195     DOI10.1159/000320783

281.    Evans MI, Cuckle HS:  Performance Adjusted Risks (PAR):  a method to improve the quality of algorithm performance while allowing all to play.
Prenatal Diagnosis  2011;31:797-801    **DOI:** 10.1002/pd.2769

282.    Evans MI, Krantz D, Hallahan T, Sherwin J:  Impact of NT credentialing by FMF, NTQR, or both upon screening distribution and performance.
Ultrasound in Obstetrics & Gynecology  2012;39:181-184 **DOI:** 10.1002/uog.9023

283.    Krantz D, Hallahan T, Kuanglin He, Sherwin J, Evans MI:  First trimester screening in triplets

American Journal of Obstetrics & Gynecology  (in press)

**REVIEW and INVITED ARTICLES**:

 1.     Evans MI, Mukherjee AB, Schulman JD. Human in vitro fertilization.
Obstetrical and Gynecological Survey 1980;35:71-81.

 2.     Evans MI, Mukherjee AB, Schulman JD. Animal models of intrauterine growth retardation.
Obstetrical and Gynecological Survey 1983;38:183-192.

 3.     Richardson DA, Evans MI, Cibils LA. Midforceps: a critical review.
American Journal of Obstetrics and Gynecology 1983;145:621-632.

 4.     Evans MI, Fletcher JC. Prenatal ultrasound screening intensifies maternal-fetal bonding.
Diagnostic Imaging  1983;5(10):48-49.

 5.     Meriwether CD, Evans MI, Sokol RJ. Chlamydia trachomatis: A practical obstetric/gynecologic management approach.
International Journal of Obstetrics and Gynaecology 1986;24:407-415.

 6.     Evans MI, Belsky RL, Greb A, Mariona FG. Maternal serum alpha-fetoprotein screening.
J Clinical Immunoassay  1988;10:210-216.

 7.     Drugan A, Evans MI. Exposure of the pregnant patient to ionizing radiation.
Contemporary OB GYN  1988;32(4):16.

 8.     Drugan A, Johnson MP, Evans MI. Infections following prenatal genetic procedures.
Clinical Advances in the Treatment of Infections  December, 1988

 9.     Drugan A, Evans WJ, Evans MI. Fetal organ and xenograft transplantation.
American Journal of Obstetrics and Gynecology  1989;160:288-293.

10.     Drugan A, Miller OJ, Evans MI. Gene therapy.
Fetal Therapy  1989;2:232-241.

11.     Evans MI, Fletcher JC. Multifetal gestation: the role for selective termination.
The Female Patient  1989;14:59-63.

12.     Drugan A, Johnson MP, Evans MI. Genetics.
Interactions. Vol II, 1989
American College of Obstetricians & Gynecologists

13.     Drugan A, Evans MI. Ethical considerations in organ donation from anencephalic conceptions.
Medical Ethics 1989;4:6-14.

14.     Abrams FR, Evans MI, Farley MA, Gates EA, Grodin MA, Kalb K, McLaughlin JJ, Quilligan EJ, Shaffer JC, Walters L. Human immunodeficiency virus infection: physicians' responsibilities. Committee on Ethics for the The American College of Obstetricians and Gynecologists,
Obstetrics/Gynecology 1990;75:1043-1045.

15.     Evans MI, Fletcher JC. Selective termination.
Contemporary OB GYN 1990;35:29-34.

16.     Drugan A, Johnson MP, Evans MI. Genetic counseling.
Clinical Consultation in Obstetrics/Gynecology 1990;2(4):225-231.

17.     Drugan A, Dvorin E, O'Brien JE, Johnson MP, Evans MI. Alpha-fetoprotein.
Current Opinion in Obstetrics and Gynecology 1991;3(2):230-234.

18.     Drugan A, O'Brien JE, Johnson MP, Isada NB, Evans MI. Alpha-fetoprotein: advantages and limitations.
Female Patient 1991;16(12):37-44.

19.     Evans MI, Chervenak FA, Eden RD. Ultrasound evaluation of the fetus. For the Counsel on Scientific Affairs, Report of the Ultrasonography Task Force of the American Medical Association.
Fetal Diagnosis and Therapy 1991;6:132-147.

20.     Evans MI, Dommergues M, Johnson MP, Dumez Y. Reduction embryonnaire: actualities.
Medecine Foetale 1992;10:23-26.

21.     Evans MI. Chorionic villus sampling assessment.
American Journal of Obstetrics and Gynecology 1993;168:1776-1777.

22.     Evans MI, Pryde PG, Reichler A, Bardicef M, Johnson MP. Fetal drug therapy.
Western Journal of Medicine 1993;159:325-332.

23.     Holzgreve W, Evans MI. Non-vascular needling and shunt placement for fetal therapy.
Western Journal of Medicine 1993;159:333-340.

24.     Evans MI, Isada NB, Krivchenia EL, Uhlmann WR, Johnson MP. Management of the unexpectedly detected fetal abnormality.
The Female Patient 1993;18(10):72-77.3

25.     Chervenak FA, Newman R, Evans MI, Reece EA, Devoe LD. Female patient forum: multiple gestation.
The Female Patient 1993;18(12):14-33.

26.     Evans MI, Adzick NS, Johnson MP, Flake AW, Quintero R, Harrison MR. Fetal therapy - 1994.
Current Opinion in Obstetrics and Gynecology 1994;6:58-64.

27.     Evans MI, Johnson MP. Genetic counseling and prenatal diagnosis: the clinical impact of prenatal screening.
Orgyn, Bugamor International, The Netherlands, 1994;2:20-25.

28      Evans MI, O'Brien JE, Dvorin E, Johnson MP. Biochemical screening,
Current Opinion in Obstetrics and Gynecology  6(5):453-458, 1994

29.     Evans MI, Hume RH, Johnson MP.  Controversies in Early Prenatal Diagnosis
Medicine Foetale  1995;20:25-27.

30.     Bui TH, Evans MI.  Prenatal kromosonalys idag-Nar och Hur.
Lakartidningen  (J Swedish Medical Association)  1995;92:1201-1203.

31.     Evans MI, Dommergues M, Johnson MP, Dumez Y. Multifetal pregnancy reduction/selective termination: 1995.
Current Opinion in Obstetrics and Gynecology  1995;7:126-129.

32.     Quintero RA, Evans MI.  Bringing surgery to the fetus.
Lancet 1995;346 (supplement):S18.

33.     Johnson MP, Evans MI.  Advances in prenatal evaluation and patient selection.
Dialogues in Pediatric Urology  1996;19:2-3.

34.     Evans MI, Johnson MP.  Fetal Reduction
Contemporary Ob/Gyn  1996;41(6):27-28.

35.     Johnson MP, Evans MI.  Advances in prenatal evaluation and patient selection.
Dialogues in Pediatric Urology  1996;19:2-3.

36.     Yaron Y, Ebrahim S, Kramer RL, Johnson MP, Evans MI.  Fluorescent In Situ Hybridization (FISH) in prenatal diagnosis
Fetal and Maternal Medicine Review  1996;8:125-131.

37.     Evans MI, Johnson MP, Quintero RA, Fletcher.  Ethical Issues surrounding multiple fetal pregnancy reduction and selective termination.
Clinics in Perinatology  1996;23:437-451.

38.     Evans MI. Embryo reduction.
Resident & Staff Physician  1997;43(6):27-36.

39.     Stewart K, Johnson MP, Quintero RA, Evans MI.  Congenital abnormalities in twins:  selective termination.
Current Opinion in Obstetrics and Gynecology   1997;9:136-139.

40.     Evans MI, Hanft RS.  The introduction of new technologies.
ACOG Clinical Seminars 1997;2(5):1-3.

41.     Evans MI.  Amniotic bands.
Ultrasound in Obstetrics and Gynecology  1997;10(5):307-308.

42.     Reichler A, Hume RF Jr, Johnson MP, Evans MI. Molecular diagnosis.
Israel Journal of Obstetrics and Gynecology (in press)

43.     Evans MI, Kramer RL, Yaron Y, Drugan A, Johnson MP.  Ethical and technical problems in multifetal pregnancy reduction.  In, Keith L, Papiernik E (eds).
<u>Clinical Obstetrics & Gynecology.</u>  1998;41(1):47-54.

44.     Evans MI.  Genetic Counseling, Screening, Diagnosis, and Fetal Therapy.
<u>Ultrasonografi - Obstetrik Ve Jinekoloji</u>  1998;2:38-45.

45.     Evans MI.  Editorial
<u>Fetal Diagnosis and Therapy</u>  1998;13(2):65.

46.     Evans MI, Editorial
<u>Current Opinion in Obstetrics and Gynecology</u>  1999;11:13-14.

47.     Evans MI, Screening for aneuploidy
<u>Current Opinion in Obstetrics and Gynecology</u>  1999;11(2) 115-18.

48.     Evans MI, Johnson A, Gilbert AD.  The future of chromosome screening: ultrasound, biochemistry, or both.
<u>Frontiers in Fetal Health</u>:  <u>A Global Perspective</u> 1999;1(1):16.

49.     Evans MI and Levy, H. The future of newborn screening belongs to obstetricians.
<u>Acta Paediatrica.</u>  1999;88(432):55-57.

50.     Evans MI.  Genetic Counseling, Screening, Diagnosis, and Fetal Therapy.
<u>Phillipine Journal of Obstetrics and Gynecology.</u>  1999;6:18-20.

51.     Evans MI.  Genetic Counseling, Screening, and Diagnosis.
<u>Ultrasonografi Obstetrik ve Jinekoloji</u>  2000;3(1):9-19.

52.     Evans MI.  Multifetal pregnancy reduction
<u>Contemporary Ob/Gyn</u>  2000;45(10):55-62.

53.     Evans MI.  Genetic Counseling, Screening, Diagnosis, and Fetal Therapy.
<u>Phillipine Journal of Obstetrics and Gynecology</u>  2001;1801-210.

54.     Evans MI. Teaching new procedures.
<u>Ultrasound in Obstetrics and Gynecology</u>  2002;19: 436-437.

55.     Evans MI. The history of fetal diagnosis and therapy. (Editorial).
<u>Fetal Diagnosis and Therapy</u>  2002;17:257.

56.     Evans MI, Johnson MP.  The history of fetal diagnosis and therapy: The Wayne State University experience.
<u>Fetal Diagnosis and Therapy</u>  2002;17:321-330.

57.     Feldman B, Aviram Goldburg A, Evans MI.  Interphase FISH for prenatal Diagnosis of common aneuploids
<u>Methods Mol Biol</u>  2002;204: 219-241.

58.     Evans MI:  In Memoriam:  John C. Fletcher, Ph.D.  The conscience of our field
<u>Fetal Diagnosis and Therapy</u>  2005: 20:79-80

59.     Evans MI, Ciorica D, Britt DW, Fletcher JC:  Update on Selective Reduction:
Prenatal Diagnosis 2005; 25:807-813

60.     Evans MI:  Stem Cell Therapy: Moving towards reality
American Journal of Obstetrics & Gynecology 2006; 194:662-3

61.     Evans MI, Cuckle HS: Biochemical Screening for Aneuploidy
Expert Reviews in Obstetrics & Gynecology 2007;2:765-774

62.     Evans MI, Andriole S:  Chorionic villus sampling and amniocentesis in 2008.  In Druzin
M (issue editor)
Current Opinion in Obstetrics & Gynecology  2008; 20: 164-168

63.     Evans MI, Britt DW:  Fetal Reduction 2008      In Olive D (issue editor)
Current Opinion in Obstetrics & Gynecology 2008; 20:386-393

64.     Lau TK, Evans MI: Second trimester sonographic soft markers: What can we learn from
the experience of first trimester nuchal translucency screening?
Ultrasound in Obstetrics & Gynecology 2008; 32:123-125

65.     Evans MI, Hughes MR, Pergament E:  Prenatal Genetics: the next generation.
ACOG Update: 34 #5, 2008

66.     Evans MI:  My Turn: The truth about multiple births
Newsweek  183 (9) March 2, 2009  p14

67.     Evans MI, Andriole S:  Peeling back the onion on ultrasound abnormalities
Journal of  Ultrasound in Obstetrics & Gynecology  2009;34:371-372

68.     Evans MI:  The truth about multiples
Female Patient  2010;35:35-37

69.     Evans MI:  Reinventing the Wheel – Again
Prenatal Screening Perspectives  2011;16:22

70.     Evans MI:  In Memoriam:  Ruth S. Hanft, Ph.D.
Prenatal Screening Perspectives  2012;17:18

**BOOKS:**

1.     Lin CC and Evans MI.

Intrauterine Growth Retardation: Pathophysiology and Clinical Management.  McGraw Hill Publishing Co, New York, New York, 1984

Chapter 1: Lin CC, Evans MI.
Introduction

Chapter 2: Evans MI, Lin CC.
Normal fetal growth

Chapter 3: Evans MI, Lin CC.
Retarded Fetal growth

Chapter 4: Larsen Jr JW, Evans MI.
Genetic causes

Chapter 9: Evans MI, Mukherjee AB, Schulman JD.
Animal models

Chapter 10: Lin CC, Evans MI.
Clinical diagnosis

Chapter 12: Lin CC, Evans MI.
Antepartum management

Chapter 13: Lin CC, Evans MI.
Intrapartum management


 2.      Evans MI (ed).
Obstetrics and Gynecology. Pretest, Self Assessment, and Review. (Third edition), McGraw Hill Publishing Co, New York, New York, 1985

 3.      Evans MI (ed).
Obstetrics and Gynecology. Pretest, Self Assessment, and Review. (Fourth edition), McGraw Hill Publishing Co, New York, New York, 1987

 4.      Evans MI, Fletcher JC, Dixler AO, and Schulman JD (eds).
Fetal Diagnosis and Therapy: Science, Ethics, and the Law.  Lippincott Harper Publishing Co, Philadelphia, PA, 1989

Chapter 1A: Evans MI, Schulman JD.
Developing issues in reproduction: scientific

Chapter 2A: Evans MI, Quigg MH, Koppitch FC, Schulman JD.
First trimester prenatal diagnosis

Chapter 3A: Evans MI, Belsky R, Greb A, Clementino NA, Syner FN.
Alpha-fetoprotein

Chapter 9A: Bronsteen RA, Evans MI.
Multiple gestation: medical issues

Chapter 9D: Evans MI, Fletcher JC, Rodeck C.
Multiple gestations: ethical issues

Chapter 11A: Richardson DA, Evans MI, Sokol RJ.
Midforceps deliveries

Chapter 15B: Evans MI, Schulman JD.
Pharmacologic fetal therapy

5.    Evans MI (ed).
Obstetrics and Gynecology.  Pretest, Self Assessment, and Review.  (5th edition), McGraw Hill Publishing Co, New York, New York, 1989

6.    Evans MI (ed).
Reproductive Risks and Prenatal Diagnosis. Appleton & Lange Publishing Co, Norwalk, Connecticut, 1992

Chapter 1: Drugan A, Johnson MP, Evans MI. Inheritance

Chapter 7: Isada NB, Johnson MP, Evans MI, Grossman J. Fetal infections

Chapter 10: Evans MI, Johnson MP. Chorionic villus sampling

Chapter 11: Holzgreve W, Tercanli S, Evans MI, Mini P. Late CVS

Chapter 12: Drugan A, Johnson MP, Evans MI. Amniocentesis

Chapter 14: Evans MI, O'Brien J, Dvorin E, Moody J, Drugan A. Alpha-fetoprotein

Chapter 22: Evans MI, Pinsky WP, Johnson MP, Schulman JD. Pharmacologic and gene therapy.

7.    Evans MI (ed).
Obstetrics and Gynecology.  Pretest, Self Assessment, and Review.  (6th edition), McGraw Hill Publishing Co, New York, New York, 1992

8.    Evans MI, Johnson MP (eds).
Prenatal Genetics in the 90's.
Journal of Reproductive Medicine (Symposium), Mosby, St Louis, Missouri, 1992

Chapter 1: Evans MI, Johnson MP. Overview
Introduction to the Symposium, J Reprod Med  1992;37(5):387-388.

Chapter 2: Evans MI, Johnson MP, Holzgreve W.
Chorionic villus sampling, J Reprod Med  1992;37(5):389-395.

Chapter 4: Drugan A, O'Brien JE, Gambino R, Evans MI. Prenatal Biochemical Screening,
J Reprod Med 1992;37(5):403-409.

Chapter 10: Isada NB, Johnson MP, Evans MI. Molecular diagnosis of infectious   disease, J Reprod Med  1992;37(6):485-498.

9.    Evans MI, Thompson EJ, Rothenberg K (eds).

<u>Reproductive Genetic Testing: Impact Upon Women</u>, Fetal Diagnosis and Therapy 8, Suppl I, Karger Publishing Co, Basil, Switzerland, 1993

10.     Evans MI (Guest Editor).
<u>The New Reproductive Genetics: Implications for Women and Their Physicians</u>, in Pitkin RM, Scott JB, editors, Clinical Obstetrics and Gynecology, JB Lippincott Co, Philadelphia, PA, 1993;36(3):461-614.

     Evans MI. Foreward. p 461
     Evans MI, Johnson MP, Isada NB:. The genetics revolution and the role of the obstetrician. pp 463-465
     Pryde PG, Drugan A, Johnson MP, Isada NB, Evans MI. Prenatal diagnosis: choices women make about pursuing testing and acting on abnormal results. pp 496-509

11.     Evans MI.
<u>Pretest: Obstetrics and Gynecology</u>, 7th Edition
McGraw Hill Publishing Co, New York, NY, 1995

12.     Isada NB, Drugan A, Johnson MP, Evans MI (eds).
<u>Maternal Genetic Disease</u>. Appleton & Lange Publishing Co, Norwalk, Connecticut, 1995

     Chapter 1: Isada NB, Drugan A, Johnson MP, Evans MI. Adult genetic disease, pp 1-3.
     Chapter 2: Evans MI. Genetics and the obstetrician, pp 5-6.
     Chapter 3: Drugan A, Johnson MP, Evans MI. Basic genetic principles, pp 7-26
     Chapter 4: Jones T, Drugan A, Johnson MP, Evans MI. Preconceptual counseling for genetic diseases, pp 27-31.
     Chapter 6: Drugan A, Isada NB, Johnson MP, Evans MI.  Parental chromosome anomalies, pp 47-50.

13.     Evans MI, Johnson MP, Moghissi KS (eds).
<u>Invasive Outpatient Procedures in Reproductive Medicine</u>
Raven Press, New York, 1997

     Chapter 1. Drugan A, Johnson MP, Hume RF Jr, Evans MI. Amniocentesis, pp. 3-13.
     Chapter 2. Isada NB, Johnson MP, Drugan A, Evans MI. CVS, pp. 15-33
     Chapter 5. Johnson MP, Flake AW, Quintero RA, Evans MI. Shunt Procedures, pp. 61-89.
     Chapter 6. Evans MI, Hume RF Jr, Reichler A, Isada NB, Johnson MP. Selective Termination, pp. 91-96
     Chapter 7. Evans MI, Littman L, St Louis L, Blessed L, Grager J, Zador IE. Multifetal Pregnancy Reduction, pp. 97-105.

14.     Evans MI.
<u>Pretest: Obstetrics and Gynecology</u>, 8th Edition
McGraw Hill Publishing Co, New York, NY, 1997

15.     Gleisher N, Buttino L Jr., Elkayam U, Evans MI, Galbraith RM, Gall SA, Sibai BM (eds).
<u>Principles and Practices of Medical Therapy in Pregnancy-3rd Edition.</u>  Appleton and Lange Publishing Co., Norwalk, Connecticut., 1998
     Chapter 16     Kramer RL, Yaron Y, Johnson MP, Evans MI.  New Genetic Mechanism, pp. 155-160
     Chapter 18     Martin LS, Hume RF, Evans MI.  Molecular Genetics, pp 165-173
     Chapter 20     Evans MI, Johnson MP, Fisk N, Holzgreve W, Wapner R.  Prenatal Diagnosis, pp 178-192

| Chapter 22 | Evans MI, O'Brien JE, Dvorin E, Chik L, Bui TH.  Biochemical Screening, pp 199-207 |
| Chapter 25 | Johnson MP, Evans MI, Quintero R, Flake AW.  In utero therapy of the fetus, pp. 223-235 |
| Chapter 26 | Evans MI, Rodeck CH, Stewart KS, Yaron Y, Johnson MP.  Multiple Gestation: Genetic Issues, Selective Termination, and Fetal Reduction, pp. 235-242 |
| Chapter 39 | Bryant-Greenwood, Yaron Y, Evans MI.  Metabolism and Pregnancy, pp. 351-356 |
| Chapter 40. | Hume RF, Martin LS, Evans MI.  Disorders of Amino Acid Metabolism, pp. 356-359 |
| Chapter 43. | Drugan A, Martin LS, Evans MI, Johnson MP  Disorders of Metals and Metallo Proteins, pp. 370-377 |

16.    Buttino L, Evans MI, Sibai BM (eds).  Study Guide for Principles and Practices of Medical Therapy in Pregnancy-3rd Edition.  Appleton and Lange Publishing Co., Norwalk, Connecticut, 1998

17.    Rodeck CH, Whttle MJ, Ferguson M, Hanson M, Bewley S, Nelson R, Holzgreve W, Evans MI, Bencerraf B, Trudinger B, Chiswick M (eds).
Fetal Medicine:  Basic Science and Clinical Practice.  Churchill Livingstone, London, England, 1999

| Chapter 44 | Evans MI, Krivchenia EL, Hoffman E, King M.  Muscular dystrophy, pp. 519-524 |
| Chapter 62 | Lewis P, Evans MI.  Diagnosis and treatment of fetal endocrine disorders, pp. 829-834 |
| Chapter 66 | Dommergues M, Aubry MC, Mahieu-Ceputo D, Evans MI, Dumez Y. Multifetal pregnancy reduction and selective termination, pp 879-886. |

18.    Evans MI, Rodeck CH (eds).
Ultrasound and Fetal Therapy.  Parthenon Publishing Co., London, England, 2000
| Chapter | Johnson MP, Quintero R, Evans MI.  Uropathy and Pulmonary Shunts, pp 1-18 |
| Chapter | Flake AW, Evans MI.  Fetal saccro coccygial teratomas, pp 39-48 |
| Chapter | Evans MI, Hume R, Lewis P, Feldman B, Yaron Y.  Pharmacologic fetal therapy, pp 95-104 |
| Chapter | Yaron Y, Flake AW, Zanjani E, Evans MI.  Stem Cell  Fetal Therapy, pp 105-112 |

19.    Evans MI, Ginsburg KA (eds).
Pretest:  Obstetrics and Gynecology, 9th Edition.  McGraw-Hill, New York, 2001

20.    Evans MI, Platt LD, de la Cruz F (eds).
Fetal Therapy.  Parthenon Publishing Company, London, 2001
| Chapter 3 | Johnson MP, Evans MI.   The prenatal evaluation and treatment of fetal obstructive uropathy |
| Chapter 8 | Evans MI, Yaron Y, Lewis P, Hume RF.  Fetal pharmacologic therapy, pp 67-76. |

21.    Harrison MR, Evans MI, Adzick NS, Holzgreve W (eds).
The Unborn Patient:  The Art and Science of Fetal Therapy, 3rd Edition.  W.B. Saunders Publishing Company, Philadelphia, 2001

Chapter 33 Evans MI. The fetus with a metabolic disorder, pp 503-12.

22.    Evans MI (ed).
Clinics in Perinatology – Metabolic and Genetic Screening.  W. B. Saunders Publishing Company, Vol 28 Philadelphia, 2001
Evans MI, Krivchenia EL, Principles of screening, pp 273-278

Evans MI, Dvorin E, 2nd Trimester biochemistry screening, pp 289-301
Evans MI, Wapner RJ, Future directions, pp 477-480

23.   Ransom SB, Dombrowski MP, Evans MI, Ginsburg K (eds).
Contemporary Therapy in Obstetrics and Gynecology.  W. B. Saunders Publishing Company, Philadelphia, 2002

Chapter 44   Drugan A, Evans MI.  Invasive Procedures for Prenatal Diagnosis, pp 207-215
Chapter 45   Kramer RL, Yaron Y, Johnson MP, Evans MI.  New Genetic Concepts, pp 216-220
Chapter 46   Evans MI, Krivchenia EL, Chervenak FA.  Principles of Screening, pp 221-224
Chapter 48   Evans MI, O'Brien JE, Harrison H.  2nd Trimester Screening, pp 229-232
Chapter 53   Evans MI.  Multifetal pregnancy reduction, pp 254-256
Chapter 55   Miller V, Evans MI.  Multifetal Pregnancy Reduction: Psychosocial and Family Issues, pp 261-263

24.   Evans MI, Bui TH (eds).
The Genome Revolution and Obstetrics and Gynecology.  Balliere's Best Practice and Research in Clinical Obstetrics and Gynecology.  Harcourt Brace Publishing Co., London, 16: 2002
Evans MI, Krivchenia EL, Yaron Y:  Screening 16:645-657
Evans MI, Harrison MR, Flala AW, Johnson MP:  Fetal Therapy 16:671-673
Evans MI, Wapner RJ, Bui TH:  Future Directions 16:757-759

25.   Evans MI (Guest Editor).
Clinical Obstetrics and Gynecology – New Genetics for the Clinician.  Lippincott, Williams & Wilkins, Philadelphia, PA, 2002
Evans MI.  New Genetics for Clinical Practice. pp 591-592
Evans MI, Krivchenia EL, Wapner RJ, Depp R.  Principle Screening.  pp 657-660
Evans MI, Wapner RJ, et. al. Future Directions.  pp 730-732

26.   ACOG: Task Force on Neonatal Encephalopy and Cerebral Palsy (Hankins GD, D'Alton ME, Depp, RD, Evans MI, et al:  Neonatal Encephalopathy and Cerebral Palsy
American College of Obstetricians and Gynecologists 2003

27.   Evans MI, Johnson MP, Yaron Y, Drugan A: (eds).
Prenatal Diagnosis:  Genetics, Reproductive Risks, Testing,
 and Management.  McGraw Hill Publishing Co., New York.  2006

Chapter 3      Evans MI, Yaron Y, Johnson MP, Kramer RL:  New Genetic Concepts. Pp 33-40
Chapter 8      Shane Michaels H, Nazareth S, Tambini L.  Genetic Counseling pp 71-78
Chapter 16    Kramer RL, Feldman B, Yaron Y, Evans MI.  Chemotherapy, pp 177-186
Chapter 21    Treadwell M, Johnson MP.  Genitro-urinary tract abnormalities  pp 257-282
Chapter 23    Evans MI, Galen RS, Drugan A.  Biochemical Screening pp 277-288
Chapter 34    Drugan A, Evans MI.  Amniocentesis pp415-422
Chapter 36    Evans MI, Rozner, YaronY., Wapner RJ.  CVS pp433-442
Chapter 38    Evans MI, Holzgreve W, Krivchenia, Hoffman EP.  Tissue biopsies pp449-454
Chapter 43    Martin LS, Evans MI: Molecular Diagnostics for prenatal diagnosis pp 493-500

Chapter 51     Evans MI, Ciorica D, Britt DW, Fletcher JC:   Reduction in Multiple
               Pregnancies pp561-570
Chapter 52     Evans MI, Rodeck CH, Johnson MP, Berkowitz RL.  Selective Termination
               pp 571-578
Chapter 56     Johnson MP:  Fetal Shunt Procedures pp 605-616
Chapter 59     Llurba E, Landsberger EJ, Evans MI: Folic Acid and prevention      of
               neural tube defects  pp 641-652


28.     Kurjak A, Chervenak FA (eds), Evans MI, Holzgreve W et al (section editors)
        <u>Textbook of Perinatal Medicine (2nd ed)</u>  Taylor and Francis   Publishing Co, London
        2006
                Chapter      Evans MI, Britt DW, Ciorica P, Fletcher JC:  Selective Termination
                and Fetal Reduction
                Chapter 69   Evans MI, Macri JN, Snijders R, Galen RS: Chromosome
                Abnormality Screening pp 777-785
                Chapter 73  Rosner G, Ben Shahar S,  Yaron Y, Evans MI:  Prenatal Therapy of
                Endocrine and Metabolic Disorders pp 805-814
                Chapter 74  Harrison MR and Evans MI: Fetal Surgical Interventions  pp 815-
                820
                Chapter 75    Llurba E, Landsberger EJ, Evans MI:   Folic  Acid  and  NTD
                prevention.


