EXHIBIT 3-1

| 6 | Subclass | |
|---|---|---|
| 435 | Class | |
| | ISSUE CLASSIFICATION | |

6258540

6258540

## U.S. UTILITY PATENT APPLICATION

| *RW* O.I.P.E. SCANNED *LTPO2* Q.A. *CS 2* | PATENT DATE |
|---|---|
| | JUL 1 0 2001 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 435 | | 1655 | *Gruewald* |

FILED WITH:  ☐ DISK (CRF)   ☐ FICHE
*(Attached in pocket on right inside flap)*

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | | CROSS REFERENCE(S) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| 435 | 6 | | 435 | 91.2 | 91.5 | 440 | | | |
| INTERNATIONAL CLASSIFICATION | | | | | | | | | |
| C 1 2 Q | 1/68 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | ☐ Continued on Issue Slip Inside File Jacket | | | |

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 4 | 16 | NONE | 27 | 1,25 |
| ☐ a) The term of this patent subsequent to _____ (date) has been disclaimed. | Jeanine Goldberg *(Assistant Examiner)* 1/23/01 *(Date)* | | | NOTICE OF ALLOWANCE MAILED 3-1-01 | |
| ☐ b) The term of this patent shall not extend beyond the expiration date of U.S Patent No. _____ | *Lisa B. Arthur* LISA B. ARTHUR PRIMARY EXAMINER GROUP 1800 1600 1/26/01 *(Primary Examiner)* *(Date)* | | | ISSUE FEE | |
| | | | | Amount Due $1240.00 | Date Paid 5/18/01 |
| ☐ c) The terminal ____ months of this patent have been disclaimed. | *(Legal Instruments Examiner)* *(Date)* | | | ISSUE BATCH NUMBER C86 | |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/98)

ISSUE FEE IN FILE

Formal Drawings shisheet ___ (LABEL AREA)

(FACE)

09/380696

DOCKET N° 61600

**PATENT APPLICATION**

09380696

GB98/00690

INITIALS

# CONTENTS

| | | Date received (Incl. C. of M.) or Date Mailed | | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|
| 1. | Application _____ papers. | | 42. _____ | _____ |
| 2. | 905 | 28 OCT 1999 | 43. _____ | _____ |
| 3. | Resp | 29 NOV 99 | 44. _____ | _____ |
| 4. | 905 | 20 DEC 1999 | 45. _____ | _____ |
| 5. | Prelamdt A | 11-29-99 | 46. _____ | _____ |
| 6. | IDS | 11-29-99 | 47. _____ | _____ |
| 7. | Refund Rec + declar Small Ent | 11-8-99 | 48. _____ | _____ |
| 8. | Refund denied letter | 6 May 00 | 49. _____ | _____ |
| 9. | Rej (3 mos) | 4-18-00 | 50. _____ | _____ |
| 10. | Ext of Time 2 / Amdt B | 9-22-00 | 51. _____ | _____ |
| 11. | Drawing corrections | 9-22-00 | 52. _____ | _____ |
| 12. | Final Rej (3 mos) | 11/2/00 | 53. _____ | _____ |
| 13. | Amdt C (NE) | 12-27-00 | 54. _____ | _____ |
| 14. | Ex. Interview Sum. | 1-11-01 | 55. _____ | _____ |
| 15. | Supple Amdt D (NE) | 1-29-01 | 56. _____ | _____ |
| 16. | Supple Amdt E | 2-8-01 | 57. _____ | _____ |
| 17. | Exam's Amdt / F | 3-10 | 58. _____ | _____ |
| 18. | Formal Drawings (4 shts) set 1 | 5-18-01 | 59. _____ | _____ |
| 19. | NOA | 8/1/00 | 60. _____ | _____ |
| 20. | _____ | | 61. _____ | _____ |
| 21. | _____ | | 62. _____ | _____ |
| 22. | _____ | | 63. _____ | _____ |
| 23. | _____ | | 64. _____ | _____ |
| 24. | _____ | | 65. _____ | _____ |
| 25. | _____ | | 66. _____ | _____ |
| 26. | _____ | | 67. _____ | _____ |
| 27. | _____ | | 68. _____ | _____ |
| 28. | _____ | | 69. _____ | _____ |
| 29. | _____ | | 70. _____ | _____ |
| 30. | _____ | | 71. _____ | _____ |
| 31. | _____ | | 72. _____ | _____ |
| 32. | _____ | | 73. _____ | _____ |
| 33. | _____ | | 74. _____ | _____ |
| 34. | _____ | | 75. _____ | _____ |
| 35. | _____ | | 76. _____ | _____ |
| 36. | _____ | | 77. _____ | _____ |
| 37. | _____ | | 78. _____ | _____ |
| 38. | _____ | | 79. _____ | _____ |
| 39. | _____ | | 80. _____ | _____ |
| 40. | _____ | | 81. _____ | _____ |
| 41. | _____ | | 82. _____ | _____ |

(LEFT OUTSIDE)

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 435 | 6 91.2 440 91.5 | 2/14/00 ↓ | 9E ↓ |
| updated | | 10/30/00 | 94 |
| updated | | 1/23/01 | 94 |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|---|---|
| Palm Inventor Search Inventor Search see attached. Keyword Search see attached | 2/14/00 ↓ | 9E ↓ |
| updated | 10/30/00 | 94 |
| updated see attached | 1/23/01 | 94 |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 435 " " " | 6 91.2 91.5 440 | 1/23/01 ↓ | 94 ↓ |

**(RIGHT OUTSIDE)**

ISSUE SLIP STAPLE AREA (for additional cross references)

10/21/99

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | | | |
| O.I.P.E. CLASSIFIER | | 25 | 05-10-00 |
| FORMALITY REVIEW | | | |

## INDEX OF CLAIMS

✔ ................................. Rejected
= ................................. Allowed
— (Through numeral)... Canceled
÷ ................................. Restricted

N ................................. Non-elected
I ................................. Interference
A ................................. Appeal
O ................................. Objected

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 4 06 | 10 00 | 1 03 01 | | | | | |
| K | 1 | ✔ | ✔ | # | | | | | |
| 2 | 2 | | | | | | | | |
| 2 | 3 | | | = | | | | | |
| 3 | 4 | | | | | | | | |
| 4 | 5 | | | | | | | | |
| 5 | 6 | | | | | | | | |
| 6 | 7 | | | | | | | | |
| 7 | 8 | | | | | | | | |
| 8 | 9 | | | | | | | | |
| 9 | 10 | | | | | | | | |
| 10 | 11 | | | | | | | | |
| 11 | 12 | | | | | | | | |
| 12 | 13 | | | | | | | | |
| 13 | 14 | | | | | | | | |
| 14 | 15 | | | | | | | | |
| 15 | 16 | | | | | | | | |
| 16 | 17 | | | | | | | | |
| 17 | 18 | | | | | | | | |
| 18 | 19 | | | | | | | | |
| 19 | 20 | | | | | | | | |
| 20 | 21 | | | | | | | | |
| 21 | 22 | | | | | | | | |
| 22 | 23 | | | | | | | | |
| 23 | 24 | | | | | | | | |
| 24 | 25 | ✔ | | | | | | | |
| 25 | 26 | ✔ | | | | | | | |
| 26 | 27 | ✔ | ✔ | | | | | | |
| 27 | 28 | ✔ | = | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| | 31 | | | | | | | | |
| | 32 | | | | | | | | |
| | 33 | | | | | | | | |
| | 34 | | | | | | | | |
| | 35 | | | | | | | | |
| | 36 | | | | | | | | |
| | 37 | | | | | | | | |
| | 38 | | | | | | | | |
| | 39 | | | | | | | | |
| | 40 | | | | | | | | |
| | 41 | | | | | | | | |
| | 42 | | | | | | | | |
| | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| | 45 | | | | | | | | |
| | 46 | | | | | | | | |
| | 47 | | | | | | | | |
| | 48 | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | 54 | | | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | | | | | | | | |
| | 58 | | | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | | | | | | | |
| | 61 | | | | | | | | |
| | 62 | | | | | | | | |
| | 63 | | | | | | | | |
| | 64 | | | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | | | | | | | | |
| | 68 | | | | | | | | |
| | 69 | | | | | | | | |
| | 70 | | | | | | | | |
| | 71 | | | | | | | | |
| | 72 | | | | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 101 | | | | | | | | |
| | 102 | | | | | | | | |
| | 103 | | | | | | | | |
| | 104 | | | | | | | | |
| | 105 | | | | | | | | |
| | 106 | | | | | | | | |
| | 107 | | | | | | | | |
| | 108 | | | | | | | | |
| | 109 | | | | | | | | |
| | 110 | | | | | | | | |
| | 111 | | | | | | | | |
| | 112 | | | | | | | | |
| | 113 | | | | | | | | |
| | 114 | | | | | | | | |
| | 115 | | | | | | | | |
| | 116 | | | | | | | | |
| | 117 | | | | | | | | |
| | 118 | | | | | | | | |
| | 119 | | | | | | | | |
| | 120 | | | | | | | | |
| | 121 | | | | | | | | |
| | 122 | | | | | | | | |
| | 123 | | | | | | | | |
| | 124 | | | | | | | | |
| | 125 | | | | | | | | |
| | 126 | | | | | | | | |
| | 127 | | | | | | | | |
| | 128 | | | | | | | | |
| | 129 | | | | | | | | |
| | 130 | | | | | | | | |
| | 131 | | | | | | | | |
| | 132 | | | | | | | | |
| | 133 | | | | | | | | |
| | 134 | | | | | | | | |
| | 135 | | | | | | | | |
| | 136 | | | | | | | | |
| | 137 | | | | | | | | |
| | 138 | | | | | | | | |
| | 139 | | | | | | | | |
| | 140 | | | | | | | | |
| | 141 | | | | | | | | |
| | 142 | | | | | | | | |
| | 143 | | | | | | | | |
| | 144 | | | | | | | | |
| | 145 | | | | | | | | |
| | 146 | | | | | | | | |
| | 147 | | | | | | | | |
| | 148 | | | | | | | | |
| | 149 | | | | | | | | |
| | 150 | | | | | | | | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)



US006258540B1

(12) **United States Patent**
  Lo et al.

(10) Patent No.: **US 6,258,540 B1**
(45) Date of Patent:       **Jul. 10, 2001**

(54) **NON-INVASIVE PRENATAL DIAGNOSIS**

(75) Inventors: **Yuk-Ming Dennis Lo**, Kowloon (CN); **James Stephen Wainscoat**, Oxford (GB)

(73) Assignee: **Isis Innovation Limited**, Oxford (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/380,696**

(22) PCT Filed: **Mar. 4, 1998**

(86) PCT No.: **PCT/GB98/00690**

    § 371 Date: **Nov. 29, 1999**

    § 102(e) Date: **Nov. 29, 1999**

(87) PCT Pub. No.: **WO98/39474**

    PCT Pub. Date: **Sep. 11, 1998**

(30)        **Foreign Application Priority Data**

  Mar. 4, 1997    (GB) ................................................. 9704444

(51) Int. Cl.[7] ..................................................... **C12Q 1/68**
(52) U.S. Cl. ........................... **435/6**; 435/91.2; 435/91.5; 435/440
(58) Field of Search ............................. 435/6, 91.2, 440, 435/91.5

(56)              **References Cited**

          FOREIGN PATENT DOCUMENTS

  2299166    9/1996  (GB) ................................ C12Q/1/68
  9108304    6/1991  (WO) ............................... C12Q/1/68
  9506137    3/1995  (WO) ............................... C12Q/1/68

          OTHER PUBLICATIONS

Anucucci et al. "Prenatal diagnosis of Myotonic Dystrophy using fetal DNA obtained from maternal plasma" Clinical Chemistry, vol. 46, pp. 301–302, Feb. 2000.*

Bischoff et al "Noninvasive Determination of Fetal RhD status using fetal DNA in Maternal Serum and PCR" J. of the Society for gynecologic investigation, vol. 6, No. 2, pp. 64–69, Mar.–Apr. 2000.*

Journal of Immunological Methods; vol. 180, No. 1; Fowke et al.; "Genetic Analysis of Human DNA Recovered From Minute Amounts of Serum or Plasma"; Mar. 1995; pp 45–51; XP004021069.

Database Medline; US National Library of Medicine (NLM); Bethesda, MD, US; Lo et al.; "Presence of Fetal DNA in Maternal Plasma and Serum"; AN (NLM) 97420079; XP002070361; See also Lancet, Aug. 1997; 350 (9076) pp 485–487, England.

Tsitologia; vol. 37, No. 3; Kazakov et al.; "Extracellular DNA in the Blood of Pregnant Women"; 1995; Institute of Cytology, Russian Academy of Sciences, and Medical Academy of Post Graduate Education, St. Petersburg; pp 1–8.

Lo et al "Presence of fetal DNA in maternal plasma and serum" Lancet, vol. 350, pp. 485–487, Aug. 1997.*

Lo "Fetal RhD genotyping from maternal plasma" Annals of Medicine, vol. 31, No. 5, pp. 308–3012, Oct. 1999.*

Bianchi "Fetal DNA in Maternal Plasma: The plot thickens and the placental barrier thins" Am. J. Hum. Genet. vol. 62, pp. 763–764, Apr. 1998.*

Lo et al "Prenatal Diagnosis of Fetal RhD status by molecular analysis of maternal plasma" New England J. of Med. vol. 339, No. 24, pp. 1734–1738, Dec. 1998.*

* cited by examiner

*Primary Examiner*—Lisa B. Arthur
*Assistant Examiner*—Jeanine Goldberg
(74) *Attorney, Agent, or Firm*—Volpe and Koenig, P.C.

(57)              **ABSTRACT**

The invention relates to a detection method performed on a maternal serum or plasma sample from a pregnant female, which method comprises detecting the presence of a nucleic acid of foetal origin in the sample. The invention enables non-invasive prenatal diagnosis including for example sex determination, blood typing and other genotyping, and detection of pre-eclampsia in the mother.

**27 Claims, 4 Drawing Sheets**



Fig.1.



Fig.2.



Fig.3A.



Fig.3B.



FIG. 4a

FIG. 4b

FIG. 4c

FIG. 4d

FIG. 4e

FIG. 4f



FIG. 4g                                    FIG. 4h



FIG. 4i                                    FIG. 4j



FIG. 4k                                    FIG. 4l

US 6,258,540 B1

1

# NON-INVASIVE PRENATAL DIAGNOSIS

This application is the national stage of PCT Application No. PCT/GB98/00690, filed Mar. 4, 1998 under 37 CFR 371.

This invention relates to prenatal detection methods using non-invasive techniques. In particular, it relates to prenatal diagnosis by detecting foetal nucleic acids in serum or plasma from a maternal blood sample.

## BACKGROUND OF THE INVENTION

Conventional prenatal screening methods for detecting foetal abnormalities and for sex determination traditionally use foetal samples derived by invasive techniques such as amniocentesis and chorionic villus sampling. These techniques require careful handling and present a degree of risk to the mother and to the pregnancy.

More recently, techniques have been devised for predicting abnormalities in the foetus and possible complications in pregnancy, which use maternal blood or serum samples. Three markers commonly used include alpha-foetoprotein (AFP—of foetal origin), human chorionic gonadotrophin (hCG) and estriol, for screening for Down's Syndrome and neural tube defects. Maternal serum is also currently used for biochemical screening for chromosomal aneuploidies and neural tube defects. The passage of nucleated cells between the mother and foetus is now a well-recognised phenomenon (Lo et al 1989; Lo et al 1996). The use of foetal cells in maternal blood for non-invasive prenatal diagnosis (Simpson and Elias 1993) avoids the risks associated with conventional invasive techniques. WO 91/08304 describes prenatal genetic determination using foetal DNA obtained from foetal cells in the maternal blood. Considerable advances have been made in the enrichment and isolation of foetal cells for analysis (Simpson and Elias 1993; Cheung et al 1996). However, these techniques are time-consuming and require expensive equipment.

Recently, there has been interest in the use of plasma or serum-derived DNA for molecular diagnosis (Mulcahy et al 1996). In particular, it has been demonstrated that tumour DNA can be detected by the polymerase chain reaction (PCR) in the plasma or serum of some patients (Chen et al 1996; Nawroz et al 1996).

GB 2 299 166 describes non-invasive cancer diagnosis by detection of K-ras and N-ras gene mutations using PCR-based techniques.

## SUMMARY AND OBJECTS OF THE INVENTION

It has now been discovered that foetal DNA is detectable in maternal serum or plasma samples. This is a surprising and unexpected finding; maternal plasma is the very material that is routinely discarded by investigators studying non-invasive prenatal diagnosis using foetal cells in maternal blood. The detection rate is much higher using serum or plasma than using nucleated blood cell DNA extracted from a comparable volume of whole blood, suggesting that there is enrichment of foetal DNA in maternal plasma and serum. In fact, the concentration of foetal DNA in maternal plasma expressed as a % of total DNA has been measured as from 0.39% (the lowest concentration measured in early pregnancy), to as high as 11.4% (in late pregnancy), compared to ratios of generally around 0.001% and up to only 0.025% for cellular fractions (Hamada et al 1993). It is important that foetal DNA is found in maternal plasma as well as serum because this indicates that the DNA is not an artefact of the clotting process.

2

This invention provides a detection method performed on a maternal serum or plasma sample from a pregnant female, which method comprises detecting the presence of a nucleic acid of foetal origin in the sample. The invention thus provides a method for prenatal diagnosis.

The term "prenatal diagnosis" as used herein covers determination of any maternal or foetal condition or characteristic which is related to either the foetal DNA itself or to the quantity or quality of the foetal DNA in the maternal serum or plasma. Included are sex determination, and detection of foetal abnormalities which may be for example chromosomal aneuploidies or simple mutations. Also included is detection and monitoring of pregnancy-associated conditions such as pre-eclampsia which result in higher or lower than normal amounts of foetal DNA being present in the maternal serum or plasma. The nucleic acid detected in the method according to the invention may be of a type other than DNA e.g. mRNA.

The maternal serum or plasma sample is derived from the maternal blood. As little as 10 $\mu$l of serum or plasma can be used. However it may be preferable to employ larger samples in order to increase accuracy. The volume of the sample required may be dependent upon the condition or characteristic being detected. In any case, the volume of maternal blood which needs to be taken is small.

The preparation of serum or plasma from the maternal blood sample is carried out by standard techniques. The serum or plasma is normally then subjected to a nucleic acid extraction process. Suitable methods include the methods described herein in the examples, and variations of those methods. Possible alternatives include the controlled heating method described by Frickhofen and Young (1991). Another suitable serum and plasma extraction method is proteinase K treatment followed by phenol/chloroform extraction. Serum and plasma nucleic acid extraction methods allowing the purification of DNA or RNA from larger volumes of maternal sample increase the amount of foetal nucleic acid material for analysis and thus improve the accuracy. A sequence-based enrichment method could also be used on the maternal serum or plasma to specifically enrich for foetal nucleic acid sequences.

An amplification of foetal DNA sequences in the sample is normally carried out. Standard nucleic acid amplification systems can be used, including PCR, the ligase chain reaction, nucleic acid sequence based amplification (NASBA), branched DNA methods, and so on. Preferred amplification methods involve PCR.

The method according to the invention may be particularly useful for sex determination which may be carried out by detecting the presence of a Y chromosome. It is demonstrated herein that using only 10 $\mu$l of plasma or serum a detection rate of 80% for plasma and 70% for serum can be achieved. The use of less than 1 ml of maternal plasma or serum has been shown to give a 100% accurate detection rate.

The method according to the invention can be applied to the detection of any paternally-inherited sequences which are not possessed by the mother and which may be for example genes which confer a disease phenotype in the foetus. Examples include:

a) Foetal rhesus D status determination in rhesus negative mothers (Lo et al 1993). This is possible because rhesus D positive individuals possess the rhesus D gene which is absent in rhesus D negative individuals. Therefore, the detection of rhesus D gene sequences in the plasma and serum of a rhesus D negative mother is indicative

**3**

of the presence of a rhesus D positive foetus. This approach may also be applied to the detection of foetal rhesus D mRNA in maternal plasma and serum.

b) Haemoglobinopathies (Camaschella et al 1990). Over 450 different mutations in the beta-globin gene have been known to cause beta-thalassaemia. Provided that the father and mother carry different mutations, the paternal mutation can be used as an amplification target on maternal plasma and serum, so as to assess the risk that the foetus may be affected.

c) Paternally-inherited DNA polymorphisms or mutations. Paternally-inherited DNA polymorphisms or mutations present on either a Y or a non-Y chromosome, can be detected in maternal plasma and serum to assess the risk of the foetus being affected by a particular disease by linkage analysis. Furthermore, this type of analysis can also be used to ascertain the presence of foetal nucleic acid in a particular maternal plasma or serum sample, prior to diagnostic analysis such as sex determination. This application will require the prior genotyping of the father and mother using a panel of polymorphic markers and then an allele for detection will be chosen which is present in the father, but is absent in the mother.

The plasma or serum-based non-invasive prenatal diagnosis method according to the invention can be applied to screening for Down's Syndrome and other chromosomal aneuploidies. Two possible ways in which this might be done are as follows:

a) It has been found that in pregnancy involving foetuses with chromosomal aneuploidies e.g. Down's Syndrome, the level of foetal cells circulating in maternal blood is higher than in pregnancies involving normal foetuses (Bianchi et al 1996). Following the surprising discovery disclosed herein that foetal DNA is present in maternal plasma and serum, it has also been demonstrated that the level of foetal DNA in maternal plasma and serum is higher in pregnancies where the foetus has a chromosomal aneuploidy than in normal pregnancies. Quantitative detection of foetal nucleic acid in the maternal plasma or serum e.g. a quantitative PCR assay, can be used to screen pregnant women for chromosomal aneuploidies.

b) A second method involves the quantitation of foetal DNA markers on different chromosomes. For example, for a foetus affected by Down's Syndrome the absolute quantity of foetal chromosomal 21-derived DNA will always be greater than that from the other chromosomes. The recent development of very accurate quantitative PCR techniques, such as real time quantitative PCR (Heid et al 1996) facilitates this type of analysis.

Another application of the accurate quantitation of foetal nucleic acid levels in the maternal serum or plasma is in the molecular monitoring of certain placental pathologies, such as pre-eclampsia. The concentration of foetal DNA in maternal serum and plasma is elevated in pre-eclampsia. This is probably due to the placental damage which occurs.

It is anticipated that it will be possible to incorporate the nucleic acid-based diagnosis methods described herein into existing prenatal screening programmes. Sex determination has successfully been performed on pregnancies from 7 to 40 weeks of gestation.

BRIEF DESCRIPTION OF THE DRAWINGS

In the attached figures:

FIG. 1 shows increased foetal DNA in aneuploid pregnancies compared to control pregnancies;

**4**

FIG. 2 shows increased foetal DNA in pre-eclampsia compared to control pregnancies;

FIGS. 3A and 3B show an amplification curve and threshold cycle for real time quantitative PCR;

FIGS. 4a–4l show foetal DNA concentrations in maternal samples for a number of subjects at different stages of gestation.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The invention will now be illustrated in the following Examples, which do not in any way limit the scope of the invention.

EXAMPLES

Example 1

Analysis of foetal DNA for sex determination

Patients

Pregnant women attending the Nuffield Department of Obstetrics & Gynaecology, John Radcliffe Hospital, Oxford were recruited prior to amniocentesis or delivery. Ethics approval of the project was obtained from the Central Oxfordshire Research Ethics Committee. Informed consent was sought in each case. Five to ten ml of maternal peripheral blood was collected into an EDTA and a plain tube. For women undergoing amniocentesis, maternal blood was always collected prior to the procedure and 10 ml of amniotic fluid was also collected for foetal sex determination. For women recruited just prior to delivery, foetal sex was noted at the time of delivery. Control blood samples were also obtained from 10 non-pregnant female subjects and further sample processing was as for specimens obtained from pregnant individuals.

Sample preparation

Maternal blood samples were processed between 1 to 3 hours following venesection. Blood samples were centrifuged at 3000 g and plasma and serum were carefully removed from the EDTA-containing and plain tubes, respectively, and transferred into plain polypropylene tubes. Great care was taken to ensure that the buffy coat or the blood clot was undisturbed when plasma or serum samples, respectively, were removed. Following removal of the plasma samples, the red cell pellet and buffy coat were saved for DNA extraction using a Nucleon DNA extraction kit (Scotlabs, Strathclyde, Scotland, U.K.). The plasma and serum samples were then subjected to a second centrifugation at 3000 g and the recentrifuged plasma and serum samples were collected into fresh polypropylene tubes. The samples were stored at −20° C. until further processing.

DNA extraction from plasma and serum samples

Plasma and serum samples were processed for PCR using a modification of the method of Emanuel and Pestka (1993). In brief, 200 $\mu l$ of plasma or serum was put into a 0.5 ml eppendorf tube. The sample was then heated at 99° C. for 5 minutes on a heat block. The heated sample was then centrifuged at maximum speed using a microcentrifuge. The clear supernatant was then collected and 10 $\mu l$ was used for PCR.

DNA extraction from amniotic fluid

The amniotic fluid samples were processed for PCR using the method of Rebello et al (1991). One hundred $\mu l$ of amniotic fluid was transferred into a 0.5 ml eppendorf tube and mixed with an equal volume of 10% Chelex-100 (Bio-Rad). Following the addition of 20 $\mu l$ of mineral oil to

5

prevent evaporation, the tube was incubated at 56° C. for 30 minutes on a heat block. Then, the tube was vortexed briefly and incubated at 99° C. for 20 minutes. The treated amniotic fluid was stored at 4° C. until PCR and 10 μl was used in a 100 μl reaction.

Polymerase chain reaction (PCR)

The polymerase chain reaction (PCR) was carried out essentially as described (Saiki et al 1988) using reagents obtained from a GeneAmp DNA Amplification Kit (Perkin Elmer, Foster City, Calif., USA). The detection of Y-specific foetal sequence from maternal plasma, serum and cellular DNA was carried out as described using primers Y1.7 and Y1.8, designed to amplify a single copy Y sequence (DYS14) (Lo et al 1990). The sequence of Y1.7 is 5' CAT CCA GAG CGT CCC TGG CTT 3' [SEQ ID NO: 1] and that of Y1.8 is 5° CTT TCC ACA GCC ACA TTT GTC 3' [SEQ ID NO: 2]. The Y-specific product was 198 bp. Sixty cycles of Hot Start PCR using Ampliwax technology were used on 10 μl of maternal plasma or serum or 100 ng of maternal nucleated blood cell DNA (denaturation step of 94° C. 1 minute and a combined reannealing/extension step of 57° C. 1 minute). Forty cycles were used for amplification of amniotic fluid. PCR products were analysed by agarose gel electrophoresis and ethidium bromide staining. PCR results were scored before the foetal sex was revealed to the investigator.

Results

Sensitivity of PCR assay

Serial dilutions of male genomic DNA in 1 μg of female genomic DNA were performed and amplified by the Y-PCR system using 60 cycles of amplification. Positive signals were detected up to the 100,000 dilution, i.e., approximately the equivalent of a single male cell.

Amplification of foetal DNA sequence from maternal plasma and serum

Maternal plasma and serum samples were collected from 43 pregnant women with gestational ages from 12 to 40 weeks. There were 30 male foetuses and 13 female foetuses. Of the 30 women bearing male foetuses, Y-positive signals were detected in 24 plasma samples and 21 serum samples, when 10 μl of the respective samples was used for PCR. When nucleated blood cell DNA was used for PCR, positive signals were only detected in 5 of the 30 cases. None of the 13 women bearing female foetuses and none of the 10 non-pregnant female controls resulted in a positive Y signal when either plasma, serum or cellular DNA was amplified. Accuracy of this technique, even with serum/plasma samples of only 10 μl, is thus very high and most importantly it is high enough to be useful. It will be evident that accuracy can be improved to 100% or close to 100%, for example by using a larger volume of serum or plasma.

Example 2

Quantitative analysis of foetal DNA in maternal serum in aneuploid pregnancies

The prenatal screening and diagnosis of foetal chromosomal aneuploidies is an important part of modern obstetrical care. Due to the risks associated with invasive procedures such as amniocentesis and the impracticability of performing screening with invasive methods, much effort has been devoted to the development of non-invasive screening methods for foetal chromosomal aneuploidies. The two main non-invasive methods which have been developed are maternal serum biochemical screening and ultrasound examination for nuchal translucency. These

6

methods are both associated with significant false-positive and false-negative rates.

