EXHIBIT 3-3

&lt;223&gt; TaqMan Amplification Primer beta-globin-354F

&lt;400&gt; 9
gtgcacctgactcctgaggaga                                              24


&lt;210&gt; 10
&lt;211&gt; 21
&lt;212&gt; DNA
&lt;213&gt; Artificial Sequence


&lt;220&gt;
&lt;223&gt; TaqMan Amplification Primer beta-globin-455R

&lt;400&gt; 10
ccttgataccaacctgcccag                                               21


&lt;210&gt; 11
&lt;211&gt; 26
&lt;212&gt; DNA
&lt;213&gt; Artificial Sequence


&lt;220&gt;
&lt;223&gt; Dual Labelled Fluorescent TaqMan Probe beta-globin-402T

&lt;400&gt; 11
aaggtgaacgtggatgaagttggtgg                                          26

RECEIVED

JAN 31 2001

AF/1655

PTO/SB/21 (6-99)
Approved for use through 09/30/2000. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box → ⊞

| | | |
|---|---|---|
| **TRANSMITTAL FORM** *(to be used for all correspondence after initial filing)* | **Application Number** | 09/380,696 |
| | **Filing Date** | November 29, 1999 |
| | **First Named Inventor** | Lo et al. |
| | **Group Art Unit** | 1655 |
| | **Examiner Name** | Jeanine Enewold Goldberg |
| Total Number of Pages in This Submission  8 | **Attorney Docket Number** | JAK-PT001 |

### ENCLOSURES   *(check all that apply)*

| | | |
|---|---|---|
| [x] Fee Transmittal Form | [ ] Assignment Papers *(for an Application)* | [ ] After Allowance Communication to Group |
| [ ] Fee Attached | [ ] Drawing(s) | [ ] Appeal Communication to Board of Appeals and Interferences |
| [x] Amendment / Response | [ ] Licensing-related Papers | [ ] Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)* |
| [x] After Final | [ ] Petition Routing Slip (PTO/SB/69) and Accompanying Petition | [ ] Proprietary Information |
| [ ] Affidavits/declaration(s) | [ ] Petition to Convert to a Provisional Application | [ ] Status Letter |
| [ ] Extension of Time Request | [ ] Power of Attorney, Revocation Change of Correspondence Address | [x] Additional Enclosure(s) *(please identify below):* |
| [ ] Express Abandonment Request | [ ] Terminal Disclaimer | Sequence Listing (3 pgs.) and Diskette |
| [ ] Information Disclosure Statement | [ ] Small Entity Statement | |
| [ ] Certified Copy of Priority Document(s) | [ ] Request for Refund | |
| [ ] Response to Missing Parts/ Incomplete Application | **Remarks** | |
| [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | | |
|---|---|---|
| Firm or Individual name | C. Frederick Koenig III, Esquire Volpe and Koenig, P.C. | Reg. No.  29,662 |
| Signature | | |
| Date | January 24, 2001 | |

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:  Box AF, Commissioner for Patents, Washington, D.C. 20231 on this date:  **January 24, 2001**

| | | | |
|---|---|---|---|
| Typed or printed name | C. Frederick Koenig III, Esquire | | |
| Signature | | Date | 1/24/01 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be send to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231



Volpe and Koenig, P.C. Revision of

PTO/SB/17 (11-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
# for FY 2001

*Patent fees are subject to annual revision.*

| TOTAL AMOUNT OF PAYMENT | ($) 0.00 |
| --- | --- |

**Complete if Known**

| Application Number | 09/380,696 |
| --- | --- |
| Filing Date | November 29, 1999 |
| First Named Inventor | Lo et al. |
| Examiner Name | Jeanine. Enewold-Goldberg |
| Group Art Unit | 1655 |
| Attorney Docket No. | JAK-PT001 (Formerly SHP-PT048) |

## METHOD OF PAYMENT

1. [ ] The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

Deposit Account Number: **22-0493**

Deposit Account Name: **Volpe and Koenig, P.C.**

[X] Charge Any Deficiency or Credit any Overpayment in the Total Fees Associated with this Communication

[X] Applicant claims small entity status. See 37 CFR 1.27

2. [ ] Payment Enclosed:
[ ] Check  [ ] Credit card  [ ] Money Order  [ ] Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
| --- | --- | --- | --- | --- | --- |
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 710 | 201 | 355 | Utility filing fee | |
| 106 | 320 | 206 | 160 | Design filing fee | |
| 107 | 490 | 207 | 245 | Plant filing fee | |
| 108 | 710 | 208 | 355 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

| SUBTOTAL (1) | ($)0.00 |
| --- | --- |

### 2. EXTRA CLAIM FEES

| | | Extra Claims | | Fee from below | | Fee Paid | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Total Claims | 27 | - 28 | ** 0 | x | 9.00 | = | 0 |
| Independent Claims | 3 | - 3 | ** 0 | x | 40.00 | = | 0 |
| Multiple Dependent | | | | | | | |

| Large Entity | | Small Entity | | | |
| --- | --- | --- | --- | --- | --- |
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 | |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid | |
| 109 | 80 | 209 | 40 | ** Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent | |

| SUBTOTAL (2) | ($)0.00 |
| --- | --- |

**or number previously paid, if greater; For Reissues, see above

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
| --- | --- | --- | --- | --- | --- |
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for ex parte reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 390 | 216 | 195 | Extension for reply within second month | |
| 117 | 890 | 217 | 445 | Extension for reply within third month | |
| 118 | 1,390 | 218 | 695 | Extension for reply within fourth month | |
| 128 | 1,890 | 228 | 945 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,240 | 241 | 620 | Petition to revive - unintentional | |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 600 | 244 | 300 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 710 | 246 | 355 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify):

*Reduced by Basic Filing Fee Paid

| SUBTOTAL (3) | ($) 0.00 |
| --- | --- |

## SUBMITTED BY

| | | Complete (if applicable) | |
| --- | --- | --- | --- |
| Name (Print/Type) | C. Frederick Koenig III, Esquire | Registration No. (Attorney/Agent) | 29,662 | Telephone | 215-568-6400 |
| Signature | | | | Date | January 24, 2001 |

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.
Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

OIPE JC57 JAN 2 9 2001

PATENT

*16/E*
*B. Webb*
*2/20/01*
*(late)*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In the **PATENT APPLICATION** of: | |
| | Lo et al. |
| **Application No.:** | 09/380,696 |
| **Filed:** | November 29, 1999 |
| For: | NON-INVASIVE PRENATAL DIAGNOSIS |
| Group: | 1655 |
| Examiner: | Jeanine Enewold Goldberg |

Our File:  JAK-PT001

Date:  February 6, 2001

## REPLY TO ERROR REPORT

U.S. Patent and Trademark Office
Crystal Mall I
7th Floor
1911 South Clark Street
Arlington, VA  22202

Sir:

This  Reply is responsive to the Examiner fax of February 5, 2001 requesting correction of the previously submitted sequence listing per 37 C.F.R. §§1.821-1.825. Please amend the application as follows:

## IN THE SPECIFICATION

Please amend the specification by substituting the enclosed paper copy of a Sequence Listing (3 pages.) for the Sequence Listing submitted with Applicants' Supplemental Reply dated January 24, 2001.

<div align="right">

**Applicant:** Lo et al.
**Application No.:** 09/380,696

</div>

## REMARKS

Pursuant to the Examiner's fax request, submitted herewith are corrected paper and computer-readable copies of an appropriate "Sequence Listing". The content of the paper and computer-readable copies are the same and include no new matter.

Since an agreement has been reached with respect to the allowability of all pending claims per the Examiner's fax of January 16, 2001, it is respectfully submitted that this case is now in condition for allowance. Reconsideration, entry of this amendment and allowance of the claims is respectfully requested.

Respectfully submitted,

Lo et al.

