# EXHIBIT 8



CONTACT: Traci Tournoux
HealthStar PR
646-722-8830
ttournoux@healthstarpr.com

**Aria Diagnostics Announces Name of New Non-Invasive Prenatal Assay – Harmony Prenatal Test™ – and Publication of Study on Specimen Transport**

**San Jose, Calif., Feb. 6, 2012** – Aria Diagnostics, a molecular diagnostics company, today announced that its new prenatal test has been named the Harmony Prenatal Test™. The test is a directed non-invasive approach to cell-free DNA (cfDNA) analysis in maternal blood to detect common trisomies linked to genetic disorders.

"The name perfectly describes Aria's goal of bringing harmony to patients, medical service providers and healthcare networks by offering an advanced prenatal test that is highly accurate, accessible and affordable to a broad population," said Todd Whitson, vice president of sales and commercial operations at Aria Diagnostics. "The current landscape of prenatal testing can be cumbersome and confusing. We hope to streamline the process by providing this simple blood test."

The Harmony Prenatal Test utilizes new technology which couples innovative biochemistry, DANSR™, and a proprietary algorithm, FORTE™, to efficiently analyze patients' blood samples.

The company also announces the publication of a study on the effects of temperature during shipping of blood specimens. The article titled, "Influence of Temperature during Transportation on Cell-Free DNA Analysis" is published online in the journal *Fetal Diagnosis and Therapy* and available at http://content.karger.com/produktedb/produkte.asp?DOI=000335020. This publication follows several recent data announcements, including the peer-reviewed journal publication of three clinical studies in more than 1,000 patients and the launch of a large scale clinical trial comparing the Harmony Prenatal Test with the standard first-trimester screening test in 25,000 women.

The company will be exhibiting information about the Harmony Prenatal Test and its proprietary technology approach at the Society for Maternal Fetal Medicine's 32nd Annual Meeting in Dallas, TX, Feb. 8-11.

**About Aria Diagnostics**

Aria Diagnostics, Inc., is a molecular diagnostics company committed to providing safe, highly accurate and affordable prenatal tests for maternal and fetal health. Led by an experienced team, Aria is using its proprietary technology to perform a directed analysis of cell-free DNA in blood. Aria's simple blood test equips pregnant women and their healthcare providers with reliable information to make decisions regarding their health, without creating unnecessary stress or anxiety.

The company began operations in 2010 and is headquartered in San Jose, Calif. For more information, visit www.ariadx.com.

# # #