UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIA DIAGNOSTICS, INC., | |
| Plaintiff, | CASE NO. 3:11-cv-06391-SI |
| v. | |
| SEQUENOM, INC., | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Defendant/ Counterclaim-Plaintiff, | |
| v. | |
| ARIA DIAGNOSTICS, INC., | |
| Counterclaim-Defendant, | |
| and | |
| ISIS INNOVATION LIMITED | |
| Nominal Counterclaim-Defendants. | |

Mario Aieta, whose business address and telephone number is Satterlee Stephens Burke & Burke, LLP, 230 Park Avenue, Suite 1130, New York, NY 10169 Office: 212-818-9200 and who is an active member in good standing of the bar of the Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Isis Innovation Limited.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/2/12

_____
United States District Judge

1394518_1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ARIA DIAGNOSTICS, INC.,

    Plaintiff,

v.

SEQUENOM, INC.,

    Defendant/
    Counterclaim-Plaintiff,

v.

ARIA DIAGNOSTICS, INC.,

    Counterclaim-Defendant,

and

ISIS INNOVATION LIMITED

    Nominal Counterclaim-Defendants.

CASE NO. 3:11-cv-06391-SI

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Mario Aieta, whose business address and telephone number is Satterlee Stephens Burke & Burke, LLP, 230 Park Avenue, Suite 1130, New York, NY 10169 Office: 212-818-9200 and who is an active member in good standing of the bar of the Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Isis Innovation Limited.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

                                              United States District Judge

1394518_1