1  C. Todd Norris (State Bar No. 181337)
   todd.norris@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, CA   94108-2823
4  Phone: 415.352.2700
   Fax: 415.352.2701
5
   Mario Aieta (*pro hac vice*)
6  maieta@ssbb.com
7  SATTERLEE STEPHENS BURKE & BURKE LLP
   230 Park Avenue, Suite 1130
8  New York, NY 10169
   Phone:  (212) 818-9200
9  Fax:  (212) 818-9606

10 Attorneys for Nominal Counterclaim
   Defendant
11 ISIS INNOVATION LIMITED
12

13                 **UNITED STATES DISTRICT COURT**

14             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                      **SAN FRANCISCO DIVISION**

16

17 | ARIA DIAGNOSTICS, INC. | ) | Case No. 3:11-cv-06391-SI |
   |---|---|---|
   |          Plaintiff, | ) | |
18 |        v. | ) | |
   | | ) | **ISIS INNOVATION, LIMITED'S** |
19 | SEQUENOM, INC., | ) | **ANSWER TO THE THIRD PARTY** |
   |          Defendant/ | ) | **COMPLAINT OF SEQUENOM, INC.** |
20 |          Counterclaim-Plaintiff, | ) | |
21 |        v. | ) | |
   | | ) | |
22 | ARIA DIAGNOSTICS, INC. | ) | |
   |          Counterclaim-Defendant, | ) | |
23 |        v. | ) | |
24 | | ) | |
   | ISIS INNOVATION LIMITED, | ) | |
25 |          Nominal Counterclaim- | ) | |
   |          Defendant, | ) | |
26 | | ) | |

27

28

Nominal Counterclaim–Defendant Isis Innovation Limited ("Isis"), through its undersigned counsel, hereby answers the Third Party Complaint of plaintiff Sequenom, Inc. (Docket No. 33, denominated "Answer to Complaint with Jury Demand , Counterclaim With Jury Demand Against Aria Diagnostics., Inc., Isis Innovation Limited by Sequenom, Inc." and hereinafter referred to as the "Counterclaim"), as follows:

1. Isis admits the allegations of paragraph 1 of the Counterclaim.

2. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 2 and 3 of the Counterclaim.

3. Isis admits the allegations of the first sentence of paragraph 4 of the Counterclaim.  Isis further admits that it has thus far not agreed to Sequenom's request that Isis join this lawsuit.  The remaining allegations of paragraph 5 state legal conclusions that do not require an answer.

4. The allegations of paragraph 5 of the Counterclaim state legal conclusions as to which no answer is required.

5. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 6 of the Counterclaim.

6. In response to the allegations of paragraph 7 of the Counterclaim, Isis admits that this Court has personal jurisdiction over Isis because Isis hereby consents to the jurisdiction of this Court for the purposes of adjudicating the claims and defenses that may be properly asserted in this action by the parties to this action.  Isis denies that it has purposely availed itself of the privilege of conducting activities within this State and District.

7. The allegations of paragraph 8 of the Counterclaim state legal conclusions as to which no answer is required.

8. Isis admits the allegations of paragraphs 9 and 10 of the Counterclaim.

9. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 11 through 15 of the Counterclaim.

1  10. In response to paragraph 16 of the Counterclaim, Isis repeats and realleges the
2  foregoing paragraphs as if fully set forth herein.
3  11. Isis is without knowledge or information sufficient to form a belief as to the
4  truth or falsity of the allegations of paragraph 17 through 19 of the Counterclaim.

Respectfully submitted,

Dated: April 9, 2012

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
Mario Aieta
(*pro hac vice*)
maieta@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9606

C. Todd Norris
(State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA   94108-2823
Phone: 415.352.2700
Fax: 415.352.2701

Attorneys for   Nominal Counterclaim Defendant
ISIS INNOVATION LIMITED