C. Todd Norris (State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA   94108-2823
Phone: 415.352.2700
Fax: 415.352.2701

Mario Aieta (*pro hac vice*)
maieta@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9606

Attorneys for Nominal Counterclaim Defendant
ISIS INNOVATION LIMITED

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIA DIAGNOSTICS, INC. <br>         Plaintiff, <br>     v. <br><br> SEQUENOM, INC., <br>         Defendant/ <br>         Counterclaim-Plaintiff, <br>     v. <br><br> ARIA DIAGNOSTICS, INC. <br>         Counterclaim-Defendant, <br><br>     v. <br><br> ISIS INNOVATION LIMITED, <br>         Nominal Counterclaim-Defendant, | Case No. 3:11-cv-06391-SI <br><br> **ISIS INNOVATION, LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. RULE 7.1(a) AND CIVIL L.R. 3-16** |

Isis's Cert. of Interested Entities or Persons Pursuant to F.R.C.P. Rule 7.1(a) and Civil L.R. 3-16     Case No. 3:11-cv-06391-SI

1399631_1

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: the University of Oxford; James Stephen Wainscoat; Yuk-Ming Dennis Lo; Oxford Radcliffe Hospital Trust; Chinese University of Hong Kong.

Pursuant to Federal Rule of Civil Procedure 7.1, Isis Innovation Limited is a wholly owned subsidiary of the University of Oxford.

Respectfully submitted,

Dated: April 9, 2012

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
Mario Aieta
(*pro hac vice*)
maieta@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9606

C. Todd Norris
(State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA   94108-2823
Phone: 415.352.2700
Fax: 415.352.2701

Attorneys for Nominal Counterclaim Defendant ISIS INNOVATION LIMITED

Isis's Cert. of Interested Entities or Persons Pursuant to F.R.C.P. Rule 7.1(a)  and Civil L.R. 3-16          Case No. 3:11-cv-06391-SI

1399631_1