IRELL & MANELLA LLP
David I. Gindler (117824) (dgindler@irell.com)
Andrei Iancu (184973) (aiancu@irell.com)
Michael G. Ermer (110496) mermer@irell.com
Amir Naini (226627) anaini@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Plaintiff and Counterclaim Defendant
Ariosa Diagnostics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIA DIAGNOSTICS, INC., | Case No. 3:11-cv-06391-SI |
| Plaintiff, | **[PROPOSED] ORDER ENLARGING TIME FOR ARIOSA DIAGNOSTICS, INC. TO FILE ITS OPPOSITION TO SEQUENOM'S PRELIMINARY INJUNCTION MOTION** |
| vs. | |
| SEQUENOM, INC., | |
| Defendant. | Courtroom:   10<br>Judge:         Hon. Susan Illston |
| SEQUENOM, INC., | |
| Counterclaim Plaintiff, | |
| vs. | |
| ARIA DIAGNOSTICS, INC., | |
| Counterclaim Defendant. | |
| and | |
| ISIS INNOVATION LIMITED, | |
| Nominal Counterclaim Defendant. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2632638

[PROPOSED] ORDER ENLARGING TIME FOR ARIOSA TO
FILE ITS OPPOSITION TO SEQUENOM'S PRELIMINARY
INJUNCTION MOTION
(Case No. 3:11-cv-06391-SI)

1  The Court having read and considered Ariosa Diagnostics, Inc.'s Motion To Enlarge Time
2  To File Its Opposition To Sequenom's Motion For Preliminary Injunction and all the papers filed
3  in support thereof and having read and considered Sequenom's opposition to that motion and all
4  papers filed in support thereof, the Court hereby finds that good cause exists for granting Ariosa's
5  motion.
6      ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff and Counterclaim Defendant
7  Ariosa's Motion To Enlarge Time is GRANTED.  The deadline to file Ariosa's Opposition to
8  Sequenom's Preliminary Injunction Motion is hereby continued from May 11, 2012 until May 15,
9  2012.
10     IT IS SO ORDERED.

12 Dated: _____

13     The Honorable Susan Illston
    Judge, United States District Court

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2632638

- 1 -

[PROPOSED] ORDER ENLARGING TIME FOR ARIOSA TO
FILE ITS OPPOSITION TO SEQUENOM'S PRELIMINARY
INJUNCTION MOTION
(Case No. 3:11-cv-06391-SI)