# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIA DIAGNOSTICS, INC., <br><br>           Plaintiff, <br><br>      v. <br><br> SEQUENOM, INC, <br><br>           Defendant/ <br>           Counterclaim-Plaintiff, <br><br>      v. <br><br> ARIA DIAGNOSTICS, INC., <br><br>           Counterclaim-Defendant, <br><br>      and <br><br> ISIS INNOVATION LIMITED <br><br>           Nominal Counterclaim-<br>           Defendant. | Case No. 3:11-cv-06391-SI <br><br> **[PROPOSED] ORDER DENYING ARIOSA DIAGNOSTIC, INC.'S MOTION TO ENLARGE TIME TO FILE OPPOSITION TO SEQUENOM'S PRELIMINARY INJUNCTION MOTION** <br><br> Courtroom:  10 <br> Judge:        Hon. Susan Illston |

The Court having read and considered Ariosa Diagnostics, Inc.'s Motion To Enlarge Time To File Its Opposition To Sequenom's Motion For Preliminary Injunction and all the papers filed in support thereof and having read and considered Sequenom's opposition to that motion and all papers filed in support thereof, the Court hereby finds that Ariosa has failed to demonstrate that good cause exists for granting Ariosa's motion.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Plaintiff Ariosa's Motion To Enlarge Time is DENIED.  The deadline to file Ariosa's Opposition to Sequenom's Preliminary Injunction Motion shall remain May 11, 2012.

**IT IS SO ORDERED.**

Dated: _____

                                                                The Honorable Susan Illston
                                                                Judge, United States District Court