1  IRELL & MANELLA LLP
   David I. Gindler (117824) (dgindler@irell.com)
2  Andrei Iancu (184973) (aiancu@irell.com)
   Michael G. Ermer (110496) mermer@irell.com
3  Amir Naini (226627) anaini@irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
5  Facsimile:  (310) 203-7199

6  Attorneys for Plaintiff and Counterclaim Defendant
   Ariosa Diagnostics, Inc.
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11 ARIA DIAGNOSTICS, INC.,              )  Case No. 3:11-cv-06391-SI
                                        )
12          Plaintiff,                  )  [PROPOSED] ORDER ENLARGING
                                        )  TIME FOR ARIOSA DIAGNOSTICS, INC.
13     vs.                              )  TO FILE ITS OPPOSITION TO
                                        )  SEQUENOM'S PRELIMINARY
14 SEQUENOM, INC.,                      )  INJUNCTION MOTION
                                        )
15          Defendant.                  )  Courtroom:  10
                                        )  Judge:      Hon. Susan Illston
16 ─────────────────────────            )
   SEQUENOM, INC.,                      )
17                                      )
            Counterclaim Plaintiff,     )
18                                      )
       vs.                              )
19                                      )
   ARIA DIAGNOSTICS, INC.,              )
20                                      )
            Counterclaim Defendant.     )
21                                      )
       and                              )
22                                      )
   ISIS INNOVATION LIMITED,             )
23                                      )
            Nominal Counterclaim        )
24          Defendant.                  )
   ─────────────────────────            )
25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2632638

[PROPOSED] ORDER ENLARGING TIME FOR ARIOSA TO
FILE ITS OPPOSITION TO SEQUENOM'S PRELIMINARY
INJUNCTION MOTION
(Case No. 3:11-cv-06391-SI)

1  The Court having read and considered Ariosa Diagnostics, Inc.'s Motion To Enlarge Time
2  To File Its Opposition To Sequenom's Motion For Preliminary Injunction and all the papers filed
3  in support thereof and having read and considered Sequenom's opposition to that motion and all
4  papers filed in support thereof, the Court hereby finds that good cause exists for granting Ariosa's
5  motion.
6  ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff and Counterclaim Defendant
7  Ariosa's Motion To Enlarge Time is GRANTED. The deadline to file Ariosa's Opposition to
8  Sequenom's Preliminary Injunction Motion is hereby continued from May 11, 2012 until May 15,
9  2012.
10  IT IS SO ORDERED.

12  Dated: 5/4/12

The Honorable Susan Illston
Judge, United States District Court

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2632638

- 1 -

[PROPOSED] ORDER ENLARGING TIME FOR ARIOSA TO
FILE ITS OPPOSITION TO SEQUENOM'S PRELIMINARY
INJUNCTION MOTION
(Case No. 3:11-cv-06391-SI)