```
 1  IRELL & MANELLA LLP
    David I. Gindler (117824) (dgindler@irell.com)
 2  Andrei Iancu (184973) (aiancu@irell.com)
    Amir Naini (226627) (anaini@irell.com)
 3  1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
 4  Telephone:  (310) 277-1010
 5  Facsimile:   (310) 203-7199

 6  Attorneys for Plaintiff and Counterclaim Defendant
    Ariosa Diagnostics, Inc.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARIA DIAGNOSTICS, INC., | ) | Case No. 3:11-cv-06391-SI |
|---|---|---|
| Plaintiff, | ) | **ARIOSA'S OPPOSITION TO SEQUENOM'S MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | ) | |
| SEQUENOM, INC., | ) | Date:        June 15, 2012 |
| Defendant. | ) | Time:        9:00AM |
|  | ) | Department: Courtroom 10, 19th Floor |
|  | ) | Judge:       Hon. Susan Illston |
| SEQUENOM, INC., | ) | |
| Counterclaim Plaintiff, | ) | |
| vs. | ) | |
| ARIA DIAGNOSTICS, INC., | ) | |
| Counterclaim Defendant, | ) | |
| and | ) | |
| ISIS INNOVATION LIMITED, | ) | |
| Nominal Counterclaim Defendant. | ) | |

MANUAL FILING NOTIFICATION                                          Case No. 3:11-cv-06391-SI

**MANUAL FILING NOTIFICATION**

Regarding: Ariosa's Opposition to Sequenom's Motion for Preliminary Injunction

  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

  If you are a participant in this case, this filing will be served in hard-copy shortly.

  For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

  This filing was not e-filed for the following reason(s):

____ Voluminous Document (PDF file size larger than e-filing system allowances)

____ Unable to Scan Documents

____ Physical Object (description): _____

____ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

____ Other (description): _____

Dated: May 15, 2012        Respectfully submitted,

                IRELL & MANELLA LLP

                By: */s/ David I. Gindler*
                   David I. Gindler
                   Attorneys for Plaintiff
                   and Counterclaim Defendant
                   Ariosa Diagnostics, Inc.