IRELL & MANELLA LLP
David I. Gindler (117824) (dgindler@irell.com)
Andrei Iancu (184973) (aiancu@irell.com)
Amir Naini (226627) (anaini@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff and Counterclaim Defendant
Ariosa Diagnostics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARIA DIAGNOSTICS, INC., | Case No. 3:11-cv-06391-SI |
|---|---|
| Plaintiff, | **DECLARATION OF DR. ERIC FEARON IN SUPPORT OF ARIOSA DIAGNOSTICS, INC.'S OPPOSITION TO SEQUENOM, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| SEQUENOM, INC., | |
| Defendant. | Date: June 15, 2012<br>Time: 9:00AM<br>Department: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |
| SEQUENOM, INC., | |
| Counterclaim Plaintiff, | |
| vs. | |
| ARIA DIAGNOSTICS, INC., | |
| Counterclaim Defendant, | |
| and | |
| ISIS INNOVATION LIMITED, | |
| Nominal Counterclaim Defendant. | |

MANUAL FILING NOTIFICATION                                        Case No. 3:11-cv-06391-SI

## **MANUAL FILING NOTIFICATION**

Regarding:  Declaration of Dr. Eric Fearon in Support of Ariosa Diagnostics, Inc.'s Opposition to Sequenom, Inc.'s Motion for Preliminary Injunction

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____ Voluminous Document (PDF file size larger than e-filing system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_____ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___**X**___ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description): _____

Dated:  May 15, 2012                          Respectfully submitted,

                                              IRELL & MANELLA LLP


                                              By: */s/ David I. Gindler*
                                                  David I. Gindler
                                                  Attorneys for Plaintiff
                                                  and Counterclaim Defendant
                                                  Ariosa Diagnostics, Inc.