**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIA DIAGNOSTICS, INC., | No. C 11-06391 SI |
| Plaintiff, | **ORDER RE SEALING** |
| v. | |
| SEQUENOM, INC., | |
| Defendant. | |
| _____/ | |
| SEQUENOM, INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| ARIA DIAGNOSTICS, INC., | |
| Counterclaim Defendant, | |
| and | |
| ISIS INNOVATION LIMITED, | |
| Nominal Counterclaim Defendant. | |
| _____/ | |

    Currently before the Court is the parties' stipulation and proposed order to allow Ariosa (plaintiff and counterclaim defendant, formerly known as Aria) to file its opposition to Sequenom's motion for a preliminary injunction and related declarations under seal. The stipulation does not comply with this Court's standing order and Civil Local Rule 79-5. In order to seek to file a document completely under seal, the filing party must submit a stipulation (or motion) and supporting declaration demonstrating why, for each specific document and the information contained therein, good cause exists to seal the whole document. *See* Civil Local Rule 79-5(b), (d). The stipulation and declaration cannot rely solely

on the parties' agreement to seal or the fact that some of the information referenced in a document has been designated as confidential under the parties' protective order.

Similarly, in order to seek to file a document partially under seal, the filing party must submit a stipulation (or motion) and declaration identifying the specific portions of the document sought to be filed under seal and demonstrating that good cause exists to seal those portions of the document. Civil Local Rule 79-5(c), (d). The stipulation and declaration cannot rely solely on the parties' agreement to seal or the fact that some of the information referenced in a document has been designated as confidential under the parties' protective order. The filing party must also comply with General Order 62, regarding efiling documents under seal.

Within five (5) days of the date of this Order, Ariosa must submit a stipulation (or motion) that fully complies with this Court's standing order and Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: 5/17/12

SUSAN ILLSTON
United States District Judge

2