# Exhibit 1

**CURRICULUM VITAE**

Eric R. Fearon
Emanuel Maisel Professor of Oncology
Professor of Internal Medicine, Human Genetics, and Pathology
Molecular Medicine & Genetics Division
University of Michigan Medical School
109 Zina Pitcher, 1504 BSRB
Ann Arbor, MI  48109-2200
Tel 734-764-1549/FAX 734-647-7950
fearon@umich.edu

## Table of Contents

Eric R. Fearon
Emanuel Maisel Professor of Oncology
Professor of Internal Medicine, Human Genetics, and Pathology
Molecular Medicine & Genetics Division
University of Michigan Medical School
109 Zina Pitcher, 1504 BSRB
Ann Arbor, MI  48109-2200
Tel 734-764-1549/FAX 734-647-7950
fearon@umich.edu

Title and Contents                                                          Page 2

Education and Training                                                    Page 3

Certification and Licensure                                             Page 3

Academic, Administrative, and Clinical Appointments      Page 3

Research Interests                                                          Page 3

Grants                                                                           Page 3-5

Honors and Awards                                                       Page 5-6

Memberships and Offices in Professional Societies          Page 6

Editorial Positions, Boards, and Peer-Review/Advisory Service      Page 6-7

Teaching                                                                        Page 7-14

Committee, Organizational, and Volunteer Service           Page 14-15

Consulting Positions                                                       Page 15

Visiting Professorships, Seminars, and Extramural Lectures      Page 15-22

Patents                                                                          Page 22

Bibliography                                                                   Page 22-35

## CURRICULUM VITAE

**NAME**            Eric R. Fearon

## EDUCATION
Sept 1975- Jun 1979   Mount Blue High School, Farmington, Maine
Aug 1979-May 1983   The Johns Hopkins University, Baltimore, MD; B.A. (Biophysics)
Aug 1983-May 1990   The Johns Hopkins University School of Medicine; M.D.
Aug 1985-May 1990   The Johns Hopkins University; Ph.D. (Biology/Program in Human
                    Genetics; mentor - Dr. Bert Vogelstein)

## POSTDOCTORAL TRAINING
Jun 1990 - Aug 1992   Johns Hopkins University School of Medicine, Hematology
                      Division, Dept.of Medicine & the Oncology Center
                      (mentor - Dr. Chi Van Dang)

## CERTIFICATION AND LICENSURE
None

## MILITARY SERVICE
None

## ACADEMIC APPOINTMENTS
1992-1995     Assistant Professor, Depts. of Pathology and Biology, Yale University
              School of Medicine; Member, Program in Molecular Oncology &
              Development
1995 - 2001   Associate Professor, Departments of Internal Medicine (Div. of Medical
              Genetics), Human Genetics, and Pathology, University of Michigan
1995 -        Emanuel N. Maisel Professor of Oncology, University of Michigan
1995 -        Associate Director for Basic Research, University of Michigan
              Comprehensive Cancer Center
2001-         Professor, Departments of Internal Medicine (Div. of Medical Genetics),
              Human Genetics, and Pathology, University of Michigan
2005-         Deputy Director, University of Michigan Comprehensive Cancer Center
2010-         Division Chief, Molecular Medicine & Genetics, Department of Internal
              Medicine, University of Michigan

## RESEARCH INTERESTS
Molecular analysis of cancer pathogenesis;    eta-catenin-dependent Wnt signaling; transgenic and knockout mouse models of colon cancer; miRNAs and cancer; CDX2 homeobox gene function The research in the Fearon laboratory seeks to address the means by which specific oncogene and tumor suppressor gene defects contribute to the pathogenesis of colon and other cancers and to develop novel strategies for early detection and treatment of colorectal adenomas and carcinomas.

## EXTRAMURAL GRANT SUPPORT
ACTIVE
2 R01 CA08223-11A2 (Fearon)                    09/01/11 – 07/31/16            15%
NIH/NCI        $175,000 annual direct              $1,356,250 entire project direct
*CDX-2 Tumor Suppressor Pathway Defects in Colon Cancer*
Major goals of the project are the following: I) Define the contribution of *Cdx2* defects in colon tumor development using mouse genetically engineered models of tumor development. II) Define the role of *p53* mutations in promoting colorectal adenoma-carcinoma progression.

2R01 CA094172-09 (Cho)                                    07/01/07 – 05/31/12        2.5%
NIH/NCI              $187,250 annual direct                    $881,181 entire project
direct
*Molecular Pathogenesis of Ovarian Endometrioid Adenocarcinomas*
Aims are: 1) To continue efforts to identify and characterize β-cat/Tcf regulated genes important
in OEA pathogenesis; 2) To complete a comprehensive mutational analysis of genes encoding
proteins known to regulate PI3K/Akt/Pten signaling in OEAs, and to define a gene expression
signature associated with defects in this signaling pathway; 3) To define and characterize key
downstream transcriptional target genes linked to deregulated PI3K/Akt/Pten signaling in OEA
pathogenesis; and 4) To continue efforts to develop and characterize mouse models of OEA, and
to use gene expression profiling as a means to determine how well murine tumors arising in the
setting of specific genetic alterations recapitulate human OEAs.

2 P30 CA46592-24 (Wicha)                                   06/1/06 – 05/31/12         30%
NIH/NCI              $3,943,869 annual direct       $30,896,886 entire project direct
*University of Michigan Comprehensive Cancer Center Core Grant*
Fearon - Basic Science Director/Deputy Director
Aims of the University of Michigan Cancer Center core grant are: To provide support for Cancer
Center research programs, core facilities, leadership, and development activities.  Dr. Fearon
serves as the director of research in the Basic Science Division and as deputy director of the
Cancer Center

2 P30 CA46592-24 (Wicha)                                   06/1/06 – 05/31/12         5%
NIH/NCI              $3,943,869 annual direct                  $30,896,886 entire project
direct
*University of Michigan Comprehensive Cancer Center Core Grant*
Fearon - Program Co-Leader.
Aims of the University of Michigan Cancer Center core grant are: To provide support for Cancer
Center research programs, core facilities, leadership, and development activities.  Dr. Fearon
serves as co-leader of the Cancer Genetics Program

2 P50 CA093990-07A1 (Ross)                                 09/22/08 – 03/31/13        2%
NIH/NCI (P50 com ren)       $229,462 annual direct      $1,961,165 annual project direct
*In Vivo Imaging of Neoplasia*
Goal:  The studies proposed here will result in the identification of novel therapies as well as
imaging biomarkers that report on key molecular events and therapeutic response will be
identified.  These studies will enable individualization of cancer therapy.

U54 CA136429-02 (Wang)                                     10/01/08 – 09/30/13        2%
NIH/NCI              $57,790 (Project 1) annual direct         $722,254 entire project direct
*In Vivo Detection of Neoplasia in the Digestive Tract*
The goal is to develop novel optical imaging probes and instruments that can be evaluated in pre-
clinical models, as well as translated to the clinic as a practical screening tool for the early
detection of cancer in hollow organs.

1 R01 CA142750-01 (Wang)                                   02/25/10 – 12/31/14        2%
NIH/NCI              $334,478 annual direct                    $1,672,766 entire project direct
*Targeted Multi-Spectral Dual Axes Confocal Imaging of In Vivo Molecular Expression*
The broad, long-term objective of the project is to develop a miniature intravital microscopy
imaging instrument to study molecular mechanisms of cancer development in epithelial tissues of
live animals.

W81XWH-09-2-0014 (Wicha)                        06/15/11 – 06/14/12                        5%
Department of Defense (Fearon- project leader, project #1) $109,262 annual direct project #1
*National Functional Genomics Center*                        $1,748,000 entire project direct
Goals: I) Generate new mouse models of colon cancer via use of CDX2 transgenic elements to
over-express potential oncogenes (CDK8) and CDX2-Cre transgenes to inactivate potential tumor
suppressor genes (Nf1) and activate oncogenes (Kras and Braf); and II) Generate new mouse
models of ovarian cancer via the use of adenoviral Cre recombinase injection into the ovarian
bursal to activate candidate oncogenes (PI3KCA) and inactivate tumor suppressor genes (Brca1,
Nf1, pRb)


1 P50 CA130810-01A2 (Brenner)                        09/1/2010 – 08/31/15                        5%
NIH/NCI        $1,608,284 direct costs Year 1 for entire P50        $8,041,420 entire project direct
Translational Research in GI Cancer – GI SPORE
Developmental Research Projects (Fearon – director of DRP)
The goal of the Developmental Research Projects program in the University of Michigan GI
SPORE is to support innovative gastrointestinal cancer research with high translational impact.
The DRP program will solicit and review pilot/early stage research projects and will make
recommendations to the GI SPORE oversight/leadership committee. Dr. Fearon will be charged
with identifying, reviewing, and prioritizing research proposals, as well as providing advice about
how to pursue the work in the longer term via external peer-reviewed mechanisms.


Recent
2 R01 CA085463-10 Fearon (PI)                        06/01/00-11/30/10                        20%
NIH/NCI                                $181,340 (direct annual)
"The Role of β-catenin/Tcf Pathway Defects in Cancer"
Specific aims are: I) To identify downstream genes whose expression is specifically regulated by
β-catenin/TCF in colon and other cancer cells where β-catenin is constitutively activated. II) To
utilize robust model systems to assess the role of selected β-catenin/TCF target genes and their
protein products in the altered phenotype of colon and other cancer cells. III) To assess the role of
selected β-catenin/TCF target genes in intestinal and colonic tumorigenesis, using mouse
transgenic and knockout models.


2 R56 CA082223-11  Fearon (PI)                        09/01/09 - 08/31/10                        15%
NIH/NCI
"CDX-2 Tumor Suppressor Pathway Defects in Colon Cancer"
The specific aims are: I) Conclusively establish that *Cdx2* functions as a "gatekeeper" in inhibiting
colonic adenoma formation and that bi-allelic *Cdx2* defects promote adenoma development via
mechanisms distinct from the consequences of Apc inactivation. II) Define if and how somatic *p53*
missense mutations, but not p53 null mutations, have potent ability to promote colorectal adenoma-
carcinoma progression. III) Determine if the mouse *Mre11* gene functions as a TSG in adenoma-
carcinoma progression and, if so, whether *Mre11* inactivation promotes genomic instability in tumors..


2 RO1 CAS1488-10 Gruber (PI)                        01/01/99-03/31/09                        5%
 NIH/NCI                                $1,145,016 (direct annual)
   "Molecular Epidemiology of Colorectal Cancer"

Major goals are to measure risks of developing cancer associated with the APC I1307K allele; to identify and measure potential effect modification of genetic and environmental risks in colorectal cancer pathogenesis in those carrying the APC I1307K allele; to define the somatic mutational spectrum in the APC gene in colorectal cancers arising in those who carry the APC I1307K allele; and to establish a resource for further epidemiologic studies and genome screening to map novel, low penetrance colorectal cancer genes.

## HONORS AND AWARDS

| | |
|---|---|
| 1983 | Phi Beta Kappa (Johns Hopkins University) |
| 1983 | Martin G. Larrabee undergraduate prize for research in biophysics, Johns Hopkins University |
| 1990 | Alpha Omega Alpha Honor Medical Society (Johns Hopkins University School of Medicine) |
| 1990 | David Israel Macht Prize for Basic Science Research (Johns Hopkins University School of Medicine) |
| 1990 | Wilson S. Stone Award, UT, M.D. Anderson Cancer Center |
| 1992-1995 | McDonnell Fellow in Molecular Medicine in Cancer Research, James S. McDonnell Fund |
| 1994 | Ruppert B. Turnbull Memorial Lectureship, Visiting Professor, Department of Surgery, Jewish Hospital of St. Louis and Washington University School of Medicine |
| 1996 | Louis J. Cole Lecture, Faculty of Medicine, University of Toronto |
| 1997 | Co-Organizer, Keystone Syposium on "Genetics of Human Cancer: Pathogenesis and Diagnosis" |
| 1998 | American Society for Clinical Investigation |
| 2000 | Lynch Lectureship, University of Notre Dame, Department of Biology, Molecular Biosciences Program |
| 2001 | Vice Chair, Gordon Research Conference on Cancer (Newport, RI) |
| 2002 | Chair, Gordon Research Conference on Cancer (Newport, RI) |
| 2003 | Association of American Physicians |
| 2005 | Third Annual DSR Sarma Lectureship in Oncologic Pathology, University of Toronto |
| 2007 | Johns Hopkins University Society of Fellows |
| 2009 | Co-organizer, Keystone Symposium on "Emerging Themes in Tumor Suppressors: Function and Clinical Implications in the Post-Genomic Era" |

## MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES

Phi Beta Kappa (1983)
Alpha Omega Alpha (1990)
American Association for Cancer Research

| | |
|---|---|
| 1994-5 | State Legislature Committee |
| 1995-98 | Publications Committee |
| 1996-99 | Board of Directors |

American Society for Clinical Investigation (1998 - present)

| | |
|---|---|
| 2003-4 | Vice President |
| 2004-5 | President-Elect |
| 2005-6 | President |

Association of American Physicians (2003 - present)

## SCIENTIFIC ACTIVITIES

### Editorial Boards

| | |
|---|---|
| 1993- | Associate Editor, *Cancer Research* |
| 1995- | Editorial Board, *Genes, Chromosomes, & Cancer* |

| | |
|---|---|
| 1996-2003 | Editorial Board, *Human Molecular Genetics* |
| 1996-2005 | Editorial Board, *Laboratory Investigation* |
| 1996-2004 | Associate Editor, *Clinical Cancer Research* |
| 1997-99 | Editorial Board, *Cell Growth & Differentiation* |
| 1997-2002 | Associate Editor, *The Journal of Clinical Investigation* |
| 1999- | Editorial Board, *Current Biology* |
| 1999- | Editorial Board, *Neoplasia* |
| 2000-2002 | Editor, *Cell Growth & Differentiation* |
| 2002- | Senior Editor, *Molecular Cancer Research* |
| 2002- | Consulting Editor, *The Journal of Clinical Investigation* |
| 2002-2005 | Deputy Editor, *Molecular Medicine* |
| 2005-2010 | Editorial Board, *Journal of Biological Chemistry* |
| 2007 - | Associate Editor, *Clinical and Translational Science* |
| 2009- | Scientific Editor, *Translational Oncology* |
| 2010- | Editorial Board, *Gastroenterology* |

**Journal Reviewer Positions 2011**
*Cancer Cell*
*Cell*
*Clinical Cancer Research*
*EMBO Journal*
*EMBO Reports*
*Journal of Biological Chemistry*
*Molecular Cell Biology*
*Nature*
*Oncogene*
*American Journal of Pathology*
*Laboratory Investigation*

