# Exhibit 9

# In The Matter Of:

## ARIOSA DIAGNOSTICS, INC.
## v.
## SEQUENOM, INC.

_____

## EVANS, M.D., MARK I. - Vol. 1
*April 27, 2012*

_____

## CONFIDENTIAL - ATTORNEYS' EYES ONLY

## PURSUANT TO PROTECTIVE ORDER

**MERRILL CORPORATION**
LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oOo--

ARIOSA DIAGNOSTICS, INC.,
(aka ARIA DIAGNOSTICS),

    Plaintiff,                Case No.
                                  3:11-cv-06391-SI
    v.

SEQUENOM, INC.,

    Defendant/
    Counterclaim-Plaintiff.

    v.

ARIOSA DIAGNOSTICS, INC.,
(aka ARIA DIAGNOSTICS),

    Counterclaim-Defendant,

    and

ISIS INNOVATION LIMITED,

    Nominal Counterclaim-
    Defendant.
_____/

CONFIDENTIAL - ATTORNEYS EYES ONLY

PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF

MARK I. EVANS, M.D.
_____

Friday, April 27, 2012

Volume I (Pages 1 - 258)

REPORTED BY: CATHERINE RYAN, RMR, CRR, CSR 8239

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 149

| | | |
|---|---|---|
| 1 | process and use free fetal nucleic acids was | 12:18:54 |
| 2 | possible.  This was believed to be absolutely | 12:19:00 |
| 3 | impossible up until that paper emerged. | 12:19:03 |
| 4 | Q    And if you look, however, to the patent, | 12:19:12 |
| 5 | the '540 patent -- and you mentioned getting the | 12:19:15 |
| 6 | plasma and getting to amplify and to detect the | 12:19:21 |
| 7 | presence of paternally inherited nucleic acids of | 12:19:26 |
| 8 | fetal origin.  If you look at the patent and the | 12:19:30 |
| 9 | claims, they don't specify how you do all those | 12:19:36 |
| 10 | things; isn't that right? | 12:19:39 |
| 11 | MR. HOLMES:  Objection.  Vague.  Compound. | 12:19:41 |
| 12 | THE WITNESS:  The patent gives a number of | 12:19:43 |
| 13 | examples of how you do these things. | 12:19:49 |
| 14 | BY MR. IANCU: | 12:19:50 |
| 15 | Q    But -- but -- | 12:19:51 |
| 16 | A    The -- I'm not a patent lawyer.  The | 12:19:52 |
| 17 | patent propo -- makes claims which proposes | 12:19:54 |
| 18 | methodologies for how these claims can be effected. | 12:20:01 |
| 19 | There are some five examples as to how this | 12:20:07 |
| 20 | technology can be used, which are not limiting, but | 12:20:09 |
| 21 | certainly instructive as to how it can be used, and | 12:20:14 |
| 22 | the fact that any of this could be done was, to | 12:20:19 |
| 23 | those of us, quite frankly, at the forefront of the | 12:20:24 |
| 24 | attempt to develop noninvasive prenatal diagnosis | 12:20:28 |
| 25 | methods came as a complete shock. | 12:20:32 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 150

| | | |
|---|---|---|
| 1 | And what I was starting to say before we | 12:20:35 |
| 2 | got sidetracked a minute ago was that I remember | 12:20:37 |
| 3 | sitting at one of our three-times-a-year, | 12:20:40 |
| 4 | twice-a-year big group meetings shortly after the | 12:20:45 |
| 5 | paper came out and, you know, Dr. Bianchi, | 12:20:48 |
| 6 | Dr. Elias, Dr. Holzgreve and myself basically all | 12:20:54 |
| 7 | being what I would describe as shellshocked that | 12:20:59 |
| 8 | there was another and quite possibly much better way | 12:21:01 |
| 9 | of doing this than we had all spent a decade or more | 12:21:03 |
| 10 | working on, you know, within fetal cells, which | 12:21:08 |
| 11 | produced a lot of frustration. | 12:21:11 |
| 12 | Q   And that's the discovery that fetal cells | 12:21:13 |
| 13 | exist in the plasma, right? | 12:21:22 |
| 14 | A   No, we knew fetal cells existed in the | 12:21:24 |
| 15 | plasma in small numbers.  The problem with fetal | 12:21:28 |
| 16 | cells was being able to use them accurately for | 12:21:31 |
| 17 | diagnosis. | 12:21:33 |
| 18 | Q   How would a person of skill in the art | 12:22:06 |
| 19 | know in 1997 how you would, for example, amplify | 12:22:12 |
| 20 | paternally inherited nucleic acids from the serum or | 12:22:20 |
| 21 | plasma? | 12:22:24 |
| 22 | MR. HOLMES:  Let me just interpose an | 12:22:26 |
| 23 | objection to the extent it calls for a legal | 12:22:27 |
| 24 | conclusion and vague. | 12:22:29 |
| 25 | BY MR. IANCU: | 12:22:39 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 151

