# Exhibit 15



Figure 1 | **Alignment of Alu-subfamily consensus sequences.** The consensus sequence for the Alu Sx subfamily is shown at the top, with the sequences of progressively younger Alu subfamilies underneath. The dots represent the same nucleotides as the consensus sequence. Deletions are shown as dashes, and mutations are shown in coloured boxes; all are colour-coded according to the family in which the ancestral mutation arose. Each of the newer subfamilies, such as Ya5 or Yb8, has all the mutations of the ancestral Alu elements, as well as five or eight extra mutations, respectively, that are diagnostic for the particular Alu subfamily. This figure primarily illustrates the newer subfamilies and does not attempt to show many of the older Alu subfamilies.