| | |
|---|---|
| IRELL & MANELLA LLP<br>David I. Gindler (117824)<br>Andrei Iancu (184973)<br>Amir Naini (226627)<br>Lina F. Somait (263876)<br>Jason W. Sullivan (266760)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone:  (310) 277-1010<br>Facsimile:  (310) 203-7199<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>Ariosa Diagnostics, Inc. | KAYE SCHOLER LLP<br>Michael J. Malecek (171034)<br>Peter E. Root (142348)<br>Stephen Holmes (200727)<br>Two Palo Alto Square, Suite 400<br>3000 El Camino Real<br>Palo Alto, California 94306<br>Telephone:  (650) 319-4500<br>Facsimile:  (650) 319-4700<br><br>Attorneys for Defendant and Counterclaim Plaintiff<br>Sequenom, Inc.<br><br>*Additional counsel listed on signature page.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIOSA DIAGNOSTICS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>SEQUENOM, INC.,<br><br>            Defendant.<br><br>SEQUENOM, INC.,<br><br>            Counterclaim Plaintiff,<br><br>     vs.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>            Counterclaim Defendant,<br><br>     and<br><br>ISIS INNOVATION LIMITED,<br><br>            Nominal Counterclaim Defendant. | Case No. 3:11-cv-06391-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE ADR SCHEDULE** |

1     IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim Defendant
2  Ariosa Diagnostics, Inc. ("Ariosa"), Defendant and Counterclaim Plaintiff Sequenom, Inc.
3  ("Sequenom"), and Nominal Counterclaim Defendant Isis Innovation Limited ("Isis"), by and
4  through their counsel of record as follows:
5     WHEREAS the current deadline for the parties to participate in a private ADR session is
6  August 31, 2012;
7     WHEREAS the parties requested the current deadline be set on August 31, 2012 in part
8  due to the need to allow sufficient preparation time following the resolution of Sequenom's
9  motion for preliminary injunction;
10    WHEREAS the Court's disposition of Sequenom's motion for preliminary injunction has
11 been appealed by Sequenom;
12    WHEREAS Ariosa and Sequenom, in their filings on appeal to the United States Court of
13 Appeals for the Federal Circuit, have indicated that they are far apart in their settlement positions;
14    NOW, THEREFORE, the parties, by and through the undersigned counsel, hereby
15 stipulate to the following modification to the ADR schedule:

- The parties request that the August 31, 2012 deadline for the ADR session be continued and that a revised deadline for the ADR session be set at the case management conference to be held following the claim construction hearing for purposes of setting post-claim construction dates, which revised deadline would give the parties sufficient time to prepare for and participate in mediation after claim construction by this Court and a decision from the United States Court of Appeals for the Federal Circuit in the pending appeal.

SO STIPULATED.

Dated:  August 27, 2012                IRELL & MANELLA LLP

                                       By:   */s/ Jason W. Sullivan*
                                       Jason W. Sullivan
                                       Attorneys for Plaintiff and
                                       Counterclaim Defendant
                                       Ariosa Diagnostics, Inc.

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO CHANGE
ADR SCHEDULE
CASE NO. 3:11-CV-06391-SI                - 1 -

| | | |
|---|---|---|
| 1 | Dated: August 27, 2012 | KAYE SCHOLER LLP |
| 2 | | By:   */s/ Sean M. Boyle* |
| | | Sean M. Boyle |
| 3 | | Attorneys for Defendant and Counterclaim Plaintiff |
| 4 | | Sequenom, Inc. |
| 5 | Dated: August 27, 2012 | SATTERLEE STEPHENS BURKE & BURKE LLP |
| 6 | | |
| 7 | | By:   */s/ Mario Aieta* |
| | | Mario Aieta (*Pro Hac Vice*) |
| | | 230 Park Avenue, Suite 1130 |
| 8 | | New York, New York 10169 |
| | | Phone:  (212) 818-9200 |
| 9 | | Facsimile:  (212) 818-9606 |
| 10 | | BULLIVANT HOUSER BAILEY PC |
| | | C. Todd Norris (181337) |
| 11 | | 601 California Street, Suite 1800 |
| | | San Francisco, California 94108-2823 |
| 12 | | Phone:  (415) 352-2700 |
| | | Facsimile:  (415) 352-2701 |
| 13 | | |
| | | Attorneys for Nominal Counterclaim |
| 14 | | Defendant |
| | | Isis Innovation Limited |

### GENERAL ORDER ATTESTATION

I, Jason W. Sullivan, am the ECF user whose ID and password are being used to file the parties' **STIPULATION AND [PROPOSED] ORDER TO CHANGE ADR SCHEDULE**.  In compliance with General Order 45, X.B., I hereby attest that Sean M. Boyle, counsel for Sequenom, and Mario Aieta, counsel for Isis, have concurred in this filing.

   */s/ Jason W. Sullivan*

### ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated:   August 28, 2012

The Honorable Susan Illston
United States District Judge