**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIA DIAGNOSTICS, INC., | No. C 11-06391 SI |
| Plaintiff, | No. C 12-0132 SI |
| | No. C 12-0865 SI |
| v. | No. C 12-5501 SI |
| SEQUENOM, INC., | **ORDER RE LETTER BRIEFS** |
| Defendant. | |

The issues raised in the parties letter briefs, filed on February 20, 2013 and February 21, 2013, will be addressed at the Case Management Conference on April 19, 2013.

**IT IS SO ORDERED.**

Date: February 25, 2013

_____
SUSAN ILLSTON
United States District Judge