# Exhibit 12

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Western Division

Bergstrom, Inc.

                  Plaintiff,

v.
                                      Case No.: 3:12−cv−50254

                                      Honorable Matthew F. Kennelly

Idle Free Systems, Inc.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 21, 2013:

        MINUTE entry before Honorable Matthew F. Kennelly:Motion to stay [30] is granted. Matter is stayed pending the PTAB proceedings. Claim construction hearing set for 10/4/2013 is vacated. ; Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

MAHONEY,PATENT PROGRAM,TERMED
**United States District Court**
**Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1 (Rockford)**
**CIVIL DOCKET FOR CASE #: 3:12−cv−50254**

Bergstrom, Inc. v. Idle Free Systems, Inc.
Assigned to: Honorable Matthew F. Kennelly
Referred to: Honorable P. Michael Mahoney
Cause: 35:271 Patent Infringement

Date Filed: 07/05/2012
Date Terminated: 03/21/2013
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Bergstrom, Inc.**      represented by    **Scott D. Sherwin**
Morgan Lewis &Bockius LLP
77 West Wacker Drive
Chicago, IL 60601
(312) 324−1789
Fax: (312) 324−1001
Email: ssherwin@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Jason C. White**
Morgan Lewis &Bockius LLP
77 West Wacker Drive
Chicago, IL 60601
(312) 324−1775
Fax: (312) 324−1001
Email: jwhite@morganlewis.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Idle Free Systems, Inc.**     represented by    **Allen A Arntsen**
Foley &Lardner Llp
150 E. Gilman Street
P.o. Box 1497
Madison, WI 53701
(608) 258−4293
Email: aarntsen@foley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ruben Jose Rodrigues**
Foley &Lardner Llp
321 North Clark St.
Suite 2800
Chicago, IL 60654
(312) 832−4568
Email: rrodrigues@foley.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Idle Free Systems, Inc.**     represented by    **Allen A Arntsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruben Jose Rodrigues**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Bergstrom, Inc.**                                        represented by   **Scott D. Sherwin**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Jason C. White**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Idle Free Systems, Inc.**                                represented by   **Allen A Arntsen**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Ruben Jose Rodrigues**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Bergstrom, Inc.**                                        represented by   **Scott D. Sherwin**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Jason C. White**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2012 | 1 | COMPLAINT filed by Bergstrom, Inc.  Jury Demand. Filing fee    350, receipt number 0752−7320504.(White, Jason) Modified on 7/6/2012 (jat, ). (Exhibit to Complaint 7 ) (Entered: 07/05/2012) |
| 07/05/2012 | 2 | CIVIL Cover Sheet (White, Jason) (Entered: 07/05/2012) |
| 07/05/2012 | 3 | ATTORNEY Appearance for Plaintiff Bergstrom, Inc. by Jason C. White (White, Jason) (Entered: 07/05/2012) |
| 07/05/2012 | 4 | ATTORNEY Appearance for Plaintiff Bergstrom, Inc. by Scott D. Sherwin (Sherwin, Scott) (Entered: 07/05/2012) |
| 07/05/2012 | 5 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Bergstrom, Inc. (White, Jason) (Entered: 07/05/2012) |
| 07/05/2012 | 6 | Notice of Patent Claim by Bergstrom, Inc. (White, Jason) (Entered: 07/05/2012) |
| 07/05/2012 |  | THIS matter is referred to the Hon. P. Michael Mahoney pursuant to Internal Operating Procedure 11(d). Case assigned to District Judge Frederick J. Kapala. (jat, ) (Entered: 07/05/2012) |
| 07/05/2012 | 7 | Exhibit A to the Complaint 1 by Bergstrom, Inc. (Sherwin, Scott) (Entered: 07/05/2012) |
| 07/20/2012 | 8 | MIN TE entry before Honorable Frederick J. Kapala: The Clerk is to arrange for this case to be transferred to the Patent Case Pilot Program.Electronic notice (jat, ) (Entered: 07/20/2012) |
| 08/01/2012 | 9 | E EC TIVE COMMITTEE ORDER: It appearing that 12 C 50254, Bergstrom, Inc. v. Idle Free Systems, Inc., pending before the Hon. Frederick J. Kapala, has been identified for transfer to the Patent Case Pilot Program in which this Court is |