29.     Evans MI (Series Editor)
        <u>The Requisites in  Obstetrics and Gynecology</u>,  Elsevier Science,
        Philadelphia 2006/2007


30.     Funai E, Evans MI;  Lockwood (J eds)
        <u>High Risk Obstetrics</u> in Evans MI  The Requisites in Obstetrics and Gynecology, Elsevier
        Science,  Philadelphia  2008
                Chapter 1. Drugan A, Evans MI:  Genetics overview pp1-32
                Chapter 2.  Evans MI, Hyett J, Nicolaides KH: Genetic Screening and Clinical
                Testing.pp 33-60


31.     Evans MI, Johnson MP, Yaron Y, Drugan A: (eds).
        <u>Prenatal Diagnosis</u> McGraw Hill Publishing Co., Singapore. & Peoples Medical
        Publishing House, Shanghai  (Chinese Edition)  2010




**<u>CHAPTERS</u>**:

1.      Evans MI. Basic controversies in MSAFP screening. In, (Gastel G, et al., eds.)
<u>Maternal Serum Alpha-Fetoprotein Screening: Issues in the Prenatal Screening and Diagnosis of Neural</u>
<u>Tube Defects</u>, pp 130-131, Government Printing Office, Washington, DC, 1981


2.      Evans MI, Mukherjee AB, Schulman JD. Human in vitro fertilization. In, (Sciarra JJ, ed),
<u>Gynecology and Obstetrics,</u> Vol 5, Chapter 97. Harper and Rowe, Baltimore, Maryland, 1981

3.    Evans MI, Dougan MB, Moawad AH, Evans WJ, Bryant-Greenwood GD, Greenwood FC. Ripening of the human cervix with porcine ovarian relaxin.
International Symposium on Relaxin, Elsivier-North Holland, Amsterdam, 1983

4.    Evans MI, Hanft RS, Dixler AO, Fletcher JC. Human in vitro fertilization: political, legal and ethical issues. In, Sciarra JJ, (ed),
Gynecology and Obstetrics, Vol 5, Chapter 98. Harper and Rowe, Baltimore, Maryland, 1984

5.    Evans MI, Chrousos GP, Rodbard D, Staton RC, Larsen JW Jr, Schulman JD, Nisula BC. Fetal sex developmental differences and steroid binding protein interactions in midtrimester amniotic fluid. In, Jones CT (ed),
Physiological Development of Fetus and Newborn. Academic Press, London, pp 141-144, 1985

6.    Evans MI, Schulman JD. Biochemical aspects of fetal therapy. In, Schulman JD (ed),
Clinical Obstetrics and Gynecology, JB Lippincott Company, Philadelphia, Pennsylvania, 1986

7.    Schulman JD, Paulson J, Dorfmann A, Evans MI. Genetic aspects of in vitro fertilization. In, Fredericks CM, Paulson JD, Decherney AH (eds),
Foundations of In Vitro Fertilization Chapter 16, pp 188-201, Hemisphere Publishing Company, Washington, DC, 1986

8.    Welch R, Evans MI, and Sokol RJ. Organ transplant: maternal and fetal complications in pregnancy. In, Toledo-Pereyra LH (ed),
Organ Transplantation: Medical and Surgical Complications, Marcel Dekker, Inc. Publishers, New York, New York, 1987, pp 254-270

9.    Evans MI, Schulman JD. Prenatal diagnosis: invasive techniques and alpha-fetoprotein screening. In, Avery GB (ed),
Neonatology: Pathophysiology and Management of the Newborn, Third edition, JB Lippincott and Co, Philadelphia, 1987, pp 130-138

10.    Kazzi G, Evans MI, Sokol RJ. Placental maturation. In, Sabbagha RR (ed),
Diagnostic Ultrasound Applications to Obstetrics and Gynecology, Lippincott, Harper, Philadelphia, 1987, pp 209-218

11.    Evans MI, Sokol RJ. State of the art in fetal therapy. In, Maeda K (ed),
The Fetus as a Patient, Elsevier Science Publisher, New York, pp 329-333, 1987

12.    Welch R, Evans MI, Sokol RJ. Pregnancy. In, Toledo-Pereya LH (ed),
Kidney Transplantation, Marcel Dekker Inc Publishers, New York, New York, pp 215-225, 1988

13.    Evans MI. Intrinsic causes of fetal growth retardation: the genetic component. In, Gross TL and Sokol RJ (eds),
Intrauterine Growth Retardation -- A Practical Approach, Yearbook Medical Publishing Company, Chicago, Illinois, 1989, pp 68-80

14.    Evans MI, Sokol RJ. Frontiers in fetal therapy. In, Gross TL, Sokol RJ (eds),
Intrauterine Growth Retardation - A Practical Approach, Yearbook Medical Publishing Company, Chicago, Illinois, 1989, pp 205-211

15.    Sokol RJ, Evans MI. Malpractice implications of intrauterine growth retardation. In, Gross TL, Sokol RJ (eds),

Intrauterine Growth Retardation - A Practical Approach, Yearbook Medical Publishing Company, Chicago, Illinois, 1989, pp 223-230

16.     Nadler HL, Sacks AJ, Evans MI. Genetics in surgery. In, Raffensperger JG (ed), Swenson's Pediatric Surgery Textbook, Fifth Edition, 1990, pp 47-62

17.     Sokol RJ, Drugan A, Evans MI. Substance abuse. In, Eden RD, Boehm F (eds), Assessment and Care of the Fetus: Physiological, Clinical, and Medicolegal Principles, Appleton and Lange, Norwalk, CT, 1990, pp 683-693

18.     Evans MI, Fletcher JC. Selective termination in multiple gestation. In, Eden RD, Boehm F (eds), Assessment and Care of the Fetus:  Physiological, Clinical, and Medicolegal Principles, Appleton and Lange, Norwalk, CT, 1990, pp 609-617

19.     Drugan A, Johnson MP, Evans MI. Amniocentesis. In, Eden RD, Boehm F (eds), Assessment and care of the Fetus: Physiological, Clinical, and Medicolegal Principles, Appleton and Lange, Norwalk, CT, 1990, 283-291

20.     Jones TB, Johnson MP, Drugan A, Evans MI. Preconceptual counseling. In, Reid R, Rosen M. Obstetrics and Gynecology Clinics of North America: Health Maintenance Strategies, WB Saunders Co, Philadelphia, PA, 1990, pp 801-16

21.     Wright DJ, Wolfe HM, Evans MI. Intrauterine growth retardation: intrapartum management. In, Divon MY (ed), Abnormal Fetal Growth. Elsivier Science Publishing Co, New York, NY, 1991, pp 217-231

22.     Schulman JD, Evans MI. Biochemical fetal therapy. In, Harrison MR, Golbus MS, Filly R (eds), The Unborn Patient, Second edition, Grune & Stratton, New York, 1991, pp 205-209

23.     Charrow J, Nadler HL, Evans MI. Prenatal diagnosis. In, Emery AEH, Rimoin DL: Principles and Practice of Medical Genetics, (Second edition) Churchill Livingstone, New York, 1991, pp 1959-1994

24.     Evans MI, Schulman JD. In utero treatment of metabolic disorders. In, Rayburn WF, Controversies in Fetal Drug Therapy in Clinical Obstetrics and Gynecology, JB Lippincott, Philadelphia, 1991;34:268-276.

25.     Pinsky WW, Rayburn WF, Evans MI. Pharmacologic therapy for fetal arrhythmias. In, Rayburn WF, Controversies in Fetal Drug Therapy in Clinical Obstetrics and Gynecology, JB Lippincott, Philadelphia, 1991;34:304-309.

26.     Evans MI, Robertson JA, Fletcher JC. Legal & ethical implications of fetal therapy. In, Lin CL, Verp MS, and Sabbagha RE: The High Risk Fetus, Springer-Verlag Publishing Co, NY, 1992;pp 1324-1337.

27.     Evans MI, Drugan A, Manning FA, Sacks AJ, Harrison MR. Therapeutic intrauterine corrections of fetal anomalies. In, Gleisher N, et al (eds), Principles of Medical Therapy in Pregnancy, Appleton & Lange, East Norwalk, Connecticut, 1992;pp 1324-1337.

28.     Evans MI, Johnson MP. Fetal metabolic and gene therapy. In, Reece EA, Hobbins JC, Mahoney MJ, Petrie R (eds):

Medicine of the Fetus and its Mother, Lippincott Harper Publishing Co, Philadelphia, 1992; pp 815-830.

29.     Evans MI, Fletcher JC. Multifetal pregnancy reduction. In, Reece EA, Hobbins JC, Mahoney MJ, Petrie R (eds):
Medicine of the Fetus and its Mother, Lippincott Harper Publishing Co, Philadelphia, 1992; pp 1345-1362.

30.     Evans MI, Littmann L, King M, Johnson MP. Multifetal gestations: the role of selective termination. In,
Clinics in Perinatology  1992;19:345-357.

31.     Evans MI, May M, Fletcher JC. Multifetal pregnancy reduction and selective termination. In, Iffy L. Appuzio JJ and Vintzileos AM (eds),
Textbook of Operative Obstetrics, 2nd Edition, McGraw Hill, New York, NY  1992; pp 165-171.

32.     Holzgreve W, Aydinli K, Evans MI, Miny P. Prenatal diagnosis and management of fetal genito-urinary tract abnormalities. In, Kuriak A (ed)
An Atlas of Ultrasonography in Obstetrics and Gynecology, Parthenon Publishing Group, Camforth, UK, 1992, pp 61-79

33.     Fletcher JC, Evans MI. Ethics of genetic diagnosis and treatment. In, Chervenak FA (ed). Ethics in OB/GYN, in Pitkin R, Scott J (eds):
Clinical OB/GYN, JB Lippincott  1992;35(4):763-782.

34.     Evans MI, Johnson MP, Isada NB, Holzgreve W. Selective termination. In, Brock DJH, Rodeck CH, Ferguson-Smith MA (eds):
Prenatal Diagnosis and Screening, Churchill Livingstone, New York, NY, 1992, pp 689-697.

35.     Evans MI, Robertson JA, Fletcher JC. Legal & ethical implications in fetal therapy. In, Lin CL, Verp MS, and Sabbagha RE (eds):
The High Risk Fetus: Pathophysiology, Diagnosis, & Management, Springer-Verlag Publishing Co, NY Inc., 1993, pp 627-640.

36.     Evans MI, Fletcher JC. Selective termination in multiple gestation. In, Chervenak FA, Isaacs OAG, Campbell S (eds),
Ultrasound in Obstetrics and Gynecology Little Brown & Co., Boston, Massachusetts, 1993, pp 1327-1332.

37.     Evans MI, Harrison MR, Johnson MP, Holzgreve W. Fetal medicine and surgery. In, FitzSimmons J, Stenchever MA (eds):
Prenatal Diagnosis (Current Topics in Obstetrics and Gynecology), Elsevier Science Publishing Co Inc, New York, New York, 1993, pp 229-246.

38.     Evans MI, Pryde PG, Johnson MP, Holzgreve W, Fletcher JC. Management of multifetal pregnancies discordant for fetal anomalies. In, Simpson JL, Elias S (eds),
Essentials of Prenatal Diagnosis, Churchill Livingstone, London, England, 1993, pp 331-345.

39.     Evans WJ, Evans MI, Hajj SN. The aging population. In, Hajj SN, Mercer L, Evans WJ:
Clinical Postreproductive Gynecology, Appleton & Lange Publishing Co, Norwalk, Connecticut, 1993, pp 1-11.

40.     Kaufmann RA, Johnson MP, Evans MI. Genetics of the menopause. In, Hajj SN, Mercer L, Evans WJ:
Clinical Postreproductive Gynecology, Appleton & Lange Publishing Co, Norwalk, Connecticut, 1993, pp 36-41.

41.     Evans MI, Harrison MR Nicolaides K, Johnson MP, Holzgreve W. Fetal therapy. In, Milunsky A (ed),
Genetic Disorders and the Fetus. Diagnosis, Prevention, and Treatment, 3rd Edition, Johns Hopkins Press, Baltimore, 1993, pp 771-797.

42.     Evans MI. Changing practice behavior. In, Kathleen Anderson (ed):
Maternity Care: Science, Guidelines, and Medical Practice, Center for Research Dissemination and Liaison, Agency for Health Care Policy and Research, NIH Agency Report Number AHCPR93-112, Rockville, MD, 1993, p 51.

43.     Isada NB, Johnson MP, Pryde PG, Evans MI. Prenatal diagnostis in the molecular age. In, Avery GB, Fletcher MA, MacDonald MG (eds):
Neonatology: Pathophysiology and Management of the Newborn, Fourth Edition, JB Lippincott & Co, Philadelphia, PA, 1994, pp 97-108.

44.     Drugan A, Isada NB, Johnson MP, Hallak M, Evans MI. Prenatal diagnosis: procedures and trends. In, Avery GB, Fletcher MA, MacDonald MG (eds):
Neonatology: Pathophysiology and Management of the Newborn, Fourth Edition, JB Lippincott & Co, Philadelphia, PA, 1994, pp 144-153.

45.     Evans MI, Harrison MR, Johnson MP, Holzgreve W. Fetal therapy. In, Avery GB, Fletcher MA, MacDonald MG (eds):
Neonatology: Pathophysiology and Management of the Newborn, Fourth Edition, JB Lippincott & Co, Philadelphia, PA, 1994, pp 171-183.

46.     Kazzi GM, Evans MI, Sokol RJ, Sabbagha RE. Placental maturation. In, Sabbagha RE (ed):
Diagnostic Ultrasound: Applied to Obstetrics and Gynecology 3rd Edition, JB Lippincott & Co, Philadelphia, 1994, pp 209-218.

47.     Evans MI, Johnson MP, Isada NB, Holzgreve W. Coercion for fetal therapy? In, Beller FK, Weir RF (eds):
The Beginning of Human Life, Kluwer Academic Publishers, Dordrecht, The Netherlands, 1994, pp 319-326.

48.     Holzgreve W, Miny P, Evans MI. Genitourinary malformations. In, James DK, Steer PJ, Weiner CP, Gonik B:
High Risk Pregnancy: Management Options, WB Saunders, London, England,1994, 901-918.

49.     Evans MI, Johnson MP, Hoffman EP, Holzgreve W. Fetal tissue biopsies. In, James DK, Steer PJ, Weiner CP, Gonik B:
High Risk Pregnancy: Management Options, WB Saunders, London, England, 1994, 1015-1022.

50.     Evans MI, Littmann L, Isada NB, Johnson MP. Multifetal pregnancy reduction and selective termination. In, James DK, Steer PJ, Weiner CP, Gonik B:
High Risk Pregnancy: Management Options, WB Saunders, London, England, 1994, 1023-1029.

51.     Fletcher JC, Evans MI. Ethics in reproductive genetics. In, Monagle JF, Thomasma DC (eds):
Healthcare Ethics: Critical Issues, Aspen Publishers, Gaithersburg, MD 1994, pp 24-42.

52.     Evans MI, Harrison MR, Adzick NS, Reichler A, Johnson MP. Fetal surgical and medical interventions. In, Rock J, Gant N (eds):

Advances in Obstetrics and Gynecology, CV Mosby Publishing Co, St Louis, MO 1994; 1:401-422.

53.     Johnson MP, Harrison MR, Adzick NS, Richler A, Evans MI. Fetal gene therapy. In, Rock J, Gant N (eds):
Advances in Obstetrics and Gynecology, CV Mosby Publishing Co, St Louis, MO 1994; 1:423-435.

54.     Dommergues M, Dumez Y, Evans MI. Pregnancy reduction in iatrogenic multifetal pregnancies. In, Filicori M, Flamigni C (eds):
Ovulation Induction: Basic Science and Clinical Advances, Elsevier Science BV 1994; pp 339-343.

55.     Phipps WR, Evans MI. Multiple gestation and multifetal pregnancy reduction. In, Jaffe R, Pierson RA, Abramowicz JS (eds):
Imaging in Infertility and Reproductive Endocrinology JB Lippincott, Philadelphia, PA 1994; 381-388.

56.     Evans MI, Johnson MP, Drugan A. Amniocentesis for antenatal diagnosis of genetic disorders. In, Zuspan FP and Quilligan EJ (eds):
Current Therapy in Obstetrics and Gynecology, Edition 4, WB Saunders, Philadelphia, PA 1994; 199-205.

57.     Evans MI, Hallak M, Johnson MP. Prenatal diagnosis. In, Reich WT (Editor-in-chief),
Encyclopedia of Bioethics. MacMillan Publishing Co, NY, 1995:II;986-991.

58.     Evans MI, Holzgreve W, Johnson MP, Ganshirt-Ahlert D, Sokol RJ. Fetal cell testing: societal and ethical speculations.
In, Simpson JL, Elias S (eds):
Fetal Cells in Maternal Blood, NY Academy of Sciences, New York, 1994; Vol 731:257-261.

59.     Evans MI, Isada NB, Pryde PG, Fletcher JC. Multifetal pregnancy reduction and selective second-trimester termination. In, Keith LG, Papiernik-Berkhauer E, Keith DM (eds):
Multiple Pregnancy: Epidemiology, Gestation and Perinatal Outcome Parthenon Publishing, London, 1995; 359-366.

60.     Evans MI, Fletcher JC. Multifetal pregnancy reduction. In, Reece EA, Hobbins JT, Mahoney MJ, Petrie R (eds):
Maternal Fetal Medicine Handbook, JB Lippincott , Philadelphia, PA, 1995, 571-576.

61.     Evans MI, Johnson MP. Fetal reduction. In, Queenan JT and Hobbins JC (eds):
Protocols in High Risk Pregnancies , Blackwell Science, Cambridge, MA, 1995, 133-137.

62.     Evans MI, Reicher A, Isada NB, Pryde PG, Johnson MP. Treatment of fetal metabolic and hormonal defects. In, Spitzer AR (ed):
Intensive Care of the Fetus and Neonate. JB Lippincott, Philadelphia, PA, 1996, 157-163.

63.     Drugan A, Johnson MP, Krivchenia EL, Evans MI. Genetics and genetic counseling of multiple gestation. In, Gall SA, et al (eds):
Multiple Pregnancy and Delivery, CV Mosby Publishg Co, St Louis, Missouri, 1996, 85-97.

64.     Martin LS, Ben-Yoseph Y, Ebrahim SAD, Evans MI. Laboratory techniques for prenatal diagnosis. In, Hillier SG, Kitchener H, Neilson JP (eds):
Scientific Essentials of Reproductive Medicine, WB Saunders, Philadelphia, PA, 1996, 300-311.

65.     Evans MI, Hume RF, Johnson MP. Genetic and prenatal diagnostic techniques. In, Fisher CW (ed):

Risk Management Techniques in Perinatal and Neonatal Medicine, Futura Publishing Co Inc, Mount Kisco, NY 1996;pp. 15-28.

66.      Hume RF, Martin LS, Johnson MP, Evans MI. Inborn errors of metabolism. In, Fisk N, Moise K (eds):
Fetal Therapy: Invasive and Transplacental, Cambridge University Press, Cambridge, Massachusetts 1997;pp. 50-59.

67.      Hume RF, Martin LS, Isada NB, Evans MI. Perspectives of metabolic diseases in pregnancy: A trip through time. In:  Platt LD, de la Cruz F, (eds):
Effects of Genetic Disorders on Pregnancy Outcome, Parthenon Press, London 1997;pp. 1-19.

68.      Yaron Y, Kramer RK, Johnson MP, Evans MI.  Gene therapy:  Is the future here yet?   In, Reece EA (ed).
Obstetrics and Gynecology Clinics of North America, WB Saunders, Philadelphia 1997;pp. 24:179-199.

69.      Flake AW, Quintero RA, Johnson MP, Evans MI.  Fetal Intervention.  In, Szabo Z, Lewis JE, Fantim GA (eds).
Surgical Technology International IV, Universal Medical Press, San Fransisco, 1997;pp. 171-177.

70.      Evans MI, Fletcher JC.  Mulltifetal pregnancy reduction:  Ethical issues.  In, Freed G, Hageman J (eds)
Ethical Dilemmas in the Prenatal, Perinatal, and Neonatal Period:  Clinics in Perinatology  W. B. Saunders Co., Philadelphia. PA  1998;22(3):189-197.

71.      Evans MI, Harrison MR, Nicolaides K, Johnson MP, Holzgreve W.  Fetal Therapy.  In, Milunsky A (ed).
Genetic Disorders and the Fetus:  Diagnosis, Prevention, and Treatment.  4th Edition, Johns Hopkins Press, Baltimore, Maryland, 1998;pp 952-971.

72.      Evans MI, O'Brien JE, Critchfield G.  Detection of anomalies:  Alternatives to ultrasound. In, Levi S, Chervenak FA (eds).
Ultrasound Screening for Fetal Anomalies:  Is it worth it?  New York Academy of Sciences, 1998;pp 1-2.

73.      Evans MI, Lampinen J.  What is an anomaly?  In, Levi S, Chervenak FA (eds).
Ultrasound Screening for Fetal Anomalies:  Is it worth it?  New York Academy of Sciences, 1998;pp. 191-199.

74.      Dommergues M, Dumez Y, Evans MI.   Pregnancy reduction in multifetal pregnancies.   In, Santolaya-Forgas J (ed).
Interventional Ultrasound in Obstetrics, Gynaecology and the Breast. Blackwell Science, London, 1998;pp 151-154.

75.      Evans MI, Yaron Y, Lewis P, Hume RF.  Fetal Pharmacologic Therapy.  In, Kurjak A, Nicolaides K, et al (eds).
Textbook of Perinatal Medicine.  Parthenon Publishing, London, 1999;1965-1072.

76.      Yaron Y, Flake AW, Johnson MP, Evans MI.  Fetal Stem Cell/Gene Therapy.  In, Kurjak A, Nicolaides K, et al (eds).
Textbook of Perinatal Medicine.  Parthenon Publishing, London 1999;1093-1103.

77.      Evans MI, Johnson MP.  Multifetal pregnancy reduction.  In, Reece EA, Hobbins J (eds).

Medicine of the Fetus and Mother.  Lippincott/Raven, Philadelphia, Ed. 1999;2, 1433-1438.

78.     Yaron Y, Evans MI.  Fetal metabolic and gene therapy.  In, Reece EA, Hobbins J (eds).
Medicine of the Fetus and Mother. Lippincott/Raven, Philadelphia, Ed. 1999;2 873-890.

79.     Evans MI.  Overview of Fetal Therapy.  In:  New M (ed).
Diagnosis and Treatment of the Unborn Child, Idelson-Gnocchi, Ltd. Reddick, FL, 1999;pp.133-136.

80.     Evans MI.  Techniques for Hematopoietic Stem Cell Transfer.  In:  New M (ed).
Diagnosis and Treatment of the Unborn Child, Idelson-Gnocchi, Ltd. Reddick, FL, 1999;pp.137-139.

81.     Evans MI, O'Brien JE, Johnson A.  Screening for Aneuploidy.  In, (Nicollini, U eds).
Current Opinion in Obstetrics and Gynecology 1/2.  Lippincott, Williams & Wilkins, London,
1999;pp 115-118.

82.     Evans MI, Yaron Y, Littmann L, Tapin C, Belkin HR.  Issues in multifetal pregnancy reduction.  In,
Chervenak F, Kurjak A (eds).
Fetal Medicine:  The Clinical Care of the Fetus as a Patient.  Parthenon Publishing, London, 1999;pp 136-
150.

83.     Evans MI, Flake AW, Johnson MP, HR, Johnson A, Harrison M.  In utero treatment:  state of the art.
In, Chervenak F, Kurjak A (eds).
Fetal Medicine:  The Clinical Care of the Fetus as a Patient,  Parthenon Publishing, London. 1999;pp. 186-
204.

84.     Evans MI, Evans WJ, Johnson MP.  Ethics of Reproduction.  In, Tierney H (ed).
Women's Studies Encyclopedia.  Greenwood Publishing Co, Westport, CT. 1999;pp. 1206-1221.

85.     Evans MI, Hume RF, Yaron Y, Kramer RL, Johnson MP.  Reduction of high multiple pregnancies.
In, Neilson B, Ballieres JP (eds).
Clinical Obstetrics and Gynecology , J. B. Lippincott, Philadelphia, PA. 1999;pp. 147-159.


86.     Bui TH, Jaffe R, Lindholm H, Evans MI.  Fetal spine defects.  In, Jaffe R, Bui TH (eds).
Obstetric Ultrasonography:  A Clinical Guide, Parthenon Publishing, London.  1999;pp. 199-216.

87.     Isada NB, Martin LS, Evans MI.  Prenatal Diagnosis in the Molecular Age.  In, Avery GB,
MacDonald M, Fletcher MA (eds).
Neonatology: Pathophysiology and management of the newbnorn, 5th Edition.  Lippincott Williams &
Wilkins Philadelphia, 1999;pp. 111-123.

88.     Evans MI, Harrison M, Johnson MP, Feldman B, Holzgreve W.  Fetal Therapy.
In, Avery Gb, MacDonald M, Fletcher MA (eds).
Neonatology: Pathophysiology and management of the newborn, 5th Edition.  Lippincott Williams &
Wilkins, Philadelphia pp. 1999;173-185.

89.     Drugan A, Feldman B, Johnson MP, Evans MI.  Prenatal Diagnosis:  Procedures
and trends. In, Avery GB, MacDonald M, Fletcher MA (eds).
Neonatology: Pathophysiology and management of the newborn, 5th Edition.
Lippincott Williams & Wilkins, Philadelphia pp.  1999;161-171.

90.     Evans MI, Johnson MP.  Multifetal pregnancy reduction and selective termination.  In, James DK, Steer PJ, Weiner CP, Gonik B (eds).
High Risk Pregnancy:  Management Options, 2nd Edition, WB Saunders, London, England. 1999;pp. 243-248.

91.     Evans MI, King M, Hoffman E, Holzgreve W.  Fetal Tissue Biopsies.   In, James DK, Star PJ, Weiner CP, Gonik B (eds).
High Risk Pregnancy:  Management Options, 2nd Edition, WB Saunders, London, England. 1999;pp 235-241.

92.     Evans MI, O'Brien JE, Dvorin E, Critchfield G.  Screening for aneuploidy.
In, Queenan JJ (ed).
Management of High Risk Pregnancy. 4th Edition, Blackwell Science, Massachusetts 1999;pp. 119-135.

93.     Evans MI, Yaron Y, Kramer RL, Johnson MP.  Options following the diagnosis of a fetal anomaly.  In, (eds)
Prenatal Care:  Effectiveness and Implementation, Harvard University Press, Boston, 1999;pp. 244-258.

94.     Evans MI, Johnson MP.  Genetics and Prenatal Diagnosis.  In, Dombrowski MP, Ransom SB, McNeeley SG, Diamond MP, Munkarah AR (eds).
Practical Strategies in Obstetrics and Gynecology, W. B. Saunders Publishing Co., Philadelphia, PA, 1999;pp 213-223.

95.     Evans MI.  Fetal therapy at the millennium.  In: Kurjak A, Chervenak F (eds.)
Proceedings of the Fetus as a Patient XVI International Congress. Monduzzi Editore, Bologna, Italy, 2000

96.     Evans MI, Harrison MR, Flake AW, Johnson MP.   Fetal Therapy and Fetal Surgery.  In, Gabbe SG, Niebyl JR, Simpson JL (eds.)
Obstetrics:  Normal and Problem Pregnancies, 4th Edition, 2001.  Churchill Livingstone, New York, Edinburgh, London, Philadelphia, 2001;11: pp297-312.

97.     Evans MI, Yaron Y, Drugan A, Johnson A, Belkin HR. Multifetal Pregnancy Reduction.   In, Blickstein I, Keith L (eds).
Iatrogenic Multiple Pregnancy, Parthenon Publishing Co., London, 2001;11:pp147-155.

98.     Evans MI, Wapner RJ:  Selective Reduction.  In, Healy DL, Kovacs GT, McLachlin R, Rodriguez Arnas O (eds)
Reproductive Medicine in the Twenty-First Century: Parthenon Publishing Group, London, 2002;pp201-208.

99.     Evans MI, Wapner RJ:  Selective Reduction.  In, Chervenak FA, Kurjak A, Papp Z (eds)
The Fetus as a Patient The Evolving Challenge: Pathenon Publishing Group, London, 2002;pp181-187.

100.    Zador IE, Blackwell SC, Sokol RJ, Evans MI:  Perinatal medicine n the information age.
In, Chervenak FA, Kurjak A, Papp Z (eds)
The Fetus as a Patient The Evolving Challenge: Pathenon Publishing Group, London, 2002;pp255-260.

101.    Greene RA, Wapner J, Evans MI:  Amniocentesis and choironic villu sampling in triplet pregnancy In, Keith LG, Blickstein I, Oleszcuk JJ (eds.)
Triplet Pregnancy. 2003; Parthenon Publishing Group, London, New York , ppgs 73-84

102.    Evans MI. Wapner RJ. Selective Reduction in Triplet Pregnancies. In, Keith LG, Blickstein I, Oleszcuk JJ (eds.)
Triplet Pregnancy.  Parthenon Publishing Group, London, New York  (in press)
2003;pp. 411-417.

103.    Evans MI, Krivchenia EL, Gelber SE, and Wapner RJ.  Selective Reduction.  In
Chervenak FA and McCullough L (eds).
Clinics in Perinatology, W.B. Saunders Publishers, Philadelphia, PA , 2003;30:103-111.

104.    Seubert D, Evans MI.  Molecular genetics of the cardiovascular system.  In, Yagel S, Gembruch U, Silverman N (eds.)
Fetal Echocardiography  Martin Dunitz Publishers, London  2003;pp403-410.

105.    Evans MI, Dvorin E, Bui TH, O'Brien JE.  Serum screening for chromosome abnormalities.  In:
Sciarra J (ed).
Gynecology and Obstetrics.  Lippincott Raven Publishing Co., Philadelphia. 2004

106.    Evans MI. Fetal Reduction  In: Sciarra J (ed.)
Gynecology and Obstetrics. Lippincott Raven Publishing Co., Philadelphia. 2004

107.    Evans MI, Ciorica D, Britt DW.  Fletcher JW.  Do reduced multiple pregnancies do better than higher numbers. In Penna L, Keith L (Guest Editors)
Balliere's Best Practices in Ob Gyn  (Parthenon Publishers), London  2004;18:601-612

108.    Evans MI and Harrison MR.  Surgical and Genetic Fetal Interventions.  In Blazer S. and Zimmer EZ (eds).
The Embryo  from Conception to Birth:  Scientific Discovery, Medical & Ethical Dilemmas.
Karger Publishing Company  Basel, Switzerland.  2005  pp 259-283

109.    Yaron Y., Rosner G., Ben Shahar S., Evans MI.  Treatment of Endocrine & Metabolic Disorders.  In  Blazer S and Zimmer EZ (eds).
The Embryo  from Conception to Birth:  Scientific Discovery, Medical & Ethical Dilemmas.
Karger Publishing Company  Basel, Switzerland.  2005 pp 236-258

110.    Evans MI, Ciorica D, Britt DW: Do Reduced Multifetal Pregnancy Reduction.  In:
Blickstein I, Keith L:
Multiple Pregnancies: Epidemiology, Gestation and Perinatal Outcome (2nd ed) Taylor and Francis Abingdon 2005  pp 535-543

111.    Drugan A.,  Isada NB, Evans MI.  Prenatal Diagnosis.  Indications, Procedures, and Laboratory Techniques. In, MacDonald MG,  Seshia M,  Mullet MD (eds):
Neonatology: Pathophysiology and Management of the Newborn, 6th Edition
Lippincott Williams & Wilkins Publishing Co., Philadelphia. 2005 pp 130-148

112.    Evans, MI, Johnson MP, Flake AW, Yaron Y, Harrison M: Fetal Treatment. In, MacDonald MG,  Seshia M,  Mullet MD (eds):
Neonatology: Pathophysiology and Management of the Newborn, 6th Edition
Lippincott Williams & Wilkins Publishing Co., Philadelphia. 2005  pp 186-201

113.    Rosner G, Ben Shahar S., Yaron Y., Evans MI.  The Fetus with a Treatable Endocrine & Metabolic Disorder.   In, Spitzer AR et al, (2nd ed.)