The demonstration of foetal nucleated cells in maternal circulation offers a new source of foetal material for the non-invasive diagnosis of foetal chromosomal aneuploidies (Simpson et al 1993). By the use of foetal nucleated cell enrichment protocols, several groups have reported the detection of aneuploid foetal nucleated cells isolated from maternal blood (Elias et al 1992; Bianchi et al 1992). Recently, it has been demonstrated that there is increased foetal nucleated cell number in maternal circulation when the foetus is suffering from a chromosomal aneuploidy (Bianchi et al 1997).

Patients samples

Blood samples from pregnant women undergoing prenatal testing were collected prior to any invasive procedure. The foetal karyotype was confirmed by cytogenetic analysis of amniotic fluid or chorionic villus samples. Approval was obtained from the Research Ethics Committee of The Chinese University of Hong Kong. Blood samples were collected into plain tubes. Following blood clotting, the samples were centrifuged at 3000 g, and serum were carefully removed and transferred into plain polypropylene tubes. The samples were stored at −70° C. or −20° C. until further processing.

DNA extraction from plasma and serum samples

DNA from serum samples were extracted using a QIAamp Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid protocol" as recommended by the manufacturer (Chen et al 1996). Four hundred to 800 μl of plasma/serum sample was used for DNA extraction per column. The exact amount used was documented to enable the calculation of target DNA concentration.

Real time quantitative PCR

Theoretical and practical aspects of real time quantitative PCR were previously described by Heid et al (1996). Real time quantitative PCR analysis was performed using a PE Applied Biosystems 7700 Sequence Detector (Foster City, Calif., U.S.A.) which is essentially a combined thermal cycler/fluorescence detector with the ability to monitor the progress of individual PCR reactions optically. The amplification and product reporting system used is based on the 5' nuclease assay (Holland et al 1991) (the TaqMan assay as marketed by Perkin-Elmer). In this system, apart from the two amplification primers as in conventional PCR, a dual labeled fluorogenic hybridisation probe is also included (Lee et al 1993; Livak et al 1995). One fluorescent dye serves as a reporter (FAM, i.e., 6-carboxyfluorescein) and its emission spectra is quenched by a second fluorescent dye (TAMRA, i.e., 6-carboxy-tetramethylrhodamine). During the extension phase of PCR, the 5' to 3'-exonuclease activity of the Taq DNA polymerase cleaves the reporter from the probe thus releasing it from the quencher, resulting in an increase in fluorescent emission at 518 nm. The PE Applied Biosystems 7700 Sequence Detector is able to measure the fluorescent spectra of the 96 amplification wells continuously during DNA amplification and the data are captured onto a Macintosh computer (Apple Computer, Cupertino, Calif., U.S.A.).

The SRY TaqMan system consisted of the amplification primers SRY-109F, 5'-TGG CGA TTA AGT CAA ATT CGC-3' [SEQ ID NO:3]; SRY-245R, 5'-CCC CCT AGT ACC CTG ACA ATG TAT T-3' [SEQ ID NO:4]; and a dual labeled fluorescent TaqMan probe SRY-142T, 5'-(FAM) AGC AGT AGA GCA GTC AGG GAG GCA GA(TAMRA)-3' [SEQ ID NO: 5]. Primer/probe combinations were designed using the Primer Express software

US 6,258,540 B1

7

(Perkin-Elmer, Foster City, Calif., U.S.A.). Sequence data for the SRY gene were obtained from the GenBank Sequence Database (accession number L08063).

TaqMan amplification reactions were set up in a reaction volume of 50 μl using components (except TaqMan probe and amplification primers) supplied in a TaqMan PCR Core Reagent Kit (Perkin-Elmer, Foster City, Calif., U.S.A.). The SRY TaqMan probe were custom-synthesised by PE Applied Biosystems. The SRY primers were synthesised by Life Technologies (Gaithersburg, Md., U.S.A.). Each reaction contained 5 μl of 10× buffer A, 300 nM of each amplification primers, 100 nM of the SRY TaqMan probe, 200 μM each of dATP, dCTP and dGTP, 400 μM dUTP, 1.25 units of AmpliTaq Gold and 0.5 unit AmpErase uracil N-glycosylase. Five to ten μl of the extracted serum DNA was used for amplification. The exact amount used was recorded for subsequent concentration calculation. DNA amplifications were carried out in 96-well reaction plates that were frosted by the manufacturer to prevent light reflection and were closed using caps designed to prevent light scattering (Perkin-Elmer, Foster City, Calif., U.S.A.). Each sample was analysed in duplicate. A calibration curve was run in parallel and in duplicate with each analysis. The conversion factor of 6.6 pg of DNA per cell was used for expressing the results as copy numbers.

Thermal cycling was initiated with a 2-minute incubation at 50° C. for the uracil N-glycosylase to act, followed by a first denaturation step of 10 minutes at 95° C. Then, 40 cycles of 95° C. for 15 s and 60° C. for 1 minute were carried out.

Amplification data collected by the 7700 Sequence Detector and stored in the Macintosh computer were then analysed using the Sequence Detection System (SDS) software developed by PE Applied Biosystems. The mean quantity of each duplicate was used for further concentration calculation. The concentration expressed in copies/ml was calculated using the following equation:

$$C = Q \times V_{DNA}/V_{PCR} \times 1/V_{ext}$$

where

C=target concentration in plasma or serum (copies/ml);

Q=target quantity (copies) determined by sequence detector in a PCR;

$V_{DNA}$=total volume of DNA obtained following extraction, typically 50 μl per Qiagen extraction;

$V_{PCR}$=volume of DNA solution used for PCR, typically 5–10 μl

$V_{ext}$=volume of plasma/serum extracted, typically 400–800 μl

Anti-contamination measures

Strict precautions against PCR contamination were used (Kwok et al 1989). Aerosol-resistant pipette tips were used for all liquid handling. Separate areas were used for the setting up of amplification reactions, the addition of DNA template and the carrying out of amplification reactions. The 7700 Sequence Detector offered an extra level of protection in that its optical detection system obviated the need to reopen the reaction tubes following the completion of the amplification reactions, thus minimising the possibility of carryover contamination. In addition, the TaqMan assay also included a further level of anti-contamination measure in the form of pre-amplification treatment using uracil N-glycosylase which destroyed uracil containing PCR products (Longo et al 1990). Multiple negative water blanks were included in every analysis.

8

Results

Development of real time quantitative PCR

To determine the dynamic range of real time quantitative PCR, serial dilutions of male DNA were made in water consisting of the DNA equivalent from 1,000 cells to 1 cell and subjected to analysis by the SRY TaqMan system. The fewer the number of target molecules, the more amplification cycles were needed to produce a certain quantity of reporter molecules. The system was sensitive enough to detect the DNA equivalent from a single target cell.

A parameter, termed the threshold cycle ($C_T$) could be defined which was set at 10 standard deviations above the mean base-line fluorescence calculated from cycles 1 to 15 and was proportional to the starting target copy number used for amplification (Heid et al 1996). A plot of the threshold cycle ($C_T$) against the input target quantity, with the latter plotted on a common log scale, demonstrated the large dynamic range and accuracy of real time quantitative PCR.

The real time quantitative SRY system was insensitive to the existence of background female DNA from 0 to 12,800 female genome-equivalents. This greatly simplified the application of this system as separate calibration curves did not have to be constructed for different cases due to the presence of different concentrations of foetal and maternal DNA.

Quantitative analysis of foetal SRY gene from maternal serum from aneuploid and control pregnancies

Real time quantitative SRY PCR was carried out for serum DNA extracted from women bearing aneuploid and normal foetuses. Data from individual cases are plotted in FIG. 1. Foetal DNA concentration was higher in aneuploid than control pregnancies (Mann–Whitney U Test, p=0.006).

Discussion

In this study we demonstrate that the concentration of foetal DNA in maternal serum is elevated in aneuploid pregnancies. These results indicate that foetal DNA quantitation has the potential to be used as a new screening marker for foetal chromosomal aneuploidies. A large scale population-based study could be carried out to develop cutoff values for screening purposes. It would also be useful to investigate the correlation of foetal DNA concentration with the other biochemical markers for maternal serum biochemical screening.

The mechanism(s) by which increased amounts of foetal DNA is liberated into maternal circulation in aneuploid pregnancies require further research. One possibility is related to the increased numbers of foetal nucleated cells which are released into the maternal blood in aneuploid pregnancies (Bianchi et al 1997). Another possible mechanism may be increased cell death or turnover which may be associated with chromosomal aneuploidies.

Example 3

Non-invasive prenatal determination of foetal RhD status from plasma of RhD-negative pregnant women

Introduction

The rhesus blood group system is important in transfusion and clinical medicine, being involved in haemolytic disease of the newborn, transfusion reactions and autoimmune haemolytic anaemia. Despite the widespread use of rhesus immunoglobulin prophylaxis in rhesus D (RhD)-negative mothers, rhesus isoimmunisation still occurs. In those cases where the father is heterozygous for RhD gene, there is a 50% chance that the foetus is RhD-positive and 50% chance that the foetus is RhD-negative. The prenatal determination of foetal RhD status in these cases is clinically useful because no further prenatal invasive testing or therapeutic manoeuvres are necessary if the foetus can be shown to be RhD-negative.

US 6,258,540 B1

9      10

Advances towards this goal have been made possible recently through the cloning of the human RhD gene (Le Van Kim et al 1992) and the demonstration that RhD-negative individuals lack the RhD gene (Colin et al 1991). Prenatal determination of foetal RhD status has been performed using PCR-based techniques on amniotic fluid samples (Bennett et al 1993).

A number of groups have also investigated the possibility of using foetal cells in maternal blood for the determination of foetal RhD status (Lo et al 1993). The main problem with this approach is that the system is not sufficiently reliable without foetal cell enrichment or isolation procedure as demonstrated by the high false-positive and false-negative rates on unenriched samples. Foetal cell enrichment or isolation procedures, on the other hand, are tedious and expensive to perform (Geifman-Holtzman et al 1996; Sekizawa et al 1996).

Our discovery of the presence of foetal DNA in maternal plasma and serum offers a new approach for non-invasive prenatal diagnosis.

Materials and Methods

Patients

Pregnant women attending the Nuffield Department of Obstetrics & Gynaecology were recruited with informed consent. Approval of the project was obtained from the Central Oxfordshire Research Ethics Committee. Women in the second trimester of pregnancy were recruited just prior to amniocentesis. Blood samples were collected prior to any invasive procedures. Ten ml of amniotic fluid was also collected for foetal RhD determination. Women in the third trimester of pregnancy were recruited just prior to delivery. A sample of cord blood was taken following delivery for the ascertainment of foetal RhD status by serological methods.

Sample preparation

Blood samples were collected into tubes containing EDTA. The samples were centrifuged at 3000 g, and plasma was carefully removed and transferred into plain polypropylene tubes. Great care was taken to ensure that the buffy coat was not disturbed. The buffy coat samples were stored at −20° C. until further processing. The plasma samples were then recentrifuged at 3000 g and plasma was again carefully removed and transferred into a fresh set of plain polypropylene tubes. The samples were stored at −20° C. until further processing.

DNA extraction from plasma and serum samples

DNA from plasma and buffy coat samples were extracted using a QIAamp Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid protocol" as recommended by the manufacturer (Cher et al 1996). Eight hundred μl of plasma sample and 200 μl of buffy coat sample was used for DNA extraction per column.

Real time quantitative PCR

Real time quantitative PCR analysis was performed as described in Example 2 with the following modifications.

The RhD TaqMan system consisted of the amplification primers RD-A: 5′-CCT CTC ACT GTT GCC TGC ATT-3′ [SEQ ID NO: 6]; RD-B: 5′-AGT GCC TGC GCG AAC ATT-3′ [SEQ ID NO: 7]; and a dual labelled fluorescent TaqMan probe RD-T,5′-(FAM)TAC GTG AGA AAC GCT CAT GAC AGC AM GTC T(TAMRA)-3′ [SEQ ID NO: 8]. Primer/probe combinations were designed using the Primer Express software (Perkin-Elmer, Foster City, Calif., U.S.A.). Sequence data for the RhD gene were as previously described (Le Van Kim et al 1992).

The beta-globin TaqMan system consisted of the amplification primers beta-globin-354F, 5′-GTG CAC CTG ACT CCT GAG GAG A-3′ [SEQ ID NO: 9]; beta-globin-455R, 5′-CCT TGA TAC CM CCT GCC CAG-3′; and a dual labelled fluorescent TaqMan probe beta-globin-402T, 5′-(FAM)MG GTG AAC GTG GAT GM GTT GGT GG(TAMRA)-3′ [SEQ ID NO: 10]. Primer/probe combinations were designed using the Primer Express software (Perkin-Elmer, Foster City, Calif., U.S.A.). Sequence data were obtained from the GenBank Sequence Database: accession number U01317.

Results

Development of real time TaqMan PCR

The real time sequence detector is able to measure the fluorescence intensity of the liberated reporter molecules cycle after cycle. A parameter, termed the threshold cycle ($C_T$), could be defined which was set at 10 standard deviations above the mean base-line fluorescence calculated from cycles 1 to 15 (Heid et al 1996). An amplification reaction in which the fluorescence intensity rises above the threshold during the course of thermal cycling is defined as a positive reaction.

To determine the sensitivity of TaqMan PCR, serial dilutions of genomic DNA isolated from a RhD-positive individual were made in water consisting of the DNA equivalent from 1,000 cells to 1 cell and subjected to analysis by the SRY TaqMan system. The fewer the number of target molecules, the more amplification cycles were needed to produce a certain quantity of reporter molecules. The system was sensitive enough to detect the DNA equivalent from a single target cell.

Correlation of serology and genotyping of the RhD-negative women

The 21 pregnant women enrolled in this study were all serologically RhD-negative. Genomic DNA (10 ng) isolated from the buffy coat from each woman was subjected to the RhD TaqMan assay and in each case a negative result was found; thus demonstrating complete correlation between the serology and genotyping.

RhD genotyping from DNA isolated from maternal plasma

DNA extracted from the plasma of the 21 RhD-negative pregnant women were subjected to the RhD TaqMan assay. There was complete correlation between the foetal RhD genotype predicted from maternal plasma analysis and the result obtained from genotyping of the amniotic fluid and serological testing of the cord blood (Table 1).

As a control for the amplifiability of DNA extracted from maternal plasma, these samples were also subjected to the beta-globin TaqMan assay. In every case, a positive TaqMan signal was generated.

Discussion

In this study we have demonstrated the feasibility of performing non-invasive foetal RhD genotyping from maternal plasma. This represents the first description of single gene diagnosis from maternal plasma. Our results indicate that this form of genotyping is highly accurate and can potentially be used for clinical diagnosis. This high accuracy is probably the result of the high concentration of foetal DNA in maternal plasma.

The rhesus family of polypeptides are encoded by two related genes: the CcEe gene and the RhD gene (Le Van Kim et al 1992; Chérif-Zahar et al 1990). Due to the complexity of the Rh genetic systems, a number of primer sets have been described for RhD genotyping (Bennet et al 1993; Lo et al 1993; Aubin et al 1997). In order to ensure the accuracy of our genotyping system in the study samples, we performed

US 6,258,540 B1

11

a control genotyping of buffy coat DNA of our patient population. In all cases there was complete correlation between serology and genotype. It is likely that for robust clinical diagnosis, multiple primer sets are preferred. The TaqMan chemistry can easily accommodate the inclusion of multiple primer/probe sets.

The correlation between the severity of foetal haemolytic disease and maternal anti-D level is an area which required further investigation. It is possible that increased amount of foetal DNA is liberated into the maternal circulation in the presence of increased foetal haemolysis.

TABLE 1

| RhDd genotyping from plasma from RhD-negative pregnant women | | |
|---|---|---|
| Case | Foetal RhD genotype | Maternal Plasma RhD TaqMan signal |
| 1 | – | – |
| 2 | – | – |
| 3 | – | – |
| 4 | + | + |
| 5 | + | + |
| 6 | – | – |
| 7 | – | – |
| 8 | + | + |
| 9 | + | + |
| 10 | – | – |
| 11 | + | + |
| 12 | + | + |
| 13 | + | + |
| 14 | + | + |
| 15 | – | – |
| 16 | + | + |
| 17 | + | + |
| 18 | + | + |
| 19 | + | + |
| 20 | + | + |
| 21 | + | + |

Example 4

Elevation of foetal DNA concentration in maternal serum in pre-eclamptic pregnancies

Introduction

Pre-eclampsia is an important cause of maternal and foetal mortality and morbidity. Despite much research, the pathogenesis of this condition is still unclear. The disorder is mainly recognised by the concurrence of pregnancy-induced changes which regress after delivery, of which hypertension and proteinuria are the most commonly used clinical criteria. Some investigators have suggested that pre-eclampsia is the result of abnormal trophoblastic implantation, probably mediated by immunological mechanisms. Other investigators have found pathological changes in the spiral arteries in the decidua and myometrium in which partial occlusion by fibrinoid material is one feature.

In this Example we use a real time quantitative PCR assay to show the concentration of foetal DNA in the serum of women suffering from pre-eclampsia. Y chromosomal sequences from male foetuses were used as a foetal marker.

Materials and Methods

Patients

Pregnant women attending the Department of Obstetrics & Gynaecology at the Prince of Wales Hospital, Shatin, Hong Kong and the Nuffield Department of Obstetrics & Gynaecology, Oxford, U.K. were recruited with informed consent. Approval was obtained from the Research Ethics Committee of The Chinese University of Hong Kong and the Central Oxfordshire Research Ethics Committee. Pre-

12

eclampsia was defined as a sustained rise in diastolic blood pressure to 90 mmHg or higher from previously lower values, with new and sustained proteinuria in the absence of urinary tract infection. The control pregnant women were not on medication and had no hypertension or proteinuria (defined as more than a trace on dipstick urinalysis). The pre-eclamptic and control subjects were matched for gestational age.

Sample preparation

Blood samples were collected into plain tubes. Following blood clotting, the samples were centrifuged at 3000 g, and serum were carefully removed and transferred into plain polypropylene tubes. The samples were stored at –70° C. or –20° C. until further processing.

DNA extraction from plasma and serum samples DNA from serum samples were extracted using a QIAamp Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid protocol" as recommended by the manufacturer (Chen et al 1996). Four hundred to 800 $\mu l$ of plasma/serum sample was used for DNA extraction per column. The exact amount used was documented to enable the calculation of target DNA concentration.

Real time quantitative PCR

Real time quantitative PCR analysis was performed as described in Example 2.

Results

Quantitative analysis of foetal SRYgene from maternal serum

Real time quantitative SRY PCR was carried out for serum DNA extracted from pre-eclamptic and control patients. Data from individual cases are plotted in FIG. 2. The median foetal DNA concentrations in pre-eclamptic and control pregnancies were 381 copies/ml and 76 copies/ml, respectively. Foetal DNA concentration was higher in pre-eclamptic than control pregnancies (Mann-Whitney U Test, p<0.0001).

Discussion

Our data indicate that the concentration of foetal DNA is higher in pre-eclamptic compared with non-pre-eclamptic pregnancies. These results indicate that foetal DNA concentration measurement in maternal plasma may be used as a new marker for pre-eclampsia. Compared with other markers for pre-eclampsia, foetal DNA measurement is unique in that it is a genetic marker while other markers, such as activin A and inhibin A, are generally hormonal markers. By its nature, a test based on a genetic marker has the advantage that it is completely foetal-specific.

Further research will be required to investigate whether the level of foetal DNA is related to the severity of pre-eclampsia. Our discovery also opens up research into the potential application of foetal DNA quantitation to predict the occurrence of pre-eclampsia, prior to the development of clinical signs such as hypertension and proteinuria.

The mechanism by which increased amounts of foetal DNA is liberated into the circulation of pre-eclamptic women is unclear at present. Possible mechanisms include damage to the placental interface resulting in foetal cell death and the consequent release of foetal DNA into maternal circulation. A second mechanism is due to the increased trafficking of foetal cells into maternal circulation in pre-eclampsia. Foetal DNA is then liberated following their destruction in the maternal circulation. Future studies correlating the levels of foetal cells and foetal DNA would be necessary to address these issues.

## Example 5

Quantitative analysis of foetal DNA in maternal plasma and serum

### Introduction

We have demonstrated that foetal DNA is present in maternal plasma and serum. Detection of foetal DNA sequences was possible in 80% and 70% of cases using just 10 $\mu$l of boiled plasma and serum, respectively (Lo et al. 1997).

These observations indicate that maternal plasma/serum DNA may be a useful source of material for the non-invasive prenatal diagnosis of certain genetic disorders. To demonstrate that clinical applications are possible, a number of important questions need to be answered. First, foetal DNA in maternal plasma and serum needs to be shown to be present in sufficient quantities for reliable molecular diagnosis to be carried out. Second, data on the variation of foetal DNA in maternal plasma and serum with regard to gestation age is required to determine the applicability of this technology to early prenatal diagnosis.

In this Example we have addressed both of these issues by developing a real time quantitative TaqMan polymerase chain reaction (PCR) assay (Heid et al. 1996) for measuring the copy numbers of foetal DNA molecules in maternal plasma and serum. This technique permits continuous optical monitoring of the progress of an amplification reaction, giving accurate target quantitation over a wide concentration range. Our data show that foetal DNA is present in maternal plasma and serum at concentrations similar to those achieved by many foetal cell enrichment protocols. We have also investigated the changes of foetal DNA concentration in maternal serum at different gestational ages. Using this plasma or serum-based approach, we show that the reliable detection of foetal DNA is achievable and therefore useful for the non-invasive prenatal diagnosis of selected genetic disorders.

### Subjects and Methods

#### Patients

Pregnant women attending the Department of Obstetrics & Gynecology at the Prince of Wales Hospital, Shatin, Hong Kong were recruited with informed consent. Approval was obtained from the Research Ethics Committee of The Chinese University of Hong Kong. For women studied at a single time point, early pregnancy samples were obtained prior to amniocentesis or chorionic villus sampling while late pregnancy samples were collected just prior to delivery. Five to ten ml of maternal peripheral blood was collected each into one tube containing EDTA and one plain tube. Subjects studied at multiple time points were recruited from the in vitro fertilization program, prior to conception. Five to ten ml of maternal blood from these subjects was collected into a plain tube at each studied time point. For women undergoing prenatal diagnosis, the sex of the baby was ascertained from cytogenetic results from the amniocentesis or chorionic villus samples. For women recruited just prior to delivery or from the in vitro fertilization program, foetal sex was noted at the time of delivery.

#### Sample preparation

Blood samples were centrifuged at 3000 g, and plasma and serum were carefully removed from the EDTA-containing and plain tubes, respectively, and transferred into plain polypropylene tubes. Great care was taken to ensure that the buffy coat or the blood clot was undisturbed when plasma or serum samples, respectively, were removed. The plasma and serum samples were recentrifuged at 3000 g and

the supernatants were collected into fresh polypropylene tubes. The samples were stored at −20° C. until further processing.

DNA extraction from plasma and serum samples DNA from plasma and serum samples were extracted using a QIAamp Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid protocol" as recommended by the manufacturer (Chen et al. 1996). Four hundred to 800 l of plasma/serum sample was used for DNA extraction per column. The exact amount used was documented to enable the calculation of target DNA concentration.

### Real time quantitative PCR

Real time quantitative PCR analysis was performed as described in Example 2, using the SRY TaqMan system and the beta-globin TaqMan system described in the previous Examples.

Identical thermal profile was used for both the SRY and beta-globin TaqMan systems. Thermal cycling was initiated with a 2-minute incubation at 50° C. for the uracil N-glycosylase to act, followed by a first denaturation step of 10 minutes at 95° C. Then, 40 cycles of 95° C. for 15 s and 60° C. for 1 minute were carried out.

### Results

#### Development of real time quantitative PCR

To determine the dynamic range of real time quantitative PCR, serial dilutions of male DNA were made in water consisting of the DNA equivalent from 1,000 cells to 1 cell and subjected to analysis by the SRY TaqMan system. FIG. 3A demonstrates that the amplification curve shifted to the right as the input target quantity was reduced. This was expected as reactions with fewer target molecules required more amplification cycles to produce a certain quantity of reporter molecules than reactions with more target molecules. The system was sensitive enough to detect the DNA equivalent from a single target cell.

FIG. 3B shows a plot of the threshold cycle ($C_T$) against the input target quantity, with the latter plotted on a common log scale. The $C_T$ was set at 10 standard deviations above the mean base-line fluorescence calculated from cycles 1 to 15 and was proportional to the starting target copy number used for amplification (Heid et al. 1996). The linearity of the graph demonstrates the large dynamic range and accuracy of real time quantitative PCR. Similar results were obtained using the beta-globin TaqMan system (results not shown).

The real time quantitative SRY system was insensitive to the existence of background female DNA from 0 to 12,800 female genome-equivalents. This greatly simplified the application of this system as within this range, separate calibration curves did not have to be constructed for different cases due to the presence of different concentrations of foetal and maternal DNA.

The reproducibility of DNA extraction from plasma and serum using the Qiagen protocol was tested by performing replicate extractions (10 for each case) from plasma and serum samples from normal individuals. These replicate extractions were then subjected to real time quantitative PCR using the beta-globin system. The coefficient of variation (CV) of $C_T$ values of these replicate extractions was 1.1%.

#### Quantitative analysis using the real time beta-globin TaqMan system

The concentration of beta-globin sequences in maternal plasma and serum samples was used as a measure of the total amount of extracted DNA, i.e., maternal and foetal DNA extracted from plasma and serum samples from 50 pregnant

US 6,258,540 B1

15

women was analysed using the beta-globin TaqMan system. Twenty-five cases were recruited during the first and second trimesters (gestational age: 11 to 17 weeks) and were denoted as early pregnancy samples in Table 2. The other twenty-five cases were recruited just prior to delivery (gestational age: 37 to 43 weeks) and were denoted as late pregnancy samples in Table 1. The concentrations of beta-globin sequences in maternal plasma and serum are listed in Table 2. These results show that serum contains more DNA than plasma (Wilcoxon Signed Rank Test, p<0.0005), with a mean concentration of serum DNA 14.6 times that of plasma DNA in our studied population. The concentration of beta-globin sequences in maternal plasma from early and late pregnancy samples are compared in Table 2. These data show that the total amount of plasma DNA increases as pregnancy progresses (Mann-Whitney Rank Sum Test, p<0.0005).

Quantitative analysis of foetal SRY gene from maternal plasma and serum

Real time quantitative analysis using the SRY TaqMan system was carried out on DNA extracted from maternal plasma and serum to determine the amount of foetal DNA. Of the 25 early pregnancy samples (gestational age: 11 to 17 weeks), 13 were from women bearing male foetuses and 12 were from women bearing female foetuses. Of the 25 late pregnancy samples (gestational age: 37 to 43 weeks), 14 were from women bearing male foetuses and 11 were from women bearing female foetuses. A positive signal was obtained in each of the 27 women bearing male foetuses and no signal was detected in each of the 23 women bearing female foetuses. Fourteen women had a history of delivering a previous male baby and 5 of these were carrying a female baby in the current studied pregnancy.

Quantitative SRY data from the 27 women bearing male foetuses are summarised in Table 3. These data show that the concentrations of foetal DNA in plasma and serum are higher in late gestation than in early gestation (Mann-Whitney Rank Sum Test, p<0.0005). The mean concentrations of foetal DNA in maternal plasma and serum are 11.5 times and 11.9 times, respectively, higher in late gestation compared with early gestation. The absolute concentrations of foetal DNA in maternal plasma and serum were similar in individual cases. The fractional concentration of foetal DNA in early pregnancy ranges from 0.39% to 11.9% (mean: 3.4%) in plasma and 0.014% to 0.54% (mean: 0.13%) in serum. In late pregnancy, the fraction of foetal DNA ranges from 2.33% to 11.4% (mean: 6.2%) in plasma and 0.032% to 3.97% (mean: 1.0%) in serum.