Volpe and Koenig, P.C.          By_____
Suite 400, One Penn Center           C. Frederick Koenig III, Esquire
1617 John F. Kennedy Boulevard       Registration No. 29,662
Philadelphia, PA 19103               (215) 568-6400

CFK/fap

-2-



*J. Gilberg*



BIOTECHNOLOGY
SYSTEMS
BRANCH

#16

# RAW SEQUENCE LISTING
# ERROR REPORT

The Biotechnology Systems Branch of the Scientific and Technical Information Center (STIC) detected errors when processing the following computer readable form:

Application Serial Number: *09/380,696*

Source: *1655 RUSH*

Date Processed by STIC: *2/5/2001*

*215-568-6499*

**THE ATTACHED PRINTOUT EXPLAINS DETECTED ERRORS.**
**PLEASE FORWARD THIS INFORMATION TO THE APPLICANT BY EITHER:**
1) **INCLUDING A COPY OF THIS PRINTOUT IN YOUR NEXT COMMUNICATION TO THE APPLICANT, WITH A NOTICE TO COMPLY or,**
2) **TELEPHONING APPLICANT AND FAXING A COPY OF THIS PRINTOUT, WITH A NOTICE TO COMPLY**
**FOR CRF SUBMISSION QUESTIONS, PLEASE CONTACT MARK SPENCER, 703-308-4212.**

**FOR SEQUENCE RULES INTERPRETATION, PLEASE CONTACT ROBERT WAX, 703-308-4216.**
**PATENTIN 2.1 e-mail help: patin21help@uspto.gov or phone 703-306-4119 (R. Wax)**
**PATENTIN 3.0 e-mail help: patin3help@uspto.gov or phone 703-306-4119 (R. Wax)**

TO **REDUCE** ERRORED SEQUENCE LISTINGS, PLEASE USE THE **CHECKER VERSION 3.0 PROGRAM**, ACCESSIBLE THROUGH THE U.S. PATENT AND TRADEMARK OFFICE WEBSITE. SEE BELOW:

## Checker Version 3.0

The Checker Version 3.0 application is a state-of the-art Windows based software program employing a logical and intuitive user-interface to check whether a sequence listing is in compliance with format and content rules. Checker Version 3 0 works for sequence listings generated for the original version of 37 CFR §§1.821 – 1 825 effective October 1, 1990 (old rules) and the revised version (new rules) effective July 1, 1998 as well as World Intellectual Property Organization (WIPO) Standard ST 25.
Checker Version 3.0 replaces the previous DOS-based version of Checker, and is Y2K-compliant. Checker allows public users to check sequence listings in Computer Readable form (CRF) before submitting them to the United States Patent and Trademark Office (USPTO).
Use of Checker prior to filing the sequence listing is expected to result in fewer errored sequence listings, thus saving time and money.

Checker Version 3.0 can be down loaded from the USPTO website at the following address:
**http://www.uspto.gov/web/offices/pac/checker**

SEQUENCE LISTING

<110> LO, YUK-MING DENNIS
WAINSCOAT, JAMES STEPHEN

<120> NON-INVASIVE PRENATAL DIAGNOSIS

<130> JAK-PT001

<140> US 09/380,696
<141> 1999-11-29

<150> GB9621367.3
<151> 1997-03-04

<160> 11

<170> WordPad

<210> 1
<211> 21
<212> DNA
<213> Artificial Sequence

<220>
<223> GeneAmp DNA Amplification Primer Y1.7

<400> 1
catccagagc gtccctggct t                                        21


<210> 2
<211> 21
<212> DNA
<213> Artificial Sequence

<220>
<223> GeneAmp DNA Amplification Primer Y1.8

<400> 2
ctttccacag ccacatttgt c                                        21

<210> 3
<211> 21
<212> DNA
<213> Artificial Sequence

<220>
<223> TaqMan Amplification Primer SRY-109F

<400> 3
tggcgattaa gtcaaattcg c                                        21

<210> 4
<211> 25
<212> DNA
<213> Artificial Sequence

```
<220>
<223> TaqMan Amplification Primer SRY-245R

<400> 4
ccccctagta ccctgacaat gtatt                                    25

<210> 5
<211> 26
<212> DNA
<213> Artificial Sequence

<220>
<223> Dual Labeled Fluorescent TaqMan Probe SRY-142T

<400> 5
agcagtagag cactcaggga ggcaga                                   26

<210> 6
<211> 21
<212> DNA
<213> Artificial Sequence

<220>
<223> RhD TaqMan Amplification Primer RD-A

<400> 6
cctctcactg ttgcctgcat t                                        21

<210> 7
<211> 18
<212> DNA
<213> Artificial Sequence

<220>
<223> RhD TaqMan Amplification Primer RD-B

<400> 7
agtgcctgcg cgaccatt                                            18

<210> 8
<211> 31
<212> DNA
<213> Artificial Sequence

<220>
<223> Dual Labelled Fluorescent TaqMan Probe RD-T

<400> 8
tacgtgagaa acgctcatga cagcaaagtc t                             31

<210> 9
<211> 22
<212> DNA
<213> Artificial Sequence

<220>
```

Page 1 of 3

1655

```
              RAW SEQUENCE LISTING        DATE: 02/05/2001
              PATENT APPLICATION:  US/09/380,696    TIME: 12:20:22

              Input Set : A:\Isis1.app
              Output Set: N:\CRF3\02022001\I380696.raw
```

**Does Not Comply**
**Corrected Diskette Needed**

```
   3 <110> APPLICANT: LO, YUK-MING DENNIS
   4        WAINSCOAT, JAMES STEPHEN
   6 <120> TITLE OF INVENTION: NON-INVASIVE PRENATAL DIAGNOSIS
   8 <130> FILE REFERENCE: JAK-PT001
  10 <140> CURRENT APPLICATION NUMBER: US 09/380,696
c-OK 11 <141> CURRENT FILING DATE: 1999-11-29
  13 <150> PRIOR APPLICATION NUMBER: GB9621367.3
  14 <151> PRIOR FILING DATE: 1997-03-04
  16 <160> NUMBER OF SEQ ID NOS: 11
  18 <170> SOFTWARE: WordPad
```

**ERRORED SEQUENCES**

```
 109 <210> SEQ ID NO: 9
 110 <211> LENGTH: (24) 22 shown
 111 <212> TYPE: DNA
 112 <213> ORGANISM: Artificial Sequence
 114 <220> FEATURE:
 115 <223> OTHER INFORMATION: TaqMan Amplification Primer beta-globin-354F
 117 <400> SEQUENCE: 9
E--> 118 gtgcacctgactcctgaggaga                        (24) 22
```

*insert a space between each group of
10 bases in a non-coding sequence, per 1.822 of Sequence
Rules — this is a global error, appearing in
all sequences*

```
                    VERIFICATION SUMMARY              DATE: 02/05/2001
                    PATENT APPLICATION:  US/09/380,696    TIME: 12:20:23

                    Input Set : A:\Isis1.app
                    Output Set: N:\CRF3\02022001\I380696.raw

L:11 M:271 C: Current Filing Date differs, Replaced Current Filing Date
L:118 M:254 E: No. of Bases conflict, LENGTH:Input:24 Counted:22 SEQ:9
L:118 M:252 E: No. of Seq. differs, <211>LENGTH:Input:24 Found:22 SEQ:9
```

*J. Goldberg*

```
            RAW SEQUENCE LISTING              DATE: 02/15/2001
            PATENT APPLICATION:  US/09/380,696A    TIME: 15:39:25

            Input Set : A:\Isislrev.app
            Output Set: N:\CRF3\02152001\I380696A.raw
```