**Study Sections and Site Visits**

| | |
|---|---|
| 1991 | NIH, Ad Hoc Member, IRG Pathology B |
| 1992 | NIH, Site Visit Team, Mayo Cancer Center Core Grant |
| 1994 | NIH, Ad Hoc Member, IRG Pathology B |
| 1995 | NIH, Site Visit Team, NCI Immunology Branch, FCRC |
| 1995 | DOD Breast Cancer, Member, IRG Path PBY4 |
| 1996-2000 | NIH, Pathology B Study Section Ad Hoc Member |
| 1998-2003 | Damon Runyon Walter Winchell Cancer Research Fund, Scientific Advisory Committee |
| 1999-2003 | NIH, Pathology B Study Section, Member |
| 2001-2003 | NIH, Pathology B Study Section, Chair |
| 2003-2004 | NIH, Cancer Genetics Study Section, Member and Chair |
| 2006 | NIH, Special Emphasis Panels (X2), Chair |
| 2007 | NIH, Special Emphasis Panel, Chair |
| 2008 | NIH, Molecular Oncogenesis Study Section |
| 2008 | NIH, Special Emphasis Panel (X2) |
| 2009 | NIH, CAMP Study Section, Member |
| 2009 | NIH, Special Emphasis Panel, Chair |
| 2009 - | Member, Cancer Prevention and Research Institute of Texas, Basic Cancer Research Review Committee 3 |
| 2010-2012 | College of CSR Reviewers |
| 2010 | NIH, Special Emphasis Panel; RC4 Review, Chair |

**Federal Scientific Advisory and Oversight Committees**

| 1992-1995 | Member, Board of Scientific Counselors, Division of Cancer Prevention and Control, National Cancer Institute, National Institutes of Health |
| 1995 | Member, Panel to Assess the NIH Investment in Research on Gene Therapy |
| 1996 | Member, NCI Board of Scientific Counselors Interim Working Group |
| 1996-1997 | Member, NCI Developmental Diagnostics Working Group |
| 1996-1997 | Member, NCI Prevention Review Group |
| 1996-1999 | Member, Board of Scientific Advisors, National Cancer Institute, National Institutes of Health |
| 1997-1998 | Member, National Human Genome Research Institute Scientific Planning Subcommittee |

## TEACHING ACTIVITIES AND TRAINEES
**Specific University of Michigan Teaching Activities (Lectures/Seminars)**
<u>Graduate</u>

Human Genetics 803 - November 28, 1995, December 4, 1995 (2hr/seminar)
Human Genetics 542 - February 2, 5, 7, 1996 (1 hr/lecture)
Human Genetics 803 - October 16, 23, 30, 1996, November 6, 1996 (2 hr/seminar)
Human Genetics 542 - February 10, 12, 14, 1997 (1 hr/lecture)
Human Genetics 541 - December 1, 3, 5, 1997 (1 hr/lecture)
Human Genetics 803 - October 22, November 19, December 3 & 10, 1997 (2 hr/seminar)
Human Genetics 542 - February 11, 13, March 13, 1998 (1 hr/lecture)
Micro/Immun/Path 553 (Cancer Biol) – October, 1998; 2X 1.5 hr lecture
Human Genetics 803 - October 21, 28, November 4, 13, 1998 (2 hr/seminar)
Human Genetics 542 - March 8, 10, 12, 1999 (1 hr/lecture)
Micro/Immun/Path 553 (Cancer Biol) – October, 1999; 2 X 1.5 hr/lecture
Human Genetics 803 - October/ November 1999 (4 seminars; 2 hr/seminar)
Human Genetics 542 - March 6, 8, 10, 2000 (1 hr/lecture)
ACB 680 (Organo) – Sept 21, 2000 (1.5 hr/lecture)
Human Genetics 803 – September 6, 13, 20, 27, 2000 (4 seminars; 2 hr/seminar)
Micro/Immun/Path 553 (Cancer Biol) – October 10 & 12, 2000; (2 X 1.5 hr/lecture)
Human Genetics 542 – February 21, March 7, 12, 2001 (3 X 1 hr/lecture)
Micro/Immun/Path 553 (Cancer Biol) – October 9 & 11, 2001; (2 X 1.5 hr/lecture)
Human Genetics 803 – November 7, 14, 28, December 8, 2001; (4 seminars; 2 hr/seminar)
Human Genetics 541 – December 3, 5, 2001; (2 X 1 hr/lecture)
Human Genetics 542 – February 11, 13, 14, 2002; (3 X 1hr/lecture)
Micro/Immun/Path 553 (Cancer Biol) – October 1 & 3, 2002; (2 X 1.5 hr/lecture)
Human Genetics 803 – Oct. 30, Nov. 6 & 13, December 4, 2002; (4 seminars; 2 hr/seminar)
Human Genetics 542 – February 19, March 3 & 5, 2003 (3 X 1hr/lecture)
Micro/Immun/Path 553 (Cancer Biol) – October 7 & 21, 2003; (2 X 1.5 hr/lecture)
Human Genetics 542 – February 18, March 1 & 3, 2004; (3 X 1 hr/lecture)
Human Genetics 804 – March 10, 17, 24, 31, 2004 (4 seminars; 2 hr/seminar)
Micro/Immun/Path 554 (Cancer Biol) – October 7, 2004 (1.5 hr/lecture)
Pathology 582 – November 8, 10, 15, 17, 2004 (1 hr/seminar)
Human Genetics 803 – November 17, December 1, 8, 2004 (2 hr/seminar)
Human Genetics 542 – February 16, 18, 23, 2005 (1 hr/lecture)
Human Genetics 803 – Sept. 28, Oct. 5, 12, 2005 (2 hr/seminar)
Micro/Immuno/Path 554 (Cancer Biol) – October 6, 2005 (1.5hr/lecture)
Human Genetics 542 – February 13 and 22, 2006 (1 hr/lecture)
Human Genetics 803 – Sept 6, 13, 20, 27, 2006 (1.5 hr/ seminar)
Cell Developmental Biology 682 – Sept 19, 28, 2006 (1.5 hr/lecture and panel discussion)
Pathology 582 – Sept 25, 27, Oct 2, 4, 2006 (1 hr lecture/seminar)
Micro/Immuno/Path 554 (Cancer Biol) – October 5, 2006 (1.5hr/lecture)
Cell Developmental Biology 680 – Sept 25, 2007 (1.5hr/lecture & discussion section)

Micro/Immuno/Path 554 (Cancer Biol) – October 2, 2007 (1.5hr/lecture)
Pathology 582 – Nov 5, 7, 12, 14, 2007 (1 hr lecture/seminar)
Pharmacology 502 – Spring 2008 (1.5 hr/seminar X 6 weeks)
Cancer Biology 553 – October 14, 2008 (1.5 hr/seminar)
Pathology 582 – Nov 17, 19, 24, Dec 1, 2008 (1 hr/lecture/seminar)
Pharmacology 502 – Spring 2009 (1.5 hr/seminar X 6 weeks)
Cancer Biology 553 – November 2009 (1.5 hr/seminar)
Pathology 582 – Nov 16, 18, 23, 25, 2009 (1 hr/lecture/seminar)
Pharmacology 502 – Winter 2010 (1.5 hr/seminar X8 weeks)
Cancer Biology 553 – Oct 26, 2010 (1.5 hr/seminar)
Pharmacology 502 – Winter 2011 (2 hr/seminar X 8 weeks)
Cancer Biology 553 – September 15, 2011 (1.5 hr/lecture)
Pathology 582 – October 10, 12, 19, 24, 26, 2011 (1 hr/seminar)
CDB680 – Oct 25, Nov 11 2011 (1.5 hr/seminar)

**Medical School**
MS1 students – November 29 & December 1, 1995 - "Cancer Genetics, Parts 1 & 2" (1hr/lecture)
MS2 students - January 5, 1996 - "Molecular Genetics of Colorectal Cancer" (1hr/lecture)
MS2 students - September 18, 1996 - "Overview of Cancer Genetics" (1hr/lecture)
MS2 students - January 10, 1997 - "Molecular Genetics of Colorectal Cancer" (1hr/lecture)
MS2 students - September 17, 1997 - "Molecular Genetics of Cancer, I and II" (2 hr/lecture)
MS2 students - January 9, 1998 - "Clinical Appls of Colorectal Cancer Genetics" (1hr/lecture)
MS2 Students - December 3, 1998 - "Molecular Biology of Cancer, I and II" (2 hr/lecture)
MS2 Students - January 8, 1999 - "Molecular Biology of Colorectal Cancer" (1 hr/lecture)

**Post-doctoral Fellows**
September 9-13, 1996, September 2-6, 1997, September 8-12, 1998, Aug. 30-Sept. 3, 1999; July 25-28, 2000 and Aug. 21-25, 2000; August 6-10, 2001; August 12-16, 2002; August 4-8, 2003; August 9-13, 2004; August 15-19, 2005 - University of Michigan post-doctoral training program for clinical scientists (6-8 hr/day)

**Institutional Conferences**
University of Michigan Pediatric Hematology Oncology Conference – January 15, 2003
University of Michigan Department of Internal Medicine Research Conference – March 5, 2003
University of Michigan Department of Internal Medicine Grand Rounds – March 14, 2003
University of Michigan Renal Division Research Conference – November 7, 2006
University of Michigan Dental School Research Conference – December 13, 2007
University of Michigan Hematology-Oncology Research Conference – January 18, 2010
University of Michigan Pediatric Hematology Oncology Research Conference – March 16, 2011

**Trainees**
**Current Postdoctoral Fellows**
Joerg Zeller, PhD – 01/18/10 -
Division of Molecular Medicine & Genetics, Dept of Internal Medicine, University of Michigan Medical School

**Current Thesis (PhD) Students**
Serina Mazzioni, BS – Sept 16, 2010-
Human Genetics

**Previous University of Michigan Post-doctoral:**
Badal Roy, PhD – 09/01/09 – 10-31-11
Present position – Research Associate, University of Kansas Medical School, Kansas City, KS

Edward Jae-Hoon Kim, M.D., Ph.D., 09/08/08 – 10/5/09
Present position, Clinical Fellow, Division of Hematology/Oncology, Department of Internal
Medicine, University of Michigan School of Medicine

Guido Bommer, M.D., 05/01/04 – 1/30/09
Present Position: Research Investigator, Université Catholique, De Louvain, Institute of Cellular
Pathology, Ludwig Institute, Brussels Belgium

Pallavi Chatuvedi, Ph.D., 11-01-07 – 1-30-09
Present Position – Post-doctoral fellow, Johns Hopkins University

Aytekin Akyol, M.D. – 6/01/02 – 5/31/07
Present Position – Assistant Professor, Department of Pathology, Hacettepe University School of
Medicine, Ankara, Turkey

Takao Hinoi, M.D., Ph.D. - 06/01/98 – 07/31/06
Present Position – Assistant Professor, Department of Surgery, Hiroshima University School of
Medicine

Nam-Gyun Kim, Ph.D. – 3/01/03 – 3/05/05
Present Position – Postdoctoral fellow, Dept of Cell Biology, University of Virginia School of
Medicine

Ying Feng, Ph.D. – 9/11/00 – 8/31/03
Present position - Research Investigator, Division of Molecular Medicine & Genetics, Department
of Internal Medicine, University of Michigan School of Medicine

H.R. Nana Lee, Ph.D. – 9/25/00 – 7/31/02
Present position – Product Manager & Sr. Res Scientist, DNA Software, Inc., Ann Arbor, MI
Marvin T. Nieman, Ph.D. - 1/17/00-8/15/01
Present position – Research Fellow, Department of Internal Medicine, University of Michigan

Frank Kolligs, M.D. - 10/01/97- 7/31/00
Present position – Assistant Professor – Department of Gastroenterology, University of Munich

Balthasar J. Stähelin, M.D. - 6/24/99-6/30/00
Resident in Internal Medicine, University of Basel, Switzerland

Mary T. Hawn, M.D. - 07/01/95 - 6/30/96
Present position – Assistant Professor, Department of Surgery, University of Alabama-
Birmingham

Vandana A. Bharucha, Ph.D. - 03/01/96 - 09/01/97
Present position – Administrative support, National Institute of Child Health and Human
Development, National Institutes of Health, Bethesda, MD

Karel Caca, M.D. - 10/21/96 -12/31/98
Present Position - Assistant Professor, Department of Gastroenterology, University of Leipzig

Gang (Ken) Hu, Ph.D. - 03/15/97 -08/24/99
Present Position – Research Scientist, Department of Bioinformatics, Pfizer, Ann Arbor, Michigan

Masashika Tani, M.D., Ph.D. - 04/10/99-03/31/01
Present Position – Assistant Professor, Biology Division, National Cancer Center Research
Institute, Tokyo, Japan

**Previous Yale University Post-doctoral:**
Robert H. Getzenberg, PhD - 08/01/92 - 02/01/94
Present position - Director of Research of the James Buchanan Brady Urological Institute and
Professor of Urology, Johns Hopkins University School of Medicine

Michael A. Reale, MD, PhD - 07/01/92 - 06/30/95
Present position - Private medical oncology practice, Waterbury, Connecticut.