| | | |
|---|---|---|
| 1 | Q Do you have the question in mind, sir? | 12:22:40 |
| 2 | A Yes. The technique of the polymerase | 12:22:41 |
| 3 | chain reaction was already well known in science at | 12:22:46 |
| 4 | that time as well as other methodologies which could | 12:22:49 |
| 5 | be used. So it was known that if one had paternally | 12:22:55 |
| 6 | derived nucleic acids of fetal origin, that one | 12:23:04 |
| 7 | could amplify them, at least in principle. | 12:23:07 |
| 8 | Q And how would a person of skill in the art | 12:23:29 |
| 9 | know in 1997 how to detect the presence of a | 12:23:32 |
| 10 | paternally inherited nucleic acid of fetal origin in | 12:23:38 |
| 11 | the sample? | 12:23:42 |
| 12 | MR. HOLMES: Same objections. | 12:23:43 |
| 13 | THE WITNESS: I'm sorry. Could you repeat | 12:23:47 |
| 14 | the question, please? | 12:23:48 |
| 15 | BY MR. IANCU: | 12:23:49 |
| 16 | Q How would a person of skill in the art in | 12:23:49 |
| 17 | 1997 know how to actually detect the presence of | 12:23:52 |
| 18 | paternally inherited nucleic acid of fetal origin in | 12:23:57 |
| 19 | serum or plasma -- | 12:24:03 |
| 20 | MR. HOLMES: Same objections. | 12:24:05 |
| 21 | BY MR. IANCU: | 12:24:05 |
| 22 | Q -- of the mother? | 12:24:06 |
| 23 | A Dr. Lo's paper published in the Lancet -- | 12:24:07 |
| 24 | and I'd like to get it before I -- do we have a copy | 12:24:11 |
| 25 | of it here someplace? Okay. Dr. Lo's paper | 12:24:13 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 152

| | | |
|---|---|---|
| 1 | described methodology for -- for isolating maternal | 12:24:19 |
| 2 | plasma and then amplifying those sequences and then | 12:24:37 |
| 3 | detecting the presence of those acids. | 12:24:42 |
| 4 | Q    Now, isolating maternal plasma is known | 12:24:47 |
| 5 | for a very long time, well before 1997, right? | 12:24:51 |
| 6 | A    That one component is certainly known, | 12:24:54 |
| 7 | yes. | 12:24:57 |
| 8 | Q    How do you do it, by the way? | 12:24:57 |
| 9 | A    Basically, you can take a tube of blood | 12:25:00 |
| 10 | and just stick it on the table and it will clot off. | 12:25:04 |
| 11 | And then if you spin it, you get serum.  If you | 12:25:06 |
| 12 | give anticoagulant so that the clotting factors | 12:25:09 |
| 13 | don't clump the cells, you get plasma.  And then you | 12:25:12 |
| 14 | centrifuge it; so you separate out the cellular from | 12:25:16 |
| 15 | noncellular portions. | 12:25:19 |
| 16 | Q    So taking the plasma, the maternal plasma, | 12:25:25 |
| 17 | if you know that you want to look in there for | 12:25:28 |
| 18 | paternally inherited nucleic acids of fetal origin, | 12:25:30 |
| 19 | how would one know what techniques to use?  Was | 12:25:34 |
| 20 | there anything available how to do that, the actual | 12:25:38 |
| 21 | technology -- | 12:25:41 |
| 22 | MR. HOLMES:  Objection.  Vague. | 12:25:42 |
| 23 | BY MR. IANCU: | 12:25:43 |
| 24 | Q    -- in 1997? | 12:25:44 |
| 25 | A    There are techniques that were being | 12:25:52 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 153