| | | |
|---|---|---|
| | | participating, therefore It is hereby ordered that 12 C 50254, Bergstrom, Inc. v. Idle Free Systems, Inc., is to be reassigned by lot to one of the district judges participating in the pilot program. Case reassigned to the Honorable Matthew F. Kennelly for all further proceedings. Signed by Executive Committee on 08/01/12. (ef, ) (Entered: 08/01/2012) |
| 09/04/2012 | 10 | MIN TE entry before Honorable Matthew F. Kennelly: Initial status hearing is set to 9:00 a.m. on 10/2/12 before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly s standing initial order, which may be found on his web page, located at http://www.ilnd.uscourts.gov/home/Judges.aspx . In addition, counsel are to submit by no later than 10/1/12 a completed copy of Local Patent Rules Appendix A. Counsel for plaintiff(s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that summons has been or is being served on each defendant. (mk) (Entered: 09/04/2012) |
| 09/21/2012 | | S MMONS Issued as to Defendant Idle Free Systems, Inc. (jn, ) (Entered: 09/21/2012) |
| 09/27/2012 | 11 | ATTORNEY Appearance for Defendant Idle Free Systems, Inc. by Ruben Jose Rodrigues (Rodrigues, Ruben) (Entered: 09/27/2012) |
| 09/27/2012 | 12 | MOTION for Leave to Appear Pro Hac Vice Filing fee 50, receipt number 0752−7597932. (Arntsen, Allen) (Entered: 09/27/2012) |
| 09/28/2012 | 13 | NOTICE of Motion by Allen A Arntsen for presentment of motion to appear pro hac vice 12 before Honorable Matthew F. Kennelly on 10/2/2012 at 09:30 AM. (Arntsen, Allen) (Entered: 09/28/2012) |
| 10/01/2012 | 14 | REPORT of Rule 26(f) Planning Meeting (White, Jason) (Entered: 10/01/2012) |
| 10/01/2012 | 17 | MIN TE entry before Honorable Matthew F. Kennelly: The motion 12 of Allen Arstsen for leave to appear pro hac vice is granted. Mr. Arntsen is directed to contact the Clerk s office to establish an e−filing account in this district. The motion hearing date of 10/2/2012 is vacated. Mailed notice (np, ) (Entered: 10/02/2012) |
| 10/02/2012 | 15 | MIN TE entry before Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held with attorneys for both sides. Telephone status hearing continued to 12/4/2012 at 09:00 AM. (or, ) (Entered: 10/02/2012) |
| 10/02/2012 | 16 | MIN TE entry before Honorable Matthew F. Kennelly: The Court enters the following schedule pursuant to this District s Local Patent Rules (LPR): 11/19/12 − Rule 26(a)(1) disclosures, LPR 2.1 disclosures, and fact discovery begins 12/3/12 − LPR 2.2 disclosures 12/17/12 − LPR 2.3 &2.4 disclosures 12/31/12 − LPR 2.5 disclosures 4/29/13 − LPR 3.1 disclosures 5/27/13 − LPR 3.2 disclosures 5/27/13 − last day to seek stay based on reexamination 6/10/13 − exchange of proposed claim terms per LPR 4.1 6/17/13 − meet and confer per LPR 4.1 7/8/13 − fact discovery closes per LPR 1.3 claim construction briefs are due 7/15/13 for party opposing infringment, 8/12/13 for party claiming infringement, and 8/26/13 for reply joint claim construction chart per LPR 4.2(f) is due 9/2/13. Claim construction hearing is set to 10/4/13 at 9:30 a.m. The Court calls the parties attention to its decision in Illinois Computer Research, LC v. Harpo Productions, Inc., 2010 WL 2136665 (May 26, 2010). (mk) (Entered: 10/02/2012) |
| 10/03/2012 | 18 | S MMONS Returned Executed by Bergstrom, Inc. as to Idle Free Systems, Inc. on 9/24/2012, answer due 10/15/2012. (White, Jason) (Entered: 10/03/2012) |
| 10/05/2012 | 19 | *First* AMENDED complaint by Bergstrom, Inc. against Idle Free Systems, Inc. (Attachments: 1 Exhibit A)(White, Jason) (Entered: 10/05/2012) |
| 10/19/2012 | 20 | ANSWER to amended complaint , CO NTERCLAIM filed by Idle Free Systems, Inc. against Bergstrom, Inc. . by Idle Free Systems, Inc. (Attachments: 1 Exhibit 1, 2 Exhibit 2, 3 Notice of Affiliates / Disclosure Statement)(Rodrigues, Ruben) (Entered: 10/19/2012) |
| 11/05/2012 | 21 | MOTION by Plaintiff Bergstrom, Inc., Counter Defendant Bergstrom, Inc. to dismiss *Idle Free's Counterclaim and Strike Its Affirmative Defense of Inequitable* |