Intensive Care of the Fetus and Neonate.  Hanley and Belfus, Inc.  2005 pp 159-168

114:      Evans MI, Wapner RJ:  Invasive Prenatal Diagnostic Procedures 2005. in Reddy U, Mennuti MT eds:
Seminars in Perinatology 2005   Elsevier Publishing Company  29: 215-8

115.     Evans MI: Multifetal Pregnancy Reduction In, Queenan JT and Hobbins JC (eds):
Protocols in High Risk Pregnancies (4th ed) , Blackwell Science, Cambridge, MA 2005; pp 141-4

116.     Evans, MI, Britt DW:   Fetal Reduction.  In Berkowitz RL, Cleary-Goldman J (eds).
Multiple Gestation:
Seminars in Perinatology 2005 Elsevier Publishing Company 29:321-329

117.     Evans MI, Galen RS, Britt DW: Principles of Screening. In D'Alton EA, Gross I Eds
Screening for Chromosome Abnormalities
Seminars in Perinatology 2005 Elsevier Publishing Company 29:364-6

118.     Evans MI, Britt DW, Ciorica D, Fletcher JC:  Multifetal Pregnancy Reduction and
Selective Termination.  In Apuzzio, Vintzileous A, Iffy L (eds)
Operative Obstetrics (3rd edition)
Taylor & Frances Medical Books, London.  2006;  pp83-91

119.     Evans MI, Britt, DW, Ciorica D, Fletcher, JC:  Fetal Reduction. In Van Guyt JMG,
Schulman LP (eds)
Fetal Medicine  Marcel Dekker Publishers, London  2006

120.     Evans MI, Yaron Y, Deprest J, Flake AW, Kleinman, Harrison MR:  Fetal Therapy
in Gabbe S, Neibel J, Simpson JL (eds)
Obstetrics:  Normal and Problem Pregnancies (5th Edition).  Churchill Livingstone, New York 2007 pp

121.     Evans MI, Flake AW, Yaron Y:  Medical fetal therapy.  In Reece EA, Hobbins JC (eds)
Clinical Obstetrics:  The fetus and mother 3rd Ed. Blackwell Publishing, London. 2007 pp 617-
632;

122.    Evans MI, Britt DW:  Improving Outcomes in Multiple Pregnancies. By Fetal Reduction. in
14th World Congress of IVF Proceedings.  Monduzzi Editore, Bologna, Italy 2008  (CD)

123.    Rosner G, Ben Shahar S, Yaron Y, Evans MI:  Treatable Fetal Endocrine and Metabolic Disorders in
Rodeck CH, Whittle MJ: Fetal Endocrine Disorders. In  Fetal Medicine: Basic Science and Clinical Practice
(2nd ed).  Churchill Livingstone, London, England, 2009; 578-591

124.     Bornstein E, Seubert D,  Evans MI:    Genetics & Cardiac Anomalies.   In, Yagel S,
Gembruch U, Silverman N (eds.)
Fetal Echocardiography  (2nd ed)  2009 Informa Healthcare, New York pp609-619

125.  Evans MI Britt DW:  Selective Reduction in Multifetal Pregnancies. In  Paul M, Grimes, D,
Stubblefield P, Borgatta L, Lichfield S, Creinin M (eds)
Management of Unintended and Abnormal Pregnancy
Blackwell-Wiley Publishing Co, London  2009 pp 312-318

126.  Evans MI, Britt DW:  Fetal Reduction: Ethical and Societal Issues  in  Sauer M (ed)
Seminars in Reproductive Medicine 2010;28:295-302

127.   Evans MI, Andriole S:  Screening and Testing in Multiples.  In Odibo A, Krantz DA (eds):
Prenatal Screening and Diagnosis
Clinics in Laboratory Medicine 2010;30:643-654

128.   Evans MI, Kilpatrick M.  Non-invasive prenatal diagnosis & screening. In Odibo A, Krantz DA (eds):
Prenatal Screening and Diagnosis
Clinics in Laboratory Medicine 2010;30:655-664

129.  Evans MI:   Fetal Reduction:  in Queenan J, Spong C (eds)
Protocols in High Risk Obstetrics (5th ed)  Blackwell Science Ltd. London 2010 pp129-133

130.   Evans MI, Britt DW:  Medical, ethical, and legal aspects of fetal reduction. In Schenker JL:
Ethical and Legal Aspects of ART  Walter De Gruyter GmbH & Co. Berlin – New York 2011
pp121-130

131.  Evans MI, Galen RS, Rebarber A, Saltzman DW:  Screening for Chromosomal
Abnormalities  In Isfer EV
Fetal Medicine  (In press)

132.   Evans MI:  High Order Multiples After Assisted Conception:  Pregnancies and Infant's Outcomes in
Pellicer A, Remoki, Simon eds
Cuadernos de Medicina Reproductiva (In press)

133.  Evans MI:  First-trimester Screening of Fetal Abnormalities" in Winn H, Chervenak F,
Romero R, eds.
Clinical Maternal-Fetal Medicine (2nd ed) (in press)

## CASE REPORTS

 1.      Makii MM, Evans MI, Yang SL. Interstitial twin pregnancy.
Obstetrics and Gynecology  1980;55:23S-25S.

 2.      Evans MI, Simpson JL, Larsen Jr JW, Martin AO, Sarto GE, Schulman JD. Pericentric X
chromosome ascertained during antenatal diagnosis.
Clinical Genetics  1980;8:30-33.

 3.      Richardson DA, Evans MI, Talerman A, Maroulis GB. Segmental absence of the mid portion of the
fallopian tube.
Fertility & Sterility  1982;37:577-579.

68

4.    Saltzman D, Evans MI, Robichaux AG III, Friedman AJ. Non-gonococcal salpingitis caused by salmonella enteritis: A new etiologic agent.
Obstetrics and Gynecology 1984;64:585-586.

5.    Evans MI, White BJ, Kent SG, Levine MA, Levin SM, Larsen Jr JW. Balanced rearrangement of chromosomes 2,4, and 13 in a family with duplicating 5q and fetal loss.
American Journal of Medical Genetics 1984;19:783-790.

6.    Evans MI, Zador IE, Quereshi F, Budev H, Quigg MH, Nadler HL. Midtrimester prenatal diagnosis and fetal pathology of Langer type mesomelic dwarfism.
American Journal of Medical Genetics 1988;31:915-920.

7.    Drugan A, Zador IE, Bhatia RK, Sacks AJ, Evans MI. First trimester diagnosis and early treatment of obstructive uropathy.
Acta Obstetrica and Gynecologica, Scandinavica 1989;68:645-649.

8.    Johnson MP, Compton A, Drugan A, Evans MI. Metabolic control of Von Gierke's disease (glycogen storage disease type Ia [GSDIa]) in pregnancy: maintenance of euglycemia with cornstarch.
Obstetrics and Gynecology 1990;75:507-510.

9.    Johnson MP, Greb A, Goyert G, Drugan A, Qureshi F, Sacks AJ, Evans MI. Midtrimester diagnosis and dysmorphology in the (dup)22q+ syndrome: correlation of aneuploidy with low MSAFP and oligohydramnios.
American Journal of Medical Genetics 1990;36: 94-96.

10.    Koppitch FC, Ramahi A, Quereshi FA, Budev H, Evans MI. Prenatal diagnosis and midtrimester pathology of deletion 4q(22-26).
Journal of Reproductive Medicine 1990;35:182-186.

11.    Phipps WR, Evans MI. Combined intrafallopian/intrauterine reduction of a quintuplet gestation.
Fertility and Sterility 1991;55(6):1189-1191.

12.    Pryde PG, Isada NB, Johnson MP, Evans MI. Familial omphalocele (FO): considerations in genetic counseling.
American Journal of Medical Genetics 1992;44:624-627.

13.    Pryde PG, Isada NB, Johnson MP, Grundy H, Evans MI. Triply discordant triplets: probability, management options, and risks.
American Journal of Medical Genetics 1992;44:361-364.

14.    Jelsema RD, Isada NB, Kazzi NJ, Sargent K, Harrison MR, Johnson MP, Evans MI. Prenatal diagnosis of congenital diaphragmatic hernia not amenable to prenatal or neonatal repair: Brachmann-deLange syndrome.
American Journal of Medical Genetics 1993;47(7):1022-1023.

15.    Isada NB, Qureshi F, Jacques SM, Holzgreve W, Tout MJ, Johnson MP, Evans MI. Meroanencephaly: pathology and prenatal diagnosis.
Fetal Diagnosis and Therapy 1993;8(6):424-429.

16.    Qureshi F, Jacques SM, Johnson MP, Reichler A, Evans MI. Neuroblastoma in situ in a fetus with a de novo unbalanced translocation 3;10.

American Journal of Medical Genetics 1994;53:24-28.

17.    Evans MI, Krivchenia EL, Johnson MP, Quintero R, King M, Pegoraro E, Hoffman EP. In utero fetal muscle biopsy alters diagnosis and carrier risks in Duchenne and Becker muscular dystrophy. Fetal Diagnosis and Therapy  1995;10:71-75.

18.    Dorfman SA, Robins RM, Jewell WH, St Louis L, Evans MI. Second trimester selective termination of a twin with ruptured membranes: elimination of fluid leakage and preservation of pregnancy. Fetal Diagnosis and Therapy  1995;10:186-188.

19.    Tomlinson M, Johnson MP, Goncalves L, King M, Freedman A, Smith C, Reichler A, Evans MI. Correction of hemodynamic abnormalities by vesicoamniotic shunting in familial congenital megacystis. Fetal Diagnosis and Therapy 1996;11:46-49.

20.    Nugent CE, Punch MR, Barr M, LeBlanc L, Johnson MP, Evans MI.  Persistence of partial molar placenta and severe preeclampsia following selective termination in a twin pregnancy. Obstetrics and Gynecology  1996;87:829-831.

21.    Lanouette JM, Duquette DA, Jacques SM, Qureshi F, Johnson MP, Berry SM.  Prenatal diagnosis of fetal herpes simpex infection. Fetal Diagnosis and Therapy  1996(7);11(6):414-416.

22.    Kramer RL, Johnson MP, Qureshi F, Jacques SM, Yaron Y, Efans MI.  Concordance for cloacal dysgenesis. Fetal Diagnosis and Therapy  1997;12(5):279-282.

23.    Doss BJ, Jolly S, Qureshi F, Jacques SM, Evans MI, Johnson MP, Lampinen J, Kupsky WJ. Neuropathologic findings in a case report of OFDS Type VI (Varadi Syndrome) American Journal of Medical Genetics  1998;77(1):38-42.

24.    Kramer RL, Feldman B, Ebrahim SA, Kasperski SB, Johnson MP, Evans MI.  Molecular cytogenetic analysis of a de novo 5q31q33 deletion associated with multiple congenital anomalies -a case report. American Journal of Medical Genetics  1999;82:143-145.

25.    Yaron Y, Kramer RL, Feldman B, Kasperski SB, Vo T, Feldman GL, Johnson MP, Evans MI, Ebrahim SA.  Prenatal diagnosis of 46,XY/46,XX Mosaicism - A case report. American Journal of Medical Genetics 1999;84(1):12-14.

26.    Feldman B, Kramer RL, Ebrahim SAD, Wolff DJ, Evans MI.  Prenatal evaluation of a de novo X;9 translocation. American Journal of Medical Genetics  1999;85(5):476-478.

27.    Thomas DG, Flore LA, Jacques SM, Feldman B, Evans MI, Qureshi . Prenatal diagnosis of Smith-Magenis syndrome (del17 p11.20. Fetal Diagnosis & Therapy  2000;15 (6) 335.

**ABSTRACTS AND PRESENTATIONS**:

1.   Macri JN, Evans MI, Joshi MS. Neural tube defects: the rat model.
Anatomical Record 1974;178:409-410.

2.   Weiss RR, Evans MI. Fetal maturity.
Obstetrics and Gynecology 1975;45:694.

3.   Wapnick S, Grosberg SJ, Evans MI, LeVeen HH. Randomized prospective study on cirrhotic ascites comparing medical therapy versus the LeVeen peritoneo-jugular shunt.
British Journal of Surgery 1978;65:361.

4.   Evans MI, Simpson JL, Larsen Jr JW, Martin AO, Sarto GE, Schulman JD. Unique pericentric X chromosome inversion ascertained through amniotic fluid analysis. Presented to:
Society for Gynecologic Investigation, 26th Annual Meeting, San Diego, California, March 21-24, 1979

5.   Evans MI, Hajj SN, Devoe LD, Angerman NS, Moawad AH. C-reactive protein as a predictor of infectious morbidity in premature rupture of membranes. Presented to:
Society for Gynecologic Investigation, 27th Annual Meeting, Denver, Colorado, March 19-22, 1980

6.   Evans MI, Brown KS. Genetic variations in spontaneous and diphenylhydantoin induced craniofacial malformations in mice.
Society for Gynecologic Investigation, 27th Annual Meeting, Denver, Colorado, March 19-20, 1980

7.   Evans MI, Hajj SN, Devoe LD, Angerman NS, Moawad AH. The prediction of infectious morbidity in premature rupture of membranes with C-reactive protein. Presented to:
Infectious Disease Society for Obstetrics and Gynecology, Washington, D.C., May 29-31, 1980

8.   Hajj SN, Evans MI, Richardson DA, Angerman NS. A scoring system for female urinary incontinence. Presented to:
Gynecologic Urology Society, First Annual Meeting, New Orleans, Louisiana, October 16-18, 1980

9.   Fletcher JC, Evans MI. Proposals for the regulation of MSAFP screening. Testimony in Hearing for the Food and Drug Administration, Washington, DC, January 15-16, 1981

10.   Evans MI, Schulman JD, Golden L, Mukherjee AB. Superovulation induced intrauterine growth retardation in mice. Presented to:
Society for Gynecologic Investigation, 29th Annual Meeting, St Louis, Missouri, March 18-21, 1981

11.   Richardson DA, Evans MI, Richardson F, Hajj SN. Anterior repair as the cause of urethral obstruction. Presented to:
Gynecologic Urology Society, Second Annual Meeting, New Orleans, Louisiana, November 19-21, 1981

12.   Evans MI. Clinical trials with relaxin. Presented to:
First International Symposium on Relaxin, Florence, Italy, September 30-October 2, 1982

13.   Evans MI, Chrousos GP, Mann DL, Larsen Jr JW, Loriaux DL, Fletcher JC, Schulman JD. Abnormal genital masculinization in congenital adrenal hyperplasia (CAH): attempted prevention by adrenocortical suppression in utero. Presented to:
Society for Gynecologic Investigation, 30th Annual Meeting, Washington, D.C., March 17-20, 1983

14.    Evans MI, Mattison DR, Schwimmer W, White B, Jensen B, Schulman JD. Familial premature ovarian failure. Presented to:
Society for Gynecolgic Investigation, 30th Annual Meeting, Washington, D.C., March 17-20, 1983

15.    Evans MI, Dougan MB, Moawad AH, Evans WJ, Bryant-Greenwood GD, Greenwood FC. Ripening of the human cervix with porcine ovarian relaxin. Presented to:
Society for Gynecologic Investigation, 30th Annual Meeting, Washington, D.C., March 17-20, 1983

16.    Ismail M, Zinaman MJ, Lowensohn RI, Evans MI, Ormiste V, Moawad AH. C-reactive protein in premature rupture of the membranes. Presented to:
Society for Gynecologic Investigation, 30th Annual Meeting, Washington, D.C., March 17-20, 1983

17.    Chrousos GP, Evans MI, Mann DL, Larsen Jr JW, Fletcher JC, Schulman JD. Attempted prevention of abnormal genital masculinization in congenital adrenal hyperplasia by adrenocortical suppression in utero. Presented to:
Society for Pediatric Research, 53rd Annual Meeting, Washington, D.C., May 3-5, 1983

18.    Evans MI, Schulman JD. Pharmacological suppression of the fetal adrenal gland.  Presented to:
Fetal Therapy Symposium, 2nd Annual Meeting, Aspen, Colorado, June 4-7, 1983

19.    Fletcher JC, Evans MI. Ultrasound bonding.
New England Journal of Medicine, 1983;309:116.

20.    Evans MI, Chrousos GP, Rodbard D, Larsen Jr JW, Staton RC, Schulman JD, Nisula BC. Midtrimester testosterone-estradiol binding globulin and estrogen levels in amniotic fluid: relationship to fetal sex and maternal estrogens. Presented to:
Society for Gynecologic Investigation, 31st Annual Meeting, San Francisco, California, March 21-24, 1984

21.    Evans MI, Fisher AM, Robichaux III AG, Staton RC, Rodbard D, Larsen Jr JW, Mukherjee AB. Plasma and red cell-endorphin immunoreactivity in normal and complicated pregnancies: gestational age variation. Presented to:
Society for Gynecologic Investigation, 31st Annual Meeting, San Francisco, California, March 21-24, 1984

22.    Schulman JD, Dorfmann AD, Evans MI. Genetic aspects of in vitro fertilization.  Presented to:
Third World Congress on In Vitro Fertilization and Embryo Transfer, Helsinki, Finland, May 14-17, 1984

23.    Evans MI, Chrousos GP, Rodbard D, Staton RC, Larsen Jr JW, Schulman JD, Nisula BC. Estrogen, progesterone, and glucocorticoid binding protein interactions in mid-trimester amniotic fluid. Presented to:
7th International Congress of Endocrinology, Quebec, Canada, July 1-7, 1984

24.    Chrousos GP, Evans MI. Prenatal therapy of congenital adrenal hyperplasia. Presented to:
Congenital Adrenal Hyperplasia Symposium, New York, New York, July 7-9, 1984

25.    Evans MI, Chrousos GP, Rodbard D, Staton RC, Larsen Jr JW, Schulman JD, Nisula BC. Developmental differences between male and female fetuses are not manifested in mid-trimester amniotic fluids by steroid binding protein interactions. Presented to:
International Symposium: Physiological Development of the Fetus and Newborn, St Catherine's College, Oxford, England, July 24-28, 1984

26.    Landsberger EJ, Greendale K, Evans MI, Karson EJ, Schulman JD, Larsen Jr JW. Establishment of a chorionic villus biopsy program. Presented to:

American College of Obstetricians and Gynecologists, District IV Annual Meeting. Greenbriar, West Virginia, October 27-30, 1984

27.   Evans MI, Gahl WA, Karson EM, Landsberger EJ, Dorfmann AD, Larsen Jr JW, Schulman JD. Normal chorionic villus cystine levels are similar to fibroblast values: possible basis for first trimester diagnosis of cystinosis.
American Society of Human Genetics, Toronto, Canada, October 30-November 2, 1984
American Journal of Human Genetics, 1984;36S, 187S.

28.   Fleisher L, Mitchell D, Koppitch F, Mariona F, Evans MI, Goodman S, Nadler HN. Chorionic villus samples for the prenatal diagnosis of amino acidopathies.
American Society of Human Genetics, Toronto, Canada, October 30-November 2, 1984
American Journal of Human Genetics, 1984;36S, 188S.

29.   Karson EM, Dorfmann AD, Landsberger EJ, Schulman JD, Larsen Jr JW, Evans MI. Modifications of media, incubations, and fixation for direct preparation of chorionic villi.
American Society of Human Genetics, Toronto, Canada, October 30-November 2, 1984
American Journal of Human Genetics, 1984;36S, 191S.

30.   Gahl WA, Dorfmann A, Evans MI, Karson EM, Landsberger EJ, Fabro S, Schulman JD. Chorionic biopsy in the prenatal diagnosis of nephropathic cystinosis. Presented to:
International Symposium on First Trimester Fetal Diagnosis, Rappalo, Italy, October 25-27, 1984

31.   Landsberger EJ, Hill MC, Greendale K, Karson EM, Evans MI, Larsen Jr JW. Sonographic placental localization: relationship to chorionic villus sampling success. Presented to:
Society of Perinatal Obstetricians, Las Vegas, Nevada, January 31-February 2, 1985

32.   Bhatia RK, Koppitch FC, Evans MI. Improved cytogenetic quality of chorionic villus preparations: alterations in slide composition and preparation.
Society of Perinatal Obstetricians, Las Vegas, Nevada, January 31-February 2, 1985

33.   Evans MI, Kolodny E, Schulman JD, Landsberger EJ, Karson EM, Moore C, Dorfmann AD, Larsen JW, Barranger JA. Lysosomal enzymes in chorionic villi, cultured amniocytes and cultured skin fibroblasts.
Society for Gynecological Investigation, Phoenix, Arizona, March 20-23, 1985

34.   Bhatia RK, Koppitch FC, Sokol RJ, Evans MI. Increased mitotic figures from chorionic villus samples: reduced metaphase damage by gravity slide preparation.
Society for Gynecological Investigation, Phoenix, Arizona, March 20-23, 1985

35.   Bhatia RK, Mariona FG, Koppitch FC, Evans MI. Catheter size as a determinant of tissue quantity and quality in chorionic villus sampling.
Society for Gynecological Investigation, Phoenix, Arizona, March 20-23, 1985

36.   Hassan MM, Bottoms SF, Dombrowski M, Evans, MI, Mariona FG, Mukherjee AB. Fetal alpha-melanocyte-stimulating-hormone: increased with diabetes mellitus but not a major determinant of late fetal growth.
Society for Gynecological Investigation, Phoenix, Arizona, March 20-23, 1985

37.   Dombrowski M, Savoy-Moore R, Swartz K, Churchill P, Mariona F, Greenwood F, Bryant-Greenwood G, Evans MI. Effects of relaxin and progesterone on serotonin and KCl induced human umbilical artery contractions.
Society for Gynecological Investigation, Phoenix, Arizona, March 20-23, 1985

38.   Evans MI. Chorionic villus sampling.
Michigan Medicine 1985;84:456-458.

39.   Evans MI. Prevention of masculinization in the adrenogenital syndrome. Presented to:
Fetal Medicine and Surgery Society, 4th Annual Meeting, Jasper, Alberta, Canada, June 8-11, 1985

40.   Evans MI, Ben-Yoseph Y, Bottoms SF, Pack BA, Mitchell DA, Koppitch FC, Bhatia RK, Nadler HL.
Alterations in lysosomal enzyme activities in fresh, frozen, and cultured chorionic villi.
American Society of Human Genetics, Salt Lake City, Utah, October 9-12, 1985
American Journal of Human Genetics 1985;37S: A216.

41.   Tyrkus M, Pirrallo RG, Bollinger R, Koppitch FC, Evans MI. 9QH polymorphism: Determinant of
aneuploidy and recurrent abortion.
American Society of Human Genetics, Salt Lake City, Utah, October 9-12, 1985
American Journal of Human Genetics 1985;37S:A120.

42.   Bhatia RK, Koppitch FC, Bottoms SF, Evans MI. Amniotic fluid cell culture duration decreased with
gestational age.
American Society of Human Genetics, Salt Lake City, Utah, October 9-12, 1985
American Journal of Human Genetics 1985;37S:A212.

43.   Quigg MH, Evans MI, Zador I, Budev I, Belsky R, Niederlueke D, Nadler HL. Ultrasonographic
prenatal diagnosis of Langer-type mesomelic dwarfism.
American Society of Human Genetics, Salt Lake City, Utah, October 9-12, 1985
American Journal of Human Genetics 1985;37S:A225.

44.   Ben-Yoseph Y, Evans MI, Bottoms SF, Pack BA, Mitchell BA, Koppitch FC, Bhatia RH, Nadler HL.
Different levels of lysosomal enzyme activities in chorionic villi tissue and cultured cells.
Midwest Society for Pediatric Research, Chicago, Illinois, November 6-8, 1985

45.   Bhatia RK, Bottoms SF, Koppitch FC, Evans MI. Effects of karyotype and gestational age on amniotic
fluid cell culture duration.
Society of Perinatal Obstetricians, San Antonio, Texas, January 30-February 2, 1986

46.   Boike GM, Young JD, Deppe G, Evans MI, Sokol RJ. Perinatal pharmacology of 5-fluorouracil.
Society of Perinatal Obstetricians, San Antonio, Texas, January 30-February 2, 1986

47.   Evans MI, Ben-Yoseph Y, Bottoms SF, Pack BA, Koppitch FC, Mitchell DA, Nadler HL.
Methodologic determinants of chorionic villus lysosomal enzyme activity.
Society for Gynecologic Investigation, Toronto, Canada, March 19-22, 1986

48.   Evans MI, Bottoms SF, Koppitch FC, Pirallo RG, Tyrkus M. Limitations of 9qh polymorphism in the
prediction of amniotic fluid cell and spontaneous abortus aneuploidy.
Society for Gynecologic Investigation, Toronto, Canada, March 19-22, 1986

49.   Hassan MM, Bottoms SF, Evans MI, Goyert G, Dombrowski M, Mukherjee AB. Fetal plasma ACTH
levels decrease with gestational age but increase with multiparity.
Society for Gynecologic Investigation, Toronto, Canada, March 19-22, 1986

50.   Bottoms SF, Dombrowski MP, Sokol RJ, Welch RA, Evans MI. Paraconceptual smoking and fetal
growth.

Society for Gynecologic Investigation, Toronto, Canada, March 19-22, 1986

51.    Bhatia RK, Evans MI, Bottoms SF, Endler GC, Mukherjee AB. Mothers opting for epidural anesthesia have lower pre- and postinduction total b-endorphin immunoreactivity than controls.
Society for Gynecologic Investigation, Toronto, Canada, March 19-22, 1986

52.    Varner MW, Evans MI, Zehr R, Greenwood FC, Bryant-Greenwood GD. Ultrastructural alterations of term human amnion following incubation with relaxin.
Society for Gynecologic Investigation, Toronto, Canada, March 19-22, 1986

53.    Evans MI (Book Review) Goodfellow P (ed). Genetic analysis of the cell surface.
Journal of Reproductive Medicine 31:1986

54.    Evans MI (Book Review) Hagerman RJ, McBogg PM (eds). The fragile X syndrome: diagnosis, biochemistry, and intervention.
Journal of Reproductive Medicine 31:1986

55.    Evans MI (Book Review) Emery AEH, Pullen I (eds). Psychological aspects of genetic counseling.
Journal of Reproductive Medicine 31: 1986

56.    Bhatia RK, Bottoms SF, Mukherjee AB, Evans MI, Endler GC. Maternal and fetal b-endorphin immunoreactivity during labor and delivery.
Society of Anesthesiologists and Perinatologists, Salt Lake City, Utah, May 15-17, 1986

57.    Evans MI. Pharmacologic fetal therapy database. Presented to:
International Fetal Medicine and Surgery Society, 4th Annual Meeting, London, England, July 16-18, 1986

58.    Evans MI, Belsky RL, Clementino NA, Shlagor P, Brieger G, Koppitch FC, Syner FN, Rodriguez SE, Sokol RJ. Establishment of a collaborative university-commerical MSAFP screening program: a model for tertiary center outreach. Presented to:
Central Association of Obstetricians and Gynecologists  Milwaukee, Wisconsin, October 9-10, 1986

59.    Evans MI, Haggins J, Belsky RL, Clementino NA, Breiger G, Shlagor P, Bottoms SF. Maternal weight is a more important determinant of low maternal serum alpha-fetoprotein (MSAFP) than is maternal age. Presented to:
American Society of Human Genetics, Philadelphia, Pennsylvania, November 2-5, 1986
American Journal of Human Genetics 1986;39S: A254

60.    Ramahi A, Koppitch FC, Raskowski DM, Mandelbaum B, Budev I, Evans MI. Mid-trimester dysmorphology of interstitial 4q deletions. Presented to:
American Society of Human Genetics, Philadelphia, Pennsylvania, November 2-5, 1986
American Journal of Human Genetics 1986;39S: A263.

61.    Koppitch FC, Miller OJ, Evans MI. Association of growth failure of amniotic fluid cells with prolonged storage in Becton-Dickinson syringes. Presented to:
American Society of Human Genetics, Philadelphia, Pennsylvania, November 2-5, 1986
American Journal of Human Genetics 1986;39S: A258.

62.    Critchfield GC, Evans MI. Mathematical modeling of decision levels for invasive prenatal diagnostic tests. Presented to:
American Society of Human Genetics, Philadelphia, Pennsylvania, November 2-5, 1986

American Journal of Human Genetics 1986;39S: A234.

63.   Belsky RL, Clementino NA, Carducci TJ, LaFerla JJ, Solyom AE, Evans MI. Psychological impact of chorionic villus sampling versus amniocentesis.
National Society of Genetic Counselors, Philadelphia, Pennsylvania, October 30-31, 1986

64.   Evans MI, Bottoms SF, Carducci TJ, Clementino NA, Belsky RL, Solyom AE, Rodriguez SE, LaFerla JJ. Parental perceptions of genetic risks: it's the spouse's fault. Presented to:
Society of Perinatal Obstetricians, Orlando, Florida, February 5-7, 1987

65.   Evans MI, Koppitch FC, Nemitz B, Quigg MH, Zador IE. Early genetic amniocentesis or chorionic villus sampling.
Society of Perinatal Obstetricians, Orlando, Florida, February 5-7, 1987

66.   Evans MI, Fletcher JC, Zador IE, Newton B, Struyk CD, Alexander R. Selective first trimester terminations in octuplet and quadruplet pregnancies.
Society of Perinatal Obstetricians, Orlando, Florida, February 5-7, 1987

67.   Critchfield GC, Evans MI. A decision analytic approach to screening for genetic disease: amniocentesis, chorionic villus sampling, or waiting?
Society of Perinatal Obstetricians, Orlando, Florida, February 5-7, 1987

68.   Brindley BA, Evans WJ, Bhatia RK, Mukherjee AB, Kikukawa T, Schubert C, Norman GS, Evans MI. Plasma, RBC and total b-endorphin immunoreactivity during breast feeding.
Society of Perinatal Obstetricians, Orlando, Florida, February 5-7, 1987

69.   Welch RA, Mutchnick MG, Sokol RJ, Mariona FG, Evans MI. High levels of thymosin alpha-1 in amniotic fluid: why?
Society of Perinatal Obstetricians, Orlando, Florida, February 5-7, 1987

70.   LaFerla JJ, Carducci T, Solyom A, Belsky R, Clementino N, Evans MI. Psychosocial aspects of prenatal genetic testing.
15th Annual Conference on Psychosomatic Obstetrics and Gynecology, Point Clean, Alabama, March 25-26, 1987

71.   Quigg MH, Grady M, Zador I, Lacoste H, Grant J, Evans MI. Futility of aggressive management in second trimester intrinsic oligohydramnios.
Society for Gynecologic Investigation, Atlanta, Georgia, May 18-21, 1987

72.   LaFerla JJ, Bottoms SF, Quigg MH, Grant J, Belsky R, Solyom AE, Clementino N, Evans MI. Abnormal maternal serum alpha-fetoprotein results heighten state anxiety more than advanced maternal age.
Society for Gynecologic Investigation, Atlanta, Georgia, May 18-21, 1987

73.   Evans MI, Moran P, Grevengood C, Quigg MH, Critchfield GC. Opting for chorionic villus sampling: correlation of increased genetic risk with accepting greater procedure risks.
Society for Gynecologic Investigation, Atlanta, Georgia, May 18-21, 1987

74.   Welch RA, Mutchnick MG, Mariona FG, Evans MI, Sokol RJ. Extraordinarily high levels of T-cell mediators in amniotic fluid.
Society for Gynecologic Investigation, Atlanta, Georgia, May 18-21, 1987

75.   Evans MI. Discussant, Gene Therapy.

<u>American College of Obstetricians and Gynecologists</u>, 35th Annual Meeting, Las Vegas, Nevada, April 27-30, 1987

76.    Gahl WA, Nicolaides KH, Bernardini I, Bradley R, Evans MI. Human fetal and maternal plasma amino acid levels in normal and intrauterine growth retarded gestations.
<u>American Pediatric Society, Society for Pediatric Research</u>, Washington, D.C., May, 1987

77.    Evans MI, Fletcher JC, Quigg MH. Selective first trimester termination. Presented to:
<u>International Fetal Medicine and Surgery Society</u>, 4th Annual Meeting, Mackinac Island, Michigan, June 7-10, 1987

78.    Quigg MH, Harrison M, Evans MI. Surgical repair of diaphragmatic hernia. presented to:
<u>International Fetal Medicine and Surgery Society</u>, 4th Annual Meeting, Mackinac Island, Michigan, June 7-10, 1987

79.    Evans MI, Nicolaides K, Bottoms S, Gahl W: Amino acids in IUGR. Presented to:
<u>International Fetal Medicine and Surgery Society</u>, 4th Annual Meeting, Mackinac Island, Michigan, June 7-10, 1987

80.    Sokol RJ, Evans MI. Fetal therapy. Presented to:
<u>Third International Symposium: The Fetus as a Patient</u>, Matsue, Japan, July 20-23, 1987

81.    Ginsburg KA, Quigg MH, Koppitch FC, Evans MI. Atypical Turner syndrome patients: necessity for complete evaluation and possibilities for treatment.
<u>American Society of Human Genetics</u> #178, October 7-10, 1987
<u>American Journal of Human Genetics</u>, 1987;41:a62.

82.    Evans MI, Quigg MH, Belsky RL, Greb AE, Dvorin E. Wide variation in maternal serum alpha-fetoprotein distributions in one metropolitan area: concerns for the quality of prenatal testing.
<u>American Society of Human Genetics</u> #815, October 7-10, 1987
<u>American Journal of Human Genetics</u>, 1987;41:A274.

83.    Quigg MH, Zador IE, Evans MI. Grid/zone modeling of CVS catheter placement: a technique to accelerate the learning curve.
<u>American Society of Human Genetics</u> #844, October 7-10, 1987
<u>American Journal of Human Genetics</u>, 1987;41:A284.