Sequential follow up of women who conceived by in vitro fertilization

Twenty women who conceived by in vitro fertilization (IVF) were followed up at pre-conception and at multiple time points during pregnancy. All twenty subjects had singleton pregnancies as determined by ultrasound scanning. Twelve women delivered male babies and the remaining 8 delivered female babies. None of the women carrying male foetuses had a history of pregnancy-associated complications. Subject S-51 (FIG. 4) underwent chorionic villus sampling at 12 weeks. Subjects S-1 and S-56 (FIG. 4) had amniocentesis at 16 and 17 weeks, respectively. A total of 163 serum samples from these 20 women were analysed using the real time quantitative SRY TaqMan system. None of the 65 serum samples from the 8 women bearing female babies gave a positive SRY signal. The concentrations of foetal DNA in the 98 serum samples from women carrying male babies are plotted in FIGS. 4a–4l.

16

Discussion

We have developed an accurate real time quantitative PCR system for determining the concentration of foetal DNA in maternal plasma and serum. This system has a number of advantages: (1) a large dynamic range of over 5 orders of magnitude (Heid et al. 1996); (2) a high throughput and fast turnaround time—96 samples could be simultaneously amplified and quantified in approximately 2 hours; and (3) the use of a homogeneous amplification/detection system which requires no post-PCR processing and therefore minimizes the risk of carryover contamination.

The most important observation in this study is the very high concentration of foetal DNA in maternal plasma and serum. Bianchi et al reported that the average number of foetal cells in maternal blood in normal pregnancies was 19 in 16 ml of maternal blood, i.e., 1.2 cells/ml during the second trimester (Bianchi et al. 1997). Therefore, the mean concentration of foetal DNA in maternal plasma and serum is 21.2 (25.4/1.2) and 23.9 (28.7/1.2) times, respectively, higher than that in the cellular fraction of maternal blood at the same gestation. The relative concentration of foetal to total plasma DNA is even higher. Thus, in early pregnancy, foetal DNA in maternal plasma constitutes a mean of 3.4% of the total plasma DNA. The respective figure in late pregnancy is 6.2%. Hamada et al reported that the frequency of foetal cells in the second trimester was 0.0035% while that in the third trimester was 0.008% (Hamada et al. 1993). The fetomaternal ratio is, therefore, 97Sfold and 775-fold higher in maternal plasma than in the cellular fraction at the respective gestational age. Indeed, the fetomaternal ratio in plasma DNA is comparable to that following many foetal cell enrichment protocols. For example, Bianchi et al reported that following foetal nucleated red cell enrichment using fluorescence activated cell sorting, the resulting foetal cells constituted 0.001%–5% of the sorted cell populations as determined by quantitative PCR analysis (Bianchi et al. 1994). In a similar study using cell sorting and foetal cell detection using fluorescence in situ hybridization, Sohda et al found that on average 4.6% of the sorted cells were of foetal origin (Sohda et al. 1997). Maternal plasma, therefore, offers an easily accessible foetal DNA source for prenatal genetic analysis.

We have demonstrated that the absolute concentration of foetal DNA in maternal plasma is similar to that in maternal serum. The main difference lies in the presence of a larger quantity of background maternal DNA in serum compared with plasma, possibly due to the liberation of DNA during the clotting process. While this exerts no noticeable effect on the efficiency of foetal DNA detection using the real time TaqMan system, it is possible that with the use of less sensitive methods, e.g., conventional PCR followed by ethidium stained agarose gel electrophoresis, maternal plasma may be preferable to maternal serum for robust foetal DNA detection.

The high concentration of foetal DNA in maternal plasma and serum has allowed us to reliably detect the presence of foetal genetic material. Of the 263 serum or plasma samples analysed in this study, we were able to detect foetal SRY gene in maternal plasma or serum from every subject who was carrying a male baby at the time of venesection. This robust detection rate was obtained using DNA extracted from just 40–80 μl of maternal plasma and serum. This volume represents a 4–8 fold increase over the 10 μl of boiled maternal plasma or serum reported in our previous study (Lo et al. 1997) and results in significant improvement in sensitivity. The specificity was preserved as we did not observe amplification signals from samples obtained pre-

US 6,258,540 B1

17                                                    18

conception or from subjects carrying a female foetus. From the data obtained thus far, plasma/serum analysis did not appear to be significantly affected by the persistence of foetal cells from previous pregnancies (Bianchi et al. 1996). Thus, we did not obtain any false positive results from women who had carried a previous male baby but who were carrying a female baby at the time of blood sampling for this study.

The sequential study on patients undergoing IVF gave a number of important results. First, all of the 12 patients carrying male babies were shown to be negative for SRY sequences in their sera prior to conception. This provided convincing evidence that the SRY sequence detected by the TaqMan assay did indeed originate from the male foetus in the current pregnancy. Second, we were able to detect foetal SRY sequences as early as the 7th week of gestation; thus indicating that foetal genetic analysis in maternal plasma/serum could be used in the first trimester. Third, we showed that foetal DNA concentration increased as pregnancy progressed (FIGS. 4a–4f). This last point was also confirmed by data obtained from women studied at a single time point. Women recruited late in pregnancy had higher foetal DNA concentrations in their plasma and serum (Table 3).

In addition to the increase in foetal DNA concentration as pregnancy progresses, our data also indicate that maternal plasma DNA also increases with gestation (Table 2). The biologic basis for this phenomenon is unclear at present. Possible explanations include the increase in size of the fetomaternal interface as gestation progresses and possible reduction in DNA clearance associated with other physiologic changes in pregnancy.

For selected disorders, foetal genetic information could be acquired more economically and rapidly from maternal plasma or serum than by using foetal cells isolated from maternal blood. We envisage that foetal DNA analysis in maternal plasma and serum would be most useful in situations where the determination of foetal-derived paternally-inherited polymorphisms/mutations or genes would be helpful in clinical prenatal diagnosis (Lo et al. 1994). Examples include foetal sex determination for the prenatal diagnosis of sex-linked disorders, foetal rhesus D status determination in sensitized rhesus negative pregnant women (Lo et al. 1993), autosomal dominant disorders in which the father carries the mutation and autosomal recessive genetic disorders in which the father and mother carry different mutations (Lo et al. 1994), e.g., certain hemoglobinopathies (Camaschella et al. 1990) and cystic fibrosis. Due to the much reduced maternal background and high foetal DNA concentration in maternal plasma and serum, we predict that this type of analysis would be much more robust compared with their application for detecting unsorted foetal cells in maternal blood. The ability for allelic discrimination (Lee et al. 1993; Livak et al. 1995) allows the homogeneous TaqMan assay to be used for this purpose. The high throughput and anti-contamination capability of this system makes it an attractive candidate for large scale clinical application.

Bianchi et al recently reported that foetal cells in maternal blood were increased in aneuploid pregnancies (Bianchi et al. 1997) and it has been demonstrated (Example 2) that the foetal DNA concentration in maternal plasma and serum is also elevated in these pregnancies. This provides a new screening test for foetal chromosomal disorders. For this application, foetal DNA quantitation systems can be developed for polymorphic markers outside the Y chromosome so that quantitation could be applied to female foetuses. Autosomal polymorphic systems which may be used for this purpose have already been described (Lo et al. 1996).

However, foetal cell isolation techniques would still be necessary for a definitive cytogenetic diagnosis. Similarly, foetal cell isolation would also be required for direct mutational analysis of autosomal recessive disorders caused by a single mutation. It is likely that foetal cell isolation and analysis of foetal DNA in maternal plasma/serum would be used as complementary techniques for non-invasive prenatal diagnosis.

The biologic basis by which foetal DNA is liberated into maternal plasma remains to be elucidated. It is possible that foetal DNA is released from cell lysis resulting from physical and immunologic damage, or through developmentally associated apoptosis of foetal tissues. It is also likely that increased amounts of foetal DNA may be found in conditions associated with placental damage, such as pre-eclampsia. The real time quantitative PCR system described here offers a powerful tool to study these unexplored pathophysiologic aspects of foetal DNA in maternal plasma and may improve our understanding of the fetomaternal relationship.

TABLE 2

Quantitative analysis of maternal plasma and serum using the beta-globin TaqMan assay

|  | Mean (copies/ml) | Median (copies/ml) | Range (copies/ml) |
|---|---|---|---|
| Plasma (Early + Late Pregnancy) | 3466 | 1594 | 356–31875 |
| Serum (Early + Late Pregnancy) | 50651 | 34688 | 5813–243750 |
| Plasma (Early Pregnancy) | 986 | 975 | 356–1856 |
| Plasma (Late Pregnancy) | 5945 | 4313 | 1125–31875 |

TABLE 3

Quantitation of foetal DNA in maternal plasma and serum: relationship with gestational age

| | SRY concentration (copies/ml) | | | |
|---|---|---|---|---|
| | Early Pregnancy | | Late Pregnancy | |
| | Plasma | Serum | Plasma | Serum |
| Range | 3.3–69.4 | 4.0–58.1 | 76.9–769 | 33.8–900 |
| Mean | 25.4 | 28.7 | 292.2 | 342.1 |
| Median | 20.6 | 19.5 | 244.0 | 286.0 |

Figure Legends

FIG. 1. Foetal DNA in maternal serum from women carrying aneuploid and normal foetuses. The control and aneuploid groups are as indicated on the x-axis. The foetal SRY DNA concentrations expressed in copies/ml are plotted on the y-axis.

FIG. 2. Foetal DNA in maternal serum in pre-eclamptic and non-pre-eclamptic pregnancies. The pre-eclamptic and control groups are as indicated on the x-axis. The foetal SRY DNA concentrations expressed in copies/ml are plotted on the y-axis.

FIGS. 3A and 3B. Real time quantitative PCR. A, Amplification plots obtained using real time quantitative PCR for the SRY gene. Each plot corresponds to a particular input target quantity marked by a corresponding symbol. The x-axis denotes the cycle number of a quantitative PCR reaction. The y-axis denotes the $\Delta Rn$ which is the fluorescence intensity over the background (Heid et al. 1996). B, Plot of the threshold cycle ($C_T$) against the input target quantity (common log scale). The correlation coefficient is 0.986.

**19**

FIGS. 4a–4l. Sequential study of 12 women bearing male fetuses who conceived by in vitro fertilization. Each case is denoted by a unique recruitment case number. The x-axis denotes the gestation at which the serum sample was obtained. A gestation age of zero denotes the pre-conception sample. The y-axis denotes the concentration of foetal SRY in maternal serum expressed in copies/ml. The scale has been optimized for the concentration range for each case.

References

Aubin J T, Le Van Kim C, Mouro I, et al. Specificity and sensitivity of RhD genotyping methods by PCR-based DNA amplification. Br J Haematol 1997; 98:356–364.

Bennett P R, Le Van Kim C, Colin Y, et al. Prenatal determination of foetal RhD type by DNA amplification. N Engl J Med 1993; 329:607–610.

Bianchi D W, Mahr A, Zickwolf G K, Houseal T W, Flint A F, Klinger K W. Detection of foetal cells with 47,XY,+21 karyotype in maternal peripheral blood. Hum Genet 1992; 90:368–370.

Bianchi D W, Shuber A P, DeMaria M A, Fougner A C, Klinger K W (1994) Foetal cells in maternal blood: determination of purity and yield by quantitative PCR. Am J Obstet Gynecol 171:922–926

Bianchi D W, Williams J M, Pelletier C, Klinger K W, Shuber A P. Foetal cell quantitation in maternal blood samples from normal and aneuploid pregnancies. Pediatr Res 1996; 39:142A.

Bianchi D W, Williams J M, Sullivan L M, Hanson F W, Klinger K W, Shuber A P. PCR quantitation of foetal cells in maternal blood in normal and aneuploid pregnancies. Am J Hum Genet 1997; 61:822–829.

Camaschella C, Alfarano A, Gottardi E, et al. Prenatal diagnosis of foetal hemoglobin Lepore-Boston disease on maternal peripheral blood. Blood 1990; 75:2102–106.

Chérif-Zahar B, Bloy C, Le Van Kim C, et al. Molecular cloning and protein structure of a human blood group Rh polypeptide. Proc Natl Acad Sci U S A 1990; 87:6243–6247.

Chen X Q, Stroun M, Magnenat J- L, et al. Microsatellite alterations in plasma DNA of small cell lung cancer patients. Nat Med 1996; 2:1033–35.

Cheung M C, Goldberg J D, Kan Y W. Prenatal diagnosis of sickle cell anemia and thalassemia by analysis of foetal cells in maternal blood. Nat Genet 1996; 14:264–68.

Colin Y, Cherif-Zahar B, Le Van Kim C, Raynal V, van Huffel V, Cartron J- P. Genetic basis of the RhD-positive and RhD-negative blood group polymorphism as determined by Southern analysis. Blood 1991; 78:2747–2752.

Elias S, Price J, Dockter M, Wachtel S, Tharapel A, Simpson J L. First trimester prenatal diagnosis of trisomy 21 in foetal cells from maternal blood. Lancet 1992; 340:1033.

Emanuel S L, Pestka S. Amplification of specific gene products from human serum. GATA 1993; 10:144–46.

Frickhofen N. & Young N. S. A rapid method of sample preparation for detection of DNA viruses in human serum by polymerase chain reaction. J.Virological Methods 1991; 35:65–72.

Geifman-Holtzman O, Bernstein I M, Berry S M, et al. Fetal RhD genotyping in foetal cells flow-sorted from maternal blood. Am. J. Obstet. Gynecol. 1996; 174:818–822.

Hamada H, Arinami T, Kubo T, Hamaguchi H, Iwasaki H (1993) Foetal nucleated cells in maternal peripheral blood: frequency and relationship to gestational age. Hum Genet 91:427432

**20**

Held C. A., Stevens J., Livak K. J., Williams P. M. Real time quantitative PCR. Genome Research 1996; 6:986–994.

Holland P M, Abramson R D, Watson R, Gelfand D H. Detection of specific polymerase chain reaction product by utilising the 5'-3' exonuclease activity of the Thermus aquaticus DNA polymerase. Proc Natl Acad Sci USA 1991; 88:7276–7280.

Kwok S, Higuchi R. Avoiding false positives with PCR. Nature 1989; 339:237–238.

Le Van Kim C, Mouro I, Cherif-Zahar B, et al. Molecular cloning and primary structure of the human blood group RhD polypeptide. Proc Natl Acad Sci USA 1992; 89:10925–10929.

Lee L G, Connell C R, Bloch W. Alldic discrimination by nick-translation PCR with fluorogenic probes. Nucleic Acids Res 1993; 21:3761–3766.

Livak K J, Flood S J, Marmaro J, Giusti W, Deetz K. Oligonucleotides with fluorescent dyes at opposite ends provide a quenched probe system useful for detecting PCR product and nucleic acid hybridization. PCR Methods Appl 1995; 4:357–362.

Lo Y M D, Corbetta N, Chamberlain P F, Rai V, Sargent I L, Redman C W G Wainscoat J S (1997) Presence of foetal DNA in maternal plasma and serum. Lancet 350:485487

Lo Y M D, Fleming K A, Wainscoat J S (1994) Strategies for the detection of autosomal foetal DNA sequence from maternal peripheral blood. Ann NY Acad Sci 731:204–213

Lo Y M D, Patel P, Wainscoat J S, Sampietro M, Gillmer M D G, Fleming K A. Prenatal sex determination by DNA amplification from maternal peripheral blood. Lancet 1989; 2:1363–65.

Lo Y M D, Lo E S F, Watson N, et al. Two-way cell traffic between mother and fetus: biologic and clinical implications. Blood 1996; 88:4390–95.

Lo Y M D, Patel P, Sampietro M, Gilimer M D G, Fleming K A, Wainscoat J S. Detection of single-copy foetal DNA sequence from maternal blood. Lancet 1990; 335:1463–64.

Lo Y M D, Bowell P J, Selinger M, et al. Prenatal determination of foetal RhD status by analysis of peripheral blood of rhesus negative mothers. Lancet 1993; 341:1147–48.

Longo M C, Berninger M S, Hardey J L. Use of uracil DNA glycosylase to control caTTy-over contamination in polymerase chain reactions. Gene 1990; 93:125–128.

Mulcahy H E, Croke D T, Farthing M J G. Cancer and mutant DNA in blood plasma. Lancet 1996; 348:628.

Nawroz H, Koch W, Anker P, Stroun M, Sidransky D. Microsatellite alterations in serum DNA of head and neck cancer patients. Nat Med 1996; 2:1035–37.

Rebello M T, Hackett G, Smith J, et al. Extraction of DNA from amniotic fluid cells for the early prenatal diagnosis of genetic disease. Prenat Diagn 1991;11:41–46.

US 6,258,540 B1

| 21 | 22 |

Saiki R K, Gelfand D H, Stoffel S, et al. Primer-directed enzymatic amplification of DNA with a thermostable DNA polymerase. Science 1988; 239:487–91.

Sekizawa A, Watanabe A, T. K, Saito H, Yanaihara T, Sato T. Prenatal diagnosis of the foetal RhD blood type using a single foetal nucleated erythrocyte from maternal blood. Obstet Gynecol 1996; 87:501–505.

Simpson J L, Elias S. Isolating foetal cells from maternal blood: advances in prenatal diagnosis through molecular technology. JAMA 1993; 270:2357–61.

Sohda S, Arinami T, Hamada H, Nakauchi H, Hamaguchi H, The proportion of foetal nucleated red blood cells in maternal blood: estimation by FACS analysis. Prenat Diagn 17:743–752

---

### SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 11

<210> SEQ ID NO 1
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: GeneAmp DNA Amplification Primer Y1.7

<400> SEQUENCE: 1

catccagagc gtccctggct t                                                21


<210> SEQ ID NO 2
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: GeneAmp DNA Amplification Primer Y1.8

<400> SEQUENCE: 2

ctttccacag ccacatttgt c                                                21


<210> SEQ ID NO 3
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: TaqMan Amplification Primer SRY-109F

<400> SEQUENCE: 3

tggcgattaa gtcaaattcg c                                                21


<210> SEQ ID NO 4
<211> LENGTH: 25
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: TaqMan Amplification Primer SRY-245R

<400> SEQUENCE: 4

ccccctagta ccctgacaat gtatt                                            25


<210> SEQ ID NO 5
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Dual Labeled Fluorescent TaqMan Probe SRY-142T

<400> SEQUENCE: 5

agcagtagag cactccaggga ggcaga                                          26


<210> SEQ ID NO 6
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence

US 6,258,540 B1

23                                    24

-continued

<220> FEATURE:
<223> OTHER INFORMATION: RhD TaqMan Amplification Primer RD-A

<400> SEQUENCE: 6

cctctcactg ttgcctgcat t                                    21


<210> SEQ ID NO 7
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: RhD TaqMan Amplification Primer RD-B

<400> SEQUENCE: 7

agtgcctgcg cgaccatt                                        18


<210> SEQ ID NO 8
<211> LENGTH: 31
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Dual Labelled Fluorescent TaqMan Probe RD-T

<400> SEQUENCE: 8

tacgtgagaa acgctcatga cagcaaagtc t                         31


<210> SEQ ID NO 9
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: TaqMan Amplification Primer beta-globin-354F

<400> SEQUENCE: 9

gtgcacctga ctcctgagga ga                                   22


<210> SEQ ID NO 10
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: TaqMan Amplification Primer beta-globin-455R

<400> SEQUENCE: 10

ccttgatacc aacctgccca g                                    21


<210> SEQ ID NO 11
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Dual Labelled Fluorescent TaqMan Probe beta-
      globin-402T

<400> SEQUENCE: 11

aaggtgaacg tggatgaagt tggtgg                               26

What is claimed is:

1. A method for detecting a paternally inherited nucleic acid of fetal origin performed on a maternal serum or plasma sample from a pregnant female, which method comprises
amplifying a paternally inherited nucleic acid from the serum or plasma sample and
detecting the presence of a paternally inherited nucleic acid of fetal origin in the sample.

2. The method according to claim 1, wherein the foetal nucleic acid is amplified by the polymerase chain reaction.

3. The method according to claim 2, wherein at least one foetal sequence specific oligonucleotide primer is used in the amplification.

4. The method according to claim 1, wherein the foetal nucleic acid is detected by means of a sequence specific probe.

US 6,258,540 B1

25

5. The method according to claim 1, wherein the presence of a foetal nucleic acid sequence from the Y chromosome is detected.

6. The method according to claim 5, wherein the Y chromosome sequence is from the DYS14 locus.

7. The method according to claim 5, wherein the Y chromosome sequence is from the SRY gene.

8. The method according to claim 1, wherein the presence of a foetal nucleic acid from a paternally-inherited non-Y chromosome is detected.

9. The method according to claim 8, wherein the non-Y sequence is a blood group antigen gene.

10. The method according to claim 8, wherein the non-Y sequence is a gene which confers a disease phenotype in the foetus.

11. The method according to claim 8, for Rhesus D genotyping a foetus in a Rhesus D negative mother.

12. The method according to claim 5, for determining the sex of the foetus.

13. The method according to claim 5, which comprises determining the concentration of the foetal nucleic acid sequence in the maternal serum or plasma.

14. The method according to claim 13, wherein the determination of the concentration of foetal nucleic acid sequence in the maternal serum or plasma is by quantitative PCR.

15. The method according to claim 13, for the detection of a maternal or foetal condition in which the level of foetal DNA in the maternal serum or plasma is higher or lower than normal.

16. The method according to claim 13, wherein the pattern of variation of foetal DNA concentration in the maternal serum or plasma at particular stages of gestation is different from normal.

17. The method according to claim 13, for detection of pre-eclampsia.

18. The method according to claim 13, for detection of a foetal chromosomal aneuploidy.

19. The method according to claim 1, wherein the sample contains foetal DNA at a fractional concentration of total DNA of at least about 0.14%, without subjecting it to a foetal DNA enrichment step.

26

20. The method according to claim 19, wherein the fractional concentration of foetal DNA is at least about 0.39%.

21. A method of performing a prenatal diagnosis, which method comprises the steps of:

(i) providing a maternal blood sample;

(ii) separating the sample into a cellular and a non-cellular fraction;

(iii) detecting the presence of a nucleic acid of foetal origin in the non-cellular fraction according to the method of claim 1;

(iv) providing a diagnosis based on the presence and/or quantity and/or sequence of the foetal nucleic acid.

22. The method according to claim 21, wherein the non-cellular fraction as used in step (iii) is a plasma fraction.

23. The method according to claim 21, including performing the further step of allowing clotting in the maternal sample and using the resulting serum in step (iii).

24. A method for detecting a paternally inherited nucleic acid on a maternal blood sample, which method comprises:

removing all or substantially all nucleated and anucleated cell populations from the blood sample,

amplifying a paternally inherited nucleic acid from the remaining fluid and subjecting the amplified nucleic acid to a test for the Paternally inherited fetal nucleic acid.

25. A method for performing a prenatal diagnosis on a maternal blood sample, which method comprises

obtaining a non-cellular fraction of the blood sample

amplifying a paternally inherited nucleic acid from the non-cellular fraction

and performing nucleic acid analysis on the amplified nucleic acid to detect paternally inherited fetal nucleic acid.

26. The method according to claim 9, wherein the blood group antigen gene is the rhesus D gene.

27. The method according to claim 10, wherein the gene is the rhesus D gene.

* * * * *

PATENT APPLICATION SERIAL NO. ___**09/380696**___

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

05/15/2000 WCLAYBRO 00000262 220493   09380696

01 FC:971       420.00 CH
02 FC:967        54.00 CH

Adjustment date: 05/15/2000   WCLAYBRO
09/10/1999 WCLAYBRO 00000036 220493   09380696
01 FC:970       840.00 CR
02 FC:966       108.00 CR

WO 98/39474

TO/PCT Rec'd 03 SEP 1999

09/380696

PCT/GB98/00690

1

## NON-INVASIVE PRENATAL DIAGNOSIS

This invention relates to prenatal detection methods using
non-invasive techniques.  In particular, it relates to prenatal diagnosis by
5    detecting foetal nucleic acids in serum or plasma from a maternal blood
sample.

BACKGROUND OF THE INVENTION

Conventional prenatal screening methods for detecting foetal
abnormalities and for sex determination traditionally use foetal samples
derived by invasive techniques such as amniocentesis and chorionic villus
10   sampling.  These techniques require careful handling and present a degree
of risk to the mother and to the pregnancy.

More recently, techniques have been devised for predicting
abnormalities in the foetus and possible complications in pregnancy, which
use maternal blood or serum samples.  Three markers commonly used
15   include alpha-foetoprotein (AFP - of foetal origin), human chorionic
gonadotrophin (hCG) and estriol, for screening for Down's Syndrome and
neural tube defects.  Maternal serum is also currently used for biochemical
screening for chromosomal aneuploidies and neural tube defects.  The
passage of nucleated cells between the mother and foetus is now a well-
20   recognised phenomenon (Lo et al 1989; Lo et al 1996).  The use of foetal
cells in maternal blood for non-invasive prenatal diagnosis (Simpson and
Elias 1993) avoids the risks associated with conventional invasive
techniques.  WO 91/08304 describes prenatal genetic determination using
foetal DNA obtained from foetal cells in the maternal blood.  Considerable
25   advances have been made in the enrichment and isolation of foetal cells
for analysis (Simpson and Elias 1993; Cheung et al 1996).  However,
these techniques are time-consuming or require expensive equipment.

Recently, there has been interest in the use of plasma or
serum-derived DNA for molecular diagnosis (Mulcahy et al 1996).  In
30   particular, it has been demonstrated that tumour DNA can be detected by

2

the polymerase chain reaction (PCR) in the plasma or serum of some

patients (Chen *et al* 1996; Nawroz *et al* 1996).

GB 2 299 166 describes non-invasive cancer diagnosis by

detection of K-*ras* and N-*ras* gene mutations using PCR-based techniques.

*SUMMARY AND OBJECTS OF THE INVENTION*

5           It has now been discovered that foetal DNA is detectable in

maternal serum or plasma samples.  This is a surprising and unexpected

finding; maternal plasma is the very material that is routinely discarded by

investigators studying non-invasive prenatal diagnosis using foetal cells in

maternal blood.  The detection rate is much higher using serum or plasma

10      than using nucleated blood cell DNA extracted from a comparable volume

of whole blood, suggesting that there is enrichment of foetal DNA in

maternal plasma and serum.  In fact, the concentration of foetal DNA in

maternal plasma expressed as a % of total DNA has been measured as

from 0.39% (the lowest concentration measured in early pregnancy), to as

15      high as 11.4% (in late pregnancy), compared to ratios of generally around

0.001% and up to only 0.025% for cellular fractions (Hamada *et al* 1993).

It is important that foetal DNA is found in maternal plasma as well as serum

because this indicates that the DNA is not an artefact of the clotting

process.

20           This invention provides a detection method performed on a

maternal serum or plasma sample from a pregnant female, which method

comprises detecting the presence of a nucleic acid of foetal origin in the

sample.  The invention thus provides a method for prenatal diagnosis.

The term "prenatal diagnosis" as used herein covers

25      determination of any maternal or foetal condition or characteristic which is

related to either the foetal DNA itself or to the quantity or quality of the

foetal DNA in the maternal serum or plasma.  Included are sex

determination, and detection of foetal abnormalities which may be for

example chromosomal aneuploidies or simple mutations.  Also included is

30      detection and monitoring of pregnancy-associated conditions such as pre-

3

eclampsia which result in higher or lower than normal amounts of foetal DNA being present in the maternal serum or plasma.  The nucleic acid detected in the method according to the invention may be of a type other than DNA e.g. mRNA.

5          The maternal serum or plasma sample is derived from the maternal blood.  As little as 10μl of serum or plasma can be used.  However it may be preferable to employ larger samples in order to increase accuracy.  The volume of the sample required may be dependent upon the condition or characteristic being detected.  In any case, the

10   volume of maternal blood which needs to be taken is small.

The preparation of serum or plasma from the maternal blood sample is carried out by standard techniques.  The serum or plasma is normally then subjected to a nucleic acid extraction process.  Suitable methods include the methods described herein in the examples, and

15   variations of those methods.  Possible alternatives include the controlled heating method described by Frickhofen and Young (1991).  Another suitable serum and plasma extraction method is proteinase K treatment followed by phenol/chloroform extraction.  Serum and plasma nucleic acid extraction methods allowing the purification of DNA or RNA from larger

20   volumes of maternal sample increase the amount of foetal nucleic acid material for analysis and thus improve the accuracy.  A sequence-based enrichment method could also be used on the maternal serum or plasma to specifically enrich for foetal nucleic acid sequences.

An amplification of foetal DNA sequences in the sample is

25   normally carried out.  Standard nucleic acid amplification systems can be used, including PCR, the ligase chain reaction, nucleic acid sequence based amplification (NASBA), branched DNA methods, and so on.  Preferred amplification methods involve PCR.