ENTERED

```
 3 <110> APPLICANT: LO, YUK-MING DENNIS
 4        WAINSCOAT, JAMES STEPHEN
 6 <120> TITLE OF INVENTION: NON-INVASIVE PRENATAL DIAGNOSIS
 8 <130> FILE REFERENCE: JAK-PT001
10 <140> CURRENT APPLICATION NUMBER: US 09/380,696A
11 <141> CURRENT FILING DATE: 1999-11-29
13 <150> PRIOR APPLICATION NUMBER: GB9621367.3
14 <151> PRIOR FILING DATE: 1997-03-04
16 <160> NUMBER OF SEQ ID NOS: 11
18 <170> SOFTWARE: WordPad
20 <210> SEQ ID NO: 1
21 <211> LENGTH: 21
22 <212> TYPE: DNA
23 <213> ORGANISM: Artificial Sequence
25 <220> FEATURE:
26 <223> OTHER INFORMATION: GeneAmp DNA Amplification Primer Y1.7
28 <400> SEQUENCE: 1
29 catccagagc gtccctggct t                               21
32 <210> SEQ ID NO: 2
33 <211> LENGTH: 21
34 <212> TYPE: DNA
35 <213> ORGANISM: Artificial Sequence
37 <220> FEATURE:
38 <223> OTHER INFORMATION: GeneAmp DNA Amplification Primer Y1.8
40 <400> SEQUENCE: 2
41 ctttccacag ccacatttgt c                               21
43 <210> SEQ ID NO: 3
44 <211> LENGTH: 21
45 <212> TYPE: DNA
46 <213> ORGANISM: Artificial Sequence
48 <220> FEATURE:
49 <223> OTHER INFORMATION: TaqMan Amplification Primer SRY-109F
51 <400> SEQUENCE: 3
52 tggcgattaa gtcaaattcg c                               21
54 <210> SEQ ID NO: 4
55 <211> LENGTH: 25
56 <212> TYPE: DNA
57 <213> ORGANISM: Artificial Sequence
59 <220> FEATURE:
60 <223> OTHER INFORMATION: TaqMan Amplification Primer SRY-245R
62 <400> SEQUENCE: 4
63 cccctagta ccctgacaat gtatt                            25
65 <210> SEQ ID NO: 5
66 <211> LENGTH: 26
67 <212> TYPE: DNA
68 <213> ORGANISM: Artificial Sequence
70 <220> FEATURE:
```

```
RAW SEQUENCE LISTING              DATE: 02/15/2001
PATENT APPLICATION: US/09/380,696A    TIME: 15:39:25

Input Set : A:\Isislrev.app
Output Set: N:\CRF3\02152001\I380696A.raw
```

```
 71 <223> OTHER INFORMATION: Dual Labeled Fluorescent TaqMan Probe SRY-142T
 73 <400> SEQUENCE: 5
 74 agcagtagag cactcaggga ggcaga                                    26
 76 <210> SEQ ID NO: 6
 77 <211> LENGTH: 21
 78 <212> TYPE: DNA
 79 <213> ORGANISM: Artificial Sequence
 81 <220> FEATURE:
 82 <223> OTHER INFORMATION: RhD TaqMan Amplification Primer RD-A
 84 <400> SEQUENCE: 6
 85 cctctcactg ttgcctgcat t                                        21
 87 <210> SEQ ID NO: 7
 88 <211> LENGTH: 18
 89 <212> TYPE: DNA
 90 <213> ORGANISM: Artificial Sequence
 92 <220> FEATURE:
 93 <223> OTHER INFORMATION: RhD TaqMan Amplification Primer RD-B
 95 <400> SEQUENCE: 7
 96 agtgcctgcg cgaccatt                                             18
 98 <210> SEQ ID NO: 8
 99 <211> LENGTH: 31
100 <212> TYPE: DNA
101 <213> ORGANISM: Artificial Sequence
103 <220> FEATURE:
104 <223> OTHER INFORMATION: Dual Labelled Fluorescent TaqMan Probe RD-T
106 <400> SEQUENCE: 8
107 tacgtgagaa acgctcatga cagcaaagtc t                             31
109 <210> SEQ ID NO: 9
110 <211> LENGTH: 22
111 <212> TYPE: DNA
112 <213> ORGANISM: Artificial Sequence
114 <220> FEATURE:
115 <223> OTHER INFORMATION: TaqMan Amplification Primer beta-globin-354F
117 <400> SEQUENCE: 9
118 gtgcacctga ctcctgagga ga                                       22
120 <210> SEQ ID NO: 10
121 <211> LENGTH: 21
122 <212> TYPE: DNA
123 <213> ORGANISM: Artificial Sequence
125 <220> FEATURE:
126 <223> OTHER INFORMATION: TaqMan Amplification Primer beta-globin-455R
128 <400> SEQUENCE: 10
129 ccttgatacc aacctgccca g                                        21
131 <210> SEQ ID NO: 11
132 <211> LENGTH: 26
133 <212> TYPE: DNA
134 <213> ORGANISM: Artificial Sequence
136 <220> FEATURE:
137 <223> OTHER INFORMATION: Dual Labelled Fluorescent TaqMan Probe beta-globin-402T
```

```
RAW SEQUENCE LISTING              DATE: 02/15/2001
PATENT APPLICATION:   US/09/380,696A   TIME: 15:39:25

Input Set : A:\Isis1rev.app
Output Set: N:\CRF3\02152001\I380696A.raw
```

```
139 <400> SEQUENCE: 11
140 aaggtgaacg tggatgaagt tggtgg                          26
```

```
VERIFICATION SUMMARY                    DATE: 02/15/2001
PATENT APPLICATION:  US/09/380,696A     TIME: 15:39:26

Input Set : A:\Isis1rev.app
Output Set: N:\CRF3\02152001\I380696A.raw
```

| | Application No. | Applicant(s) | |
|---|---|---|---|
| **Notice of Allowability** | 09/380,696 | LO ET AL. | |
| | Examiner | Art Unit | |
| | Jeanine A Enewold Goldberg | 1655 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application.  If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.**  This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant.  See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _12/27/00; 1/11/01; 1/16/01_.

2. ☒ The allowed claim(s) is/are _1 and 3-28_.

3. ☐ The drawings filed on _____ are acceptable as formal drawings.

4. ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

        a) ☐ All    b) ☐ Some*    c) ☐ None   of the:

            1. ☐ Certified copies of the priority documents have been received.

            2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

            3. ☒ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. & 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below.  Failure to timely comply will result in ABANDONMENT of this application.   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.  A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☒ Applicant MUST submit NEW FORMAL DRAWINGS

    (a) ☒  including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached

        1) ☐ hereto or  2) ☒ to Paper No. _9_.

    (b) ☐  including changes required by the proposed drawing correction filed _____, which has been approved by the examiner.

    (c) ☐  including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings.  The drawings should be filed as a separate paper with a transmittal letter addressed to the Official  Draftsperson.**

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

1☐ Notice of References Cited (PTO-892)

3☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

5☐ Information Disclosure Statements (PTO-1449), Paper No. _____.

7☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

2☐ Notice of Informal Patent Application (PTO-152)

4☒ Interview Summary (PTO-413), Paper No._14_ .

6☒ Examiner's Amendment/Comment

8☒ Examiner's Statement of Reasons for Allowance

9☐ Other

*Lisa B. Arthur*

**LISA B. ARTHUR
PRIMARY EXAMINER
GROUP 1800  1600**

Application/Control Number: 09/380,696                                          Page 2

Art Unit: 1655

## EXAMINER'S AMENDMENT

1.      An examiner's amendment to the record appears below.  Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312.  To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview

with Frederick Koenig on January 16, 2001.

2.      The application has been amended as follows:

1. (Twice Amended)  A [nucleic acid detection] method <u>for detecting a paternally</u>
<u>inherited nucleic acid of fetal origin</u> performed on a maternal serum or plasma sample
from a pregnant female, which method comprises
        <u>amplifying a paternally inherited nucleic acid from the serum or plasma sample</u>
<u>and</u>
        detecting the presence of a paternally inherited nucleic acid of fetal origin in the
sample.

        Cancel Claim 2.

~~3.~~  The method according to Claim [2] 1, wherein the foetal nucleic acid is
amplified by the polymerase chain reaction.

        In Claim 4, "2" has been amended to - - 1 - -.

~~25.~~ (Amended)  A method <u>for detecting a paternally inherited nucleic acid</u> [ of
performing a prenatal diagnosis] on a maternal blood sample, which method comprises:
        removing all or substantially all nucleated and anucleated cell populations from
the blood sample,
        <u>amplifying a paternally inherited nucleic acid from the remaining fluid</u> and
subjecting the amplified nucleic acid [remaining fluid] to a test <u>for the paternally inherited</u>
<u>fetal nucleic acid</u> [indicative of a maternal or fetal condition or characteristic] .

Application/Control Number: 09/380,696                                    Page 3
Art Unit: 1655

---

F4

26.   (Twice Amended)  A method for performing a prenatal diagnosis on a
maternal blood sample, which method comprises
        obtaining a non-cellular fraction of the blood sample
        amplifying a paternally inherited nucleic acid from the non-cellular fraction
        and performing nucleic acid analysis on the [fraction] amplified nucleic acid to
detect paternally inherited fetal nucleic acid.

---

F5

The first line of the specification has been amended to insert -- This application
is the national stage of PCT Application No. PCT/GB98/00690, filed March 4, 1998
under 37 CFR 371) --

3.     The following is an examiner's statement of reasons for allowance.

        The claims are drawn to a method of detecting paternally inherited nucleic acid of

fetal origin performed on a maternal serum or plasma sample from a pregnant female,

by amplifying a paternally inherited nucleic acid from the serum or plasma sample and

detecting the presence of a paternally inherited nucleic acid of fetal origin in the sample.

        The closest prior art is directed to detecting alterations in plasma DNA for

diagnosing and or monitoring the development of DNA (Stroun et al  GB 2299166,

September 1996).  The art also teaches detecting fetal cells in maternal blood and

performing diagnostic tests on the blood.  However, the art does not teach nor

reasonably suggest that nucleic acid of fetal origin is present in maternal serum or

plasma.