William E. Pierceall, PhD - 08/01/92 - 06/30/95
Present position - Scientist, Cetak Corporation, Marlborough, MA

Sridhar Mani, MD - 02/01/94 - 06/30/95
Present position – Associate Professor, Departments of Medicine (Section of Hematology-
Oncology) and Molecular Genetics, Albert Einstein University School of Medicine

**Current Thesis Committees**
Joseph Dolsch          CDB, Committee Member, 08/05 –
Kenneth Krill          CMB, Committee Member, 10/08 –
Mo Weng, B.S.          CDB, Committee Member, 12/08 –
Michele Gornick        Hum Gen, Committee Member, 3/07 –
Devin Rosenthal        CMB, Committee Member, 10/09 –
Jill Haenfler          CMB, Committee Member, 02/10 –
Peng Zhang             Pathology, Committee Member, 4/10 –
Bernadette Zwanns      Pathology, Committee Member, 11/10-
Tamar Feinberg         CMB, Committee Member, 02/11-

**Previous Disssertation/Thesis Students of Fearon – University of Michigan**
Karen Hajra (Jones), B.S. - 06/23/97 – 11/05/01
MSTP student; CMB Graduate Program, University of Michigan School of Medicine; Thesis –
"Mechanisms and Factors Critical in Regulating E-cadherin and Beta-Catenin Expression and
Function in Carcinomas"

Janet Leung, B.S. - 09/12/99 – 10/15/03
Thesis student; Department of Human Genetics, University of Michigan School of Medicine
"Identification and Functional Analyses of β-catenin/TCF Target Genes

David Van Mater, B.A. – 06/12/00 – 08/15/04
MSTP student; Human Genetics Graduate Program, University of Michigan School of Medicine
"A Role for β-catenin in Development and Disease"

Ira Winer, B.A. – 09/01/01 – 8/28/05
MSTP student; CMB Graduate Program, University of Michigan School of Medicine
"Analysis of Beta-Catenin's Amino-Terminal Domain and ITF-2, A Beta-Catenin/TCF-Regulated
Gene, in Neoplastic Transformation"

Andrew Kaczorowski, B.A. – 07/01/06 – 08/31/08
Cell and Molecular Biology Graduate Program

**Previous Doctoral Thesis Committee Membership – University of Michigan**
Carey Nien-Kai Lumeng – 09/95-05/98

Human Genetics Graduate Program, University of Michigan School of Medicine
"Characterization of Dystrophin and Utrophin Expression and Identification of Novel Associated Proteins"

Daniel J Becker – 02/99-05/02
MSTP; Cell and Molec Biology Graduate Program, University of Michigan School of Medicine
"Genetic and Biochemical Determinants of Fucosylated Glycan Expression"

Bethany Lynn Neill – 06/00-05/03
Epidemiological Sciences Graduate Program, University of Michigan School of Medicine
"Colorectal cancer Epidemiology: Genes, Environment, and History"

Reid Alisch – 08/99-03/04
Human Genetics Graduate Program, University of Michigan School of Medicine
"Unconventional Translation of Human LINE-1 ORF2"

Jingmei Lin – 06/00-05/04
Pathology Graduate Program, University of Michigan School of Medicine
"Kielin/Chordin-Like Protein 1/KCP1, A  Novel Extracellular Regulator in the TGF-beta Family Signaling Pathway"

Ayse Elif Erson – 05/00-06/04
Human Genetics Graduate Program, University of Michigan School of Medicine
"The Early G2/M Checkpoint and Ubiquitination: Implications for Breast Tumorigenesis"

Tammy Morrish – 09/01-07/05
Human Genetics Graduate Program, University of Michigan School of Medicine
"Endonuclease-independent LINE-1 Retrotransposition"

Jenny Poynter – 09/03-08/05
Epidemiological Sciences Graduate Program, University of Michigan School of Public Health
"Molecular Epidemiology of Colorectal Cancer: Mechanisms of Risk and Clues Towards Chemoprevention"

Qian Wang, B.S. – 5/25/05 – 07/03/07
Biol Chem Graduate Program, University of Michigan School of Medicine
"The Role of PALS1 in Mammalian Epithelial Polarity"

Abigail Fahim, B.A. – 09/01/03 – 08/17/07
MSTP student; Human Genetics Graduate Program, University of Michigan School of Medicine
"Directed Evolution and in Vivo Function of Plasminogen Activator"

Stephen Yang – 10/1/2004 – 8/19/2008
CMB Graduate Program, University of Michigan School of Medicine
"Hedgehog-Wnt interactions during pathologic epithelial bud development and skin tumorigenesis"

Qi Cao, B.S. – 09/01/03 – 08/15/08
Pathology Graduate Program, University of Michigan School of Medicine
"The Role of Polycomb Group Protein EZH2 in Cancer Progression"

Jinhee Chang, M.S. – 09/01/04 – 08/15/08
MCDB Graduate Program, University of Michigan School of Medicine
"General and Tissue Specific Gene Regulation by the WNT Signaling Drosophila"

Tyler Prestwich – 9/01/04 – 12/14/08
CMB Graduate Program, University of Michigan School of Medicine
"A Role for sFRP5 in Adipocyte Biology and Obesity"

Neethan Lobo – 12/01/04 – 4/16/09
CMB Graduate Program, University of Michigan School of Medicine
"Analysis of Murine Mammary Epithelial Cellular Hierarchy"

Alex Kim – 01/06 – 4/21/09
CMB Graduate Program, University of Michigan School of Medicine
"The Role of Wnt/β-catenin Pathway in Adrenocortical Development and Tumorigenesis"

Will Brandt – 08/01/06 – 05/01/09
CMB Graduate Program, University of Michigan School of Medicine
"The Role of Gata2 in Hematopoietic and Vascular Development"

Grant Rowe – 09/01/06 – 05/05/09
MSTP student; CMB, University of Michigan School of Medicine
"Differential Regulation of two- and three-dimensional Cell Function"

Jay Piecynski – 06/06 – 08/10
Biological Chemistry Graduate Program, University of Michigan School of Medicine
"Regulation of Apical Polarity Complexes"

Lou Chang – 05/07 – 10/10
Cell & Developmental Biology Graduate Program, University of Michigan School of Medicine
"Insights from Murine Models of Neurofibromatosis Type I: The Etiology and Appropriate
Therapeutic Windows for Peripheral Nerve Sheath Tumors"

Jae Y. Lee -  02/07- 06/10
MSTP student; Cell & Devel Biol Graduate Program, University of Michigan School of Med
"The Regulation of Signaling in Hematopoietic Stem Cell Maintenance"

**Previous Thesis Students of Fearon - Yale University School of Medicine**
Gang (Ken) Hu, B.S. - 09/01/92 - 03/10/97
Graduate program - Yale School of Medicine, Department of Pharmacology; Thesis - "Deleted in
Colorectal Cancer (DCC) and Seven in Absentia (sina): A Tale of Protein-Protein Interaction and
Degradation"

Jeffrey A. Meyerhardt, B.A. - 07/01/95 - 08/15/96
Graduate program - Yale School of Medicine; Recipient of a Howard Hughes Medical Institute
Research Training Fellowship for Medical Students 1995-96; Yale Medical Thesis - "Studies of a
DCC-Related Protein and a Candidate DCC Ligand"

Bradley Ekstrand, B.A. - 02/01/93 - 06/12/97
Graduate program - Yale School of Medicine, Department of Pharmacology; Thesis - "The DCC
Gene in Normal and Neoplastic Brain Tissues"

**Previous University of Michigan Pre-doctoral:**
Charlene An, M.S. - 05/15/96 - 08/15/96; Medical student
Kajal Sitwala, B.A. - 06/20/96 - 08/16/96; MSTP rotation student
Yih-Lin Chung, M.D. - 03/01/96-05/30/97; Dept. of Human Genetics
Shannon Carskadoon, B.S. - 10/1/96-05/15/97; Dept. of Human Genetics

Murray Cotter, B.S. - 05/26/97-08/15/97; MSTP rotation student
Yue Ge, B.S. - 09/15/97- 02/01/98; CMB program, University of Michigan School of Medicine
Janet Leung, B.S. - 10/01/98-  Dept. of Human Genetics rotation student
Zheng Fu., M.S. - 1/15/99-4/23/99; Dept. of Microbiology & Immunology rotation student
David Van Mater, B.A. - 5/15/99-8/18/99; MSTP rotation student
Theresa Hyun, B.A. - 7/6/99-8/17/99; MSTP rotation student
Heather O'Hagan, B.A. - 09/15/99-1/15/00; rotation student; Program in Biomedical Sciences
Robert Ward, B.S – 05/01/01-07/01/01; rotation student; Program in Biomedical Sciences
Ian Smith, B.A. – 05/15/01-07/30/01; medical student, University of Michigan
Ira Winer, B.S. – 07/01/01- 9/1/01; MSTP rotation student
Scott Tomlins, B.A. – 07/08/01-8/14/01; MSTP rotation student
Mara Steinkamp, B.A. – 09/15/01-12/18/01; PIBS rotation student
Sabrina Spencer, B.A. – 05/01/02-06/30/03; PIBS rotation student; Human genetics MS student
Rachael Adams, B.A. – 07/01/02-08/15/02; PIBS rotation student
Brandi Thompson, B.A. – 09/15/02-12/19/02; PIBS rotation student
Joseph Dosch, B.A. – 07/01/03-08/18/03; PIBS rotation student
Xiao, Junyu, B.A. – 01/07/04-04/30/04; PIBS rotation student
Zhang, Lixian, B.A.- 01/07/04-04/30/04; PIBS rotation student
Grant Rowe, B.A. – 04/20/05-6/30/05; MSTP rotation student
Andrew Kaczorowski, BA – 04/15/06-6/30/05; PIBS rotation student
Alison Bryson, BS – 01/15/07-3/5/07; PIBS rotation student
Andrew Hanosh, BA – 2/6/07-4/15/07; Pathology rotation student
Tehrmina Masud, MD – 9/3/07- 12/15/07; PIBS rotation student
Trenton Baker, B.S. – 01/07/08 – 02/22/08; PIBS rotation student
Tamar Feinberg, B.S. – 07/07/08 – 09/01/08; PIBS rotation student
Aaron Burberry, BS – 01/04/09 – 4/30/09; PIBS rotation student
Alexis Carulli, BS – 06/01/09-7/31/09; MSTP rotation student

**Previous Yale University Pre-doctoral:**
Traci Mansfield - 09/93-04/95
Amy Woodard - 05/93-04/95
Nader Balba - 01/93-04/93
Holly Duncan - 06/93-09/93
Jason Gold - 06/94-09/94
Jerry O'Regan - 05/94-09/94
Abrahim Zafar - 07/93-06/94
Stuart Levine - 01/93-04/94
Hideo Makimura - 06/94-05/95
Gus Park - 09/93-05/95

# COMMITTEE AND ADMINISTRATIVE SERVICE
**National**

| | |
|---|---|
| 1996-9 | National Surgical Adjuvant Breast and Bowel Project - Scientific Advisory Board and Genetics Advisory Committee |
| 1995-8 | Publications Committee, American Assoc. for Cancer Research |
| 1996-9 | Board of Directors, American Assoc. for Cancer Research |
| 1997 | External Advisory Committee, NIH Program Project on "Pathobiology of Colorectal Cancer" [PI - JM Jessup, Harvard Medical School] |
| 1998- | External Advisory Committee, Mayo Cancer Center |
| 1998-2004 | External Advisory Committee (Chair), UT-Southwestern & UT-MD Anderson Cancer Center Lung Cancer SPORE |
| 1998-2004 | Clinical Science Program External Advisory Committee, Fred Hutchinson Cancer Research Center |
| 1998-2008 | Scientific Advisory Committee, Population Sciences Division, Fox Chase |

|       |       |
|-------|-------|
|       | Cancer  Center |
| 2001- | External Scientific Advisory Committee, Norris Cotton Cancer Center, Dartmouth Medical School |
| 2002- | External Scientific Advisory Board, Albert Einstein College of Medicine Cancer Center |
| 2003-4 | Scientific Advisory Committee, New York Cancer Project, Academic Development Medical Corporation, New York, New York |
| 2004-7 | External Advisory Committee, University of Arizona Colon Cancer SPORE |
| 2006- | External Advisory Board, Herbert Irving Cancer Center at Columbia University |
| 2007- | Vanderbilt-Ingram Cancer Center, Jim Ayers Institute for Precancer Detection and Diagnosis |
| 2008- | President's External Advisory Board, Fox Chase Cancer Center |
| 2009 - 2010 | AACR Publications Emerging Technologies Task Force |
| 2010 - | External Advisory Board, Markey Cancer Center at University of Kentucky |

**University of Michigan**

|       |       |
|-------|-------|
| 1995- | Univ. of Michigan Comprehensive Cancer Ctr. - Associate Director for Basic Research |
| 1995- | Univ. of Michigan Comprehensive Cancer Ctr. - Program Leader - Cancer Genetics Program |
| 1995- | Univ. of Michigan Comprehensive Cancer Ctr. Committees: Senior Leadership, Research Space (chairman); Cancer Research Support; Cancer Biology Seminar Series |
| 1995 | Gene Therapy Task Force, University of Michigan Medical Center |
| 1995-1996 | Advances in Internal Medicine Planning Committee |
| 1996-2000 | University of Michigan Prostate Cancer SPORE Executive Committee |
| 1999-2004 | University of Michigan Biological Sciences Scholar Program Search Committee |
| 2000-03 | Facility Planning Committee and Research & Research Support Space Committee, Biomedical Sciences Research Building |
| 2001-04 | Research Advisory Board, Dean's Office, University of Michigan School of Medicine |
| 2003-2010 | Admissions Committee, University of Michigan School of Medicine |
| 2004- | Chair, University of Michigan Biological Sciences Program Search Committee |
| 2005-2010 | Admissions Executive Committee (Co-Chair 2007-9), University of Michigan School of Medicine |
| 2005 - | Member, Cancer Biology Training Program Steering Committee |
| 2007- | Member, CTSA Initial Review Group |
| 2007- | Member, University of Michigan Medical School Space Policy Committee |
| 2007- | Member, University of Michigan Medical School Chair Search Committee |
| 2008-9 | Member, University of Michigan Medical School, Department of Internal Medicine Search Committee |
| 2008 | Member, University of Michigan, Executive Vice President for Medical Affairs Search Committee |
| 2009 | Co-Chair, University of Michigan Medical School Research Assessment Team |
| 2009-2010 | Member, University of Michigan Medical School North Campus Expansion Research Scientific Planning Committee |
| 2009-2010 | Member, University of Michigan Health System Strategic Planning Research Committee |
| 2009-2010 | Member, University of Michigan ULAM Oversight Committee |
| 2010-2011 | Member, University of Michigan Health System Advisory Committee on "Big Science" Initiatives |
| 2011 | Member, University of Michigan Provost Office Academic Advisory Committee Review of the Life Sciences Institute |
| 2011 - | Member, University of Michigan Provost Faculty Advisory Committee |

## CONSULTING POSITIONS

1992-2002    Onyx Pharmaceuticals, Scientific Advisory Board Member
1996-1999    EXACT Laboratories, Scientific Advisory Board Member

## INVITED PRESENTATIONS AND MEETING ORGANIZATION
### (Since 9/1/94)

September 9, 1994    St. Vincent's Hospital, Dublin, Ireland; "The Molecular Biology of Colorectal Cancer"

September 23, 1994   International Conference on Cancer Prevention "From the Laboratory to the Clinic: Implications of Genetic, Molecular, and Preventive Research"; Strang Cancer Prevention Center, Cornell University Medical College, New York, NY; "Colon Cancer: A Molecular Paradigm"

September 24, 1994   Pennsylvania Oncologic Society Annual Meeting, Scranton, PA; "Molecular Advances in Diagnosis and Treatment of Colon Cancer"

September 28, 1994   International Congress of the Metastasis Research Society; Bethesda, MD; "Genetic Changes in Colorectal Tumor Progression"

October 28, 1994     Turnbull Memorial Lecture, Department of Surgery, Washington University School of Medicine, St. Louis, MO; "Applications of Genetics to the Management of Colon and Rectal Cancer"