| | | |
|---|---|---|
| 1 | developed in molecular biology, which obviously | 12:25:53 |
| 2 | Dr. Lo used, but nobody thought to apply them.  The | 12:26:05 |
| 3 | -- what we always did in the fetal cells in maternal | 12:26:07 |
| 4 | blood effort was to basically keep the cells and | 12:26:08 |
| 5 | throw away everything else, and, in fact, we were | 12:26:09 |
| 6 | throwing the baby away with the bath water. | 12:26:13 |
| 7 |     Q   But once you know that you want to look | 12:26:18 |
| 8 | for paternally inherited nucleic acids of fetal | 12:26:20 |
| 9 | origin in the maternal serum or plasma in 1997, | 12:26:25 |
| 10 | wouldn't one of ordinary skill in the art actually | 12:26:30 |
| 11 | have to engage in lots of experimentation to | 12:26:33 |
| 12 | actually, from that point forward, to figure out how | 12:26:35 |
| 13 | to do it? | 12:26:38 |
| 14 |         MR. HOLMES:  Objection.  Vague.  Lacks | 12:26:38 |
| 15 | foundation. | 12:26:39 |
| 16 |         THE WITNESS:  Well, I'm sure that Dr. Lo | 12:26:41 |
| 17 | didn't wake up one morning and have the solution | 12:26:45 |
| 18 | figured out by lunchtime, that the sentinel | 12:26:49 |
| 19 | discovery was the fact that these materials were | 12:26:55 |
| 20 | there in the first place combined with the fact that | 12:26:58 |
| 21 | one could then find them, isolate them and use them. | 12:27:02 |
| 22 | So it's all the big picture. | 12:27:06 |
| 23 | BY MR. IANCU: | 12:27:07 |
| 24 |     Q   But how would you find them?  How would | 12:27:08 |
| 25 | you find them in 1997? | 12:27:10 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 154

| | | |
|---|---|---|
| 1 | A    By having probes against, for example, the | 12:27:11 |
| 2 | Y chromosome -- | 12:27:17 |
| 3 | Q    And -- | 12:27:19 |
| 4 | A    -- sequences, which, of course, would not | 12:27:20 |
| 5 | be expected to be in a maternal sample or a -- with | 12:27:22 |
| 6 | a female fetus. | 12:27:26 |
| 7 | Q    Would anyone know how -- how to use probes | 12:27:27 |
| 8 | against the Y chromosome, as an example, in 1997? | 12:27:33 |
| 9 | MR. HOLMES:  Objection.  Vague. | 12:27:39 |
| 10 | THE WITNESS:  Sure.  That's exactly what | 12:27:40 |
| 11 | we were attempting to do in the NIFTY project, that | 12:27:40 |
| 12 | we were isolating cells and trying to use Y | 12:27:42 |
| 13 | chromosome probes to show that those cells in the | 12:27:47 |
| 14 | maternal circulation were, in fact, fetal and, | 12:27:50 |
| 15 | therefore, of paternal origin. | 12:27:52 |
| 16 | BY MR. IANCU: | 12:27:54 |
| 17 | Q    And people were doing that for a while | 12:27:55 |
| 18 | prior to 1997? | 12:27:57 |
| 19 | A    People -- | 12:27:59 |
| 20 | MR. HOLMES:  Same objection. | 12:28:00 |
| 21 | THE WITNESS:  People were looking for -- | 12:28:01 |
| 22 | and I was part of the big NIH study.  I was one of | 12:28:02 |
| 23 | the principal investigators, where we were looking | 12:28:07 |
| 24 | for fetal cells circulating in the maternal | 12:28:10 |
| 25 | circulation and trying to find probes that could be | 12:28:15 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 155