| | | |
|---|---|---|
| | | *Conduct & Unenforceability* (Attachments: 1 Exhibit 1, 2 Exhibit 2)(White, Jason) (Entered: 11/05/2012) |
| 11/05/2012 | 22 | NOTICE of Motion by Jason C. White for presentment of motion to dismiss, 21 before Honorable Matthew F. Kennelly on 11/8/2012 at 09:30 AM. (White, Jason) (Entered: 11/05/2012) |
| 11/08/2012 | 23 | MIN TE entry before Honorable Matthew F. Kennelly: Motion to dismiss, 21 is entered and continued to 12/3/2012. Defendant has to and including 11/27/2012 to file amended answer and counterclaim, or response to motion to dismiss. Status hearing set for 12/3/2012 at 09:00 AM., with parties by telephone. Parties are to initiate the call to chambers, at 312/435−5618. (or, ) (Entered: 11/09/2012) |
| 11/27/2012 | 24 | *FIRST AMENDED* ANSWER to Complaint with Jury Demand , CO NTERCLAIM filed by Idle Free Systems, Inc. against Bergstrom, Inc. . by Idle Free Systems, Inc. (Attachments: 1 Exhibit 1, 2 Exhibit 2, 3 Exhibit 3, 4 Exhibit 4, 5 Exhibit 5)(Rodrigues, Ruben) (Entered: 11/27/2012) |
| 12/03/2012 | 25 | MIN TE entry before Honorable Matthew F. Kennelly: Telephone status hearing held with attorneys for both sides. Telephone hearing continued to 2/5/2013 at 9:30 Am. Motion to dismiss and strike is 21 terminated based on filing of amended answer and counterclaim. (or, ) (Entered: 12/03/2012) |
| 12/10/2012 | 26 | MOTION by Plaintiff Bergstrom, Inc., Counter Defendants Bergstrom, Inc., Bergstrom, Inc. for extension of time − *AGREED* (Sherwin, Scott) (Entered: 12/10/2012) |
| 12/10/2012 | 27 | NOTICE of Motion by Scott D. Sherwin for presentment of extension of time 26 before Honorable Matthew F. Kennelly on 12/13/2012 at 09:30 AM. (Sherwin, Scott) (Entered: 12/10/2012) |
| 12/12/2012 | 28 | MIN TE entry before Honorable Matthew F. Kennelly: Agreed motion to extend specific dates is granted. All other dates and deadlines not specifically referenced in the motion remain in effect. The motion hearing date of 12/13/12 is vacated. Mailed notice. (mr, ) (Entered: 12/13/2012) |
| 12/14/2012 | 29 | RESPONSE by Plaintiff Bergstrom, Inc. to answer to complaint, counterclaim,, 24 (White, Jason) (Entered: 12/14/2012) |
| 02/04/2013 | 30 | MOTION by Defendant Idle Free Systems, Inc. to stay *Inter Partes Partes Review of All Claims of Asserted Patent* (Attachments: 1 Exhibit A, 2 Exhibit B, 3 Exhibit C, 4 Exhibit D, 5 Exhibit E, 6 Exhibit F, 7 Exhibit G, 8 Exhibit H, 9 Exhibit I)(Rodrigues, Ruben) (Entered: 02/04/2013) |
| 02/04/2013 | 31 | NOTICE of Motion by Ruben Jose Rodrigues for presentment of motion to stay, 30 before Honorable Matthew F. Kennelly on 2/7/2013 at 09:30 AM. (Rodrigues, Ruben) (Entered: 02/04/2013) |
| 02/05/2013 | 32 | MIN TE entry before Honorable Matthew F. Kennelly: Neither side called in as ordered for the telephone status hearing that had been set for 9:00 AM today. The status hearing is continued to 2/7/2013 at 9:00 AM, and the motion hearing scheduled by counsel for 9:30 AM on that date is advanced to 9:00 AM. Counsel for both sides are ordered to appear in person. (mk) (Entered: 02/05/2013) |
| 02/07/2013 | 33 | MIN TE entry before Honorable Matthew F. Kennelly: Rule 16(b) status hearing held with attorneys for both sides. Response to defendant/counter−claimant Idle Free Systems, Inc. s motion to stay, 30 is to be filed by 2/21/2013 reply due by 3/7/2013. Ruling 3/11/2013 at 9:30 a.m. Mailed notice (meg, ) (Entered: 02/07/2013) |
| 02/21/2013 | 34 | RESPONSE by Bergstrom, Inc.in Opposition to MOTION by Defendant Idle Free Systems, Inc. to stay *Inter Partes Partes Review of All Claims of Asserted Patent* 30 (Attachments: 1 Exhibit A)(White, Jason) (Entered: 02/21/2013) |
| 03/07/2013 | 35 | REPLY by Idle Free Systems, Inc. to response in opposition to motion 34 (Attachments: 1 Exhibit A)(Rodrigues, Ruben) (Entered: 03/07/2013) |

| 03/09/2013 | 36 | MIN   TE entry before Honorable Matthew F. Kennelly: The Court advised counsel on 2/7/2013 that the ruling date on defendant s motion to stay would be 3/21/2013, but the order thereafter entered erroneously set the ruling date for 3/11/2013. The purported ruling date of 3/11/2013 is vacated and reset to 3/21/2013 at 09:30 AM. (mk) (Entered: 03/09/2013) |
| 03/21/2013 | 37 | MIN   TE entry before Honorable Matthew F. Kennelly:Motion to stay 30 is granted. Matter is stayed pending the PTAB proceedings. Claim construction hearing set for 10/4/2013 is vacated.   Civil case terminated. (or, ) (Entered: 03/21/2013) |