84.    Evans MI, Drugan A, Syner F, Koppitch FC. First trimester prenatal diagnosis: there is no reason to wait.
<u>Genetics Society</u>, Traverse City, Michigan, January 17-20, 1987

85.    Drugan A, Koppitch FC, Raskowski D, Nemitz B, Evans MI. Should patients with recurrent spontaneous abortions and normal parental chromosomes be offered prenatal diagnosis?
<u>Society of Perinatal Obstetricians</u>, Las Vegas, Nevada, February 4-7, 1988

86.    Evans MI, Bottoms SF, Quigg MH, Carducci T, Grant J, Belsky R, Solyom AE, LaFerla JJ. Elevated anxiety following abnormal maternal serum alpha-fetoprotein is commensurate with genetic risk.
<u>Society of Perinatal Obstetricians</u>, Las Vegas, Nevada, February 4-7, 1988

87.    Sacks AJ, Drugan A, Zador IE, Evans MI, Sokol RJ. Sonographic biometry does not identify the structurally normal, karyotypically abnormal fetus.
<u>Society of Perinatal Obstetricians</u>, Las Vegas, Nevada, February 4-7, 1988

88.   Drugan A, Syner FN, Greb A, Evans MI. Amniotic fluid alpha-fetoprotein and acetylcholinesterase in early genetic amniocentesis.
<u>Society of Perinatal Obstetricians,</u> Las Vegas, Nevada, February 4-7, 1988

89.   Krauss B, Zador IE, Canady AI, Drugan A, Quigg MH, Sacks AJ, Evans MI. End the moratorium on in utero ventricular shunts.
<u>Society of Perinatal Obstetricians,</u> Las Vegas, Nevada, February 4-7, 1988

90.   Evans MI, Gahl WA, Bottoms SF, Bradley R, Nicolaides KH. Predictive value of percutaneous umbilical blood sampling of amino acids in intrauterine growth retardation.
<u>Society for Gynecologic Investigation,</u> Baltimore, Maryland, March 17-20, 1988

91.   Drugan A, Zador IE, Syner FN, Sokol RJ, Sacks AJ, Evans MI. A normal ultrasound does not obviate the need for amniocentesis with elevated maternal serum alpha-fetoprotein.
<u>American College of Obstetricians and Gynecologists,</u> Boston, Massachusetts, May 1-5, 1988

92.   Evans MI, Fletcher JC, Drugan A. Ethical issues in selective termination.
<u>4th International Conference on Chorionic Villus Sampling & Early Prenatal Diagnosis,</u> Athens, Greece, May 27-28, 1988

93.   Evans MI, Drugan A, Syner FN. Amniotic fluid AFP and ACHE in early prengancy.
<u>International Fetal Medicine & Surgery Society</u>
<u>5th Annual Meeting</u>, Bonn, West Germany, June 1-4, 1988

94.   Evans MI, Fletcher JC, Drugan A. The ethics of selective termination.
<u>International Fetal Medicine & Surgery Society</u>
<u>5th Annual Meeting</u>, Bonn, West Germany, June 1-4, 1988

95.   Krivchenia EL, Uhlmann WR, Drugan A, Evans MI. The eisk of all chromosome abnormalities should be quoted when counseling patients with low maternal serum alpha-fetoprotein values.
<u>National Society of Genetic Counselors</u>
<u>8th Annual Meeting</u>, New Orleans, Louisiana, October 9-12, 1988

96.   Greb AE, Krivchenia EL, Drugan A, Evans MI. Amniocentesis is indicated in patients with elevated maternal serum alpha-fetoprotein values even in the presence of normal ultrasound findings.
<u>National Society of Genetic Counselors</u>
<u>8th Annual Meeting</u>, New Orleans, Louisiana, October 9-12, 1988

97.   Drugan A, Sokol RJ, Syner F, Ager J, Zador I, Evans MI. Clinical interpretation of amniotic fluid alpha-fetoprotein (AF-AFP) and acetylcholinesterase (ACHE) in twin pregnancies.
<u>American Society of Human Genetics</u>
<u>39th Annual Meeting</u>, New Orleans, Louisiana, October 12-15, 1988

98.   Koppitch FC III, Drugan A, May M, Hull MA, Johnson MP, Evans MI. Determinants of specimen yield in transcervical chorionic villus sampling (CVS): implications for method of approach.
<u>American Society of Human Genetics</u>
<u>39th Annual Meeting</u>, New Orleans, Louisiana, October 12-15, 1988

99.   Evans MI, Fletcher JC, Drugan A, Bottoms SF, Platt LD. The ethics of selective termination: a survey of physicians of the American Society of Human Genetics (ASHG).

American Society of Human Genetics
39th Annual Meeting, New Orleans, Louisiana, October 12-15, 1988

100.   Syner FN, Drugan A, Belsky R, Koppitch FC III, Evans MI. Clinical implications of the "inconclusive" amniotic fluid acetylcholinesterase result.
American Society of Human Genetics
39th Annual Meeting, New Orleans, Louisiana, October 12-15, 1988

101.   Evans MI, Fletcher JC. Selective termination. (Letter)
Obstetrics and Gynecology 1988;72:822.

102.   Evans MI, Klein M. Development of a combined obstetric pediatric surgical program for the immediate repair of ventral wall defects.
Symposium on Fetal Therapy and Development: Outlook for the 21st Century, Chicago, Illinois, November 27-30, 1988

103.   Evans MI, Drugan A. Amniotic fluid alpha-fetoprotein and acetylcholinesterase in early genetic amniocentesis. (Letter)
Obstetrics and Gynecology 1989;73:142.

104.   Drugan A, Dvorin E, Schwartz DB, Koppitch FC, Greb AE, Krivchenia EL, Uhlmann WR, Evans MI. Low MSAFP - a marker for all aneuploidy not just Down syndrome.
Society of Perinatal Obstetricians, New Orleans, Louisiana, January 31 through February 4, 1989

105.   Greb AE, Goyert GL, Johnson MP, Qureshi F, Sacks AJ, Evans MI: Midtrimester dysmorphology in the 22q+ syndrome: correlation of aneuploidy with low MSAFP & oligohydramnios.
Society of Perinatal Obstetricians, New Orleans, Louisiana, January 31 through February 4, 1989

106.   Wright DJ, Brindley BA, Koppitch FC, Drugan A, Johnson MP, Evans MI. Interpretation of chorionic villus sampling (CVS) laboratory results is just as reliable as amniocentesis.
Society of Perinatal Obstetricians, New Orleans, Louisiana, January 31 through February 4, 1989

107.   Johnson MP, Compton A, Drugan A, Evans MI. Metabolic control of Von Gierke's disease (Glycogen Storage Disease Type Ia [GSDIa] in pregnancy: maintenance of euglycemia with cornstarch.
Society of Perinatal Obstetricians, New Orleans, Louisiana, January 31 through February 4, 1989

108.   Drugan A, Bottoms SF, Simko P, Evans MI. No seasonal effect on frequency of prenatal diagnosis of nondisjunction.
Society of Perinatal Obstetricians, New Orleans, Louisiana, January 31 through February 4, 1989

109.   Evans MI, Bottoms SF, Drugan A, Fletcher JC, Platt LD. The ethics of selective termination: attitudes of the SPO membership.
Society of Perinatal Obstetricians, New Orleans, Louisiana, January 31 through February 4, 1989

110.   Gold R, Goyert GL, Schwartz DB, Evans MI, Seabolt L. Conservative management of midtrimester post amniocentesis fluid leakage.
Society of Perinatal Obstetricians, New Orleans, Louisiana, January 31-February 4, 1989

111.   Zador IE, Bottoms SF, Chik L, Salari V, Evans MI, Sokol RJ. Development of ultrasound tissue characterization technique: computer differentiation of placenta, lung, liver and bowels.
Society for Gynecologic Investigation, San Diego, California, March 15-18, 1989

112.  Drugan A, Subramanian M, Johnson MP, Evans MI. Uncoupling of the correlation of amniotic fluid cortisol, alpha-fetoprotein (AFP) and gestational age (GA) in aneuploid pregnancies.
Society for Gynecologic Investigation, San Diego, California, March 15-18, 1989

113.  Sommer SS, Evans MI, Sarkar G, Kogan S, Lusher J. Accurate prenatal diagnosis with novel polymerase chain reaction (PCR) primers in sporadic hemophilia A.
Society for Gynecologic Investigation, San Diego, California, March 15-18, 1989

114.  Johnson MP, Barr Jr M, Qureshi F, Drugan A, Evans MI. Ontogeny of organ specific gravimetric deficits in midtrimester and neonatal trisomy 18 (+18).
Society for Gynecologic Investigation, San Diego, California, March 15-18, 1989

115.  Evans MI, Drugan A. Selective termination.
International Fetal Medicine & Surgery Society, 8th Annual Meeting, Monterey, California, June 8-11, 1989

116.  Thakker-Varia S, Evans MI, Tsipouras P, Stolle CA. Impaired secretion of type III procollagen in a patient with Ehlers Danlos syndrome type IV due to decreased thermal stability of the protein.
Eastern Regional American Federation of Clinical Research, NY, NY, Sept 22-23, 1989

117.  Evans MI, May M, Drugan A, Fletcher JC, Johnson MP, Sokol RJ. Selective termination: clinical experience & residual risks.
The Central Association of Obstetricians and Gynecologists, 57th Annual Meeting, Scottsdale, Arizona, October 12-14, 1989

118.  Kaufmann RA, Drugan A, Evans, MI, Mitchell DA, Ben-Yoseph Y, Rousseau MF, Keenan J, Moghissi KS. First trimester patterns of lysosomal enzymes (LE) in maternal serum (MS).
American Society of Human Genetics, 40th Annual Meeting, Baltimore, Maryland, November 11-15, 1989

119.  Schell DL, Drugan A, Brindley BA, Zador IE, Johnson MP, Schwartz DB, Evans MI. Counseling patients with elevated maternal serum alpha-fetoprotein: alteration of risk by MSAFP levels and ultrasound findings.
American Society of Human Genetics,
40th Annual Meeting, Baltimore, Maryland, November 11-15, 1989
American Journal of Human Genetics, 1989;45:A268.

120.  Johnson MP, Drugan A, Koppitch FC, Uhlmann WR, Evans MI. Postmortem CVS: a better method for cytogenetic evaluation of fetal loss than culture of abortus material.
American Society of Human Genetics,
40th Annual Meeting, Baltimore, Maryland, November 11-15, 1989
American Journal of Human Genetics, 1989;45:A262.

121.  Evans MI, Johnson MP, Dvorin E, Moody J, Krivchenia EL, Drugan A. Aneuploidy with neural tube defects: another reason for complete evaluation in patients with suspected ultrasound anomalies or elevated maternal serum alpha-fetoprotein.
American Society of Human Genetics,
40th Annual Meeting, Baltimore, Maryland, November 11-15, 1989
American Journal of Human Genetics, 1989;45:A258.

122.  Drugan A, Dvorin El, Johnson MP, Greb A, Evans MI. The inadequacy of the current correction for maternal weight in MSAFP interpretation.
American Society of Human Genetics,
40th Annual Meeting, Baltimore, Maryland, November 11-15, 1989

American Journal of Human Genetics, 1989;45:A258.

123.  Evans MI, Bottoms SF, Drugan A, Fletcher JC, Platt LD. Sex selection as an indication for abortion: variation in acceptability.
Society of Perinatal Obstetricians,
10th Annual Meeting, Houston, Texas, January 23-27, 1990

124.  Johnson MP, Barr Jr M, Evans MI. Midtrimester organ specific growth retardation varies in differing aneuploid states: use of exponential power analysis to model normal and abnormal growth.
Society of Perinatal Obstetricians,
10th Annual Meeting, Houston, Texas, January 23-27, 1990

125.  Krivchenia EL, Bradfield WK, Bottoms SF, Bailey L, Abraham M, Drugan A, Johnson MP, Dvorin E, Evans MI. Utilization of maternal serum alpha-fetoprotein (MSAFP) is still predominantly yuppie: factors influencing acceptance of amniocentesis for low MSAFP.
Society of Perinatal Obstetricians,
10th Annual Meeting, Houston, Texas, January 23-27, 1990

126.  Drugan A, Greb A, Johnson MP, Krivchenia EL, Uhlmann WR, Moghissi KS, Evans MI. Determinants of parental decisions to abort or continue a pregnancy following prenatal diagnosis of chromosome abnormalities.
Society of Perinatal Obstetricians,
10th Annual Meeting, Houston, Texas, January 23-27, 1990

127.  Sorokin Y, Qureshi F, Johnson MP, Uhlmann WR, Koppitch III FC, Evans MI. Fetal neuroblastoma and derivative chromosome 10 mosaic karyotype.
Society of Perinatal Obstetricians,
10th Annual Meeting, Houston, Texas, January 23-27, 1990

128.  Sorokin Y, Johnson MP, Uhlmann WR, Zador IE, Drugan A, Koppitch III FC, Moody J, Evans MI. Postmortem chorionic villus sampling: correlation of cytogenetic and ultrasound findings.
Society of Perinatal Obstetricians,
10th Annual Meeting, Houston, Texas, January 23-27, 1990

129.  Dombrowski MP, Wolfe HM, Welch RA, Evans MI. Cocaine does not shorten labor, but decreases birth weight and increases the incidence of abruptio placenta.
Society of Perinatal Obstetricians,
10th Annual Meeting, Houston, Texas, January 23-27, 1990

130.  Welch RA, Goldstein A, Crowley MG, Dombrowski MP, Evans MI. Magnetic resonance imaging of amniotic fluid detects meconium and blood.
Society of Perinatal Obstetricians,
10th Annual Meeting, Houston, Texas, January 23-27, 1990

131.  Evans MI, Johnson MP, Koppitch III FC, Thompson KE, Sokol RJ, Drugan A. Transabdominal advanced gestation (TAG) CVS: a faster alternative to PUBS for rapid karyotyping.
Society of Perinatal Obstetricians,
10th Annual Meeting, Houston, Texas, January 23-27, 1990

132.  Treadwell MC, Thompson KE, Bottoms SF, Johnson MP, Evans MI. Perinatal characteristics and karyotypic assessment of the prenatally unsuspected phenotypically abnormal newborn.
Society of Perinatal Obstetricians,

<u>10th Annual Meeting</u>, Houston, Texas, January 23-27, 1990

133.  Johnson MP, Barr Jr M, Evans MI. Midtrimester organ specific growth retardation varies in differing aneuploid states: mathematical basis to assess response to in utero treatment.
<u>International Fetal Medicine & Surgery Society</u>
9th Annual Meeting, Rotorua, New Zealand, February 23-28, 1990

134.  Evans MI, Robicheaux III AG, May M, Johnson MP. Concomitant posterior urethral valves and unilateral UPJ obstruction with post shunt gastroschisis.
<u>International Fetal Medicine & Surgery Society</u>
9th Annual Meeting, Rotorua, New Zealand, February 23-28, 1990

135.  Evans MI, Greb A, Sacks AJ, Johnson MP, Hoffmann E. In utero fetal muscle biopsy for Duchenne muscular dystrophy.
<u>International Fetal Medicine & Surgery Society</u>
9th Annual Meeting, Rotorua, New Zealand, February 23-28, 1990

136.  Drugan A, Johnson MP, Evans MI. Determinants of parental decisions to abort or continue a pregnancy following prenatal diagnosis of chromosome abnormalities.
<u>International Fetal Medicine & Surgery Society</u>
9th Annual Meeting, Rotorua, New Zealand, February 23-28, 1990

137.  Dommergues M, Mandelbrot L, Isfer E, Radunovic N, Evans MI. First trimester embryo reduction experience: results of a questionnaire survey in France.
<u>International Fetal Medicine & Surgery Society</u>
9th Annual Meeting, Rotorua, New Zealand, February 23-28, 1990

138.  Johnson MP, Sorokin Y, Rogowski NA, Thompson K, Evans MI. Obstetric & gynecologic dysfunction in the Ehlers-Danlos syndrome (EDS).
<u>Society for Gynecologic Investigation</u>,
St. Louis, Missouri, March 21-24, 1990

139.  Johnson MP, Kaufmann R, Evans MI, Cowden T, Taggart RT. A defect in type I collagen: RFLP prenatal diagnosis of osteogenesis imperfecta.
<u>Society for Gynecologic Investigation</u>,
St. Louis, Missouri, March 21-24, 1990

140.  Krivchenia EL, Greb A, Uhlmann WR, Moody J, Johnson MP, Evans MI. Group versus individual counseling for CVS.
<u>Great Lakes Regional Genetics Group</u>
5th Annual Regional Genetics Meeting, Columbus, Ohio, March 28-30, 1990

141.  Bernardini I, Evans MI, Nicolaides KH, Economides DL, Gahl WA. The fetal concentrating index as a gestational age independent measure of placental dysfunction in intrauterine growth retardation.
<u>Central Association of Obstetricians and Gynecologists</u>
Louisville, Kentucky, October 10-13, 1990

142.  Johnson MP, Barr Jr M, Evans MI. Third trimester progression of aneuploid-specific aberrant growth patterns of trisomy 21.

American Society of Human Genetics
41st Annual Meeting, Cincinnati, Ohio, October 16-20, 1990

143.  Johnson MP, Barr Jr M, Evans MI. Evaluation of midgestational growth patterns in aneuploid fetuses using exponential power equation analysis.
Fetus as a Patient
6th Annual Meeting, Detroit, Michigan, October 21-27, 1990
Journal of Perinatal Medicine 1990;18 (Suppl I), 53.

144.  Evans MI, Greb A, Kazazian H, Sacks AJ, Kunkel LM, Johnson MP, Boehm C, Hoffman EP. In utero fetal muscle biopsy for the diagnosis of Duchenne muscular dystrophy (DMD).
Society of Perinatal Obstetricians
11th Annual Meeting, San Francisco, CA, January 28 - February 2, 1991

145.  Evans MI, Sacks AJ, Johnson MP, Robichaux AG, May M, Moghissi KS. Sequential invasive assessment of fetal renal function and the early in utero treatment of fetal obstructive uropathies.
Society of Perinatal Obstetricians
11th Annual Meeting, San Francisco, CA, January 28 - February 2, 1991

146.  Dumez Y, Evans MI, Wapner RJ, Lynch L, Dommergues M, Goldberg JD, Johnson MP, Golbus MS, Berkowitz RL. Efficacy of multifetal pregnancy reduction (MFPR): collaborative experience of the world's largest centers.
Society of Perinatal Obstetricians
11th Annual Meeting, San Francisco, CA, January 28 - February 2, 1991

147.  Robichaux III AG, Mandell J, Green M, Benacerraf B, Evans MI. Fetal "gastroschisis": a new complication of vesico-amniotic shunting.
Society of Perinatal Obstetricians
11th Annual Meeting, San Francisco, CA, January 28 - February 2, 1991

148.  Isada NB, Sorokin Y, Drugan A, Johnson MP, Zador IE, Evans MI. First trimester inter-fetal size variation in multifetal pregnancies (MFP).
Society of Perinatal Obstetricians
11th Annual Meeting, San Francisco, CA, January 28 - February 2, 1991

149.  Johnson MP, Childs MD, Isada NB, Koppitch III FC, Evans MI. Trisomy 16 CVS and viable pregnancy: lethal aneuploidy compartmentalized to the trophoblast in two otherwise normal pregnancies.
Society of Perinatal Obstetricians
11th Annual Meeting, San Francisco, CA, January 28 - February 2, 1991

150.  Blessed W, Rosenblatt BA, Johnson MP, Bottoms SF, Isada NB, Evans MI. Diminished induction to delivery interval (IDI) using dilapan/carboprost/urea in second trimester terminations (STT).
Society of Perinatal Obstetricians
11th Annual Meeting, San Francisco, CA, January 28 - February 2, 1991

151.  Jones TB, Wolfe HM, Roumayah NE, Johnson MP, Evans MI. Neonatal outcome in the pediatric gravida.
Society of Perinatal Obstetricians
11th Annual Meeting, San Francisco, CA, January 28 - February 2, 1991

152.  Treadwell MC, Sorokin Y, Bhatia RK, Eden RD, Evans MI. Comparison of intrapartum fetal monitor tracings of karyotypically abnormal and control infants.

Society of Perinatal Obstetricians
11th Annual Meeting, San Francisco, CA, January 28 - February 2, 1991

153.  Blessed WB, Johnson MP, Klein M, Coughlin J, Jewell M, Goyert GL, Schwartz DB, Evans MI. Immediate delivery room repair of fetal abdominal wall defects.
Society for Gynecologic Investigation, March 20-23, 1991, San Antonio, Texas

154.  Johnson MP, Johnson A, Isada NB, Wapner R, Evans MI. First trimester cystic hygroma, etiology and outcome.
Society for Gynecologic Investigation, March 20-23, 1991, San Antonio, Texas

155.  Isada NB, Parr DP, Johnson MP, Straus SE, Holzgreve W, Qureshi F, Evans MI. In utero diagnosis of congenital varicella-zoster virus (VZV) infection by chorionic villus sampling (CVS) using polymerase chain reaction (PCR).
Society for Gynecologic Investigation, March 20-23, 1991, San Antonio, Texas

156.  Isada NB, Qureshi F, Tout MJ, Sonaglia CS, Johnson MP, Evans MI. Meroanencephaly with pulmonary glial nodules and adrenal medullary hyperplasia.
Society for Gynecologic Investigation, March 20-23, 1991, San Antonio, Texas

157.  Evans MI. Changing practice behavior: maternity care, science, guidelines and medical practice.
International Society of Technology Assessment in Health Care. April 18-19, 1991, Arlington, VA

158.  Isada NB, Johnson MP, Evans MI. Intrauterine diagnosis of fetal infection by molecular techniques.
International Fetal Medicine & Surgery Society, June 5-9, 1991, Scottsdale, AR

159.  Evans MI, Dumez Y, Johnson MP, Zador IE, Nicolaides K, Berkowitz A. International Collaborative Registry of Multifetal Pregnancy Reduction.
International Fetal Medicine & Surgery Society, June 5-9, 1991, Scottsdale, AR

160.  Johnson MP, Klein M, Blessed W, Evans MI. Immediate repair program for ventral wall defects.
International Fetal Medicine & Surgery Society, June 5-9, 1991, Scottsdale, AR

161.  Johnson MP, Isada NB, Holzgreve W, Johnson A, Evans MI. First trimester cystic hygroma: a different pattern of aneuploidy.
International Fetal Medicine & Surgery Society, June 5-9, 1991, Scottsdale, AR

162.  Evans MI. Multifetal pregnancy reduction: ethical issues.
Federation Internationalle Gynecology & Obstetrics, Singapore, September 15-20, 1991

163.  Grevengood C, Johnson MP, Isada NB, Hazlett LD, Sokol RJ, Evans MI. Organ specific aneuploid directed intrauterine growth retardation (IUGR) is not explained by abnormalities of fetal microscopic arcitecture.
8th International Congress of Human Genetics, October 6-11, 1991, Washington, DC

164.  Johnson MP, Stieve J, Holzgreve W, Isada NB, Johnson A, Miny P, Evans MI. Postmortem chorionic villus sampling (PM-CVS): a further delineation of the distribution of aneuploidy in ultrasonographically detected first trimester pregnancy losses.
8th International Congress of Human Genetics, October 6-11, 1991, Washington, DC

165.  Isada NB, Koppitch FC, Johnson MP, Evans MI, Leana-Cox J, Schwartz S. Prenatal identification of chromosome markers by fluorescent in situ hybridization.

84

8th International Congress of Human Genetics, October 6-11, 1991, Washington, DC

166.  Jelsema RD, Isada NB, Harrison MR, Johnson MP, Kazzi N, Evans MI. Prenatal diagnosis of Fryn's syndrome: congenital diaphragmatic hernia not amenable to prenatal repair.
8th International Congress of Human Genetics, October 6-11, 1991, Washington, DC

167.  Evans MI. Patient choices. NICHD Workgroup Conference. Reproductive Genetic Testing: Impact on Women.
National Institute of Child Health & Human Development, November 21-23, 1991, Bethesda, Maryland

168.  Isada NB, Johnson MP, Berry SM, Whitley R, Britt W, Holzgreve W, Evans MI. Multicompartment molecular in utero evaluation for congenital herpes simplex virus (HSV) and cytomegalovirus (CMV) infections by chorionic villus sampling (CVS) and polymerase chain reaction (PCR).
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

169.  Isada NB, Fletcher JC, Johnson MP, Blessed WB, Evans MI. Fetal intracardiac KCL with second trimester pregnancy termination: a method to avoid the hopeless resuscitation of the nonviable, abnormal abortus.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

170.  Berry SM, Kaplan J, Fine NL, Bichalski JA, Dombrowski MP, Evans MI, Cotton DB. Lymphocyte subsets in prenatally obtained fetal blood.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

171.  Dombrowski MP, Berry SM, Isada NB, Evans MI. Abnormal second trimester ultrasounds are associated with karyotypic abnormalities.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

172.  Johnson MP, Barr Jr M, Treadwell MC, Isada NB, Pryde PG, Cotton DB, Evans MI. Foot:leg length and foot:femur length ratio in noninvasive screening for trisomy 21.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

173.  Dombrowski MP, Wolfe HM, Saleh AA, Evans MI. Sonographically thick placentas: Increased perinatal morbidity and mortality.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

174.  Dombrowski MP, Berry SM, Isada NB, Evans MI. Abnormal second trimester ultrasounds are associated with karyotypic abnormalities.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

175.  Evans MI, Gleicher E, Johnson MP, Sokol RJ. The fiscal impact of the Medicaid abortion funding ban in Michigan.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

176.  Pryde PG, Odgers AE, Isada NB, Johnson MP, Evans MI. Determinants for parental decision to abort (DTA) or continue for non-aneuploid ultrasound detected abnormalities.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

177.  Johnson MP, Arbit P, Lusak J, Qureshi F, Isada NB, Pryde PG, Evans MI. Continuum of genomically altered growth in monosomy, disomy, and trisomy 21: observations from the first prenatally diagnosed monosomy 21.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

178.  Hallak M, Berry SM, Bichalski JA, Wolfe HM, Johnson MP, Evans MI, Cotton DB. Umbilical cord gamma-glutamyl transferase (GGT): is it a marker for fetal abnormality?
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

179.  Drugan A, O'Brien JE, Gambino R, Johnson MP, Evans MI. Similarity of twins to singleton MSAFP ratio by race: no need to establish specific multifetal tables.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

180.  Saleh AA, Isada NB, Johnson MP, Sokol RJ, Dombrowski MP, Evans MI. Amniotic fluid acetylcholinesterase (ACHE) is found with gastroschisis but not omphalocele.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

181.  Saleh AA, Isada NB, Johnson MP, Evans MI, Ozawa T, Dombrowski MP, Treadwell M, Mammen EF. Significance of amniotic fluid platelet factor 4 and beta-thromboglobulin in genetic amniocentesis.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

182.  Saleh AA, Ozawa T, Dombrowski MP, Isada NB, Johnson MP, Evans MI, Blessed W, Bottoms SF, Mammen EF. Amniotic fluid platelet factor 4 and beta-thromboglobulin do not predict lung maturity.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

183.  Holzgreve W, Schwarz T, Evans M, Holzgreve B. New experiences with the prenatal diagnosis and therapy of fetal parvovirus B19 infection.
Society of Perinatal Obstetricians, February 3-8, 1992, Orlando, FL

184.  Evans MI. The "Informed Consent" Bill #141. Testimony to the Michigan Legislature. February 27, 1992

185.  Isada NB, Johnson MP, Evans MI. Fellowship training in transcervical chorionic villus sampling (CVS).
1992 CREOG and APGO Annual Meeting, March 4-7, 1992, Orlando, FL

186.  Isada NB, Johnson MP, Evans MI. Residency training in reproductive genetics.
1992 CREOG and APGO Annual Meeting, March 4-7, 1992, Orlando, FL

187.  Drugan A, Johnson MP, Isada NB, Holzgreve W, Zador IE, Dombrowski MP, Sokol RJ, Evans MI. The smaller than expected first trimester fetus is at increased risk for chromosome anomalies.
Society for Gynecologic Investigation, March 16-20, 1992, San Antonio, TX

188.  O'Brien JE, Drugan A, Chervenak FA, Johnson MP, Isada NB, Hallak M, Evans MI. Ethnic variation in maternal serum AFP: orientals should have a separate database.
Society for Gynecologic Investigation, March 16-20, 1992, San Antonio, TX

189.  Hallak M, Berman RF, Irtenkauf SM, Berry SM, Evans MI, Cotton DB. Magnesium sulfate does cross the blood-brain barrier: exchange of magnesium between blood and central nervous system.
Society for Gynecologic Investigation, March 16-20, 1992, San Antonio, TX

190.  Evans MI, Klinger K, Isada NB, Shook D, Holzgreve W, McGuidre N, Johnson MP. Rapid prenatal diagnosis by fluorescent in situ hybridization (FISH) of chorionic villi: an adjunct to long term culture (LTC) and karyotype.
Society for Gynecologic Investigation, March 16-20, 1992, San Antonio, TX

191.  Evans MI, Fletcher JC. Sex selection. Letter to the Editor
American Journal of Obstetrics and Gynecology

192.  Hallak M, Johnson MP, Isada NB, Drugan A, Zador IE, Cotton DB, Evans MI. Rate of transabdominal chorionic villus sampling does not have to increase as new physicians learn the procedure: utilization of transabdominal versus transcervical approach in more than 4000 cases.
American College of Obstetricians and Gynecologists, April 27-30, 1992, Las Vegas, NV

193.  Drugan A, Isada NB, Johnson MP, Cotton DB, Hallak M, Dombrowski MP, Evans MI. Aneuploid gestations and first trimester intrauterine growth retardation (IUGR).
American College of Obstetricians and Gynecologists, April 27-30, 1992, Las Vegas, NV

194.  Drugan A, Johnson MP, Isada NB, Hallak M, Pryde PG, Evans MI. Age of gestation (size) at embryonic demise: tailoring counseling for lethal v potentially viable aneuploidy.
American College of Obstetricians and Gynecologists, April 27-30, 1992, Las Vegas, NV

195.  Hallak M, Johnson MP, Pryde PG, Isada NB, Zador IE, Evans MI. Utilization of transabdominal versus transcervical CVS in more than 4000 cases.
International Fetal Medicine & Surgery Society, May 10-14, 1992, Evian, France

196.  Hallak M, Evans MI. Maternal serum alpha-fetoprotein and floating particles in amniotic fluid.
International Fetal Medicine & Surgery Society, May 10-14, 1992, Evian, France

197.  Evans MI, Dumez Y, Zador IE, Johnson MP, Lynch, Berkowitz R. International collaborative multifetal pregnancy reduction statistics.
International Fetal Medicine & Surgery Society, May 10-14, 1992, Evian, France

198.  Evans MI, Drugan A, Johnson MP, Isada NB. First trimester intrauterine growth retardation and aneuploidy.
International Fetal Medicine & Surgery Society, May 10-14, 1992, Evian, France

199.  Johnson MP, Holzgreve W, Evans MI. Fetal urine protein analysis as a predictor of ultimate renal failure.
International Fetal Medicine & Surgery Society, May 10-14, 1992, Evian, France

200.  Johnson MP, Barr M, Treadwell M, Isada NB, Evans MI. Foot/femur length as an indicator of fetal aneuploidy.
International Fetal Medicine & Surgery Society, May 10-14, 1992, Evian, France

201.  Johnson MP, Isada NB, Pryde PG, Hallak M, Evans MI. Low cost LocalTalk networking options in the academic office.
Third World Symposium: Computers in Obstetrics, Gynecology and Neonatology, Anchorage, Alaska, June 6-10, 1992

202.  Evans MI, Harrison MR. Invasive fetal therapy.
Video Journal of Obstetrics and Gynecology. Vol 5, September, 1992

203.  Evans MI. Development and diffusion of CVS technology.
Central Association of Obstetricians and Gynecologists, 60th Annual Meeting, Chicago, Illinois, October 15-17, 1992

204.  Bukowski TP, Reitelman C, Johnson MP, Evans MI, Betrus GC. Urologic follow up of antenatal intervention.
<u>American Urologic Association - 6th Annual Meeting</u>, Cerroman, Puerto Rico, October 25-31, 1992

205.  Evans MI, Farrell SA, Greb A, Ray P, Johnson MP, Hoffman EP. In utero fetal muscle biopsy for the diagnosis of Duchenne muscular dystrophy (DMD) in a female fetus "suddenly at risk".
<u>American Society of Human Genetics - 42nd Annual Meeting</u>, San Francisco, California, November 9-13, 1992

206.  Johnson MP, Bukowski TP, Kithier K, Isada NB, Pryde PG, Reitelman C, Hallak M, Holzgreve W, Evans MI. Fetal urine albumin/globulin ratio in the in utero evaluation of obstructive uropathies.
<u>American Society of Human Genetics - 42nd Annual Meeting</u>, San Francisco, California, November 9-13, 1992

207.  Hallak M, Pryde PG, Qureshi F, Johnson MP, Isada NB, Evans MI. Constriction of the umbilical cord: fetal death following transplacental amniocentesis.
<u>American Society of Human Genetics - 42nd Annual Meeting</u>, San Francisco, California, November 9-13, 1992

208.  Pryde PG, Qureshi F, Kupsky W, Hallak M, Isada NB, Johnson MP, Uhlmann W, Evans MI. Prenatal diagnosis of hydrolethalis syndrome in two consecutive pregnancies in a nonconsanguinous black couple.
<u>American Society of Human Genetics - 42nd Annual Meeting</u>, San Francisco, California, November 9-13, 1992

209.  Hallak M, Berry SM, Romero R, Evans MI, Cotton DB. Maternal-fetal transfer of magnesium across the human placenta.
<u>Society of Perinatal Obstetricians</u>, San Francisco, California, February 8-13, 1993
<u>American Journal of Obstetrics and Gynecology</u> 1993;168(1):326.