The method according to the invention may be particularly

30   useful for sex determination which may be carried out by detecting the

WO 98/39474                                           PCT/GB98/00690

4

presence of a Y chromosome.  It is demonstrated herein that using only 10µl of plasma or serum a detection rate of 80% for plasma and 70% for serum can be achieved.  The use of less than 1ml of maternal plasma or serum has been shown to give a 100% accurate detection rate.

5          The method according to the invention can be applied to the detection of any paternally-inherited sequences which are not possessed by the mother and which may be for example genes which confer a disease phenotype in the foetus.  Examples include:

a)    Foetal rhesus D status determination in rhesus negative mothers
10          (Lo *et al* 1993).  This is possible because rhesus D positive
            individuals possess the rhesus D gene which is absent in rhesus D
            negative individuals.  Therefore, the detection of rhesus D gene
            sequences in the plasma and serum of a rhesus D negative mother
            is indicative of the presence of a rhesus D positive foetus.  This
15          approach may also be applied to the detection of foetal rhesus D
            mRNA in maternal plasma and serum.

b)    Haemoglobinopathies (Camaschella *et al* 1990).  Over 450 different
            mutations in the beta-globin gene have been known to cause beta-
            thalassaemia.  Provided that the father and mother carry different
20          mutations, the paternal mutation can be used as an amplification
            target on maternal plasma and serum, so as to assess the risk that
            the foetus may be affected.

c)    Paternally-inherited DNA polymorphisms or mutations.  Paternally-
            inherited DNA polymorphisms or mutations present on either a Y or
25          a non-Y chromosome, can be detected in maternal plasma and
            serum to assess the risk of the foetus being affected by a particular
            disease by linkage analysis.  Furthermore, this type of analysis can
            also be used to ascertain the presence of foetal nucleic acid in a
            particular maternal plasma or serum sample, prior to diagnostic
30          analysis such as sex determination.  This application will require the
            prior genotyping of the father and mother using a panel of

5

polymorphic markers and then an allele for detection will be chosen
which is present in the father, but is absent in the mother.

The plasma or serum-based non-invasive prenatal diagnosis
method according to the invention can be applied to screening for Down's

5    Syndrome and other chromosomal aneuploidies. Two possible ways in
which this might be done are as follows:

a)    It has been found that in pregnancy involving foetuses with
      chromosomal aneuploidies e.g. Down's Syndrome, the level of
      foetal cells circulating in maternal blood is higher than in

10    pregnancies involving normal foetuses (Bianchi *et al* 1996).
      Following the surprising discovery disclosed herein that foetal
      DNA is present in maternal plasma and serum, it has also been
      demonstrated that the level of foetal DNA in maternal plasma
      and serum is higher in pregnancies where the foetus has a

15    chromosomal aneuploidy than in normal pregnancies.
      Quantitative detection of foetal nucleic acid in the maternal
      plasma or serum e.g. a quantitative PCR assay, can be used to
      screen pregnant women for chromosomal aneuploidies.

b)    A second method involves the quantitation of foetal DNA

20    markers on different chromosomes. For example, for a foetus
      affected by Down's Syndrome the absolute quantity of foetal
      chromosomal 21-derived DNA will always be greater than that
      from the other chromosomes. The recent development of very
      accurate quantitative PCR techniques, such as real time

25    quantitative PCR (Heid *et al* 1996) facilitates this type of
      analysis.

Another application of the accurate quantitation of foetal
nucleic acid levels in the maternal serum or plasma is in the molecular
monitoring of certain placental pathologies, such as pre-eclampsia. The

30   concentration of foetal DNA in maternal serum and plasma is elevated in

WO 98/39474                                                    PCT/GB98/00690

6

pre-eclampsia.  This is probably due to the placental damage which
occurs.

It is anticipated that it will be possible to incorporate the
nucleic acid-based diagnosis methods described herein into existing

5    prenatal screening programmes.  Sex determination has successfully been
performed on pregnancies from 7 to 40 weeks of gestation.
*BRIEF DESCRIPTION OF THE DRAWINGS*
In the attached figures:

Figure 1 shows increased foetal DNA in aneuploid pregnancies compared
to control pregnancies;

10   Figure 2 shows increased foetal DNA in pre-eclampsia compared to control
pregnancies;
*Figures 3A and 3B show*
~~Figure 3 shows~~ an amplification curve and threshold cycle for real time
quantitative PCR;
*figures 4a -4l show*
~~Figure 4~~ shows foetal DNA concentrations in maternal samples for a

15   number of subjects at different stages of gestation.
*DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS*
The invention will now be illustrated in the following
Examples, which do not in any way limit the scope of the invention.

20                                    **EXAMPLES**

**Example 1**

**Analysis of foetal DNA for sex determination**

**Patients**

Pregnant women attending the Nuffield Department of

25   Obstetrics & Gynaecology, John Radcliffe Hospital, Oxford were recruited
prior to amniocentesis or delivery.  Ethics approval of the project was
obtained from the Central Oxfordshire Research Ethics Committee.
Informed consent was sought in each case. Five to ten ml of maternal
peripheral blood was collected into an EDTA and a plain tube.  For women

30   undergoing amniocentesis, maternal blood was always collected prior to

7

the procedure and 10 ml of amniotic fluid was also collected for foetal sex
determination.  For women recruited just prior to delivery, foetal sex was
noted at the time of delivery.  Control blood samples were also obtained
from 10 non-pregnant female subjects and further sample processing was

5      as for specimens obtained from pregnant individuals.

**Sample preparation**

Maternal blood samples were processed between 1 to 3
hours following venesection.  Blood samples were centrifuged at 3000g
and plasma and serum were carefully removed from the EDTA-containing

10     and plain tubes, respectively, and transferred into plain polypropylene
tubes.  Great care was taken to ensure that the buffy coat or the blood clot
was undisturbed when plasma or serum samples, respectively, were
removed.  Following removal of the plasma samples, the red cell pellet and
buffy coat were saved for DNA extraction using a Nucleon DNA extraction

15     kit (Scotlabs, Strathclyde, Scotland, U.K.).  The plasma and serum
samples were then subjected to a second centrifugation at 3000g and the
recentrifuged plasma and serum samples were collected into fresh
polypropylene tubes.  The samples were stored at -20°C until further
processing.

20     **DNA extraction from plasma and serum samples**

Plasma and serum samples were processed for PCR using a
modification of the method of Emanuel and Pestka (1993).  In brief, 200 μl
of plasma or serum was put into a 0.5ml eppendorf tube.  The sample was
then heated at 99°C for 5 minutes on a heat block.  The heated sample

25     was then centrifuged at maximum speed using a microcentrifuge.  The
clear supernatant was then collected and 10 μl was used for PCR.

**DNA extraction from amniotic fluid**

The amniotic fluid samples were processed for PCR using
the method of Rebello *et al* (1991).  One hundred μl of amniotic fluid was

30     transferred into a 0.5 ml eppendorf tube and mixed with an equal volume of

GB9605003.HH . 96308660



8

10% Chelex-100 (Bio-Rad).  Following the addition of 20 µl of mineral oil to

prevent evaporation, the tube was incubated at 56°C for 30 minutes on a

heat block.  Then, the tube was vortexed briefly and incubated at 99°C for

20 minutes.  The treated amniotic fluid was stored at 4°C until PCR and

5    10 µl was used in a 100µl reaction.

**Polymerase chain reaction (PCR)**

           The polymerase chain reaction (PCR) was carried out

essentially as described (Saiki *et al* 1988) using reagents obtained from a

GeneAmp DNA Amplification Kit (Perkin Elmer, Foster City, CA, USA).

10    The detection of Y-specific foetal sequence from maternal plasma, serum

and cellular DNA was carried out as described using primers Y1.7 and

Y1.8, designed to amplify a single copy Y sequence (DYS14) (Lo *et al*

1990).  The sequence of Y1.7 is 5' CAT CCA GAG CGT CCC TGG CTT 3'

[SEQ ID NO: 1] and that of Y1.8 is 5' CTT TCC ACA GCC ACA TTT GTC

15    3' [SEQ ID NO: 2].  The Y-specific product was 198 bp.  Sixty cycles of Hot

Start PCR using Ampliwax technology were used on 10 µl of maternal

plasma or serum or 100 ng of maternal nucleated blood cell DNA

(denaturation step of 94°C 1 minute and a combined

reannealing/extension step of 57°C 1 minute).  Forty cycles were used for

20    amplification of amniotic fluid.  PCR products were analysed by agarose

gel electrophoresis and ethidium bromide staining.  PCR results were

scored before the foetal sex was revealed to the investigator.


**Results**

25    Sensitivity of PCR assay

           Serial dilutions of male genomic DNA in 1 µg of female

genomic DNA were performed and amplified by the Y-PCR system using

60 cycles of amplification.  Positive signals were detected up to the

100,000 dilution, i.e., approximately the equivalent of a single male cell.

30    Amplification of foetal DNA sequence from maternal plasma and serum

WO 98/39474                                                        PCT/GB98/00690

9

        Maternal plasma and serum samples were collected from 43 pregnant women with gestational ages from 12 to 40 weeks.  There were 30 male foetuses and 13 female foetuses.  Of the 30 women bearing male foetuses, Y-positive signals were detected in 24 plasma samples and 21

5    serum samples, when 10 µl of the respective samples was used for PCR.  When nucleated blood cell DNA was used for Y-PCR, positive signals were only detected in 5 of the 30 cases.  None of the 13 women bearing female foetuses and none of the 10 non-pregnant female controls resulted in a positive Y signal when either plasma, serum or cellular DNA was amplified.

10   Accuracy of this technique, even with serum/plasma samples of only 10 µl, is thus very high and most importantly it is high enough to be useful.  It will be evident that accuracy can be improved to 100% or close to 100%, for example by using a larger volume of serum or plasma.

15   **Example 2**

**Quantitative analysis of foetal DNA in maternal serum in aneuploid pregnancies**

        The prenatal screening and diagnosis of foetal chromosomal aneuploidies is an important part of modern obstetrical care.  Due to the

20   risks associated with invasive procedures such as amniocentesis and the impracticability of performing screening with invasive methods, much effort has been devoted to the development of non-invasive screening methods for foetal chromosomal aneuploidies.  The two main non-invasive methods which have been developed are maternal serum biochemical screening

25   and ultrasound examination for nuchal translucency.  These methods are both associated with significant false-positive and false-negative rates.

        The demonstration of foetal nucleated cells in maternal circulation offers a new source of foetal material for the non-invasive diagnosis of foetal chromosomal aneuploidies (Simpson et al 1993).  By

30   the use of foetal nucleated cell enrichment protocols, several groups have

10

reported the detection of aneuploid foetal nucleated cells isolated from
maternal blood (Elias *et al* 1992; Bianchi *et al* 1992). Recently, it has been
demonstrated that there is increased foetal nucleated cell number in
maternal circulation when the foetus is suffering from a chromosomal
5    aneuploidy (Bianchi *et al* 1997).

**Patients samples**

Blood samples from pregnant women undergoing prenatal
testing were collected prior to any invasive procedure. The foetal
karyotype was confirmed by cytogenetic analysis of amniotic fluid or
10   chorionic villus samples. Approval was obtained from the Research Ethics
Committee of The Chinese University of Hong Kong. Blood samples were
collected into plain tubes. Following blood clotting, the samples were
centrifuged at 3000 g, and serum were carefully removed and transferred
into plain polypropylene tubes. The samples were stored at -70 °C or -20
15   °C until further processing.

**DNA extraction from plasma and serum samples**

DNA from serum samples were extracted using a QIAamp
Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid
protocol" as recommended by the manufacturer (Chen *et al* 1996). Four
20   hundred to 800 µl of plasma/serum sample was used for DNA extraction
per column. The exact amount used was documented to enable the
calculation of target DNA concentration.

**Real time quantitative PCR**

Theoretical and practical aspects of real time quantitative
25   PCR were previously described by Heid *et al* (1996). Real time
quantitative PCR analysis was performed using a PE Applied Biosystems
7700 Sequence Detector (Foster City, CA, U.S.A.) which is essentially a
combined thermal cycler/fluorescence detector with the ability to monitor
the progress of individual PCR reactions optically. The amplification and
30   product reporting system used is based on the 5' nuclease assay (Holland

11

*et al* 1991) (the TaqMan assay as marketed by Perkin-Elmer).  In this
system, apart from the two amplification primers as in conventional PCR, a
dual labeled fluorogenic hybridisation probe is also included (Lee *et al*
1993; Livak *et al* 1995).  One fluorescent dye serves as a reporter (FAM,
5    i.e., 6-carboxyfluorescein) and its emission spectra is quenched by a
second fluorescent dye (TAMRA, i.e., 6-carboxy-tetramethylrhodamine).
During the extension phase of PCR, the 5' to 3'-exonuclease activity of the
*Taq* DNA polymerase cleaves the reporter from the probe thus releasing it
from the quencher, resulting in an increase in fluorescent emission at 518
10   nm.  The PE Applied Biosystems 7700 Sequence Detector is able to
measure the fluorescent spectra of the 96 amplification wells continuously
during DNA amplification and the data are captured onto a Macintosh
computer (Apple Computer, Cupertino, CA, U.S.A.).

       The SRY TaqMan system consisted of the amplification
15   primers SRY-109F, 5'-TGG CGA TTA AGT CAA ATT CGC-3' [SEQ ID
NO:3]; SRY-245R, 5'-CCC CCT AGT ACC CTG ACA ATG TAT T-3' [SEQ
ID NO:4]; and a dual labeled fluorescent TaqMan probe SRY-142T, 5'-
(FAM)AGC AGT AGA GCA GTC AGG GAG GCA GA(TAMRA)-3' [SEQ ID
NO: 5].  Primer/probe combinations were designed using the Primer
20   Express software (Perkin-Elmer, Foster City, CA, U.S.A.).  Sequence data
for the SRY gene were obtained from the GenBank Sequence Database
(accession number L08063).

       TaqMan amplification reactions were set up in a reaction
volume of 50 µl using components (except TaqMan probe and
25   amplification primers) supplied in a TaqMan PCR Core Reagent Kit
(Perkin-Elmer, Foster City, CA, U.S.A.).  The SRY TaqMan probe were
custom-synthesised by PE Applied Biosystems.  PCR primers were
synthesised by Life Technologies (Gaithersburg, MD, U.S.A.).  Each
reaction contained 5 µl of 10X buffer A, 300 nM of each amplification
30   primers, 100 nM of the SRY TaqMan probe, 4 mM MgC1$_2$, 200 µM each of

WO 98/39474                                         PCT/GB98/00690

12

dATP, dCTP and dGTP, 400 µM dUTP, 1.25 units of AmpliTaq Gold and
0.5 unit AmpErase uracil N-glycosylase.  Five to ten µl of the extracted
serum DNA was used for amplification.  The exact amount used was
recorded for subsequent concentration calculation.  DNA amplifications

5    were carried out in 96-well reaction plates that were frosted by the
manufacturer to prevent light reflection and were closed using caps
designed to prevent light scattering (Perkin-Elmer, Foster City, CA, U.S.A.).
Each sample was analysed in duplicate.  A calibration curve was run in
parallel and in duplicate with each analysis.  The conversion factor of 6.6

10   pg of DNA per cell was used for expressing the results as copy numbers.
Thermal cycling was initiated with a 2-minute incubation at 50
°C for the uracil N-glycosylase to act, followed by a first denaturation step
of 10 minutes at 95 °C.  Then, 40 cycles of 95 °C for 15 s and 60°C for 1
minute were carried out.

15   Amplification data collected by the 7700 Sequence Detector
and stored in the Macintosh computer were then analysed using the
Sequence Detection System (SDS) software developed by PE Applied
Biosystems. The mean quantity of each duplicate was used for further
concentration calculation.  The concentration expressed in copies/ml was

20   calculated using the following equation:

$$C = Q \times \frac{V_{DNA}}{V_{PCR}} \times \frac{1}{V_{ext}}$$

where          C = target concentration in plasma or serum (copies/ml);
               Q = target quantity (copies) determined by sequence detector

25   in a PCR;

$V_{DNA}$ = total volume of DNA obtained following extraction,
typically 50 µl per Qiagen extraction;

$V_{PCR}$ = volume of DNA solution used for PCR, typically 5-10µl

$V_{ext}$  = volume of plasma/serum extracted, typically 400-800µl

13

## Anti-contamination measures

Strict precautions against PCR contamination were used
(Kwok *et al* 1989).  Aerosol-resistant pipette tips were used for all liquid
5    handling.  Separate areas were used for the setting up of amplification
reactions, the addition of DNA template and the carrying out of
amplification reactions.  The 7700 Sequence Detector offered an extra
level of protection in that its optical detection system obviated the need to
reopen the reaction tubes following the completion of the amplification
10   reactions, thus minimising the possibility of carryover contamination.  In
addition, the TaqMan assay also included a further level of anti-
contamination measure in the form of pre-amplification treatment using
uracil N-glycosylase which destroyed uracil containing PCR products
(Longo *et al* 1990). Multiple negative water blanks were included in every
15   analysis.

## Results
## Development of real time quantitative PCR

To determine the dynamic range of real time quantitative
20   PCR, serial dilutions of male DNA were made in water consisting of the
DNA equivalent from 1,000 cells to 1 cell and subjected to analysis by the
SRY TaqMan system.  The fewer the number of target molecules, the more
amplification cycles were needed to produce a certain quantity of reporter
molecules.  The system was sensitive enough to detect the DNA
25   equivalent from a single target cell.

A parameter, termed the threshold cycle ($C_T$) could be
defined which was set at 10 standard deviations above the mean base-line
fluorescence calculated from cycles 1 to 15 and was proportional to the
starting target copy number used for amplification (Heid *et al* 1996).  A plot
30   of the threshold cycle ($C_T$)  against the input target quantity, with the latter

14

plotted on a common log scale, demonstrated the large dynamic range and accuracy of real time quantitative PCR.

The real time quantitative SRY system was insensitive to the existence of background female DNA from 0 to 12,800 female genome-
5  equivalents. This greatly simplified the application of this system as separate calibration curves did not have to be constructed for different cases due to the presence of different concentrations of foetal and maternal DNA.

**Quantitative analysis of foetal SRY gene from maternal serum from**
10 **aneuploid and control pregnancies**

Real time quantitative SRY PCR was carried out for serum DNA extracted from women bearing aneuploid and normal foetuses. Data from individual cases are plotted in Figure 1. Foetal DNA concentration was higher in aneuploid than control pregnancies (Mann-Whitney U Test,
15 p=0.006).

**Discussion**

In this study we demonstrate that the concentration of foetal DNA in maternal serum is elevated in aneuploid pregnancies. These
20 results indicate that foetal DNA quantitation has the potential to be used as a new screening marker for foetal chromosomal aneuploidies. A large scale population-based study could be carried out to develop cutoff values for screening purposes. It would also be useful to investigate the correlation of foetal DNA concentration with the other biochemical markers
25 for maternal serum biochemical screening.

The mechanism(s) by which increased amounts of foetal DNA is liberated into maternal circulation in aneuploid pregnancies require further research. One possibility is related to the increased numbers of foetal nucleated cells which are released into the maternal blood in
30 aneuploid pregnancies (Bianchi *et al* 1997). Another possible mechanism

15

may be increased cell death or turnover which may be associated with
chromosomal aneuploidies.

## Example 3

5  **Non-invasive prenatal determination of foetal RhD status from plasma
of RhD-negative pregnant women**

### Introduction

   The rhesus blood group system is important in transfusion
10  and clinical medicine, being involved in haemolytic disease of the newborn,
transfusion reactions and autoimmune haemolytic anaemia. Despite the
widespread use of rhesus immunoglobulin prophylaxis in rhesus D (RhD)-
negative mothers, rhesus isoimmunisation still occurs. In those cases
where the father is heterozygous for RhD gene, there is a 50% chance that
15  the foetus is RhD-positive and 50% chance that the foetus is RhD-
negative. The prenatal determination of foetal RhD status in these cases
is clinically useful because no further prenatal invasive testing or
therapeutic manoeuvres are necessary if the foetus can be shown to be
RhD-negative.

20  Advances towards this goal have been made possible
recently through the cloning of the human RhD gene (Le Van Kim *et al*
1992) and the demonstration that RhD-negative individuals lack the RhD
gene (Colin *et al* 1991). Prenatal determination of foetal RhD status has
been performed using PCR-based techniques on amniotic fluid samples
25  (Bennett *et al* 1993).

   A number of groups have also investigated the possibility of
using foetal cells in maternal blood for the determination of foetal RhD
status (Lo *et al* 1993). The main problem with this approach is that the
system is not sufficiently reliable without foetal cell enrichment or isolation
30  procedure as demonstrated by the high false-positive and false-negative

16

rates on unenriched samples.  Foetal cell enrichment or isolation
procedures, on the other hand, are tedious and expensive to perform
(Geifman-Holtzman *et al* 1996; Sekizawa *et al* 1996).

5   Our discovery of the presence of foetal DNA in maternal
plasma and serum offers a new approach for non-invasive prenatal
diagnosis.


**Materials and Methods**

**Patients**

10   Pregnant women attending the Nuffield Department of
Obstetrics & Gynaecology were recruited with informed consent.  Approval
of the project was obtained from the Central Oxfordshire Research Ethics
Committee.  Women in the second trimester of pregnancy were recruited
just prior to amniocentesis.  Blood samples were collected prior to any

15   invasive procedures.  Ten ml of amniotic fluid was also collected for foetal
RhD genotyping.  Women in the third trimester of pregnancy were recruited
just prior to delivery.  A sample of cord blood was taken following delivery
for the ascertainment of foetal RhD status by serological methods.

**Sample preparation**

20   Blood samples were collected into tubes containing EDTA.
The samples were centrifuged at 3000 g, and plasma was carefully
removed and transferred into plain polypropylene tubes.  Great care was
taken to ensure that the buffy coat was not disturbed.  The buffy coat
samples were stored at -20 °C until further processing.  The plasma

25   samples were then recentrifuged at 3000 g and plasma was again carefully
removed and transferred into a fresh set of plain polypropylene tubes.  The
samples were stored at -20 °C until further processing.

17

**DNA extraction from plasma and serum samples**

DNA from plasma and buffy coat samples were extracted using a QIAamp Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid protocol" as recommended by the manufacturer (Cher *et al* 1996). Eight hundred μl of plasma sample and 200 μl of buffy coat sample was used for DNA extraction per column.

**Real time quantitative PCR**

Real time quantitative PCR analysis was performed as described in Example 2 with the following modifications.

The RhD TaqMan system consisted of the amplification primers RD-A: 5'-CCT CTC ACT GTT GCC TGC ATT-3' [SEQ ID NO: 6]; RD-B: 5'-AGT GCC TGC GCG AAC ATT-3' [SEQ ID NO: 7]; and a dual labelled fluorescent TaqMan probe RD-T,5'-(FAM)TAC GTG AGA AAC GCT CAT GAC AGC AAA GTC T(TAMRA)-3' [SEQ ID NO: 8]. Primer/probe combinations were designed using the Primer Express software (Perkin-Elmer, Foster City, CA, U.S.A.). Sequence data for the RhD gene were as previously described (Le Van Kim *et al* 1992).

The beta-globin TaqMan system consisted of the amplification primers beta-globin-354F, 5'-GTG CAC CTG ACT CCT GAG GAG A-3' [SEQ ID NO: 9]; beta-globin-455R, 5'-CCT TGA TAC CAA CCT GCC CAG-3'; and a dual labelled fluorescent TaqMan probe beta-globin-402T, 5'-(FAM)AAG TGA ACG TGA TGA AGT TGG TG(TAMRA)-3' [SEQ ID NO: 10]. Primer/probe combinations were designed using the Primer Express software (Perkin-Elmer, Poster City, CA, U.S.A.). Sequence data were obtained from the GenBank Sequence Database: accession number U01317.

18

## Results

### Development of real time TaqMan PCR

The real time sequence detector is able to measure the
fluorescence intensity of the liberated reporter molecules cycle after cycle.
A parameter, termed the threshold cycle ($C_T$), could be defined which was
set at 10 standard deviations above the mean base-line fluorescence
calculated from cycles 1 to 15 (Heid *et al* 1996). An amplification reaction
in which the fluorescence intensity rises above the threshold during the
course of thermal cycling is defined as a positive reaction.

To determine the sensitivity of TaqMan PCR, serial dilutions
of genomic DNA isolated from a RhD-positive individual were made in
water consisting of the DNA equivalent from 1,000 cells to 1 cell and
subjected to analysis by the SRY TaqMan system. The fewer the number
of target molecules, the more amplification cycles were needed to produce
a certain quantity of reporter molecules. The system was sensitive enough
to detect the DNA equivalent from a single target cell.

### Correlation of serology and genotyping of the RhD-negative women

The 21 pregnant women enrolled in this study were all
serologically RhD-negative. Genomic DNA (10 ng) isolated from the buffy
coat from each woman was subjected to the RhD TaqMan assay and in
each case a negative result was found; thus demonstrating complete
correlation between the serology and genotyping.

### RhD genotyping from DNA isolated from maternal plasma

DNA extracted from the plasma of the 21 RhD-negative
pregnant women were subjected to the RhD TaqMan assay. There was
complete correlation between the foetal RhD genotype predicted from
maternal plasma analysis and the result obtained from genotyping the
amniotic fluid and serological testing of the cord blood (Table 1).

19

As a control for the amplifiability of DNA extracted from maternal plasma, these samples were also subjected to the beta-globin TaqMan assay. In every case, a positive TaqMan signal was generated.

5   **Discussion**

In this study we have demonstrated the feasibility of performing non-invasive foetal RhD genotyping from maternal plasma. This represents the first description of single gene diagnosis from maternal plasma. Our results indicate that this form of genotyping is highly accurate
10  and can potentially be used for clinical diagnosis. This high accuracy is probably the result of the high concentration of foetal DNA in maternal plasma.

The rhesus family of polypeptides are encoded by two related genes: the CcEe gene and the RhD gene (Le Van Kim *et al* 1992; Chérif-
15  Zahar *et al* 1990). Due to the complexity of the Rh genetic systems, a number of primer sets have been described for RhD genotyping (Bennet *et al* 1993; Lo *et al* 1993; Aubin *et al* 1997). In order to ensure the accuracy of our genotyping system in the study samples, we performed a control genotyping of buffy coat DNA of our patient population. In all cases there
20  was complete correlation between serology and genotype. It is likely that for robust clinical diagnosis, multiple primer sets are preferred. The TaqMan chemistry can easily accommodate the inclusion of multiple primer/probe sets.

The correlation between the severity of foetal haemolytic
25  disease and maternal and-D level is an area which required further investigation. It is possible that increased amount of foetal DNA is liberated into the maternal circulation in the presence of increased foetal haemolysis.



Case 3:11-cv-06391-SI   Document 35-3   Filed 03/08/12   Page 44 of 119

**Table 1**

**RhDd genotyping from plasma from RhD-negative pregnant women**

| Case | Foetal RhD genotype | Maternal Plasma RhD TaqMan signal |
|---|---|---|
| 1 | - | - |
| 2 | - | - |
| 3 | - | - |
| 4 | + | + |
| 5 | + | + |
| 6 | - | - |
| 7 | - | - |
| 8 | + | + |
| 9 | + | + |
| 10 | - | - |
| 11 | + | + |
| 12 | + | + |
| 13 | + | + |
| 14 | + | + |
| 15 | - | - |
| 16 | + | + |
| 17 | + | + |
| 18 | + | + |
| 19 | + | + |
| 20 | + | + |
| 21 | + | + |

## Example 4

5   **Elevation of foetal DNA concentration in maternal serum in pre-eclamptic pregnancies**

**Introduction**

Pre-eclampsia is an important cause of maternal and foetal

10   mortality and morbidity.  Despite much research, the pathogenesis of this condition is still unclear.  The disorder is mainly recognised by the concurrence of pregnancy-induced changes which regress after delivery, of which hypertension and proteinuria are the most commonly used clinical criteria.  Some investigators have suggested that pre-eclampsia is the



21

result of abnormal trophoblastic implantation, probably mediated by immunological mechanisms.  Other investigators have found pathological changes in the spiral arteries in the decidua and myometrium in which partial occlusion by fibrinoid material is one feature.

5          In this Example we use a real time quantitative PCR assay to show the concentration of foetal DNA in the serum of women suffering from pre-eclampsia.  Y chromosomal sequences from male foetuses were used as a foetal marker.