4.     Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

54

Application/Control Number: 09/380,696                                      Page 4

Art Unit: 1655

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."


5.      Any inquiry concerning this communication or earlier communications from the
examiner should be directed to examiner Jeanine Enewold Goldberg whose telephone
number is (703) 306-5817. The examiner can normally be reached Monday-Thursday
from 7:00AM to 4:30 PM.

       If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Gary Jones, can be reached on (703) 308-1152.  The fax number for this
Group is (703) 305- 3014.

       Any inquiry of a general nature should be directed to the Group receptionist
whose telephone number is (703) 308-0196.

Jeanine Enewold Goldberg
January 23, 2001

LISA B. ARTHUR
PRIMARY EXAMINER
GROUP 1800  1600



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

HM32/0301

C FREDERICK KOENIG III
VOLPE & KOENIG
400 ONE PENN CENTER
1617 JOHN F KENNEDY BOULEVARD
PHILADELPHIA PA 19103

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|---|
| 09/380,696 | 11/29/99 | 027 | | GOLDBERG, J | 1655 | 03/01/01 |
| First Named Applicant | LO, | | 35 USC 154(b) term ext. = | | 0 Days. | |

TITLE OF INVENTION NON-INVASIVE PRENATAL DIAGNOSIS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1 SHP-1-048 | 435-006,000 | C86 | UTILITY | NO | $1340.00 | 06/01/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. *PROSECUTION ON THE MERITS IS CLOSED.***

**THE ISSUE FEE MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u>**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.***
PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)



**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to:   **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

OIPE
NOV 13 2001

*MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.*

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

HM32/0301

C FREDERICK KOENIG III
VOLPE & KOENIG
400 ONE PENN CENTER
1617 JOHN F KENNEDY BOULEVARD
PHILADELPHIA PA 19103

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

C. Frederick Koenig III _____ (Depositor's name)

_____ (Signature)

5/2/01 _____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/380,696 | 11/29/99 | 027 | GOLDBERG, J          1655 | 03/01/01 |

| First Named Applicant | LO, | 35 USC 154(b) term ext. = 0 Days. |
|---|---|---|

TITLE OF INVENTION **NON-INVASIVE PRENATAL DIAGNOSIS**

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| JAK-PT001 | 435-006.000 | C86 | UTILITY | NO. | 620.00 | 06/01/01 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   Use of PTO form(s) and Customer Number are recommended, but not required.
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

   1. **Volpe and Koenig, P.C.**
   2. _____
   3. _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
   PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

   (A) NAME OF ASSIGNEE **Isis Innovation Limited**

   (B) RESIDENCE: (CITY & STATE OR COUNTRY) **Oxford, United Kingdom**

   Please check the appropriate assignee category indicated below (will not be printed on the patent)
   ☐ individual   ☒ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
   ☒ Issue Fee
   ☒ Advance Order - # of Copies **10**

4b. The following fees or deficiency in these fees should be charged to:
   DEPOSIT ACCOUNT NUMBER _____
   (ENCLOSE AN EXTRA COPY OF THIS FORM)
   ☐ Issue Fee
   ☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____   (Date) 5/2/01

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231*

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033        Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



**PATENT**

IN THE UNiTED STATES PATENT AND TRADEMARK OFFICE

# 18 ΛΩIΛ

In the PATENT APPLICATION of:

Lo et al.

| | |
|---|---|
| **Application No.:** | 09/380,696 |
| **Filed:** | November 29, 1999 |
| For: | NON-INVASIVE PRENATAL DIAGNOSIS |
| Group: | 1655 |
| Examiner: | J. Goldberg |

| | |
|---|---|
| Our File: | JAK-PT001 |
| Date: | May 16, 2001 |
| Batch No.: | C86 |
| Allowed: | March 1, 2001 |

## COMMUNICATION ACCOMPANYING FORMAL DRAWINGS

Commissioner for Patents
Washington, D.C. 20231
Attn: Drawing Review Branch

Sir:

Enclosed for filing in connection with the above-identified application are two (2) replacement sheets of formal drawings along with two copies in compliance with the Notice of Allowability dated March 1, 2001. Sheets 3 and 4 are corrected in accordance with amendments made and approved by the Examiner during prosecution.

Respectfully submitted,

Lo et al.

By_____
C. Frederick Koenig III, Esquire
Registration No. 29,662
(215) 568-6400

Volpe and Koenig, P.C.
Suite 400, One Penn Center
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

CFK/fap

Case 3:11-cv-06391-SI   Document 35-5   Filed 03/08/12   Page 23 of 41

09/380696

6258540

1/4



Fig.1.

Fig.2.

WO 98/39474

09/380696

PCT/GB98/00690

2/4

# Fig.3A.



TARGET COPY NUMBER
- □ 1000
- ◇ 500
- ○ 100
- △ 50
- ⊞ 10
- ◆ 1

# Fig.3B.



SUBSTITUTE SHEET (RULE 26)

3/4



FIG. 4a

FIG. 4b

FIG. 4c

FIG. 4d

FIG. 4e

FIG. 4f

4/4



FIG. 4g

FIG. 4h



FIG. 4i

FIG. 4j



FIG. 4k

FIG. 4l



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

#19

RECEIVED

AUG 0 1 2002

TECH CENTER 1600/2900

## CHANGE OF ADDRESS/POWER OF ATTORNEY

FILE LOCATION    16X1    SERIAL NUMBER 09380696    PATENT NUMBER 6258540

THE CORRESPONDENCE ADDRESS HAS BEEN CHANGED TO CUSTOMER #   3624

THE PRACTITIONERS OF RECORD HAVE BEEN CHANGED TO CUSTOMER #   3624

THE FEE ADDRESS HAS BEEN CHANGED TO CUSTOMER #   3624

ON 07/23/02 THE ADDRESS OF RECORD FOR CUSTOMER NUMBER   3624 IS:

                VOLPE AND KOENIG, P.C.
                SUITE 400, ONE PENN CENTER
                1617 JOHN F. KENNEDY BOULEVARD
                PHILADELPHIA PA 19103


AND THE PRACTITIONERS OF RECORD FOR CUSTOMER NUMBER   3624 ARE:

| 16675 | 20477 | 28377 | 29662 | 34626 | 35806 | 37633 | 42584 | 43593 | 44117 |
| 44964 | 46259 | 47802 | 48382 | | | | | | |



PTO INSTRUCTIONS: PLEASE TAKE THE FOLLOWING ACTION WHEN THE
CORRESPONDENCE ADDRESS HAS BEEN CHANGED TO CUSTOMER NUMBER:
RECORD, ON THE NEXT AVAILABLE CONTENTS LINE OF THE FILE JACKET,
'ADDRESS CHANGE TO CUSTOMER NUMBER'.  LINE THROUGH THE OLD
ADDRESS ON THE FILE JACKET LABEL AND ENTER ONLY THE 'CUSTOMER
NUMBER' AS THE NEW ADDRESS.  FILE THIS LETTER IN THE FILE JACKET.
WHEN ABOVE CHANGES ARE ONLY TO FEE ADDRESS AND/OR PRACTITIONERS
OF RECORD, FILE LETTER IN THE FILE JACKET.
THIS FILE IS ASSIGNED TO GAU 1655.

PTO-FMD
TALBOT-1/97

```
       (FILE 'HOME' ENTERED AT 12:39:28 ON 29 MAR 2000)

       FILE 'MEDLINE, BIOSIS, CAPLUS, EMBASE, SCISEARCH' ENTERED AT 12:39:43 ON
       29 MAR 2000
L1      3923051 S SERUM OR PLASMA
L2       821836 S PRENATAL OR MATERNAL OR FETAL OR FOETAL
L3       136809 S L1 AND L2
L4         1820 S L3 AND (PCR OR NUCLEIC ACID)
L5        11088 S L3 AND (PCR OR NUCLEIC ACID OR DNA)
L6         4454 S L5 NOT (CALF OR BOVINE)
L7         1746 S L6 AND (SERUM/TI OR PLASMA/TI OR PRENATAL/TI OR FETAL/TI OR
L8          749 DUPLICATE REMOVE L7 (997 DUPLICATES REMOVED)
L9          541 S L8 AND (MATERNAL/TI OR FETAL/TI)
```

(FILE 'HOME' ENTERED AT 13:49:47 ON 14 FEB 2000)

    FILE 'MEDLINE, BIOSIS, CAPLUS, EMBASE, SCISEARCH' ENTERED AT 13:49:56 ON 14 FEB 2000
        E LO/AU
        E LO D/AU
L1     17 S E24
        E LO DENN/AU
        E LO YUK/AU
        E LO YUK-MI/AU
        E WAINSCOAT/AU
L2     727 S E4-E8
L3     744 S L1 OR L2
L4     314 S L3 AND (NUCLEIC ACID OR DNA)
L5     68 S L4 AND (MATERNAL OR FOETAL OR FETAL)
L6     33 DUPLICATE REMOVE L5 (35 DUPLICATES REMOVED)
L7     8 S L6 AND (SERUM OR PLASMA)


L8     727600 S MATERNAL OR FOETAL OR FETAL
L9     3900005 S SERUM OR PLASMA
L10    132294 S L9 AND L8
L11    503524 S PCR OR POLYMERASE CHAIN
L12    2071 S L10 AND L11
L13    515524 S Y OR DYS14 OR SRY OR RHESUS D
L14    50 S L13 AND L12
L15    28 DUPLICATE REMOVE L14 (22 DUPLICATES REMOVED)
L16    251 S L12 AND (SERUM OR PLASMA)/TI
L17    97 DUPLICATE REMOVE L16 (154 DUPLICATES REMOVED)
L18    71 S L17 NOT (CALF OR BOVINE)
L19    28 S L18 AND (DIAGNOS?)