October 29, 1994     Department of Surgery, Washington University School of Medicine, St. Louis, MO; General Surgery Conference - "The Search for Novel Targets for Chemotherapeutic Agents"

November 1, 1994     Department of Human Genetics, University of Michigan School of Medicine, Ann Arbor, MI; "Studies of the DCC Gene in Normal and Neoplastic Tissues"

November 10, 1994    Crozer Regional Cancer Center, Crozer-Chester Medical Center, Chester, PA; "Overview of Cancer Genetics"

November 11, 1994    Department of Biology, Haverford College, Haverford, PA; "Progress Towards a Molecular Genetic Description of Colorectal Cancer Development"

November 21, 1994    Department of Pathology & Microbiology; University of Bristol School of Medical Sciences, Bristol, United Kingdom; "Studies of the DCC Gene and Its Role in Human Cancer"

January 16, 1995     Department of Molecular Biology, Princeton University, Princeton, NJ; "Colon Cancer and Metastasis"

February 20, 1995    Philadelphia Cancer Research Association Symposium on Molecular Targets for Cancer Therapy; Thomas Jefferson Medical Center; Philadelphia, PA; "Studies of DCC Gene Expression and Function in Normal and Neoplastic Tissues"

April 11, 1995       Genetic Screening for Colorectal Cancer Workshop; Early Detection Branch, DCPC/NIH; Bethesda, MD; "Chromosome 18q Genes and Colorectal Cancer Metastasis"

April 25, 1995       University of Michigan Medical Center; 23rd Annual Advances in Internal Medicine Course; Ann Arbor, MI; "Early Indicators of Colorectal Cancer"

May 20, 1995         American Society of Clinical Oncology Annual Meeting; Los Angeles, CA; Cancer Prevention and Control Scientific Session; "Molecular Genetic Studies of Colorectal Tumorigenesis"

May 24, 1995         Department of Pathology, Wayne State University School of Medicine, Detroit, MI; "Studies of the DCC Gene in Normal and Neoplastic Tissues"

June 14-17, 1995     "Cancer Genetics and Tumor Suppressor Genes" Meeting; Hood College, Frederick, MD; Associate Organizer and Session Chair

| | |
|---|---|
| July 5, 1995 | American Association for Cancer Research; Molecular Biology in Clinical Oncology Workshop; Aspen, CO; "Progressive Gene Loss in Colon Cancer" |
| July 17, 1995 | Gordon Research Conference on Chemotherapy of Experimental and Clinical Cancer; New London, NH; "Molecular Genetics of Colon Carcinoma" |
| September 5, 1995 | Japanese/AGA Society of Gastroenterology Joint Symposium on Molecular Gastroenterology; Tokyo, Japan; "Colorectal Tumorigenesis: Molecular Genetic Studies and Their Clinical Applications" and " Studies of the DCC (deleted in colorectal cancer) Gene in Normal and Neoplastic Tissues" |
| October 27, 1995 | Divisions of Hematology and Oncology, New York University School of Medicine, New York, NY; "Studies of the *DCC* gene in normal and neoplastic tissues" |
| November 6, 1995 | American Association for Cancer Research Special Conference in Cancer Research on Cancer: The Interface Between Basic and Applied Research. Baltimore, MD; "Studies of the DCC Gene: A Candidate Tumor Suppressor Gene from Chromosome 18q" |
| January 12, 1996 | Cancer Center Grand Rounds, University of Michigan Medical Center, Ann Arbor, MI; "Update on the Molecular Genetics of Colorectal Cancer" |
| February 6, 1996 | University of Illinois at Chicago, MD-PhD Program; "The Molecular Genetics of Colorectal Cancer: Potential Applications to Clinical Care" |
| February 6, 1996 | University of Illinois at Chicago, Department of Microbiology and Immunology, "Studies of the DCC Gene in Normal and Neoplastic Tissues" |
| March 18, 1996 | Medical Grand Rounds, University of Michigan Medical Center, Ann Arbor, MI; "Clinical Applications of Findings on The Genetics Basis of Colorectal Cancer" |
| March 27, 1996 | Exelixis Pharmaceuticals, Cambridge, MA; "The Role of the DCC Gene in Tumorigenesis and Development" |
| April 30, 1996 | Les Fondation des Treilles Meeting on "Signalling Pathways, Cell Fate Determination and Cancer"; Salerne, France; "Studies of the DCC gene in cancer and development" |
| May 6, 1996 "The role in colorectal | Nobel Symposia Series on "Colorectal Neoplasia - Morphological, Clinical, and Molecular Genetic Aspects"; Stockholm, Sweden; of genetic alterations in chromosome 18q and the DCC gene tumorigenesis" |
| May 18, 1996 | American Society of Clinical Oncology Presidential Symposium on "Genetic Testing for Cancer: The Biologic, Clinical, and Ethical Implications"; Philadelphia, PA; "Progress toward a molecular description of colorectal cancer: biological implications and clinical applications" |
| June 6, 1996 | Mayo Cancer Center Grand Rounds, Mayo Clinic, Rochester, MN; "Studies of the DCC gene in cancer and development" |
| June 28-July 5, 1996 | American Association for Cancer Research Workshop "Molecular Oncology in Clinical Oncology"; Aspen, CO; "Molecular genetics of colorectal cancer: biology and clinical implications" |
| September 19, 1996 | London Regional Cancer Centre, London, Ontario, Canada. "The DCC gene - tumorigenesis and cell guidance molecules." |
| October 31, 1996 | Samuel Lunenfeld Research Institute, Mount Sinai Hospital, Toronto, Ontario, Canada; "Studies of the DCC gene- is there a link between tumorigenesis and cell guidance molecules?" |
| November 1, 1996 | University of Toronto, Toronto, Ontario, Canada. 1996 Update on Digestive Diseases for Physicians and Surgeons, Gastrointestinal Malignancies: An Update.  "Colon cancer: Is it all in the genes?" |

| | |
|---|---|
| January 7, 1997 | Cleveland Clinic Foundation, Cleveland, Ohio.  Horizons Seminar Series.  "Progress Towards a Molecular Description of Colorectal Cancer - Biological Implications and Clinical Applications" |
| January 8, 1997 | Cleveland Clinic Foundation Research Institute, Department of Cancer Biology, Cleveland, Ohio.  "The DCC Gene: Is There a Connection Between Tumorigenesis and Cell Guidance Molecules?" |
| January 13, 1997 | University of Chicago, Hematology/Oncology Section, Chicago, IL. "Studies of the DCC Gene: Tumorigenesis and Cell Guidance" |
| Jan. 27-Feb. 2, 1997 | Co-organizer, Keystone Symposia entitled "Genetics of Human Cancer: Pathogenesis and Diagnosis", Keystone, CO |
| February 20, 1997 | American Cancer Society National Conference on "State of the Art in Cancer Genetics: Societal and Clinical Implications of DNA Testing"; Dallas, TX; lecture entitled: "Role of Genetic Mutations in the Pathogenesis of Cancer" |
| March 12-13, 1997 | Maine Medical Center 9th Annual Gastroenterology Symposium, Carrabassett Valley, Maine; "Molecular Biology of Colorectal Cancer" and "Clinical Applications of Genetic Testing in Colorectal Cancer" |
| May 23, 1997 | Department of Experimental Oncology, St. Jude Children's Research Hospital, Memphis, TN; "DCC: Connections between tumorigenesis and cell guidance." |
| June 27-July 3, 1997 | American Association for Cancer Research Workshop "Molecular Biology in Clinical Oncology; Aspen, CO; "Colorectal Cancer: Molecular Genetic Studies and Their Clinical Applications" |
| July 8, 1997 | Sapporo Cancer Research Symposium on "Cytoskeleton and G Proteins in the Regulation of Cancer"; Hokkaido University, Sapporo, Japan; |
| "DCC: | Linking tumorigenesis and cell guidance mechansims?" |
| July 11, 1997 | National Cancer Center Research Institute, Tokyo, Japan; "Studies of the DCC gene: Is there a connection between tumorigenesis and cell guidance?" |
| August 5, 1997 | FASEB Meeting on "Gastrointestinal Tract VII: Development, Differentiation, and Adaptation"; Copper Mtn., CO; "Regulation and function of the DCC protein in normal and neoplastic cells" |
| October 28, 1997 | Grand Rounds, Division of Medicine, M.D. Anderson Cancer Center, Houston, TX; "Progress towards a molecular description of colorectal cancer: The present realities and implied promises" |
| October 29, 1997 | M.D. Anderson Cancer Center 50th Annual Symposium on Fundamental Cancer Research "Molecular Determinants of Cancer Metastasis", Houston, TX; "The role of the *DCC* gene in tumor progression" |
| November 5, 1997 | Emory University School of Medicine; Atlanta, GA, Winship Cancer Center Elkin Lecture Series; "Genetics of Colorectal Cancer" |
| December 2, 1997 | Parke-Davis Pharmaceutical Research Signal Transduction Seminar Series, Ann Arbor, MI; "Colorectal cancer: has progress toward a molecular description yielded new therapeutic targets?" |
| December 12, 1997 | Fox Chase Cancer Center, Philadelphia, PA; "Human Cancer Syndromes" |
| February 17, 1998 | University of San Antonio Institute of Biotechnology, San Antonio, TX; "Colorectal cancer genetics and the DCC gene" |
| March 10, 1998 | University of Alabama at Birmingham School of Medicine, UAB Comprehensive Cancer Center, Birmingham, AL; "The Genetics of Colorectal Cancer" |
| June 8, 1998 | Albert Einstein School of Medicine, Cancer Center Lecture Series, Bronx, NY; " Colorectal cancer genetics: studies of the DCC, beta-catenin-APC, and CDX-2 pathways" |

| | |
|---|---|
| July 3-9, 1998 | American Association for Cancer Research Workshop "Molecular Biology in Clinical Oncology"; Aspen, CO; "The genetics of colorectal cancer: biological insights and clinical applications" |
| September, 24, 1998 | Karmanos Cancer Institute Seminar Series, Detroit, MI: "Colorectal Cancer Genetics" |
| October 20, 1998 | William Beaumont Hospital, Gastroenterology Research Conference, Royal Oak, MI; "Colorectal Cancer Genetics: Insights into Pathogenesis and Potential Clinical Applications" |
| October 23, 1998 | Ohio State University Comprehensive Cancer Center Grand Rounds; Columbus, OH; "The Genetics of Colorectal Cancer: Biological Insights and Clinical Applications" |
| November 5, 1998 | UT MD Anderson Meeting on "Biologic Principles for the Therapy of Human Colon Cancer"; San Diego, CA; "Oncogenes and Tumor Suppressor Genes in Colorectal Tumor Progression" |
| November 17, 1998 | 29th Annual Princess Takamatsu Cancer Research Fund Symposium on "Molecular Basis for Invasion and Metastasis"; Tokyo, Japan; "Tumor Suppressor Gene Pathway Defects in Colorectal Cancer Invasion and Metastasis" |
| December 8, 1998 | David Nathan Lecture Series at the Dana Farber Cancer Institute, Boston, MA; "Colorectal Cancer Genetics: Tumor Suppressor and Candidate Tumor Suppressor Gene Pathways" |
| April 3, 1999 | Keystone Symposium on Molecular Mechanisms for Gastrointestinal Cancer, Keystone, CO; "Tumor Suppressor Pathway Defects in Colon Cancer" |
| April 13, 1999 | American Association for Cancer Research Annual Meeting, Philadelphia, PA; Symposium on "Invasion and Metastasis"; "Tumor Suppressor Gene Pathway Defects in Colorectal Cancer Invasion and Metastasis" |
| June 2, 1999 | Maine Medical Center 9th Annual Cancer Syposium, Portland, ME; George Sager Lecture - "The Genetics of Colorectal Cancer: Insights into Pathogenesis and New Opportunities for Clinical Advances" |
| July 22, 1999 | American Association for Cancer Research "Pathobiology of Cancer" Course, Keystone, CO; "Colorectal Cancer Pathogenesis" |
| December 2, 1999 | Institute for Molecular Biology and Biotechnology, McMaster University, Hamilton, Ontario, Canada; "Role of Defects in APC and β- and γ-catenin in Cancer" |
| December 14, 1999 | Derald H. Ruttenberg Cancer Center, Mount Sinai School of Medicine, New York, NY; "Tumor Suppressor Gene Pathway Defects in Colon Cancer" |
| February 3, 2000 | Department of Pathology Grand Rounds, Yale University School of Medicine, New Haven, CT; "Genetic Alterations during Colorectal Cancer Development" |
| February 15, 2000 | National Cancer Institute Sponsored symposium - GI Cancer: State of the Science Symposium, Washington, DC; "Present Status of Our Understanding of Colon Cancer Pathogenesis" |
| February 22, 2000 | Department of Biochemistry, University of Michigan, Ann Arbor, MI; "The Role of APC and Catenin Defects in Cancer" |
| March 1, 2000 | Biomedical Sciences Cluster Committee on Cancer Biology Seminar Series, University of Chicago, Chicago, IL; "The Role of β-catenin/Tcf Pathway Defects in Cancer" |
| March 3, 2000 | Molecular Pathogenesis of Cancer Training Program, Medical College of Ohio, Toledo, OH; "The Role of APC and β-catenin Defects in Cancer" |
| March 27-28, 2000 | Lynch Lecture Series, University of Notre Dame, Department of Biology, Molecular Biosciences Program; "Progress in Colon Cancer Genetics: Insights into Pathogenesis and Clinical Applications"; "The Role of Defects in APC and Catenins in Cancer" |