| | | |
|---|---|---|
| 1 | used to distinguish those cells in the maternal | 12:28:20 |
| 2 | circulation that came from the fetus as opposed to | 12:28:25 |
| 3 | that came from the mother. | 12:28:28 |
| 4 | BY MR. IANCU: | 12:28:31 |
| 5 | Q   Once you know where you want to look for | 12:28:31 |
| 6 | the fetal cells, now that you want to look in the | 12:28:35 |
| 7 | plasma, for example, per Dr. Lo's 1997 paper, once | 12:28:39 |
| 8 | you know that -- | 12:28:44 |
| 9 | A   No, that's incorrect. | 12:28:44 |
| 10 | Q   Apologies.  Go ahead. | 12:28:45 |
| 11 | A   Sorry. | 12:28:47 |
| 12 | MR. HOLMES:  Dr. Evans, let -- | 12:28:47 |
| 13 | THE WITNESS:  I apologize. | 12:28:49 |
| 14 | MR. HOLMES:  -- Mr. Iancu finish his | 12:28:49 |
| 15 | question. | 12:28:53 |
| 16 | THE WITNESS:  Fair enough. | 12:28:55 |
| 17 | BY MR. IANCU: | 12:28:55 |
| 18 | Q   I can often be incorrect; so I appreciate | 12:28:56 |
| 19 | you correcting me. | 12:28:57 |
| 20 | A   Well, you said "fetal cells," not fetal | 12:28:59 |
| 21 | DNA. | 12:29:01 |
| 22 | Q   Yes.  Good.  Thank you.  I'm sorry. | 12:29:01 |
| 23 | Once you know where you want to look for | 12:29:03 |
| 24 | fetal DNA in the material -- in the maternal plasma, | 12:29:05 |
| 25 | as an example from -- per Dr. Lo's 1997 paper, the | 12:29:10 |

Merrill Corporation - Los Angeles
Los Angeles - 800-826-0277                www.merrillcorp.com/law

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 156

| | | |
|---|---|---|
| 1 | techniques for how to look for that DNA, how would | 12:29:22 |
| 2 | one of skill in the art know of those techniques at | 12:29:35 |
| 3 | that time? | 12:29:36 |
| 4 | MR. HOLMES:  Objection.  Vague. | 12:29:37 |
| 5 | THE WITNESS:  Techniques such as the | 12:29:39 |
| 6 | polymerase chain reaction were known in the field at | 12:29:40 |
| 7 | that point. | 12:29:43 |
| 8 | BY MR. IANCU: | 12:29:43 |
| 9 | Q    And with that you can use to detect DNA, | 12:29:44 |
| 10 | correct? | 12:29:47 |
| 11 | A    Yes. | 12:29:47 |
| 12 | Q    Now, in your report at paragraph 47 | 12:29:50 |
| 13 | through 50 you describe a variety of awards and | 12:30:33 |
| 14 | honors that you believe Dr. Lo received; is that | 12:30:41 |
| 15 | right? | 12:30:44 |
| 16 | A    That's correct. | 12:30:45 |
| 17 | Q    Go ahead and take a quick look through | 12:30:46 |
| 18 | that.  I'll have a couple of questions on that. | 12:30:50 |
| 19 | A    Okay. | 12:30:53 |
| 20 | Q    My question, Dr. Evans, is:  Specifically, | 12:31:12 |
| 21 | do you know what all of these awards were for in | 12:31:21 |
| 22 | paragraph 47, for example? | 12:31:23 |
| 23 | A    I do not know specifically what they were | 12:31:43 |
| 24 | for. | 12:31:47 |
| 25 | Q    Okay.  So in paragraph 50 you indicated | 12:31:49 |