210.  Hallak M, Zador IE, Pryde PG, Johnson MP, Isada NB, Cotton DB, Evans MI. Ultrasound detected free-floating particles in amniotic fluid: correlation with maternal serum alpha-fetoprotein.
<u>Society of Perinatal Obstetricians</u>, San Francisco, California, February 8-13, 1993
<u>American Journal of Obstetrics and Gynecology</u> 1993;168(1):348.

211.  Hallak M, Tsalamandris K, Dombrowski MP, Isada NB, Pryde PG, Johnson MP, Evans MI. Hyperemesis gravidarum (HG): effects on fetal outcome.
<u>Society of Perinatal Obstetricians</u>, San Francisco, California, February 8-13, 1993
<u>American Journal of Obstetrics and Gynecology</u> 1993;168(1):411.

212.  Pryde PG, Abel E, Hannigan J, Evans MI, Cotton DB. Fetopathic effects of hydralazine on pregnant rats (PR) and their fetuses.
<u>Society of Perinatal Obstetricians</u>, San Francisco, CA, February 8-13, 1993
<u>American Journal of Obstetrics and Gynecology</u> 1993;168(1):402.

213.  O'Brien JE, Hallak M, Isada NB, Cotton DB, Johnson MP, Evans MI. Thyroid function does not alter maternal serum alpha-fetoprotein (MSAFP) interpretation.
<u>Society of Perinatal Obstetricians</u>, San Francisco, CA, February 8-13, 1993
<u>American Journal of Obstetrics and Gynecology</u> 1993;168(1):325.

214.  Isada NB, Pryde PG, Johnson MP, Evans MI. Cordocentesis, potassium chloride (KCL) injection and second trimester abortion: an alternative to intracardiac KCL injection.

Society of Perinatal Obstetricians, San Francisco, CA, February 8-13, 1993
American Journal of Obstetrics and Gynecology 1993;168(1):396.

215. Michaelson J, Barr M Jr, Treadwell MC, Evans MI, Isada NB, Pryde PG, Johnson MP. Sonographic screening for trisomy 21: fetal humerus:foot length ratio, a useful new marker.
Society of Perinatal Obstetricians, San Francisco, CA, February 8-13, 1993
American Journal of Obstetrics and Gynecology 1993;168(1):346.

216. Isada NB, Landwehr JB Jr, Pryde PG, Johnson MP, Evans MI, Canady AI. Maternal ventriculo-peritoneal shunts and pregnancy outcome.
Society of Perinatal Obstetricians, San Francisco, CA, February 8-13, 1993
American Journal of Obstetrics and Gynecology 1993;168(1):396.

217. Isada NB, Thornton CM, Pryde PG, Johnson MP, Evans MI. Maternal morbidity associated with dilation and evacuation (D & E): experience still counts.
Society of Perinatal Obstetricians, San Francisco, CA, February 8-13, 1993
American Journal of Obstetrics and Gynecology 1993;168(1):431.

218. Isada NB, Bradfield WK, Pryde PG, Johnson MP, Klinger KW, Evans MI. Second trimester fetal anomalies: go FISH! (Fluorescent in situ hybridization).
Society of Perinatal Obstetricians, San Francisco, CA, February 8-13, 1993
American Journal of Obstetrics and Gynecology 1993;168(1):396.

219. Johnson MP, Qureshi F, Chamberlain C, Jacques SM, Isada NB, Pryde PG, Hallak M, Evans MI. Why vesicoamniotic shunts need to be placed early: histologic comparison of urinary tracts with fetopsy-proven anatomical obstructions and with no anatomic obstruction in fetal obstructive uropathy.
Society of Perinatal Obstetricians, San Francisco, CA, February 8-13, 1993
American Journal of Obstetrics and Gynecology 1993;168(1):383.

220. Evans MI, Goldberg JD, Dumez Y, Wapner RJ, Lynch L, Dock BS, Golbus MS, Dommergues M, Holzgreve W, Johnson MP, Berkowitz RL. Efficacy of second trimester selective termination for fetal abnormalities: international collaborative experience among the world's largest centers.
Society of Perinatal Obstetricians, San Francisco, CA, February 8-13, 1993
American Journal of Obstetrics and Gynecology 1993;168(1):307.

221. Couglin JP, Drucker DEM, Jewell MR, Evans MI, Klein MD. Delivery room repair of gastroschisis.
Central Surgical Association, Cincinnati, Ohio, March 6, 1993

222. Ganshirt-Ahlert D, Borjesson-Stoll R, Burschyk M, Dohr A, Garritsen HSP, Helmer L, Walda C, Evans MI, Holzgreve W. Application of a method for prenatal diagnosis from fetal cells in maternal circulation.
Society for Gynecologic Investigation, 40th Anniversary Meeting, Toronto, Ontario, April 1-3, 1993

223. Evans MI, Dommergues M, Timor-Tritsch I, Zador IE, Wapner RJ, Lynch L, Dumez Y, Goldberg JD, Nicolaides KH, Johnson MP, Golbus MS, Boulot P, Berkowitz RL. Transabdominal (TA) vs transcervical/vaginal (TC/V) multifetal pregnancy reduction (MFPR): collaborative experience of 700 cases among the world's largest centers.
Society for Gynecologic Investigation, 40th Anniversary Meeting, Toronto, Ontario, April 1-3, 1993

224. Hallak M, Irtenkauf SM, Janusz CA, Evans MI, Cotton DB. Stimulation and inhibition of N-Methyl-D-Aspartate (NMDA) receptors in rats: developing a seizure model.
Society for Gynecologic Investigation, 40th Anniversary Meeting, Toronto, Ontario, April 1-3, 1993

225.  Saleh AA, Pryde PG, Isada NB, Johnson MP, Dombrowski MP, Hirokawa S, Evans MI, Duchon TM, Cotton DB, Sokol RJ, Mammen EF: Hemostatic effects of chorionic villus sampling (CVS) and amniocentesis.
Society for Gynecologic Investigation, 40th Anniversary Meeting, Toronto, Ontario, April 1-3, 1993

226.  Saleh AA, Kmak DC, Hirokawa S, Pryde PG, Isada NB, Johnson MP, Evans MI, Dobmrowski MP, Leach R, Delozier D, Cotton DB, Mammen EF. Activation of hemostasis in ectopic pregnancy.
Society for Gynecologic Investigation, 40th Anniversary Meeting, Toronto, Ontario, April 1-3, 1993

227.  Pryde PG, Bardicef M, Klein M, Treadwell MC, Johnson MP, Isada NB, Crosslin K, Evans MI. Gastroschisis: can ultrasound (US) predict infant outcomes, and should it be used to alter obstetrical management?
American College of Obstetricians and Gynecologists, 41st Annual Clinical Meeting, Washington, DC, May 3-6, 1993

228.  Bartholomew FD, Isada NB, Evans MI. Letter to the Editor.
Journal of the American Medical Association 1993;269(6):746.

229.  Isada NB, Grossman LI, Johnson MP, Evans MI. Prenatal diagnosis of mitochondrial disorders: a potential application for in utero muscle biopsy.
12th International Fetal Medicine & Surgery Society Meeting, Whistler, British Columbia, Canada, April 28 - May 1, 1993

230.  Johnson MP, Qureshi F, Chamberlain C, Jacques SM, Isada NB, Pryde PG, Reichler A, Evans MI. Histologic differences in smooth muscle of urinary tracts in fetuses with and without true anatomical obstructions.
12th International Fetal Medicine & Surgery Society Meeting, Whistler, British Columbia, Canada, April 28 - May 1, 1993

231.  Evans MI, Goldberg JD, Dumez Y, Wapner RJ, Lynch L, Dock BS, Golbus MS, Dommergues M, Holzgreve W, Johnson MP, Berkowitz RL. International collaborative experience with second trimester selective termination for dizygotic fetal anomalies.
12th International Fetal Medicine & Surgery Society Meeting, Whistler, British Columbia, Canada, April 28 - May 1, 1993

232.  Evans MI, Dommbergues M, Goldberg J, Lynch L, Johnson MP, Timor I, Wapner RJ, Berkowitz RL. International collaborative experience with first trimester multifetal pregnancy reduction: transabdominal and transvaginal approaches.
12th International Fetal Medicine & Surgery Society Meeting, Whistler, British Columbia, Canada, April 28 - May 1, 1993

233.  Dombrowski MP, Berry SM, Isada NB, Jones TB, Evans MI. Abnormal second trimester ultrasounds: an indication for karyotype.
OB/GYN Digest (in press)

234.  Johnson MP, Johnson A, Holzgreve W, Isada NB, Wapner R, Treadwell MC, Herger S, Evans MI. First trimester simple hygroma, cause and outcome.
OB/GYN Digest (in press)

235.  Evans MI. Impact of fetal cell utilization: fetal cells in maternal blood. Prospects for noninvasive prenatal diagnosis.

New York Acadamy of Sciences Conference, Arlington, VA, September 27-29, 1993

236.  Dombrowski MP, Berry SM, Isada NB, Jones TB, Evans MI. Abnormal second trimester ultrasounds: an indication for karyotype.
Fetal Diagnosis and Therapy 1993;8(1):10-14.
Ob/Gyn Digest, October, 1993

237.  Evans MI, Krivchenia EL, Johnson MP, Quintero R, King M, Pegoraro E, Hoffman EP. In utero fetal muscle biopsy (IUFMB) alters diagnosis and carrier risks in Duchenne and Becker muscular dystrophy.
43rd Annual Meeting, American Society of Human Genetics, October 5-9, 1993, New Orleans, Louisiana

238.  Isada NB, Johnson MP, Evans MI, Grossman LI. Prenatal diagnosis of mitochondrial (mt) disorders: a potential role for in utero muscle biopsy?
43rd Annual Meeting, American Society of Human Genetics, October 5-9, 1993, New Orleans, Louisiana

239.  Greb AE, Sepulveda W, Romero R, Treadwell MC, Johnson MP, Evans MI. Isolated fetal choroid plexus cyst: karyotyping is indicated.
43rd Annual Meeting, American Society of Human Genetics, October 5-9, 1993, New Orleans, Louisiana

240.  Johnson MP, Michaelson JE, Ayoub R, Barr Jr M, Treadwell MC, Isada NB, Reichler A, Hume RF, Evans MI. Brachycephaly alters biparietal diameter (BPD) in trisomy 21 (T21): fetal foot length is a better gestational age measurement in sonographic morphologic screening.
43rd Annual Meeting, American Society of Human Genetics, October 5-9, 1993, New Orleans, Louisiana

241.  Qureshi F, Jacques SM, Johnson MP, Reichler A, Evans MI. Neuroblastoma in situ in a fetus with a de novo unbalanced translocation 3;10.
Society of Pediatric Pathology Interim Meeting, October 8-9, 1993, Seattle, Washington

242.  Reichler A, Bronshtein M, Zimmer E, Johnson MP, Evans MI. Transient ultrasonographically observed morphological dysmorphism.
3rd World Congress on Ultrasound in Obstetrics and Gynecology, October 25-28, 1993, Las Vegas, Nevada

243.  Johnson MP, Bukowski TP, Reitleman C, Isada NB, Pryde PG, Evans MI. In utero surgical treatment of fetal obstructive uropathy: A new comprehensive approach to identify appropriate candidates for vesico amniotic shunt therapy.
The Central Association of Obstetricians and Gynecologists, October 28-30, 1993, White Sulphur Springs, West Virginia

244.  Bukowski TP, Reitelman C, Johnson MP, Evans MI, Betrus GG. Urologic follow up of antenatal intervention.
American Urological Association, 1993 Annual Meeting, San Antonio, Texas

245.  Garritsen HSP, Gänshirt-Ahlert D, Börjesson-Stoll R, Burschyk M, Dohr A, Helmer L, Neusser M, Walde C, Evans MI, Holzgreve W. Successul noninvasive prenatal diagnosis of fetal aneuploidies from maternal circulation by triple gradient and magnetic activated cell sorting: evaluation of specificity and sensitivity in a large series of pregnancies.
The Fetus as a Patient, IXth International Congress, November 29-December 1, 1993, Fuji-Yoshida, Japan

246.  Evans MI. In utero surgical and medical interventions - 1993.
The Fetus as a Patient, IXth International Congress, November 29-December 1, 1993, Fuji-Yoshida, Japan

247.   Dommergues M, Dumez Y, Evans MI. Pregnancy reduction in iatrogenic multifetal pregnancies. Ovulation Induction: Basic Science and Clinical Advances, January 20-22, 1994, Palm Beach, Florida

248.   Evans MI, Ebrahim SAD, Berry SM, Holzgreve W, Isada NB, Quintero R, Johnson MP. Fluorescent in situ hybridization utilization for high risk prenatal diagnosis: a trade-off among speed, expense and inherent limitations of chromosome specific probes.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

249.   Johnson MP, Seifman BD, Cejka J, Berry SM, Evans MI, Isada NB, Reichler A, Hume RF, Kithier K. Fetal urinary alpha-1 microglobulin: a new predictor for renal dysplasia in fetal obstructive uropathies.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

250.   Saleh AA, Johnston JM, Pryde PG, Isada NB, Johnson MP, Evans MI, Sokol RJ. Platelet activating factor acetyl hydrolase activity following chorionic villus sampling and amniocentesis.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

251.   Drugan A, Reichler A, Johnson MP, Sokol RJ, Ebrahim SAD, Evans MI. Abnormal biochemical screeningvs 2nd trimester ultrasound detected minor anomalies as predictors of aneuploidy in low risk patients.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

252.   Drugan A, Shivers B, Reichler A, Ebrahim SAD, Johnson MP, Hume RF, Evans MI. Interpretation of early amniocenteses requires both alpha-fetoprotein and acetylcholinesterase.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

253.   Reichler A, Johnson MP, Dvorin E, Isada NB, Hume RF, O'Brien JE, Bardicef M, Drugan A, Evans MI. Anomaly risk distribution as a function of MSAFP level.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

254.   Drugan A, Mandel H, Berant M, Zer T, Evans MI. Prenatal diagnosis of fetal hypothalamic hypocortisolism with maternal serum unconjugated estriol.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

255.   Isada NB, Streicher P, Pryde PG, Reichler A, Johnson MP, Klinger KW, Ward BE, Evans MI. Second trimester fetal anomalies: fishing limits.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

256.   Hume RF, Drugan A, Ebrahim SAD, Johnson MP, Isada NB, Reichler A, Evans MI. The role of ultrasonography in pregnancies with marker chromosome aneuploidy.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

257.   Pryde PG, Isada NB, Johnson MP, Romero R, Reichler A, Evans MI. Prenatal diagnostic amnioinfusion: does oligohydramnios predispose to infection?
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

258.   Lauria MR, Whitty JE, Mason BA, Evans MI. Cocaine induced respiratory failure.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

259.   Quintero RA, Reich H, Puder KS, Bardicef M, Acosta L, Cotton DB, Evans MI, Romero R. Operative fetoscopy: a new frontier in fetal medicine.

Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

260.  Quintero RA, Romero R, Bardicef M, Renfroe Y, Isada NB, Johnson MP, Evans MI, Guevara F, Lamana R, Cotton DB. Transabdominal thin-gauge embryofetoscopy in continuing pregnancies.
Society of Perinatal Obstetricians, January 24-29, 1994, Las Vegas, Nevada

261.  Qureshi F, Jacques SM, Johnson MP, Evans MI. Histopathologic and growth characteristics of trisomy 21 placentas.
Society of Pediatric Pathology, March, 1994, San Francisco, California

262.  Qureshi F, Jacques SM, Johnson SF, Johnson MP, Evans MI, Yang SS. Diastrophic dysplasia and atelosteogenesis II: different manifestations of a common chondrodysplasia?
Society of Pediatric Pathology, March, 1994, San Francisco, California

263.  Reichler A, Bronshtein M, Hume RF Jr, Johnson MP, Isada NB, Bardicef M, Evans MI. The early detection of isolated septated cystic hygroma: high probability for Down syndrome.
American College of Medical Genetics, 1st Annual Meeting, March 15-17, 1994, Orlando, Florida

264.  Hume RF Jr, Wolfe HM, Drugan A, Zador IE, Johnson MP, Isada NB, Reichler A, Evans MI. Maternal age and ultrasound detection of non-aneuploid fetal structural anomalies (NAFSA).
American College of Medical Genetics, 1st Annual Meeting, March 15-17, 1994, Orlando, Florida

265.  Hume RF Jr, Martin LS, Johnson MP, Reichler A, Drugan A, Isada NB, Evans MI. Holoprosencephaly (HPE) associated with structural rearrangements of chromosome 13.
American College of Medical Genetics, 1st Annual Meeting, March 15-17, 1994, Orlando, Florida

266.  Johnson MP, Michaelson J, Barr M Jr, Treadwell MC, Dombrowski MP, Isada NB, Reichler A, Hume R, Evans MI. Noninvasive screening for trisomy 21: use of humerus, femur, and foot length ratios.
American College of Medical Genetics, 1st Annual Meeting, March 15-17, 1994, Orlando, Florida

267.  Johnson MP, Seifman B, Qureshi F, Jacques SM, Isada NB, Reichler A, Holzgreve W, Hume R, Evans MI. In utero fetal urine analysis and renal histology do correlate with outcome in fetal obstructive uropathies.
American College of Medical Genetics, 1st Annual Meeting, March 15-17, 1994, Orlando, Florida

268.  Hume RF Jr, Wolfe HM, Reichler A, Isada NB, Johnson MP, Evans MI. Natural history of twin gestation complicated by fetal demise: effect of IUFD upon gestational age, growth, and asphyxia at birth.
Society for Gynecologic Investigation, March 22-25, 1994, Chicago, Illinois

269.  Evans MI, Hoffman EP, Cadrin C, Johnson MP, Quintero R, Golbus MS. In utero fetal muscle biopsy: collaborative experience with varied indications.
Society for Gynecologic Investigation, March 22-25, 1994, Chicago, Illinois

270.  Gomez R, Romero R, Galasso M, Munoz H, Berry S, Wolfe H, Sorokin Y, Dombrowski M, Cotton D, Evans M. Maternal plasma c-reactive protein determination: a simple and noninvasive method to assess the likelihood of microbial invasion of the amniotic cavity and preterm delivery in patients in premature labor.
Society for Gynecologic Investigation, March 22-25, 1994, Chicago, Illinois

271.  McIntosh LJ, Stanitski DF, Mallett V, Richardson DA, Evans MI. Ehlers-Danlos syndrome: relationship between joint hypermobility, urinary incontinence and pelvic floor prolapse.
Society for Gynecologic Investigation, March 22-25, 1994, Chicago, Illinois

272.  Evans MI. Preconception and preimplantation diagnosis of human genetic diseases. Edited by RG Edwards. Book review.
Genetic Epidemiology 1994;11(5):551-552.

273.  Evans MI. Biochemical screening for fetal abnormalities.
Journal of Perinatology (Turkey) 1994;2:10.

274.  Evans MI. Fetal reduction and selective termination.
Journal of Perinatology (Turkey) 1994;2:11.

275.  Pryde PG, Qureshi F, Evans MI. Letter to the Editor. Midline malformation syndromes: reply to Sharma.
American Journal of Medical Genetics 1994;50:305.

276.  Johnson MP, Quintero R, Evans MI. The use of in utero diverting shunts for interventive fetal therapy.
VII International Congress on Early Prenatal Diagnosis, Jerusalem, Israel, May 20-27, 1994

277.  Johnson MP, Kithier K, Evans MI. Alpha 1 microglobulin in the evaluation of fetal renal function.
International Fetal and Medicine and Surgery Society, May 29-June 1, 1994, Antwerp, Belgium

278.  Quintero R, Hume RJ, Smith C, Bardicef M, Romero R, Cotton DB, Evans MI. In utero endoscopic treatment of posterior urethral valves.
International Fetal and Medicine and Surgery Society, May 29-June 1, 1994, Antwerp, Belgium

279.  Johnson MP, Michaelson J, Treadwell MC, Dombrowski MP, Evans MI. Use of humerus, femur and foot length values for Down syndrome survey.
International Fetal and Medicine and Surgery Society, May 29-June 1, 1994, Antwerp, Belgium

280.  Evans MI, Johnson MP, Quintero R, Golbus M, Hoffman EP. Collaborative experience of in utero muscle biopsy for myopathies.
International Fetal and Medicine and Surgery Society, May 29-June 1, 1994, Antwerp, Belgium

281.  Evans MI, Ebrahim SAD, Johnson MP. Limitations of FISH for high risk prenatal diagnosis.
International Fetal and Medicine and Surgery Society, May 29-June 1, 1994, Antwerp, Belgium

282.  Nugent C, Evans MI. Severe preeclampsia following termination of triploid fetus.
International Fetal and Medicine and Surgery Society, May 29-June 1, 1994, Antwerp, Belgium

283.  Gomez R, Romero R, Galasson M, Munoz H, Berry S, Wolfe H, Sorokin Y, Dombrowski M, Cotton D, Evans M. Maternal plasma c-reactive protein and amniotic fluid interleukin-6 determinations in assessment of microbial invasion of the amniotic cavity and preterm delivery in patients with premature labor.
The first World Congress on Labor and Delivery July 3-7, 1994, Jerusalem, Israel

284.  Evans MI, Johnson MP, Quintero RA, Hoffman EP. In utero fetal muscle biopsy: expanding the options for prenatal diagnosis of Duchenne and Becker muscular dystrophy.
VIII International Congress on Neuromuscular Diseases, Kyoto, Japan, July 10-15, 1994
Muscle and Nerve, 1994;Suppl 1, p 536.

285.  Evans MI, Chik L, O'Brien JE, Chen B, Dvorin E, Ayoub M, Krivchenia EL, Ager JW, Johnson MP, Sokol RJ. MOMs and DADs: Improved specificity and cost effectiveness of biochemical screening for aneuploidy with DADs.
The American Gynecological and Obstetrical Society, September 7-10, 1994, Hot Springs, Virginia

286.  Chik L, Salari V, Dombrowski MP, Sokol RJ, Evans MI. Computers in obstetrics/gynecology -- data visualization and graphical statistical methods.
FIGO 94, XIV World Congress of Gynecology and Obstetrics, September 24-30, 1994, Montréal, Quebec, Canada

287.  Evans MI, Littmann L, St Louis L, LeBlanc L, Addis J, Johnson MP, Moghissi KS. Evolving patterns of iatrogenic multifetal pregnancy generation: implications for aggressiveness of infertility treatments.
Central Association of Obstetricians and Gynecologists, October 12-15, 1994, Memphis, Tennessee

288.  Evans MI, Henry GP, Miller WA, Bui TH, Snidjers RJ, Wapner RJ, Miny P, Johnson MP, Peakman D, Johnson A, Nicolaides K, Holzgreve W, Ebrahim SAD, Jackson L. International, collaborative assessment of limitations of chromosome-specific probes and fluorescent in situ hybridization: analysis of expected detections in 73,000 prenatal cases.
American Society of Human Genetics, October 18-22, 1994, Montréal, Quebec, Canada

289.  Reichler A, Pryde PG, Isada NB, Johnson MP, Drugan A, Qureshi F, Evans MI. Preservation of fetal tissue integrity during second trimester genetic termination: combined use of carboprost, dilapans and KCl injection.
American Society of Human Genetics, October 18-22, 1994, Montréal, Quebec, Canada

290.  Quintero R, Evans MI, Qureshi F, Hume RF, Pryde PG, Reichler A, Johnson MP. Ultrasound-guided, endoscopically assisted muscle biopsy for the in utero diagnosis of Duchenne muscular dystrophy.
American Society of Human Genetics, October 18-22, 1994, Montréal, Quebec, Canada

291.  Drugan A, Dvorin E, O'Brien JE, Johnson MP, Reichler A, Hume RF, Evans MI. The effect of fetal sex on abnormal maternal serum biochemical screening.
American Society of Human Genetics, October 18-22, 1994, Montréal, Quebec, Canada

292.  Qureshi F, Jacques SM, Johnson SF, Johnson MP, Evans MI, Yang SS. Diastrophic dysplasia and atelosteogenesis II: different manifestations of a common chondrodysplasia?
American Society of Human Genetics, October 18-22, 1994, Montréal, Quebec, Canada

293.  Ebrahim SAD, Krivchenia E, Mohamed AN, Kupsky WJ, Berry SM, Treadwell MC, Qureshi F, Jacques S, Tiller GR, Evans MI. Deletion affecting band 7q36 not associated with holoprosencephaly.
American Society of Human Genetics, October 18-22, 1994, Montréal, Quebec, Canada

294.  Drugan A, Johnson MP, Reichler A, Hume RF, Ebrahim SAD, Evans MI. Increased amniotic fluid alpha-fetoprotein (AF-AFP) in patients with fetal nuchal edema.
Society of Perinatal Obstetricians, January 23-28, 1995, Atlanta, Georgia

295.  Tafas T, Krivchenia EL, Resvani E, Evans MI, Tsipouras P, Johnson MP, Cuckle HS. Mid-trimester screening for Down syndrome using an automated neutrophil alkaline phosphatase (NAP) measurement.
Society of Perinatal Obstetricians, January 23-28, 1995, Atlanta, Georgia

296.  Chik L, Evans MI, O'Brien JE, Dvorin E, Sokol RJ. Probability estimates for trisomy 21 outcomes from serum alpha-fetoprotein (AFP) and beta human chorionic gonadotropin (ßHCG).
Society of Perinatal Obstetricians, January 23-28, 1995, Atlanta, Georgia

297.  Hume RF, Kilmer-Ernst P, Wolfe HM, Ebrahim SAD, Treadwell MC, Reichler A, Johnson MP, Evans MI. Prenatal cytogenetic abnormalities: correlations of structural rearrangements and ultrasound detected fetal anomalies.

95

<u>Society of Perinatal Obstetricians</u>, January 23-28, 1995, Atlanta, Georgia

298.  Hume RF, Martin LS, Hassan SS, Collins KB, Tomlinson M, Bottoms SF, Reichler A, Johnson MP, Evans MI. Vascular disruption birth defects and history of prenatal cocaine exposure: a case control study. <u>Society of Perinatal Obstetricians</u>, January 23-28, 1995, Atlanta, Georgia

299.  Johnson MP, Ayoub M, Barr Jr M, Treadwell MC, Hume RF, Reichler A, Evans MI. Sonographic screening for trisomy 21: comparative analysis of morphometric approaches. <u>Society of Perinatal Obstetricians</u>, January 23-28, 1995, Atlanta, Georgia

300.  Johnson MP, Corsi P, Bradfield W, Hume RF, Smith C, Flake AW, Qureshi F, Evans MI. Sequential fetal urine analysis (SFUA) improves the evaluation of renal function in obstructive uropathy. <u>Society of Perinatal Obstetricians</u>, January 23-28, 1995, Atlanta, Georgia

301.  Quintero RA, Romero R, Goncalves L, Johnson MP, Smith C, Flake AW, Cotton DB, Evans MI.  In utero percutaneous cystoscopy in the management of fetal lower obstructive uropathy. <u>Society of Perinatal Obstetricians</u>, January 23-28, 1995, Atlanta, Georgia

302.  Quintero RA, Goncalves L, Berry S, Reich H, Bardicef M, Cotton DB, Evans MI, Romero R. Endoscopic and ultrasound-guided percutaneous umbilical cord ligation in abnormal monochorionic twin gestations. <u>Society of Perinatal Obstetricians</u>, January 23-28, 1995, Atlanta, Georgia

303.  Quintero RA, Guevara F, La Manna R, Bustos T, Martin LS, Evans MI, Romero R. Transabdominal thin-gauge fetoscopic detection of simian crease and wide gap between the 1st and 2nd toe at 15 weeks of gestation. <u>Society of Perinatal Obstetricians</u>, January 23-28, 1995, Atlanta, Georgia

304.  Sobecki MA, Krivchenia EL, Duquette DA, Johnson MP, Drugan A, Hume RF, Evans MI. Parental decisions to terminate/continue following abnormal cytogenetic prenatal diagnosis: "What" is still more important than "when". <u>American College of Medical Genetics</u>, March 6-9, 1995, Los Angeles, California

305.  Drugan A, Johnson MP, Reichler A, Hume RF, Evans MI. Aneuploidy risk of minor ultrasound anomalies (MUA) increases with advanced maternal age. <u>American College of Medical Genetics</u>, March 6-9, 1995, Los Angeles, California

306.  Tomlinson M, Johnson MP, Goncalves L, King M, Freedman A, Smith C, Reichler A, Evans MI. Correction of hemodynamic abnormalities by vesicoamniotic shunting in familial congenital megacystis. <u>American College of Medical Genetics</u>, March 6-9, 1995, Los Angeles, California

307.  Duquette DA, Johnson J, Krivchenia EL, Lampinen J, Berger JA, Johnson MP, Hume RF, Evans MI. Evolving patterns of patient referrals for tertiary prenatal diagnosis:  more complicated cases and worse payer mix. <u>American College of Medical Genetics</u>, March 6-9, 1995, Los Angeles, California

308.  Hume RF, Jr., Drugan A, Reichler A, Lampinen J, Johnson MP, Evans MI.  Aneuploidy among prenatally detected neural tube defects. <u>American College of Medical Genetics</u>, March 6-9, 1995, Los Angeles, California

309.  Hume RF, Jr., weinbaum PJ, Johnson MP, Evans MI.  Monozygotic twins concordant for lethal skeletal dysplasia in a triplet pregnancy:  management by selective termination.