**Materials and Methods**

10    **Patients**

          Pregnant women attending the Department of Obstetrics & Gynaecology at the Prince of Wales Hospital, Shatin, Hong Kong and the Nuffield Department of Obstetrics & Gynaecology, Oxford, U.K. were recruited with informed consent.  Approval was obtained from the

15    Research Ethics Committee of The Chinese University of Hong Kong and the Central Oxfordshire Research Ethics Committee.  Pre-eclampsia was defined as a sustained rise in diastolic blood pressure to 90 mmHg or higher from previously lower values, with new and sustained proteinuria in the absence of urinary tract infection.  The control pregnant women were

20    not on medication and had no hypertension or proteinuria (defined as more than a trace on dipstick urinalysis).  The pre-eclamptic and control subjects were matched for gestational age.

**Sample preparation**

          Blood samples were collected into plain tubes.  Following

25    blood clotting, the samples were centrifuged at 3000 g, and serum were carefully removed and transferred into plain polypropylene tubes.  The samples were stored at -70 °C or -20 °C until further processing.

**DNA extraction from plasma and serum samples**

          DNA from serum samples were extracted using a QIAamp

30    Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid



22

protocol" as recommended by the manufacturer (Chen *et al* 1996).  Four hundred to 800 μl of plasma/serum sample was used for DNA extraction per column.  The exact amount used was documented to enable the calculation of target DNA concentration.

5    **Real time quantitative PCR**

Real time quantitative PCR analysis was performed as described in Example 2.

**Results**

10   **Quantitative analysis of foetal SRY gene from maternal serum**

Real time quantitative SRY PCR was carried out for serum DNA extracted from pre-eclamptic and control patients.  Data from individual cases are plotted in Figure 2.  The median foetal DNA concentrations in pre-eclamptic and control pregnancies were 381

15   copies/ml and 76 copies/ml, respectively.  Foetal DNA concentration was higher in pre-eclamptic than control pregnancies (Mann-Whitney U Test, $p < 0.0001$).

**Discussion**

20   Our data indicate that the concentration of foetal DNA is higher in pre-eclamptic compared with non-pre-eclamptic pregnancies. These results indicate that foetal DNA concentration measurement in maternal plasma may be used as a new marker for pre-eclampsia. Compared with other markers for pre-eclampsia, foetal DNA measurement

25   is unique in that it is a genetic marker while other markers, such as activin A and inhibin A, are generally hormonal markers.  By its nature, a test based on a genetic marker has the advantage that it is completely foetal-specific.

Further research will be required to investigate whether the

30   level of foetal DNA is related to the severity of pre-eclampsia.  Our

09380695 . 112999

23

discovery also opens up research into the potential application of foetal
DNA quantitation to predict the occurrence of pre-eclampsia, prior to the
development of clinical signs such as hypertension and proteinuria.

5          The mechanism by which increased amounts of foetal DNA is
liberated into the circulation of pre-eclamptic women is unclear at present.
Possible mechanisms include damage to the placental interface resulting in
foetal cell death and the consequent release of foetal DNA into maternal
circulation.  A second mechanism is due to the increased trafficking of
foetal cells into maternal circulation in pre-eclampsia.  Foetal DNA is then
10         liberated following their destruction in the maternal circulation.  Future
studies correlating the levels of foetal cells and foetal DNA would be
necessary to address these issues.


**Example 5**

15         **Quantitative analysis of foetal DNA in maternal plasma and serum**


**Introduction**

           We have demonstrated that foetal DNA is present in maternal
plasma and serum.  Detection of foetal DNA sequences was possible in
20         80% and 70% of cases using just 10 μl of boiled plasma and serum,
respectively (Lo *et al*. 1997).

           These observations indicate that maternal plasma/serum
DNA may be a useful source of material for the non-invasive prenatal
diagnosis of certain genetic disorders.  To demonstrate that clinical
25         applications are possible, a number of important questions need to be
answered.  First, foetal DNA in maternal plasma and serum needs to be
shown to be present in sufficient quantities for reliable molecular diagnosis
to be carried out.  Second, data on the variation of foetal DNA in maternal
plasma and serum with regard to gestation age is required to determine
30         the applicability of this technology to early prenatal diagnosis.

24

In this Example we have addressed both of these issues by developing a real time quantitative TaqMan polymerase chain reaction (PCR) assay (Heid *et al*. 1996) for measuring the copy numbers of foetal DNA molecules in maternal plasma and serum. This technique permits

5 continuous optical monitoring of the progress of an amplification reaction, giving accurate target quantitation over a wide concentration range. Our data show that foetal DNA is present in maternal plasma and serum at concentrations similar to those achieved by many foetal cell enrichment protocols. We have also investigated the changes of foetal DNA

10 concentration in maternal serum at different gestational ages. Using this plasma or serum-based approach, we show that the reliable detection of foetal DNA is achievable and therefore useful for the non-invasive prenatal diagnosis of selected genetic disorders.

**Subjects and Methods**

15 **Patients**

Pregnant women attending the Department of Obstetrics & Gynecology at the Prince of Wales Hospital, Shatin, Hong Kong were recruited with informed consent. Approval was obtained from the Research Ethics Committee of The Chinese University of Hong Kong. For

20 women studied at a single time point, early pregnancy samples were obtained prior to amniocentesis or chorionic villus sampling while late pregnancy samples were collected just prior to delivery. Five to ten ml of maternal peripheral blood was collected each into one tube containing EDTA and one plain tube. Subjects studied at multiple time points were

25 recruited from the *in vitro* fertilization program, prior to conception. Five to ten ml of maternal blood from these subjects was collected into a plain tube at each studied time point. For women undergoing prenatal diagnosis, the sex of the baby was ascertained from cytogenetic results from the amniocentesis or chorionic villus samples. For women recruited

25

just prior to delivery or from the *in vitro* fertilization program, foetal sex was noted at the time of delivery.

**Sample preparation**

5    Blood samples were centrifuged at 3000 g, and plasma and serum were carefully removed from the EDTA-containing and plain tubes, respectively, and transferred into plain polypropylene tubes.  Great care was taken to ensure that the buffy coat or the blood clot was undisturbed when plasma or serum samples, respectively, were removed.  The plasma and serum samples were recentrifuged at 3000 g and the supernatants

10   were collected into fresh polypropylene tubes.  The samples were stored at -20 °C until further processing.

**DNA extraction from plasma and serum samples**

DNA from plasma and serum samples were extracted using a QIAamp Blood Kit (Qiagen, Hilden, Germany) using the "blood and body

15   fluid protocol" as recommended by the manufacturer (Chen *et al.* 1996). Four hundred to 800 μl of plasma/serum sample was used for DNA extraction per column.  The exact amount used was documented to enable the calculation of target DNA concentration.

**Real time quantitative PCR**

20   Real time quantitative PCR analysis was performed as described in Example 2, using the SRY TaqMan system and the beta-globin TaqMan system described in the previous Examples.

Identical thermal profile was used for both the SRY and beta-globin TaqMan systems.  Thermal cycling was initiated with a 2-minute

25   incubation at 50°C for the uracil N-glycosylase to act, followed by a first denaturation step of 10 minutes at 95 °C.  Then, 40 cycles of 95°C for 15 s and 60°C for 1 minute were carried out.

30

26

## Results

### Development of real time quantitative PCR

To determine the dynamic range of real time quantitative
PCR, serial dilutions of male DNA were made in water consisting of the
5   DNA equivalent from 1,000 cells to 1 cell and subjected to analysis by the
SRY TaqMan system. Fig. 3A demonstrates that the amplification curve
shifted to the right as the input target quantity was reduced.  This was
expected as reactions with fewer target molecules required more
amplification cycles to produce a certain quantity of reporter molecules
10  than reactions with more target molecules.  The system was sensitive
enough to detect the DNA equivalent from a single target cell.

Fig. 3B shows a plot of the threshold cycle ($C_T$) against the
input target quantity, with the latter plotted on a common log scale.  The $C_T$
was set at 10 standard deviations above the mean base-line fluorescence
15  calculated from cycles 1 to 15 and was proportional to the starting target
copy number used for amplification (Heid *et al.* 1996).  The linearity of the
graph demonstrates the large dynamic range and accuracy of real time
quantitative PCR.  Similar results were obtained using the beta-globin
TaqMan system (results not shown).

20  The real time quantitative SRY system was insensitive to the
existence of background female DNA from 0 to 12,800 female genome-
equivalents.  This greatly simplified the application of this system as within
this range, separate calibration curves did not have to be constructed for
different cases due to the presence of different concentrations of foetal and
25  maternal DNA.

The reproducibility of DNA extraction from plasma and serum
using the Qiagen protocol was tested by performing replicate extractions
(10 for each case) from plasma and serum samples from normal
individuals.  These replicate extractions were then subjected to real time

27

quantitative PCR using the beta-globin system.  The coefficient of variation
(CV) of $C_T$ values of these replicate extractions was 1. 1%.

**Quantitative analysis using the real time beta-globin TaqMan system**

5        The concentration of beta-globin sequences in maternal
plasma and serum samples was used as a measure of the total amount of
extracted DNA, i.e., maternal *and* foetal DNA extracted from plasma and
serum samples from 50 pregnant women was analysed using the beta-
globin TaqMan system.  Twenty-five cases were recruited during the first
and second trimesters (gestational age: 11 to 17 weeks) and were denoted
10      as early pregnancy samples in Table 2.  The other twenty-five cases were
recruited just prior to delivery (gestational age: 37 to 43 weeks) and were
denoted as late pregnancy samples in Table 1.  The concentrations of
beta-globin sequences in maternal plasma and serum are listed in Table 2.
These results show that serum contains more DNA than plasma (Wilcoxon
15      Signed Rank Test, p<O.0005), with a mean concentration of serum DNA
14.6 times that of plasma DNA in our studied population.  The
concentration of beta-globin sequences in maternal plasma from early and
late pregnancy samples are compared in Table 2.  These data show that
the total amount of plasma DNA increases as pregnancy progresses
20      (Mann-Whitney Rank Sum Test, p<O.0005).

**Quantitative analysis of foetal SRY gene from maternal plasma and
serum**

         Real time quantitative analysis using the SRY TaqMan
system was carried out on DNA extracted from maternal plasma and
25      serum to determine the amount of foetal DNA.  Of the 25 early pregnancy
samples (gestational age: 11 to 17 weeks), 13 were from women bearing
male foetuses and 12 were from women bearing female foetuses.  Of the
25 late pregnancy samples (gestational age: 37 to 43 weeks), 14 were
from women bearing male foetuses and 11 were from women bearing
30      female foetuses.  A positive signal was obtained in each of the 27 women



28

bearing male foetuses and no signal was detected in each of the 23
women bearing female foetuses.  Fourteen women had a history of
delivering a previous male baby and 5 of these were carrying a female
baby in the current studied pregnancy.

5          Quantitative SRY data from the 27 women bearing male
foetuses are summarised in Table 3.  These data show that the
concentrations of foetal DNA in plasma and serum are higher in late
gestation than in early gestation (Mann-Whitney Rank Sum Test,
p<0.0005).  The mean concentrations of foetal DNA in maternal plasma

10   and serum are 11.5 times and 11.9 times, respectively, higher in late
gestation compared with early gestation.  The absolute concentrations of
foetal DNA in maternal plasma and serum were similar in individual cases.
The fractional concentration of foetal DNA in early pregnancy ranges from
0.39% to 11.9% (mean: 3.4%) in plasma and 0.014% to 0.54% (mean:

15   0.13%) in serum.  In late pregnancy, the fraction of foetal DNA ranges from
2.33% to 11.4% (mean: 6.2%) in plasma and 0.032% to 3.97% (mean:
1.0%) in serum.

**Sequential follow up of women who conceived by *in vitro* fertilization**

          Twenty women who conceived by *in vitro* fertilization (IVF)

20   were followed up at pre-conception and at multiple time points during
pregnancy.  All twenty subjects had singleton pregnancies as determined
by ultrasound scanning.  Twelve women delivered male babies and the
remaining 8 delivered female babies.  None of the women carrying male
foetuses had a history of pregnancy-associated complications.  Subject S-

25   51 (fig. 4) underwent chorionic villus sampling at 12 weeks.  Subjects S-1
and S-56 (fig. 4) had amniocentesis at 16 and 17 weeks, respectively.  A
total of 163 serum samples from these 20 women were analysed using the
real time quantitative SRY TaqMan system.  None of the 65 serum
samples from the 8 women bearing female babies gave a positive SRY

29

signal.  The concentrations of foetal DNA in the 98 serum samples from
women carrying male babies are plotted in fig. 4.  *Figures 4a-4l*

**Discussion**

5          We have developed an accurate real time quantitative PCR
system for determining the concentration of foetal DNA in maternal plasma
and serum.  This system has a number of advantages: (1) a large dynamic
range of over 5 orders of magnitude (Heid *et al.* 1996); (2) a high
throughput and fast tumaround time - 96 samples could be simultaneously
10        amplified and quantified in approximately 2 hours; and (3) the use of a
homogeneous amplification/detection system which requires no post-PCR
processing and therefore minimizes the risk of carryover contamination.

         The most important observation in this study is the very high
concentration of foetal DNA  in maternal plasma and serum.  Bianchi *et al*
15        reported that the average number of foetal cells in maternal blood in
normal pregnancies was 19 in 16 ml of maternal blood, i.e., 1.2 cells/ml
during the second trimester (Bianchi *et al.* 1997).  Therefore, the mean
concentration of foetal DNA in maternal plasma and serum is 21.2
(25.4/1.2) and 23.9 (28.7/1.2) times, respectively, higher than that in the
20        cellular fraction of maternal blood at the same gestation.  The relative
concentration of foetal to total plasma DNA is even higher.  Thus, in early
pregnancy, foetal DNA in maternal plasma constitutes a mean of 3.4% of
the total plasma DNA.  The respective figure in late pregnancy is 6.2%.
Hamada *et al* reported that the frequency of foetal cells in the second
25        trimester was 0.0035% while that in the third trimester was 0.008%
(Hamada *et al.* 1993).  The fetomaternal ratio is, therefore, 97Sfold and
775-fold higher in maternal plasma than in the cellular fraction at the
respective gestational age.  Indeed, the fetomaternal ratio in plasma DNA
is comparable to that following many foetal cell enrichment protocols.  For
30        example, Bianchi *et al* reported that following foetal nucleated red cell

WO 98/39474                                                    PCT/GB98/00690

30

enrichment using fluorescence activated cell sorting, the resulting foetal
cells constituted 0.001%-5% of the sorted cell populations as determined
by quantitative PCR analysis (Bianchi et al. 1994). In a similar study using
cell sorting and foetal cell detection using fluorescence in situ hybridization,

5    Sohda et al found that on average 4.6% of the sorted cells were of foetal
origin (Sohda et al. 1997). Maternal plasma, therefore, offers an easily
accessible foetal DNA source for prenatal genetic analysis.

We have demonstrated that the absolute concentration of
foetal DNA in maternal plasma is similar to that in maternal serum. The

10   main difference lies in the presence of a larger quantity of background
maternal DNA in serum compared with plasma, possibly due to the
liberation of DNA during the clotting process. While this exerts no
noticeable effect on the efficiency of foetal DNA detection using the real
time TaqMan system, it is possible that with the use of less sensitive

15   methods, e.g., conventional PCR followed by ethidium stained agarose gel
electrophoresis, maternal plasma may be preferable to maternal serum for
robust foetal DNA detection.

The high concentration of foetal DNA in maternal plasma and
serum has allowed us to reliably detect the presence of foetal genetic

20   material. Of the 263 serum or plasma samples analysed in this study, we
were able to detect foetal SRY gene in maternal plasma or serum from
every subject who was carrying a male baby at the time of venesection.
This robust detection rate was obtained using DNA extracted from just 40-
80 µl of maternal plasma and serum. This volume represents a 4-8 fold

25   increase over the 10 µl of boiled maternal plasma or serum reported in our
previous study (Lo et al. 1997) and results in significant improvement in
sensitivity. The specificity was preserved as we did not observe
amplification signals from samples obtained pre-conception or from
subjects carrying a female foetus. From the data obtained thus far,

30   plasma/serum analysis did not appear to be significantly affected by the

WO 98/39474                                        PCT/GB98/00690

31

persistence of foetal cells from previous pregnancies (Bianchi *et al.* 1996). Thus, we did not obtain any false positive results from women who had carried a previous male baby but who were carrying a female baby at the time of blood sampling for this study.

5          The sequential study on patients undergoing IVF gave a number of important results. First, all of the 12 patients carrying male babies were shown to be negative for SRY sequences in their sera prior to conception. This provided convincing evidence that the SRY sequence detected by the TaqMan assay did indeed originate from the male foetus in
10 the *current* pregnancy. Second, we were able to detect foetal SRY sequences as early as the 7th week of gestation; thus indicating that foetal genetic analysis in maternal plasma/serum could be used in the first trimester. Third, we showed that foetal DNA concentration increased as pregnancy progressed (fig 4). This last point was also confirmed by data
15 obtained from women studied at a single time point. Women recruited late in pregnancy had higher foetal DNA concentrations in their plasma and serum (Table 3).

          In addition to the increase in foetal DNA concentration as pregnancy progresses, our data also indicate that maternal plasma DNA
20 also increases with gestation (Table 2). The biologic basis for this phenomenon is unclear at present. Possible explanations include the increase in size of the fetomaternal interface as gestation progresses and possible reduction in DNA clearance associated with other physiologic changes in pregnancy.

25          For selected disorders, foetal genetic information could be acquired more economically and rapidly from maternal plasma or serum than by using foetal cells isolated from maternal blood. We envisage that foetal DNA analysis in maternal plasma and serum would be most useful in situations where the determination of foetal-derived paternally-inherited
30 polymorphisms/mutations or genes would be helpful in clinical prenatal

32

diagnosis (Lo *et al.* 1994). Examples include foetal sex determination for
the prenatal diagnosis of sex-linked disorders, foetal rhesus D status
determination in sensitized rhesus negative pregnant women (Lo *et al.*
1993), autosomal dominant disorders in which the father carries the

5   mutation and autosomal recessive genetic disorders in which the father
and mother carry different mutations (Lo *et al.* 1994), e.g., certain
hemoglobinopathies (Camaschella *et al.* 1990) and cystic fibrosis. Due to
the much reduced maternal background and high foetal DNA concentration
in maternal plasma and serum, we predict that this type of analysis would

10  be much more robust compared with their application for detecting
unsorted foetal cells in maternal blood. The ability for allelic discrimination
(Lee *et al.* 1993; Livak *et al.* 1995) allows the homogeneous TaqMan
assay to be used for this purpose. The high throughput and anti-
contamination capability of this system makes it an attractive candidate for

15  large scale clinical application.

Bianchi *et al* recently reported that foetal cells in maternal
blood were increased in aneuploid pregnancies (Bianchi *et al.* 1997) and it
has been demonstrated (Example 2) that the foetal DNA concentration in
maternal plasma and serum is also elevated in these pregnancies. This

20  provides a new screening test for foetal chromosomal disorders. For this
application, foetal DNA quantitation systems can be developed for
polymorphic markers outside the Y chromosome so that quantitation can
be applied to female foetuses. Autosomal polymorphic systems which may
be used for this purpose have already been described (Lo *et al.* 1996).

25  However, foetal cell isolation techniques would still be necessary for a
definitive cytogenetic diagnosis. Similarly, foetal cell isolation would also
be required for direct mutational analysis of autosomal recessive disorders
caused by a single mutation. It is likely that foetal cell isolation and
analysis of foetal DNA in maternal plasma/serum would be used as

30  complementary techniques for non-invasive prenatal diagnosis.

33

The biologic basis by which foetal DNA is liberated into maternal plasma remains to be elucidated.  It is possible that foetal DNA is released from cell lysis resulting from physical and immunologic damage, or through developmentally associated apoptosis of foetal tissues.  It is

5   also likely that increased amounts of foetal DNA may be found in conditions associated with placental damage, such as pre-eclampsia.  The real time quantitative PCR system described here offers a powerful tool to study these unexplored pathophysiologic aspects of foetal DNA in maternal plasma and may improve our understanding of the fetomaternal

10   relationship.

**Table 2**

**Quantitative analysis of maternal plasma and serum using the beta-globin TaqMan assay**

|  | Mean (copies/ml) | Median (copies/ml) | Range (copies/ml) |
|---|---|---|---|
| Plasma (Early + Late Pregnancy) | 3466 | 1594 | 356-31875 |
| Serum (Early + Late Pregnancy) | 50651 | 34688 | 5813-243750 |
| Plasma (Early Pregnancy) | 986 | 975 | 356-1856 |
| Plasma (Late Pregnancy) | 5945 | 4313 | 1125-31875 |

**Table 3**

**Quantitation of foetal DNA in maternal plasma and serum: relationship with gestational age**

|  | SRY concentation (copies/ml) | | | |
|---|---|---|---|---|
|  | Early Pregnancy | | Late Pregnancy | |
|  | Plasma | Serum | Plasma | Serum |
| Range | 3.3 - 69.4 | 4.0- 58.1 | 76.9 - 769 | 33.8 - 900 |
| Mean | 25.4 | 28.7 | 292.2 | 342.1 |
| Median | 20.6 | 19.5 | 244.0 | 286.0 |

## Figure Legends

Figure 1. Foetal DNA in maternal serum from women carrying aneuploid and normal foetuses.  The control and aneuploid groups are as

5   indicated on the x-axis.  The foetal SRY DNA concentrations expressed in copies/ml are plotted on the y-axis.

Figure 2. Foetal DNA in maternal serum in pre-eclamptic and non-pre-eclamptic pregnancies.  The pre-eclamptic and control groups are as indicated on the x-axis.  The foetal SRY DNA concentrations expressed

10  in copies/ml are plotted on the y-axis.

Figures 3A and 3B
(Figure 3. Real time quantitative PCR.

A, Amplification plots obtained using real time quantitative PCR for the SRY gene.  Each plot corresponds to a particular input target quantity marked by a corresponding symbol.  The x-axis denotes the cycle number

15  of a quantitative PCR reaction.  The y-axis denotes the $\Delta$Rn which is the fluorescence intensity over the background (Heid *et al*. 1996).

B, Plot of the threshold cycle ($C_T$ ) against the input target quantity (common log scale).  The correlation coefficient is 0.986.

Figures 4a - 4l
Figure 4. Sequential study of 12 women bearing male

20  fetuses who conceived by *in vitro* fertilization.  Each case is denoted by a unique recruitment case number.  The x-axis denotes the gestation at which the serum sample was obtained.  A gestation age of zero denotes the pre-conception sample.  The y-axis denotes the concentration of foetal SRY in maternal serum expressed in copies/ml.  The scale has been

25  optimized for the concentration range for each case.

## References

Aubin J T, Le Van Kim C, Mouro I, *et al*. Specificity and sensitivity of RhD genotyping methods by PCR-based DNA amplification. Br J Haematol

30  1997; **98**: 356-364.

Case 3:11-cv-06391-SI   Document 35-3   Filed 03/08/12   Page 59 of 119

35

**Bennett P R**, Le Van Kim C, Colin Y, *et al*. Prenatal determination of foetal RhD type by DNA amplification. N Engl J Med 1993; **329**: 607-610.

**Bianchi D W**, Mahr, A, Zickwolf GK, Houseal TW, Flint AF, Klinger KW. Detection of foetal cells with 47,XY,+21 karyotype in maternal peripheral blood. Hum Genet 1992; **90**:368-370.

**Bianchi D W**, Shuber AP, DeMaria MA, Fougner AC, Klinger KW (1994) Foetal cells in maternal blood: determination of purity and yield by quantitative PCR. Am J Obstet Gynecol **171**: 922-926

**Bianchi D W**, Williams J M, Pelletier C, Klinger K W, Shuber A P. Foetal cell quantitation in maternal blood samples from normal and aneuploid pregnancies. Pediatr Res 1996; **39**: 142A.

**Bianchi D W**, Williams J M, Sullivan LM, Hanson FW, Klinger KW, Shuber AP. PCR quantitation of foetal cells in maternal blood in normal and aneuploid pregnancies. Am J Hum Genet 1997; **61**:822-829.

**Camaschella C**, Alfarano A, Gottardi E, *et al*. Prenatal diagnosis of foetal hemoglobin Lepore-Boston disease on maternal peripheral blood. Blood 1990; **75**: 2102-106.

**Chérif-Zahar B**, Bloy C, Le Van Kim C, *et al*. Molecular cloning and protein structure of a human blood group Rh polypeptide. Proc Natl Acad Sci U S A 1990; **87**: 6243-6247.

**Chen X Q**, Stroun M, Magnenat J-L, *et al*. Microsatellite alterations in plasma DNA of small cell lung cancer patients. Nat Med 1996; **2**: 1033-35.

**Cheung M C**, Goldberg JD, Kan YW. Prenatal diagnosis of sickle cell anemia and thalassemia by analysis of foetal cells in maternal blood. Nat Genet 1996; **14**: 264-68.

**Colin Y**, Cherif-Zahar B, Le Van Kim C, Raynal V, van Huffel V, Cartron J-P. Genetic basis of the RhD-positive and RhD-negative blood group polymorphism as determined by Southern analysis. Blood 1991; **78**: 2747-2752.

36

**Elias S**, Price J, Dockter M, Wachtel S, Tharapel A, Simpson JL.  First trimester prenatal diagnosis of trisomy 21 in foetal cells from maternal blood. Lancet 1992; **340**: 1033.

**Emanuel S L**, Pestka S. Amplification of specific gene products from
5   human serum. GATA 1993; **10**: 144-46.

**Frickhofen N**. & Young N.S. A rapid method of sample preparation for detection of DNA viruses in human serum by polymerase chain reaction. J.Virological Methods 1991; **35**: 65-72.

**Geifman-Holtzman** O, Bernstein IM, Berry SM, *et al*. Petal RhD
10   genotyping in  foetal cells flow-sorted from maternal blood. Am. J. Obstet. Gynecol. 1996; **174**: 818-822.

**Hamada H**, Arinami T, Kubo T, Hamaguchi H, Iwasaki H (1993) Foetal nucleated cells in maternal peripheral blood: frequency and relationship to gestational age. Hum Genet 91: 427432

15   **Heid C. A.**, Stevens J., Livak K.J., Williams P.M. Real time quantitative PCR.  Genome Research 1996; **6**: 986-994.

**Holland PM**, Abramson RD, Watson R, Gelfand DH. Detection of specific polymerase chain reaction product by utilising the 5'-3' exonuclease activity of the Thermus aquaticus DNA polymerase. Proc Natl Acad Sci USA 1991;
20   **88**: 7276-7280.

**Kwok S**, Higuchi R. Avoiding false positives with PCR. Nature 1989; **339**: 237-238.

**Le Van Kim C**, Mouro I, Cherif-Zahar B, *et al*. Molecular cloning and primary structure of the human blood group RhD polypeptide. Proc Natl
25   Acad Sci *USA* 1992; **89**: 10925-10929.

**Lee L G**, Connell CR, Bloch W. Allelic discrimination by nick-translation PCR with fluorogenic probes. Nucleic Acids Res 1993; **21**: 3761-3766.

**Livak K.J**, Flood SJ, Marmaro J, Giusti W, Deetz K. Oligonucleotides with fluorescent dyes at opposite ends provide a quenched probe system useful

37

for detecting PCR product and nucleic acid hybridization. PCR Methods Appl 1995; **4**: 357-362.

Lo Y M D, Corbetta N, Chamberlain PF, Rai V, Sargent IL, Redman CWG, Wainscoat JS (1997) Presence of foetal DNA in maternal plasma and

5    serum. Lancet **350**: 485487

Lo Y M D, Fleming KA, Wainscoat JS (1994) Strategies for the detection of autosomal foetal DNA sequence from maternal peripheral blood. Ann NY Acad Sci **731**: 204-213

Lo Y M D, Patel P, Wainscoat J S, Sampietro M, Gillmer M D G, Fleming

10    K A. Prenatal sex determination by DNA amplification from maternal peripheral blood. Lancet 1989; **2**: 1363-65.

Lo Y M D, Lo E S F, Watson N, et al. Two-way cell traffic between mother and fetus: biologic and clinical implications. Blood 1996; **88**: 4390-95.