L9   ANSWER 1 OF 541  MEDLINE
ACCESSION NUMBER:  2000125852   MEDLINE
DOCUMENT NUMBER:   20125852
TITLE:          ***Prenatal*** diagnosis of myotonic dystrophy using
          ***fetal***   ***DNA***   obtained from ***maternal***
          ***plasma*** .
AUTHOR:         Amicucci P; Gennarelli M; Novelli G; Dallapiccola B
CORPORATE SOURCE:  Department of Biopathology and Diagnostic Imaging, Tor
          Vergata University of Rome, Via Di Tor Vergata 135, 00133
          Rome, Italy.
SOURCE:         CLINICAL CHEMISTRY, (2000 Feb) 46 (2) 301-2.
          Journal code: DBZ. ISSN: 0009-9147.
PUB. COUNTRY:     United States
          (CLINICAL TRIAL)
          Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:       English
FILE SEGMENT:    Priority Journals; Cancer Journals
ENTRY MONTH:     200004
ENTRY WEEK:      20000404


L9   ANSWER 5 OF 541  MEDLINE
ACCESSION NUMBER:  2000054918   MEDLINE
DOCUMENT NUMBER:   20054918
TITLE:          Rapid  ***prenatal***  diagnosis of aneuploidy by
          quantitative fluorescent  ***PCR***  on  ***fetal***
          samples from mothers at high risk for chromosome disorders.
AUTHOR:         Pertl B; Pieber D; Lercher-Hartlieb A; Orescovic I;
          Haeusler M; Winter R; Kroisel P; Adinolfi M
CORPORATE SOURCE:  Department of Obstetrics and Gynecology, University of
          Graz, Auenbruggerplatz 14, A-8036 Graz, Austria.
SOURCE:         MOLECULAR HUMAN REPRODUCTION, (1999 Dec) 5 (12) 1176-9.
          Journal code: CWO. ISSN: 1360-9947.
PUB. COUNTRY:     ENGLAND: United Kingdom
          (CLINICAL TRIAL)
          Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:       English
FILE SEGMENT:    Priority Journals
ENTRY MONTH:     200003
ENTRY WEEK:      20000303
AB  We report the results of a prospective study using quantitative
    fluorescent polymerase chain reaction (QF- ***PCR*** ) and small tandem
    repeat markers (STR) for the rapid  ***prenatal***  detection of
    aneuploidies in a group of pregnant women at increased risk of having
    fetuses with numerical chromosome disorders. Amniotic fluid samples (n =
    52) were collected from mothers undergoing  ***prenatal***  invasive
    testing for  ***fetal***  abnormalities on ultrasonographic examination
    or abnormal  ***maternal***   ***serum***  aneuploidy screening
    results. All samples were tested by cytogenetic analysis, but rapid
    diagnoses of aneuploidies were offered and performed using QF- ***PCR***
    analysis with several STRs specific for chromosomes 21, 18, 13 and X. All
    cases with numerical chromosome aberrations involving chromosomes 21, 18
    and 13 (n = 8) were correctly diagnosed. Three gonosomal aneuplodies (one
    47,XXY and two 45,X) were not detected because they were uninformative for
    the X markers. Another sample with a deletion (46,XX,7q-), that the

present assay was not designed to detect, was not identified. One sample
was heavily contaminated with ***maternal*** blood and the results of
the QF- ***PCR*** assays were uninformative. The remaining samples from
normal fetuses provided QF- ***PCR*** patterns disomic for chromosomes
21, 18, 13 and X. Our study demonstrates that QF- ***PCR*** is a rapid
method for the detection of common numerical chromosome disorders and it
may play an important role in ***prenatal*** diagnosis for women at
high risk for ***fetal*** aneuploidy.

L9   ANSWER 7 OF 541 MEDLINE
ACCESSION NUMBER:  2000039659    MEDLINE
DOCUMENT NUMBER:  20039659
TITLE:            ***Fetal*** RhD genotyping from ***maternal***
                  ***plasma*** .
AUTHOR:           Lo Y M
CORPORATE SOURCE:  Department of Chemical Pathology, The Chinese University of
                  Hong Kong, Prince of Wales Hospital, Shatin, New
                  Territories, Kong Hong Special Administration Region..
                  loym@cuhk.edu.hk
SOURCE:           ANNALS OF MEDICINE, (1999 Oct) 31 (5) 308-12. Ref: 48
                  Journal code: AMD. ISSN: 0785-3890.
PUB. COUNTRY:     ENGLAND: United Kingdom
                  Journal; Article; (JOURNAL ARTICLE)
                  General Review; (REVIEW)
                  (REVIEW, TUTORIAL)
LANGUAGE:         English
FILE SEGMENT:     Priority Journals
ENTRY MONTH:      200002
ENTRY WEEK:       20000204
AB  The ***prenatal*** diagnosis of ***fetal*** rhesus D (RhD) status
    is useful for the management of RhD-negative women with partners
    heterozygous for the RHD gene. Conventional methods for ***prenatal***
    ***fetal*** RhD status determination involve invasive procedures such as
    ***fetal*** blood sampling and amniocentesis. The recent demonstration
    of the existence of cell-free ***fetal*** ***DNA*** in
    ***maternal*** ***plasma*** and ***serum*** opens up the
    possibility of determining ***fetal*** RhD status by analysis of
    ***maternal*** ***plasma*** or ***serum*** ***DNA*** . This
    possibility has recently been realized by three independent groups of
    investigators. This development represents an important step towards the
    routine application of noninvasive ***fetal*** blood group diagnosis
    in sensitized pregnancies and may become a model for developing safer
    noninvasive ***prenatal*** tests for other single-gene disorders.

L9   ANSWER 9 OF 541 MEDLINE
ACCESSION NUMBER:  2000012845    MEDLINE
DOCUMENT NUMBER:  20012845
TITLE:            Detection of ***fetal*** -derived paternally inherited
                  X-chromosome polymorphisms in ***maternal***
                  ***plasma*** .
AUTHOR:           Tang N L; Leung T N; Zhang J; Lau T K; Lo Y M
CORPORATE SOURCE:  Department of Chemical Pathology, The Chinese University of
                  Hong Kong, Prince of Wales Hospital, Shatin, New
                  Territories, Hong Kong SAR.
SOURCE:           CLINICAL CHEMISTRY, (1999 Nov) 45 (11) 2033-5.
                  Journal code: DBZ. ISSN: 0009-9147.