| | |
|---|---|
| May 11, 2000 | McGill Colon Cancer Conference, Montreal, Canada; "Tumor Suppressor Pathways in Colon Cancer" |
| May 20, 2000 | 36th Annual American Society of Clinical Oncology Meeting, New Orelans, LA; Chair, Educational Session entitled "What's New in Colorectal Cancer?" Presenter – "Update on the Molecular Basis of Colorectal Cancer" |
| May 23, 2000 | Digestive Disease Week/AGA Annual Meeting, San Diego, CA; State of the Art Lecture on "Pathways of Colon Carcinogenesis" |
| June 13, 2000 | EPA-George Washington University Course on Mechanisms of Carcinogenesis, Crystal City, VA; "Signaling Networks in Carcinogenesis" |
| August 8, 2000 | Gordon Research Conference on Cancer, Newport, RI; "Contributions of APC/Catenin Defects to Colon Cancer" |
| March 9, 2001 | USCAP Educational Session on "Molecular Oncology", USCAP Annual Meeting, Atlanta, GA; "The Colon Cancer Paradigm" |
| April 2, 2001 | Harvard Digestive Diseases Center 2001 Symposium on "Signaling Mechanisms in Epithelial Malignancies"; "The Role of APC and Catenin Defects in Colorectal Cancer" |
| April 12, 2001 | Cardinal Bernadin Cancer Center Clinical and Translational Seminar Series; Loyola University Medical Center, Chicago, IL;  "Role of APC and Catenin Defects in Cancer" |
| April 27, 2001 | Vanderbilt-Ingram Cancer Center, Signal Transduction & Cell Proliferation Program, Nashville, TN; "Defects in APC and Catenin Regulation in Cancer" |
| May 25, 2001 | Division of Hematology/Oncology and Ireland Cancer Center, Case Western Reserve University School of Medicine, Cleveland, OH; "The Role of APC and Catenins in Cancer" |
| June 29-July 5, 2001 | Course Faculty for American Association for Cancer Research Workshop on "Molecular Biology in Clinical Oncology", Aspen, CO; Lecture (7/4/01) – "Molecular Insights into Colorectal Cancer Pathogenesis" |
| August 24, 2001 | Walther Cancer Institute Annual Retreat, University of Michigan; "Molecular Insights into Colorectal Cancer Pathogenesis" |
| September 13, 2001 | American Association for Cancer Research International Conference on "Molecular Mechanisms of Gastrointestinal Cancer Development and Its Clinical Implications"; Seoul, Korea; "Role of APC and Catenin Defects in Cancer" |
| October 24, 2001 | Stanford University Division of Oncology Annual Research Retreat; Pacific Grove, CA; "Gene Defects in Colorectal Cancer" |
| February 22, 2002 | Kimmel Cancer Center, Thomas Jefferson University, Third Annual Symposium - "Scientific and Clinical Update on Colorectal Cancer"; Philadelphia, PA; "Role of APC and Catenin Defects in Colorectal Cancer" |
| March 9, 2002 | Keystone Symposium on "Wnt and β-catenin Signaling in Development and Disease"; Taos, NM; "Role of APC and Catenin Defects in Cancer" |
| June 28-July 4, 2002 | Course Faculty for American Association for Cancer Research Workshop on "Molecular Biology in Clinical Oncology", Aspen, CO; Lecture (7/1/02) – "Molecular Insights into Colorectal Cancer Pathogenesis" |
| August 4-8, 2002 | Chair, Gordon Research Conference on Cancer, Salve Regina University, Newport, Rhode Island |
| September 5, 2002 | Keynote Lecture at 13th Meeting of the Japanese Society for Gastroenterological Carcinogenesis, Osaka, Japan; "Insights into the Molecular Alterations Underlying the Pathogenesis of Colorectal Carcinoma" |
| September 18, 2002 | "Cells, Development, and Cancer Seminar Series", University of Colorado Health Science Center, Denver, CO; "Role of APC and Catenin Defects in Cancer" |

| | |
|---|---|
| September 27, 2002 | Central Society for Clinical Research Annual Meeting, Chicago, IL; Career Development 101 Session; "How to Present a Talk" |
| September 28, 2002 | ASCO/NCI Scientific Symposium on "Molecular Oncology for the Clinical Oncologist", Chicago, IL; "Overview of Molecular Approaches in Cancer Pathogenesis, Diagnosis, and Treatment" |
| October 22, 2002 | Royal Netherlands Academy of Arts and Sciences Colloquium on "Wnt Signaling in Development and Cancer", Amsterdam, Netherlands; "Downstream Target Genes and Co-Factors of β-catenin in cancer" |
| November 12, 2002 | Siteman Cancer Center Cancer Genetics Program Seminar Series, Washington University School of Medicine, St. Louis, MO; "Molecular Insights into Colorectal Cancer Pathogenesis" |
| November 20, 2002 | Massachusetts General Cancer Center Seminar Series, Charlestown, MA; "Molecular Studies of Colorectal Cancer Pathogenesis" |
| December 3, 2002 | University of Minnesota Cancer Center Seminar Series, Minneapolis, MN; "Molecular Basis of Colorectal Cancer Pathogenesis" |
| December 18, 2002 | Van Andel Research Institute, Grand Rapids, MI; "Molecular Basis of Colorectal Cancer Pathogenesis" |
| January 5, 2003 | Gordon Research Conference on Cancer Genetics and Epigenetics, Ventura, CA; "Genetic and Epigenetic Mechanisms Underlying Cadherin and Catenin Defects in Cancer" |
| April 16, 2003 | University of Kentucky Markey Cancer Center Distinguished Cancer Center Professor Professorship seminar series; Lexington, KY; "Genetic and Epigenetic Mechanisms Underlying Cadherin and Catenin Defects in Cancer" |
| May 6, 2003 | Institute for Cancer Genetics, Columbia University School of Medicine, New York, New York; "Genetic and Epigenetic Mechanisms Underlying Cadherin and Catenin Alterations in Cancer" |
| June 12, 2003 | Department of Gastrointestinal Medical Oncology, Division of Cancer Medicine, University of Texas-M.D. Anderson Cancer Center, Houston, Texas; "Molecular Pathogenesis of Colorectal Cancer" |
| November 20, 2003 | Tumor Cell Biology Program, Robert Lurie Cancer Center of Northwestern University School of Medicine, Chicago, IL; "The Nature and Role of β-catenin and E-cadherin Defects in Cancer" |
| December 8, 2003 | Cell Biology & Anatomy and the Arizona Cancer Center, University of Arizona School of Health Science Center, Tucson, Arizona; "Cadherin and Catenin Defects in Cancer" |
| May 12, 2004 | Dana-Farber Cancer Institute – GU and GI Oncology Research Programs, Boston, MA; Unexpected actions of secreted Wnt pathway antagonists" |
| May 20-23, 2004 | Co-organizer for 2004 Wnt Meeting, held at University of Michigan Power Center/Michigan League; 375 registrants; 53 platform presentations; 95 poster presentations |
| May 20, 2004 | Platform Presentation at 2004 Wnt Meeting, University of Michigan, Ann Arbor, MI; "SFRP1 Antagonizes β-catenin via a novel degradation pathway that does not require GSK3β or Siah function" |
| March 8, 2005 | Fox Chase Cancer Center Symposium on "Cancer Genetics 2005: Focus of Colon and Ovarian Cancers Bridging Science and Practics"; Philadelphia, PA; "Insights into Somatic Defects in Colorectal Cancer Pathogenesis and Significance of the Findings for Clinical Management" |
| March 30, 2005 | Molecular Medicine Seminar Series, University of Connecticut Health Science Center, Farmington, CT; "Molecular Pathogenesis of Gastrointestinal Cancer" |
| May 5, 2005 | GlaxoSmithKline, Research and Development, Collegeville, PA; "Molecular pathogenesis of colorectal cancer: insights and clinical significance" |

| | |
|---|---|
| October 25, 2005 | New York Academy of Sciences, New York, NY; Symposium on Therapeutic Opportunities of the Wnt Signaling Pathway in Cancer; "Beta-catenin Dysfunction in Intestinal Tumorigenesis" |
| November 14, 2005 | 3rd Annual DSR Sarma Lectureship in Oncologic Pathology, University of Toronto Faculty of Medicine, Department of Laboratory Medicine & Pathology; "Molecular Insights into Colorectal Cancer Pathogenesis and Implications for Clinical Management" |
| December 1, 2005 | Vanderbilt-Ingram Cancer Center Grand Rounds, Vanderbilt University School of Medicine; "Contribution of Beta-catenin Defects to Cancer" |
| April 29, 2006 | ASCI Presidential Address, ASCI-AAP Annual Meeting, Chicago, IL; "Opportunities and Challenges for the Physician-Scientist in 2006: Some Objects in Mirror Are Closer Than They Appear" |
| December 12, 2006 | UT-MD Anderson Cancer Center, Department of Cancer Biology Cancer Metastasis Research Program Seminar Series, Houston, TX; "Role of β-catenin Defects in Cancer" |
| February 5, 2007 | Department of Pathology Research Seminar, Case Western Reserve University School of Medicine, Cleveland, OH; "Clinical Implications of Advances in Understanding of the Molecular Pathogenesis of Colorectal Cancer" |
| April 9, 2007 | Medical Scientist Training Program Seminar, University of Iowa School of Medicine, Iowa City, IA; "Clinical Implications of Advances in Understanding of the Molecular Pathogenesis of Colorectal Cancer" |
| September 18, 2007 | Department of Pathology Research Seminar, UT Southwestern University School of Medicine, Dallas, TX; "Insights into the Molecular Pathogenesis of Colorectal Cancer" |
| April 29, 2008 | University of Texas Medical Branch Sealy Center for Cancer Cell Biology Distinguished Guest Lecture Series, Galveston, TX; "The Molecular Pathogenesis of Colorectal Cancer" |
| May 8, 2008 | Oklahoma Medical Research Foundation Research Forum, Oklahoma City OK; "Insights into the Molecular Pathogenesis of Colorectal Cancer" |
| September 5, 2008 | UT Southwestern Medical Center, Dallas TX; UT Southwestern Cancer Center Grand Rounds; "Molecular Pathogenesis of Colorectal Cancer" |
| October 10, 2008 | Wayne State Medical School, Department of Pharmacology Research Seminar, Detroit MI; "Molecular Pathogenesis of Colorectal Cancer" |
| April 12, 2010 | Genentech Pathology Seminar Series; "Modeling the Molecular Pathogenesis of Cancer in the Mouse" |

## PATENT APPLICATIONS:
**Issued:**
1) WO/1992/005262 – Frost P, Vogelstein B, Chernajovsky Y, **Fearon ER**, Pardoll D. "Methods and composition for genetic therapy and potentiation of anti-tumor immunity.
2) US Patent 66677312 (Issued Jan 13, 2004) – Vogelstein B, Baker S, **Fearon ER**, Nigro JM. "Methods for restoring wild type p53 gene function"
3) US Patent 7,267,955 B2 (Issued Sept 11, 2007) – Vogelstein B, Baker S, **Fearon ER**, Nigro JM. "Method for detecting loss of wild-type p53"
4) WO/2010/014798 – Showalter HD, Turbiak AJ, **Fearon ER**, Bommer GT. "PYRIMIDOTRIAZINEDIONES AND PYRIMIDOPYRIMIDINEDIONES AND METHODS OF USING THE SAME"

## BIBLIOGRAPHY
**Peer-Reviewed Publications**

1.  **Fearon ER**, Love WE, Magnus KA, Lamy J, Lamy J.  Crystals of subunits 2 and 4 of hemocyanin from the Tunisian scorpion, *Androctonus australis*.  *Life Chemistry Reports* 1983; 1:65-8.

2.  **Fearon ER**, Kazazian HH, Waber PG, Lee JI, Antonarakis SE, Orkin SH, Vanin ER, Henthorn PS, Grosveld FG, Scott AF, Buchannan GR.  The entire β-globin gene cluster is deleted in a form of γδβ-thalassemia.  *Blood* 1983; 61:1273-8.

3.  Prochownik EV, Antonarakis SE, Bauer KA, Rosenberg RD, **Fearon ER**, Orkin SH.  Molecular heterogeneity of inherited antithrombin III deficiency.  *N Engl J Med* 1983; 308:1549-52.

4.  Antonarakis SE, Phillips JA, Mallonee RL, Kazazian HH, **Fearon ER**, Waber PG, Kronberg HM, Ullrich A, Meyers DA.  β-globin locus is linked to the parathyroid hormone (PTH) locus and lies between the insulin and PTH loci in man.  *Proc Natl Acad Sci USA* 1983; 80:6615-9.

5.  **Fearon ER**, Antonarakis SE, Meyers DA, Levine MA.  c-Ha-ras-1 oncogene lies between β-globin and insulin loci on human chromosome 11p.  *Am J Hum Genet* 1984; 36:329-37.

6.  **Fearon ER**, Vogelstein B, Feinberg AP.  Somatic deletion and duplication of genes of chromosome 11 in Wilms' tumors.  *Nature* 1984; 309:176-8.

7.  Vogelstein B, **Fearon ER**, Hamilton SR, Feinberg AP.  Use of restriction fragment length polymorphisms to determine the clonal origin of human tumors.  *Science* 1985; 227:642-5.

8.  **Fearon ER**, Mallonee RL, Phillips JA, O'Brien WE, Brusilow SW, Adcock MW, Kirby LT.  Genetic analysis of carbamyl phosphate synthetase I deficiency.  *Hum Genet* 1985; 70:207-10.

9.  **Fearon ER**, Feinberg AP, Hamilton SR, Vogelstein B.  Loss of genes on chromosome 11p in bladder cancer.  *Nature* 1985; 318:377-80.

10.  **Fearon ER**, Burke PJ, Schiffer CA, Zehnbauer BA, Vogelstein B.  Differentiation of leukemia cells to polymorphonuclear leukocytes in pateints with acute nonlymphocytic leukemia.  *N Engl J Med* 1986; 315:15-24.

11.  **Fearon ER**, Winkelstein JA, Civin CI, Pardoll DM, Vogelstein B.  Carrier detection in X-linked agammaglobulinemia by analysis of X-chromosome inactivation.  *N Engl J Med* 1987; 316:427-31.

12.  Bos JL, **Fearon ER**, Hamilton SR, Verlaan-de Vries M, van Boom JH, Van der Eb AJ, Vogelstein B.  Prevalence of ras gene mutations in human colorectal cancers.  *Nature* 1987; 327:293-7.

13.  Baylin SB, **Fearon ER**, Vogelstein B, de Bustros A, Sharkis SJ, Burke PJ, Staal SP, Nelkin BD.  Hypermethylation of the 5' region of the calcitonin gene is a property of human lymphoid and acute myeloid malignancies.  *Blood* 1987; 70:412-7.

14.  Vogelstein B, **Fearon ER**, Hamilton SR, Preisinger AC, Willard HF, Michelson AM, Riggs AD, Orkin SH.  Clonal analysis using recombinant DNA probes from the X-chromosome.  *Cancer Res* 1987; 47:4806-13.

15.  **Fearon ER**, Hamilton SR, Vogelstein B.  Clonal analysis of human colorectal tumors.  *Science* 1987; 238:193-7.

16. **Fearon ER**, Itaya T, Hunt B, Vogelstein B, Frost P.  Induction in a murine tumor of immunogenic tumor variants by transfection with a foreign gene.  *Cancer Res* 1988; <u>48</u>:1174-9.

17. Vogelstein B, **Fearon ER**, Hamilton SR, Kern SE, Preisinger AC, Leppert M, Nakamura Y, White R, Smits AMM, Bos JM.  Genetic alterations during colorectal tumor development. *N Engl J Med* 1988; <u>319</u>:525-32.