| | | |
|---|---|---|
| 1 | Dr. Lo is a reviewer for these following journals. | 12:31:59 |
| 2 | How do you know all that? | 12:32:02 |
| 3 |     A   This information obviously came from | 12:32:04 |
| 4 | Dr. Lo. | 12:32:07 |
| 5 |     Q   Did you speak with Dr. Lo to prepare this | 12:32:08 |
| 6 | declaration? | 12:32:11 |
| 7 |     A   I'm finishing my question. | 12:32:11 |
| 8 |     Q   Your answer? | 12:32:13 |
| 9 |     A   My answer, okay. And was submitted to the | 12:32:15 |
| 10 | attorneys, okay? And this looked -- I had no reason | 12:32:17 |
| 11 | to doubt it and to be willing to state that this is | 12:32:20 |
| 12 | accurate, but I have no independent verification of | 12:32:25 |
| 13 | it. | 12:32:28 |
| 14 |     Q   Okay. You signed this declaration under | 12:32:29 |
| 15 | oath, penalty of perjury, right? | 12:32:31 |
| 16 |     A   Yes, and I know Dr. Lo to be a man of | 12:32:32 |
| 17 | integrity, and I refuse to believe that he would lie | 12:32:35 |
| 18 | about which awards he won. That's easily | 12:32:37 |
| 19 | verifiable. | 12:32:40 |
| 20 |     Q   All right. Do you know specifically what | 12:32:42 |
| 21 | articles or area of science Dr. Lo was reviewing in | 12:32:49 |
| 22 | these journals in paragraph 50? | 12:32:54 |
| 23 |     A   I don't know specifically. I know, since | 12:32:57 |
| 24 | I review for a number of these journals myself, they | 12:32:59 |
| 25 | tend to send you articles in your known area of | 12:33:05 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 166

| | | |
|---|---|---|
| 1 | I'm -- I can't play games with you like this.  I | 12:46:04 |
| 2 | don't know. | 12:46:07 |
| 3 | BY MR. IANCU: | 12:46:07 |
| 4 |     Q   Take a look at paragraph 70 in your | 12:46:45 |
| 5 | report.  My question is:  On the second sentence | 12:46:48 |
| 6 | where you say, quote, "While researchers knew that | 12:47:30 |
| 7 | the very small number of fetal cells escape the | 12:47:35 |
| 8 | placenta, it was not known that cell-free DNA was | 12:47:38 |
| 9 | present in the maternal plasma in detectable | 12:47:42 |
| 10 | quantities," closed quote.  Do you see that | 12:47:45 |
| 11 | sentence? | 12:47:48 |
| 12 |     A   Yes, I do. | 12:47:48 |
| 13 |     Q   Do you agree with that sentence? | 12:47:49 |
| 14 |     A   Yes. | 12:47:50 |
| 15 |     Q   Why wasn't it known that cell-free DNA was | 12:47:57 |
| 16 | present in the maternal plasma in detectable | 12:48:01 |
| 17 | quantities? | 12:48:04 |
| 18 |     MR. HOLMES:  Objection.  Vague.  Calls for | 12:48:05 |
| 19 | speculation. | 12:48:06 |
| 20 |     THE WITNESS:  Why haven't we cured cancer | 12:48:07 |
| 21 | yet?  We -- | 12:48:10 |
| 22 | BY MR. IANCU: | 12:48:10 |
| 23 |     Q   I don't know.  That's not my question, | 12:48:11 |
| 24 | sir. | 12:48:12 |
| 25 |     A   Yes, it is because -- | 12:48:12 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 167

| | | |
|---|---|---|
| 1 | Q    Let me try, then -- let me ask a different | 12:48:15 |
| 2 | question.  Who was it that made it known that | 12:48:19 |
| 3 | cell-free DNA was present in the maternal plasma in | 12:48:20 |
| 4 | detectable quantities? | 12:48:24 |
| 5 | A    Dr. Lo and Wainscoat. | 12:48:26 |
| 6 | Q    Anyone else? | 12:48:32 |
| 7 | A    Dr. Lo and Wainscoat had the sentinel | 12:48:34 |
| 8 | discovery, which resulted in the Lancet paper, other | 12:48:38 |
| 9 | papers and ultimately in the patents in question and | 12:48:43 |
| 10 | are regarded in the field as the pioneers who found | 12:48:46 |
| 11 | this and learned how to use it when no one else in | 12:48:51 |
| 12 | the field actively working on it thought it could | 12:48:57 |
| 13 | possibly be done. | 12:48:59 |
| 14 | Q    In the next sentence where you begin with | 12:49:22 |
| 15 | "Indeed," do you see that next sentence? | 12:49:25 |
| 16 | A    Okay. | 12:49:27 |
| 17 | Q    It ends with, quote, "Nobody thought that | 12:49:28 |
| 18 | fetal cell-free DNA would be present," closed quote; | 12:49:31 |
| 19 | do you see that? | 12:49:39 |
| 20 | A    Yes. | 12:49:44 |
| 21 | Q    Which you mean is that nobody thought that | 12:49:45 |
| 22 | fetal cell-free DNA would be present in the plasma? | 12:49:46 |
| 23 | A    In the maternal plasma. | 12:49:50 |
| 24 | Q    Right?  Now, it was always there, right? | 12:49:54 |
| 25 | A    We now understand that it was there. | 12:50:01 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 168