American College of Medical Genetics, March 6-9, 1995, Los Angeles, California

310.  Hume RF, Jr., Hoffman EP, Krivchenia E, Rosenzveig A, Pegoraro E, Johnson MP, Evans MI.  In utero fetal muscle biopsy for the prenatal diagnosis of Duchenne Muscular Dystrophy necessitated by an Xp21 intragenic recombination event.
American College of Medical Genetics, March 6-9, 1995, Los Angeles, California

311.  Pryde P, Bawle E, Martin LS, Ebrahim SAD, Krivchenia E, Hume RF, Johnson MP, Evans MI. Monozygotic males concordant for inherited partial duplication of Xq21 in a triplet pregnancy.
American College of Medical Genetics, March 6-9, 1995, Los Angeles, California

312.  Johnson MP, Gaddipati S, Freedman A, Qureshi F, Hume RF, Flake A, Evans MI.  Does urinary gamma-glutamyl-transferase (GGT) levels reflect microtubular nephropathy in fetal obstructive uropathy ?.
American College of Medical Genetics, March 6-9, 1995, Los Angeles, California

313.  Drugan A, O'Brien JE, Dvorin E, Krivchenia EL, Johnson MP, Sokol RJ, Evans MI.  Multiple marker screening in multifetal gestations:  prediction of adverse pregnancy outcomes.
American College of Medical Genetics, March 6-9, 1995, Los Angeles, California

314.  Tafas T, Evans MI, Nasr S, Dvorin E, Resvani E, Cuckle HS, Krivchenia EL, Searight CL, Johnson MP, Tsipouras P. Automated methodology for measurement of neutrophil alkaline phosphatase (NAP): making aneuploidy screening practical.
Society for Gynecologic Investigation, March 15-18, 1995, Chicago, Illinois

315.  Evans MI, Dommergues M, Wapner RJ, Goldberg JD, Lynch L, Zador IE, Carpenter R, Timor-Tritsch I, Brambati B, Nicolaides KH, Dumez Y, Monteagudo A, Johnson MP, Golbus MS, Brambati L, Polak SM, Berkowitz RL. International collaborative experience of 1789 patients having multifetal pregnancy reduction: a plateauing of risks and outcomes.
Society for Gynecologic Investigation, March 15-18, 1995, Chicago, Illinois

316.  Johnson MP, Gaddipati S, Cejka J, Kithier K, Hume RF, Smith C, Evans MI. Urinary albumin analysis in fetal obstructive uropathy.
Society for Gynecologic Investigation, March 15-18, 1995, Chicago, Illinois

317.  Evans MI, O'Brien JE, Dvorin E, Krivchenia EL, Drugan A, Hume RF, Johnson MP. Similarity of insulin dependent diabetics' (IDD) and non-insulin dependent diabetics' (NIDD) levels of beta-hCG and unconjugated estriol with controls: no need to adjust as with AFP.
Society for Gynecologic Investigation, March 15-18, 1995, Chicago, Illinois

318.  Hume RF Jr, Yorke V, Wolfe HM, Reichler A, Johnson MP, Zador IE, Evans MI. Iatrogenic versus natural in utero fetal demise (IUFD) in twin gestation.
Society for Gynecologic Investigation, March 15-18, 1995, Chicago, Illinois

319.  Freedman AL, Bukowski TP, Smith CA, Evans MI, Johnson MP. Sequential fetal urine aspiration in the evaluation of patients with obstructive uropathy.
American Urological Association, 90th Annual Meeting, April 20-23, 1995, Las Vegas, Nevada

320.  Bukowski TP, Freedman AL, Smith CA, Perlmutter AD, Evans MI, Johnson MP. Fetal intervention for obstructive uropathy: urologic outcomes.
American Urological Association, 90th Annual Meeting, April 20-23, 1995, Las Vegas, Nevada

321.  Evans MI, Dommergues M, Wapner RJ, Goldberg JD, Lynch L, Zador IE, Carpenter R, Timor-Tritsch I, Brambati B, Nicolaides KH, Dumez Y, Johnson T, Berkowitz R.  International collaborative fetal reduction experience.
International Fetal Medicine and Surgery Society, May 3-7, 1995

322.  Evans MI, Chik L, O'Brien JE, Johnson MP, Sokol RJ.  New mathematical models for risk prediction and biochemical screening.
International Fetal Medicine and Surgery Society, May 3-7, 1995

323.  Evans MI, Sobiecki MA, Hume RF, Johnson MP.  Determinants of patients decisions to abort or continue aneuploid pregnancies.
International Fetal Medicine and Surgery Society, May 3-7, 1995

324.  Hume RF, Yorke Y, Wolfe HM, Reichler A, Johnson MP, Zador IE, Evans MI.  Comparison of outcomes among twin gestation, complicated by IUFD, selective termination or multi-fetal reduction.
International Fetal Medicine and Surgery Society, May 3-7, 1995

325   Johnson MP, Hume R, Quintero R, Freedman A, Kithier K, Smith C, Cejka J, Qureshi F, Flake AW, Gonzales R, Evans MI.  In utero analysis of fetal proteinuria in obstructive uropathy.
International Fetal Medicine and Surgery Society, May 3-7, 1995

326.  Bukowski TP, Freedman AL, Johnson MP, Evans MI, Flake A, Gonzalez R, Smith CA.  When is a prune not a prune?
International Fetal Medicine and Surgery Society, May 3-7, 1995

327.  Freedman AL, Bukowski TP, Smith CA, Perlmutter AD, Evans MI, Johnson MP.  Evaluating fetal therapy for obstructive uropathy:  a rationale for organ specific outcome measures.
International Fetal Medicine and Surgery Society, May 3-7, 1995

328.  Quintero RA, Johnson MP, Arias F, Gonzalez R, Romero R, Cotton DB, Evans MI.  Fetal cystoscopy in the management of fetuses with lower obstructive uropathy.
International Fetal Medicine and Surgery Society, May 3-7, 1995

329.  Quintero RA, Johnson MP, Romero R, Arias F, Gonzalez R, Cotton DB, Evans MI.  In utero diagnosis of vesico-ureteral reflux.
International Fetal Medicine and Surgery Society, May 3-7, 1995

330.  Quintero RA, Reich H, Romero R, Cotton DB, Evans MI.  Devascularization of a placental chorioangioma via operative fetoscopy.
International Fetal Medicine and Surgery Society, May 3-7, 1995

331.  Quintero RA, Romero R, Johnson MP, Cotton DB, Evans MI.  Selective feticide via umbilical cord ligation.
International Fetal Medicine and Surgery Society, May 3-7, 1995

332.  Quintero RA, Romero R, Cotton DB, Evans MI.  Laser photocoagulation in the management of fetuses with twin-twin transfusion syndrome:  Technical and therapeutic considerations.
International Fetal Medicine and Surgery Society, May 3-7, 1995

333.  Elliott J, Yuaklic J, Hume RF, Leonardi M, McNamara M, Rosa C, Evans MI.  Frequency of aneuploidy at prenatal diagnosis for umbilical cord anomalies.
American College of Obstetrics and Gynecology, Armed Forces District, October 1, 1995

334.  Yaklic J, Elliott J, Humee RF, Leonardi M, McNamara M, Rosa C, Evans MI.  Frequency of aneuploidy at prenatal diagnosis for amniotic fluid abnormalities
American College of Obstetrics and Gynecology, Armed Forces District, October 1, 1995

335.  Hume RF, Wagner AS, Wapner RJ, Allon M, Polak SM, Johnson MP, Johnson A, Diamond MP, Evans MI.  Iatrogenic multifetal pregnancy generation:  Affect of physician reproductive endocrinology and infertility (REI) subspecialty board certification.
American Society for Reproductive Medicine, October 7-12, 1995

336.  Hume RF, Yorke V, Wolfe HM, Reichler A, Johnson MP, Zador IE, Evans MI.  Iatrogenic (ST/MFR) versus natural in utero fetal demise (IUFD) in twin gestation.
American Society for Reproductive Medicine, October 7-12, 1995

337.  Evans MI, Hume RF, Johnson MP, Treadwell MC, Krivchenia E, Zador IE, Sokol RJ.  Integration of Genetics and Ultrasound in Prenatal Diagnosis:  Just looking is not enough.
The Central Association of Obstetricians and Gynecologists, October 19-21, 1995

338.  Ebrahim SAD, Mohamed AN, Krivchenia EL, Treadwell MC, Johnson MP, Evans MI.  Prenatal characterization of supernumerary marker ring chromosome by fluorescence in situ hybridization (FISH).
The American Society of Human Genetics, October 24-28, 1995, Minneapolis

339.  Hume RF, Puder K, Shiels WE, Macri C, Johnson MP, Evans MI.  Turkey-breasts:  A practical model for in vitro amniocentesis training.
The American Society of Human Genetics, October 24-28, 1995, Minneapolis

340.  Zheng YL, DeMaria MA, Berry SM, Wapner RJ, Evans MI, Copeland D, Williams JM, Bianchi DW.  Search for the optimal fetal cell antibody:  Results of immunophenotyping studies.
The American Society of Human Genetics, October 24-28, 1995, Minneapolis

341.  Flake AQ, Puck JM, Almieda-Porada G, Roncarolo MG, Evans MI, Johnson MP, Harrison D, Littman L, Johnson J, Zanjani ED.  Successful in utero correction of X-Linked recessive severe combined immuno-deficiency (X-SCID):  Fetal intraperitoneal transplantation of CD34 enriched paternal bone marrow cells (EPBMC).
American Society of Hematologists,  December, 1995

342.  Evans MI, Chik L, O'Brien J, Sokol RJ.   MOMs and DADs: improved specificity and cost effectiveness of biochemical screening for aneuploidy with DADs.  Letter to the Editor.
American Journal of Obstetrics and Gynecology 1995;173(6):1895-7.

343.  Quintero RA, Goncalves L, Johnson MP, Reich H, Romero R, Carreno C, Evans MI.  Percutaneous umbilical-cord ligatio nin complicated monochorionic multiple gestations.
Society of Perinatal Obstetricians, February 4-10, 1996

344.  Johnson MP, Freedman A, Kithier K, Cejka J, Hume RF, Quintero R, Smith C, Evans MI.  Prenatal differentiation of renal damage using gestational age-based thresholds for fetal urinary B-2 Microglobulin (B2m).
Society of Perinatal Obstetricians, February 4-10, 1996

345.  Johnson MP, Gaddipati S, Freedman A, Cejka J, Kithier K, Quintero R, Evans MI.  Retinol-binding protein (Rbp) and alpha-1 microblobulin (a-1m) in the evaluation of fetal proteinuria.
Society of Perinatal Obstetricians, February 4-10, 1996

346.  Hume RF, Zador IE, Johnson MP, Lampinen J, Ebrahim SAD, Sokol RJ, Evans MI.  Prenatal cytogenetic abnormality rates among cases with ultrasound detected fetal anomalies:  A five year experience.  Society of Perinatal Obstetricians, February 4-10, 1996

347.  Brown CL, Colden KA, Hume RF, Johnson MP, Treadwell MC, Drugan A, Lampinen J, Evans MI.  Positive or faint amniotic fluid acetylcholinesterase band with normal ultrasound.  Society of Perinatal Obstetricians, February 4-10, 1996

348.  McLean LK, Evans MI, Carpenter RJ, Johnson MP, Goldberg JD.  Genetic amniocentesis (AMN) following multifetal pregnancy reduction (MFPR) does not increase the risk of pregnancy loss.  Society of Perinatal Obstetricians, February 4-10, 1996

349.  Bronshtein M, Drugan A, Itskovicz-Eldor J, Johnson MP, Evans MI.  Ontogeny of isolated ultrasound markers (IUM) for fetal aneuploidy.  Society of Perinatal Obstetricians, February 4-10, 1996

350.  Landwehr JB, Johnson MP, Hume RF, Sokol RJ, Yaron Y, Evans MI.  Ultrasound markers of aneuploidy (A):  Gestational age (GA) variation by specific karyotype.  Society of Perinatal Obstetricians, February 4-10, 1996

351.  Flake AW, Johnson MP, Treadwell M, Mason B, Cauldwell C, Phillpart AI, Cullen ML, O'Brien J, Adzick NS, Harrison MR, Evans MI.  In utero treatment of right-sided congenital diaphragmatic hernia (R-CDH) by prenatal tracheal occlusion.  Society of Perinatal Obstetricians, February 4-10, 1996

352.  Wapner R, Jackson L, Evans MI, Johnson MP.  Limb reduction defects (LRDs) are not increased following first trimester chorionic villus sampling (CVS).  Society of Perinatal Obstetricians, February 4-10, 1996

353.  Leonardi MR, Wolfe HM, Greb A, Johnson MP, Lanouette JM, Landwehr JB, Evans MI.  Choroid plexus cysts and risk of aneuploidy.  Society of Perinatal Obstetricians, February 4-10, 1996

354.  Bazzett L, O'Brien JE, Critchfield G, Kramer RL, Yaron Y, Ayoub M, Johnson MP, Evans MI.  Fetal gender impact on multiple marker screening results.  The American College of Medical Genetics 3rd Annual Meeting, March 11-14, 1996, Texas (poster)

355.  Evans MI, Duquette DA, Rinaldo R, Bawle E, Rosenblatt D, Whitty J, Quintero RA, Johnson MP.  Modulation of B12 dosage and response in fetal treatment of methylmalonic aciduria (MMA); Titration of treatment dose to serum and urine MMA.  The American College of Medical Genetics 3rd Annual Meeting, March 11-14, 1996, Texas

356.  Kramer RL, Johnson MP, Qureshi F, Jacques SM, Yaron Y, Evans MI.  Concordance for cloacal dysgenesis in a twin gestation.  The American College of Medical Genetics 3rd Annual Meeting, March 11-14, 1996, Texas

357.  O'Brien JE, Dvorin E, Yaron Y, Johnson MP, Hume RF, Evans MI.  Differential increases in AFP, HCG, and E3 in twin pregnancies:  Impact upon attempts to quantify Down syndrome (DS) screening calculations.  The American College of Medical Genetics 3rd Annual Meeting, March 11-14, 1996, Texas

358. O'Brien JE, Dvorin E, Drugan A, Johnson MP, Yaron Y, Evans MI.  Ethnic and racial specific variation in multiple marker biochemical screening (MMBS):  HCG and E3 also require separate databases.
Society for Gynecologic Investigation, March 20-23, 1996

359. Yaron Y, Rotter V, Aloni R, Schwartz D, Evans MI.  Expression of the p53 tumor suppressor gene in the mouse ovary during the ovulatory cycle.
Society for Gynecologic Investigation, March 20-23, 1996

360. Yaron Y, Rotter V, Aloni R, Schwartz D, Evans MI.  Variable expression of discrete splicing alternatives of mRNA encoding the extracellular domain of the FSH receptor gene in the mouse ovary during the ovulatory cycle.
Society for Gynecologic Investigation, March 20-23, 1996

361. Quintero RA, Romero R, Dzieczkowski J, Mammen E, Evans MI.  Sealing of ruptured amniotic membranes with transabdominal intraamniotic infusion of an autologous platelet-cryoprecipitate plug.
Lancet 1996;347:1117.

362. O'Brien JE, Dvorin E, Drugan A, Johnson MP, Yaron Y, Evans MI.  Ethnic and racial specific variation in multiple marker biochemical screening (MMBS):  HCG and uE3 also require separate databases.
Corning Life Sciences Science Expo 96, May 8-9, 1996

363. O'Brien JE, Dvorin E, Yaron Y, Ayoub M, Johnson MP, Hume RF, Evans MI.  Differential increases in AFP, HCG, and uE3 in twin pregnancies:  Impact upon attempts to quantify Down syndrome screening calculations.
Corning Life Sciences Science Expo 96, May 8-9, 1996

364. Evans MI, O'Brien JE, Chik L, Dvorin E, Sokol RJ.  Mathematical modeling of biochemical screening parameters to achieve higher sensitivity, specificity, and cost reduction in the detection of fetal aneuploidy.
Corning Life Sciences Science Expo 96, May 8-9, 1996

365. Evans MI, O'Brien JE, Chik L, Dvorin E, Sokol RJ.  Mathematical modeling of biochemical screening parameters to achieve higher sensitivity, specificity, and cost reduction in the detection of fetal aneuploidy.
International Fetal Medicine and Surgery Society, May 15-19, 1996, Capri, Italy

366. Evans MI, Duquette DA, Rinaldo P, Bawle E, Rosenblatt DS, Whitty J, Quintero RA, Johnson MP.  Modulation of B12 dosage and response in fetal treatment of methylmalonic aciduria (MMA);  Titration of treatment dose to serum and urine MMA.
International Fetal Medicine and Surgery Society, May 15-19, 1996, Capri, Italy

367. Evans MI, Hume RF, Polak S, Yaron Y, Drugan A, Diamond MP, Johnson MP.  The geriatric gravida:  Multifetal pregnancy reduction (MFPR) donor eggs and aggressive infertility treatments.
International Fetal Medicine and Surgery Society, May 15-19, 1996, Capri, Italy

368. Quintero RA, Johnson MP, Romero R, Evans MI.  Operative fetoscopy:  Considerations on surgical techniques.
6th World Congress of Ultrasound in Ob/Gyn, Rotterdam, The Netherlands, October 27-31, 1996

369. Evans MI, Hume RF, Polak S, Yaron Y, Drugan A, Kramer RL, Johnson MP.  The geriatric gravida:  Multifetal pregnancy reduction (MFPR), donor eggs, and aggressive infertility treatments.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997 (poster)

370. Chik L, Spencer K, Johnson MP, Sokol RJ, Dombrowski MP, Zador I, Evans MI.   Potential misinterpretation of screening risk for trisomy 21.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997 (poster)

371. Chik L, Spencer K, Johnson MP, Ayoub M, Krivchenia EL, Dombrowski MP, Evans MI.   Precise bivariant normal distributions of maternal serum AFP and free bHCG for trisomy 21 (T21) biochemical screening.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997 (poster)

372. Johnson MP, Schroeder E, Quintero RA, Freedman A, Sudz C, Yaron Y, Kramer RL, Evans MI.   In utero treatment of obstructing uterocele.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997 (poster)

373. Hassan S, Mariona L, Kasperski S, Yaron Y, Kramer RL, Evans MI.   Amnioinfusion: Antibiotics and type of solution influence complication rates.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997 (poster)

374. Yaron Y, Hassan S, Kramer RL, Zador I, Ebrahim SAD, Johnson MP, Evans MI.   Fetal echogenic bowel in the second trimester - prognostic implication.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997 (poster)

375. Hassan S, Mariona L, Kasperski S, Kramer RL, Quintero R, Freedman A, Evans MI, Johnson MP.   Complications of prenatal vesicoamniotic shunt placement.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997 (poster)

376. Kramer RL, Boyle PJ, Evans MI, Yaron Y, Qualls CR, Curet LB.   Predictors of fetal birthweight percentile.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997 (poster)

377. Drugan A, Murphy J, Yaron Y, Ebrahim SAD, Kramer RL, Johnson MP, Evans MI.   Gender differences in amniotic fluid AFP.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997 (poster)

378. Quintero RA, Lanouette J, Carreno CA, King M, Johnson MP, Sudz C, Romero R, Evans MI.   Percutaneous ligation and transection of the umbilical cord in complicated monoamniotic twin gestations via operative fetoscopy.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997

379. Quintero RA, Carreno CA, Kruger M, King M, Sudz C, Romero R, Evans MI.   Doppler assessment of the effect of laser photocoagulation of communicating vessels in twin-twin transfusion syndrome.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997

380. Martinez-Poyer JL, Quintero RA, Carreno CA, King M, Bottoms SF, Romero R, Evans MI.   Doppler assessment of the effect of umbilical-cord ligation of acardiac twins.
Society of Perinatal Obstetricians, Anaheim, California, January 20-25, 1997

381. Kramer RL, O'Brien JE, Critchfield G, Yaron Y, Ayoub M, Johnson MP, Evans MI.   Fetal gender impact on multiple marker screening in pregnancies complicated by hypertensive disorders, intrauterine growth restriction, prematurity and stillbirth.
American College of Medical Genetics, Fort Lauderdale, Florida, February 28-March 2, 1996

382.  Kramer RL, O'Brien JE, Critchfield G, Yaron Y, Ayoub M, Lewis PS, Johnson MP, Evans MI.  The effect of adjustment of maternal serum a-fetoprotein (MSAFP) levels in insulin-dependent diabetes mellitus (IDDM).
American College of Medical Genetics, Fort Lauderdale, Florida, February 28-March 2, 1996

383.  Ebrahim SAD, Kasperski SB, Zieg DL, Kramer RL, Johnson MP, Evans MI.  Prenatal diagnosis of 15q microdeletion in association with 5:15 translocation:  Additional abnormalities detected by FISH.
American College of Medical Genetics, Fort Lauderdale, Florida, February 28-March 2, 1996

384.  Bryant-Greenwood PK, O'Brien JE, Huang X, Yaron Y, Ayoub M, Johnson MP, Evans MI.  Maternal Weight Differences do not Explain Ethnic Differences in Biochemical Screening.
Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997

385.  Bryant-Greenwood PK, Dave N, Moldenhauer JS, Yaron Y, Johnson KD, Johnson MP, Evans MI.  Multifetal pregnancy reduction (MFPR) of triplets to twins:  Comparison with non-reduced triplets and twins.
Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997

386.  Yaron Y, O'Brien JE, Critchfield G, Leon J, Ayoub M, Johnson MP, Evans MI.  Second trimester maternal serum markers for detection of neural tube defects:  The role of unconjugated estriol as an adjunct to AFP.
Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997

387.  Cherry M, Yaron Y, O'Brien JE, Ayoub M, Johnson MP, Hallak M, Evans MI.  Second trimester maternal serum marker screening:  MSAFP, b-HCG, and estriol as predictors of pregnancy outcome.
Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997

388.  Cardwell L, Kowalczyk CL, Krivchenia EL, Leon J, Calascibette F, Evans MI.  Urinary beta-core fragment as a predictor of abnormal pregnancy at 4-6 weeks gestation.
Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997

389.  Yaron Y, Diamond MP, Leach R, Wykes S, Smith-Barbour M, Krawetz SA.  Differential expression of the lysyl oxidase gene in a pelvic adhesion model.
Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997

390.  Yaron Y, Kramer JA, Gyi K, Ebrahim SAD, Evans MI, Johnson MP, Krawetz SA.  The organization of chromatin in the human sperm cell nucleus:  Is it necessary for fertility?
Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997

391.  Johnson MP, Vates TS, Freedman AL, Yaron Y, Kramer RL, Evans MI.  Epidermal growth factor in the prediction of renal outcome in fetal obstructive uropathy (FOU).
Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997

392.  Kramer RL, Efromovich S, Boyle PJ, Yaron Y, Johnson MP, Ayoub M, Evans MI.  Insulin harmonic waveform analysis in the evaluation of pulsatile insulin secretion.
Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997

393.  Evans WJ, Zador IE, Dobson P, Evans MI, McWhirter E, Nicolaides KH.  International Comparison of Initiation of Prenatal Care: Impact of Adverse Outcome on Subsequent Pregnancy.
ACOG 45th Annual Clinical Meeting, Las Vegas, Nevada, April 26-30, 1997

394.  Evans MI, Chik L, Spencer K, Sokol RJ, Dombrowski MP, Zador I, Johnson MP.   Potential misinterpretation of screening risk for trisomy 21.

International Fetal Medicine and Surgery Society, Girdwood, Alaska, June 1-5, 1997

395.  Evans MI, Bryant-Greenwood, PK, O'Brien JE, Huang X, Yaron Y, Ayoub M, Johnson MP.  Maternal weight differences do not explain ethnic differences in biochemical screening.
International Fetal Medicine and Surgery Society, Girdwood, Alaska, June 1-5, 1997

396.  Smith CA, Johnson MP, Freedman AL, Quijntero RA, Gonzalez R, Evans MI.  Ectopic ureter as a cause of early onset obstructive uropathy.
International Fetal Medicine and Surgery Society, Girdwood, Alaska, June 1-5, 1997

397.  Smith CA, Freedman AL, Johnson MP, Evans MI, Gonzalez R.  Improved outcomes in fetuses with urethral atresia
International Fetal Medicine and Surgery Society, Girdwood, Alaska, June 1-5, 1997

398.  Johnson MP, Sharma R, Flake AW, Evans MI.  Intact embryo aspiration:  A sterile source of fetal tissue for transplantation.
International Fetal Medicine and Surgery Society, Girdwood, Alaska, June 1-5, 1997

399.  Evans MI, Bryant-Greenwood PK, Dave N, Moldenhauer JS, Yaron Y, Johnson JD, Johnson MP.  Multifetal pregnancy reduction (MFPR) of triplets to twins:  Comparison with non-reduced triplets and twins.
International Fetal Medicine and Surgery Society, Girdwood, Alaska, June 1-5, 1997

400.  Freedman AL, Vates TS, Smith CA, Gonzalez R, Evans MI, Johnson MP.  Long term outcome in children following antenatal intervention for obstructive uropathy.
American Academy of Pediatrics, 1997 Annual Meeting.

401.  Evans MI, Yaron Y, Ayoub M, Critchfield G, Dombrowski MP, Leon J, O'Brien JE.  Distribution of neural tube defects and risks as a function of maternal weight:  No apparent correlation.
The American Society of Human Genetics, Baltimore, MD, October 28-November 1, 1997

402.  Yaron Y, Vo T, Kasperski SB, Kramer RL, Johnson MP, Evans MI, Ebrahim SAD.  Prenatal diagnosis of 46,XY/46,XX chimerism
The American Society of Human Genetics, Baltimore, MD, October 28-November 1, 1997

403.  Ebrahim SAD, Yaron Y, Kasperski SB, Heil M, Kettinger S, Zieg DL, Johnson MP, Evans MI.  Molecular cytogenetic characterization of a structurally abnormal chromosome 9 in a twin pregnancy.  Yet another unusual 9 variant.
The American Society of Human Genetics, Baltimore, MD, October 28-November 1, 1997

404.  Drugan A, Yaron Y, Kramer RL, Hume RH, Johnson MP, Evans MI.  Variation in the association of advanced maternal age and trisomic conceptions.
The American Society of Human Genetics, Baltimore, MD, October 28-November 1, 1997

405.  Hume RF, Yaron Y, Johnson MP, Zador I, Ebrahim SAD, Evans MI.  Prenatal cytogenetic abnormality rates among cases with ultrasound detected fetal anomalies:  a seven year experience.
The American Society of Human Genetics, Baltimore, MD, October 28-November 1, 1997

406.  Markelo DC, Leshner R, Redwine F, Mandel JL, Hanauer A, Heyberger S, Evans MI, Lampinen JL, Kupsky W, Sarnat HB, Sharma S.  Centronuclear myotubular myopathy diagnosed by linkage analysis and confirmed by fetal muscle biopsy.
The American Society of Human Genetics, Baltimore, MD, October 28-November 1, 1997

407.  Brady T, Liddums S, Yaron Y, Evans MI, Johnson MP, Kramer RL.  Pastoral care utilization among women electing pregnancy termination for fetal anomalies.
Society of Perinatal Obstetricians  Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology 1998;178 (1):S134.

408.  Lewis PS, Lauria MR, Romero R, Eicholtz KH, Yaron Y, Leon J, Calascibetta F, Evans MI.  Amniotic fluid dipalmitoyl phosphatidylcholine (DPPC) as a predictor of neonatal respiratory distress syndrome (RDS).
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstectrics and Gynecology, 1998;178(1):S187.

409.  Sokol AL, Kramer RL, Yaron Y, O'Brien JE, Muller F, Johnson MP, Evans MI.  Age-specific variation in aneuploidy incidence among biochemical screening programs.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology, 1998;178(1):S147.

410.  Evans MI, Henry GP, Miller W, Bui TH, Snijders R, Wapner RJ, Miny P, Johnson MP, Peakman D, Johnson A, Nicolaides K, Holzgreve W, Ebrahim SAD, Babu R, Jackson L.  Multicenter international assessment - 142,367 prenatal karyotypes, chromsomal specific probes (CSP), and fluorescent in situ hybridization (FISH) limitations.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journ of Obstetrics and Gynecology, 1998;178(1):S26.

411.  Carreno C, King M, Johnson MP, Yaron Y, Diamond M, Quintero RA, Bush D, Evans MI.  Treatment of heterotopic cervical and intrauterine pregnancy.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.

412.  Kramer RL, Yaron Y, Johnson MP, Duquette DA, Lampinen J, Kasperski SB, Evans MI.  Determinants of parental decisions after the prenatal diagnosis of Down syndrome.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.

413.  Yaron Y, Krivchenia EL, Cole LA, Leon J, Reineke E, Evans MI.  Urinary b-core fragment (BCF) of human chorionic gonadotropin (hCG) as a predictor of trisomy 13 and trisomy 18.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology, 1998;178(1):S146.

414.  Qureshi F, Jacques SM, Yaron Y, Kramer RL, Evans MI, Johnson MP.  Prenatal diagnosis of cloacal dysgenesis sequence:  Differential diagnosis from obstructive uropathy.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology, 1998;178(1):S163.

415.  Johnson MP, Sharma R, Yaron Y, Kramer RL, Evans MI, Flake AW.  Intact embryo aspiration as a source of viable hematopoietic stem cells (HSCs).
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology, 1998;178(1):S151.

416.  Yaron Y, Reineke E, Kramer RL, Canady A, Johnson MP, Evans MI.  The outcome of prenatally diagnosed ventriculomegaly.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology, 1998;178(1):S161.

417.  Carreno C, Yaron Y, Kramer RL, Dombrowski MP, Johnson MP, Evans MI.  Multifetal embryo number predicts first trimester size discordance.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology, 1998;178(1):S166.

418.  Johnson MP, Chung IB, Barr M, Treadwell M, Yaron Y, Kramer RL, Evans MI.  Early onset brachycephaly alters head measurements in trisomy 21 (T21):  Implications for sonographic screening.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology, 1998;178(1):S141.

419.  Stewart KA, Kramer JA, Evans MI, Krawetz SA. Temporal expression of the transgenic human protamine locus PRM1 TNP2.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology, 1998;178(1):S149.

420.  Stewart K, Mariona L, Treadwell M, Kramer RL, Yaron Y, Evans MI.  Foot length-based gestational age (GA) dating improvs morphometric screening for trisomy 21 (T21).
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology, 1998;178(1):S143.

421.  Quintero RA, Morales WJ, Kalter CS, Angel JL, Sudz C, Acufla EM, Romero R, Evans MI.  Treatment of preterm premature rupture of membranes with an amniopatch:  Preliminary experience.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.
American Journal of Obstetrics and Gynecology, 1998;178(1)S197.

422.  Hume RF, Yaron Y, Martin LS, Calhoun BC, Johnson MP, Ebrahim SAD, Evans MI.  Mosaic trisomy 8:  Abnormalities of fetal sonography and maternal serum analytes.
Society of Perinatal Obstetricians, Miami Beach, FL, February 2-7, 1998.

423.  Chung IB, Svinarich DM, ZaherFM, Bonik B, Johnson MP, Evans MI, Diamond MP, Yelian FD.  Expression and regulation of vascular endothelial growth factor in a first trimester trophoblast cell line.
Society for Gynecological Investigation, 45th Annual Meeting, Atlanta, GA, March 11-14, 1998.
Society for Gynecological Investigation, 1998;5(1):118A.