Lo Y M D, Patel P, Sampietro M, Gillmer M D G, Fleming K A, Wainscoat

15    JS. Detection of single-copy foetal DNA sequence from maternal blood. Lancet 1990; **335**: 1463-64.

Lo Y M D, Bowell P J, Selinger M, et al. Prenatal determination of foetal RhD status by analysis of peripheral blood of rhesus negative mothers. Lancet 1993; **341**: 1147-48.

20    Longo M C, Berninger MS, Hardey JL. Use of uracil DNA glycosylase to control calTy-over contamination in polymerase chain reactions. Gene 1990; **93**: 125-128.

Mulcahy H E, Croke DT, Farthing M J G. Cancer and mutant DNA in blood plasma. Lancet 1996; **348**: 628.

25    Nawroz H, Koch W, Anker P, Stroun M, Sidransky D. Microsatellite alterations in serum DNA of head and neck cancer patients. Nat Med 1996; **2**: 1035-37.

Rebello M T, Hackett G, Smith J, et al. Extraction of DNA from amniotic fluid cells for the early prenatal diagnosis of genetic disease. Prenat Diagn

30    1991; **11**: 41-46.



38

**Saiki R K**, Gelfand D H, Stoffel S, *et al*. Primer-directed enzymatic amplification of DNA with a thermostable DNA polymerase. Science 1988; **239**: 487-91.

**Sekizawa A**, Watanabe A, T. K, Saito H, Yanaihara T, Sato T. Prenatal
5   diagnosis of the foetal RhD blood type using a single foetal nucleated erythrocyte from maternal blood. Obstet Gynecol 1996; **87**: 501-505.

**Simpson J L**, Elias S. Isolating foetal cells from maternal blood: advances in prenatal diagnosis through molecular technology. JAMA 1993; **270**: 2357-61.

10   **Sohda S**, Arinami T, Hamada H, Nakauchi H, Hamaguchi H,  The proportion of foetal nucleated red blood cells in maternal blood: estimation by FACS analysis. Prenat Diagn **17**: 743-752

39

*What is claimed is:*

CLAIMS:

1.  A ~~nucleic acid~~ detection method performed on a maternal serum or plasma sample from a pregnant female, which method comprises detecting the presence of a nucleic acid of *paternally inherited* foetal origin in the sample.

2.  The method according to claim 1, comprising amplifying the foetal nucleic acid to enable detection.

3.  The method according to claim 2, wherein the foetal nucleic acid is amplified by the polymerase chain reaction.

4.  The method according to claim 2 or claim 3, wherein at least one foetal sequence specific oligonucleotide primer is used in the amplification.

5.  The method according to any one of claims 1 to 4, wherein the foetal nucleic acid is detected by means of a sequence specific probe.

6.  The method according to any one of claims 1 to 5, wherein the presence of a foetal nucleic acid sequence from the Y chromosome is detected.

7.  The method according to claim 6, wherein the Y chromosome sequence is from the DYS14 locus.

8.  The method according to claim 6, wherein the Y chromosome sequence is from the SRY gene.

9.  The method according to any one of claims 1 to 5, wherein the presence of a foetal nucleic acid from a paternally-inherited non-Y chromosome is detected.

10. The method according to claim 9, wherein the non-Y sequence is a blood group antigen gene such as the Rhesus D gene.

11. The method according to claim 9, wherein the non-Y sequence is a gene which confers a disease phenotype in the foetus, such as the Rhesus D gene.

12. The method according to claim 10 or claim 11, for Rhesus D genotyping a foetus in a Rhesus D negative mother.

40

13.        The method according to any one of claims 6 to 8, for determining the sex of the foetus.

14.        The method according to any one of claims 6 to 12, which comprises determining the concentration of the foetal nucleic acid

5     sequence in the maternal serum or plasma.

15.        The method according to claim 14, wherein the determination of the concentration of foetal nucleic acid sequence in the maternal serum or plasma is by quantitative PCR.

16.        The method according to claim 14 or claim 15, for the

10    detection of a maternal or foetal condition in which the level of foetal DNA in the maternal serum or plasma is higher or lower than normal.

17        The method according to any one of claims 14 to 16, wherein the pattern of variation of foetal DNA concentration in the maternal serum or plasma at particular stages of gestation is different from normal.

15    18.        The method according to claim 16 or claim 17, for detection of pre-eclampsia.

19.        The method according to claim 16 or claim 17, for detection of a foetal chromosomal aneuploidy.

20.        The method according to any one of claims 1 to 19, wherein

20    the sample contains foetal DNA at a fractional concentration of total DNA of at least about 0.14%, without subjecting it to a foetal DNA enrichment step.

21.        The method according to claim 20, wherein the fractional concentration of foetal DNA is at least about 0.39%.

25    22.        A method of performing a prenatal diagnosis, which method comprises the steps of:

        (i)        providing a maternal blood sample;
        (ii)       separating the sample into a cellular and a non-cellular fraction;

41

    (iii)    detecting the presence of a nucleic acid of foetal origin in the non-cellular fraction according to the method of any one of claims 1 to 21;

    (iv)    providing a diagnosis based on the presence and/or quantity

5            and/or sequence of the foetal nucleic acid.

23.        The method according to claim 22, wherein the non-cellular fraction as used in step (iii) is a plasma fraction.

24.        The method according to claim 22, including performing the further step of allowing clotting in the maternal sample and using the

10    resulting serum in step (iii).

25.        A method of performing a prenatal diagnosis on a maternal blood sample, which method comprises removing all or substantially all nucleated and anucleated cell populations from the blood sample and subjecting the remaining fluid to a test for foetal nucleic acid indicative of a

15    maternal or foetal condition or characteristic.

26.        A method of performing a prenatal diagnosis on a maternal blood sample, which method comprises obtaining a non-cellular fraction of the blood sample and performing nucleic acid analysis on the fraction.

Express Mail Label No.  EL375088070US

Please type a plus sign (+) inside this box → [+]

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | SHP-PT048 |
|---|---|---|
| | First Named Inventor | Lo et al. |
| | **COMPLETE IF KNOWN** | |
| | Application Number | Not Yet Known |
| ☒ Declaration Submitted with Initial Filing   OR   ☐ Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required) | Filing Date | Not Yet Known |
| | Group Art Unit | Not Yet Known |
| | Examiner Name | Not Yet Known |

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**NON-INVASIVE PRENATAL DIAGNOSIS**

the specification of which *(Title of the Invention)*
☐ is attached hereto
OR
☒ was filed on (MM/DD/YYYY) [03/04/1998] as United States Application Number or PCT International Application Number [PCT/GB98/00690] and was amended on (MM/DD/YYYY) [09/03/99] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT International application having a filing date before that of the application on which priority is based.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| 9704444.0 | Great Britain | 03/04/1997 | ☐ | ☐ | ☒ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| | | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto. |

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box → [+]

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION — Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT international applicat  ion designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in  the prior United States or PCT international application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. Parent Application or PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|
| PCT/GB98/00690 | 03/04/1998 | |

[ ] Additional U.S. or PCT international application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached h  ereto.

As a named inventor, I hereby appoint the following registered practitioner(s) to prosecute this application and to transact al  l business in the Patent and Trademark Office connected therewith: [ ] Customer Number _____  
OR  
[X] Registered practitioner(s) name/registration number listed below

[ ] Place Customer Number Bar Code Label here

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| Alfred Stapler | 16,675 | Glenn M. Massina | 40,081 |
| Anthony S. Volpe | 28,377 | Marilou E. Watson | 42,213 |
| C. Frederick Koenig III | 29,682 | Jeffrey M. Glabicki | 42,584 |
| Allan H. Fried | 31,253 | | |
| Gerald B. Halt, Jr. | 37,633 | | |

[ ] Additional registered practitioner(s) named on supplemental Registered Practitioner Information sheet PTO/SB/02C attached hereto.

Direct all correspondence to: [ ] Customer Number or Bar Code Label _____   OR  [X] Correspondence address below

| Name | C. Frederick Koenig III, Esquire VOLPE and KOENIG, P.C. |
|---|---|
| Address | 400 One Penn Center |
| Address | 1617 John F. Kennedy Blvd. |
| City | Philadelphia | State | PA | ZIP | 19103 |
| Country | U.S.A. | Telephone | (215) 568-6400 | Fax | (215) 568-6499 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and b  elief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like   so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the val  idity of the application or any patent issued thereon.

| Name of Sole or First Inventor: | [ ] A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle [if any]) | Family Name or Surname |
|---|---|
| Yuk-Ming Dennis | Lo |

| Inventor's Signature | | Date | |
|---|---|---|---|
| Residence: City | Shatin, New Ter. | State | Hong Kong | Country | China | Citizenship | British |
| Post Office Address | Department of Chemical Pathology | | | | | | |
| Post Office Address | The Chinese University of Hong Kong, Prince of Wales Hospital | | | | | | |
| City | Shatin, New Ter. | State | Hong Kong | ZIP | | Country | China |

[X] Additional Inventors are being named on the __1__ supplemental Additional Inventor(s) sheet(s) PTO/SB/02A attached hereto.

[Page 2 of 2]

Express Mail Label No. EL375088070US

PTO/SB/02A (3-97)
Approved for use through 9/30/98.  OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Please type a plus sign (+) inside this box → ☐+

| **DECLARATION** | **ADDITIONAL INVENTOR(S)** Supplemental Sheet Page _1_ of _1_ |
|---|---|

| **Name of Additional Joint Inventor, if any:** | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any]) | Family Name or Surname | | |
| James Stephen | Wainscoat | | |

| Inventor's Signature | | | | | Date | |
|---|---|---|---|---|---|---|
| Residence: City | Oxford | State | | Country | United Kingdom | Citizenship | British |

| Post Office Address | 14 Woodlands Close |
|---|---|
| Post Office Address | |

| City | Oxford | State | | ZIP | OX3 7RY | Country | United Kingdom |
|---|---|---|---|---|---|---|---|

| **Name of Additional Joint Inventor, if any:** | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any]) | Family Name or Surname | | |
| | | | |

| Inventor's Signature | | | | | Date | |
|---|---|---|---|---|---|---|
| Residence: City | | State | | Country | | Citizenship |

| Post Office Address | |
|---|---|
| Post Office Address | |

| City | | State | | ZIP | | Country | |
|---|---|---|---|---|---|---|---|

| **Name of Additional Joint Inventor, if any:** | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any]) | Family Name or Surname | | |
| | | | |

| Inventor's Signature | | | | | Date | |
|---|---|---|---|---|---|---|
| Residence: City | | State | | Country | | Citizenship |

| Post Office Address | |
|---|---|
| Post Office Address | |

| City | | State | | ZIP | | Country | |
|---|---|---|---|---|---|---|---|

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

DECLARATION SUPPORTING CLAIM FOR SMALL ENTITY STATUS BY SMALL BUSINESS CONCERN

The undersigned hereby declare(s) that this statement is made to support a claim by the below identified entity for purposes of paying reduced fees under Sections 41(a) and (b) of Title 35, United States Code, with regard to an invention:

Entitled    NON-INVASIVE PRENATAL DIAGNOSIS

invented by   LO, Yuk-Ming Dennis and WAINSCOAT, James Stephen

and described in:

☐   the specification filed herewith.

☒   application Serial No. PCT/GB98/00690 filed  4 MARCH 1998.

☐   Patent No. _____, issued _____

☐   a.   I am/we are the inventor(s) of the above-identified application.

☐   b.   I/we would qualify as (an) independent inventor(s) as defined in 37 C.F.R. 1.9(c) if I/we had made the above-identified application, and rights under contract law with regard to the above-identified invention have been conveyed to and remain with me/us.

☒   c.   I am     ☐ the owner
☒ an official of the below-identified small business concern;
rights under contract law with regard to the above-identified invention have been conveyed to and remain with the below-identified small business concern; and this concern qualifies as a small business concern as defined in 13 C.F.R. 424.3-18, and reproduced in 37 C.F.R. 1.9(d), for purposes of paying reduced fees under sections 41(a) and (b) of Title 35, United States Codes, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons, said number being determined and said affiliates being defined in 13 C.F.R. 121.3-18.

No rights in the invention have been assigned, granted, conveyed or licensed or further assigned, granted, conveyed or licensed, and there is no obligation under contract or law to assign, grant, convey or license, or further assign, grant, convey or license such rights to any person who could not be classified as an independent inventor under 37 C.F.R. 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 C.F.R. 1.9(d) or a nonprofit organization under 37 C.F.R. 1.9(e).

Each person, concern or organization to which any rights in the invention have been assigned, granted, conveyed, or licensed or further assigned, granted, conveyed, or licensed or further assign, grant, convey or license, or as to where there is an obligation under contract or law to assign, grant, convey or license such rights is listed below:

☒   no such person, concern, or organization
☐   persons, concerns or organizations listed below*

*NOTE:   Separate verified statements are required from each named person, concern or organization having rights to the invention averting to their status as small entities. (37 C.F.R. 1.27)

FULL NAME

ADDRESS
        ☐ INDIVIDUAL        ☐ SMALL BUSINESS CONCERN        ☐ NONPROFIT ORGANIZATION

FULL NAME

ADDRESS
        ☐ INDIVIDUAL        ☐ SMALL BUSINESS CONCERN        ☐ NONPROFIT ORGANIZATION

I/we acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 C.F.R. 1.28(b))

I/we further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon, or any patent to which this declaration is directed.

| NAME | SIGNATURE | DATE |
|---|---|---|
| NAME | SIGNATURE | DATE |

ISIS INNOVATION LIMITED, 2 South Parks Road, Oxford, OX1 3UB, United Kingdom.
NAME OF SMALL BUSINESS CONCERN                    ADDRESS

DR TIM COOK                    *[signature]*    1-11-99
NAME OF AUTHORIZED REPRESENTATIVE        SIGNATURE        DATE

Managing Director on behalf of Isis Innovation Limited, a wholly owned subsidiary of the Chancellor, Masters & Scholars of the University of Oxford, a non-profit educational organisation.
TITLE

PRINT OF DRAWINGS
AS ORIGINALLY FILED

09/380696

PCT/GB98/00690

1/4



# Fig.1.



# Fig.2.

SUBSTITUTE SHEET (RULE 26)

PRINT OF DRAWINGS
AS ORIGINALLY FILED

09/380696
PCT/GB98/00690

Fig.3A.

TARGET COPY NUMBER
1000
500
100
50
10
1
ΔRn
2.5
2.0
1.5
1.0
0.5
0
0 2 4 6 8 10 12 14 16 18 20 22 24 26 28 30 32 34 36 38 40
CYCLE

Fig.3B.

THRESHOLD CYCLE ($C_T$)
37.5
35.0
32.5
30.0
27.5
25
1 10 100 1000
TARGET COPY NUMBER

PRINT OF DRAWINGS
AS ORIGINALLY FILED

09/380696

PCT/GB98/00690

3/4

# Fig.4.







PRINT OF DRAWINGS
AS ORIGINALLY FILED

09/380696
PCT/GB98/00690

4/4

# Fig.4(Cont.)



CASE S-15

CASE S-17



CASE S-51

CASE S-52



CASE S-56

CASE S-65

Express Mail Label No. EL375088070US

# PCT

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau



## INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| | | |
|---|---|---|
| (51) International Patent Classification 6 : <br> **C12Q 1/68, G01N 33/53** | **A1** | (11) International Publication Number: **WO 98/39474** <br><br> (43) International Publication Date: 11 September 1998 (11.09.98) |

| | |
|---|---|
| (21) International Application Number: PCT/GB98/00690 <br><br> (22) International Filing Date: 4 March 1998 (04.03.98) <br><br><br> (30) Priority Data: <br> 9704444.0   4 March 1997 (04.03.97)   GB <br><br><br> (71) Applicant *(for all designated States except US)*: ISIS INNO-VATION LIMITED [GB/GB]; 2 South Parks, Oxford OX1 3UB (GB). <br><br> (72) Inventors; and <br> (75) Inventors/Applicants *(for US only)*: LO, Yuk–Ming, Dennis [GB/–]; Dept. of Chemical Pathology, The Chinese University of Hong Kong, Prince of Wales Hospital, Shatin, New Territories, Hong–kong (CN). WAINSCOAT, James, Stephen [GB/GB]; 14 Woodlands Close, Oxford OX3 7RY (GB). <br><br> (74) Agent: PRIVETT, Kathryn, L.; Stevens, Hewlett & Perkins, 1 Serjeants' Inn, Fleet Street, London EC4Y 1LL (GB). | (81) Designated States: AU, CA, JP, US, European patent (AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE). <br><br> **Published** <br> *With international search report.* <br> *Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.* |

(54) Title:  NON–INVASIVE PRENATAL DIAGNOSIS

(57) Abstract

The invention relates to a detection method performed on a maternal serum or plasma sample from a pregnant female, which method comprises detecting the presence of a nucleic acid of foetal origin in the sample. The invention enables non–invasive prenatal diagnosis including for example sex determination, blood typing and other genotyping, and detection of pre–eclampsia in the mother.

*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL | Albania | ES | Spain | LS | Lesotho | SI | Slovenia |
| AM | Armenia | FI | Finland | LT | Lithuania | SK | Slovakia |
| AT | Austria | FR | France | LU | Luxembourg | SN | Senegal |
| AU | Australia | GA | Gabon | LV | Latvia | SZ | Swaziland |
| AZ | Azerbaijan | GB | United Kingdom | MC | Monaco | TD | Chad |
| BA | Bosnia and Herzegovina | GE | Georgia | MD | Republic of Moldova | TG | Togo |
| BB | Barbados | GH | Ghana | MG | Madagascar | TJ | Tajikistan |
| BE | Belgium | GN | Guinea | MK | The former Yugoslav | TM | Turkmenistan |
| BF | Burkina Faso | GR | Greece | | Republic of Macedonia | TR | Turkey |
| BG | Bulgaria | HU | Hungary | ML | Mali | TT | Trinidad and Tobago |
| BJ | Benin | IE | Ireland | MN | Mongolia | UA | Ukraine |
| BR | Brazil | IL | Israel | MR | Mauritania | UG | Uganda |
| BY | Belarus | IS | Iceland | MW | Malawi | US | United States of America |
| CA | Canada | IT | Italy | MX | Mexico | UZ | Uzbekistan |
| CF | Central African Republic | JP | Japan | NE | Niger | VN | Viet Nam |
| CG | Congo | KE | Kenya | NL | Netherlands | YU | Yugoslavia |
| CH | Switzerland | KG | Kyrgyzstan | NO | Norway | ZW | Zimbabwe |
| CI | Côte d'Ivoire | KP | Democratic People's | NZ | New Zealand | | |
| CM | Cameroon | | Republic of Korea | PL | Poland | | |
| CN | China | KR | Republic of Korea | PT | Portugal | | |
| CU | Cuba | KZ | Kazakstan | RO | Romania | | |
| CZ | Czech Republic | LC | Saint Lucia | RU | Russian Federation | | |
| DE | Germany | LI | Liechtenstein | SD | Sudan | | |
| DK | Denmark | LK | Sri Lanka | SE | Sweden | | |
| EE | Estonia | LR | Liberia | SG | Singapore | | |

09/380696

4 / PRTS          514 Rec'd F  /PTO   0 3 SEP 1999

WO 98/39474                                    PCT/GB98/00690

1

## NON-INVASIVE PRENATAL DIAGNOSIS

This invention relates to prenatal detection methods using
non-invasive techniques.  In particular, it relates to prenatal diagnosis by
5    detecting foetal nucleic acids in serum or plasma from a maternal blood
sample.

Conventional prenatal screening methods for detecting foetal
abnormalities and for sex determination traditionally use foetal samples
derived by invasive techniques such as amniocentesis and chorionic villus
10   sampling.  These techniques require careful handling and present a degree
of risk to the mother and to the pregnancy.

More recently, techniques have been devised for predicting
abnormalities in the foetus and possible complications in pregnancy, which
use maternal blood or serum samples.  Three markers commonly used
15   include alpha-foetoprotein (AFP - of foetal origin), human chorionic
gonadotrophin (hCG) and estriol, for screening for Down's Syndrome and
neural tube defects.  Maternal serum is also currently used for biochemical
screening for chromosomal aneuploidies and neural tube defects.  The
passage of nucleated cells between the mother and foetus is now a well-
20   recognised phenomenon (Lo et al 1989; Lo et al 1996).  The use of foetal
cells in maternal blood for non-invasive prenatal diagnosis (Simpson and
Elias 1993) avoids the risks associated with conventional invasive
techniques.  WO 91/08304 describes prenatal genetic determination using
foetal DNA obtained from foetal cells in the maternal blood.  Considerable
25   advances have been made in the enrichment and isolation of foetal cells
for analysis (Simpson and Elias 1993; Cheung et al 1996).  However,
these techniques are time-consuming or require expensive equipment.

Recently, there has been interest in the use of plasma or
serum-derived DNA for molecular diagnosis (Mulcahy et al 1996).  In
30   particular, it has been demonstrated that tumour DNA can be detected by

2

the polymerase chain reaction (PCR) in the plasma or serum of some patients (Chen *et al* 1996; Nawroz *et al* 1996).

GB 2 299 166 describes non-invasive cancer diagnosis by detection of K-*ras* and N-*ras* gene mutations using PCR-based techniques.

5       It has now been discovered that foetal DNA is detectable in maternal serum or plasma samples. This is a surprising and unexpected finding; maternal plasma is the very material that is routinely discarded by investigators studying non-invasive prenatal diagnosis using foetal cells in maternal blood. The detection rate is much higher using serum or plasma

10      than using nucleated blood cell DNA extracted from a comparable volume of whole blood, suggesting that there is enrichment of foetal DNA in maternal plasma and serum. In fact, the concentration of foetal DNA in maternal plasma expressed as a % of total DNA has been measured as from 0.39% (the lowest concentration measured in early pregnancy), to as

15      high as 11.4% (in late pregnancy), compared to ratios of generally around 0.001% and up to only 0.025% for cellular fractions (Hamada *et al* 1993). It is important that foetal DNA is found in maternal plasma as well as serum because this indicates that the DNA is not an artefact of the clotting process.

20      This invention provides a detection method performed on a maternal serum or plasma sample from a pregnant female, which method comprises detecting the presence of a nucleic acid of foetal origin in the sample. The invention thus provides a method for prenatal diagnosis.

The term "prenatal diagnosis" as used herein covers

25      determination of any maternal or foetal condition or characteristic which is related to either the foetal DNA itself or to the quantity or quality of the foetal DNA in the maternal serum or plasma. Included are sex determination, and detection of foetal abnormalities which may be for example chromosomal aneuploidies or simple mutations. Also included is

30      detection and monitoring of pregnancy-associated conditions such as pre-

3

eclampsia which result in higher or lower than normal amounts of foetal
DNA being present in the maternal serum or plasma. The nucleic acid
detected in the method according to the invention may be of a type other
than DNA e.g. mRNA.

5          The maternal serum or plasma sample is derived from the
maternal blood. As little as $10\mu l$ of serum or plasma can be used.
However it may be preferable to employ larger samples in order to
increase accuracy. The volume of the sample required may be dependent
upon the condition or characteristic being detected. In any case, the
10    volume of maternal blood which needs to be taken is small.

The preparation of serum or plasma from the maternal blood
sample is carried out by standard techniques. The serum or plasma is
normally then subjected to a nucleic acid extraction process. Suitable
methods include the methods described herein in the examples, and
15    variations of those methods. Possible alternatives include the controlled
heating method described by Frickhofen and Young (1991). Another
suitable serum and plasma extraction method is proteinase K treatment
followed by phenol/chloroform extraction. Serum and plasma nucleic acid
extraction methods allowing the purification of DNA or RNA from larger
20    volumes of maternal sample increase the amount of foetal nucleic acid
material for analysis and thus improve the accuracy. A sequence-based
enrichment method could also be used on the maternal serum or plasma to
specifically enrich for foetal nucleic acid sequences.

An amplification of foetal DNA sequences in the sample is
25    normally carried out. Standard nucleic acid amplification systems can be
used, including PCR, the ligase chain reaction, nucleic acid sequence
based amplification (NASBA), branched DNA methods, and so on.
Preferred amplification methods involve PCR.

The method according to the invention may be particularly
30    useful for sex determination which may be carried out by detecting the

4

presence of a Y chromosome.  It is demonstrated herein that using only
10μl of plasma or serum a detection rate of 80% for plasma and 70% for
serum can be achieved.  The use of less than 1ml of maternal plasma or
serum has been shown to give a 100% accurate detection rate.

5          The method according to the invention can be applied to the
detection of any paternally-inherited sequences which are not possessed
by the mother and which may be for example genes which confer a
disease phenotype in the foetus.  Examples include:

a)     Foetal rhesus D status determination in rhesus negative mothers

10         (Lo *et al* 1993).  This is possible because rhesus D positive
           individuals possess the rhesus D gene which is absent in rhesus D
           negative individuals.  Therefore, the detection of rhesus D gene
           sequences in the plasma and serum of a rhesus D negative mother
           is indicative of the presence of a rhesus D positive foetus.  This

15         approach may also be applied to the detection of foetal rhesus D
           mRNA in maternal plasma and serum.

b)     Haemoglobinopathies (Camaschella *et al* 1990).  Over 450 different
           mutations in the beta-globin gene have been known to cause beta-
           thalassaemia.  Provided that the father and mother carry different

20         mutations, the paternal mutation can be used as an amplification
           target on maternal plasma and serum, so as to assess the risk that
           the foetus may be affected.

c)     Paternally-inherited DNA polymorphisms or mutations.  Paternally-
           inherited DNA polymorphisms or mutations present on either a Y or

25         a non-Y chromosome, can be detected in maternal plasma and
           serum to assess the risk of the foetus being affected by a particular
           disease by linkage analysis.  Furthermore, this type of analysis can
           also be used to ascertain the presence of foetal nucleic acid in a
           particular maternal plasma or serum sample, prior to diagnostic

30         analysis such as sex determination.  This application will require the
           prior genotyping of the father and mother using a panel of

WO 98/39474                                           PCT/GB98/00690

5

polymorphic markers and then an allele for detection will be chosen
which is present in the father, but is absent in the mother.

The plasma or serum-based non-invasive prenatal diagnosis
method according to the invention can be applied to screening for Down's
5   Syndrome and other chromosomal aneuploidies.  Two possible ways in
which this might be done are as follows:

a)   It has been found that in pregnancy involving foetuses with
chromosomal aneuploidies e.g. Down's Syndrome, the level of
foetal cells circulating in maternal blood is higher than in
10   pregnancies involving normal foetuses (Bianchi *et al* 1996).
Following the surprising discovery disclosed herein that foetal
DNA is present in maternal plasma and serum, it has also been
demonstrated that the level of foetal DNA in maternal plasma
and serum is higher in pregnancies where the foetus has a
15   chromosomal aneuploidy than in normal pregnancies.
Quantitative detection of foetal nucleic acid in the maternal
plasma or serum e.g. a quantitative PCR assay, can be used to
screen pregnant women for chromosomal aneuploidies.

b)   A second method involves the quantitation of foetal DNA
20   markers on different chromosomes.  For example, for a foetus
affected by Down's Syndrome the absolute quantity of foetal
chromosomal 21-derived DNA will always be greater than that
from the other chromosomes.  The recent development of very
accurate quantitative PCR techniques, such as real time
25   quantitative PCR (Heid *et al* 1996) facilitates this type of
analysis.

Another application of the accurate quantitation of foetal
nucleic acid levels in the maternal serum or plasma is in the molecular
monitoring of certain placental pathologies, such as pre-eclampsia.  The
30   concentration of foetal DNA in maternal serum and plasma is elevated in

6

pre-eclampsia.  This is probably due to the placental damage which
occurs.

It is anticipated that it will be possible to incorporate the
nucleic acid-based diagnosis methods described herein into existing
5    prenatal screening programmes.  Sex determination has successfully been
performed on pregnancies from 7 to 40 weeks of gestation.

In the attached figures:

Figure 1 shows increased foetal DNA in aneuploid pregnancies compared
to control pregnancies;

10   Figure 2 shows increased foetal DNA in pre-eclampsia compared to control
pregnancies;

Figure 3 shows an amplification curve and threshold cycle for real time
quantitative PCR;

Figure 4 shows foetal DNA concentrations in maternal samples for a
15   number of subjects at different stages of gestation.

The invention will now be illustrated in the following
Examples, which do not in any way limit the scope of the invention.