PUB. COUNTRY:    United States
          Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:        English
FILE SEGMENT:    Priority Journals; Cancer Journals
ENTRY MONTH:     200001
ENTRY WEEK:      20000104


L9   ANSWER 1 OF 541  MEDLINE
ACCESSION NUMBER:  2000125852   MEDLINE
DOCUMENT NUMBER:   20125852
TITLE:          ***Prenatal***  diagnosis of myotonic dystrophy using
          ***fetal***    ***DNA***   obtained from  ***maternal***
          ***plasma*** .
AUTHOR:         Amicucci P; Gennarelli M; Novelli G; Dallapiccola B
CORPORATE SOURCE:   Department of Biopathology and Diagnostic Imaging, Tor
          Vergata University of Rome, Via Di Tor Vergata 135, 00133
          Rome, Italy.
SOURCE:         CLINICAL CHEMISTRY, (2000 Feb) 46 (2) 301-2.
          Journal code: DBZ. ISSN: 0009-9147.
PUB. COUNTRY:    United States
          (CLINICAL TRIAL)
          Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:        English
FILE SEGMENT:    Priority Journals; Cancer Journals
ENTRY MONTH:     200004
ENTRY WEEK:      20000404


L9   ANSWER 13 OF 541  MEDLINE
ACCESSION NUMBER:  1999422253   MEDLINE
DOCUMENT NUMBER:   99422253
TITLE:          ***Foetal***  RhD genotyping using  ***DNA***
          extracted from  ***maternal***   ***plasma*** .
AUTHOR:         Mohan A; Seth S
CORPORATE SOURCE:   Department of Emergency Medicine, Sir Venkateswara
          Institute of Medical Science, Tirupati, Andhra Pradesh.
SOURCE:         NATIONAL MEDICAL JOURNAL OF INDIA, (1999 May-Jun) 12 (3)
          118-9.
          Journal code: BNT. ISSN: 0970-258X.
PUB. COUNTRY:    India
          Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:        English
ENTRY MONTH:     199912
ENTRY WEEK:      19991201


L9   ANSWER 14 OF 541  MEDLINE
ACCESSION NUMBER:  1999402887   MEDLINE
DOCUMENT NUMBER:   99402887
TITLE:          Evaluation of different approaches for  ***fetal***
          ***DNA***  analysis from  ***maternal***   ***plasma***
          and nucleated blood cells.
AUTHOR:         Smid M; Lagona F; de Benassuti L; Ferrari A; Ferrari M;
          Cremonesi L
CORPORATE SOURCE:   Istituto di Ricovero e Cura a Carattere Scientifico,
          Hospital San Raffaele, Department of Obstetrics and
          Gynecology, Via Olgettina 60, 20132 Milan, Italy.
SOURCE:         CLINICAL CHEMISTRY, (1999 Sep) 45 (9) 1570-2.

Journal code: DBZ. ISSN: 0009-9147.
PUB. COUNTRY:     United States
          Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:        English
FILE SEGMENT:    Priority Journals; Cancer Journals
ENTRY MONTH:     199911
ENTRY WEEK:      19991104


L9   ANSWER 27 OF 541  MEDLINE
ACCESSION NUMBER:  1999222507    MEDLINE
DOCUMENT NUMBER:   99222507
TITLE:          Noninvasive determination of  ***fetal***  RhD status
          using  ***fetal***   ***DNA***  in  ***maternal***
          ***serum***  and  ***PCR*** .
AUTHOR:         Bischoff F Z; Nguyen D D; Marquez-Do D; Moise K J Jr;
          Simpson J L; Elias S
CORPORATE SOURCE:  Department of Obstetrics and Gynecology, Baylor College of
          Medicine, Houston, Texas 77030, USA.. bischoff@bcm.tmc.edu
CONTRACT NUMBER:   N01-HD43203 (NICHD)
SOURCE:         JOURNAL OF THE SOCIETY FOR GYNECOLOGIC INVESTIGATION, (1999
          Mar-Apr) 6 (2) 64-9.
          Journal code: CMH. ISSN: 1071-5576.
PUB. COUNTRY:      United States
          Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:        English
FILE SEGMENT:    Priority Journals
ENTRY MONTH:     199908
ENTRY WEEK:      19990802
AB  OBJECTIVE: Because  ***prenatal***  testing of  ***fetal***  RhD
    status by amniocentesis carries small yet finite risks to the fetus and
    mother, this study sought to determine whether  ***fetal***   ***DNA***
    in  ***maternal***   ***serum***  could be used to detect
     ***fetal***  RhD status by polymerase chain reaction ( ***PCR*** ).
    METHODS: A retrospective analysis was made of frozen  ***serum***
    specimens from 20 sensitized RhD-negative pregnant women (ranging from
    15.0 to 36.0 weeks' gestation) who were confirmed by serology at birth to
    have been carrying RhD-positive fetuses. Eleven  ***serum***  specimens
    from RhD-negative individuals served as controls.  ***DNA***  was
    isolated from  ***serum***  and used in two  ***PCR*** -based methods
    to detect a 99 base pair (bp)  ***DNA***  fragment specific for the RhD
    gene and a 113 bp fragment specific for the RhCE gene as control. RESULTS:
    Overall, in 14 (70%) of 20 RhD-positive fetuses the 99 base pair
    RhD-specific  ***PCR***  product was detected. There was no false
    positive detection among the 11 control  ***serum***  specimens.
    CONCLUSION: The results illustrate the ability to detect  ***fetal***
    RhD sequences in  ***maternal***   ***serum***  of sensitized women.
    Moreover, the findings demonstrate that  ***fetal***  single-gene
    disorders can be detected prenatally by using  ***DNA***  isolated only
    from  ***maternal***   ***serum*** .


L9   ANSWER 33 OF 541  MEDLINE
ACCESSION NUMBER:  1999132218    MEDLINE
DOCUMENT NUMBER:   99132218
TITLE:          Quantitative abnormalities of  ***fetal***   ***DNA***
          in  ***maternal***   ***serum***  in preeclampsia [see
          comments].

COMMENT:        Comment in: Clin Chem 1999 Apr;45(4):451-2
AUTHOR:         Lo Y M; Leung T N; Tein M S; Sargent I L; Zhang J; Lau T K;
                Haines C J; Redman C W
CORPORATE SOURCE:   Departments of Chemical Pathology, Chinese University of
                Hong Kong, Prince of Wales Hospital, Shatin, New
                Territories, Hong Kong SAR.. loym@cuhk.edu.hk
SOURCE:         CLINICAL CHEMISTRY, (1999 Feb) 45 (2) 184-8.
                Journal code: DBZ. ISSN: 0009-9147.
PUB. COUNTRY:   United States
                Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:       English
FILE SEGMENT:   Cancer Journals; Priority Journals
ENTRY MONTH:    199904
AB  BACKGROUND: There is much recent interest in the biologic and diagnostic
    implication of cell-free non-host  ***DNA***  in the  ***plasma***
    and  ***serum***  of human subjects. To determine if quantitative
    abnormalities of circulating non-host  ***DNA***  may be associated with
    certain pathologic processes, we used circulating  ***fetal***
    ***DNA***  in preeclampsia as a model system. METHODS: We studied 20
    preeclamptic women and 20 control subjects of comparable gestational age
    (means, 32 and 33 weeks, respectively). Male  ***fetal***   ***DNA***
    in  ***maternal***   ***serum***  was measured using real-time
    quantitative  ***PCR***  for the SRY gene on the Y chromosome. RESULTS:
    The imprecision (CV) of the assay was 2.7%. The median circulating
    ***fetal***   ***DNA***  was increased fivefold in 20 preeclamptic
    women compared with 20 control pregnant women (381 vs 76
    genome-equivalents/mL, P <0.001). CONCLUSIONS: These observations suggest
    that preeclampsia is associated with disturbances in the liberation and/or
    clearance mechanisms of circulating  ***DNA*** . These results also
    raise the possibility that measurement of circulating  ***DNA***  may
    prove useful as a marker for the diagnosis and/or monitoring of
    preeclampsia.


L9  ANSWER 36 OF 541 MEDLINE
ACCESSION NUMBER:  1999115099   MEDLINE
DOCUMENT NUMBER:   99115099
TITLE:          Rapid clearance of  ***fetal***   ***DNA***  from
                ***maternal***   ***plasma*** .
AUTHOR:         Lo Y M; Zhang J; Leung T N; Lau T K; Chang A M; Hjelm N M
CORPORATE SOURCE:   Department of Chemical Pathology, Chinese University of
                Hong Kong, Prince of Wales Hospital, Shatin, New
                Territories, Hong Kong.
SOURCE:         AMERICAN JOURNAL OF HUMAN GENETICS, (1999 Jan) 64 (1)
                218-24.
                Journal code: 3IM. ISSN: 0002-9297.
PUB. COUNTRY:   United States
                Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:       English
FILE SEGMENT:   Priority Journals
ENTRY MONTH:    199905
ENTRY WEEK:     19990502
AB  ***Fetal***   ***DNA***  has been detected in  ***maternal***
    ***plasma***  during pregnancy. We investigated the clearance of
    circulating  ***fetal***   ***DNA***  after delivery, using
    quantitative  ***PCR***  analysis of the sex-determining region Y gene
    as a marker for male fetuses. We analyzed  ***plasma***  samples from 12

women 1-42 d after delivery of male babies and found that circulating
***fetal*** ***DNA*** was undetectable by day 1 after delivery. To
obtain a higher time-resolution picture of ***fetal*** ***DNA***
clearance, we performed serial sampling of eight women, which indicated
that most women (seven) had undetectable levels of circulating
***fetal*** ***DNA*** by 2 h postpartum. The mean half-life for
circulating ***fetal*** ***DNA*** was 16.3 min (range 4-30 min).
***Plasma*** nucleases were found to account for only part of the
clearance of ***plasma*** ***fetal*** ***DNA*** . The rapid
turnover of circulating ***DNA*** suggests that ***plasma***
***DNA*** analysis may be less susceptible to false-positive results,
which result from carryover from previous pregnancies, than is the
detection of ***fetal*** cells in ***maternal*** blood; also,
rapid turnover may be useful for the monitoring of feto- ***maternal***
events with rapid dynamics. These results also may have implications for
the study of other types of nonhost ***DNA*** in ***plasma*** ,
such as circulating tumor-derived and graft-derived ***DNA*** in
oncology and transplant patients, respectively.