18. **Fearon ER**, Kohn DB, Winkelstein JA, Vogelstein B, Blaese RM.  Carrier detection in the Wiskott-Aldrich syndrome.  *Blood* 1988; <u>72</u>:1735-9.

19. Schakert HK, Itaya T, Schakert G, **Fearon ER**, Vogelstein B, Frost P.  Systemic immunity against a murine colon tumor (CT-26) produced by immunization with syngeneic cells expressing a transfected viral gene product.  *Int J Cancer* 1989; <u>43</u>:823-7.

20. Vogelstein B, **Fearon ER**, Kern SE, Hamilton SR, Preisinger AC, Nakamura Y, White R.  Allelotype of colorectal carcinomas.  *Science* 1989; <u>244</u>: 207-11.

21. Baker SJ, **Fearon ER**, Nigro JM, Hamilton SR, Preisinger AC, Jessup JM, van Tuinen P, Ledbetter DH, Barker DF, Nakamura Y, White R, Vogelstein B.  Chromosome 17 deletions and p53 gene mutations in colorectal carcinomas.  *Science* 1989; <u>244</u>:217-20.

22. Kern SE, **Fearon ER**, Tersmette KWF, Enterline JP, Leppert M, Nakamura Y, White R, Vogelstein B, Hamilton SR.  Allelic loss in colorectal carcinoma.  *J Am Med Assoc* 1989; <u>261</u>:3099-3103.

23. **Fearon ER**, Cho KR, Nigro JM, Kern SE, Simons JW, Ruppert JM, Hamilton SR, Preisinger AC, Thomas G, Kinzler KW, Vogelstein B.  Identification of a chromosome 18q gene which is altered in colorectal cancers.  *Science* 1990; <u>247</u>:49-56.

24. **Fearon ER**, Pardoll DM, Itaya T, Golumbek P, Levitsky HI, Simons JW, Karasuyama H, Vogelstein B, Frost P.  Interleukin-2 production by tumor cells bypasses T helper function in the generation of an anti-tumor response.  *Cell* 1990; <u>60</u>:397-403.

25. Baker SJ, Markowitz S, **Fearon ER**, Willson JKV, Vogelstein B.  Suppression of human colorectal carcinoma cell growth by wild-type p53.  *Science* 1990; <u>249</u>:912-5.

26. Hinds PW, Finlay CA, Quartin RS, Baker SJ, **Fearon ER**, Vogelstein B, Levine AJ.  Mutant p53 cDNAs from human colon carcinomas can cooperate with ras in transforming primary rat cells: a comparison of the "hot spot" mutant phenotypes.  *Cell Growth Diff* 1990; <u>1</u>:571-80.

27. Nigro JM, Cho KR, **Fearon ER**, Kern SE, Ruppert JM, Oliner JD, Kinzler KW, Vogelstein B.  Scrambled exons.  *Cell* 1991; <u>64</u>:607-13.

28. Itaya T, **Fearon ER**, Fiesinger T, Hunt B, Vogelstein B, Frost P.  Immunogenicity of a non-class I MHC expressing murine tumor transfected with the influenza virus hemagluttin or murine interleukin-2 genes. *Cancer Immunol Immunother* 1991; 33:267-273.

29. Parry PJ, Markie D, **Fearon ER**, Nigro JM, Vogelstein B, Bodmer WF.  PCR-based detection of two MspI polymorphic sites at D18S8.  *Nucl. Acids Res.* 1991; <u>19</u>:6983.

30. Dang CV, Barrett J, Villa-Garcia M, Resar L, Kato GJ, **Fearon ER**.  Intracellular leucine zipper interactions suggest c-myc hetero-oligomerization.  *Mol Cell Biol* 1991; <u>11</u>:954-62

31. **Fearon ER**, Finkel T, Gillison ML, Kennedy SP, Casella JF, Tomaselli GF, Morrow JS, Dang CV.  Karyoplasmic interaction selection strategy: a general strategy to detect protein-protein interactions in mammalian cells.  *Proc Natl Acad Sci USA* 1992; 89:7958-62.

32. Finkel T, Duc J, **Fearon ER,** Dang CV, Tomaselli GF.  Detection and modulation *in vivo* of helix-loop-helix interactions.  *J Biol Chem* 1993; 268:5-8.

33. Cho KR, Oliner JD, Simons JW, Hedrick L, **Fearon ER**, Presinger AC, Hedge P, Silverman GA, Vogelstein B.  The DCC gene: Structural analysis and mutations in colorectal carcinomas. *Genomics* 1994; 19:525-31.

34. Pierceall WE, Cho KR, Getzenberg RH, Reale MA, Hedrick L, Vogelstein B, **Fearon ER**. NIH3T3 cells expressing the deleted in colorectal cancer (DCC) tumor suppressor gene product stimulate neurite outgrowth in rat PC12 pheochromocytoma cells.  *J Cell Biol* 1994, 124: 1017-27.

35. Hedrick L, Cho KR, **Fearon ER**, Wu T-C, Kinzler KW, Vogelstein B.  The DCC gene product in cellular differentiation and colorectal tumorigenesis. *Genes Dev* 1994, 8:1174-83.

36. Reale MA, Hu G, Zafar AI, Getzenberg RH, Levine SM, **Fearon ER**.  Expression and alternative splicing of the deleted in colorectal cancer (DCC) tumor suppressor gene in normal and malignant tissues.  *Cancer Res* 1994, 54:4493-4501.

37. Pierceall WE, Reale MA, Candia AF, Wright CVE, Cho KR, **Fearon ER**.  Expression of a homologue of the deleted in colorectal cancer (DCC) gene in the nervous system of developing *Xenopus* embryos.  *Dev Biol* 1994, 166:654-65.

38. Pierceall WE, Woodard AS, Morrow JS, Rimm D, **Fearon ER**.  Frequent alterations in expression of E-cadherin and α- and β-catenins in human breast carcinoma-derived cell lines. *Oncogene* 1995, 11:1319-1326.

39. Ekstrand BC, Mansfield TA, Bigner SH, **Fearon ER**.  *DCC* expression is altered by multiple mechanisms in brain tumors.  *Oncogene* 1995, 11:2393-2402.

40. Heldman AW, Kandzari DE, Tucker RW, Crawford LE, **Fearon ER**, Koblan KS, Goldschmidt-Clermont PJ.  EJ-ras inhibits phospholipase C$_{\gamma1}$ but not actin polymerization induced by platelet-derived growth factor-BB via phosphatidylinositol 3-kinase.  *Circulation Res* 1996, 78:312-321.

41. Reale MA, Reyes-Mugica M, Pierceall WE, Rubinstein MC, Hedrick L, Cohn SL, Nakagawara A, Brodeur GM, **Fearon ER**.  Loss of *DCC* expression in neuroblastoma is associated with disease dissemination.  *Clinical Cancer Research* 1996, 2:1097-1102.

42. Shibata D, Reale MA, Lavin P, Silverman M, **Fearon ER**, Steele G Jr, Jessup MJ, Loda M, Summerhayes IC.  The DCC protein and prognosis in colorectal cancer.  *N Engl J Med* 1996, 335:1727-1732.

43. Reyes-Mugica M, Rieger-Christ K, Ohgaki H, Helie M, Kleinman G, Ekstrand BC, Yahanda A, **Fearon ER**, Kleihues P, Reale MA. Loss of *DCC* expression and glioma progression. *Cancer Res* 1997, 57:382-386.

44. Irani K, Xia Y, Zweier JL, Sollott S, Der CJ, **Fearon ER**, Sundaresan M, Finkel T, Goldschmidt-Clermont, PJ.  Superoxide mediates mitogenic signaling in ras-transformed fibroblasts.  *Science* 1997, <u>275</u>:1649-1652.

45. Meyerhardt JA, Look AT, Bigner SH, **Fearon ER**.  Identification and characterization of neogenin, a *DCC*-related gene. *Oncogene* 1997, <u>14</u>:1129-1136.

46. Ji X, Woodard AS, Rimm DL, **Fearon ER**.  Transcriptional defects underlie loss of E-cadherin expression in breast cancer.  *Cell Growth & Diff* 1997, <u>8</u>:773-778.

47. Hu G, Zhang S, Vidal, M, La Baer J, Xu T, **Fearon ER**.  Mammalian homologs of *sina* (*seven in absentia*) regulate DCC via the ubiquitin-proteasome pathway.  *Genes Dev* 1997, <u>11</u>:2701-2714.

48. Hu G, Chung Y-L, Glover T, Valentine V, Look AT, **Fearon ER**.  Identification and characterization of human homologs of the *Drosophila seven in absentia* (*sina*) gene. *Genomics* 1997, <u>46</u>:103-111.

49. Dillon DA, D'Aquila T, Reynolds AB, **Fearon ER**, Rimm DL.  The expression of p120ctn protein in breast cancer is independent of α- and β-catenin and E-cadherin.  *Am J Path* 1998, <u>152</u>:75-82.

50. Marsh DJ, Coulon V, Lunetta KL, Rocca-Serra P, Dahia PLM, Zheng Z, Liaw D, Caron S, Duboue B, Lin AY, Richardson A-L, Bonnetblanc J-M, Bressieux J-M, Cararrot-Moreau A, Chompret A, Demange L, Eeles, RA, Yahanda AM, **Fearon ER**, Fricker J-P, Gorlin RJ, VOdgson SV, Huson S, Lacombe D, LePrat F, Odent S, Toulose C, Olopade OI, Sobol H, Tishler S, Woods, CG, Robinson BG, Weber HC, Parsons R, Peacocke M, Longy M, Eng C.  Mutation spectrum and genotype-phenotype analyses in Cowden disease and Bannayan-Zonana syndrome, 2 hamartoma syndromes with germline *PTEN* mutations.  *Hum Mol Genet.* 1998, <u>7</u>:507-515.

51. Ghoussoub RAD, Dillon D, D'Aquila T, Rimm EB, **Fearon ER**, Rimm DL.  Expression of c-*met* is a strong independent prognostic factor in breast cancer.  *Cancer*, 1998, <u>82</u>:1513-1520.

52. Hu G, **Fearon ER**.  Siah-1 N-terminal RING domain is required for proteolysis function and C-terminal sequences regulate oligomerization and binding to target proteins.  *Mol Cell Biol* 1999, <u>19</u>:724-732.

53. Meyerhardt JA, Caca K, Ekstrand BC, Hu G, Legnauer C, Banavali S, Look AT, **Fearon ER**.  Netrin-1: a candidate DCC ligand is inactivated in a subset of neuroblastomas and brain tumors.  *Cell Growth & Diff* 1999, <u>10</u>:35-42.

54. Rimm DL, Caca K, Hu G, Harrison FB, **Fearon, ER**.  Frequent nuclear localization of β-catenin without exon 3 mutations in malignant melanoma.  *Am J Path* 1999, <u>154</u>:325-329.

55. Caca K, Kolligs FT, Ji X, Hayes M, Qian J-M, Yahanda A, Rimm DL, Costa J, **Fearon ER**.  β- and γ-catenin mutations, but not E-cadherin alterations, underlie Tcf/Lef transcriptional deregulation in gastric and pancreatic cancer.  *Cell Growth & Diff* 1999, <u>10</u>:369-376.

56. Kolligs FT, Hu G, Dang CV, **Fearon, ER**. Neoplastic transformation of RK3E by mutant β-catenin requires deregulation of Tcf/Lef Transcription, but not activation of *c-myc* expression. *Mol Cell Biol* 1999, <u>19</u>:5696-5706.

57. Wu R, Connolly DC, Ren X, **Fearon ER**, Cho KR. Somatic mutations of the *PPP2R1B* candidate tumor suppressor gene at chromosome 11q23 are infrequent in ovarian carcinomas. *Neoplasia* 1999, 1:311-314.

58. Hajra KM, Ji X, **Fearon ER**. Extinction of *E-cadherin* expression in breast cancer via a dominant repression pathway acting on proximal promoter elements. *Oncogene* 1999, 18:7274-7279.

59. Hilgers W, Song JJ, Hayes M, Hruban RR, Kern SE, **Fearon ER**. Homozygous deletions inactivate *DCC*, but not *DPC4*, in a subset of pancreatic and biliary cancers. *Genes, Chromosomes & Cancer* 2000, 27:353-357.

60. Hosono S, Gross I, English MA, Hajra KM, **Fearon ER**, Licht JD. E-cadherin is a WT1 target gene. *J Biol Chem* 2000, 275:10943-10953.

61. Kolligs FT, Kolligs B, Hajra KM, Hu G, Tani M, Cho, KR, **Fearon ER**. γ-catenin is regulated by the APC tumor suppressor and its oncogenic activity is distinct from β-catenin's. *Genes Dev*, 2000, 14:1319-1331.

62. Sun Y, Kolligs FT, Hottiger MO, Mosavin R, **Fearon ER**, Nabel GJ. Regulation of β-catenin transformation by the p300 transcription coactivator. *Proc Natl Acad Sci USA* 2000, 97:12613-12618.

63. Sunaga N, Kohno T, Kolligs FT, **Fearon ER**, Saito R, Yokota J. Constitutive activation of the Wnt signaling pathway by β-catenin mutations in a subset of human lung adenocarcinomas. *Genes Chromosomes & Cancer* 2001, 30:316-321.

64. Ugai H, Li H-O, Komatsu M, Tsutsui H, Song J, Shiga T, **Fearon E**, Murata T, Yokoyama KK. Interaction of Myc-associated zinc finger protein with DCC, the product of a tumor suppressor gene during the neural differentiation of P19 EC cells. *Biochem Biophys Res Comm* 2001, 286:1087-1097.

65. Giordano TJ, Shedden KA, Schwartz DR, Kuick R, Taylor JMG, Lee N, Misek, D, Greenson, JK, Kardia SLR, Beer DG, Rennert G, Cho KR, Gruber SB, **Fearon ER**, Hanash S. Organ-specific molecular classification of primary lung, colon, and ovarian adenocarcinomas using gene expression profiles. *Am J Path* 2001, 159:1231-1238.

66. Hinoi T, Tani M, Lucas PC, Caca K, Dunn RL, Macri E, Loda M, Appelman HD, Cho KR, **Fearon ER**. Loss of CDX2 expression and microsatellite instability are prominent features of large cell minimally differentiated carcinomas of the colon. *Am J Path* 2001, 159:2239-2248.

67. Wu R, Zhai Y, **Fearon ER**, Cho KR. Diverse mechanisms of β-catenin deregulation in ovarian endometroid adenocarcinomas. *Cancer Res* 2001, 61:8247-8245.