| | | |
|---|---|---|
| 1 | Q    Okay.  Let's take a look at paragraph 72. | 12:50:03 |
| 2 | Go ahead and read that to yourself. | 12:50:15 |
| 3 | A    Okay. | 12:50:58 |
| 4 | Q    Can you please explain what you mean by | 12:51:16 |
| 5 | what's in paragraph 72? | 12:51:17 |
| 6 | A    Paragraph 72 is fundamentally a rehash of | 12:51:21 |
| 7 | the discussion that we had earlier this morning | 12:51:25 |
| 8 | where I talked about 100 units of A and 100 units of | 12:51:29 |
| 9 | B being the nonpregnant amount and that if a normal | 12:51:33 |
| 10 | fetus were contributing 10 percent, as is | 12:51:39 |
| 11 | articulated in paragraph 72, that one would then | 12:51:43 |
| 12 | expect 10 -- the 100 number to go to 110, but that | 12:51:47 |
| 13 | if there were a trisomy, one would expect it to go | 12:51:56 |
| 14 | to 115.  So it's exactly the same principle as what | 12:52:00 |
| 15 | I've described here. | 12:52:03 |
| 16 | Q    You conclude that paragraph with a | 12:52:13 |
| 17 | sentence that says, quote, "This is a relatively | 12:52:15 |
| 18 | small increase in chromosome 21 to detect," closed | 12:52:25 |
| 19 | quote. | 12:52:27 |
| 20 | A    Yes. | 12:52:27 |
| 21 | Q    What do you -- what's the point you're | 12:52:27 |
| 22 | making there? | 12:52:28 |
| 23 | A    The point I'm making, which, again, is | 12:52:28 |
| 24 | something I had said earlier, is that, depending | 12:52:29 |
| 25 | upon the fetal fraction -- I used the analogy | 12:52:33 |

| | | |
|---|---|---|
| 1 | Q   Correct. | 02:14:47 |
| 2 | A   Yes, that's what I said. | 02:14:47 |
| 3 | Q   By the way, what is an oligonucleotide? | 02:15:09 |
| 4 | A   It is a nucleotide of a small number of | 02:15:22 |
| 5 | base pairs. | 02:15:26 |
| 6 | Q   In paragraph 101 you say that, "Nucleic | 02:15:33 |
| 7 | acid from the fetus is made up of nucleic acid that | 02:15:49 |
| 8 | was inherited from the father and nucleic acid that | 02:15:52 |
| 9 | was inherited from the mother," correct? | 02:15:55 |
| 10 | A   Yes. | 02:16:00 |
| 11 | Q   Is that all there is in nucleic acid from | 02:16:08 |
| 12 | the fetus? | 02:16:12 |
| 13 | MR. HOLMES:  Objection.  Vague. | 02:16:15 |
| 14 | THE WITNESS:  I'm sorry.  Please repeat | 02:16:17 |
| 15 | that. | 02:16:18 |
| 16 | BY MR. IANCU: | 02:16:19 |
| 17 | Q   Does fetal nucleic acid have to be | 02:16:21 |
| 18 | inherited either from the mother or the father? | 02:16:25 |
| 19 | A   If there is a de novo mutation, it could | 02:16:32 |
| 20 | be inherited from neither, but fundamentally | 02:16:36 |
| 21 | 99.99 percent of a fetus's DNA will have come from | 02:16:40 |
| 22 | either the mother or the father. | 02:16:45 |
| 23 | Q   Nevertheless, there are situations where | 02:16:47 |
| 24 | fetal DNA is not inherited either from the mom or | 02:16:48 |
| 25 | the dad? | 02:16:52 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 188