424.  Sokol ER, Kramer RL, Ackley DM, Johnson MP, Evans MI, Wolfe HM.  Minimal yield of universal screening for gestational diabetes mellitus in pateints age 20 or less.
Society for Gynecological Investigation, 45th Annual Meeting, Atlanta, GA, March 11-14, 1998.
Journal of the Society for Gynecologic Investigation, 1998;5(1):165A.

425.  Kramer RL, Ebrahim SAD, Kasperski SB, Feldman B, Johnson MP, Evans MI.  Interstitial deletion at 5q31q33:  Establishment of Phenotypic Expectations.
American College of Medical Genetics, 5th Joint Clinical Genetics Meeting, Los Angeles, CA, February 27-March 1, 1998

426.  Brady TB, Kramer RL, Feldman B, Yaron Y, Johnson MP, Evans MI.  Ontogeny of recurrent hydrocephalus:  Presentation in three fetuses in one consanguineous family.
American College of Medical Genetics, 5th Joint Clinical Genetics Meeting, Los Angeles, CA, February 27-March 1, 1998

427.  Feldman B, Dvorin E, Kramer RL, Johnson MP, Evans MI.  Second trimester maternal serum marker results are not altered by delayed analysis.

American College of Medical Genetics, 5th Joint Clinical Genetics Meeting, Los Angeles, CA, February 27-March 1, 1998

428.  Hume RF, Yaron Y, Martin LS, Calhoun BC, Johnson MP, Ebrahim SAD, Evans MI.  Mosaic trisomy 8:  Abnormalities of fetal sonography and maternal serum analytes.
American College of Medical Genetics, 5th Joint Clinical Genetics Meeting, Los Angeles, CA, February 27-March 1, 1998

429.  Sokol ER, Kramer RL, Ackley DM, Johnson MP, Evans MI, Wolfe HM.  Minimal yield of universal screening for gestational diabetes mellitus in patients age 20 or less.
Society for Gynecological Investigation, 45th Annual Meeting, Atlanta, GA, March 11-14, 1998.

430.  Chung IB, Svinarich DM, ZaherFM, Bonik B, Johnson MP, Evans MI, Diamond MP, Yelian FD.  Expression and regulation of vascular endothelial growth factor in a first trimester trophoblast cell line.
Society for Gynecological Investigation, 45th Annual Meeting, Atlanta, GA, March 11-14, 1998.

431.  Johnson MP, Feldman B, Kasperski S, Qureshi F, Jacques S, Gonzalez R, Evans MI.  Update on evaluation and shunting for fetal obstructive uropathies at Wayne State University
International Fetal Medicine and Surgery Society, Heron Island, Australia, May 4-8, 1998.

432.  Johnson MP, Feldman B, Kasperski S, Edwin SS, Romero R, Qureshi F, Evans MI.  Urinary immunoproteins and growth factors in fetal obstructive uropathy.
International Fetal Medicine and Surgery Society, Heron Island, Australia, May 4-8, 1998.

433.  Evans MI, Stone P, Goldberg J, Carpenter R, Nicolaides K, Snijders R, Ayoub M, Johnson MP.  International collaborative update on second trimester multifetal pregnancy reduction.
International Fetal Medicine and Surgery Society, Heron Island, Australia, May 4-8, 1998.

434.  Evans MI, Stone P, Goldberg J, Carpenter R, Nicolaides K, Snijders R, Ayoub M, Johnson MP, Holzgreve W.  International collaborative update on second trimester selective termination.
International Fetal Medicine and Surgery Society, Heron Island, Australia, May 4-8, 1998.

435.  Evans MI, Chik L, Kramer RL, Johnson MP.  Continuing refinements in risk assessment for biochemical screening.
International Fetal Medicine and Surgery Society, Heron Island, Australia, May 4-8, 1998

436.  Evans MI.  Letter to the Editor
Genetic Testing  1998;1(4):282.

437.  Ebrahim SAD, Feldman B, Knaus A, Gyi K, Ledbetter DH, Johnson MP, Evans MI.  Prenatal diagnosis of maternal uniparental disomy of chromosome 15 in association with a de novo supernumerary marker chromosome 15.
48th Annual meeting of the American Society of Human Genetics, Denver, October 27-31, 1998
American Journal of Human Genetics, 1998;63(4):A162.

438.  Gyi K, Feldman B, Ebrahim SAD, Johnson MP, Evans MI.  Rapid confirmation of previously detected prenatal mosaicism by FISH in interphase uncultured amniocytes.
48th Annual meeting of the American Society of Human Genetics, Denver, October 27-31, 1998
American Journal of Human Genetics, 1998;63(4):A6.

439.  Feldman B, Ebrahim SAD, Gyi K, Hazan SL, Johnson MP, Evans MI.  Routine prenatal diagnosis of aneuploidy by FISH studies in high risk pregnancies.

48th Annual meeting of the American Society of Human Genetics, Denver, October 27-31, 1998
American Journal of Human Genetics, 1998;63(4):A6.

440.  Krivchenia EL, Ransom SB, Burroughs M, Johnson MP, Evans MI.  Changing patterns of referral for tertiary prenatal genetic services: Impact on academic health center survival.
Central Association for Obstetricians and Gynecologists 66th Annual Meeting, Kansas City, MO, October 1998

441.  de la Cruz F, Shifrin H, Elias S, Bianchi DW, Jackson L, Evans MI, Simpson JL, Holzgreve W, Klinger K.  Low false positive rates of aneuploidy detection using fetal cells isolated from maternal blood.
Fetal Diagnosis and Therapy  1999;13(6):380.

442.  Yaron Y, Krivchenia EL, Cole LA, Leon J, Bradford S, Hallak M, Evans MI.  Urinary b-core fragment (BCF) of human chorionic gonadotropin (hCG) as a predictor of Down syndrome (DS):  Comparison with triple serum marker screening.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology 1999;180:S57.

443.  Seubert DE, Feldman B, Krivchenia EL, Evans MI, Barki J, Johnson MP.  Molecular and fetal tissue biopsy capabilities are needed to maximize prenatal diangosis of junctional epidermolysis bullosa (JEB): Fetal skin biopsy using a 2mm microendoscope.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology 1999;180:S182.

444.  Bianchi DW, Simpson JL, Jackson LG, Evans MI, Elias S, Holzgreve W, Sullivan L, Cruz F, and DM-STAT.  Letter to the Editor
Prenatal Diagnosis  1999;19(10):994-995.

445.  Sokol AI, Kramer RL, Yaron Y, O'Brien JE, Muller F, Johnson MP, Evans MI.  Letter to the Editor
American Journal of Obstetrics and Gynecology 1999;180(6):1598.

446.  Feldman B, Hazan SL, Ebrahim SAD, Krivchenia EL, Johnson MP, Evans MI.  Pseudomosaicism from maternal cell contamination is much more prevelent with cytogenetically abnormal fetuses.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology 1999;180:S56.

447.  Feldman B, Hazan SL, Ebrahim SAD, Krivchenia EL, Drugan A, Johnson MP, Evans MI.  Pregnancy outcomes of confined placental mosaicism – a 10 year study.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology  1999;180:S56.

448.  Johnson  MP, Feldman B, Kasperski S, Qureshi F, Jacques S, Gonzalez R, Evans MI.  Prenatal evaluation and shunting for fetal obstructive uropathy:  Management of nearly 100 cases.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology 1999;180:S30.

449.  Johnson MP, Romero R, Edwin SS, Feldman B, Kasperski S, Qureshi F, Evans MI.  Evidence for differential expression of growth factors and cytokines in the urine of fetuses with obstructive uropathy.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology 1999;180:S11.

450.  Miller V, Ransom SB, Ayoub MA, Krivchenia EL, Evans MI.  The fiscal impact of a potential legislative ban on second trimester medically indicated abortions.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology  1999;180:S57.

451.  Carreno CA, Yaron Y, Feldman B, Treadwell M, Johnson MP, Ayoub MA, Evans MI.  First trimester embryo size discordancy:  A predictor of prematurity following multifetal pregnancy reduction (MFPR).
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology  1999;180:S104.

452.  Feldman B, Ebrahim SAD, Gyi K, Ayoub MA, Johnson MP, Dombrowski MP, Evans MI.  Utilization of fluorescent in situ hybridization for diagnosis of abnormal fetal karyotypes other than aneuploidy.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology  1999;180:S57.

453.  Kramer RL, Comeaux TY, Kowalczyk CL, Yaron Y, Feldman B, Johnson MP, Evans MI.  Ovulation induction influences maternal serum markers for Down syndrome and neural tube defects.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology  1999;180:S56.

454.  Reddy U, Ayoub MA, Evans MI, Wapner RJ .  Multiple gestations:  Ultrasound diagnosis of trisomy 21.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology  1999;180:S167

455.  Evans MI, Wapner R, Carpenter R, Goldberg J, Timor-Tritsch IE, Ayoub MA, Stone J, Horenstein J, Snijders R, Dommergues M, Brambati B, Nicolaides K, Holzgreve W, Tuliu L, Lerner J, Dumez Y, Monteagudo A, Johnson MP, Berkowitz R.  International collaboration on multifetal pregnancy reduction (MFPR):  Dramatically improved outcomes with increased experience.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology  1999;180:S28.

456.  Evans MI, Goldberg J, Horenstein J, Wapner R, Ayoub MA, Stone J, Lipitz S, Achiron R, Holzgreve W, Brambati B, Johnson A, Johnson MP, Berkowitz R.  Selective termination (ST) for structural (STR), chromosomal CHR), and Mendelian (MEN) anomalies:  International experience.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology  1999;180:S31.

457.  Kramer RL, Comeaux TY, Kowalczyk CL, Yaron Y, Feldman B, Johnson MP, Evans MI.  Ovulation induction influences maternal serum markers for Down syndrome and neural tube defects.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.

458.  Yaron Y, Krivchenia EL, Cole LA, Leon J, Bradford S, Hallak M, Evans MI.  Urinary b-core fragment (BCF) of human chorionic gonadotropin (hCG) as a predictor of Down syndrome (DS):  Comparison with triple serum marker screening.
Society for Maternal Fetal Medicine Annual Meeting. San Francisco, CA, January 18-23, 1999.
American Journal of Obstetrics and Gynecology  1999;180:S57.

459.  Evans MI, Nicolaides K, Goldberg JD, Wapner RJ, Horenstein J, Dommergues M, Holzgreve W, Timor-Tritsch I, Carpenter R, Baker C, Ayoub M, Shaloub A, Brambati B, Snijders R, Monteagudo A,

Berkowitz R.   Birth weight discordancy among remaining fetuses after multifetal pregnacy reduction (MFPR) and selective termination:  Correlation with starting number.
Society for Gynecologic Investigation, 46th Annual Meeting. Atlanta, GA, March 10-13, 1999. (#1 Plenary Lecture)
Journal of the Society for Gynecologic Investigation  1999;6:5A.

460.  Evans MI, Wapner RJ, Timor-Tritsch I, Carpenter R, Goldberg JD, Nicolaides K, Dommergues M, Dumez Y, Horenstein J, Stone J, Ayoub M, Shalhoub A, Baker C, Monteagudo A, Snijders R, Berkowitz R. Methods of initiation of multifetal pregnancies:  Implications for outcomes following multifetal pregnancy reduction.
Society for Gynecologic Investigation, 46th Annual Meeting. Atlanta, GA, March 10-13, 1999.
Journal of the Society for Gynecologic Investigation  1999;6:213A.

461.  Drugan A, Feldman B, Ebrahim SAD, Johnson MP, Krivchenia EL, Kasperski S, Evans   MI. Differential impact of age, ultrasound, and biochemical screening on aneuploid detection.
Society for Gynecologic Investigation, 46th Annual Meeting. Atlanta, GA, March 10-13, 1999.
Journal of the Society for Gynecologic Investigation  1999;6:99A.

462.  Kramer RL, O'Brien JE, Dombrowski MP, Drugan A, Feldman B, Ayoub MA, Evans MI.  Insufficient power to verify the accuracy of risk predictions in biochemical screening even in the world's largest databases.
Society for Gynecologic Investigation, 46th Annual Meeting. Atlanta, GA, March 10-13, 1999.
Journal of the Society for Gynecologic Investigation  1999;6:99A.

463.  Yaron Y, Jaffa AJ, Har-Toov Y, Amster R, Gull I, Wolman I, Avrashi S, Lessing JB, Evans MI.  First trimester combined screening using nuchal translucency and maternal serum PAPP-A and free β-hCG in the detection of chromosomal anomalies.
Society for Gynecologic Investigation, 46th Annual Meeting. Atlanta, GA, March 10-13, 1999.
Journal of the Society for Gynecologic Investigation  1999;6:100A.

464.  Chik L, Spencer K, O'Brien JE, Sokol R, Macri J, Pandian R, Evans MI.  Disparities in risk estimates for Down syndrome (DS) in biochemical screening: A comparison of methods on decision cut-points.
Society for Gynecologic Investigation, 46th Annual Meeting. Atlanta, GA, March 10-13, 1999.
Journal of the Society for Gynecologic Investigation  1999;6:99A.

465.  Evans MI, Carpenter R, Goldberg JD, Johnson A, Nicolaides K, Holzgreve W, Berkowitz RL, Timor-Tritsch I, Wapner RJ.  Collaborative multifetal pregnancy outcomes (MFPR):  outcomes and fetal growth.
International Fetal Medicine and Surgery Society.  Carlisle Cumbria, UK, May 19-23, 1999.

466.  Evans MI, Goldberg J, Ayoub MA, Lipitz S, Johnson A, Berkowitz R.  Second
trimester selective termination update.
International Fetal Medicine and Surgery Society.  Carlisle Cumbria, UK, May 19-23, 1999.

467.  Johnson A, Leach R, Johnson MP, Lee H, Qureshi F, Hassan S, Romero R,
Evans MI.  Selective termination using bipolar cautery: the Detroit experience.
International Fetal Medicine and Surgery Society.  Carlisle Cumbria, UK, May 19-23, 1999.

468.  Feldman B, Ebrahim SAD, Gyi K, Johnson A, Johnson MP, Evans MI.  Routine prenatal diagnosis of aneuploidy by FISH studies in high risk pregnancies.
International Fetal Medicine and Surgery Society.  Carlisle Cumbria, UK, May 19-23, 1999.

469.  Lewis D, Bischoff, Simpson JL, Elias S, Bianchi D, Klinger K, Dukes K, Sulliavn L, Evans MI, Holzgreve W, Hahn S, Jackson L, Wapner R, de la Cruz F, Shifrin H.  Multicenter study of fetal cell recovery from maternal circulation and analysis.
American Society of Human Genetics, 49 Annual Meeting, San Francisco, CA October 10-23, 1999.

470.  Johnson A, Leach R, Lee HM, Richter R, Qureshi F, Jacques SM, Romero R, Hassan S, Sokol RJ, Evans MI.  Bipolar Coagulation (BPF): An Improved Method of Selective Termination in Complicated Monochorionic Twin Pregnancies.   Central Association of Obstetricians and Gynecologists. 1999 Annual Meeting, Maui, HI, October 25-30, 1999

471.  Ransom SB, Mickelson IH, Makela PR, Essenmacher L, Evans MI.  The Quality of Cost-Effectiveness and Cost-Benefit Analyses in the Obstetrics and Gynecology Literature
Central Association of Obstetricians and Gynecologists. 1999 Annual Meeting, Maui, HI, October 25-30, 1999

472.  Miller VL, Ransom SB, Shalhoub A, Sokol RJ, Evans MI.  Multifetal Pregnancy Reduction:  Perinatal and Fiscal Outcomes.
Central Association of Obstetricians and Gynecologists.  1999 Annual Meeting, Maui, HI, October 25-30, 1999

473.  Johnson A, Tyagi R, Gilbert AD, Stockman PT, Bawle E, Evans MI, Treadwell MC, Zador IE.  Perinatal outcome in prenatally diagnosed situs inversus.
Society for Maternal Fetal Medicine Annual Meeting, January 31-February 5, 2000, Miami, FL  (poster)
American Journal of Obstetrics and Gynecology  2000;182(1):S123.

474.  Feldman B, Jacques SM, Qureshi F, Johnson MP, Johnson A, Evans MI.  Postabortion pathologic analysis is hampered by pretreatment induction of fetal cardiac asystole.
Society for Maternal Fetal Medicine Annual Meeting, January 31-February 5, 2000, Miami, FL (poster)
American Journal of Obstetrics and Gynecology  2000;182(1):S172.

475.  Chik L, Chik K, Spencer K, Sokol RJ, Krantz D, Johnson A, Macri JN, Evans MI.  An evaluation of likelihood ratios for Down syndrome from maternal age, alpha-fetoprotein, and free beta human chorionic gonadotrophin.
Society for Maternal Fetal Medicine Annual Meeting, January 31-February 5, 2000, Miami, FL (poster)
American Journal of Obstetrics and Gynecology  2000;182(1):S191.

476.  Johnson MP, Gaddipatti S, Qureshi F, Feldman B, Kasperski S, King M, Evans MI.  Fetal urinary albumin:  A marker of renal dysplasia in lower urinary tract obstruction (LUTO).
Society for Maternal Fetal Medicine Annual Meeting, January 31-February 5, 2000, Miami, FL
American Journal of Obstetrics and Gynecology  2000;182(1):S178.

477.  Flore LA, Risinger ST, Britt DW, Zador IE, Gilbert AD, Evans MI, Johnson A.  Prenatal genetic counseling by telemedicine:  A feasibility study.
American College of Medical Genetics Annual Meeting, March 9-12, 2000, Palm Springs, CA (poster)

478.  Evans MI, Elias S, Bianchi D, Jackson L, Holzgreve W, de la Cruz F, Wapner RJ, Dukes KA, Klinger K, Krivchenia EL, Simpson JL.  Racial/ethnic confounders to the detection of Y signals in maternal blood in women carrying male fetuses:  The NIFTY Group Study.
Society for Gynecologic Investigation Annual Meeting, March 22-25, 2000, Chicago, IL.
Journal of the Society for Gynecologic Investigation  2000;7(1):180A.

479.    Ochshorn Y, Jaffa AJ, Evans MI, Orr-Urtreger A, Many A, Lessing JB, Yaron Y.  ROC-curve derived lower cutoff for first trioemster PAPP-A:  Increasing sensitivity for non-Down syndrome aneuploidy detection.
Society for Gynecologic Investigation Annual Meeting, March 22-25, 2000, Chicago, IL
Journal of the Society for Gynecologic Investigation  2000;7(1):180A.

480.    Evans MI, Ayoub MA, Shalhoub AG, Feldman B, Yaron Y, Johnson A.  35% of couples declining multifetal pregnancy reduction spontaneously abort.
Society for Gynecologic Investigation Annual Meeting, March 22-25, 2000, Chicago, IL
Journal of the Society for Gynecologic Investigation  2000;7(1):197A.

481.    Feldman B, Dotson LK, Johnson MP, Evans MI, Johnson A.  A comparison of misoprostol with carboprost for induction of second trimester genetic termination of pregnancy.
Society for Gynecologic Investigation Annual Meeting, March 22-25, 2000, Chicago, IL
Journal of the Society for Gynecologic Investigation  2000;7(1):71A.

482.    Feldman B, Qureshi F, Jacques SM, Fefalu MJV, Moran O, Shalhoub AG, Johnson MP, Johnson A, Evans MI.  Pathologic analysis of fetal specimens from dilatation and evacuation (D&E), for second trimester genetic termination of pregnancy.
Society for Gynecologic Investigation Annual Meeting, March 22-25, 2000, Chicago, IL
Journal of the Society for Gynecologic Investigation  2000;7(1):71A.

483.    Baker C, Feldman B, Shalhoub AG, Ayoub MA, Evans MI.  Demographic determinants on the utilization of invasive genetic testing after multifetal pregnancy reduction (MFPR).
Society for Gynecologic Investigation Annual Meeting, March 22-25, 2000, Chicago, IL
Journal of the Society for Gynecologic Investigation  2000;7(1):72A.

484.    Johnson A, Abella EM, Kukuruga DL, Whitten-Shurney W, Baynes RD, Lyman WD, Whitten CF, Evans MI.  In-utero transplantation of paternal CD34 enriched T-cell depleted hematopoietic stem cells for treatment of sickle cell anemia.
Society for Gynecologic Investigation Annual Meeting, March 22-25, 2000, Chicago, IL
Journal of the Society for Gynecologic Investigation  2000;7(1):71A.

485.    Sukkar N, Flore LA, Mohamed A, Ebrahim SAD, Evans MI, Johnson A.  Detection of a de novo unbalanced cryptic 6;21 translocation by fluorescence in situ hybridization (FISH) in a fetus with multiple congenital anomalies.
Society for Gynecologic Investigation Annual Meeting, March 22-25, 2000, Chicago, IL.
Journal of the Society for Gynecologic Investigation  2000;7(1):72A.

486.    Evans MI, Henry G, Miller W, Bui T, Snijders R, Wapner R, Miny P, Johnson M, Peakman D, Johnson A, Nicolaides K, Holzgreve W, Ebrahim S, Jackson L.  Letter to the Editor
Human Reproduction  2000;15:229-230.

487.    Evans MI, Johnson MP.  Adaptation of Temno core biopsy needle to fetal skin sampling
International Fetal Medicine and Surgery Society 19th Annual Meeting, Nantucket, September 10-13, 2000.

488.    Evans MI, Shalhoub A.  Influence of body mass index on pregnancy outcome following multifetal pregnancy reduction.
International Fetal Medicine and Surgery Society 19th Annual Meeting, Nantucket, September 10-13, 2000.

489.    Evans MI, O'Brien JE, Harrison H, Chik L.  Putting into perspective the historically divergent differences in biochemical screening results.

International Fetal Medicine and Surgery Society 19th Annual Meeting, Nantucket, September 10-13, 2000.

490.    Eden RD, Shalhoub A, Evans MI.  Template derived physician computer reports versus dictations:  Increased accuracy and decreased costs by eliminating transcription services
Central Association of Obstetricians & Gynecologists 68th Annual Meeting, Chicago, October 18-21, 2000.

491.    Ransom SB, Evans MI.  Reduced medical legal risk by optimal clinical pathway implementation:  A case control trial
Central Association of Obstetricians & Gynecologists 68th Annual Meeting, Chicago, October 18-21, 2000.

492.    Ebrahim SA, Mohamed AN, Lee H, Qureshi F, Johnson A, Evans MI.  Full term pregnancy after diagnosis of non-mosaic trisomy 10 by amniotic fluid:  Ultrasound, cytogenetic, and morphologic findings.
American Society of Human Genetics Annual Meeting, October 3-7, 2000, Philadelphia, PA

493.    Mohamed AN, Ebrahim SA, Aatre R, Evans MI.  Prenatal diagnosis of a de novo ring chromosome 11.
American Society of Human Genetics Annual Meeting, October 3-7, 2000, Philadelphia, PA

494.    Wapner RJ, Jackson LG, Pergament E, and The FIRST Study Group, NICHD.  First trimester Down syndrome screening utilizing nuchal translucency measurements:  Can we do it?
American Society of Human Genetics Annual Meeting, October 3-7, 2000, Philadelphia, PA

495.    Flore LA, Ebrahim SA, Lee HM, Aatre R, Qureshi F, Johnson A, Evans MI.  Utilization of fetal skin biopsy for prenatal confirmation of trisomy 12 mosaicism.
American Society of Human Genetics Annual Meeting, October 3-7, 2000, Philadelphia, PA

496.    Lee H, Ayoub M, Carmody J, Uhlmann W, Johnson A, Evans MI.  Prenatal paternity testing:  The role of the prenatal genetics center.
American Society of Human Genetics Annual Meeting, October 3-7, 2000, Philadelphia, PA

497    Chik L, Chik K, Spencer K, Sokol RJ, Krantz D, Macri JN, Evans MI.  Variation in population distribution and its impact on likelihood ratios for Down syndrome screening.
Society for Maternal-Fetal Medicine 21st Annual Meeting, Reno, Nevada, February 5-10, 2001.
American Journal of Obstetrics and Gynecology.  2001;184:S111.

498.    Evans MI, Harrison H, O'Brien JE, Dvorin E, Huang X, Krivchenia EL, Reece EA.  Correction for insulin dependent diabetes in alpha fetoprotein testing has outlived its usefulness.
Society for Maternal-Fetal Medicine 21st Annual Meeting, Reno, Nevada, February 5-10, 2001.
American Journal of Obstetrics and Gynecology, 2001;184:S67.

499.    Britt DW, Mans M, Risinger S, Evans MI.  Bonding and coping with loss:  Examining the construction of an intervention for multifetal pregnancy reduction procedures.
Society for Maternal-Fetal Medicine 21st Annual Meeting, Reno, Nevada, February 5-10, 2001
American Journal of Obstetrics and Gynecology, 2001;184:S138.

500.    Evans MI, O'Brien JE, Dvorin E, Garber C, Lee J, Wapner RJ, Harrison H.  Standardization of methods reduces variability: Explanation for the wide historical discrepancy among biochemical screening results.
Society for Maternal-Fetal Medicine 21st Annual Meeting, Reno, Nevada, February 5-10, 2001.
American Journal of Obstetrics and Gynecology, 2001;184:S111.

501.    Feldman B, Heinbuch M, Hoffman ML, Johnson MP, Evans MI.  Fetal gender:  Differences between biochemical and biophysical parameters in fetuses with trisomy 21.
<u>Society for Maternal-Fetal Medicine 21st Annual Meeting</u>, Reno, Nevada, February 5-10, 2001.
<u>American Journal of Obstetrics and Gynecology</u>, 2001;184:S111.

502.    Evans MI, Krivchenia EL, Aatre R, Johnson MP, Yaron Y, Blackwell S, Qureshi F.  Adaptation of core biopsy needle device for fetal skin sampling.
<u>Society for Maternal-Fetal Medicine 21st Annual Meeting</u>, Reno, Nevada, February 5-10, 2001
<u>American Journal of Obstetrics and Gynecology,</u> 2001;184:S136.

503.    Evans MI, Shalhoub A, Baker CL, Richtor R, Tapin C, Feldman B, Yaron Y.  Influence of body mass index on pregnancy loss rates following multifetal pregnancy reduction.
<u>Society for Maternal-Fetal Medicine 21st Annual Meeting</u>, Reno, Nevada, February 5-10, 2001.
<u>American Journal of Obstetrics and Gynecology,</u> 2001;184:S11361.

504.    Yaron Y, Ocshorn Y, Evans MI, Kupferminc M, Wolman I, Orr-Urtreger A, Jaffa A.  Combined biochemical and sonographic first trimester screening for Down syndrome and other chromosome anomalies.
<u>Society for Maternal-Fetal Medicine 21st Annual Meeting</u>, Reno, Nevada, February 5-10, 2001.
<u>American Journal of Obstetrics and Gynecology,</u> 2001;184:S110.

505.    Evans MI, Harrison H, O'Brien JE, Huang X, Chervenak F, Henry G, Wapner RJ.  Maternal weight correction for alpha fetoprotein:  Mathematical truncations revisited.
<u>Society for Maternal-Fetal Medicine 21st Annual Meeting</u>, Reno, Nevada, February 5-10, 2001.
<u>American Journal of Obstetrics and Gynecology,</u> 2001;184:S111.

506.    Johnson A, Leach R, Hassan S, Lee H, Qureshi F, Jacques S, Treadwell MC, Evans MI.  Second trimester umbilical cord occlusion using ultrasound directed bipolar coagulation for selective termination in complicated monochorionic twin gestations.
<u>Society for Maternal-Fetal Medicine 21st Annual Meeting</u>, Reno, Nevada, February 5-10, 2001.
<u>American Journal of Obstetrics and Gynecology,</u> 2001;184:S139.

507.    Monaaghan KG, Aatre R, Ebrahim S, KuKuruga D, Evans MI, Feldman GL. Maternal cell contamination of chorionic villus specimen.
<u>Annual College of Medical Genetics</u>, March 1-3, 2001, Miami, FL. Abstract. 132, pp 87.

508.    Eden RD, Baker CL, Shalhoub A, Miller M, Penka A, Evans MI. Prophylactic perinatal consultations reduce prematurity.
<u>Society for Gynecologic Investigation</u> 2001 Annual Meeting, March 14-17, 2001, Toronto, Ontario, Canada.
<u>Journal of the Society for Gynecologic Investigation</u>. 2001;8:90A.

509.    Evans MI, Shalhoub A, Baker CL, Krivchenia EL, Mans M, Rising S, Britt DW.  Determinants of when patients first seek multifetal pregnancy reduction information.
<u>Society for Gynecologic Investigation</u> 2001 Annual Meeting,March 14-17, 2001, Toronto, Ontario, Canada.
<u>Journal of the Society for Gynecologic Investigation.</u> 2001;8:90A.

510.    Evans MI, O'Brien, JE, Huang, Z, Wapner RJ, Dvorin E, Chervenak F, Harrison H
Second AFP samples for evaluation of high levels: no longer a reasonable use of time or money.
<u>Society for Gynecologic Investigation</u> 2001 Annual Meeting, March 14-17, 2001, Toronto, Ontario, Canada.<u>Journal of the Society for Gynecologic Investigation.</u> 2001;8:98A.

511.    Hancock EG, Hume RF, Calhoun BC, Martin LS, Patience T, Treadwell MC, Zador IE, Evans MI.  Maternal age and ultrasound detection of Non-aneuploid Fetal Structural Anomalies. Annual College of Medical Genetics, March 1-4, 2001, Miami, FL (poster) Abstract 147,pp91.

512.    Hume RF, Wolfe HM, Drugan A, Zador IE, Johnson MP, Isada NB, Reichler A, Evans MI. Maternal age and ultrasound detection of non-aneuploid fetal structural anomalies. American College of Medical Genetics (poster).  2001 Annual Clinical Genetics Meeting, March 1-4, 2001, Miami, FL.

513.    Evans MI, Wapner RJ, O'Brien JE, Dvorin E, Huang X, Harrison H.  Impact of folic acid supplementation in the United States:  Markedly diminished high maternal serum AFP's. American College of Obstetricians and Gynecologists Annual Clinical Meeting, Chicago, IL, April 28-May 2, 2001 (poster)

514.    Evans MI, Letter to the Editor "Triplets:  Outcomes of expectant management versus multifetal reduction for 127 pregnancies". American Journal of Obstetrics and Gynecology.  2001;184: pp1041-1042.

515.    Jackson L, Bianchi D, Simpson J, Elias S, Holzgreve W, Evans M, Dukes K, Sullivan L, Klinger K, Bischoff F, Hahn S, Johnson K, Lewis D, Wapner R, Della Druz F. Fetal gender and aneuploidy detection using fetal cells in maternal blood: analysis of NIFTY 1 data. American Society of Human Genetics Annual Meeting, San Diego, CA, October 12-16, 2001 American Journal of Human Genetics. 2001;69:161.

516.    Ebrahim SA, Evans MI, Johnson A, Johnson MP, Al-Katibl AA, Mohamed AN.   Clinical assessment of routine chromosome analysis and rapid interphase fluorescence in situ hybridization (FISH) in prenatal diagnosis: Evaluation of 993 new cases. American Society of Human Genetics Annual Meeting, San Diego, CA October 12-16, 2001 American Journal of Human Genetics. 2001;69:2851.

517.    Wapner RJ, Evans MI, Weinblatt V, Moyer S, Krivchenia EL, Jackson LG.  Procedural risks versus theology: chorionic villus sampling for orthodox Jews at less than 7 weeks gestation. Central Association of Obstetricians and Gynecologists Meeting, San Francisco, CA, October 10-13, 2001.