20                                  **EXAMPLES**

**Example 1**

**Analysis of foetal DNA for sex determination**

**Patients**

Pregnant women attending the Nuffield Department of
25   Obstetrics & Gynaecology, John Radcliffe Hospital, Oxford were recruited
prior to amniocentesis or delivery.  Ethics approval of the project was
obtained from the Central Oxfordshire Research Ethics Committee.
Informed consent was sought in each case. Five to ten ml of maternal
peripheral blood was collected into an EDTA and a plain tube.  For women
30   undergoing amniocentesis, maternal blood was always collected prior to

7

the procedure and 10 ml of amniotic fluid was also collected for foetal sex determination. For women recruited just prior to delivery, foetal sex was noted at the time of delivery. Control blood samples were also obtained from 10 non-pregnant female subjects and further sample processing was

5    as for specimens obtained from pregnant individuals.

**Sample preparation**

Maternal blood samples were processed between 1 to 3 hours following venesection. Blood samples were centrifuged at 3000g and plasma and serum were carefully removed from the EDTA-containing

10   and plain tubes, respectively, and transferred into plain polypropylene tubes. Great care was taken to ensure that the buffy coat or the blood clot was undisturbed when plasma or serum samples, respectively, were removed. Following removal of the plasma samples, the red cell pellet and buffy coat were saved for DNA extraction using a Nucleon DNA extraction

15   kit (Scotlabs, Strathclyde, Scotland, U.K.). The plasma and serum samples were then subjected to a second centrifugation at 3000g and the recentrifuged plasma and serum samples were collected into fresh polypropylene tubes. The samples were stored at -20°C until further processing.

20   **DNA extraction from plasma and serum samples**

Plasma and serum samples were processed for PCR using a modification of the method of Emanuel and Pestka (1993). In brief, 200 μl of plasma or serum was put into a 0.5ml eppendorf tube. The sample was then heated at 99°C for 5 minutes on a heat block. The heated sample

25   was then centrifuged at maximum speed using a microcentrifuge. The clear supernatant was then collected and 10 μl was used for PCR.

**DNA extraction from amniotic fluid**

The amniotic fluid samples were processed for PCR using the method of Rebello et al (1991). One hundred μl of amniotic fluid was

30   transferred into a 0.5 ml eppendorf tube and mixed with an equal volume of

9

Maternal plasma and serum samples were collected from 43 pregnant women with gestational ages from 12 to 40 weeks. There were 30 male foetuses and 13 female foetuses. Of the 30 women bearing male foetuses, Y-positive signals were detected in 24 plasma samples and 21

5  serum samples, when 10 μl of the respective samples was used for PCR. When nucleated blood cell DNA was used for Y-PCR, positive signals were only detected in 5 of the 30 cases. None of the 13 women bearing female foetuses and none of the 10 non-pregnant female controls resulted in a positive Y signal when either plasma, serum or cellular DNA was amplified.

10  Accuracy of this technique, even with serum/plasma samples of only 10 μl, is thus very high and most importantly it is high enough to be useful. It will be evident that accuracy can be improved to 100% or close to 100%, for example by using a larger volume of serum or plasma.

15  **Example 2**

**Quantitative analysis of foetal DNA in maternal serum in aneuploid pregnancies**

The prenatal screening and diagnosis of foetal chromosomal aneuploidies is an important part of modern obstetrical care. Due to the

20  risks associated with invasive procedures such as amniocentesis and the impracticability of performing screening with invasive methods, much effort has been devoted to the development of non-invasive screening methods for foetal chromosomal aneuploidies. The two main non-invasive methods which have been developed are maternal serum biochemical screening

25  and ultrasound examination for nuchal translucency. These methods are both associated with significant false-positive and false-negative rates.

The demonstration of foetal nucleated cells in maternal circulation offers a new source of foetal material for the non-invasive diagnosis of foetal chromosomal aneuploidies (Simpson et al 1993). By

30  the use of foetal nucleated cell enrichment protocols, several groups have

reported the detection of aneuploid foetal nucleated cells isolated from
maternal blood (Elias *et al* 1992; Bianchi *et al* 1992).  Recently, it has been
demonstrated that there is increased foetal nucleated cell number in
maternal circulation when the foetus is suffering from a chromosomal

5   aneuploidy (Bianchi *et al* 1997).

**Patients samples**

Blood samples from pregnant women undergoing prenatal
testing were collected prior to any invasive procedure.  The foetal
karyotype was confirmed by cytogenetic analysis of amniotic fluid or

10   chorionic villus samples.  Approval was obtained from the Research Ethics
Committee of The Chinese University of Hong Kong.  Blood samples were
collected into plain tubes.  Following blood clotting, the samples were
centrifuged at 3000 g, and serum were carefully removed and transferred
into plain polypropylene tubes. The samples were stored at -70 °C or -20

15   °C until further processing.

**DNA extraction from plasma and serum samples**

DNA from serum samples were extracted using a QIAamp
Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid
protocol" as recommended by the manufacturer (Chen *et al* 1996).  Four

20   hundred to 800 μl of plasma/serum sample was used for DNA extraction
per column.  The exact amount used was documented to enable the
calculation of target DNA concentration.

**Real time quantitative PCR**

Theoretical and practical aspects of real time quantitative

25   PCR were previously described by Heid *et al* (1996).  Real time
quantitative PCR analysis was performed using a PE Applied Biosystems
7700 Sequence Detector (Foster City, CA, U.S.A.) which is essentially a
combined thermal cycler/fluorescence detector with the ability to monitor
the progress of individual PCR reactions optically.  The amplification and

30   product reporting system used is based on the 5' nuclease assay (Holland

11

*et al* 1991) (the TaqMan assay as marketed by Perkin-Elmer). In this system, apart from the two amplification primers as in conventional PCR, a dual labeled fluorogenic hybridisation probe is also included (Lee *et al* 1993; Livak *et al* 1995). One fluorescent dye serves as a reporter (FAM,

5   i.e., 6-carboxyfluorescein) and its emission spectra is quenched by a second fluorescent dye (TAMRA, i.e., 6-carboxy-tetramethylrhodamine). During the extension phase of PCR, the 5' to 3'-exonuclease activity of the *Taq* DNA polymerase cleaves the reporter from the probe thus releasing it from the quencher, resulting in an increase in fluorescent emission at 518

10  nm. The PE Applied Biosystems 7700 Sequence Detector is able to measure the fluorescent spectra of the 96 amplification wells continuously during DNA amplification and the data are captured onto a Macintosh computer (Apple Computer, Cupertino, CA, U.S.A.).

The SRY TaqMan system consisted of the amplification

15  primers SRY-109F, 5'-TGG CGA TTA AGT CAA ATT CGC-3' [SEQ ID NO:3]; SRY-245R, 5'-CCC CCT AGT ACC CTG ACA ATG TAT T-3' [SEQ ID NO:4]; and a dual labeled fluorescent TaqMan probe SRY-142T, 5'-(FAM)AGC AGT AGA GCA GTC AGG GAG GCA GA(TAMRA)-3' [SEQ ID NO: 5]. Primer/probe combinations were designed using the Primer

20  Express software (Perkin-Elmer, Foster City, CA, U.S.A.). Sequence data for the SRY gene were obtained from the GenBank Sequence Database (accession number L08063).

TaqMan amplification reactions were set up in a reaction volume of 50 µl using components (except TaqMan probe and

25  amplification primers) supplied in a TaqMan PCR Core Reagent Kit (Perkin-Elmer, Foster City, CA, U.S.A.). The SRY TaqMan probe were custom-synthesised by PE Applied Biosystems. PCR primers were synthesised by Life Technologies (Gaithersburg, MD, U.S.A.). Each reaction contained 5 µl of 10X buffer A, 300 nM of each amplification

30  primers, 100 nM of the SRY TaqMan probe, 4 mM $MgC1_2$, 200 µM each of

12

dATP, dCTP and dGTP, 400 µM dUTP, 1.25 units of AmpliTaq Gold and
0.5 unit AmpErase uracil N-glycosylase. Five to ten µl of the extracted
serum DNA was used for amplification. The exact amount used was
recorded for subsequent concentration calculation. DNA amplifications

5    were carried out in 96-well reaction plates that were frosted by the
manufacturer to prevent light reflection and were closed using caps
designed to prevent light scattering (Perkin-Elmer, Foster City, CA, U.S.A.).
Each sample was analysed in duplicate. A calibration curve was run in
parallel and in duplicate with each analysis. The conversion factor of 6.6

10   pg of DNA per cell was used for expressing the results as copy numbers.

Thermal cycling was initiated with a 2-minute incubation at 50
°C for the uracil N-glycosylase to act, followed by a first denaturation step
of 10 minutes at 95 °C. Then, 40 cycles of 95 °C for 15 s and 60°C for 1
minute were carried out.

15   Amplification data collected by the 7700 Sequence Detector
and stored in the Macintosh computer were then analysed using the
Sequence Detection System (SDS) software developed by PE Applied
Biosystems. The mean quantity of each duplicate was used for further
concentration calculation. The concentration expressed in copies/ml was

20   calculated using the following equation:

$$C = Q \times \frac{V_{DNA}}{V_{PCR}} \times \frac{1}{V_{ext}}$$

where    C = target concentration in plasma or serum (copies/ml);

Q = target quantity (copies) determined by sequence detector

25   in a PCR;

$V_{DNA}$ = total volume of DNA obtained following extraction,

typically 50 µl per Qiagen extraction;

$V_{PCR}$ = volume of DNA solution used for PCR, typically 5-10µl

$V_{ext}$  = volume of plasma/serum extracted, typically 400-800µl

13

### Anti-contamination measures

Strict precautions against PCR contamination were used (Kwok *et al* 1989). Aerosol-resistant pipette tips were used for all liquid
5    handling. Separate areas were used for the setting up of amplification reactions, the addition of DNA template and the carrying out of amplification reactions. The 7700 Sequence Detector offered an extra level of protection in that its optical detection system obviated the need to reopen the reaction tubes following the completion of the amplification
10    reactions, thus minimising the possibility of carryover contamination. In addition, the TaqMan assay also included a further level of anti-contamination measure in the form of pre-amplification treatment using uracil N-glycosylase which destroyed uracil containing PCR products (Longo *et al* 1990). Multiple negative water blanks were included in every
15    analysis.

### Results
### Development of real time quantitative PCR

To determine the dynamic range of real time quantitative
20    PCR, serial dilutions of male DNA were made in water consisting of the DNA equivalent from 1,000 cells to 1 cell and subjected to analysis by the SRY TaqMan system. The fewer the number of target molecules, the more amplification cycles were needed to produce a certain quantity of reporter molecules. The system was sensitive enough to detect the DNA
25    equivalent from a single target cell.

A parameter, termed the threshold cycle ($C_T$) could be defined which was set at 10 standard deviations above the mean base-line fluorescence calculated from cycles 1 to 15 and was proportional to the starting target copy number used for amplification (Heid *et al* 1996). A plot
30    of the threshold cycle ($C_T$) against the input target quantity, with the latter

14

plotted on a common log scale, demonstrated the large dynamic range and
accuracy of real time quantitative PCR.

The real time quantitative SRY system was insensitive to the
existence of background female DNA from 0 to 12,800 female genome-
5     equivalents. This greatly simplified the application of this system as
separate calibration curves did not have to be constructed for different
cases due to the presence of different concentrations of foetal and
maternal DNA.

**Quantitative analysis of foetal SRY gene from maternal serum from**
10    **aneuploid and control pregnancies**

Real time quantitative SRY PCR was carried out for serum
DNA extracted from women bearing aneuploid and normal foetuses. Data
from individual cases are plotted in Figure I. Foetal DNA concentration
was higher in aneuploid than control pregnancies (Mann-Whitney U Test,
15    p=0.006).

**Discussion**

In this study we demonstrate that the concentration of foetal
DNA in maternal serum is elevated in aneuploid pregnancies. These
20    results indicate that foetal DNA quantitation has the potential to be used as
a new screening marker for foetal chromosomal aneuploidies. A large
scale population-based study could be carried out to develop cutoff values
for screening purposes. It would also be useful to investigate the
correlation of foetal DNA concentration with the other biochemical markers
25    for maternal serum biochemical screening.

The mechanism(s) by which increased amounts of foetal
DNA is liberated into maternal circulation in aneuploid pregnancies require
further research. One possibility is related to the increased numbers of
foetal nucleated cells which are released into the maternal blood in
30    aneuploid pregnancies (Bianchi *et al* 1997). Another possible mechanism

15

may be increased cell death or turnover which may be associated with chromosomal aneuploidies.


### Example 3

5   **Non-invasive prenatal determination of foetal RhD status from plasma of RhD-negative pregnant women**


**Introduction**

The rhesus blood group system is important in transfusion
10   and clinical medicine, being involved in haemolytic disease of the newborn, transfusion reactions and autoimmune haemolytic anaemia. Despite the widespread use of rhesus immunoglobulin prophylaxis in rhesus D (RhD)-negative mothers, rhesus isoimmunisation still occurs. In those cases where the father is heterozygous for RhD gene, there is a 50% chance that
15   the foetus is RhD-positive and 50% chance that the foetus is RhD-negative. The prenatal determination of foetal RhD status in these cases is clinically useful because no further prenatal invasive testing or therapeutic manoeuvres are necessary if the foetus can be shown to be RhD-negative.
20   Advances towards this goal have been made possible recently through the cloning of the human RhD gene (Le Van Kim *et al* 1992) and the demonstration that RhD-negative individuals lack the RhD gene (Colin *et al* 1991). Prenatal determination of foetal RhD status has been performed using PCR-based techniques on amniotic fluid samples
25   (Bennett *et al* 1993).

A number of groups have also investigated the possibility of using foetal cells in maternal blood for the determination of foetal RhD status (Lo *et al* 1993). The main problem with this approach is that the system is not sufficiently reliable without foetal cell enrichment or isolation
30   procedure as demonstrated by the high false-positive and false-negative

Case 3:11-cv-06391-SI   Document 35-3   Filed 03/08/12   Page 90 of 119

16

rates on unenriched samples.  Foetal cell enrichment or isolation
procedures, on the other hand, are tedious and expensive to perform
(Geifman-Holtzman et al 1996; Sekizawa et al 1996).

> Our discovery of the presence of foetal DNA in maternal
5   plasma and serum offers a new approach for non-invasive prenatal
diagnosis.


**Materials and Methods**
**Patients**
10  Pregnant women attending the Nuffield Department of
Obstetrics & Gynaecology were recruited with informed consent.  Approval
of the project was obtained from the Central Oxfordshire Research Ethics
Committee.  Women in the second trimester of pregnancy were recruited
just prior to amniocentesis.  Blood samples were collected prior to any
15  invasive procedures.  Ten ml of amniotic fluid was also collected for foetal
RhD genotyping.  Women in the third trimester of pregnancy were recruited
just prior to delivery.  A sample of cord blood was taken following delivery
for the ascertainment of foetal RhD status by serological methods.
**Sample preparation**
20  Blood samples were collected into tubes containing EDTA.
The samples were centrifuged at 3000 g, and plasma was carefully
removed and transferred into plain polypropylene tubes.  Great care was
taken to ensure that the buffy coat was not disturbed.  The buffy coat
samples were stored at -20 °C until further processing.  The plasma
25  samples were then recentrifuged at 3000 g and plasma was again carefully
removed and transferred into a fresh set of plain polypropylene tubes.  The
samples were stored at -20 °C until further processing.

Case 3:11-cv-06391-SI   Document 35-3   Filed 03/08/12   Page 91 of 119

17

**DNA extraction from plasma and serum samples**

DNA from plasma and buffy coat samples were extracted using a QIAamp Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid protocol" as recommended by the manufacturer (Cher *et al*

5   1996). Eight hundred μl of plasma sample and 200 μl of buffy coat sample was used for DNA extraction per column.

**Real time quantitative PCR**

Real time quantitative PCR analysis was performed as described in Example 2 with the following modifications.

10   The RhD TaqMan system consisted of the amplification primers RD-A: 5'-CCT CTC ACT GTT GCC TGC ATT-3' [SEQ ID NO: 6]; RD-B: 5'-AGT GCC TGC GCG AAC ATT-3' [SEQ ID NO: 7]; and a dual labelled fluorescent TaqMan probe RD-T,5'-(FAM)TAC GTG AGA AAC GCT CAT GAC AGC AAA GTC T(TAMRA)-3' [SEQ ID NO: 8].

15   Primer/probe combinations were designed using the Primer Express software (Perkin-Elmer, Foster City, CA, U.S.A.). Sequence data for the RhD gene were as previously described (Le Van Kim *et al* 1992).

The beta-globin TaqMan system consisted of the amplification primers beta-globin-354F, 5'-GTG CAC CTG ACT CCT GAG

20   GAG A-3' [SEQ ID NO: 9]; beta-globin-455R, 5'-CCT TGA TAC CAA CCT GCC CAG-3'; and a dual labelled fluorescent TaqMan probe beta-globin-402T, 5'-(FAM)AAG GTG AAC GTG GAT GAA GTT GGT GG(TAMRA)-3' [SEQ ID NO: 10]. Primer/probe combinations were designed using the Primer Express software (Perkin-Elmer, Foster City, CA, U.S.A.).

25   Sequence data were obtained from the GenBank Sequence Database: accession number U01317.

Case 3:11-cv-06391-SI   Document 35-3   Filed 03/08/12   Page 92 of 119

**Results**

**Development of real time TaqMan PCR**

The real time sequence detector is able to measure the

5    fluorescence intensity of the liberated reporter molecules cycle after cycle.
A parameter, termed the threshold cycle ($C_T$), could be defined which was
set at 10 standard deviations above the mean base-line fluorescence
calculated from cycles 1 to 15 (Heid *et al* 1996). An amplification reaction
in which the fluorescence intensity rises above the threshold during the

10   course of thermal cycling is defined as a positive reaction.

To determine the sensitivity of TaqMan PCR, serial dilutions
of genomic DNA isolated from a RhD-positive individual were made in
water consisting of the DNA equivalent from 1,000 cells to 1 cell and
subjected to analysis by the SRY TaqMan system. The fewer the number

15   of target molecules, the more amplification cycles were needed to produce
a certain quantity of reporter molecules. The system was sensitive enough
to detect the DNA equivalent from a single target cell.

**Correlation of serology and genotyping of the RhD-negative women**

The 21 pregnant women enrolled in this study were all

20   serologically RhD-negative. Genomic DNA (10 ng) isolated from the buffy
coat from each woman was subjected to the RhD TaqMan assay and in
each case a negative result was found; thus demonstrating complete
correlation between the serology and genotyping.

**RhD genotyping from DNA isolated from maternal plasma**

25           DNA extracted from the plasma of the 21 RhD-negative
pregnant women were subjected to the RhD TaqMan assay. There was
complete correlation between the foetal RhD genotype predicted from
maternal plasma analysis and the result obtained from genotyping the
amniotic fluid and serological testing of the cord blood (Table 1).

19

As a control for the amplifiability of DNA extracted from maternal plasma, these samples were also subjected to the beta-globin TaqMan assay.  In every case, a positive TaqMan signal was generated.

5   **Discussion**

In this study we have demonstrated the feasibility of performing non-invasive foetal RhD genotyping from maternal plasma. This represents the first description of single gene diagnosis from maternal plasma.  Our results indicate that this form of genotyping is highly accurate

10   and can potentially be used for clinical diagnosis.  This high accuracy is probably the result of the high concentration of foetal DNA in maternal plasma.

The rhesus family of polypeptides are encoded by two related genes: the CcEe gene and the RhD gene (Le Van Kim et al 1992; Chérif-

15   Zahar et al 1990).  Due to the complexity of the Rh genetic systems, a number of primer sets have been described for RhD genotyping (Bennet et al 1993; Lo et al 1993; Aubin et al 1997).  In order to ensure the accuracy of our genotyping system in the study samples, we performed a control genotyping of buffy coat DNA of our patient population.  In all cases there

20   was complete correlation between serology and genotype.  It is likely that for robust clinical diagnosis, multiple primer sets are preferred.  The TaqMan chemistry can easily accommodate the inclusion of multiple primer/probe sets.

The correlation between the severity of foetal haemolytic

25   disease and maternal and-D level is an area which required further investigation.  It is possible that increased amount of foetal DNA is liberated into the maternal circulation in the presence of increased foetal haemolysis.

WO 98/39474                                    PCT/GB98/00690

20

## Table 1

## RhDd genotyping from plasma from RhD-negative pregnant women

| Case | Foetal RhD genotype | Maternal Plasma RhD TaqMan signal |
|---|---|---|
| 1 | - | - |
| 2 | - | - |
| 3 | - | - |
| 4 | + | + |
| 5 | + | + |
| 6 | - | - |
| 7 | - | - |
| 8 | + | + |
| 9 | + | + |
| 10 | - | - |
| 11 | + | + |
| 12 | + | + |
| 13 | + | + |
| 14 | + | + |
| 15 | - | - |
| 16 | + | + |
| 17 | + | + |
| 18 | + | + |
| 19 | + | + |
| 20 | + | + |
| 21 | + | + |

## Example 4

5    **Elevation of foetal DNA concentration in maternal serum in pre-eclamptic pregnancies**

### Introduction

Pre-eclampsia is an important cause of maternal and foetal

10   mortality and morbidity. Despite much research, the pathogenesis of this

condition is still unclear. The disorder is mainly recognised by the

concurrence of pregnancy-induced changes which regress after delivery, of

which hypertension and proteinuria are the most commonly used clinical

criteria. Some investigators have suggested that pre-eclampsia is the

WO 98/39474                                                    PCT/GB98/00690

21

result of abnormal trophoblastic implantation, probably mediated by immunological mechanisms.  Other investigators have found pathological changes in the spiral arteries in the decidua and myometrium in which partial occlusion by fibrinoid material is one feature.

5          In this Example we use a real time quantitative PCR assay to show the concentration of foetal DNA in the serum of women suffering from pre-eclampsia.  Y chromosomal sequences from male foetuses were used as a foetal marker.

**Materials and Methods**

10   **Patients**

Pregnant women attending the Department of Obstetrics & Gynaecology at the Prince of Wales Hospital, Shatin, Hong Kong and the Nuffield Department of Obstetrics & Gynaecology, Oxford, U.K. were recruited with informed consent.  Approval was obtained from the

15   Research Ethics Committee of The Chinese University of Hong Kong and the Central Oxfordshire Research Ethics Committee.  Pre-eclampsia was defined as a sustained rise in diastolic blood pressure to 90 mmHg or higher from previously lower values, with new and sustained proteinuria in the absence of urinary tract infection.  The control pregnant women were

20   not on medication and had no hypertension or proteinuria (defined as more than a trace on dipstick urinalysis).  The pre-eclamptic and control subjects were matched for gestational age.

**Sample preparation**

Blood samples were collected into plain tubes.  Following

25   blood clotting, the samples were centrifuged at 3000 g, and serum were carefully removed and transferred into plain polypropylene tubes.  The samples were stored at -70 °C or -20 °C until further processing.

**DNA extraction from plasma and serum samples**

DNA from serum samples were extracted using a QIAamp

30   Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid

22

protocol" as recommended by the manufacturer (Chen *et al* 1996).  Four
hundred to 800 μl of plasma/serum sample was used for DNA extraction
per column.  The exact amount used was documented to enable the
calculation of target DNA concentration.

5    **Real time quantitative PCR**

Real time quantitative PCR analysis was performed as
described in Example 2.

**Results**

10   **Quantitative analysis of foetal SRYgene from maternal serum**

Real time quantitative SRY PCR was carried out for serum
DNA extracted from pre-eclamptic and control patients.  Data from
individual cases are plotted in Figure 2.  The median foetal DNA
concentrations in pre-eclamptic and control pregnancies were 381
15   copies/ml and 76 copies/ml, respectively.  Foetal DNA concentration was
higher in pre-eclamptic than control pregnancies (Mann-Whitney U Test,
$p < 0.0001$).

**Discussion**

20   Our data indicate that the concentration of foetal DNA is
higher in pre-eclamptic compared with non-pre-eclamptic pregnancies.
These results indicate that foetal DNA concentration measurement in
maternal plasma may be used as a new marker for pre-eclampsia.
Compared with other markers for pre-eclampsia, foetal DNA measurement
25   is unique in that it is a genetic marker while other markers, such as activin
A and inhibin A, are generally hormonal markers.  By its nature, a test
based on a genetic marker has the advantage that it is completely foetal-
specific.

Further research will be required to investigate whether the
30   level of foetal DNA is related to the severity of pre-eclampsia.  Our

WO 98/39474                                                          PCT/GB98/00690

23

discovery also opens up research into the potential application of foetal DNA quantitation to predict the occurrence of pre-eclampsia, prior to the development of clinical signs such as hypertension and proteinuria.

5      The mechanism by which increased amounts of foetal DNA is liberated into the circulation of pre-eclamptic women is unclear at present. Possible mechanisms include damage to the placental interface resulting in foetal cell death and the consequent release of foetal DNA into maternal circulation. A second mechanism is due to the increased trafficking of foetal cells into maternal circulation in pre-eclampsia. Foetal DNA is then

10    liberated following their destruction in the maternal circulation. Future studies correlating the levels of foetal cells and foetal DNA would be necessary to address these issues.

**Example 5**

15    **Quantitative analysis of foetal DNA in maternal plasma and serum**

**Introduction**

We have demonstrated that foetal DNA is present in maternal plasma and serum. Detection of foetal DNA sequences was possible in

20    80% and 70% of cases using just 10 μl of boiled plasma and serum, respectively (Lo *et al.* 1997).

These observations indicate that maternal plasma/serum DNA may be a useful source of material for the non-invasive prenatal diagnosis of certain genetic disorders. To demonstrate that clinical

25    applications are possible, a number of important questions need to be answered. First, foetal DNA in maternal plasma and serum needs to be shown to be present in sufficient quantities for reliable molecular diagnosis to be carried out. Second, data on the variation of foetal DNA in maternal plasma and serum with regard to gestation age is required to determine

30    the applicability of this technology to early prenatal diagnosis.

Case 3:11-cv-06391-SI   Document 35-3   Filed 03/08/12   Page 98 of 119

24

In this Example we have addressed both of these issues by developing a real time quantitative TaqMan polymerase chain reaction (PCR) assay (Heid *et al.* 1996) for measuring the copy numbers of foetal DNA molecules in maternal plasma and serum. This technique permits
5    continuous optical monitoring of the progress of an amplification reaction, giving accurate target quantitation over a wide concentration range. Our data show that foetal DNA is present in maternal plasma and serum at concentrations similar to those achieved by many foetal cell enrichment protocols. We have also investigated the changes of foetal DNA
10   concentration in maternal serum at different gestational ages. Using this plasma or serum-based approach, we show that the reliable detection of foetal DNA is achievable and therefore useful for the non-invasive prenatal diagnosis of selected genetic disorders.

**Subjects and Methods**
15   **Patients**

Pregnant women attending the Department of Obstetrics & Gynecology at the Prince of Wales Hospital, Shatin, Hong Kong were recruited with informed consent. Approval was obtained from the Research Ethics Committee of The Chinese University of Hong Kong. For
20   women studied at a single time point, early pregnancy samples were obtained prior to amniocentesis or chorionic villus sampling while late pregnancy samples were collected just prior to delivery. Five to ten ml of maternal peripheral blood was collected each into one tube containing EDTA and one plain tube. Subjects studied at multiple time points were
25   recruited from the *in vitro* fertilization program, prior to conception. Five to ten ml of maternal blood from these subjects was collected into a plain tube at each studied time point. For women undergoing prenatal diagnosis, the sex of the baby was ascertained from cytogenetic results from the amniocentesis or chorionic villus samples. For women recruited

Case 3:11-cv-06391-SI   Document 35-3   Filed 03/08/12   Page 99 of 119

25

just prior to delivery or from the *in vitro* fertilization program, foetal sex was noted at the time of delivery.

**Sample preparation**

Blood samples were centrifuged at 3000 g, and plasma and
5    serum were carefully removed from the EDTA-containing and plain tubes, respectively, and transferred into plain polypropylene tubes.  Great care was taken to ensure that the buffy coat or the blood clot was undisturbed when plasma or serum samples, respectively, were removed.  The plasma and serum samples were recentrifuged at 3000 g and the supernatants
10   were collected into fresh polypropylene tubes.  The samples were stored at -20 °C until further processing.