L9  ANSWER 41 OF 541 MEDLINE
ACCESSION NUMBER:  1999049885   MEDLINE
DOCUMENT NUMBER:   99049885
TITLE:          ***Prenatal*** diagnosis of ***fetal*** RhD status
                by molecular analysis of ***maternal*** ***plasma***
                [see comments].
COMMENT:        Comment in: N Engl J Med 1998 Dec 10;339(24):1775-7
AUTHOR:         Lo Y M; Hjelm N M; Fidler C; Sargent I L; Murphy M F;
                Chamberlain P F; Poon P M; Redman C W; Wainscoat J S
CORPORATE SOURCE:  Department of Chemical Pathology, Chinese University of
                Hong Kong, Prince of Wales Hospital.
SOURCE:         NEW ENGLAND JOURNAL OF MEDICINE, (1998 Dec 10) 339 (24)
                1734-8.
                Journal code: NOW. ISSN: 0028-4793.
PUB. COUNTRY:   United States
                Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:       English
FILE SEGMENT:   Abridged Index Medicus Journals; Priority Journals; Cancer
                Journals
ENTRY MONTH:    199902
ENTRY WEEK:     19990204
AB  BACKGROUND: The ability to determine ***fetal*** RhD Status
    noninvasively is useful in the treatment of RhD-sensitized pregnant women
    whose partners are heterozygous for the RhD gene. The recent demonstration
    of ***fetal*** ***DNA*** in ***maternal*** ***plasma***
    raises the possibility that ***fetal*** RhD genotyping may be possible
    with the use of ***maternal*** ***plasma*** . METHODS: We studied
    57 RhD-negative pregnant women and their singleton fetuses. ***DNA***
    extracted from ***maternal*** ***plasma*** was analyzed for the
    RhD gene with a fluorescence-based polymerase-chain-reaction ( ***PCR***
    ) test sensitive enough to detect the RhD gene in a single cell.
    ***Fetal*** RhD status was determined directly by serologic analysis of
    cord blood or ***PCR*** analysis of amniotic fluid. RESULTS: Among the
    57 RhD-negative women, 12 were in their first trimester of pregnancy, 30
    were in their second trimester, and 15 were in their third trimester.
    Thirty-nine fetuses were RhD-positive, and 18 were RhD-negative. In the
    samples obtained from women in their second or third trimester of

pregnancy, the results of RhD  ***PCR***  analysis of  ***maternal***  ***plasma***  ***DNA***  were completely concordant with the results of serologic analysis. Among the  ***maternal***  ***plasma***  samples collected in the first trimester, 2 contained no RhD  ***DNA*** , but the fetuses were RhD-positive; the results in the other 10 samples were concordant (7 were RhD-positive, and 3 RhD-negative). CONCLUSIONS: Noninvasive  ***fetal***  RhD genotyping can be performed rapidly and reliably with the use of  ***maternal***  ***plasma***  beginning in the second trimester of pregnancy.

L9  ANSWER 44 OF 541  MEDLINE
ACCESSION NUMBER:  1998449274   MEDLINE
DOCUMENT NUMBER:  98449274
TITLE:        Detection of  ***fetal***  RHD-specific sequences in
            ***maternal***  ***plasma***  [letter].
AUTHOR:        Faas B H; Beuling E A; Christiaens G C; von dem Borne A E;
            van der Schoot C E
SOURCE:        LANCET, (1998 Oct 10) 352 (9135) 1196.
            Journal code: L0S. ISSN: 0140-6736.
PUB. COUNTRY:    ENGLAND: United Kingdom
            Letter
LANGUAGE:        English
FILE SEGMENT:    Abridged Index Medicus Journals; Priority Journals; Cancer
            Journals
ENTRY MONTH:    199901
ENTRY WEEK:        19990104

L9  ANSWER 56 OF 541  MEDLINE
ACCESSION NUMBER:  1998198334   MEDLINE
DOCUMENT NUMBER:  98198334
TITLE:        Quantitative analysis of  ***fetal***  ***DNA***  in
            ***maternal***  ***plasma***  and  ***serum***  :
            implications for noninvasive  ***prenatal***  diagnosis.
AUTHOR:        Lo Y M; Tein M S; Lau T K; Haines C J; Leung T N; Poon P M;
            Wainscoat J S; Johnson P J; Chang A M; Hjelm N M
CORPORATE SOURCE:  Department of Chemical Pathology, The University of Hong
            Kong, Prince Wales Hospital, Shatin, New Territories, Hong
            Kong.. loym@cuhk.edu.hk
SOURCE:        AMERICAN JOURNAL OF HUMAN GENETICS, (1998 Apr) 62 (4)
            768-75.
            Journal code: 3IM. ISSN: 0002-9297.
PUB. COUNTRY:    United States
            Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:        English
FILE SEGMENT:    Priority Journals
ENTRY MONTH:    199808
ENTRY WEEK:        19980802
AB  We have developed a real-time quantitative  ***PCR***  assay to measure
    the concentration of  ***fetal***  ***DNA***  in  ***maternal***  ***plasma***  and  ***serum*** . Our results show that  ***fetal***  ***DNA***  is present in high concentrations in  ***maternal***  ***plasma*** , reaching a mean of 25.4 genome equivalents/ml (range 3.3-69. 4) in early pregnancy and 292.2 genome equivalents/ml (range 9-769) in late pregnancy. These concentrations correspond to 3.4% (range 0.39%-11.9%) and 6.2% (range 2.33%-11.4%) of the total  ***plasma***  ***DNA***  in early and late pregnancy, respectively. Sequential

follow-up study of women who conceived by in vitro fertilization shows
that  ***fetal***   ***DNA***  can be detected in  ***maternal***
 ***serum***  as early as the 7th wk of gestation and that it then
increases in concentration as pregnancy progresses. These data suggest
that  ***fetal***   ***DNA***  can be readily detected in
 ***maternal***   ***plasma***  and  ***serum***  and may be a
valuable source of material for noninvasive  ***prenatal***  diagnosis.

L9   ANSWER 57 OF 541   MEDLINE
ACCESSION NUMBER:   1998198332   MEDLINE
DOCUMENT NUMBER:   98198332
TITLE:           ***Fetal***   ***DNA***  in  ***maternal***
                 ***plasma***  : the plot thickens and the placental barrier
                 thins [editorial].
AUTHOR:          Bianchi D W
SOURCE:          AMERICAN JOURNAL OF HUMAN GENETICS, (1998 Apr) 62 (4)
                 763-4. Ref: 13
                 Journal code: 3IM. ISSN: 0002-9297.
PUB. COUNTRY:    United States
                 Editorial
                 General Review; (REVIEW)
                 (REVIEW, TUTORIAL)
LANGUAGE:        English
FILE SEGMENT:    Priority Journals
ENTRY MONTH:     199808
ENTRY WEEK:      19980802