68. Hajra KM, Chen DYS, **Fearon ER**. The SLUG zinc-finger protein represses *E-cadherin* in breast cancer. *Cancer Res* 2002, 62:1613-1618.

69. Kolligs FT, Nieman MN, Winer I, Hu G, Van Mater D, Feng Y, Smith IM, Wu R, Zhai Y, Cho KR, **Fearon ER**. *ITF-2*, a downstream target of the W    /TCF Pathway, is activated in human cancers with β-catenin defects and promotes neoplastic transformation. *Cancer Cell* 2002, 1:145-155.

70. Zhai Y, Wu R, Schwartz DR, Darrah D, Kolligs FT, Nieman MT, **Fearon ER**, Cho KR.  Role of β-catenin/TCF-regulated genes in ovarian endometrioid adenocarcinomas.  *Am J Pathol* 2002, 160:1229-1238.

71. Leung JY, Kolligs FT, Wu R, Kuick R, Hanash S, Cho KR, **Fearon ER**. Activation of *AXIN2* expression by β-catenin/TCF: a feedback repressor pathway regulating Wnt signaling. *J Biol Chem* 2002, 277:21657-21665.

72. Qualtrough D, Hinoi, T, **Fearon E**, Paraskeva C.  Expression of Cdx2 in normal and neoplastic human colon tissue and during the differentiation of an in vitro model system. *Gut* 2002, 51:184-190.

73. Schwartz DR, Kardia SLR, Shedden KA, Kuick R, Michailidis G, Taylor JMG, Misek DE, Wu R, Zhai Y, Darrah DM, Reed H, Ellenson LH, Giordano TJ, **Fearon ER**, Hanash SM, Cho KR. Gene expression in ovarian cancer reflects both morphology and biological behavior, distinguishing clear cell from other poor-prognosis ovarian carcinomas. *Cancer Res* 2002, 62:4722-4729.

74. Hinoi T, Lucas P, Kuick R, Hanash S, Cho KR, **Fearon ER**.  CDX2 regulates liver intestine-cadherin expression in normal and malignant colon epithelium and intestinal metaplasia in the stomach.  *Gastroenterology* 2002, 123:1565-1577.

75. Wu R, Lin L, Beer DG, Ellenson LH, Lamb BJ, Rouillard JM, Kuick R, Hanash S, **Fearon ER**, Cho KR. Amplification and overexpression of the L-MYC proto-oncogene in ovarian carcinomas. *Am J Pathol* 2003, 162:1603-1610.

76. Van Mater D, Kolligs FT, Dlugosz A, **Fearon ER**. Transient activation of β-catenin signaling in cutaneous keratinocytes is sufficient to trigger the active growth phase of the hair cycle in mice. *Genes Dev* 2003, 17:1219-1224.

77. Schwartz DR, Wu R, Kardia SLR, Levin AM, Huang CC, Shedden KA, Kuick R, Misek DE, Hanash SM, Taylor JMG, Read H, Hendrix N, Zhai Y, **Fearon ER**, Cho KR. Novel candidate targets of β-catenin/TCF signaling identified by gene expression profiling of ovarian endometrioid adenocarcinomas. *Cancer Res* 2003, 63:2913-2922.

78. Kim PJ, Plescia J, Clevers H, **Fearon ER**, Altieri DC. The TCF/β-catenin pathway imparts resistance to apoptosis via transcriptional activation of survin. *Lancet* 2003, 362:205-9.

79. Shedden KA, Taylor, JMG, Giordano TJ, Kuick R, Misek DE, Rennert G, Schwartz DR, Gruber SB, Logsdon C, Simeone D, Kardia SLR, Greenson JK, Cho KR, Beer DG, **Fearon ER**, Hanash S.  Accurate molecular classification of human cancers based on gene expression using a simple classifier with a pathologic tree-based framework. *Am J Pathol* 2003, 163:1985-95.

80. Hinoi T, Loda M, **Fearon ER**. Silencing of CDX2 expression in colon cancer via a dominant repression pathway. *J Biol Chem* 2003, 278:44608-16.

81. Feng Y, Lee N, **Fearon ER**. TIP49 regulates β-catenin-mediated neoplastic transformation and TCF-target gene induction via effects on chromatin remodeling. *Cancer Res* 2003, 63:8726-34.

82. Lipkin SM, Rozek LS, Rennert G, Yang W, Chen PC, Hacia J, Hunt N, Shin B, Fodor S, Kokoris M, Greenson JK, **Fearon E**, Lynch H, Collins F, Gruber SB. The MLH1 K132H variant is associated with susceptibility to sporadic colorectal cancer. *Nat Genet* 2004,

36:694-9.

83. Li W. Lee J., Vikis HG, Lee SH, Liu G, Aurandt J, Shen TL, **Fearon ER**, Guan UL, Han M, Rao Y, Hong K, Guan KL. Activation of FAK Activation of FAK and Src are receptor-proximal events required for netrin signaling. *Nat Neurosci* 2004 7:1213-21.

84. Li CM, Kim CE, Margolin AA, Guo M, Zhu J, Mason JM, Hensle TW, Murty VV, Grundy PE, **Fearon ER**, D'Agati V, Licht JD, Tycko B. CTNNB1 Mutations and Overexpression of Wnt/β-Catenin Target Genes in WT1-Mutant Wilms' Tumors. *Am J Pathol* 2004 165:1943-53.

85. Bommer GT, Jager C, Durr EM, Baehs S, Eichhorst ST, Brabletz T, Hu G, Frohlich T, Arnold G, Kress DC, Goke B, **Fearon ER**, Kolligs FT. DRO1, a gene down-regulated by oncogenes, mediates growth inhibition in colon and pancreatic cancer cells. *J Biol Chem* 2005, 280:7962-75.

86. Shedden K, Chen W, Kuick R, Ghosh, D, Macdonald J, Cho KR, Giordano TJ, Gruber SB, **Fearon ER**, Taylor JMG, Hanash S. Comparison of seven methods for producing Affymetrix expression scores based on false discovery rates in disease profiling data. *BMC Bioinformatics* 2005, 6:26.

87. Jong In Yook JI, Li XY, Ota I, **Fearon ER**, Weiss SJ. Wnt-Dependent Regulation of the E-cadherin Repressor Snail by a GSK3β/β-TrCP Axis. *J Biol Chem* 2005, 280:11740-8.

88. Shedden KA, Kshirsagar MP, Schwartz DR, Wu R, Yu H, Misek DE, Hanash S, Katabuchi H, Ellenson LH, **Fearon ER**, Cho KR. Histologic type, organ of origin, and Wnt pathway status: effect on gene expression in ovarian and uterine carcinomas. *Clin Cancer Res* 2005, 11:2123-31.

89. Hinoi T, Gesina G, Akyol A, Kuick R, Hanash S, **Fearon ER**. CDX2 regulates expression of ceruloplasmin-related protein hephaestin in intestinal and colonic epithelium. *Gastroenterology* 2005, 128:946-61.

90. Rozek LS, Lipkin SM, **Fearon ER**, Hanash S, Giordano TJ, Greenson JK, Kuick R, Misek DE, Taylor JM, Douglas JA, Rennert G, Gruber SB. CDX2 polymorphisms, RNA expression, and risk of colorectal cancer. *Cancer Res* 2005, 65:5488-92.

91. Hendrix ND, Wu R, Kuick R, Schwartz DR, **Fearon ER**, Cho KR. FGF9 has oncogenic activity and is a downstream target of Wnt signaling in ovarian endometrioid adenocarcinomas. *Cancer Res* 2006, 66:1354-1362.

92. Winer IS, Bommer GT, Gonik N, **Fearon ER**. Lysine residues K19 and K49 of β-catenin regulate its levels and function in T cell factor transcriptional activation and neoplastic transformation. *J Biol Chem* 2006, 281:26181-7.

93. Yook JI, Li XY, Ota I, Hu C, Kim HS, Kim NH, Cha SY, Ryu JK, Kim J, **Fearon ER**, Weiss, SJ. Wnt signaling induces snail1-dependent mesenchymal transition in cancer cells via axin2-regulated control of GSK3β compartmentalization. *Nat Cell Biol* 2006, 8:1398-406.

94. Feng Y, Bommer GT, Winer I, Zhai Y, Lin HV, Cadigan KM, Cho KR, **Fearon ER**. *Drosophila split ends* homologue *SHARP* functions in a positive feedback loop to enhance Wnt/β-catenin/TCF signaling and neoplastic transformation. *Cancer Res* 2007, 67:482-91.

95. Wu R, Hendrix ND, Kuick R, Zhai Y, Schwartz DR, Akyol Aytekin, Hanash S, Misek DE, Katabuchi H, Williams BO, **Fearon ER**, Cho KR. Mouse model of human ovarian endometrioid adenocarcinoma based on somatic defects in the Wnt/β-catenin and PI3K/Pten signaling pathways. *Cancer Cell* 2007, 11:321-33.

96. Bommer GT, Gerin I, Feng Y, Kaczorowski AJ, Kuick R, Love RE, Zhai Y, Giordano TJ, Qin ZS, Moore BB, MacDougald OA, Cho KR, **Fearon ER**. p53-mediated activation of miRNA34 candidate tumor suppressor genes. *Current Biol* 2007, 17:1298-1307.

97. Hinoi T, Akyol A, Theisen BK, Ferguson DO, Greenson JK, Williams BO, Cho KR, **Fearon ER**. Mouse model of colonic adenoma-carcinoma progression based on somatic Apc inactivation. *Cancer Res* 2007, 67:9721-30.

98. Zhai Y, Kuick R, Nan B, Ota I, Weiss SJ, Trimble CL, **Fearon ER**, Cho KR. Gene expression analysis of pre-invasive and invasive cervical squamous cell carcinomas identifies HOXC10 as a key mediator of invasion. *Cancer Res* 2007, 10163-72.

99. Gruber SB, Moreno V, Rozek LS, Rennert HS, Lejbkowicz F, Bonner JD, Greenson JK, Giordano TJ, **Fearon ER**, Rennert G. Genetic variation in 8q24 associated with risk of colorectal cancer. *Cancer Biol Ther* 2007, Jul 2;6(7) [Epub ahead of print].

100. Akyol A, Hinoi T, Feng Y, Bommer GT, Glaser TM, **Fearon ER**. Generating somatic mosaicism with a Cre recombinase-microsatellite sequence transgene. *Nature Methods* 2008, 5:225-6. PMC2279183.

101. Whiteman EL, Liu CJ, **Fearon ER**, Margolis B. The transcription factor snail represses Crumbs3 expression and disrupts apico-basal polarity complexes. *Oncogene* 2008, 27:3875-9. PMC2533733.

102. Sangha N, Wu R, Kuick R, Powers S, Mu D, Fiander D, Yuen K, Katabuchi H, Tashiro H, **Fearon ER**, Cho KR. Neurofibromin 1 (NF1) defects are common in human ovarian serous carcinomas and co-occur with TP53 mutations. *Neoplasia* 2008, 10:1362-72. PMC2586687.

103. Rowe RG, Li XY, Hu Y, Saunders TL, Virtanen I, de Herreros AG, Becker KF, Ingvarsen S, Engelholm LH, Bommer GT, **Fearon ER**, Weiss SJ. Mesenchymal cells reactivate Snail1 expression to drive 3-dimensional invasion programs. *J Cell Biol* 2009, 184:399-408. Epub 2009 Feb 2. PMID:19188491. PMC2646556

104. Wang L, Heidt DG, Lee CJ, Yang H, Logdon CD, Zhang L, **Fearon ER**, Ljungman M, Simeone DM. Oncogenic function of ATDC (TRIM29) in pancreatic cancer through Wnt pathway activation and beta-catenin stabilization. *Cancer Cell* 2009, 15:207-219. PMID: 19249679. PMC2673547

105. Vilar E, Mukherjee B, Kuick R, Raskin L, Misek DE, Taylor JMG, Giordano TJ, Hanash SM, **Fearon ER**, Rennert G, Gruber SB. Gene expression patterns in mismatch repair-deficient colorectal cancers highlight the potential therapeutic role of inhibitors of the PI3K-AKT-mTOR pathway. *Clin Cancer Res* 2009, 15:2829-39. PMID: 19351759.

106. Ji Q, Hao X, Zhang M, Tang W, Yang M, Li L, Xiang D, Desano JT, Bommer GT, Fan D, **Fearon ER**, Lawrence TS, Xu L. MicroRNA miR-34 inhibits human pancreatic cancer tumor-initiating cells. *PLoS One* 2009 Aug 28;4(8):e6816. PMID: 19714243. PMC2729376

107. Goto M, Mitra RS, Liu M, Lee J, Henson BS, Ao W, Carey T, Bradford C, Prince M, Wang CY, **Fearon ER**, D'Silva NJ. Rap1 stabilizes β-catenin and enhances β-catenin-dependent

transcription and invasion in squamous cell carcinomas of the head and neck. *Clin Cancer Res* 2010, 16:65-76. PMID: 20028760. PMC2844500

108. Bommer GT, Feng Y, Iura A, Giordano TJ, Kuick R, Kadikoy H, Sikorski D, Wu R, Cho KR, **Fearon ER**. IRS1 regulation by Wnt/β-catenin signaling and varied contribution of IRS1 to the neoplastic phenotype. *J Biol Chem* 2010, 285:1928-38. PMID: 19843521. PMC2804351.

109. van de Sluis B, Mao X, Zhai Y, Groot AJ, Vermeulen JF, van der Wall E, van Diest PJ, Hofker MH, Wijmenga C, Klomp LW, Cho KR, **Fearon ER**, Vooijs M, Burstein E. COMMD1 disrupts HIF-1alpha/beta dimerization and inhibits human tumor cell invasion. J Clin Invest 2010 May 10. pii: 40583. doi: 10.1172/JCI40583. [Epub ahead of print]. PMID: 20458141.

110. Watson RL, Spalding AC, Zielske SP, Morgan M, Kim AC, Bommer GT, Eldar-Finkelman H, Giordano T, **Fearon ER**, Hammer GD, Lawrence TS, Ben-Josef E. GSK3beta and beta-catenin modulate radiation cytotoxicity in pancreatic cancer. Neoplasia 2010, 12:357-65.

111. Zhai, Y, Bommer GT, Feng Y, **Fearon ER**, Cho KR. Loss of estrogen receptor 1 enhances cervical cancer invasion. *Am J Pathol* 2010, 177:884-95.

112. Takakura Y, Hinoi T, Oue N, Sasada T, Kawaguchi Y, Okajima M, Akyol A, **Fearon ER**, Yasui W, Ohdan H. CDX2 regulates multi-drug resistance 1 gene expression in malignant intestinal epithelium. *Cancer Res* 2010, 70:6767-78.