| | | |
|---|---|---|
| 1 | A Incredibly rare, but yes. | 02:16:54 |
| 2 | Q Okay. Let's go to paragraph 104. Go | 02:17:31 |
| 3 | ahead and read that to yourself. | 02:17:33 |
| 4 | A Okay. | 02:17:58 |
| 5 | Q Others before Dr. Lo amplified and | 02:18:39 |
| 6 | detected nucleic acids, right? | 02:18:42 |
| 7 | A Yes. | 02:18:47 |
| 8 | Q In fact, traditional DNA diagnostics well | 02:18:47 |
| 9 | before 1997 traditionally involved three steps, | 02:18:52 |
| 10 | right: Sample preparation, amplification, and | 02:18:58 |
| 11 | detection, correct? | 02:19:00 |
| 12 | MR. HOLMES: Objection. Vague. | 02:19:01 |
| 13 | THE WITNESS: Commonly. | 02:19:02 |
| 14 | BY MR. IANCU: | 02:19:03 |
| 15 | Q And the others before Dr. Lo amplified and | 02:19:10 |
| 16 | detected nucleic acid in plasma or serum, true? | 02:19:12 |
| 17 | A Yes. | 02:19:17 |
| 18 | Q And, actually, amplifying and detecting | 02:19:24 |
| 19 | nucleic acids was done using fetal cells in maternal | 02:19:26 |
| 20 | blood for years before the '540 patent, right? | 02:19:32 |
| 21 | A Repeat that again, please. | 02:19:34 |
| 22 | Q Amplifying and detecting nucleic acids was | 02:19:37 |
| 23 | done using fetal cells in maternal blood for years | 02:19:41 |
| 24 | before the '540 patent, correct? | 02:19:43 |
| 25 | MR. HOLMES: I'm going to object to the | 02:19:45 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 189

| | | |
|---|---|---|
| 1 | extent it calls for a legal conclusion. | 02:19:47 |
| 2 | THE WITNESS: Actually, we were not able | 02:19:49 |
| 3 | to amplify fetal cells in maternal blood. That was | 02:19:50 |
| 4 | part of the problem. Couldn't get them to grow. | 02:19:54 |
| 5 | BY MR. IANCU: | 02:20:06 |
| 6 | Q Right. So let me ask it again. I'm not | 02:20:06 |
| 7 | asking about fetal cells. I'm asking a different | 02:20:10 |
| 8 | question. | 02:20:12 |
| 9 | Amplifying and detecting nucleic acid was | 02:20:13 |
| 10 | done using fetal cells in maternal blood for years | 02:20:18 |
| 11 | before the '540 patent, right? | 02:20:20 |
| 12 | MR. HOLMES: Objection. Vague. | 02:20:22 |
| 13 | THE WITNESS: And I will give you the same | 02:20:23 |
| 14 | answer I just -- | 02:20:25 |
| 15 | MR. HOLMES: Also to the extent it calls | 02:20:26 |
| 16 | for a legal conclusion. | 02:20:27 |
| 17 | THE WITNESS: I will give you the same | 02:20:28 |
| 18 | answer I gave you before, that the attempt to | 02:20:30 |
| 19 | amplify fetal nucleic acids in the fetal cells was | 02:20:35 |
| 20 | unsuccessful. | 02:20:40 |
| 21 | BY MR. IANCU: | 02:20:42 |
| 22 | Q Fetal cells that existed anywhere in the | 02:20:44 |
| 23 | maternal blood? | 02:20:46 |
| 24 | MR. HOLMES: Objection. Vague. | 02:20:49 |
| 25 | THE WITNESS: We were unable to get fetal | 02:20:50 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 257

| | | |
|---|---|---|
| 1 | the foregoing is true and correct.  Subscribed at | 05:22:51 |
| 2 | _____, California, this _____ day of | 05:22:51 |
| 3 | _____, 2012. | 05:22:51 |
| 4 | | 05:22:51 |
| 5 | | 05:22:51 |
| 6 | _____ | 05:22:51 |
| 7 | MARK I. EVANS, M.D. | 05:22:51 |
| 8 | | 05:22:51 |
| 9 | ---o0o--- | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

**CERTIFICATE OF REPORTER**

I, **CATHERINE A. RYAN**, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me first duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: April 30, 2012

_Catherine A. Ryan_
(CATHERINE A. RYAN, CSR NO. 8239)