518.    Evans MI, Wapner RJ.  Genetic diagnosis before fetal reduction. International Fetal Medicine and Surgery Society Meeting, Malelane, South Africa October 1-5, 2001.

519.    Evans MI, Krivchenia EL, Wapner RJ.  Old dogmas and AFP testing. International Fetal Medicine and Surgery Society Meeting, Malelane, South Africa October 1-5, 2001.

520.    Wapner RJ, Evans MI, Weinblatt V, Moyer S, Krivchenia EL, Jackson LG.  Procedural risks versus theology: chorionic villus sampling for orthodox Jews at less than 7 weeks gestation. Central Association of Obstetricians and Gynecologists Meeting, San Francisco, CA, October 10-13, 2001.

521.    Britt DW, Risinger ST, Mans M, Evans MI. Anxiety trends and patterns among women considering MFPR. Society of Maternal Fetal Medicine 22nd Annual Meeting, New Orleans, Louisiana, January 14-19, 2002. American Journal of Obstetrics and Gynecology.  Dec 2001;185(6), S110.

522.    Evans MI, O'Brien JE, Henry GP, Schwartz J, Chervenak FA, Wapner RJ, Harrison H.  Persistence of "single" screen alpha fetoprotein tests ordered by practicing physicians.

Society of Maternal Fetal Medicine 22nd Annual Meeting, New Orleans, Louisiana, January 14-19, 2002.
American Journal of Obstetrics and Gynecology.  Dec 2001;185(6), S221.

523.    Heifetz S, Lehavi O, Ochshorn Y, Evans MI, Kupferminc M, Yaron Y.  Decreased first trimester maternal serum papp-a is predictive of adverse pregnancy outcome.
Society of Maternal Fetal Medicine 22nd Annual Meeting, New Orleans, Louisiana, January 14-19, 2002.
American Journal of Obstetrics and Gynecology.  Dec 2001;185(6), S219.

524.    Jenkins T, Greene R, Davis G, Evans MI, Wapner RJ.  Chorionic villus sampling preceding multifetal pregnancy reduction: does interval between procedures alter outcome?
Society of Maternal Fetal Medicine 22nd Annual Meeting, New Orleans, Louisiana, January 14-19, 2002.
American Journal of Obstetrics and Gynecology.  Dec 2001;185(6), S220.

525.    Wapner, RJ, Lewis D, Tenthoff A, Guevara A, Krivchenia EL, Jackson LG, Evans MI.  Chorionic villus sampling prior to multifetal pregnancy reduction: comparison of long-term culture and fluorescent-in-situ hybridization.
Society of Maternal Fetal Medicine 22nd Annual Meeting, New Orleans, Louisiana, January 14-19, 2002.
American Journal of Obstetrics and Gynecology.  Dec 2001;185(6), S221.

526.    Evans MI, Krivchenia EL, Waters T, Urban AJ, Morgan P, Calhoun B, Wapner J.  Multifetal pregnancies: evolution of methods of initiation and impact of REI certification for patients seeking reduction.
Society of Gynecologic Investigation 49th Annual Scientific Meeting, Los Angeles, CA, March 20-23, 2002.
Journal for the Society of Gynecologic Investigation. 2002;9, 322A.

527.    Woodland MB, Gillespie S, Arkoosh V,  Evans MI.  MCP Hahnemann: 150 years in resident eduction – a success story of tradition, history in eduction, bankruptcy and back.
Association of Professors of Gynecology and Obstetrics. Annual Meeting, Dallas, TX, March 6-8, 2002

528.    Evans MI, Wapner RJ.  Letter to the Editor.  "Multiembryonic pregnancy reduction: the Hungarian experience".
American Journal of Obstetrics and Gynecology.  2002;186, 597.

529.    Plante LA, Samra O, Evans MI, Aaron E, Alleyne G.  Postcesarean wound complications in women infected with human immunodeficiency virus.
Society of Gynecologic Investigation 49th Annual Scientific Meeting, Los Angeles, CA, March 20-23, 2002
Journal for the Society of Gynecologic Investigation. 2002;9, 285A.

530.    Britt DW, Mans M, Risinger S, Evans MI.  The impact of career interests, unresolved moral dilemmas and procedural anxiety on the effectiveness of an MFRP coping and bonding intervention.
Society for Gynecologic Investigation 49th Annual Scientific Meeting, Los Angeles, CA, March 20-23, 2002.
Journal for the Society of Gynecolgic Investigation. 2002;9, 105A.

531.    Britt DW, Krivchenia EL, Tenthoff A, Guevara A, Wapner RJ, Evans, MI.  The impact on starting number on appointment-making delays among multiple-gestation pregnant women: the importance of the proximate context of the pregnancy.
Society for Gynecologic Investigation 49th Annual Scientific Meeting, Los Angeles, CA, March 20-23, 2002.
Journal for the Society of Gynecolgic Investigation.  2002;9, 106A.

532.    Britt DW, Evans WJ, Evans MI.  Context and "Framing" Patients' Choices Regarding Multifetal Pregnancy Reduction
The Society for Gynecologic Investigation—50th Annual Scientific Meeting. Washington D.C. March 27-30, 2003.
Journal of the Society for Gynecologic Investigation 2003;(10) 2, pp. 107A.

533.    Britt DW, Mans M, Risinger ST, Evans MI. The impact of career salience, unresolved moral dilemmas and procedural anxiety on the effectiveness of a MFPR copying bonding intervention.
The Fetus as a Patient XVIII International Congress, Budapest, Hungary, April 25-28, 2002,
Fetal Diagnosis and Therapy. 2002;40(34).

534.    Evans MI. Biochemical screening for down syndrome.
The Fetus as a Patient XVIII International Congress, Budapest, Hungary, April 25-28, 2002,
Fetal Diagnosis and Therapy.  2002;45(48).

535.    Zador IE, Blackwell SC, Sokol RJ, Evans MI. Perinatal medicine in the information age.
The Fetus as a Patient XVIII International Congress, Budapest, Hungary, April 25-28, 2002,

536.    Evans MI. Triplets to twins provides maximum prenatal outcomes.
International Fetal Medicine and Surgery Society Annual Meeting, Charlevoix, Quebec, Canada, September 1-4, 2002.

537.    Evans MI. Status of second trimester biochemical screening.
International Fetal Medicine and Surgery Society Annual Meeting, Charlevoix, Quebec, Canada, September 1-4, 2002.
Fetal Diagnosis and Therapy.  2002;62(93).

538.    Evans MI, Krivchenia EL, Kaufman M, Zador IE, Britt DW, Wapner RJ. The optimal management of first trimester triplets: reduce.
The Central Association of Obstetricians and Gynecologists Annual Meeting, Las Vegas, Nevada , October 27-30, 2002.

539.    Prosen T, Wapner R, Evans MI.  Selective Reduction of Quadruplets to Twins Improves Intact Survival:  A Decision Analysis.
Society for Maternal Fetal Medicine 23rd Annual Meeting, San Francisco, CA, February 5-9, 2003
American Journal of Obstetrics and Gynecology  2002;187(6), S292.

540.    Evans MI, Kaufman MI, Urban AJ, Krivchenia EL, Britt DW, Wapner RJ.  Fetal Reduction from Twins to a Singleton:  A Reasonable Consideration.
Society for Maternal Fetal Medicine 23rd Annual Meeting, San Francisco, CA, February 3-8, 2003
American Journal of Obstetrics and Gynecology 2002;187(6) 469, S187.

541.    Dashe JS, Wapner RJ, Zador IE, Evans MI.  Fetal Demise and Anembryonic Gestation in Multiple Pregnancy, According to Pregnancy Number and Chorionicity.
Society for Maternal Fetal Medicine 23rd Annual Meeting, San Francisco, CA, February 3-8, 2003.
American Journal of Obstetrics and Gynecology 2002;187(6) 511, S199.

542.    Evans MI:  Twins to Singleton.  International Fetal Medicine and Surgery Society - 22nd Annual Meeting.  Zermatt, Switzerland, April 28-30, 2003.

543.    Kilpatrick MW, Tafas T, Evans MI, Strinkovsky L, Jackson LG, Tsipouras P.  Getting fetal cells in maternal blood to work:  eliminating the false positive XY signals in XX pregnancies
Central Association of Obstetrics and Gynecology  70th Annual Meeting, La Jolla, California, October 1-4, 2003.

544.    Britt, DW, Evans, WJ and Evans, MI.  Understanding the emotional  context for patients considering multifetal pregnancy reduction (MFPR):  Conflicts and resolutions based upon the intensity of "Medical," "Moral," and "Lifestyle" Frames.
American Society for Reproductive Medicine Annual Meeting, San Antonio, Texas
October 11-15, 2003

545.    Bischoff F, Hahn S, Johnson K, Simpson JL, Bianch D, Lewis D, Klinger K, Elias S, Jackson J, Evans MI, Holzgreve W, Sullivan L, DMSTAT, de la Cruz F. Intact fetal cells in maternal plasma: are they really there?
Lancet; 2003;361:139-140.


546.    Eden, RD, Penka A, Britt, DW, Landsberger EJ, Evans MI.  Re-evaluating the role of the MFM specialist:  Lead, follow, or get our of the way
Society of Maternal Fetal Medicine 24th Annual Meeting, New Orleans, February 2-7, 2004.
American Journal of Obstetrics and Gynecology.  2003;189(6), 88, S89.

547.    Eden, RD Penka A, Britt DW, Evans MI.  Aggressice MFM Management Reduces the Severity of Superimposed preeclampsia and its sequelae in chronic hypertension.
Society of Maternal Fetal Medicine 24th Annual Meeting, New Orleans, February 2-7, 2004.
American Journal of Obstetrics and Gynecology.  2003;189(6), 250, S131.

548.    Eden RD, Penka A., Britt DW, Landsberger EJ, and Evans MI.  Reducing the recurrence of preterm delivery (RPD):  Aggressive MFM Management versus consultation "as needed."
Society of Maternal Fetal Medicine 24th Annual Meeting, New Orleans, February 2-7, 2004.
American Journal of Obstetrics and Gynecology.  2003;189(6), 404, S171.

549.    Evans MI:   Impact of Technology: how new tests and procedures are added and eliminated..
International Fetal Medicine and surgery Society (IFMSS) 23rd Annual Meeting, Charleston, SC, March 14-17, 2004.

550.    Yaron Y, Ochshorn Y, Tsabari S, Bar Shira, Evans MI, Lessing JB, Orr-Urtreger A.  First Trimester Maternal Serum Levels of Free Beta HCG and Papp-A In Triploidy
Society for Gynecologic Investigation 51st Annual Scientific Meeting, Houston, Tx, March 24-27, 2004
Journal for the Society of Gynecologic Investigation, 2004;11(2):287A.

551.    Lehavi O, Orr-Urtreger A, Aizenstein O, Evans MI, Yaron Y.  Second Trimester Maternal Serum Human Chorionic Gonadotropin (HCG) and Alfafetoprotein (AFP) Levels in Male and Female Fetuses with Down Syndrome
Society for Gynecologic Investigation 51st Annual Scientific Meeting, Houston, Tx, March 24-27, 2004
Journal for the Society of Gynecologic Investigation, 2004;11(2):389(A).

552.    Eden, RD, Penka AW, Landsberger EJ, Britt DW, Evans MI.  Inverse correlation of perinatal mortality rates and gestational age at referral to MFM  for patients with abnormal biophysical  profiles.
Society for Gynecologic Investigation 51st Annual Scientific Meeting, Houston, Tx, March 24-27, 2004
Journal for the Society of Gynecologic Investigation, 2004;11(2):207(A).

553.    Eden RD, Penka AW, Landsberger EJ, Britt DW and Evans MI:  Early Perinatal Referral Reduces Perinatal Mortality:  Time to Reverse the Gate Keeper Model
Society for Gynecologic Investigation 51st  Annual Scientific Meeting, Houston, Texas,  March 24-27, 2004
Journal for the Society of Gynecologic Investigation, 2004;11(2):86(A).

554.    Evans MI, Kilpatrick MW, Tafas T, Bischoff F, Kondoyanni E, Verlinsky Y, Tsipouras P.  An automated system for preimplantation Genetic Diagnosis (PGD) using fluorescence in situ hybridization (FISH)
Society for Gynecologic Investigation  51st Annual Scientific Meeting, Houston, Tx, March 24-27, 2004
Journal for the Society of Gynecologic Investigation 2004;11(2):388(A).

555.    Evans MI: Multifetal Pregnancy Reduction  XX International Congress: The fetus as a Patient
Fukuoka, Japan    April 23-26, 2004
Fetal Diagnosis & Therapy 2004 19 (S1): 51

556.    Evans MI, Llurba E, Landsberger EJ:  Folic Acid Fortification (letter)
Obstetrics & Gynecology, 2004;103(3) pp 474-479.

557.    Ochsorn Y, Bar Shira A, Jonish A, Lessing JB, Pauzner D, Ezer Or, Evans MI, Orr-Urteger A, Yaron Y:  Quantitative Flourescence polymerase chain reaction (QF-PCR) for rapid prenatal diagnosis.
Society for Maternal Fetal Medicine   25th Annual Meeting. Reno, Nevada   Feb 7-12, 2005
American Journal of Obstetrics & Gynecology 2004: 191:S44

558.    Evans MI, Van Decruyes H, Nicolaides KH:  Nuchal Translucency (NT)  Measurements for 1st Trimester Screening: The  "Price" of Inaccuracy
Society for Maternal Fetal Medicine   25th Annual Meeting. Reno, Nevada   Feb 7-12, 2005
American Journal of Obstetrics & Gynecology 2004; 191:S175

559.    Weil R, Millar L, Shimizu C, Evans MI, Bryant-Greenwood GD, Rosenblatt K, Bryant-Greenwood PK:  Identification of Pre-Term Labor (PTL) from the Maternal Serum Proteome
Society for Maternal Fetal Medicine   25th Annual Meeting. Reno, Nevada   Feb 7-12, 2005
American Journal of Obstetrics & Gynecology 2004; 191:S184

560.    Eden RD, Penka A, Britt DW, Landsberger EJ, Evans MI:  Eliminating high-risk postdate pregnancy in the new millennium.
Society for Gynecologic Investigation  52nd Annual Meeting. Los Angeles, CA Mar 23-26, 2005
Journal of the Society for Gynecologic Investigation 2005; 12:26A

561.    Evans MI:  John Fletcher: the conscience of our field.
International Fetal Medicine and Surgery Society  24th annual meeting
Helsignor, Denmark.  May 22-25, 2005

562.    Evans MI:   Open fetal surgery for meningomylocele: discussant
American Gynecological and Obstetrics Society  27th Annual Meeting   Victoria British Columbia
September 28-October 1, 2005

563.    Evans MI, Krantz D, Hallahan T:  First trimester Down Syndrome Screening:  The impact of using total B HCG instead of free B HCG

Society for Maternal Fetal Medicine 26th Annual Meeting.  Miami, Florida Feb 1-4, 2006
American Journal of Obstetrics & Gynecology  2005; 193:S160

564.    Evans MI, Mahoney MJ, Tepperberg J, Kilpatrick MJ, Sharp M, Tafas T, Tsipouras P:
Automated microscopy of amniotic fluid cells for the detection of FISH signals: a method to
increase accuracy and lower costs.
Society for Maternal Fetal Medicine 26th Annual Meeting.  Miami, Florida Feb 1-4, 2006
American Journal of Obstetrics & Gynecology  2005; 193:S160

565.    Ochshorn Y, Rozner G, Bronshtein M, Muller F, Evans MI, Lessing JB, Yaron Y:
Clinical algorithm for management of isolated non-visualized fetal gall bladder:
Society for Maternal Fetal Medicine 26th Annual Meeting.  Miami, Florida Feb 1-4, 2006
American Journal of Obstetrics & Gynecology  2005;193:S140

566.    Britt DW, Evans MI: Adoption of a medical frame for patients morally ambivalent about
multifetal pregnancy reduction.
Society for Gynecologic Investigation, 53rd annual meeting Toronto, Ontario,  Canada,  March
21-24, 2006
Journal of the Society for Gynecologic Investigation  2006; 13:120A

567.    Evans MI, Hallahan TW, Krantz D, Galen RS:  Meta-analysis of biochemical screening
algorithms.
International Fetal Medicine and Surgery Society  25th Annual Meeting Mauna Kea, Hawaii June
11-15, 2006

568.    Evans MI, Britt DW:  The Impact of Frame Combinations for Decision Difficulty for
MFPR Patients
American Society for Reproductive Medicine.  New Orleans October  23-25, 2006

569.    Bryant-Greenwood PK, Hiraoka M, Fisher W, Weil R, Gurnani P, Pastor J, Nandi A, Garner S,
Evans MI, Rosenblatt KP.  A Novel, 4 Biomarker Panel (BirthSTAT) for The Serum Detection of
Parturition in the Term and Pre-Term Period
Society for Maternal Fetal Medicine  27th Annual Meeting, San Francisco  Feb 8-11, 2007
American Journal of Obstetrics & Gynecology  2006; 195: S44

570.    Henry GP, Britt DW, Evans, MD:  Reliance upon "genetic sonograms" (gs) in Colorado has led to a
dramatic fall in genetic amniocentesis (ga) and a 100% increase in down syndrome (ds) birth rate in women
>35:  the law of unintended consequences
Society for Maternal Fetal Medicine  27th Annual Meeting, San Francisco  Feb 8-11, 2007
American Journal of Obstetrics & Gynecology  2006; 195: S177

571.    Evans MI, Kilpatrick MW, Tafas T, Ichetovkin I, Seppo A, Kim Y, Zhu Y, Tsipouras P:
Automated Robotic Identification and Enrichment of Rare Fetal Cells in Maternal Circulation (FCMC)
Society for Maternal Fetal Medicine  27th Annual Meeting, San Francisco  Feb 8-11, 2007
American Journal of Obstetrics & Gynecology  2006; 195: S191

572.    Hallahan TW, Krantz D, Evans MI, Macri VJ, Macri JN:  Previous Aneuploidy does not
significantly alter 1st trimester free beta hcg and papp-a in subsequent normal pregnancies

Society for Maternal Fetal Medicine  27th Annual Meeting, San Francisco  Feb 8-11, 2007
American Journal of Obstetrics & Gynecology 2006; 195: S197


573.     Krantz D, Hallahan TW, Evans MI, Macri VJ, Macri JN: Addition of Nasal Bone measurements to Nuchal Translucency is following the same pathway as multiple markers to AFP, and 1st Trimester to 2nd
Society for Maternal Fetal Medicine  27th Annual Meeting, San Francisco  Feb 8-11, 2007

574.     Platt LD, Wapner RJ, D'Alton MD, Depp R, O'Keefe D, Abuhamad A, Benacerraf B, Copel J, Evans MI, Goldberg J, Ferguson J, Nageotte M, Toland G, Dukes K, Spitz JL, Berkowitz RL, Chasen S: National consensus driven Quality Review program for first trimester risk assessment: The development process
Society for Maternal Fetal Medicine  27th Annual Meeting, San Francisco  Feb 8-11, 2007
American Journal of Obstetrics & Gynecology 2006; 195: S70


575.     Wapner RJ, Evans MI, Platt LD:  Letter to the editor.  Amniocentesis risk rates.
Obstetrics & Gynecology  2007; 109: 780

576.      Evans MI, Galen RS:  Letter to the editor:  Free β hCG vs Total hCG:
Obstetrics & Gynecology  2007; 109:782

577...   Evans MI:  Abortion Laws in the United States.
International Fetal Medicine & Surgery Society, 26th annual meeting, Aruba  April 29-May 2, 2007

578.     .Evans MI, Bryant-Greenwood PK, Rosenblatt K:  Proteomic Prediction of Pre term labor.
International Fetal Medicine & Surgery Society, 26th annual meeting, Aruba  April 29-May 2, 2007

579.     Henry GP, Britt DW, Evans, MI:  Increased Down Syndrome Births in Colorado.
International Fetal Medicine & Surgery Society, 26th annual meeting, Aruba  April 29-May 2, 20

580.     Evans M, Seppo A, Frisova Y, Kim T, Tafas T, Nicolaides K, Tsipouras P, Kilpatrick M: Overcoming the barrier of non-specificity of fetal cell antigens: improved yield of circulating fetal cells utilizing automated microscopy for detection of aneuploidy.
Society for Maternal Fetal Medicine  28th Annual Meeting  Dallas, Texas  Jan 30-Feb 2, 2008
American Journal of Obstetrics & Gynecology  2007;197:S167


581.     Evans M, Andriole S, Pergament E:  Changing the paradigm:  both FISH and karyotype should be routine for prenatal diagnosis.
Society for Maternal Fetal Medicine  28th Annual Meeting  Dallas, Texas  Jan 30-Feb 2, 2008
American Journal of Obstetrics & Gynecology  2007;197:S167


582.     Rebarber A, Evans M, Andriole S, Saltzman D, Greenbaum R, Cleary-Goldman J, Pergament E:  Routine application of FISH analysis to CVS specimens allows reliable and fast clinical management decisions.
Society for Maternal Fetal Medicine  28th Annual Meeting  Dallas, Texas  Jan 30-Feb 2, 2008

American Journal of Obstetrics & Gynecology  2007;197:S168

583.   Evans M, Krantz D, Hallahan T:   First trimester detection of Trisomies 13/18 when  NT availability is limited
Society for Maternal Fetal Medicine  28th Annual Meeting  Dallas, Texas  Jan 30-Feb 2, 2008
American Journal of Obstetrics & Gynecology  2007;197:S168

584.   Krantz D, Hallahan T, Evans M:  First trimester T13/18 screening using maternal dried blood free beta HCG, PAPP-A, and NT
Society for Maternal Fetal Medicine  28th Annual Meeting  Dallas, Texas  Jan 30-Feb 2, 2008
American Journal of Obstetrics & Gynecology  2007;197:S168

585.  Rosenblatt K, Gurnani P, Pastor J, Wright C, Evans M, Galen R, Caruso D, Leon J, Bryant-Greenwood P:  Improved sensitivity & Positive Predictive value for the detection of pre-term labor: a new multivariate quantitative protein microarray serum panel.
Society for Maternal Fetal Medicine  28th Annual Meeting  Dallas, Texas  Jan 30-Feb 2, 2008
American Journal of Obstetrics & Gynecology  2007;197:S7

586.  Evans MI, Cuckle HS: Implications of altered combinations of parameters to screening efficiency.
International Down Syndrome Screening Group.  Vancouver, BC Canada May 30-31, 2008

587.   Seppo A, Sifakis S, Evans MI, Nicolaides KH, Tafas T, Tsipouras MW:  Automated FISH-based detection of circulating fetal cells for non-invasive prenatal diagnosis of aneuploides
International Society for Prenatal Diagnosis: 14th annual meeting, Vancouver BC, Canada,  June 1-4, 2008
Prenatal Diagnosis  2008; 28:S67-68

588.   Evans MI, Cuckle HS:  The financial impact of screening variances.
International Fetal Medicine & Surgery Society  27th annual meeting.  Athens Greece.  September 12-16, 2008

589.   Evans MI, Pergament E: Use both FISH and karyotype.
International Fetal Medicine & Surgery Society  27th annual meeting.  Athens Greece.  September 12-16, 2008

590.  Evans MI, Pergament E:  Impact of quality of Nuchal translucency measurements on biochemical detection of Trisomies 13 and 18
Society for Maternal Fetal Medicine  29th annual meeting  San Diego, CA Jan 29-31, 2009
American Journal of Obstetrics & Gynecology  2008:199:p160

591.  Pergament E, Evans MI:  Discordant mosaicism identified by FISH and conventional chromosome analysis (CCA): beyond simple platitudes
Society for Maternal Fetal Medicine  29th annual meeting  San Diego, CA Jan 29-31, 2009
American Journal of Obstetrics & Gynecology  2008:199:p164

592.  Evans MI, Krantz D, Hallahan T,  Carmichael J, Sherwin J: Evolving trends in first trimester utilization: increased percentage utilization by lower risk patients.
Society for Maternal Fetal Medicine  29th annual meeting   San Diego, CA Jan 29-31, 2009
American Journal of Obstetrics & Gynecology  2008:199:p171

593.  Evans MI, Cuckle HS:  Do a couple of percentage points actually matter?
Society for Maternal Fetal Medicine   29th annual meeting   San Diego, CA Jan 29-31, 2009
American Journal of Obstetrics & Gynecology  2008:199:p165


594.  Evans MI, Cuckle HS:  Variability of models vs. reality for aneuploidy detection rates:
implications for counseling and public policy.
Society for Maternal Fetal Medicine   29th annual meeting   San Diego, CA Jan 29-31, 2009
American Journal of Obstetrics & Gynecology  2008:199:p168


595.  Krantz D, Hallahan T, Carmichael J, Kuanglin HE, Sherwin J, Evans MI:  Weight and
ethnicity marker adjustments in twin pregnancy are similar to singleton adjustments in first
trimester screening.
Society for Maternal Fetal Medicine   29th annual meeting   San Diego, CA Jan 29-31, 2009
American J. Obstet Gynecol 2008; 199:p S166


596.  Evans MI:  Impact of poor NT performance on sensitivity for Aneuploidy
International Fetal Medicine and Surgery Society, 28th annual meeting,  Brazil  Sept 6-10, 2009


597.  Evans MI, Pergament E:  Is there still a future for free fetal DNA/RNA for aneuploidy.
International Fetal Medicine and Surgery Society, 28th annual meeting,  Brazil  Sept 6-10, 2009


598.  Fejgin M, Sifakis S, Seppo A, Ghatpande S, Evans MI, Amiel A:  Prenatal diagnosis of
trisomy 21 through detection of trophoblasts in cervical smears.
Society for Maternal Fetal Medicine,  30th annual meeting. Chicago, IL  Feb 1-5, 2010
Amer J. Obstet Gynecol 2009; 201:S254


599.  Krantz D, Hallahan T, Sherwin J, Evans MI:  Management of the CVS window in first
trimester Down Syndrome Screening.
Society for Maternal Fetal Medicine,  30th annual meeting. Chicago, IL  Feb 1-5, 2010
Amer J. Obstet Gynecol 2009; 201:S264


600.  Evans MI, Cuckle HS:  Performance Adjusted Risks (PAR):  a method to improve the
quality of algorithm performance while allowing all to play.
Society for Maternal Fetal Medicine,  30th annual meeting. Chicago, IL  Feb 1-5, 2010
Amer J. Obstet Gynecol 2009; 201:S265


601.  Hughes MR, Pergament E, Evans MI:  Rapid DNA fingerprinting for zygosity
determination.
Society for Maternal Fetal Medicine,  30th annual meeting. Chicago, IL  Feb 1-5, 2010
Amer J. Obstet Gynecol 2009; 201:S266


602.  Evans M, Krantz D, Hallahan T, Sherwin J:  Skewed to the left: under measurement of NT's
 and implications for screening efficiency
Society for Maternal Fetal Medicine,  30th annual meeting. Chicago, IL  Feb 1-5, 2010
Amer J. Obstet Gynecol 2009; 201:S140


603.  Evans MI, Wright D, Pergament E, Cuckle HS, Nicolaides KH:  Digital PCR for non
invasive detection of aneuploidy:  Power analysis equations for feasibility
American College of Medical Genetics   Annual Meeting   March 2010

604.  Krantz D, Evans MI, Hallahan T, Sherwin J.  More effort needed to optimize first trimester Down Syndrome screening through earlier blood collection.
American College of Medical Genetics   Annual Meeting   March 2010

605.  Evans MI, Krantz DA, Hallahan TW, Sherwin JE:  Ethnic Variation in the incidence of absent first trimester nasal bone
American College of Medical Genetics   Annual Meeting   March 2010

606.  Evans MI: Abnormalities of NT distributions.
International Fetal Medicine & Surgery Society  29th annual meeting Tokyo, Japan September 26-29, 2010

607.  Evans MI, Cuckle HS. Improvement of NT performance with performance adjusted risks.
International Fetal Medicine & Surgery Society  29th annual meeting Tokyo, Japan September 26-29, 2010

608.  Evans MI, Krantz D, Hallahan T,  Sherwin J:  Impact of NT credentialing by FMF, NTQR, or both upon screening distributions and performance
Society for Maternal Fetal Medicine   31st Annual Meeting, San Francisco CA Feb 9-11, 2011
American Journal of Obstetrics & Gynecology 2011;204:S147

609.  Evans MI, Cuckle HS:  Performance adjusted risks (PAR) for optimization of laboratory analytes
Society for Maternal Fetal Medicine   31st Annual Meeting, San Francisco CA Feb 9-11, 2011
American Journal of Obstetrics & Gynecology 2011;204:S287

610.  Pergament E, Evans MI:  Genetic analysis of pregnancies with increased nuchal translucency and normal karyotype
Society for Maternal Fetal Medicine   31st Annual Meeting, San Francisco CA Feb 9-11, 2011
American Journal of Obstetrics & Gynecology 2011;204:S286

611.  Krantz D, Hallahan T, Kuanglin He, Sherwin J, Evans MI:  First trimester screening in triplets
Society for Maternal Fetal Medicine   31st Annual Meeting, San Francisco CA Feb 9-11, 2011
American Journal of Obstetrics & Gynecology 2011;204:S38

612.  Evans MI, Krantz D, Hallahan T, Sherwin J:  Quality of NT measurements correlates with all aspects of program rigor.
American College of Medical Genetics   20th Annual Meeting  Vancouver BC  March 16-20, 2011

613.  Evans MI  Poor NT performance: a public health crisis
International Fetal Medicine & Surgery Society  30th annual meeting. Sedona Arizona May 13-17, 2011

614.  Evans  MI.  Methods to improve NT performance
International Fetal Medicine & Surgery Society  30th annual meeting. Sedona Arizona May 13-17, 2011

615.  Evans MI.  Fetal reduction decision making
Fetoscopy Group  32nd Annual Meeting,  Hong Kong  Sept 9-11,2011

124

616.  Evans MI, Dommergues M, and Cuckle:  PAR:  application to French data.
<u>Fetoscopy Group</u>  32nd Annual Meeting,  Hong Kong  Sept 9-11,2011

617.  Evans MI, Pergament E, Krantz D, Alamillo C: Counseling for Down Syndrome Risk in first trimester screening underestimates actual cytogenetic risks by 35%.
Society for Maternal Fetal Medicine   32nd Annual Meeting.  Dallas, Texas Feb 10-12, 2012
<u>American J. Obstetrics & Gynecology</u> 2012;206:S196

618.  Rosner M, Andriole S, Alkalay A, Greenbaum R, Gebb J, Evans M:  Gender equality in fetal reduction patient decision preferences: major cultural change in the USA.
Society for Maternal Fetal Medicine   32nd Annual Meeting.  Dallas, Texas Feb 10-12, 2012
<u>American J. Obstetrics & Gynecology</u> 2012;206:S197

619. Rosner M, Pergament E, Andriole S, Dar P, Greenbaum R, Evans M:  Improved detection of anomalies by CVS with FISH analysis prior to multifetal pregnancy reduction.
Society for Maternal Fetal Medicine   32nd Annual Meeting.  Dallas, Texas Feb 10-12, 2012
<u>American J. Obstetrics & Gynecology</u> 2012;206:S316

620. Rosner M, Andriole S, Britt DW, Gebb J, Dar P, Evans MI:  Evolution of fetal reductions to singletons.
<u>Society for Gynecologic Investigation</u>  59th Annual Meeting  San Diego CA Mar 21-24, 2012