**DNA extraction from plasma and serum samples**

DNA from plasma and serum samples were extracted using a QIAamp Blood Kit (Qiagen, Hilden, Germany) using the "blood and body
15   fluid protocol" as recommended by the manufacturer (Chen *et al.* 1996). Four hundred to 800 μl of plasma/serum sample was used for DNA extraction per column.  The exact amount used was documented to enable the calculation of target DNA concentration.

**Real time quantitative PCR**

20   Real time quantitative PCR analysis was performed as described in Example 2, using the SRY TaqMan system and the beta-globin TaqMan system described in the previous Examples.

Identical thermal profile was used for both the SRY and beta-globin TaqMan systems.  Thermal cycling was initiated with a 2-minute
25   incubation at 50°C for the uracil N-glycosylase to act, followed by a first denaturation step of 10 minutes at 95 °C.  Then, 40 cycles of 95°C for 15 s and 60°C for 1 minute were carried out.

30

26

**Results**

**Development of real time quantitative PCR**

To determine the dynamic range of real time quantitative
PCR, serial dilutions of male DNA were made in water consisting of the

5     DNA equivalent from 1,000 cells to 1 cell and subjected to analysis by the
SRY TaqMan system. Fig. 3A demonstrates that the amplification curve
shifted to the right as the input target quantity was reduced.  This was
expected as reactions with fewer target molecules required more
amplification cycles to produce a certain quantity of reporter molecules

10    than reactions with more target molecules.  The system was sensitive
enough to detect the DNA equivalent from a single target cell.

Fig. 3B shows a plot of the threshold cycle ($C_T$) against the
input target quantity, with the latter plotted on a common log scale.  The $C_T$
was set at 10 standard deviations above the mean base-line fluorescence

15    calculated from cycles 1 to 15 and was proportional to the starting target
copy number used for amplification (Heid *et al.* 1996).  The linearity of the
graph demonstrates the large dynamic range and accuracy of real time
quantitative PCR.  Similar results were obtained using the beta-globin
TaqMan system (results not shown).

20    The real time quantitative SRY system was insensitive to the
existence of background female DNA from 0 to 12,800 female genome-
equivalents.  This greatly simplified the application of this system as within
this range, separate calibration curves did not have to be constructed for
different cases due to the presence of different concentrations of foetal and

25    maternal DNA.

The reproducibility of DNA extraction from plasma and serum
using the Qiagen protocol was tested by performing replicate extractions
(10 for each case) from plasma and serum samples from normal
individuals.  These replicate extractions were then subjected to real time

27

quantitative PCR using the beta-globin system. The coefficient of variation
(CV) of $C_T$ values of these replicate extractions was 1. 1%.

**Quantitative analysis using the real time beta-globin TaqMan system**

5      The concentration of beta-globin sequences in maternal
plasma and serum samples was used as a measure of the total amount of
extracted DNA, i.e., maternal *and* foetal DNA extracted from plasma and
serum samples from 50 pregnant women was analysed using the beta-
globin TaqMan system. Twenty-five cases were recruited during the first
and second trimesters (gestational age: 11 to 17 weeks) and were denoted
10     as early pregnancy samples in Table 2. The other twenty-five cases were
recruited just prior to delivery (gestational age: 37 to 43 weeks) and were
denoted as late pregnancy samples in Table 1. The concentrations of
beta-globin sequences in maternal plasma and serum are listed in Table 2.
These results show that serum contains more DNA than plasma (Wilcoxon
15     Signed Rank Test, p<O.0005), with a mean concentration of serum DNA
14.6 times that of plasma DNA in our studied population. The
concentration of beta-globin sequences in maternal plasma from early and
late pregnancy samples are compared in Table 2. These data show that
the total amount of plasma DNA increases as pregnancy progresses
20     (Mann-Whitney Rank Sum Test, p<O.0005).

**Quantitative analysis of foetal SRY gene from maternal plasma and
serum**

Real time quantitative analysis using the SRY TaqMan
system was carried out on DNA extracted from maternal plasma and
25     serum to determine the amount of foetal DNA. Of the 25 early pregnancy
samples (gestational age: 11 to 17 weeks), 13 were from women bearing
male foetuses and 12 were from women bearing female foetuses. Of the
25 late pregnancy samples (gestational age: 37 to 43 weeks), 14 were
from women bearing male foetuses and 11 were from women bearing
30     female foetuses. A positive signal was obtained in each of the 27 women

28

bearing male foetuses and no signal was detected in each of the 23
women bearing female foetuses.  Fourteen women had a history of
delivering a previous male baby and 5 of these were carrying a female
baby in the current studied pregnancy.

5          Quantitative SRY data from the 27 women bearing male
foetuses are summarised in Table 3.  These data show that the
concentrations of foetal DNA in plasma and serum are higher in late
gestation than in early gestation (Mann-Whitney Rank Sum Test,
$p < 0.0005$).  The mean concentrations of foetal DNA in maternal plasma

10   and serum are 11.5 times and 11.9 times, respectively, higher in late
gestation compared with early gestation.  The absolute concentrations of
foetal DNA in maternal plasma and serum were similar in individual cases.
The fractional concentration of foetal DNA in early pregnancy ranges from
0.39% to 11.9% (mean: 3.4%) in plasma and 0.014% to 0.54% (mean:

15   0.13%) in serum.  In late pregnancy, the fraction of foetal DNA ranges from
2.33% to 11.4% (mean: 6.2%) in plasma and 0.032% to 3.97% (mean:
1.0%) in serum.

**Sequential follow up of women who conceived by *in vitro* fertilization**

          Twenty women who conceived by *in vitro* fertilization (IVF)
20   were followed up at pre-conception and at multiple time points during
pregnancy.  All twenty subjects had singleton pregnancies as determined
by ultrasound scanning.  Twelve women delivered male babies and the
remaining 8 delivered female babies.  None of the women carrying male
foetuses had a history of pregnancy-associated complications.  Subject S-

25   51 (fig. 4) underwent chorionic villus sampling at 12 weeks.  Subjects S-1
and S-56 (fig. 4) had amniocentesis at 16 and 17 weeks, respectively.  A
total of 163 serum samples from these 20 women were analysed using the
real time quantitative SRY TaqMan system.  None of the 65 serum
samples from the 8 women bearing female babies gave a positive SRY

29

signal. The concentrations of foetal DNA in the 98 serum samples from
women carrying male babies are plotted in fig. 4.

## Discussion

5          We have developed an accurate real time quantitative PCR
system for determining the concentration of foetal DNA in maternal plasma
and serum. This system has a number of advantages: (1) a large dynamic
range of over 5 orders of magnitude (Heid *et al.* 1996); (2) a high
throughput and fast turnaround time - 96 samples could be simultaneously
10    amplified and quantified in approximately 2 hours; and (3) the use of a
homogeneous amplification/detection system which requires no post-PCR
processing and therefore minimizes the risk of carryover contamination.

          The most important observation in this study is the very high
concentration of foetal DNA in maternal plasma and serum. Bianchi *et al*
15    reported that the average number of foetal cells in maternal blood in
normal pregnancies was 19 in 16 ml of maternal blood, i.e., 1.2 cells/ml
during the second trimester (Bianchi *et al.* 1997). Therefore, the mean
concentration of foetal DNA in maternal plasma and serum is 21.2
(25.4/1.2) and 23.9 (28.7/1.2) times, respectively, higher than that in the
20    cellular fraction of maternal blood at the same gestation. The relative
concentration of foetal to total plasma DNA is even higher. Thus, in early
pregnancy, foetal DNA in maternal plasma constitutes a mean of 3.4% of
the total plasma DNA. The respective figure in late pregnancy is 6.2%.
Hamada *et al* reported that the frequency of foetal cells in the second
25    trimester was 0.0035% while that in the third trimester was 0.008%
(Hamada *et al.* 1993). The fetomaternal ratio is, therefore, 97Sfold and
775-fold higher in maternal plasma than in the cellular fraction at the
respective gestational age. Indeed, the fetomaternal ratio in plasma DNA
is comparable to that following many foetal cell enrichment protocols. For
30    example, Bianchi *et al* reported that following foetal nucleated red cell

30

enrichment using fluorescence activated cell sorting, the resulting foetal
cells constituted 0.001%-5% of the sorted cell populations as determined
by quantitative PCR analysis (Bianchi et al. 1994). In a similar study using
cell sorting and foetal cell detection using fluorescence in situ hybridization,

5    Sohda et al found that on average 4.6% of the sorted cells were of foetal
origin (Sohda et al. 1997). Maternal plasma, therefore, offers an easily
accessible foetal DNA source for prenatal genetic analysis.

We have demonstrated that the absolute concentration of
foetal DNA in maternal plasma is similar to that in maternal serum. The

10   main difference lies in the presence of a larger quantity of background
maternal DNA in serum compared with plasma, possibly due to the
liberation of DNA during the clotting process. While this exerts no
noticeable effect on the efficiency of foetal DNA detection using the real
time TaqMan system, it is possible that with the use of less sensitive

15   methods, e.g., conventional PCR followed by ethidium stained agarose gel
electrophoresis, maternal plasma may be preferable to maternal serum for
robust foetal DNA detection.

The high concentration of foetal DNA in maternal plasma and
serum has allowed us to reliably detect the presence of foetal genetic

20   material. Of the 263 serum or plasma samples analysed in this study, we
were able to detect foetal SRY gene in maternal plasma or serum from
every subject who was carrying a male baby at the time of venesection.
This robust detection rate was obtained using DNA extracted from just 40-
80 $\mu$l of maternal plasma and serum. This volume represents a 4-8 fold

25   increase over the 10 $\mu$l of boiled maternal plasma or serum reported in our
previous study (Lo et al. 1997) and results in significant improvement in
sensitivity. The specificity was preserved as we did not observe
amplification signals from samples obtained pre-conception or from
subjects carrying a female foetus. From the data obtained thus far,

30   plasma/serum analysis did not appear to be significantly affected by the

Case 3:11-cv-06391-SI   Document 35-3   Filed 03/08/12   Page 105 of 119

31

persistence of foetal cells from previous pregnancies (Bianchi *et al.* 1996).
Thus, we did not obtain any false positive results from women who had
carried a previous male baby but who were carrying a female baby at the
time of blood sampling for this study.

5          The sequential study on patients undergoing IVF gave a
number of important results.  First, all of the 12 patients carrying male
babies were shown to be negative for SRY sequences in their sera prior to
conception.  This provided convincing evidence that the SRY sequence
detected by the TaqMan assay did indeed originate from the male foetus in
10   the *current* pregnancy.  Second, we were able to detect foetal SRY
sequences as early as the 7th week of gestation; thus indicating that foetal
genetic analysis in maternal plasma/serum could be used in the first
trimester.  Third, we showed that foetal DNA concentration increased as
pregnancy progressed (fig 4).  This last point was also confirmed by data
15   obtained from women studied at a single time point.  Women recruited late
in pregnancy had higher foetal DNA concentrations in their plasma and
serum (Table 3).

          In addition to the increase in foetal DNA concentration as
pregnancy progresses, our data also indicate that maternal plasma DNA
20   also increases with gestation (Table 2).  The biologic basis for this
phenomenon is unclear at present.  Possible explanations include the
increase in size of the fetomaternal interface as gestation progresses and
possible reduction in DNA clearance associated with other physiologic
changes in pregnancy.

25          For selected disorders, foetal genetic information could be
acquired more economically and rapidly from maternal plasma or serum
than by using foetal cells isolated from maternal blood.  We envisage that
foetal DNA analysis in maternal plasma and serum would be most useful in
situations where the determination of foetal-derived paternally-inherited
30   polymorphisms/mutations or genes would be helpful in clinical prenatal

32

diagnosis (Lo *et al.* 1994). Examples include foetal sex determination for
the prenatal diagnosis of sex-linked disorders, foetal rhesus D status
determination in sensitized rhesus negative pregnant women (Lo *et al.*
1993), autosomal dominant disorders in which the father carries the

5   mutation and autosomal recessive genetic disorders in which the father
and mother carry different mutations (Lo *et al.* 1994), e.g., certain
hemoglobinopathies (Camaschella *et al.* 1990) and cystic fibrosis. Due to
the much reduced maternal background and high foetal DNA concentration
in maternal plasma and serum, we predict that this type of analysis would

10  be much more robust compared with their application for detecting
unsorted foetal cells in maternal blood. The ability for allelic discrimination
(Lee *et al.* 1993; Livak *et al.* 1995) allows the homogeneous TaqMan
assay to be used for this purpose. The high throughput and anti-
contamination capability of this system makes it an attractive candidate for

15  large scale clinical application.

   Bianchi *et al* recently reported that foetal cells in maternal
blood were increased in aneuploid pregnancies (Bianchi *et al.* 1997) and it
has been demonstrated (Example 2) that the foetal DNA concentration in
maternal plasma and serum is also elevated in these pregnancies. This

20  provides a new screening test for foetal chromosomal disorders. For this
application, foetal DNA quantitation systems can be developed for
polymorphic markers outside the Y chromosome so that quantitation can
be applied to female foetuses. Autosomal polymorphic systems which may
be used for this purpose have already been described (Lo *et al.* 1996).

25  However, foetal cell isolation techniques would still be necessary for a
definitive cytogenetic diagnosis. Similarly, foetal cell isolation would also
be required for direct mutational analysis of autosomal recessive disorders
caused by a single mutation. It is likely that foetal cell isolation and
analysis of foetal DNA in maternal plasma/serum would be used as

30  complementary techniques for non-invasive prenatal diagnosis.

WO 98/39474                                          PCT/GB98/00690

33

The biologic basis by which foetal DNA is liberated into maternal plasma remains to be elucidated. It is possible that foetal DNA is released from cell lysis resulting from physical and immunologic damage, or through developmentally associated apoptosis of foetal tissues. It is

5    also likely that increased amounts of foetal DNA may be found in conditions associated with placental damage, such as pre-eclampsia. The real time quantitative PCR system described here offers a powerful tool to study these unexplored pathophysiologic aspects of foetal DNA in maternal plasma and may improve our understanding of the fetomaternal

10   relationship.

**Table 2**
**Quantitative analysis of maternal plasma and serum using the beta-globin TaqMan assay**

| | Mean (copies/ml) | Median (copies/ml) | Range (copies/ml) |
|---|---|---|---|
| Plasma (Early + Late Pregnancy) | 3466 | 1594 | 356-31875 |
| Serum (Early + Late Pregnancy) | 50651 | 34688 | 5813-243750 |
| Plasma (Early Pregnancy) | 986 | 975 | 356-1856 |
| Plasma (Late Pregnancy) | 5945 | 4313 | 1125-31875 |

**Table 3**
**Quantitation of foetal DNA in maternal plasma and serum: relationship with gestational age**

| | SRY concentration (copies/ml) | | | |
|---|---|---|---|---|
| | Early Pregnancy | | Late Pregnancy | |
| | Plasma | Serum | Plasma | Serum |
| Range | 3.3 - 69.4 | 4.0- 58.1 | 76.9 - 769 | 33.8 - 900 |
| Mean | 25.4 | 28.7 | 292.2 | 342.1 |
| Median | 20.6 | 19.5 | 244.0 | 286.0 |

34

**Figure Legends**

      Figure 1. Foetal DNA in maternal serum from women carrying aneuploid and normal foetuses. The control and aneuploid groups are as
5    indicated on the x-axis. The foetal SRY DNA concentrations expressed in copies/ml are plotted on the y-axis.

      Figure 2. Foetal DNA in maternal serum in pre-eclamptic and non-pre-eclamptic pregnancies. The pre-eclamptic and control groups are as indicated on the x-axis. The foetal SRY DNA concentrations expressed
10   in copies/ml are plotted on the y-axis.

      Figure 3.  Real time quantitative PCR.

A, Amplification plots obtained using real time quantitative PCR for the SRY gene. Each plot corresponds to a particular input target quantity marked by a corresponding symbol. The x-axis denotes the cycle number
15   of a quantitative PCR reaction. The y-axis denotes the $\Delta$Rn which is the fluorescence intensity over the background (Heid et al. 1996).

B, Plot of the threshold cycle ($C_T$ ) against the input target quantity (common log scale). The correlation coefficient is 0.986.

      Figure 4. Sequential study of 12 women bearing male
20   fetuses who conceived by in vitro fertilization. Each case is denoted by a unique recruitment case number. The x-axis denotes the gestation at which the serum sample was obtained. A gestation age of zero denotes the pre-conception sample. The y-axis denotes the concentration of foetal SRY in maternal serum expressed in copies/ml. The scale has been
25   optimized for the concentration range for each case.

**References**

**Aubin J T**, Le Van Kim C, Mouro I, et al. Specificity and sensitivity of RhD genotyping methods by PCR-based DNA amplification. Br J Haematol
30   1997; **98**: 356-364.

35

**Bennett P R**, Le Van Kim C, Colin Y, *et al.* Prenatal determination of foetal RhD type by DNA amplification. N Engl J Med 1993; **329**: 607-610.

**Bianchi D W**, Mahr A, Zickwolf GK, Houseal TW, Flint AF, Klinger KW. Detection of foetal cells with 47,XY,+21 karyotype in maternal peripheral
5    blood.  Hum Genet 1992; **90**:368-370.

**Bianchi D W**, Shuber AP, DeMaria MA, Fougner AC, Klinger KW (1994) Foetal cells in maternal blood: determination of purity and yield by quantitative PCR. Am J Obstet Gynecol **171**: 922-926

**Bianchi D W**, Williams J M, Pelletier C, Klinger K W, Shuber A P. Foetal
10   cell quantitation in maternal blood samples from normal and aneuploid pregnancies. Pediatr Res 1996; **39**: 142A.

**Bianchi D W**, Williams J M, Sullivan LM, Hanson FW, Klinger KW, Shuber AP.  PCR quantitation of foetal cells in maternal blood in normal and aneuploid pregnancies. Am J Hum Genet 1997; **61**:822-829.

15   **Camaschella C**, Alfarano A, Gottardi E, *et al.* Prenatal diagnosis of foetal hemoglobin Lepore-Boston disease on maternal peripheral blood. Blood 1990; **75**: 2102-106.

**Chérif-Zahar B**, Bloy C, Le Van Kim C, *et al.* Molecular cloning and protein structure of a human blood group Rh polypeptide. Proc Natl Acad Sci U S
20   A 1990; **87**: 6243-6247.

**Chen X Q**, Stroun M, Magnenat J-L, *et al.* Microsatellite alterations in plasma DNA of small cell lung cancer patients. Nat Med 1996; **2**: 1033-35.

**Cheung M C**, Goldberg JD, Kan YW. Prenatal diagnosis of sickle cell anemia and thalassemia by analysis of foetal cells in maternal blood. Nat
25   Genet 1996; **14**: 264-68.

**Colin Y**, Cherif-Zahar B, Le Van Kim C, Raynal V, van Huffel V, Cartron J-P.  Genetic basis of the RhD-positive and RhD-negative blood group polymorphism as determined by Southern analysis. Blood 1991; **78**: 2747-2752.

Case 3:11-cv-06391-SI   Document 35-3   Filed 03/08/12   Page 110 of 119

36

**Elias S**, Price J, Dockter M, Wachtel S, Tharapel A, Simpson JL. First trimester prenatal diagnosis of trisomy 21 in foetal cells from maternal blood. Lancet 1992; **340**: 1033.

**Emanuel S L**, Pestka S. Amplification of specific gene products from human serum. GATA 1993; **10**: 144-46.

**Frickhofen N**. & Young N.S. A rapid method of sample preparation for detection of DNA viruses in human serum by polymerase chain reaction. J.Virological Methods 1991; **35**: 65-72.

**Geifman-Holtzman O**, Bernstein IM, Berry SM, et al. Fetal RhD genotyping in  foetal cells flow-sorted from maternal blood. Am. J. Obstet. Gynecol. 1996; **174**: 818-822.

**Hamada H**, Arinami T, Kubo T, Hamaguchi H, Iwasaki H (1993) Foetal nucleated cells in maternal peripheral blood: frequency and relationship to gestational age. Hum Genet **91**: 427432

**Heid C. A.**, Stevens J., Livak K.J., Williams P.M. Real time quantitative PCR.  Genome Research 1996; **6**: 986-994.

**Holland PM**, Abramson RD, Watson R, Gelfand DH. Detection of specific polymerase chain reaction product by utilising the 5'-3' exonuclease activity of the Thermus aquaticus DNA polymerase. Proc Natl Acad Sci USA 1991; **88**: 7276-7280.

**Kwok S**, Higuchi R. Avoiding false positives with PCR. Nature 1989; **339**: 237-238.

**Le Van Kim C**, Mouro I, Cherif-Zahar B, et al. Molecular cloning and primary structure of the human blood group RhD polypeptide. Proc Natl Acad Sci USA 1992; **89**: 10925-10929.

**Lee L G**, Connell CR, Bloch W. Allelic discrimination by nick-translation PCR with fluorogenic probes. Nucleic Acids Res 1993; **21**: 3761-3766.

**Livak K J**, Flood SJ, Marmaro J, Giusti W, Deetz K. Oligonucleotides with fluorescent dyes at opposite ends provide a quenched probe system useful.

for detecting PCR product and nucleic acid hybridization. PCR Methods
Appl 1995; **4**: 357-362.

Lo Y M D, Corbetta N, Chamberlain PF, Rai V, Sargent IL, Redman CWG,
Wainscoat JS (1997) Presence of foetal DNA in maternal plasma and
5      serum. Lancet 350: 485487

Lo Y M D, Fleming KA, Wainscoat JS (1994) Strategies for the detection of
autosomal foetal DNA sequence from maternal peripheral blood. Ann NY
Acad Sci **731**: 204-213

Lo Y M D, Patel P, Wainscoat J S, Sampietro M, Gillmer M D G, Fleming
10     K A. Prenatal sex determination by DNA amplification from maternal
peripheral blood. Lancet 1989; **2**: 1363-65.

Lo Y M D, Lo E S F, Watson N, et al. Two-way cell traffic between mother
and fetus: biologic and clinical implications. Blood 1996; **88**: 4390-95.

Lo Y M D, Patel P, Sampietro M, Gillmer M D G, Fleming K A, Wainscoat
15     JS. Detection of single-copy foetal DNA sequence from maternal blood.
Lancet 1990; **335**: 1463-64.

Lo Y M D, Bowell P J, Selinger M, et al. Prenatal determination of foetal
RhD status by analysis of peripheral blood of rhesus negative mothers.
Lancet 1993; **341**: 1147-48.

20     Longo M C, Berninger MS, Hardey JL. Use of uracil DNA glycosylase to
control calTy-over contamination in polymerase chain reactions. Gene
1990; **93**: 125-128.

Mulcahy H E, Croke DT, Farthing M J G. Cancer and mutant DNA in blood
plasma. Lancet 1996; **348**: 628.

25     Nawroz H, Koch W, Anker P, Stroun M, Sidransky D. Microsatellite
alterations in serum DNA of head and neck cancer patients. Nat Med 1996;
**2**: 1035-37.

Rebello M T, Hackett G, Smith J, et al. Extraction of DNA from amniotic
fluid cells for the early prenatal diagnosis of genetic disease. Prenat Diagn
30     1991; **11**: 41-46.

38

**Saiki R K**, Gelfand D H, Stoffel S, *et al*. Primer-directed enzymatic amplification of DNA with a thermostable DNA polymerase. Science 1988; **239**: 487-91.

**Sekizawa A**, Watanabe A, T. K, Saito H, Yanaihara T, Sato T. Prenatal
5   diagnosis of the foetal RhD blood type using a single foetal nucleated erythrocyte from maternal blood. Obstet Gynecol 1996; **87**: 501-505.

**Simpson J L**, Elias S. Isolating foetal cells from maternal blood: advances in prenatal diagnosis through molecular technology. JAMA 1993; **270**: 2357-61.

10   **Sohda S**, Arinami T, Hamada H, Nakauchi H, Hamaguchi H,  The proportion of foetal nucleated red blood cells in maternal blood: estimation by FACS analysis. Prenat Diagn **17**: 743-752

WO 98/39474                                          PCT/GB98/00690

39

## CLAIMS:

1.          A detection method performed on a maternal serum or plasma sample from a pregnant female, which method comprises detecting the presence of a nucleic acid of foetal origin in the sample.

5     2.          The method according to claim 1, comprising amplifying the foetal nucleic acid to enable detection.

3.          The method according to claim 2, wherein the foetal nucleic acid is amplified by the polymerase chain reaction.

4.          The method according to claim 2 or claim 3, wherein at least 10     one foetal sequence specific oligonucleotide primer is used in the amplification.

5.          The method according to any one of claims 1 to 4, wherein the foetal nucleic acid is detected by means of a sequence specific probe.

6.          The method according to any one of claims 1 to 5, wherein 15     the presence of a foetal nucleic acid sequence from the Y chromosome is detected.

7.          The method according to claim 6, wherein the Y chromosome sequence is from the DYS14 locus.

8.          The method according to claim 6, wherein the Y chromosome 20     sequence is from the SRY gene.

9.          The method according to any one of claims 1 to 5, wherein the presence of a foetal nucleic acid from a paternally-inherited non-Y chromosome is detected.

10.          The method according to claim 9, wherein the non-Y 25     sequence is a blood group antigen gene such as the Rhesus D gene.

11.          The method according to claim 9, wherein the non-Y sequence is a gene which confers a disease phenotype in the foetus, such as the Rhesus D gene.

12.          The method according to claim 10 or claim 11, for Rhesus D 30     genotyping a foetus in a Rhesus D negative mother.

WO 98/39474                                                      PCT/GB98/00690

40

13.        The method according to any one of claims 6 to 8, for determining the sex of the foetus.

14.        The method according to any one of claims 6 to 12, which comprises determining the concentration of the foetal nucleic acid

5    sequence in the maternal serum or plasma.

15.        The method according to claim 14, wherein the determination of the concentration of foetal nucleic acid sequence in the maternal serum or plasma is by quantitative PCR.

16.        The method according to claim 14 or claim 15, for the

10   detection of a maternal or foetal condition in which the level of foetal DNA in the maternal serum or plasma is higher or lower than normal.

17         The method according to any one of claims 14 to 16, wherein the pattern of variation of foetal DNA concentration in the maternal serum or plasma at particular stages of gestation is different from normal.

15   18.        The method according to claim 16 or claim 17, for detection of pre-eclampsia.

19.        The method according to claim 16 or claim 17, for detection of a foetal chromosomal aneuploidy.

20.        The method according to any one of claims 1 to 19, wherein

20   the sample contains foetal DNA at a fractional concentration of total DNA of at least about 0.14%, without subjecting it to a foetal DNA enrichment step.

21.        The method according to claim 20, wherein the fractional concentration of foetal DNA is at least about 0.39%.

25   22.        A method of performing a prenatal diagnosis, which method comprises the steps of:

      (i)      providing a maternal blood sample;

      (ii)     separating the sample into a cellular and a non-cellular fraction;

41

(iii)   detecting the presence of a nucleic acid of foetal origin in the non-cellular fraction according to the method of any one of claims 1 to 21;

(iv)   providing a diagnosis based on the presence and/or quantity and/or sequence of the foetal nucleic acid.

5

23.       The method according to claim 22, wherein the non-cellular fraction as used in step (iii) is a plasma fraction.

24.       The method according to claim 22, including performing the further step of allowing clotting in the maternal sample and using the resulting serum in step (iii).

10

25.       A method of performing a prenatal diagnosis on a maternal blood sample, which method comprises removing all or substantially all nucleated and anucleated cell populations from the blood sample and subjecting the remaining fluid to a test for foetal nucleic acid indicative of a maternal or foetal condition or characteristic.

15

26.       A method of performing a prenatal diagnosis on a maternal blood sample, which method comprises obtaining a non-cellular fraction of the blood sample and performing nucleic acid analysis on the fraction.

09/380696

S14 Rec'd PCT/PTO   3 SEP 1998

WO 98/39474                                                PCT/GB98/00690

1/4

# Fig.1.



# Fig.2.



SUBSTITUTE SHEET (RULE 26)

09/380696

# Fig.3A.



TARGET COPY NUMBER
□ 1000
◇ 500
○ 100
△ 50
⊞ 10
◆ 1

# Fig.3B.



09/380696

WO 98/39474                                    PCT/GB98/00690

3/4

# Fig.4.



CASE S-1

CASE S-3



CASE S-4

CASE S-5



CASE S-6

CASE S-7

SUBSTITUTE SHEET (RULE 26)

09/380696

WO 98/39474                                                        PCT/GB98/00690

4/4

# Fig.4(Cont.)