L9   ANSWER 74 OF 541   MEDLINE
ACCESSION NUMBER:   97420079   MEDLINE
DOCUMENT NUMBER:   97420079
TITLE:         Presence of  ***fetal***   ***DNA***  in
               ***maternal***   ***plasma***  and  ***serum***  .
AUTHOR:        Lo Y M; Corbetta N; Chamberlain P F; Rai V; Sargent I L;
               Redman C W; Wainscoat J S
CORPORATE SOURCE:  Nuffield Department of Clinical Biochemistry, John
               Radcliffe Hospital, University of Oxford, UK.
SOURCE:        LANCET, (1997 Aug 16) 350 (9076) 485-7.
               Journal code: L0S. ISSN: 0140-6736.
PUB. COUNTRY:    ENGLAND: United Kingdom
                 Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:        English
FILE SEGMENT:    Abridged Index Medicus Journals; Priority Journals; Cancer
                 Journals
ENTRY MONTH:     199711
ENTRY WEEK:      19971103
AB   BACKGROUND: The potential use of  ***plasma***  and  ***serum***  for
     molecular diagnosis has generated interest. Tumour  ***DNA***  has been
     found in the  ***plasma***  and  ***serum***  of cancer patients, and
     molecular analysis has been done on this material. We investigated the
     equivalent condition in pregnancy-that is, whether  ***fetal***
      ***DNA***  is present in  ***maternal***   ***plasma***  and
     ***serum*** . METHODS: We used a rapid-boiling method to extract
      ***DNA***  from  ***plasma***  and  ***serum*** .  ***DNA***  from
      ***plasma*** ,  ***serum*** , and nucleated blood cells from 43
     pregnant women underwent a sensitive Y- ***PCR***  assay to detect
     circulating male  ***fetal***   ***DNA***  from women bearing male

fetuses. FINDINGS: Fetus-derived Y sequences were detected in 24 (80%) of the 30   ***maternal***   ***plasma***   samples, and in 21 (70%) of the 30   ***maternal***   ***serum***   samples, from women bearing male fetuses. These results were obtained with only 10 microL of the samples. When   ***DNA***   from nucleated blood cells extracted from a similar volume of blood was used, only five (17%) of the 30 samples gave a positive Y signal. None of the 13 women bearing female fetuses, and none of the ten non-pregnant control women, had positive results for   ***plasma***  ,   ***serum***   or nucleated blood cells. INTERPRETATION: Our finding of circulating   ***fetal***   ***DNA***   in   ***maternal***   ***plasma***   may have implications for non-invasive   ***prenatal***   diagnosis, and for improving our understanding of the fetomaternal relationship.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective November 10, 1998

**Application or Docket Number:** 09/380696

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY TYPE | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | FEE | RATE | FEE |
| BASIC FEE | | | 420 | 380.00 | OR | 870 |
| TOTAL CLAIMS | 26 minus 20= | * 6 | X$ 9= | 54 | OR X$18= | 108 |
| INDEPENDENT CLAIMS | 3 minus 3 = | * | X39= | | OR X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR +260= | |
| | | | TOTAL | 4H | TOTAL | 948 |

\* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | 13 | | | RATE | ADDI-TIONAL FEE | RATE | ADDI-TIONAL FEE |
| Total | * 27 | Minus ** 26 | = 1 | X$ 9= | | X$18= | 18 |
| Independent | * 3 | Minus *** 3 | = — | X39= | | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | +260= | |
| | | | | TOTAL ADDIT. FEE | | TOTAL ADDIT. FEE | Paid |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | | | | RATE | ADDI-TIONAL FEE | RATE | ADDI-TIONAL FEE |
| Total | * | Minus ** | = | X$ 9= | | X$18= | |
| Independent | * | Minus *** | = | X39= | | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | +260= | |
| | | | | TOTAL ADDIT. FEE | | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | | | | RATE | ADDI-TIONAL FEE | RATE | ADDI-TIONAL FEE |
| Total | * | Minus ** | = | X$ 9= | | X$18= | |
| Independent | * | Minus *** | = | X39= | | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | +260= | |
| | | | | TOTAL ADDIT. FEE | | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
  The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

U.S. DEPARTMENT OF COMMERCE

Form PTO 1130
(REV 2/94)

# PACE DATA ENTRY CODING SHEET

## U.S. DEPARTMENT OF COMMERCE
### Patent and Trademark Office

| 1ST EXAMINER | DATE |
| --- | --- |
| 2ND EXAMINER | Whatley | DATE 10/21/99 |

| APPLICATION NUMBER | TYPE APPL | SMALL ENTITY? | FILING DATE | | | FILING FEE | FOREIGN LICENSE | SPECIAL HANDLING | GROUP ART UNIT | CLASS | SHEETS OF DRAWING |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | MONTH | DAY | YEAR | | | | | | |
| 09/380696 | 7 | 0 | 10 | 26 | 99 | 1076 | 0 | 0 | 1623 | 536 | -7 |

| TOTAL CLAIMS | INDEPENDENT CLAIMS |
| --- | --- |
| 006 | 003 |

ATTORNEY DOCKET NUMBER
S4P1-P7048

## CONTINUITY DATA

| CONT CODE | STATUS CODE | PARENT APPLICATION SERIAL NUMBER | PCT APPLICATION SERIAL NUMBER | PARENT PATENT NUMBER | PARENT FILING DATE | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | MONTH | DAY | YEAR |
| | | | P C T / | | | | |
| | | | P C T / | | | | |
| | | | P C T / | | | | |
| | | | P C T / | | | | |
| | | | P C T / | | | | |

## PCT/FOREIGN APPLICATION DATA

| FOREIGN PRIORITY CLAIMED | COUNTRY CODE | PCT/FOREIGN APPLICATION SERIAL NUMBER | FOREIGN FILING DATE | | |
| --- | --- | --- | --- | --- | --- |
| | | | MONTH | DAY | YEAR |
| 1 | 306 | 97094440 | 03 | 24 | 97 |

| MULTIPLE DEPENDENT CLAIM FEE CALCULATION SHEET (FOR USE WITH FORM PTO-875) | | | | | | SERIAL NO. | | | FILING DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | APPLICANT(S) 09/380696 | | | | | |

CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | * | | * | | * | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | | | | | | | 51 | | | | | | |
| 2 | | | | | | | 52 | | | | | | |
| 3 | | | | | | | 53 | | | | | | |
| 4 | | | | | | | 54 | | | | | | |
| 5 | | | | | | | 55 | | | | | | |
| 6 | | | | | | | 56 | | | | | | |
| 7 | | | | | | | 57 | | | | | | |
| 8 | | | | | | | 58 | | | | | | |
| 9 | | | | | | | 59 | | | | | | |
| 10 | | | | | | | 60 | | | | | | |
| 11 | | | | | | | 61 | | | | | | |
| 12 | | | | | | | 62 | | | | | | |
| 13 | | | | | | | 63 | | | | | | |
| 14 | | | | | | | 64 | | | | | | |
| 15 | | | | | | | 65 | | | | | | |
| 16 | | | | | | | 66 | | | | | | |
| 17 | | | | | | | 67 | | | | | | |
| 18 | | | | | | | 68 | | | | | | |
| 19 | | | | | | | 69 | | | | | | |
| 20 | | | | | | | 70 | | | | | | |
| 21 | | | | | | | 71 | | | | | | |
| 22 | | | | | | | 72 | | | | | | |
| 23 | | | | | | | 73 | | | | | | |
| 24 | | | | | | | 74 | | | | | | |
| 25 | | | | | | | 75 | | | | | | |
| 26 | | | | | | | 76 | | | | | | |
| 27 | | | | | | | 77 | | | | | | |
| 28 | | | | | | | 78 | | | | | | |
| 29 | | | | | | | 79 | | | | | | |
| 30 | | | | | | | 80 | | | | | | |
| 31 | | | | | | | 81 | | | | | | |
| 32 | | | | | | | 82 | | | | | | |
| 33 | | | | | | | 83 | | | | | | |
| 34 | | | | | | | 84 | | | | | | |
| 35 | | | | | | | 85 | | | | | | |
| 36 | | | | | | | 86 | | | | | | |
| 37 | | | | | | | 87 | | | | | | |
| 38 | | | | | | | 88 | | | | | | |
| 39 | | | | | | | 89 | | | | | | |
| 40 | | | | | | | 90 | | | | | | |
| 41 | | | | | | | 91 | | | | | | |
| 42 | | | | | | | 92 | | | | | | |
| 43 | | | | | | | 93 | | | | | | |
| 44 | | | | | | | 94 | | | | | | |
| 45 | | | | | | | 95 | | | | | | |
| 46 | | | | | | | 96 | | | | | | |
| 47 | | | | | | | 97 | | | | | | |
| 48 | | | | | | | 98 | | | | | | |
| 49 | | | | | | | 99 | | | | | | |
| 50 | | | | | | | 100 | | | | | | |
| TOTAL IND. | 3 | | | | | | TOTAL IND. | | | | | | |
| TOTAL DEP. | 26 | | | | | | TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | | | | | | | TOTAL CLAIMS | | | | | | |

PTO-1360 (3-78)                    *MAY BE USED FOR ADDITIONAL CLAIMS OR AMENDMENTS            U.S. DEPARTMENT of COMMERCE
                                                                                              Patent and Trademark Office