113. Miller SJ, Joshi BP, Feng, Y, Gaustad A, **Fearon ER**, Wang TD. In vivo fluorescence-based endocopic detection of colon dysplasia in the mouse using a novel peptide probe. *PLoS One* 2011, 6:e17384.

114. Feng Y, Bommer GT, Zhao J, Green M, Sands E, Zhai Y, Brown K, Burberry A, Cho KR, **Fearon ER**. Mutant Kras promotes hyperplasia and altered differentiation in colon epithelium but does not expand the presumptive crypt stem cell pool. *Gastroenterology* 2011, 141:1003-13.e10.

115. Zhai Y, Iura A, Yeasmin S, Wiese AB, Wu R, Feng Y, **Fearon ER**, Cho KR. MSX2 is an oncogenic downstream target of activated WNT signaling in ovarian endometrioid adenocarcinoma. *Oncogene* 2011, 30:4152-62.

116. Wu R, Hu T, Rehemtulla A, **Fearon ER**, Cho KR. Preclinical testing of PI3K/AKT/mTOR signaling inhibitors in a mouse model of ovarian endometrioid adenocarcinoma. *Clin Cancer Res* 2011, 17:7359-72.

117. Kim NH, Kim HS, Li XY, Lee I, Ajay SS, Kang SE, Cha SY, Ryu JK, Lee SH, Yoon D, **Fearon ER**, Rowe RG, Weiss SJ, Yook JI. A p53/miRNA-34 axis regulates Snail1 activity in cancer cells. *J Cell Biol* 2011, 195:417-33.


**In Press Research Manuscripts**


**Submitted Research Manuscripts**


**Non-Peer Reviewed Publications - Review Articles and Editorials**
1.  Hamilton SR, **Fearon ER**, Vogelstein B.  Clonal analysis of colorectal tumors.

*Accomplishments in Oncol* 1989; <u>3</u>:244-51.

2.  Winkelstein JA, **Fearon ER**.  Carrier detection of X-linked primary immunodeficiency disease using X-chromosome inactivation analysis.  *J Allergy and Clin Immunol* 1990; <u>85</u>:1090-7.

3.  **Fearon ER**, Vogelstein B.  A genetic model for colorectal tumorigenesis.  *Cell* 1990; <u>61</u>:759-67.

4.  **Fearon ER**.  The genetics of colorectal tumor development: The emerging picture and clinical implications.  *Sem Colon & Rectal Surg* 1991; <u>2</u>:253-61.

5.  **Fearon ER**.  Genetic alterations underlying colorectal tumorigenesis.  *Cancer Surveys* 1992; <u>12</u>:19-36.

6.  Hedrick L, Cho K, **Fearon ER**, Oliner JD, Simons JW, Kinzler KW, Vogelstein, B.  The role of the *DCC* gene in colorectal tumorigenesis.  *Cancer Res and Clinics* 1992; <u>1</u>:90-5.

7.  **Fearon ER**, Jones PA.  Progressing toward a molecular description of colorectal cancer development .  *FASEB J* 1992; <u>6</u>:2783-90.

8.  **Fearon ER**.  K-ras gene mutation as a pathogenetic and diagnostic marker in human cancer. *J Nat Cancer Inst.* 1993; <u>85</u>:1978-80.

9.  Reale MA, **Fearon ER**.  Molecular genetics of hereditary colorectal cancer.  *Hem/Onc Annals* 1994, <u>2</u>:129-40.

10. **Fearon ER**, Ekstrand BC, Hu G, Pierceall WE, Reale MA, Bigner SH.  Studies of the deleted in colorectal cancer (DCC) gene in normal and neoplastic tissues.  *Cold Spring Harbor Symp Quant Biol* 1994; <u>59</u>:637-43.

11. **Fearon ER**, Pierceall WE.  The deleted in colorectal cancer (DCC) gene: a candidate tumor suppressor gene encoding a cell surface protein with similarity to neural cell adhesion molecules.  *Cancer Surveys* 1995; <u>24</u>:3-17.

12. Cho KR, **Fearon ER**.  *DCC*: A potential link between tumor suppressor genes and altered cell surface interactions in cancer.  *Curr Opin Gen Devel* 1995; <u>5</u>:72-8.

13. **Fearon ER**.  Colorectal cancer - molecular genetic studies and their future clinical applications.  *Med & Ped Oncology Suppl* 1996; <u>1</u>:35-40

14. **Fearon ER**.  *DCC*: Is there a connection between tumorigenesis and cell guidance molecules? *Biochimica et Biophysica Acta* 1996;<u>1288</u>:M17-M23.

15. **Fearon ER.**  The smoking gun and the damage done: Genetic alterations in the lungs of smokers.  *J Nat Cancer Inst* 1997; <u>89</u>:34-36.

16. **Fearon ER**.  Human cancer syndromes: clues to the origin and nature of cancer.  *Science* 1997;<u>278</u>:1043-1050.

17. Haber D, **Fearon ER**.  The promise of cancer genetics.  *Lancet* 1998, <u>351</u> (suppl II):1-8.

18. **Fearon ER**, Dang CV. Tumor suppressor meets oncogene.  *Curr Biol* 1999, <u>9</u>:R62-65.

19. **Fearon ER**.  Primer: Cancer progression.  *Curr Biol* 1999, <u>9</u>:R873-875.

20. **Fearon ER**.  BRCA1 and E-cadherin promoter hypermethylation and gene inactivation in cancer - association or mechanism?  *J Nat Cancer Inst* 2000; 92:515-517.

21. Hajra KM, **Fearon ER**. Cadherin and catenin alterations in human cancer.  *Genes, Chromosomes & Cancer* 2002, 34:255-268.

22. **Fearon ER**. Connecting estrogen receptor function, transcriptional repression, and E-cadherin expression in breast cancer.  *Cancer Cell* 2003, 3:307-310.

23. **Fearon ER.** Defining the microsatellite instability phenotype in colorectal cancer through analysis of surrogate markers. *Cancer Biol Ther* 2004 3: 79-81.

24. Mehlen P, **Fearon ER**. Role of the dependence receptor DCC in colorectal cancer pathogenesis. *J Clin Onc* 2004, 22:3420-3428.

25. **Fearon ER**, Cho KR. Cancer: cell survival guide (News & Views). *Nature* 2004, 431:35-6.

26. **Fearon ER**, Cadigan KM. Wnt signaling glows with RNAi (Perspective). *Science* 2005, 308:801-3.

27. Bommer GT, **Fearon ER**. Role of *c-Myc* in *Apc*-mutant intestinal phenotype – case closed or time for a new beginning? *Cancer Cell* 2007, 11:391-4.

28. Burstein E, **Fearon ER**. Colitis and cancer: a tale of inflammatory cells and their cytokines. *J Clin Invest* 2008 Mar, 5(3):231-3. Epub 2008 Feb 10. PMCID: PMC2213379.

29. Shackleton M, Quintana E, **Fearon ER**, Morrison SJ. Heterogeneity in cancer: cancer stem cells versus clonal evolution. *Cell* 2009, 138:822-9.

30. **Fearon ER**. PARsing the phrase "All in for Axin" – Wnt signaling targets in cancer. *Cancer Cell* 2009, 16:366-8.

31. **Fearon ER**. Molecular genetics of colorectal cancer. Annu Rev Pathol 2011, 6:479-507.

32. **Fearon ER**, Bommer GT. Ancestries hidden in plain sight – methylation patterns for clonal analysis. Gastroenterology 2011, 140:1139-43.

33. **Fearon ER**. The sweet secrets of p27kip1 regulation and function in cell migration. Cell Cycle 2011, 10:3429-30.

**Non-Peer-Reviewed Publications - Book Chapters**

1. Vogelstein B, **Fearon ER**, Baker SJ, Nigro JM, Kern SE, Hamilton SR, Bos JL, Leppert M, Nakamura Y, White R.  Genetic alterations accumulate during colorectal tumorigenesis. In: Cavenee W, Hastie N, Stanbridge E, eds.  *Recessive Oncogenes and Tumor Suppression*. Cold Spring Harbor, NY: Cold Spring Harbor Press, 1989,73-80.

2. **Fearon ER**.  A genetic basis for the multi-stage pathway of colorectal tumorigenesis.  In: Harris CC, Pitot HC, Sugimura T, eds.  Multi-stage Carcinogenesis, Japan Sci. Soc. Press, Tokyo/CRC Press, Boca Raton, FL, 1992, 37-48.

3.  **Fearon ER**, Vogelstein B.  Tumor suppressor genes and cancer.  In: Holland JF, Frei E, Bast RC, Kufe DW, Morton DL, Weichselbaum RR, eds.  *Cancer Medicine*, 3rd edition Malvern, PA: Lea and Febiger, 1993, 77-90.

4.  **Fearon ER**.  Molecular genetic studies of the adenoma-carcinoma sequence.  In: Schrier RW, Abboud FM, Baxter JD, Fauci AS, eds.  *Advances in Internal Medicine Volume 39*.  Chicago, IL: Mosby-Year Book, Inc., 1994, pp. 123-147.

5.  **Fearon ER**.  Molecular abnormalities in colon and rectal cancer.  In: Mendelsohn J, Howley P, Liotta L, Israel M, eds.  *The Molecular Basis of Cancer.*  Cambridge, MA: W.B. Saunders Company, 1995, pp.340-357.

6.  **Fearon ER**.  Cancer Genetics - Oncogenes and Tumor Suppressor Genes.  In: Abeloff M, Armitage J, Lichter A, Niederhuber J, eds.  *Clinical Oncology*.  New York: Churchill Livingstone, 1995, pp. 11-40.

7.  **Fearon ER**.  Molecular genetics of colorectal cancer.  In: Bradlow HL, Osborne MP, Veronesi U, eds.  Cancer Prevention: From the Laboratory to the Clinic: Implications of Genetic, Molecular, and Preventive Research.  New York Academy of Sciences, Vol 768, 1995, pp. 101-110.

8.  Reale MA, **Fearon ER**.  Gene defects in colorectal tumorigenesis.  In: Young G, Levin B, Rozen P, eds.  *Prevention and Early Detection of Colorectal Cancer*, London: W.B. Saunders Co., 1996, pp. 63-86.

9.  **Fearon ER**.  Genetic lesions in human cancer.  In: Bishop JM, Weinberg RA, eds.  *Molecular Oncolog*y, New York: Scientific American Medicine, 1996, pp. 143-177.

10. **Fearon ER**, Vogelstein B.  Tumor suppressor and DNA repair gene defects in human cancer. In Holland JF, Frei E, Bast RC, Kufe DW, Morton DL, Weichselbaum RR, eds.  *Cancer Medicine*, 4th edition Baltimore, MD: Williams & Wilkins, 1997, pp. 97-117.

11. **Fearon ER**, Cho KR.  The molecular basis of cancer.  In: Rimoin DL, Connor JM, Pyeritz RE, eds.  *Emery & Rimoin's Principles and Practice of Medical Genetics*, 3rd edition, New York: Churchill Livingstone, 1996, pp. 405-438.

12. **Fearon ER.**  Tumor suppressor genes.  In: Vogelstein B, Kinzler KW, eds.  *The Genetic Basis of Human Cancer*.  Baltimore, MD: Williams & Wilkins, 1998, pp. 229-236.

13. **Fearon ER**.  Cancer Genetics - Oncogenes and Tumor Suppressor Genes.  In: Abeloff M, Armitage J, Lichter A, Niederhuber J, eds.  *Clinical Oncology*.  2nd Edition.  New York: Churchill Livingstone, 2000, pp. 77-118

14. **Fearon ER**, Vogelstein B.  Tumor suppressor genes.  In: Holland JF, Frei E, Bast RC, Kufe DW, Pollock RE, Weichselbaum RR, eds.  *Cancer Medicine*, 5th edition BC Decker, Hamilton, Ontario, 2000, pp. 67-87.

15. **Fearon ER.**  Molecular biology of gastrointestinal cancers.  In: DeVita VT, Jr, Helman S, Rosenberg SA.  *Principles & Practice of Oncology*, 6th edition.  Lippincott Williams & Wilkins, Philadelphia, PA, 2001, pp. 1037-1051.

16.  **Fearon ER**.  Tumor Suppressor Genes.  In: Scriver CR, Beaudet AL, Sly WS, Valle, D, Childs B, Kinzler KW,Vogelstein B, eds.  The Metabolic & Molecular Bases of Inherited Disease, 8th edition. McGraw-Hill, New York, 2001, pp. 665-674.

17. **Fearon ER**., Gruber SB.  Molecular abnormalities in colon and rectal cancer.  In: Mendelsohn J, Howley P, Liotta L, Israel M, eds.  *The Molecular Basis of Cancer,* 2nd Edition. Cambridge, MA: W.B. Saunders Company, 2001, pp. 289-312.

18. **Fearon ER.**  Tumor Suppressor Genes.  In: Vogelstein B, Kinzler KW, eds.  *The Genetic Basis of Human Cancer*, 2nd Edition. Baltimore, MD: Williams & Wilkins, 2002, pp. 197-206.

19. **Fearon ER**. Progressing from gene mutations to cancer. In: Abeloff M, Armitage J, Niederhuber J, Kastan M, McKenna G, eds. *Clinical Oncology.*  3[nd] Edition. Philadelphia: Elsevier, 2004, pp. 269-286.

20. Bommer GT, **Fearon ER**. Developmental Signaling Networks, Wnt/β-catenin Signaling in the Gastrointestinal Tract. In: Physiology of the Gastrointestinal Tract. 4th Edition. Elsevier, 2006, pp. 247-270.

21. Bommer GT, **Fearon ER**. Molecular abnormalities in colon and rectal cancer.  In: Mendelsohn J, Howley P, Liotta L, Israel M, eds.  *The Molecular Basis of Cancer,* 3rd Edition. Cambridge, MA: W.B. Saunders Company, 2008, pp.409 – 421.

22. **Fearon ER,** Bommer GT.  Molecular biology of colorectal cancer.  In: DeVita VT, Jr, Rosenberg SA, Lawrence TS.  *Principles & Practice of Oncology*, 7th edition.  Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1218 – 1232.

23. **Fearon ER**, Bommer GT. Progressing from gene mutations to cancer. In: Abeloff M, Armitage J, Niederhuber J, Kastan M, McKenna G, eds. *Clinical Oncology.*  4th Edition. Philadelphia: Elsevier, 2008, pp. 207-222.

24. Bommer GT, **Fearon ER**. Developmental Signaling Networks, Wnt/β-catenin Signaling in the Gastrointestinal Tract. In: Physiology of the Gastrointestinal Tract. 5th Edition. Elsevier, 2011, in press.