Exhibit 5

Express Mail Label No. EL375088070US



**PCT** 

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

## INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 6 : | | (11) International Publication Number: **WO 98/39474** |
|---|---|---|
| C12Q 1/68, G01N 33/53 | A1 | (43) International Publication Date: 11 September 1998 (11.09.98) |

| | |
|---|---|
| (21) International Application Number: PCT/GB98/00690 | (81) Designated States: AU, CA, JP, US, European patent (AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE). |
| (22) International Filing Date: 4 March 1998 (04.03.98) | |
| (30) Priority Data:<br>9704444.0        4 March 1997 (04.03.97)        GB | **Published**<br>*With international search report.*<br>*Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.* |
| (71) Applicant *(for all designated States except US):* ISIS INNO-VATION LIMITED [GB/GB]; 2 South Parks, Oxford OX1 3UB (GB). | |
| (72) Inventors; and | |
| (75) Inventors/Applicants *(for US only):* LO, Yuk–Ming, Dennis [GB/–]; Dept. of Chemical Pathology, The Chinese University of Hong Kong, Prince of Wales Hospital, Shatin, New Territories, Hong–kong (CN). WAINSCOAT, James, Stephen [GB/GB]; 14 Woodlands Close, Oxford OX3 7RY (GB). | |
| (74) Agent: PRIVETT, Kathryn, L.; Stevens, Hewlett & Perkins, 1 Serjeants' Inn, Fleet Street, London EC4Y 1LL (GB). | |

(54) Title: NON–INVASIVE PRENATAL DIAGNOSIS

(57) Abstract

The invention relates to a detection method performed on a maternal serum or plasma sample from a pregnant female, which method comprises detecting the presence of a nucleic acid of foetal origin in the sample. The invention enables non–invasive prenatal diagnosis including for example sex determination, blood typing and other genotyping, and detection of pre–eclampsia in the mother.

### *FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL | Albania | ES | Spain | LS | Lesotho | SI | Slovenia |
| AM | Armenia | FI | Finland , | LT | Lithuania | SK | Slovakia |
| AT | Austria | FR | France | LU | Luxembourg | SN | Senegal |
| AU | Australia | GA | Gabon | LV | Latvia | SZ | Swaziland |
| AZ | Azerbaijan | GB | United Kingdom | MC | Monaco | TD | Chad |
| BA | Bosnia and Herzegovina | GE | Georgia | MD | Republic of Moldova | TG | Togo |
| BB | Barbados | GH | Ghana | MG | Madagascar | TJ | Tajikistan |
| BE | Belgium | GN | Guinea | MK | The former Yugoslav | TM | Turkmenistan |
| BF | Burkina Faso | GR | Greece | | Republic of Macedonia | TR | Turkey |
| BG | Bulgaria | HU | Hungary | ML | Mali | TT | Trinidad and Tobago |
| BJ | Benin | IE | Ireland | MN | Mongolia | UA | Ukraine |
| BR | Brazil | IL | Israel | MR | Mauritania | UG | Uganda |
| BY | Belarus | IS | Iceland | MW | Malawi | US | United States of America |
| CA | Canada | IT | Italy | MX | Mexico | UZ | Uzbekistan |
| CF | Central African Republic | JP | Japan | NE | Niger | VN | Viet Nam |
| CG | Congo | KE | Kenya | NL | Netherlands | YU | Yugoslavia |
| CH | Switzerland | KG | Kyrgyzstan | NO | Norway | ZW | Zimbabwe |
| CI | Côte d'Ivoire | KP | Democratic People's | NZ | New Zealand | | |
| CM | Cameroon | | Republic of Korea | PL | Poland | | |
| CN | China | KR | Republic of Korea | PT | Portugal | | |
| CU | Cuba | KZ | Kazakstan | RO | Romania | | |
| CZ | Czech Republic | LC | Saint Lucia | RU | Russian Federation | | |
| DE | Germany | LI | Liechtenstein | SD | Sudan | | |
| DK | Denmark | LK | Sri Lanka | SE | Sweden | | |
| EE | Estonia | LR | Liberia | SG | Singapore | | |

**09/380696**

514 Rec'd F  **/PTO  0 3 SEP 1999**

PCT/GB98/00690

WO 98/39474    4 | PRTS

1

## NON-INVASIVE PRENATAL DIAGNOSIS

This invention relates to prenatal detection methods using non-invasive techniques.  In particular, it relates to prenatal diagnosis by

5    detecting foetal nucleic acids in serum or plasma from a maternal blood sample.

Conventional prenatal screening methods for detecting foetal abnormalities and for sex determination traditionally use foetal samples derived by invasive techniques such as amniocentesis and chorionic villus

10   sampling.  These techniques require careful handling and present a degree of risk to the mother and to the pregnancy.

More recently, techniques have been devised for predicting abnormalities in the foetus and possible complications in pregnancy, which use maternal blood or serum samples.  Three markers commonly used

15   include alpha-foetoprotein (AFP - of foetal origin), human chorionic gonadotrophin (hCG) and estriol, for screening for Down's Syndrome and neural tube defects.  Maternal serum is also currently used for biochemical screening for chromosomal aneuploidies and neural tube defects.  The passage of nucleated cells between the mother and foetus is now a well-

20   recognised phenomenon (Lo *et al* 1989; Lo *et al* 1996).  The use of foetal cells in maternal blood for non-invasive prenatal diagnosis (Simpson and Elias 1993) avoids the risks associated with conventional invasive techniques.  WO 91/08304 describes prenatal genetic determination using foetal DNA obtained from foetal cells in the maternal blood.  Considerable

25   advances have been made in the enrichment and isolation of foetal cells for analysis (Simpson and Elias 1993; Cheung *et al* 1996).  However, these techniques are time-consuming or require expensive equipment.

Recently, there has been interest in the use of plasma or serum-derived DNA for molecular diagnosis (Mulcahy *et al* 1996).  In

30   particular, it has been demonstrated that tumour DNA can be detected by

2

the polymerase chain reaction (PCR) in the plasma or serum of some patients (Chen *et al* 1996; Nawroz *et al* 1996).

GB 2 299 166 describes non-invasive cancer diagnosis by detection of K-*ras* and N-*ras* gene mutations using PCR-based techniques.

5       It has now been discovered that foetal DNA is detectable in maternal serum or plasma samples. This is a surprising and unexpected finding; maternal plasma is the very material that is routinely discarded by investigators studying non-invasive prenatal diagnosis using foetal cells in maternal blood. The detection rate is much higher using serum or plasma

10     than using nucleated blood cell DNA extracted from a comparable volume of whole blood, suggesting that there is enrichment of foetal DNA in maternal plasma and serum. In fact, the concentration of foetal DNA in maternal plasma expressed as a % of total DNA has been measured as from 0.39% (the lowest concentration measured in early pregnancy), to as

15     high as 11.4% (in late pregnancy), compared to ratios of generally around 0.001% and up to only 0.025% for cellular fractions (Hamada *et al* 1993). It is important that foetal DNA is found in maternal plasma as well as serum because this indicates that the DNA is not an artefact of the clotting process.

20     This invention provides a detection method performed on a maternal serum or plasma sample from a pregnant female, which method comprises detecting the presence of a nucleic acid of foetal origin in the sample. The invention thus provides a method for prenatal diagnosis.

The term "prenatal diagnosis" as used herein covers

25     determination of any maternal or foetal condition or characteristic which is related to either the foetal DNA itself or to the quantity or quality of the foetal DNA in the maternal serum or plasma. Included are sex determination, and detection of foetal abnormalities which may be for example chromosomal aneuploidies or simple mutations. Also included is

30     detection and monitoring of pregnancy-associated conditions such as pre-

WO 98/39474                                              PCT/GB98/00690

3

eclampsia which result in higher or lower than normal amounts of foetal DNA being present in the maternal serum or plasma.  The nucleic acid detected in the method according to the invention may be of a type other than DNA e.g. mRNA.

5          The maternal serum or plasma sample is derived from the maternal blood.  As little as 10μl of serum or plasma can be used.  However it may be preferable to employ larger samples in order to increase accuracy.  The volume of the sample required may be dependent upon the condition or characteristic being detected.  In any case, the

10        volume of maternal blood which needs to be taken is small.

The preparation of serum or plasma from the maternal blood sample is carried out by standard techniques.  The serum or plasma is normally then subjected to a nucleic acid extraction process.  Suitable methods include the methods described herein in the examples, and

15        variations of those methods.  Possible alternatives include the controlled heating method described by Frickhofen and Young (1991).  Another suitable serum and plasma extraction method is proteinase K treatment followed by phenol/chloroform extraction.  Serum and plasma nucleic acid extraction methods allowing the purification of DNA or RNA from larger

20        volumes of maternal sample increase the amount of foetal nucleic acid material for analysis and thus improve the accuracy.  A sequence-based enrichment method could also be used on the maternal serum or plasma to specifically enrich for foetal nucleic acid sequences.

An amplification of foetal DNA sequences in the sample is

25        normally carried out.  Standard nucleic acid amplification systems can be used, including PCR, the ligase chain reaction, nucleic acid sequence based amplification (NASBA), branched DNA methods, and so on.  Preferred amplification methods involve PCR.

The method according to the invention may be particularly

30        useful for sex determination which may be carried out by detecting the

WO 98/39474                                                    PCT/GB98/00690

4

presence of a Y chromosome. It is demonstrated herein that using only 10µl of plasma or serum a detection rate of 80% for plasma and 70% for serum can be achieved. The use of less than 1ml of maternal plasma or serum has been shown to give a 100% accurate detection rate.

5          The method according to the invention can be applied to the detection of any paternally-inherited sequences which are not possessed by the mother and which may be for example genes which confer a disease phenotype in the foetus. Examples include:

a)    Foetal rhesus D status determination in rhesus negative mothers
10          (Lo *et al* 1993). This is possible because rhesus D positive individuals possess the rhesus D gene which is absent in rhesus D negative individuals. Therefore, the detection of rhesus D gene sequences in the plasma and serum of a rhesus D negative mother is indicative of the presence of a rhesus D positive foetus. This
15          approach may also be applied to the detection of foetal rhesus D mRNA in maternal plasma and serum.

b)    Haemoglobinopathies (Camaschella *et al* 1990). Over 450 different mutations in the beta-globin gene have been known to cause beta-thalassaemia. Provided that the father and mother carry different
20          mutations, the paternal mutation can be used as an amplification target on maternal plasma and serum, so as to assess the risk that the foetus may be affected.

c)    Paternally-inherited DNA polymorphisms or mutations. Paternally-inherited DNA polymorphisms or mutations present on either a Y or
25          a non-Y chromosome, can be detected in maternal plasma and serum to assess the risk of the foetus being affected by a particular disease by linkage analysis. Furthermore, this type of analysis can also be used to ascertain the presence of foetal nucleic acid in a particular maternal plasma or serum sample, prior to diagnostic
30          analysis such as sex determination. This application will require the prior genotyping of the father and mother using a panel of

5

polymorphic markers and then an allele for detection will be chosen which is present in the father, but is absent in the mother.

The plasma or serum-based non-invasive prenatal diagnosis method according to the invention can be applied to screening for Down's

5    Syndrome and other chromosomal aneuploidies.  Two possible ways in which this might be done are as follows:

a)   It has been found that in pregnancy involving foetuses with chromosomal aneuploidies e.g. Down's Syndrome, the level of foetal cells circulating in maternal blood is higher than in

10          pregnancies involving normal foetuses (Bianchi *et al* 1996). Following the surprising discovery disclosed herein that foetal DNA is present in maternal plasma and serum, it has also been demonstrated that the level of foetal DNA in maternal plasma and serum is higher in pregnancies where the foetus has a

15          chromosomal aneuploidy than in normal pregnancies. Quantitative detection of foetal nucleic acid in the maternal plasma or serum e.g. a quantitative PCR assay, can be used to screen pregnant women for chromosomal aneuploidies.

b)   A second method involves the quantitation of foetal DNA

20          markers on different chromosomes.  For example, for a foetus affected by Down's Syndrome the absolute quantity of foetal chromosomal 21-derived DNA will always be greater than that from the other chromosomes.  The recent development of very accurate quantitative PCR techniques, such as real time

25          quantitative PCR (Heid *et al* 1996) facilitates this type of analysis.

Another application of the accurate quantitation of foetal nucleic acid levels in the maternal serum or plasma is in the molecular monitoring of certain placental pathologies, such as pre-eclampsia.  The

30    concentration of foetal DNA in maternal serum and plasma is elevated in

WO 98/39474                                                PCT/GB98/00690

6

pre-eclampsia.  This is probably due to the placental damage which
occurs.

It is anticipated that it will be possible to incorporate the
nucleic acid-based diagnosis methods described herein into existing
5    prenatal screening programmes.  Sex determination has successfully been
performed on pregnancies from 7 to 40 weeks of gestation.

In the attached figures:

Figure 1 shows increased foetal DNA in aneuploid pregnancies compared
to control pregnancies;

10   Figure 2 shows increased foetal DNA in pre-eclampsia compared to control
pregnancies;

Figure 3 shows an amplification curve and threshold cycle for real time
quantitative PCR;

Figure 4 shows foetal DNA concentrations in maternal samples for a
15   number of subjects at different stages of gestation.

The invention will now be illustrated in the following
Examples, which do not in any way limit the scope of the invention.


20                                  **EXAMPLES**

**Example 1**

**Analysis of foetal DNA for sex determination**

**Patients**

Pregnant women attending the Nuffield Department of
25   Obstetrics & Gynaecology, John Radcliffe Hospital, Oxford were recruited
prior to amniocentesis or delivery.  Ethics approval of the project was
obtained from the Central Oxfordshire Research Ethics Committee.
Informed consent was sought in each case. Five to ten ml of maternal
peripheral blood was collected into an EDTA and a plain tube.  For women
30   undergoing amniocentesis, maternal blood was always collected prior to

7

the procedure and 10 ml of amniotic fluid was also collected for foetal sex
determination.  For women recruited just prior to delivery, foetal sex was
noted at the time of delivery.  Control blood samples were also obtained
from 10 non-pregnant female subjects and further sample processing was

5  as for specimens obtained from pregnant individuals.

**Sample preparation**

Maternal blood samples were processed between 1 to 3
hours following venesection.  Blood samples were centrifuged at 3000g
and plasma and serum were carefully removed from the EDTA-containing

10  and plain tubes, respectively, and transferred into plain polypropylene
tubes.  Great care was taken to ensure that the buffy coat or the blood clot
was undisturbed when plasma or serum samples, respectively, were
removed.  Following removal of the plasma samples, the red cell pellet and
buffy coat were saved for DNA extraction using a Nucleon DNA extraction

15  kit (Scotlabs, Strathclyde, Scotland, U.K.).  The plasma and serum
samples were then subjected to a second centrifugation at 3000g and the
recentrifuged plasma and serum samples were collected into fresh
polypropylene tubes.  The samples were stored at -20$^\circ$C until further
processing.

20  **DNA extraction from plasma and serum samples**

Plasma and serum samples were processed for PCR using a
modification of the method of Emanuel and Pestka (1993).  In brief, 200 $\mu$l
of plasma or serum was put into a 0.5ml eppendorf tube.  The sample was
then heated at 99$^\circ$C for 5 minutes on a heat block.  The heated sample

25  was then centrifuged at maximum speed using a microcentrifuge.  The
clear supernatant was then collected and 10 $\mu$l was used for PCR.

**DNA extraction from amniotic fluid**

The amniotic fluid samples were processed for PCR using
the method of Rebello *et al* (1991).  One hundred $\mu$l of amniotic fluid was

30  transferred into a 0.5 ml eppendorf tube and mixed with an equal volume of

WO 98/39474                                                      PCT/GB98/00690

8

10% Chelex-100 (Bio-Rad).  Following the addition of 20 µl of mineral oil to prevent evaporation, the tube was incubated at 56°C for 30 minutes on a heat block.  Then, the tube was vortexed briefly and incubated at 99°C for 20 minutes.  The treated amniotic fluid was stored at 4°C until PCR and 10 µl was used in a 100µl reaction.

5

**Polymerase chain reaction (PCR)**

The polymerase chain reaction (PCR) was carried out essentially as described (Saiki *et al* 1988) using reagents obtained from a GeneAmp DNA Amplification Kit (Perkin Elmer, Foster City, CA, USA).

10  The detection of Y-specific foetal sequence from maternal plasma, serum and cellular DNA was carried out as described using primers Y1.7 and Y1.8, designed to amplify a single copy Y sequence (DYS14) (Lo *et al* 1990).  The sequence of Y1.7 is 5' CAT CCA GAG CGT CCC TGG CTT 3' [SEQ ID NO: 1] and that of Y1.8 is 5' CTT TCC ACA GCC ACA TTT GTC

15  3' [SEQ ID NO: 2].  The Y-specific product was 198 bp.  Sixty cycles of Hot Start PCR using Ampliwax technology were used on 10 µl of maternal plasma or serum or 100 ng of maternal nucleated blood cell DNA (denaturation step of 94°C 1 minute and a combined reannealing/extension step of 57°C 1 minute).  Forty cycles were used for

20  amplification of amniotic fluid.  PCR products were analysed by agarose gel electrophoresis and ethidium bromide staining.  PCR results were scored before the foetal sex was revealed to the investigator.

**Results**

25  <u>Sensitivity of PCR assay</u>

Serial dilutions of male genomic DNA in 1 µg of female genomic DNA were performed and amplified by the Y-PCR system using 60 cycles of amplification.  Positive signals were detected up to the 100,000 dilution, i.e., approximately the equivalent of a single male cell.

30  <u>Amplification of foetal DNA sequence from maternal plasma and serum</u>

9

Maternal plasma and serum samples were collected from 43 pregnant women with gestational ages from 12 to 40 weeks.  There were 30 male foetuses and 13 female foetuses.  Of the 30 women bearing male foetuses, Y-positive signals were detected in 24 plasma samples and 21

5      serum samples, when 10 $\mu$l of the respective samples was used for PCR. When nucleated blood cell DNA was used for Y-PCR, positive signals were only detected in 5 of the 30 cases.  None of the 13 women bearing female foetuses and none of the 10 non-pregnant female controls resulted in a positive Y signal when either plasma, serum or cellular DNA was amplified.

10    Accuracy of this technique, even with serum/plasma samples of only 10 $\mu$l, is thus very high and most importantly it is high enough to be useful.  It will be evident that accuracy can be improved to 100% or close to 100%, for example by using a larger volume of serum or plasma.


15    <u>Example 2</u>

**Quantitative analysis of foetal DNA in maternal serum in aneuploid pregnancies**

The prenatal screening and diagnosis of foetal chromosomal aneuploidies is an important part of modern obstetrical care.  Due to the

20    risks associated with invasive procedures such as amniocentesis and the impracticability of performing screening with invasive methods, much effort has been devoted to the development of non-invasive screening methods for foetal chromosomal aneuploidies.  The two main non-invasive methods which have been developed are maternal serum biochemical screening

25    and ultrasound examination for nuchal translucency.  These methods are both associated with significant false-positive and false-negative rates.

The demonstration of foetal nucleated cells in maternal circulation offers a new source of foetal material for the non-invasive diagnosis of foetal chromosomal aneuploidies (Simpson *et al* 1993).  By

30    the use of foetal nucleated cell enrichment protocols, several groups have

Case 3:11-cv-06391-SI   Document 200-12   Filed 07/03/13   Page 13 of 88

10

reported the detection of aneuploid foetal nucleated cells isolated from
maternal blood (Elias *et al* 1992; Bianchi *et al* 1992).  Recently, it has been
demonstrated that there is increased foetal nucleated cell number in
maternal circulation when the foetus is suffering from a chromosomal
5      aneuploidy (Bianchi *et al* 1997).

### Patients samples

Blood samples from pregnant women undergoing prenatal
testing were collected prior to any invasive procedure.  The foetal
karyotype was confirmed by cytogenetic analysis of amniotic fluid or
10     chorionic villus samples.  Approval was obtained from the Research Ethics
Committee of The Chinese University of Hong Kong.  Blood samples were
collected into plain tubes.  Following blood clotting, the samples were
centrifuged at 3000 g, and serum were carefully removed and transferred
into plain polypropylene tubes. The samples were stored at -70 °C or -20
15     °C until further processing.

### DNA extraction from plasma and serum samples

DNA from serum samples were extracted using a QIAamp
Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid
protocol" as recommended by the manufacturer (Chen *et al* 1996).  Four
20     hundred to 800 µl of plasma/serum sample was used for DNA extraction
per column.  The exact amount used was documented to enable the
calculation of target DNA concentration.

### Real time quantitative PCR

Theoretical and practical aspects of real time quantitative
25     PCR were previously described by Heid *et al* (1996).  Real time
quantitative PCR analysis was performed using a PE Applied Biosystems
7700 Sequence Detector (Foster City, CA, U.S.A.) which is essentially a
combined thermal cycler/fluorescence detector with the ability to monitor
the progress of individual PCR reactions optically.  The amplification and
30     product reporting system used is based on the 5' nuclease assay (Holland

Case 3:11-cv-06391-SI   Document 200-12   Filed 07/03/13   Page 14 of 88

11

*et al* 1991) (the TaqMan assay as marketed by Perkin-Elmer).  In this system, apart from the two amplification primers as in conventional PCR, a dual labeled fluorogenic hybridisation probe is also included (Lee *et al* 1993; Livak *et al* 1995).  One fluorescent dye serves as a reporter (FAM,

5   i.e., 6-carboxyfluorescein) and its emission spectra is quenched by a second fluorescent dye (TAMRA, i.e., 6-carboxy-tetramethylrhodamine). During the extension phase of PCR, the 5' to 3'-exonuclease activity of the *Taq* DNA polymerase cleaves the reporter from the probe thus releasing it from the quencher, resulting in an increase in fluorescent emission at 518

10  nm.  The PE Applied Biosystems 7700 Sequence Detector is able to measure the fluorescent spectra of the 96 amplification wells continuously during DNA amplification and the data are captured onto a Macintosh computer (Apple Computer, Cupertino, CA, U.S.A.).

         The SRY TaqMan system consisted of the amplification

15  primers SRY-109F, 5'-TGG CGA TTA AGT CAA ATT CGC-3' [SEQ ID NO:3]; SRY-245R, 5'-CCC CCT AGT ACC CTG ACA ATG TAT T-3' [SEQ ID NO:4]; and a dual labeled fluorescent TaqMan probe SRY-142T, 5'-(FAM)AGC AGT AGA GCA GTC AGG GAG GCA GA(TAMRA)-3' [SEQ ID NO: 5].  Primer/probe combinations were designed using the Primer

20  Express software (Perkin-Elmer, Foster City, CA, U.S.A.).  Sequence data for the SRY gene were obtained from the GenBank Sequence Database (accession number L08063).

         TaqMan amplification reactions were set up in a reaction volume of 50 µl using components (except TaqMan probe and

25  amplification primers) supplied in a TaqMan PCR Core Reagent Kit (Perkin-Elmer, Foster City, CA, U.S.A.).  The SRY TaqMan probe were custom-synthesised by PE Applied Biosystems.  PCR primers were synthesised by Life Technologies (Gaithersburg, MD, U.S.A.).  Each reaction contained 5 µl of 10X buffer A, 300 nM of each amplification

30  primers, 100 nM of the SRY TaqMan probe, 4 mM $MgC1_2$, 200 µM each of

WO 98/39474                                                    PCT/GB98/00690

12

dATP, dCTP and dGTP, 400 μM dUTP, 1.25 units of AmpliTaq Gold and

0.5 unit AmpErase uracil N-glycosylase.  Five to ten μl of the extracted

serum DNA was used for amplification.  The exact amount used was

recorded for subsequent concentration calculation.  DNA amplifications

5     were carried out in 96-well reaction plates that were frosted by the

manufacturer to prevent light reflection and were closed using caps

designed to prevent light scattering (Perkin-Elmer, Foster City, CA, U.S.A.).

Each sample was analysed in duplicate.  A calibration curve was run in

parallel and in duplicate with each analysis.  The conversion factor of 6.6

10    pg of DNA per cell was used for expressing the results as copy numbers.

Thermal cycling was initiated with a 2-minute incubation at 50

°C for the uracil N-glycosylase to act, followed by a first denaturation step

of 10 minutes at 95 °C.  Then, 40 cycles of 95 °C for 15 s and 60°C for 1

minute were carried out.

15    Amplification data collected by the 7700 Sequence Detector

and stored in the Macintosh computer were then analysed using the

Sequence Detection System (SDS) software developed by PE Applied

Biosystems. The mean quantity of each duplicate was used for further

concentration calculation.  The concentration expressed in copies/ml was

20    calculated using the following equation:

$$C = Q \times \frac{V_{DNA}}{V_{PCR}} \times \frac{1}{V_{ext}}$$

where          C = target concentration in plasma or serum (copies/ml);

Q = target quantity (copies) determined by sequence detector

25    in a PCR;

$V_{DNA}$ = total volume of DNA obtained following extraction,

typically 50 μl per Qiagen extraction;

$V_{PCR}$ = volume of DNA solution used for PCR, typically 5-10μl

$V_{ext}$   = volume of plasma/serum extracted, typically 400-800μl

13

**Anti-contamination measures**

Strict precautions against PCR contamination were used
(Kwok *et al* 1989).  Aerosol-resistant pipette tips were used for all liquid
5    handling.  Separate areas were used for the setting up of amplification
reactions, the addition of DNA template and the carrying out of
amplification reactions.  The 7700 Sequence Detector offered an extra
level of protection in that its optical detection system obviated the need to
reopen the reaction tubes following the completion of the amplification
10    reactions, thus minimising the possibility of carryover contamination.  In
addition, the TaqMan assay also included a further level of anti-
contamination measure in the form of pre-amplification treatment using
uracil N-glycosylase which destroyed uracil containing PCR products
(Longo *et al* 1990). Multiple negative water blanks were included in every
15    analysis.

**Results**

**Development of real time quantitative PCR**

To determine the dynamic range of real time quantitative
20    PCR, serial dilutions of male DNA were made in water consisting of the
DNA equivalent from 1,000 cells to 1 cell and subjected to analysis by the
SRY TaqMan system.  The fewer the number of target molecules, the more
amplification cycles were needed to produce a certain quantity of reporter
molecules.  The system was sensitive enough to detect the DNA
25    equivalent from a single target cell.

A parameter, termed the threshold cycle ($C_T$) could be
defined which was set at 10 standard deviations above the mean base-line
fluorescence calculated from cycles 1 to 15 and was proportional to the
starting target copy number used for amplification (Heid *et al* 1996).  A plot
30    of the threshold cycle ($C_T$)  against the input target quantity, with the latter

14

plotted on a common log scale, demonstrated the large dynamic range and
accuracy of real time quantitative PCR.

5
The real time quantitative SRY system was insensitive to the
existence of background female DNA from 0 to 12,800 female genome-
equivalents.  This greatly simplified the application of this system as
separate calibration curves did not have to be constructed for different
cases due to the presence of different concentrations of foetal and
maternal DNA.

**Quantitative analysis of foetal SRY gene from maternal serum from**
10   **aneuploid and control pregnancies**

Real time quantitative SRY PCR was carried out for serum
DNA extracted from women bearing aneuploid and normal foetuses.  Data
from individual cases are plotted in Figure I.  Foetal DNA concentration
was higher in aneuploid than control pregnancies (Mann-Whitney U Test,
15   p=0.006).


**Discussion**

In this study we demonstrate that the concentration of foetal
DNA in maternal serum is elevated in aneuploid pregnancies.  These
20   results indicate that foetal DNA quantitation has the potential to be used as
a new screening marker for foetal chromosomal aneuploidies.  A large
scale population-based study could be carried out to develop cutoff values
for screening purposes.  It would also be useful to investigate the
correlation of foetal DNA concentration with the other biochemical markers
25   for maternal serum biochemical screening.

The mechanism(s) by which increased amounts of foetal
DNA is liberated into maternal circulation in aneuploid pregnancies require
further research.  One possibility is related to the increased numbers of
foetal nucleated cells which are released into the maternal blood in
30   aneuploid pregnancies (Bianchi et al 1997).  Another possible mechanism

15

may be increased cell death or turnover which may be associated with
chromosomal aneuploidies.


## Example 3

5   **Non-invasive prenatal determination of foetal RhD status from plasma
of RhD-negative pregnant women**


### Introduction

The rhesus blood group system is important in transfusion
10   and clinical medicine, being involved in haemolytic disease of the newborn,
transfusion reactions and autoimmune haemolytic anaemia.  Despite the
widespread use of rhesus immunoglobulin prophylaxis in rhesus D (RhD)-
negative mothers, rhesus isoimmunisation still occurs.  In those cases
where the father is heterozygous for RhD gene, there is a 50% chance that
15   the foetus is RhD-positive and 50% chance that the foetus is RhD-
negative.  The prenatal determination of foetal RhD status in these cases
is clinically useful because no further prenatal invasive testing or
therapeutic manoeuvres are necessary if the foetus can be shown to be
RhD-negative.
20   Advances towards this goal have been made possible
recently through the cloning of the human RhD gene (Le Van Kim *et al*
1992) and the demonstration that RhD-negative individuals lack the RhD
gene (Colin *et al* 1991).  Prenatal determination of foetal RhD status has
been performed using PCR-based techniques on amniotic fluid samples
25   (Bennett *et al* 1993).
A number of groups have also investigated the possibility of
using foetal cells in maternal blood for the determination of foetal RhD
status (Lo *et al* 1993).  The main problem with this approach is that the
system is not sufficiently reliable without foetal cell enrichment or isolation
30   procedure as demonstrated by the high false-positive and false-negative

16

rates on unenriched samples.  Foetal cell enrichment or isolation
procedures, on the other hand, are tedious and expensive to perform
(Geifman-Holtzman *et al* 1996; Sekizawa *et al* 1996).

5          Our discovery of the presence of foetal DNA in maternal
plasma and serum offers a new approach for non-invasive prenatal
diagnosis.


**Materials and Methods**
**Patients**
10          Pregnant women attending the Nuffield Department of
Obstetrics & Gynaecology were recruited with informed consent.  Approval
of the project was obtained from the Central Oxfordshire Research Ethics
Committee.  Women in the second trimester of pregnancy were recruited
just prior to amniocentesis.  Blood samples were collected prior to any
15   invasive procedures.  Ten ml of amniotic fluid was also collected for foetal
RhD genotyping.  Women in the third trimester of pregnancy were recruited
just prior to delivery.  A sample of cord blood was taken following delivery
for the ascertainment of foetal RhD status by serological methods.
**Sample preparation**
20          Blood samples were collected into tubes containing EDTA.
The samples were centrifuged at 3000 g, and plasma was carefully
removed and transferred into plain polypropylene tubes.  Great care was
taken to ensure that the buffy coat was not disturbed.  The buffy coat
samples were stored at -20 °C until further processing.  The plasma
25   samples were then recentrifuged at 3000 g and plasma was again carefully
removed and transferred into a fresh set of plain polypropylene tubes.  The
samples were stored at -20 °C until further processing.

17

**DNA extraction from plasma and serum samples**

DNA from plasma and buffy coat samples were extracted using a QIAamp Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid protocol" as recommended by the manufacturer (Cher *et al*

5   1996).  Eight hundred µl of plasma sample and 200 µl of buffy coat sample was used for DNA extraction per column.

**Real time quantitative PCR**

Real time quantitative PCR analysis was performed as described in Example 2 with the following modifications.

10   The RhD TaqMan system consisted of the amplification primers RD-A: 5'-CCT CTC ACT GTT GCC TGC ATT-3' [SEQ ID NO: 6]; RD-B: 5'-AGT GCC TGC GCG AAC ATT-3' [SEQ ID NO: 7]; and a dual labelled fluorescent TaqMan probe RD-T,5'-(FAM)TAC GTG AGA AAC GCT CAT GAC AGC AAA GTC T(TAMRA)-3' [SEQ ID NO: 8].

15   Primer/probe combinations were designed using the Primer Express software (Perkin-Elmer, Foster City, CA, U.S.A.).  Sequence data for the RhD gene were as previously described (Le Van Kim *et al* 1992).

The beta-globin TaqMan system consisted of the amplification primers beta-globin-354F, 5'-GTG CAC CTG ACT CCT GAG

20   GAG A-3' [SEQ ID NO: 9]; beta-globin-455R, 5'-CCT TGA TAC CAA CCT GCC CAG-3'; and a dual labelled fluorescent TaqMan probe beta-globin-402T, 5'-(FAM)AAG GTG AAC GTG GAT GAA GTT GGT GG(TAMRA)-3' [SEQ ID NO: 10].  Primer/probe combinations were designed using the Primer Express software (Perkin-Elmer, Poster City, CA, U.S.A.).

25   Sequence data were obtained from the GenBank Sequence Database: accession number U01317.

18

## Results

### Development of real time TaqMan PCR

The real time sequence detector is able to measure the
5    fluorescence intensity of the liberated reporter molecules cycle after cycle.
A parameter, termed the threshold cycle ($C_T$), could be defined which was
set at 10 standard deviations above the mean base-line fluorescence
calculated from cycles 1 to 15 (Heid *et al* 1996).  An amplification reaction
in which the fluorescence intensity rises above the threshold during the
10   course of thermal cycling is defined as a positive reaction.

To determine the sensitivity of TaqMan PCR, serial dilutions
of genomic DNA isolated from a RhD-positive individual were made in
water consisting of the DNA equivalent from 1,000 cells to 1 cell and
subjected to analysis by the SRY TaqMan system.  The fewer the number
15   of target molecules, the more amplification cycles were needed to produce
a certain quantity of reporter molecules.  The system was sensitive enough
to detect the DNA equivalent from a single target cell.

### Correlation of serology and genotyping of the RhD-negative women

The 21 pregnant women enrolled in this study were all
20   serologically RhD-negative.  Genomic DNA (10 ng) isolated from the buffy
coat from each woman was subjected to the RhD TaqMan assay and in
each case a negative result was found; thus demonstrating complete
correlation between the serology and genotyping.

### RhD genotyping from DNA isolated from maternal plasma

25   DNA extracted from the plasma of the 21 RhD-negative
pregnant women were subjected to the RhD TaqMan assay.  There was
complete correlation between the foetal RhD genotype predicted from
maternal plasma analysis and the result obtained from genotyping the
amniotic fluid and serological testing of the cord blood (Table 1).

19

As a control for the amplifiability of DNA extracted from maternal plasma, these samples were also subjected to the beta-globin TaqMan assay.  In every case, a positive TaqMan signal was generated.

5    **Discussion**

In this study we have demonstrated the feasibility of performing non-invasive foetal RhD genotyping from maternal plasma. This represents the first description of single gene diagnosis from maternal plasma.  Our results indicate that this form of genotyping is highly accurate

10   and can potentially be used for clinical diagnosis.  This high accuracy is probably the result of the high concentration of foetal DNA in maternal plasma.

The rhesus family of polypeptides are encoded by two related genes: the CcEe gene and the RhD gene (Le Van Kim *et al* 1992; Chérif-

15   Zahar *et al* 1990).  Due to the complexity of the Rh genetic systems, a number of primer sets have been described for RhD genotyping (Bennet *et al* 1993; Lo *et al* 1993; Aubin *et al* 1997).  In order to ensure the accuracy of our genotyping system in the study samples, we performed a control genotyping of buffy coat DNA of our patient population.  In all cases there

20   was complete correlation between serology and genotype.  It is likely that for robust clinical diagnosis, multiple primer sets are preferred.  The TaqMan chemistry can easily accommodate the inclusion of multiple primer/probe sets.

The correlation between the severity of foetal haemolytic

25   disease and maternal and-D level is an area which required further investigation.  It is possible that increased amount of foetal DNA is liberated into the maternal circulation in the presence of increased foetal haemolysis.

WO 98/39474                                                      PCT/GB98/00690

20

## Table 1

**RhDd genotyping from plasma from RhD-negative pregnant women**

| Case | Foetal RhD genotype | Maternal Plasma RhD TaqMan signal |
|------|---------------------|-----------------------------------|
| 1    | -                   | -                                 |
| 2    | -                   | -                                 |
| 3    | -                   | -                                 |
| 4    | +                   | +                                 |
| 5    | +                   | +                                 |
| 6    | -                   | -                                 |
| 7    | -                   | -                                 |
| 8    | +                   | +                                 |
| 9    | +                   | +                                 |
| 10   | -                   | -                                 |
| 11   | +                   | +                                 |
| 12   | +                   | +                                 |
| 13   | +                   | +                                 |
| 14   | +                   | +                                 |
| 15   | -                   | -                                 |
| 16   | +                   | +                                 |
| 17   | +                   | +                                 |
| 18   | +                   | +                                 |
| 19   | +                   | +                                 |
| 20   | +                   | +                                 |
| 21   | +                   | +                                 |

## Example 4

5      **Elevation of foetal DNA concentration in maternal serum in pre-eclamptic pregnancies**

### Introduction

           Pre-eclampsia is an important cause of maternal and foetal
10     mortality and morbidity.  Despite much research, the pathogenesis of this
       condition is still unclear.  The disorder is mainly recognised by the
       concurrence of pregnancy-induced changes which regress after delivery, of
       which hypertension and proteinuria are the most commonly used clinical
       criteria.  Some investigators have suggested that pre-eclampsia is the

21

result of abnormal trophoblastic implantation, probably mediated by immunological mechanisms.  Other investigators have found pathological changes in the spiral arteries in the decidua and myometrium in which partial occlusion by fibrinoid material is one feature.

5              In this Example we use a real time quantitative PCR assay to show the concentration of foetal DNA in the serum of women suffering from pre-eclampsia.  Y chromosomal sequences from male foetuses were used as a foetal marker.

**Materials and Methods**

10   **Patients**

           Pregnant women attending the Department of Obstetrics & Gynaecology at the Prince of Wales Hospital, Shatin, Hong Kong and the Nuffield Department of Obstetrics & Gynaecology, Oxford, U.K. were recruited with informed consent.  Approval was obtained from the

15   Research Ethics Committee of The Chinese University of Hong Kong and the Central Oxfordshire Research Ethics Committee.  Pre-eclampsia was defined as a sustained rise in diastolic blood pressure to 90 mmHg or higher from previously lower values, with new and sustained proteinuria in the absence of urinary tract infection.  The control pregnant women were

20   not on medication and had no hypertension or proteinuria (defined as more than a trace on dipstick urinalysis).  The pre-eclamptic and control subjects were matched for gestational age.

**Sample preparation**

           Blood samples were collected into plain tubes.  Following

25   blood clotting, the samples were centrifuged at 3000 g, and serum were carefully removed and transferred into plain polypropylene tubes.  The samples were stored at -70 °C or -20 °C until further processing.

**DNA extraction from plasma and serum samples**

           DNA from serum samples were extracted using a QIAamp

30   Blood Kit (Qiagen, Hilden, Germany) using the "blood and body fluid

22

protocol" as recommended by the manufacturer (Chen *et al* 1996).  Four hundred to 800 µl of plasma/serum sample was used for DNA extraction per column.  The exact amount used was documented to enable the calculation of target DNA concentration.

5       **Real time quantitative PCR**

Real time quantitative PCR analysis was performed as described in Example 2.

**Results**

10      **Quantitative analysis of foetal SRYgene from maternal serum**

Real time quantitative SRY PCR was carried out for serum DNA extracted from pre-eclamptic and control patients.  Data from individual cases are plotted in Figure 2.  The median foetal DNA concentrations in pre-eclamptic and control pregnancies were 381

15      copies/ml and 76 copies/ml, respectively.  Foetal DNA concentration was higher in pre-eclamptic than control pregnancies (Mann-Whitney U Test, $p < 0.0001$).

**Discussion**

20      Our data indicate that the concentration of foetal DNA is higher in pre-eclamptic compared with non-pre-eclamptic pregnancies. These results indicate that foetal DNA concentration measurement in maternal plasma may be used as a new marker for pre-eclampsia. Compared with other markers for pre-eclampsia, foetal DNA measurement

25      is unique in that it is a genetic marker while other markers, such as activin A and inhibin A, are generally hormonal markers.  By its nature, a test based on a genetic marker has the advantage that it is completely foetal-specific.

Further research will be required to investigate whether the

30      level of foetal DNA is related to the severity of pre-eclampsia.  Our

WO 98/39474                                                PCT/GB98/00690

23

discovery also opens up research into the potential application of foetal DNA quantitation to predict the occurrence of pre-eclampsia, prior to the development of clinical signs such as hypertension and proteinuria.

5      The mechanism by which increased amounts of foetal DNA is liberated into the circulation of pre-eclamptic women is unclear at present. Possible mechanisms include damage to the placental interface resulting in foetal cell death and the consequent release of foetal DNA into maternal circulation.  A second mechanism is due to the increased trafficking of foetal cells into maternal circulation in pre-eclampsia.  Foetal DNA is then

10    liberated following their destruction in the maternal circulation.  Future studies correlating the levels of foetal cells and foetal DNA would be necessary to address these issues.


### Example 5

15    **Quantitative analysis of foetal DNA in maternal plasma and serum**


**Introduction**

We have demonstrated that foetal DNA is present in maternal plasma and serum.  Detection of foetal DNA sequences was possible in

20    80% and 70% of cases using just 10 μl of boiled plasma and serum, respectively.(Lo *et al*. 1997).

These observations indicate that maternal plasma/serum DNA may be a useful source of material for the non-invasive prenatal diagnosis of certain genetic disorders.  To demonstrate that clinical

25    applications are possible, a number of important questions need to be answered.  First, foetal DNA in maternal plasma and serum needs to be shown to be present in sufficient quantities for reliable molecular diagnosis to be carried out.  Second, data on the variation of foetal DNA in maternal plasma and serum with regard to gestation age is required to determine

30    the applicability of this technology to early prenatal diagnosis.

24

In this Example we have addressed both of these issues by developing a real time quantitative TaqMan polymerase chain reaction (PCR) assay (Heid *et al.* 1996) for measuring the copy numbers of foetal DNA molecules in maternal plasma and serum. This technique permits

5    continuous optical monitoring of the progress of an amplification reaction, giving accurate target quantitation over a wide concentration range. Our data show that foetal DNA is present in maternal plasma and serum at concentrations similar to those achieved by many foetal cell enrichment protocols. We have also investigated the changes of foetal DNA

10   concentration in maternal serum at different gestational ages. Using this plasma or serum-based approach, we show that the reliable detection of foetal DNA is achievable and therefore useful for the non-invasive prenatal diagnosis of selected genetic disorders.

**Subjects and Methods**

15   **Patients**

Pregnant women attending the Department of Obstetrics & Gynecology at the Prince of Wales Hospital, Shatin, Hong Kong were recruited with informed consent. Approval was obtained from the Research Ethics Committee of The Chinese University of Hong Kong. For

20   women studied at a single time point, early pregnancy samples were obtained prior to amniocentesis or chorionic villus sampling while late pregnancy samples were collected just prior to delivery. Five to ten ml of maternal peripheral blood was collected each into one tube containing EDTA and one plain tube. Subjects studied at multiple time points were

25   recruited from the *in vitro* fertilization program, prior to conception. Five to ten ml of maternal blood from these subjects was collected into a plain tube at each studied time point. For women undergoing prenatal diagnosis, the sex of the baby was ascertained from cytogenetic results from the amniocentesis or chorionic villus samples. For women recruited

PCT/GB98/00690

25

just prior to delivery or from the *in vitro* fertilization program, foetal sex was
noted at the time of delivery.

**Sample preparation**

        Blood samples were centrifuged at 3000 g, and plasma and

5    serum were carefully removed from the EDTA-containing and plain tubes,
respectively, and transferred into plain polypropylene tubes.  Great care
was taken to ensure that the buffy coat or the blood clot was undisturbed
when plasma or serum samples, respectively, were removed.  The plasma
and serum samples were recentrifuged at 3000 g and the supernatants

10   were collected into fresh polypropylene tubes.  The samples were stored at
-20 °C until further processing.

**DNA extraction from plasma and serum samples**

        DNA from plasma and serum samples were extracted using a
QIAamp Blood Kit (Qiagen, Hilden, Germany) using the "blood and body

15   fluid protocol" as recommended by the manufacturer (Chen *et al.* 1996).
Four hundred to 800 μl of plasma/serum sample was used for DNA
extraction per column.  The exact amount used was documented to enable
the calculation of target DNA concentration.

**Real time quantitative PCR**

20        Real time quantitative PCR analysis was performed as
described in Example 2, using the SRY TaqMan system and the beta-
globin TaqMan system described in the previous Examples.

        Identical thermal profile was used for both the SRY and beta-
globin TaqMan systems.  Thermal cycling was initiated with a 2-minute

25   incubation at 50°C for the uracil N-glycosylase to act, followed by a first
denaturation step of 10 minutes at 95 °C.  Then, 40 cycles of 95°C for 15 s
and 60°C for 1 minute were carried out.

30

WO 98/39474                                        PCT/GB98/00690

26

## Results

## Development of real time quantitative PCR

To determine the dynamic range of real time quantitative PCR, serial dilutions of male DNA were made in water consisting of the
5     DNA equivalent from 1,000 cells to 1 cell and subjected to analysis by the SRY TaqMan system. Fig. 3A demonstrates that the amplification curve shifted to the right as the input target quantity was reduced. This was expected as reactions with fewer target molecules required more amplification cycles to produce a certain quantity of reporter molecules
10    than reactions with more target molecules. The system was sensitive enough to detect the DNA equivalent from a single target cell.

Fig. 3B shows a plot of the threshold cycle ($C_T$) against the input target quantity, with the latter plotted on a common log scale. The $C_T$ was set at 10 standard deviations above the mean base-line fluorescence
15    calculated from cycles 1 to 15 and was proportional to the starting target copy number used for amplification (Heid *et al.* 1996). The linearity of the graph demonstrates the large dynamic range and accuracy of real time quantitative PCR. Similar results were obtained using the beta-globin TaqMan system (results not shown).
20    The real time quantitative SRY system was insensitive to the existence of background female DNA from 0 to 12,800 female genome-equivalents. This greatly simplified the application of this system as within this range, separate calibration curves did not have to be constructed for different cases due to the presence of different concentrations of foetal and
25    maternal DNA.

The reproducibility of DNA extraction from plasma and serum using the Qiagen protocol was tested by performing replicate extractions (10 for each case) from plasma and serum samples from normal individuals. These replicate extractions were then subjected to real time

WO 98/39474                                          PCT/GB98/00690

27

quantitative PCR using the beta-globin system.  The coefficient of variation (CV) of $C_T$ values of these replicate extractions was 1. 1%.

**Quantitative analysis using the real time beta-globin TaqMan system**

The concentration of beta-globin sequences in maternal
5  plasma and serum samples was used as a measure of the total amount of extracted DNA, i.e., maternal *and* foetal DNA extracted from plasma and serum samples from 50 pregnant women was analysed using the beta-globin TaqMan system.  Twenty-five cases were recruited during the first and second trimesters (gestational age: 11 to 17 weeks) and were denoted
10  as early pregnancy samples in Table 2.  The other twenty-five cases were recruited just prior to delivery (gestational age: 37 to 43 weeks) and were denoted as late pregnancy samples in Table 1.  The concentrations of beta-globin sequences in maternal plasma and serum are listed in Table 2. These results show that serum contains more DNA than plasma (Wilcoxon
15  Signed Rank Test, p<O.0005), with a mean concentration of serum DNA 14.6 times that of plasma DNA in our studied population.  The concentration of beta-globin sequences in maternal plasma from early and late pregnancy samples are compared in Table 2.  These data show that the total amount of plasma DNA increases as pregnancy progresses
20  (Mann-Whitney Rank Sum Test, p<O.0005).

**Quantitative analysis of foetal SRY gene from maternal plasma and serum**

Real time quantitative analysis using the SRY TaqMan system was carried out on DNA extracted from maternal plasma and
25  serum to determine the amount of foetal DNA.  Of the 25 early pregnancy samples (gestational age: 11 to 17 weeks), 13 were from women bearing male foetuses and 12 were from women bearing female foetuses.  Of the 25 late pregnancy samples (gestational age: 37 to 43 weeks), 14 were from women bearing male foetuses and 11 were from women bearing
30  female foetuses.  A positive signal was obtained in each of the 27 women

28

bearing male foetuses and no signal was detected in each of the 23
women bearing female foetuses. Fourteen women had a history of
delivering a previous male baby and 5 of these were carrying a female
baby in the current studied pregnancy.

5          Quantitative SRY data from the 27 women bearing male
foetuses are summarised in Table 3. These data show that the
concentrations of foetal DNA in plasma and serum are higher in late
gestation than in early gestation (Mann-Whitney Rank Sum Test,
$p < 0.0005$). The mean concentrations of foetal DNA in maternal plasma

10   and serum are 11.5 times and 11.9 times, respectively, higher in late
gestation compared with early gestation. The absolute concentrations of
foetal DNA in maternal plasma and serum were similar in individual cases.
The fractional concentration of foetal DNA in early pregnancy ranges from
0.39% to 11.9% (mean: 3.4%) in plasma and 0.014% to 0.54% (mean:

15   0.13%) in serum. In late pregnancy, the fraction of foetal DNA ranges from
2.33% to 11.4% (mean: 6.2%) in plasma and 0.032% to 3.97% (mean:
1.0%) in serum.

**Sequential follow up of women who conceived by *in vitro* fertilization**

          Twenty women who conceived by *in vitro* fertilization (IVF)

20   were followed up at pre-conception and at multiple time points during
pregnancy. All twenty subjects had singleton pregnancies as determined
by ultrasound scanning. Twelve women delivered male babies and the
remaining 8 delivered female babies. None of the women carrying male
foetuses had a history of pregnancy-associated complications. Subject S-

25   51 (fig. 4) underwent chorionic villus sampling at 12 weeks. Subjects S-1
and S-56 (fig. 4) had amniocentesis at 16 and 17 weeks, respectively. A
total of 163 serum samples from these 20 women were analysed using the
real time quantitative SRY TaqMan system. None of the 65 serum
samples from the 8 women bearing female babies gave a positive SRY

Case 3:11-cv-06391-SI  Document 200-12  Filed 07/03/13  Page 32 of 88

29

signal. The concentrations of foetal DNA in the 98 serum samples from
women carrying male babies are plotted in fig. 4.


### Discussion

5             We have developed an accurate real time quantitative PCR
system for determining the concentration of foetal DNA in maternal plasma
and serum. This system has a number of advantages: (1) a large dynamic
range of over 5 orders of magnitude (Heid *et al*. 1996); (2) a high
throughput and fast turnaround time - 96 samples could be simultaneously
10   amplified and quantified in approximately 2 hours; and (3) the use of a
homogeneous amplification/detection system which requires no post-PCR
processing and therefore minimizes the risk of carryover contamination.
          The most important observation in this study is the very high
concentration of foetal DNA in maternal plasma and serum. Bianchi *et al*
15   reported that the average number of foetal cells in maternal blood in
normal pregnancies was 19 in 16 ml of maternal blood, i.e., 1.2 cells/ml
during the second trimester (Bianchi *et al*. 1997). Therefore, the mean
concentration of foetal DNA in maternal plasma and serum is 21.2
(25.4/1.2) and 23.9 (28.7/1.2) times, respectively, higher than that in the
20   cellular fraction of maternal blood at the same gestation. The relative
concentration of foetal to total plasma DNA is even higher. Thus, in early
pregnancy, foetal DNA in maternal plasma constitutes a mean of 3.4% of
the total plasma DNA. The respective figure in late pregnancy is 6.2%.
Hamada *et al* reported that the frequency of foetal cells in the second
25   trimester was 0.0035% while that in the third trimester was 0.008%
(Hamada *et al*. 1993). The fetomaternal ratio is, therefore, 97Sfold and
775-fold higher in maternal plasma than in the cellular fraction at the
respective gestational age. Indeed, the fetomaternal ratio in plasma DNA
is comparable to that following many foetal cell enrichment protocols. For
30   example, Bianchi *et al* reported that following foetal nucleated red cell

WO 98/39474                                                PCT/GB98/00690

30

enrichment using fluorescence activated cell sorting, the resulting foetal
cells constituted 0.001%-5% of the sorted cell populations as determined
by quantitative PCR analysis (Bianchi *et al.* 1994). In a similar study using
cell sorting and foetal cell detection using fluorescence in situ hybridization,
5    Sohda *et al* found that on average 4.6% of the sorted cells were of foetal
origin (Sohda *et al.* 1997). Maternal plasma, therefore, offers an easily
accessible foetal DNA source for prenatal genetic analysis.

We have demonstrated that the absolute concentration of
foetal DNA in maternal plasma is similar to that in maternal serum. The
10   main difference lies in the presence of a larger quantity of background
maternal DNA in serum compared with plasma, possibly due to the
liberation of DNA during the clotting process. While this exerts no
noticeable effect on the efficiency of foetal DNA detection using the real
time TaqMan system, it is possible that with the use of less sensitive
15   methods, e.g., conventional PCR followed by ethidium stained agarose gel
electrophoresis, maternal plasma may be preferable to maternal serum for
robust foetal DNA detection.

The high concentration of foetal DNA in maternal plasma and
serum has allowed us to reliably detect the presence of foetal genetic
20   material. Of the 263 serum or plasma samples analysed in this study, we
were able to detect foetal SRY gene in maternal plasma or serum from
every subject who was carrying a male baby at the time of venesection.
This robust detection rate was obtained using DNA extracted from just 40-
80 µl of maternal plasma and serum. This volume represents a 4-8 fold
25   increase over the 10 µl of boiled maternal plasma or serum reported in our
previous study (Lo *et al.* 1997) and results in significant improvement in
sensitivity. The specificity was preserved as we did not observe
amplification signals from samples obtained pre-conception or from
subjects carrying a female foetus. From the data obtained thus far,
30   plasma/serum analysis did not appear to be significantly affected by the

31

persistence of foetal cells from previous pregnancies (Bianchi *et al.* 1996).
Thus, we did not obtain any false positive results from women who had
carried a previous male baby but who were carrying a female baby at the
time of blood sampling for this study.

5              The sequential study on patients undergoing IVF gave a
number of important results.  First, all of the 12 patients carrying male
babies were shown to be negative for SRY sequences in their sera prior to
conception.  This provided convincing evidence that the SRY sequence
detected by the TaqMan assay did indeed originate from the male foetus in

10    the *current* pregnancy.  Second, we were able to detect foetal SRY
sequences as early as the 7th week of gestation; thus indicating that foetal
genetic analysis in maternal plasma/serum could be used in the first
trimester.  Third, we showed that foetal DNA concentration increased as
pregnancy progressed (fig 4).  This last point was also confirmed by data

15    obtained from women studied at a single time point.  Women recruited late
in pregnancy had higher foetal DNA concentrations in their plasma and
serum (Table 3).

              In addition to the increase in foetal DNA concentration as
pregnancy progresses, our data also indicate that maternal plasma DNA

20    also increases with gestation (Table 2).  The biologic basis for this
phenomenon is unclear at present.  Possible explanations include the
increase in size of the fetomaternal interface as gestation progresses and
possible reduction in DNA clearance associated with other physiologic
changes in pregnancy.

25              For selected disorders, foetal genetic information could be
acquired more economically and rapidly from maternal plasma or serum
than by using foetal cells isolated from maternal blood.  We envisage that
foetal DNA analysis in maternal plasma and serum would be most useful in
situations where the determination of foetal-derived paternally-inherited

30    polymorphisms/mutations or genes would be helpful in clinical prenatal

32

diagnosis (Lo *et al*. 1994).  Examples include foetal sex determination for
the prenatal diagnosis of sex-linked disorders, foetal rhesus D status
determination in sensitized rhesus negative pregnant women (Lo *et al*.
1993), autosomal dominant disorders in which the father carries the
5     mutation and autosomal recessive genetic disorders in which the father
and mother carry different mutations (Lo *et al*. 1994), e.g., certain
hemoglobinopathies (Camaschella *et al*. 1990) and cystic fibrosis.  Due to
the much reduced maternal background and high foetal DNA concentration
in maternal plasma and serum, we predict that this type of analysis would
10    be much more robust compared with their application for detecting
unsorted foetal cells in maternal blood.  The ability for allelic discrimination
(Lee *et al*. 1993; Livak *et al*. 1995) allows the homogeneous TaqMan
assay to be used for this purpose.  The high throughput and anti-
contamination capability of this system makes it an attractive candidate for
15    large scale clinical application.

Bianchi *et al* recently reported that foetal cells in maternal
blood were increased in aneuploid pregnancies (Bianchi *et al*. 1997) and it
has been demonstrated (Example 2) that the foetal DNA concentration in
maternal plasma and serum is also elevated in these pregnancies.  This
20    provides a new screening test for foetal chromosomal disorders.  For this
application, foetal DNA quantitation systems can be developed for
polymorphic markers outside the Y chromosome so that quantitation can
be applied to female foetuses.  Autosomal polymorphic systems which may
be used for this purpose have already been described (Lo *et al*. 1996).
25    However, foetal cell isolation techniques would still be necessary for a
definitive cytogenetic diagnosis.  Similarly, foetal cell isolation would also
be required for direct mutational analysis of autosomal recessive disorders
caused by a single mutation.  It is likely that foetal cell isolation and
analysis of foetal DNA in maternal plasma/serum would be used as
30    complementary techniques for non-invasive prenatal diagnosis.

33

        The biologic basis by which foetal DNA is liberated into maternal plasma remains to be elucidated.  It is possible that foetal DNA is released from cell lysis resulting from physical and immunologic damage, or through developmentally associated apoptosis of foetal tissues.  It is

5  also likely that increased amounts of foetal DNA may be found in conditions associated with placental damage, such as pre-eclampsia.  The real time quantitative PCR system described here offers a powerful tool to study these unexplored pathophysiologic aspects of foetal DNA in maternal plasma and may improve our understanding of the fetomaternal

10  relationship.

**Table 2**

**Quantitative analysis of maternal plasma and serum using the beta-globin TaqMan assay**

| | Mean (copies/ml) | Median (copies/ml) | Range (copies/ml) |
|---|---|---|---|
| Plasma (Early + Late Pregnancy) | 3466 | 1594 | 356-31875 |
| Serum (Early + Late Pregnancy) | 50651 | 34688 | 5813-243750 |
| Plasma (Early Pregnancy) | 986 | 975 | 356-1856 |
| Plasma (Late Pregnancy) | 5945 | 4313 | 1125-31875 |

**Table 3**

**Quantitation of foetal DNA in maternal plasma and serum: relationship with gestational age**

| | SRY concentation (copies/ml) | | | |
|---|---|---|---|---|
| | Early Pregnancy | | Late Pregnancy | |
| | Plasma | Serum | Plasma | Serum |
| Range | 3.3 - 69.4 | 4.0- 58.1 | 76.9 - 769 | 33.8 - 900 |
| Mean | 25.4 | 28.7 | 292.2 | 342.1 |
| Median | 20.6 | 19.5 | 244.0 | 286.0 |

WO 98/39474                                              PCT/GB98/00690

34

### Figure Legends

Figure 1. Foetal DNA in maternal serum from women carrying aneuploid and normal foetuses.  The control and aneuploid groups are as indicated on the x-axis.  The foetal SRY DNA concentrations expressed in copies/ml are plotted on the y-axis.

Figure 2. Foetal DNA in maternal serum in pre-eclamptic and non-pre-eclamptic pregnancies.  The pre-eclamptic and control groups are as indicated on the x-axis.  The foetal SRY DNA concentrations expressed in copies/ml are plotted on the y-axis.

Figure 3.  Real time quantitative PCR.

A, Amplification plots obtained using real time quantitative PCR for the SRY gene.  Each plot corresponds to a particular input target quantity marked by a corresponding symbol.  The x-axis denotes the cycle number of a quantitative PCR reaction.  The y-axis denotes the $\Delta Rn$ which is the fluorescence intensity over the background (Heid *et al.* 1996).

B, Plot of the threshold cycle ($C_T$) against the input target quantity (common log scale).  The correlation coefficient is 0.986.

Figure 4.  Sequential study of 12 women bearing male fetuses who conceived by *in vitro* fertilization.  Each case is denoted by a unique recruitment case number.  The x-axis denotes the gestation at which the serum sample was obtained.  A gestation age of zero denotes the pre-conception sample.  The y-axis denotes the concentration of foetal SRY in maternal serum expressed in copies/ml.  The scale has been optimized for the concentration range for each case.

### References

Aubin J T, Le Van Kim C, Mouro I, *et al*. Specificity and sensitivity of RhD genotyping methods by PCR-based DNA amplification. Br J Haematol 1997; **98**: 356-364.

35

**Bennett P R**, Le Van Kim C, Colin Y, *et al*. Prenatal determination of foetal RhD type by DNA amplification. N Engl J Med 1993; **329**: 607-610.

**Bianchi D W**, Mahr A, Zickwolf GK, Houseal TW, Flint AF, Klinger KW. Detection of foetal cells with 47,XY,+21 karyotype in maternal peripheral blood.  Hum Genet 1992; **90**:368-370.

**Bianchi D W**, Shuber AP, DeMaria MA, Fougner AC, Klinger KW (1994) Foetal cells in maternal blood: determination of purity and yield by quantitative PCR. Am J Obstet Gynecol **171**: 922-926

**Bianchi D W**, Williams J M, Pelletier C, Klinger K W, Shuber A P. Foetal cell quantitation in maternal blood samples from normal and aneuploid pregnancies. Pediatr Res 1996; **39**: 142A.

**Bianchi D W**, Williams J M, Sullivan LM, Hanson FW, Klinger KW, Shuber AP.  PCR quantitation of foetal cells in maternal blood in normal and aneuploid pregnancies. Am J Hum Genet 1997; **61**:822-829.

**Camaschella C**, Alfarano A, Gottardi E, *et al*. Prenatal diagnosis of foetal hemoglobin Lepore-Boston disease on maternal peripheral blood. Blood 1990; **75**: 2102-106.

**Chérif-Zahar B**, Bloy C, Le Van Kim C, *et al*. Molecular cloning and protein structure of a human blood group Rh polypeptide. Proc Natl Acad Sci U S A 1990; **87**: 6243-6247.

**Chen X Q**, Stroun M, Magnenat J-L, *et al*. Microsatellite alterations in plasma DNA of small cell lung cancer patients. Nat Med 1996; **2**: 1033-35.

**Cheung M C**, Goldberg JD, Kan YW. Prenatal diagnosis of sickle cell anemia and thalassemia by analysis of foetal cells in maternal blood. Nat Genet 1996; **14**: 264-68.

**Colin Y**, Cherif-Zahar B, Le Van Kim C, Raynal V, van Huffel V, Cartron J-P.  Genetic basis of the RhD-positive and RhD-negative blood group polymorphism as determined by Southern analysis. Blood 1991; **78**: 2747-2752.

36

**Elias S**, Price J, Dockter M, Wachtel S, Tharapel A, Simpson JL.  First trimester prenatal diagnosis of trisomy 21 in foetal cells from maternal blood. Lancet 1992; **340**: 1033.

**Emanuel S L**, Pestka S. Amplification of specific gene products from

5      human serum. GATA 1993; **10**: 144-46.

**Frickhofen N**. & Young N.S. A rapid method of sample preparation for detection of DNA viruses in human serum by polymerase chain reaction. J.Virological Methods 1991; **35**: 65-72.

**Geifman-Holtzman O**, Bernstein IM, Berry SM, *et al*. Petal RhD

10     genotyping in  foetal cells flow-sorted from maternal blood. Am. J. Obstet. Gynecol. 1996; **174**: 818-822.

**Hamada H**, Arinami T, Kubo T, Hamaguchi H, Iwasaki H (1993) Foetal nucleated cells in maternal peripheral blood: frequency and relationship to gestational age. Hum Genet **91**: 427432

15     **Heid C. A.**, Stevens J., Livak K.J., Williams P.M. Real time quantitative PCR.  Genome Research 1996; **6**: 986-994.

**Holland PM**, Abramson RD, Watson R, Gelfand DH. Detection of specific polymerase chain reaction product by utilising the 5'-3' exonuclease activity of the Thermus aquaticus DNA polymerase. Proc Natl Acad Sci USA 1991;

20     **88**: 7276-7280.

**Kwok S**, Higuchi R. Avoiding false positives with PCR. Nature 1989; **339**: 237-238.

**Le Van Kim C**, Mouro I, Cherif-Zahar B, *et al*. Molecular cloning and primary structure of the human blood group RhD polypeptide. Proc Natl

25     Acad Sci *USA* 1992; **89**: 10925-10929.

**Lee L G**, Connell CR, Bloch W. Alldic discrimination by nick-translation PCR with fluorogenic probes. Nucleic Acids Res 1993; **21**: 3761-3766.

**Livak K J**, Flood SJ, Marmaro J, Giusti W, Deetz K. Oligonucleotides with fluorescent dyes at opposite ends provide a quenched probe system useful.

37

for detecting PCR product and nucleic acid hybridization. PCR Methods
Appl 1995; **4**: 357-362.

Lo Y M D, Corbetta N, Chamberlain PF, Rai V, Sargent IL, Redman CWG,
Wainscoat JS (1997) Presence of foetal DNA in maternal plasma and
5    serum. Lancet 350: 485487

Lo Y M D, Fleming KA, Wainscoat JS (1994) Strategies for the detection of
autosomal foetal DNA sequence from maternal peripheral blood. Ann NY
Acad Sci **731**: 204-213

Lo Y M D, Patel P, Wainscoat J S, Sampietro M, Gillmer M D G, Fleming
10   K A. Prenatal sex determination by DNA amplification from maternal
peripheral blood. Lancet 1989; **2**: 1363-65.

Lo Y M D, Lo E S F, Watson N, et al. Two-way cell traffic between mother
and fetus: biologic and clinical implications. Blood 1996; **88**: 4390-95.

Lo Y M D, Patel P, Sampietro M, Gillmer M D G, Fleming K A, Wainscoat
15   JS. Detection of single-copy foetal DNA sequence from maternal blood.
Lancet 1990; **335**: 1463-64.

Lo Y M D, Bowell P J, Selinger M, et al. Prenatal determination of foetal
RhD status by analysis of peripheral blood of rhesus negative mothers.
Lancet 1993; **341**: 1147-48.

20   Longo M C, Berninger MS, Hardey JL. Use of uracil DNA glycosylase to
control calTy-over contamination in polymerase chain reactions. Gene
1990; **93**: 125-128.

Mulcahy H E, Croke DT, Farthing M J G. Cancer and mutant DNA in blood
plasma. Lancet 1996; **348**: 628.

25   Nawroz H, Koch W, Anker P, Stroun M, Sidransky D. Microsatellite
alterations in serum DNA of head and neck cancer patients. Nat Med 1996;
**2**: 1035-37.

Rebello M T, Hackett G, Smith J, et al. Extraction of DNA from amniotic
fluid cells for the early prenatal diagnosis of genetic disease. Prenat Diagn
30   1991; **11**: 41-46.

WO 98/39474                                                          PCT/GB98/00690

38

**Saiki R K**, Gelfand D H, Stoffel S, *et al*. Primer-directed enzymatic amplification of DNA with a thermostable DNA polymerase. Science 1988; **239**: 487-91.

**Sekizawa A**, Watanabe A, T. K, Saito H, Yanaihara T, Sato T. Prenatal diagnosis of the foetal RhD blood type using a single foetal nucleated erythrocyte from maternal blood. Obstet Gynecol 1996; **87**: 501-505.

**Simpson J L**, Elias S. Isolating foetal cells from maternal blood: advances in prenatal diagnosis through molecular technology. JAMA 1993; **270**: 2357-61.

**Sohda S**, Arinami T, Hamada H, Nakauchi H, Hamaguchi H,  The proportion of foetal nucleated red blood cells in maternal blood: estimation by FACS analysis. Prenat Diagn **17**: 743-752

WO 98/39474                                          PCT/GB98/00690

39

**CLAIMS:**

1.        A detection method performed on a maternal serum or plasma sample from a pregnant female, which method comprises detecting the presence of a nucleic acid of foetal origin in the sample.

5    2.        The method according to claim 1, comprising amplifying the foetal nucleic acid to enable detection.

3.        The method according to claim 2, wherein the foetal nucleic acid is amplified by the polymerase chain reaction.

4.        The method according to claim 2 or claim 3, wherein at least

10    one foetal sequence specific oligonucleotide primer is used in the amplification.

5.        The method according to any one of claims 1 to 4, wherein the foetal nucleic acid is detected by means of a sequence specific probe.

6.        The method according to any one of claims 1 to 5, wherein

15    the presence of a foetal nucleic acid sequence from the Y chromosome is detected.

7.        The method according to claim 6, wherein the Y chromosome sequence is from the DYS14 locus.

8.        The method according to claim 6, wherein the Y chromosome

20    sequence is from the SRY gene.

9.        The method according to any one of claims 1 to 5, wherein the presence of a foetal nucleic acid from a paternally-inherited non-Y chromosome is detected.

10.        The method according to claim 9, wherein the non-Y

25    sequence is a blood group antigen gene such as the Rhesus D gene.

11.        The method according to claim 9, wherein the non-Y sequence is a gene which confers a disease phenotype in the foetus, such as the Rhesus D gene.

12.        The method according to claim 10 or claim 11, for Rhesus D

30    genotyping a foetus in a Rhesus D negative mother.

40

13.        The method according to any one of claims 6 to 8, for determining the sex of the foetus.

14.        The method according to any one of claims 6 to 12, which comprises determining the concentration of the foetal nucleic acid

5      sequence in the maternal serum or plasma.

15.        The method according to claim 14, wherein the determination of the concentration of foetal nucleic acid sequence in the maternal serum or plasma is by quantitative PCR.

16.        The method according to claim 14 or claim 15, for the

10     detection of a maternal or foetal condition in which the level of foetal DNA in the maternal serum or plasma is higher or lower than normal.

17         The method according to any one of claims 14 to 16, wherein the pattern of variation of foetal DNA concentration in the maternal serum or plasma at particular stages of gestation is different from normal.

15     18.        The method according to claim 16 or claim 17, for detection of pre-eclampsia.

19.        The method according to claim 16 or claim 17, for detection of a foetal chromosomal aneuploidy.

20.        The method according to any one of claims 1 to 19, wherein

20     the sample contains foetal DNA at a fractional concentration of total DNA of at least about 0.14%, without subjecting it to a foetal DNA enrichment step.

21.        The method according to claim 20, wherein the fractional concentration of foetal DNA is at least about 0.39%.

25     22.        A method of performing a prenatal diagnosis, which method comprises the steps of:

            (i)     providing a maternal blood sample;

            (ii)    separating the sample into a cellular and a non-cellular
                    fraction;

41

        (iii)    detecting the presence of a nucleic acid of foetal origin in the non-cellular fraction according to the method of any one of claims 1 to 21;

        (iv)    providing a diagnosis based on the presence and/or quantity and/or sequence of the foetal nucleic acid.

23.        The method according to claim 22, wherein the non-cellular fraction as used in step (iii) is a plasma fraction.

24.        The method according to claim 22, including performing the further step of allowing clotting in the maternal sample and using the resulting serum in step (iii).

25.        A method of performing a prenatal diagnosis on a maternal blood sample, which method comprises removing all or substantially all nucleated and anucleated cell populations from the blood sample and subjecting the remaining fluid to a test for foetal nucleic acid indicative of a maternal or foetal condition or characteristic.

26.        A method of performing a prenatal diagnosis on a maternal blood sample, which method comprises obtaining a non-cellular fraction of the blood sample and performing nucleic acid analysis on the fraction.

09/380696

WO 98/39474                                        PCT/GB98/00690

1/4

# Fig.1.



# Fig.2.



09/380696

WO 98/39474                                                PCT/GB98/00690

2/4

# Fig.3A.



# Fig.3B.



09/380696

WO 98/39474

PCT/GB98/00690

3/4

# Fig.4.







09/380696

WO 98/39474                                                    PCT/GB98/00690

4/4

# Fig.4(Cont.)







# INTERNATIONAL SEARCH REPORT

| | International Application No |
|---|---|
| | PCT/GB 98/00690 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 6    C12Q1/68      G01N33/53

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 6    C12Q

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | WO 91 08304 A (ISIS INNOVATION) 13 June 1991<br>cited in the application<br>see abstract; claims<br>--- | 1-3,6,13 |
| A | GB 2 299 166 A (ANKER PHILIPPE ;STROUN MAURICE (CH); VASIOUKHIN VALERI (US)) 25 September 1996<br>cited in the application<br>see abstract; claims<br>--- | 1-3 |
| A | WO 95 06137 A (AUSTRALIAN RED CROSS ;QUEENSLAND INST MED RES (AU); HYLAND CATHERI) 2 March 1995<br>see abstract; claims<br>--- | 1-3,10,11 |
| | -/-- | |

[X] Further documents are listed in the continuation of box C.   [X] Patent family members are listed in annex.

* Special categories of cited documents:

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 3 July 1998 | 21/07/1998 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: (+31-70) 340-3016 | Ceder, O |

Form PCT/ISA/210 (second sheet) (July 1992)

2

page 1 of 2

## INTERNATIONAL SEARCH REPORT

International Application No

PCT/GB 98/00690

**C.(Continuation)** DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication,where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | FOWKE K R ET AL:  "Genetic analysis of human DNA recovered from minute amounts of serum or plasma" JOURNAL OF IMMUNOLOGICAL METHODS, vol. 180, no. 1, 13 March 1995, page 45-51 XP004021069 see abstract | 1-3 |
| P,X | DATABASE  MEDLINE US NATIONAL LIBRARY OF MEDICINE (NLM), BETHESDA, MD, US AN (NLM) 97420079, LO YM ET AL: "Presence of fetal DNA in maternal plasma and serum." XP002070361 cited in the application see abstract & LANCET, AUG 16 1997, 350 (9076) P485-7, ENGLAND, | 1-3,6, 13,22-26 |

# INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No

PCT/GB 98/00690

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| WO 9108304 | A | 13-06-1991 | EP | 0502037 A | 09-09-1992 |
| GB 2299166 | A | 25-09-1996 | CH | 686982 A | 15-08-1996 |
| | | | AU | 1075695 A | 03-07-1995 |
| | | | WO | 9516792 A | 22-06-1995 |
| WO 9506137 | A | 02-03-1995 | AU | 7486694 A | 21-03-1995 |

09/380696

514 Rec'd  CT/PTO  0 3 SEP 1999

Express Mail Label No.:  EL375088070US

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

```
-------------------------------------------------------X
In the PATENT APPLICATION of:                       :
                                                    :
                    Lo et al.                       :      Our File:  SHP-PT048
                                                    :
Application No.:    Not Yet Known                   :      Date:  September 2, 1999
                                                    :
Filed:              Not Yet Known                   :
                                                    :
For:       NON-INVASIVE                             :
           PRENATAL DIAGNOSIS                       :
                                                    :
Group:              Not Yet Known                   :
                                                    :
Examiner:           Not Yet Known                   :
-------------------------------------------------------X
```

## COMMUNICATION UNDER RULE 37 C.F.R. § 1.53(b)

Box PCT
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

The purpose of this Communication is to advise the Office that the above-identified

application is being filed pursuant to 37 C.F.R. § 1.53(b) with an unsigned Declaration and

Power of Attorney.  It is respectfully requested that the application be granted a filing date

of even date with this Communication.

Respectfully submitted,

Lo et al.

VOLPE and KOENIG, P.C.                    By
400 One Penn Center                          C. Frederick Koenig III, Esquire
1617 John F. Kennedy Boulevard               Registration No. 29,662
Philadelphia, PA  19103                      (215) 568-6400

CFK/tc
Enclosures

09/380696

Express Mail Label No. EL375088070US 514 rec'd PCT/PTO 0 3 SEP 1999

**PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In the **PATENT APPLICATION** of: | | |
| | Lo et al. | Our File:  SHP-PT048 |
| **Application No.:** | Not Yet Known | Date:  September 3, 1999 |
| **Filed:** | Not Yet Known | |
| For:    NON-INVASIVE PRENATAL DIAGNOSIS | | |
| Group: | Not Yet Known | |
| Examiner: | Not Yet Known | |

### CERTIFICATE OF MAILING
### BY EXPRESS MAIL ACCOMPANYING PATENT APPLICATION

Box PCT
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

I hereby certify that the accompanying correspondence is being deposited with the "Express Mail Post Office to Addressee" service of the United States Postal Service in an envelope addressed to Box PCT, Assistant Commissioner for Patents, Washington, D.C. 20231 on September 3, 1999. The number of the "Express Mail" mailing label EL375088070US has been placed on the accompanying correspondence prior to mailing.  It is therefore respectfully requested that this correspondence be considered as having been filed in the Office on the date shown above in accordance with the provisions of 37 C.F.R. § 1.10.

Respectfully submitted,

9/3/99

Date

Anthony Pentasuglio

VOLPE and KOENIG, P.C.
400 One Penn Center
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103
(215) 568-6400



## P:     .NT COOPERATION TREATY

# PCT

## INTERNATIONAL SEARCH REPORT

*(PCT Article 18 and Rules 43 and 44)*

| Applicant's or agent's file reference<br><br>KP/VM/2216 PCT | **FOR FURTHER ACTION** | see Notification of Transmittal of International Search Report (Form PCT/ISA/220) as well as, where applicable, item 5 below. | |
|---|---|---|---|
| International application No.<br><br>PCT/GB 98/00690 | International filing date *(day/month/year)*<br><br>04/03/1998 | (Earliest) Priority Date *(day/month/year)*<br><br>04/03/1997 | |
| Applicant<br><br>ISIS INNOVATION LIMITED et al. | | | |

This International Search Report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This International Search Report consists of a total of _____3_____ sheets.

[X] It is also accompanied by a copy of each prior art document cited in this report.

1. [ ] **Certain claims were found unsearchable** (see Box I).

2. [ ] **Unity of invention is lacking** (see Box II).

3. [X] The international application contains disclosure of a **nucleotide and/or amino acid sequence listing** and the international search was carried out on the basis of the sequence listing

    [ ] filed with the international application.

    [X] furnished by the applicant separately from the international application,

        [ ] but not accompanied by a statement to the effect that it did not include matter going beyond the disclosure in the international application as filed.

    [ ] Transcribed by this Authority

4. With regard to the **title,** [X] the text is approved as submitted by the applicant

    [ ] the text has been established by this Authority to read as follows:

5. With regard to the **abstract,**

    [X] the text is approved as submitted by the applicant

    [ ] the text has been established, according to Rule 38.2(b), by this Authority as it appears in Box III. The applicant may, within one month from the date of mailing of this International Search Report, submit comments to this Authority.

6. The figure of the **drawings** to be published with the abstract is:

    Figure No. _____ [ ] as suggested by the applicant.      [X] None of the figures.

    [ ] because the applicant failed to suggest a figure.

    [ ] because this figure better characterizes the invention.

Form PCT/ISA/210 (first sheet) (July 1992)

## INTERNATIONAL SEARCH REPORT

| Intern    al Application No |
|---|
| PC1,  s 98/00690 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 6    C12Q1/68      G01N33/53

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 6    C12Q

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | WO 91 08304 A (ISIS INNOVATION) 13 June 1991<br>cited in the application<br>see abstract; claims<br>--- | 1-3,6,13 |
| A | GB 2 299 166 A (ANKER PHILIPPE ;STROUN MAURICE (CH); VASIOUKHIN VALERI (US)) 25 September 1996<br>cited in the application<br>see abstract; claims<br>--- | 1-3 |
| A | WO 95 06137 A (AUSTRALIAN RED CROSS ;QUEENSLAND INST MED RES (AU); HYLAND CATHERI) 2 March 1995<br>see abstract; claims<br>---<br><br>-/-- | 1-3,10,11 |

| [X] Further documents are listed in the continuation of box C. | [X] Patent family members are listed in annex. |
|---|---|

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 3 July 1998 | 21/07/1998 |

| Name and mailing address of the ISA<br>European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: (+31-70) 340-3016 | Authorized officer<br><br>Ceder, O |
|---|---|

Form PCT/ISA/210 (second sheet) (July 1992)

2

## INTERNATIONAL SEARCH REPORT

| | Intern    al Application No |
|---|---|
| | PC1, _ 98/00690 |

**C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication,where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | FOWKE K R ET AL:  "Genetic analysis of human DNA recovered from minute amounts of serum or plasma" JOURNAL OF IMMUNOLOGICAL METHODS, vol. 180, no. 1, 13 March 1995, page 45-51 XP004021069 see abstract --- | 1-3 |
| P,X | DATABASE  MEDLINE US NATIONAL LIBRARY OF MEDICINE (NLM), BETHESDA, MD, US AN (NLM) 97420079, LO YM ET AL: "Presence of fetal DNA in maternal plasma and serum." XP002070361 cited in the application see abstract & LANCET, AUG 16 1997, 350 (9076) P485-7, ENGLAND, ----- | 1-3,6, 13,22-26 |

2

Form PCT/ISA/210 (continuation of second sheet) (July 1992)

page 2 of 2

# INTERNATIONAL SEARCH REPORT

Informa    a patent family members

Intern    al Application No

PCT, ഗ 98/00690

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| WO 9108304 | A | 13-06-1991 | EP | 0502037 A | 09-09-1992 |
| GB 2299166 | A | 25-09-1996 | CH | 686982 A | 15-08-1996 |
| | | | AU | 1075695 A | 03-07-1995 |
| | | | WO | 9516792 A | 22-06-1995 |
| WO 9506137 | A | 02-03-1995 | AU | 7486694 A | 21-03-1995 |

PCT/GB98/00690

## PA      IT COOPERATION TREAT\

From the INTERNATIONAL BUREAU

### PCT

**NOTIFICATION OF ELECTION**

(PCT Rule 61.2)

To:

United States Patent and Trademark Office
(Box PCT)
Crystal Plaza 2
Washington, DC 20231
États-Unis d'Amérique

in its capacity as elected Office

| | |
|---|---|
| **Date of mailing** (day/month/year)<br>07 October 1998 (07.10.98) | |
| **International application No.**<br>PCT/GB98/00690 | **Applicant's or agent's file reference**<br>KP/VM/2216 PCT |
| **International filing date** (day/month/year)<br>04 March 1998 (04.03.98) | **Priority date** (day/month/year)<br>04 March 1997 (04.03.97) |
| **Applicant**<br><br>LO, Yuk-Ming, Dennis et al | |

1.  The designated Office is hereby notified of its election made:

    [X]  in the demand filed with the International Preliminary Examining Authority on:

    17 September 1998 (17.09.98)

    [ ]  in a notice effecting later election filed with the International Bureau on:

2.  The election   [X]  was

    [ ]  was not

    made before the expiration of 19 months from the priority date or, where Rule 32 applies, within the time limit under Rule 32.2(b).

| | |
|---|---|
| **The International Bureau of WIPO**<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | **Authorized officer**<br><br>Yolaine CUSSAC |
| Facsimile No.: (41-22) 740.14.35 | Telephone No.: (41-22) 338.83.38 |

Form PCT/IB/331 (July 1992)

2269344



# PATENT COOPERATION TREATY

| REC'D | 1 8 DEC 1998 |
|---|---|
| WIPO | PCT |

# PCT

## INTERNATIONAL PRELIMINARY EXAMINATION REPORT

### (PCT Article 36 and Rule 70)

| Applicant's or agent's file reference<br>KP/VM/2216 PCT | **FOR FURTHER ACTION** | See Notification of Transmittal of International<br>Preliminary Examination Report (PCT/IPEA/416) |
|---|---|---|
| International application No.<br>PCT/GB98/00690 | International filing date *(day/month/year)*<br>04/03/1998 | Priority date *(day/month/year)*<br>04/03/1997 |
| International Patent Classification (IPC) or national classification and IPC<br><br>C12Q1/68 | | |
| Applicant<br><br>ISIS INNOVATION LIMITED et al. | | |

1. This international preliminary examination report has been prepared by this International Preliminary Examining Authority and is transmitted to the applicant according to Article 36.

2. This REPORT consists of a total of  5  sheets, including this cover sheet.

   ☐  This report is also accompanied by ANNEXES, i.e., sheets of the description, claims and/or drawings which have been amended and are the basis for this report and/or sheets containing rectifications made before this Authority (see Rule 70.16 and Section 607 of the Administrative Instructions under the PCT).

   These annexes consist of a total of    sheets.

3. This report contains indications relating to the following items:

   | | | |
   |---|---|---|
   | I | ☒ | Basis of the report |
   | II | ☐ | Priority |
   | III | ☐ | Non-establishment of opinion with regard to novelty, inventive step and industrial applicability |
   | IV | ☐ | Lack of unity of invention |
   | V | ☒ | Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
   | VI | ☒ | Certain documents cited |
   | VII | ☐ | Certain defects in the international application |
   | VIII | ☐ | Certain observations on the international application |

| Date of submission of the demand<br><br>17/09/1998 | Date of completion of this report<br><br>1 6. 12. 98 |
|---|---|
| Name and mailing address of the IPEA/<br><br>European Patent Office<br>D-80298 Munich<br>Tel. (+49-89) 2399-0, Tx: 523656 epmu d<br>Fax: (+49-89) 2399-4465 | Authorized officer<br><br>Goetz, M<br><br>Telephone No. (+49-89) 2399-8697 |

Form PCT/IPEA/409 (Cover sheet) (January 1994)

## INTERNATIONAL PRELIMINARY
## EXAMINATION REPORT

International application No.   PCT/GB98/00690

### I.  Basis of the report

1.  This report has been drawn on the basis of (*substitute sheets which have been furnished to the receiving Office in response to an invitation under Article 14 are referred to in this report as "originally filed" and are not annexed to the report since they do not contain amendments.*):

**Description, pages:**

1-38                              as originally filed

**Claims, No.:**

1-26                              as originally filed

**Drawings, sheets:**

1/4-4/4                           as originally filed

2.  The amendments have resulted in the cancellation of:

☐  the description,        pages:
☐  the claims,             Nos.:
☐  the drawings,           sheets:

3.  ☐  This report has been established as if (some of) the amendments had not been made, since they have been considered to go beyond the disclosure as filed (Rule 70.2(c)):

4.  Additional observations, if necessary:

**INTERNATIONAL PRELIMINARY
EXAMINATION REPORT**

International application No.  PCT/GB98/00690

**V. Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial
applicability; citations and explanations supporting such statement**

1.  Statement

| | | | |
|---|---|---|---|
| Novelty (N) | Yes: | Claims | 1-26 |
| | No: | Claims | |
| Inventive step (IS) | Yes: | Claims | 1-26 |
| | No: | Claims | |
| Industrial applicability (IA) | Yes: | Claims | 1-26 |
| | No: | Claims | |

2.  Citations and explanations

**see separate sheet**

**INTERNATIONAL PRELIMINARY**
**EXAMINATION REPORT - SEPARATE SHEET**

International application No.   PCT/GB98/00690

## Re Item I
**Basis of the report**

The examination is being carried out on the **following application documents**:

**Description, pages:**
1-38                                    as originally filed

**Claims, No.:**
1-26                                    as originally filed

**Drawings, sheets:**
1/4-4/4                                as originally filed

## Re Item V
**Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement**

None of the documents cited in the International Search Report either discloses or suggests the key element of the present invention, i.e. the detection of foetal nucleic acid in the serum or plasma fraction of a maternal blood sample.

While it is true that the prior art already considered the possibility of diagnosing cancer by detecting tumour specific DNA mutations in the blood plasma fraction, there is no scientifically sound reason to believe that a skilled person would have automatically carried over this prior knowledge to the situation of prenatal diagnostic markers.

The subject-matter of present claims 1 - 26, based on the said key element, therefore complies with the requirements pursuant to Art. 33(2) and (3) PCT.

**INTERNATIONAL PRELIMINARY**                International application No.   PCT/GB98/00690
**EXAMINATION REPORT - SEPARATE SHEET**

<u>Re Item VI</u>
**Certain documents cited**

Certain published documents (Rule 70.10)

| Document | Publication date *(day/month/year)* |
|---|---|
| LO YM et al., "Presence of fetal DNA in maternal plasma and serum." LANCET 350(9076), p. 485-7 | 16/08/97 |

# PATENT COOPERATION TREATY

# PCT

## INTERNATIONAL PRELIMINARY EXAMINATION REPORT

### (PCT Article 36 and Rule 70)

| Applicant's or agent's file reference<br><br>KP/VM/2216 PCT | **FOR FURTHER ACTION** | See Notification of Transmittal of International<br>Preliminary Examination Report (PCT/IPEA/416) |
|---|---|---|
| International application No.<br><br>PCT/GB98/00690 | International filing date *(day/month/year)*<br><br>04/03/1998 | Priority date *(day/month/year)*<br><br>04/03/1997 |

| International Patent Classification (IPC) or national classification and IPC<br><br>C12Q1/68 |
|---|
| Applicant<br><br>ISIS INNOVATION LIMITED et al. |

---

1. This international preliminary examination report has been prepared by this International Preliminary Examining Authority and is transmitted to the applicant according to Article 36.

2. This REPORT consists of a total of  5  sheets, including this cover sheet.

   ☐ This report is also accompanied by ANNEXES, i.e., sheets of the description, claims and/or drawings which have been amended and are the basis for this report and/or sheets containing rectifications made before this Authority (see Rule 70.16 and Section 607 of the Administrative Instructions under the PCT).

   These annexes consist of a total of   sheets.

---

3. This report contains indications relating to the following items:

| | | |
|---|---|---|
| I | ☒ | Basis of the report |
| II | ☐ | Priority |
| III | ☐ | Non-establishment of opinion with regard to novelty, inventive step and industrial applicability |
| IV | ☐ | Lack of unity of invention |
| V | ☒ | Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
| VI | ☐ | Certain documents cited |
| VII | ☐ | Certain defects in the international application |
| VIII | ☐ | Certain observations on the international application |

---

| Date of submission of the demand<br><br>17/09/1998 | Date of completion of this report<br><br>1 6. 12. 98 |
|---|---|
| Name and mailing address of the IPEA/<br><br>European Patent Office<br>D-80298 Munich<br>Tel. (+49-89) 2399-0, Tx: 523656 epmu d<br>Fax: (+49-89) 2399-4465 | Authorized officer<br><br>Goetz, M<br><br>Telephone No. (+49-89) 2399-8697 |

Form PCT/IPEA/409 (Cover sheet) (January 1994)

# INTERNATIONAL PRELIMINARY EXAMINATION REPORT

International application No.  PCT/GB98/00690

## I.  Basis of the report

1. This report has been drawn on the basis of (*substitute sheets which have been furnished to the receiving Office in response to an invitation under Article 14 are referred to in this report as "originally filed" and are not annexed to the report since they do not contain amendments.*):

**Description, pages:**

1-38                              as originally filed

**Claims, No.:**

1-26                              as originally filed

**Drawings, sheets:**

1/4-4/4                           as originally filed

2. The amendments have resulted in the cancellation of:

☐  the description,      pages:

☐  the claims,           Nos.:

☐  the drawings,         sheets:

3. ☐  This report has been established as if (some of) the amendments had not been made, since they have been considered to go beyond the disclosure as filed (Rule 70.2(c)):

4. Additional observations, if necessary:



**INTERNATIONAL PRELIMINARY EXAMINATION REPORT**

International application No.  PCT/GB98/00690

**V. Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement**

1. Statement

| | | | |
|---|---|---|---|
| Novelty (N) | Yes: | Claims | 1-26 |
| | No: | Claims | |
| Inventive step (IS) | Yes: | Claims | 1-26 |
| | No: | Claims | |
| Industrial applicability (IA) | Yes: | Claims | 1-26 |
| | No: | Claims | |

2. Citations and explanations

**see separate sheet**

INTERNATIONAL PRELIMINARY            International application No.   PCT/GB98/00690
EXAMINATION REPORT - SEPARATE SHEET

## Re Item I
## Basis of the report

The examination is being carried out on the **following application documents**:

**Description, pages:**
1-38                     as originally filed

**Claims, No.:**
1-26                     as originally filed

**Drawings, sheets:**
1/4-4/4                  as originally filed

## Re Item V
## Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

None of the documents cited in the International Search Report either discloses or suggests the key element of the present invention, i.e. the detection of foetal nucleic acid in the serum or plasma fraction of a maternal blood sample.

While it is true that the prior art already considered the possibility of diagnosing cancer by detecting tumour specific DNA mutations in the blood plasma fraction, there is no scientifically sound reason to believe that a skilled person would have automatically carried over this prior knowledge to the situation of prenatal diagnostic markers.

The subject-matter of present claims 1 - 26, based on the said key element, therefore complies with the requirements pursuant to Art. 33(2) and (3) PCT.

**INTERNATIONAL PRELIMINARY**
**EXAMINATION REPORT - SEPARATE SHEET**

International application No.   PCT/GB98/00690

## Re Item VI
**Certain documents cited**

Certain published documents (Rule 70.10)

| Document | Publication date (day/month/year) |
|---|---|
| LO YM et al., "Presence of fetal DNA in maternal plasma and serum." LANCET 350(9076), p. 485-7 | 16/08/97 |

~~fwb~~ 14/09

09/380696

**The Patent Office**

GB98 / 0 0 6 9 0

The Patent Office
Concept House
Cardiff Road
Newport
South Wales
NP9 1RH

RECD   2 0 APR 1998
WIPO      PCT

I, the undersigned, being an officer duly authorised in accordance with Section 74(1) and (4) of the Deregulation & Contracting Out Act 1994, to sign and issue certificates on behalf of the Comptroller-General, hereby certify that annexed hereto is a true copy of the documents as originally filed in connection with the patent application identified therein.

In accordance with the Patents (Companies Re-registration) Rules 1982, if a company named in this certificate and any accompanying documents has re-registered under the Companies Act 1980 with the same name as that with which it was registered immediately before re-registration save for the substitution as, or inclusion as, the last part of the name of the words "public limited company" or their equivalents in Welsh, references to the name of the company in this certificate and any accompanying documents shall be treated as references to the name with which it is so re-registered.

In accordance with the rules, the words "public limited company" may be replaced by p.l.c., plc, P.L.C. or PLC.

Re-registration under the Companies Act does not constitute a new legal entity but merely subjects the company to certain additional company law rules.



Signed   AMBrewer

Dated

27 MAR 1998

An Executive Agency of the Department of Trade and Industry

—f-w 11/09

U9/380696

**The Patent Office**

T/GB98 / 0 0 6 9 D

The Patent Office
Concept House
Cardiff Road
Newport
South Wales
NP9 1RH

REC'D   2 0 APR 1998
WIPO        PCT

I, the undersigned, being an officer duly authorised in accordance with Section 74(1) and (4) of the Deregulation & Contracting Out Act 1994, to sign and issue certificates on behalf of the Comptroller-General, hereby certify that annexed hereto is a true copy of the documents as originally filed in connection with the patent application identified therein.

In accordance with the Patents (Companies Re-registration) Rules 1982, if a company named in this certificate and any accompanying documents has re-registered under the Companies Act 1980 with the same name as that with which it was registered immediately before re-registration save for the substitution as, or inclusion as, the last part of the name of the words "public limited company" or their equivalents in Welsh, references to the name of the company in this certificate and any accompanying documents shall be treated as references to the name with which it is so re-registered.

In accordance with the rules, the words "public limited company" may be replaced by p.l.c., plc, P.L.C. or PLC.

Re-registration under the Companies Act does not constitute a new legal entity but merely subjects the company to certain additional company law rules.



Signed   AM Brewer

Dated

27 MAR 1998

An Executive Agency of the Department of Trade and Industry

Patents Form 1/77

ı Act 1977
ı6)

**The Patent Office**

05MAR97 E258282-4 D00085
PQ1/7700 25.00

## Request for grant of a patent

*(See the notes on the back of this form. You can also*
*an explanatory leaflet from the Patent Office to help*
*you fill in this form)*

THE PATENT OFFICE
D
-4 MAR 1997
RECEIVED BY HAND

The Patent Office

Cardiff Road
Newport
Gwent NP9 1RH

| | | |
|---|---|---|
| 1. | Your reference | KP/VM/2216 | -4 MAR 1997 |

| | | |
|---|---|---|
| 2. | Patent application number *(The Patent Office will fill in this part)* | **9704444.0** |

| | | |
|---|---|---|
| 3. | Full name, address and postcode of the or of each applicant *(underline all surnames)* | ISIS INNOVATION LIMITED<br>2 South Parks Road<br>OXFORD<br>OX1 3UB<br>United Kingdom |
| | Patents ADP number *(if you know it)* | 5 1955264201 |
| | If the applicant is a corporate body, give the country/state of its incorporation | United Kingdom |

| | | |
|---|---|---|
| 4. | Title of the invention | NON-INVASIVE PRENATAL DIAGNOSIS |

| | | |
|---|---|---|
| 5. | Name of your agent *(if you have one)* | Stevens, Hewlett & Perkins |
| | "Address for service" in the United Kingdom to which all correspondence should be sent *(including the postcode)* | 1 Serjeants' Inn<br>Fleet Street<br>London<br>EC4Y 1LL |
| | Patents ADP number *(if you know it)* | 1545003 |

| | | | |
|---|---|---|---|
| 6. | If you are declaring priority from one or more earlier patent applications, give the country and the date of filing of the or of each of these earlier applications and *(if you know it)* the or each application number | Country · | Priority application number *(if you know it)* | Date of filing *(day / month / year)* |

| | | | |
|---|---|---|---|
| 7. | If this application is divided or otherwise derived from an earlier UK application, give the number and the filing date of the earlier application | Number of earlier application | | Date of filing *(day / month / year)* |

| | | |
|---|---|---|
| 8. | Is a statement of inventorship and of right to grant of a patent required in support of this request? *(Answer 'Yes' if:* <br> a) *any applicant named in part 3 is not an inventor, or* <br> b) *there is an inventor who is not named as an applicant, or* <br> c) *any named applicant is a corporate body.* <br> *See note (d))* | Yes |

Patents Form 1/77

**Patents Form 1/77**

9. Enter the number of sheets for any of the
   following items you are filing with this form.
   Do not count copies of the same document

   Continuation sheets of this form

   Description     10

   Claim(s)     1

   Abstract

   Drawing(s)

---

10. If you are also filing any of the following,
    state how many against each item.

    Priority documents

    Translations of priority documents

    Statement of inventorship and right
    to grant of a patent *(Patents Form 7/77)*

    Request for preliminary examination
    and search *(Patents Form 9/77)*

    Request for substantive examination
    *(Patents Form 10/77)*

    Any other documents
    *(please specify)*

---

11.          I/We request the grant of a patent on the basis of this application.

STEVENS, HEWLETT & PERKINS     Signature    *Stevens Hewlett Perkins*    Date 0₄.03.97

---

12. Name and daytime telephone number of
    person to contact in the United Kingdom    0171 936 2499   Kate Privett

---

**Warning**

*After an application for a patent has been filed, the Comptroller of the Patent Office will consider whether publication or communication of the invention should be prohibited or restricted under Section 22 of the Patents Act 1977. You will be informed if it is necessary to prohibit or restrict your invention in this way. Furthermore, if you live in the United Kingdom, Section 23 of the Patents Act 1977 stops you from applying for a patent abroad without first getting written permission from the Patent Office unless an application has been filed at least 6 weeks beforehand in the United Kingdom for a patent for the same invention and either no direction prohibiting publication or communication has been given, or any such direction has been revoked.*

**Notes**

a) *If you need help to fill in this form or you have any questions, please contact the Patent Office on 0645 500505.*

b) *Write your answers in capital letters using black ink or you may type them.*

c) *If there is not enough space for all the relevant details on any part of this form, please continue on a separate sheet of paper and write "see continuation sheet" in the relevant part(s). Any continuation sheet should be attached to this form.*

d) *If you have answered 'Yes' Patents Form 7/77 will need to be filed.*

e) *Once you have filled in the form you must remember to sign and date it.*

f) *For details of the fee and ways to pay please contact the Patent Office.*

**Patents Form 1/77**

1

# NON-INVASIVE PRENATAL DIAGNOSIS

This invention relates to prenatal diagnosis using non-invasive techniques.  In particular, it relates to prenatal diagnosis by
5    detecting foetal nucleic acids in serum or plasma from a maternal blood sample.

Conventional prenatal screening methods for detecting foetal abnormalities and for sex determination traditionally use foetal samples derived by invasive techniques such as amniocentesis and chorionic villus
10   sampling.  These techniques require careful handling and present a degree of risk to the mother and to the pregnancy.

More recently, techniques have been devised for predicting abnormalities in the foetus and possible complications in pregnancy, which use maternal blood or serum samples.  Three markers commonly used
15   include alpha-foetoprotein (AFP - of foetal origin), human chorionic gonadotrophin (hCG) and estriol, for screening for Down's Syndrome and neural tube defects.  Maternal serum is also currently used for biochemical screening for chromosomal aneuploidies and neural tube defects.  The passage of nucleated cells between the mother and foetus is now a well-
20   recognised phenomenon (Lo *et al* 1989; Lo *et al* 1996).  The use of foetal cells in maternal blood for non-invasive prenatal diagnosis (Simpson and Elias 1993) avoids the risks associated with conventional invasive techniques.  WO 91/08304 describes prenatal genetic determination using foetal DNA obtained from foetal cells in the maternal blood.  Considerable
25   advances have been made in the enrichment and isolation of foetal cells for analysis (Simpson and Elias 1993; Cheung *et al* 1996).  However, these techniques are time-consuming or require expensive equipment.

Recently, there has been interest in the use of plasma or serum-derived DNA for molecular diagnosis (Mulcahy *et al* 1996).  In
30   particular, it has been demonstrated that tumour DNA can be detected by

2

the polymerase chain reaction (PCR) in the plasma or serum of some patients (Chen *et al* 1996; Nawroz *et al* 1996).

GB 2 299 166 describes non-invasive cancer diagnosis by detection of K-*ras* and N-*ras* gene mutations using PCR-based techniques.

5       It has now been discovered that foetal DNA is detectable in maternal serum or plasma samples.  This is a surprising and unexpected finding; maternal plasma is the very material that is routinely discarded by investigators studying non-invasive prenatal diagnosis using foetal cells in maternal blood.  The detection rate is much higher using serum or plasma

10      than using nucleated blood cell DNA extracted from a comparable volume of whole blood, suggesting that there is enrichment of foetal DNA in maternal plasma and serum.  It is important that foetal DNA is found in maternal plasma as well as serum because this indicates that the DNA is not an artefact of the clotting process.

15      This invention provides a method of performing a prenatal diagnosis on a maternal serum or plasma sample, which method comprises detecting the presence of a nucleic acid sequence of foetal origin in the sample.

The term "prenatal diagnosis" as used herein covers

20      determination of any maternal or foetal condition or characteristic which is related to either the foetal DNA itself or to the quantity or quality of the foetal DNA in the maternal serum or plasma.  Included are sex determination, and detection of foetal abnormalities which may be for example chromosomal aneuploidies or simple mutations.  Also included is

25      detection and monitoring of pregnancy-associated conditions such as pre-eclampsia which may result in differing amounts of foetal DNA being present in the maternal serum or plasma.  The nucleic acid detected in the method according to the invention may be of a type other than DNA e.g. mRNA.

— 3

The maternal serum or plasma sample is derived from the maternal blood. As little as 10µl of serum or plasma can be used. However it may be preferable to employ larger samples in order to increase accuracy. The volume of the sample required may be dependent
5    upon the condition or characteristic being detected. In any case, the volume of maternal blood which needs to be taken is small.

The preparation of serum or plasma from the maternal blood sample is carried out by standard techniques. The serum or plasma is normally then subjected to a nucleic acid extraction process. Suitable
10   methods include the boiling method described herein in the examples, and variations of that method. Possible alternatives include the controlled heating method described by Frickhofen and Young (1991). Two other suitable serum and plasma extraction methods include (i) proteinase K treatment followed by phenol/chloroform extraction; and (ii) extraction using
15   a Qiamp Blood Kit. It is envisaged that serum and plasma nucleic acid extraction methods allowing the purification of DNA or RNA from a larger volume of maternal sample than described herein in the example, will increase the amount of foetal nucleic acid material for analysis and will thus improve the accuracy. A sequence-based enrichment method could
20   also be used on the maternal serum or plasma to specifically enrich for foetal nucleic acid sequences.

An amplification of foetal DNA sequences in the sample is normally carried out. Standard nucleic acid amplification systems can be used, including PCR, the ligase chain reaction, nucleic acid sequence
25   based amplification (NASBA), branched DNA methods, and so on. Preferred amplification methods involve PCR.

The method according to the invention may be particularly useful for sex determination which may be carried out by detecting the presence of a Y chromosome. It is demonstrated herein that using only
30   10µl of plasma or serum a detection rate of 80% for plasma and 70% for

4

serum can be achieved.  The use of just 1ml of maternal plasma or serum will result in a 100-fold increase in the absolute amount of foetal genetic material available for analysis.  This is expected to provide a very accurate system for detecting paternally-inherited foetal DNA sequences.

5          The method according to the invention can be applied to the detection of any paternally-inherited sequences which are not possessed by the mother.  Examples include:

a)      Foetal rhesus D status determination in rhesus negative mothers (Lo *et al* 1993).  This is possible because rhesus D positive

10        individuals possess the rhesus D gene which is absent in rhesus D negative individuals.  Therefore, the detection of rhesus D gene sequences in the plasma and serum of a rhesus D negative mother is indicative of the presence of a rhesus D positive foetus.  This approach may also be applied to the detection of foetal rhesus D

15        mRNA in maternal plasma and serum.

b)      Haemoglobinopathies (Camaschella *et al* 1990).  Over 450 different mutations in the beta-globin gene have been known to cause beta-thalassaemia.  Provided that the father and mother carry different mutations, the paternal mutation can be used as an amplification

20        target on maternal plasma and serum, so as to assess the risk that the foetus may be affected.

c)      Paternally-inherited DNA polymorphisms or mutations.  Paternally-inherited DNA polymorphisms or mutations present on either a Y or a non-Y chromosome, can be detected in maternal plasma and

25        serum to assess the risk of the foetus being affected by a particular disease by linkage analysis.  Furthermore, this type of analysis can also be used to ascertain the presence of foetal nucleic acid in a particular maternal plasma or serum sample, prior to diagnostic analysis such as sex determination.  This application will require the

30        prior genotyping of the father and mother using a panel of

5

polymorphic markers and then an allele for detection will be chosen
which is present in the father, but is absent in the mother.

The plasma or serum-based non-invasive prenatal diagnosis
method according to the invention can be applied to the screening of
5   Down's Syndrome and other chromosomal aneuploidies.  Two possible
ways in which this might be done are as follows:

a)  It has been found that in pregnancy involving foetuses with
    chromosomal aneuploidies e.g. Down's Syndrome, the level of
    foetal cells circulating in maternal blood is higher than in
10      pregnancies involving normal foetuses (Bianchi *et al* 1996).
    Following the surprising discovery disclosed herein that foetal
    DNA is present in maternal plasma and serum, it may be
    expected that the level of foetal DNA in maternal plasma and
    serum will be higher in pregnancies where the foetus has a
15      chromosomal aneuploidy than in normal pregnancies.
    Quantitative detection of foetal nucleic acid in the maternal
    plasma or serum e.g. a quantitative PCR assay, could be used to
    screen pregnant women for chromosomal aneuploidies.

b)  A second method involves the quantitation of foetal DNA
20      markers on different chromosomes.  For example, for a foetus
    affected by Down's Syndrome the absolute quantity of foetal
    chromosomal 21-derived DNA will always be greater than that
    from the other chromosomes.  The recent development of very
    accurate quantitative PCR techniques, such as real time
25      quantitative PCR (Heid *et al* 1996) will allow the realisation of
    this type of analysis.

Another potential application of the accurate quantitation of
foetal nucleic acid levels in the maternal serum or plasma is in the
molecular monitoring of certain placental pathologies, such as pre-

6

eclampsia.  It is likely that placental damage in pre-eclampsia may result in alterations in foetal DNA concentration in material serum and plasma.

It is anticipated that it will be possible to incorporate the nucleic acid-based diagnosis methods described herein into existing

5      prenatal screening programmes.  Sex determination has successfully been performed on pregnancies from 12 to 40 weeks of gestation.

The invention will now be illustrated in the following Example, which does not in any way limit the scope of the invention.

10

**EXAMPLE**

**METHODS**

**Patients**

Pregnant women attending the Nuffield Department of

15    Obstetrics & Gynaecology, John Radcliffe Hospital, Oxford were recruited prior to amniocentesis or delivery.  Ethics approval of the project was obtained from the Central Oxfordshire Research Ethics Committee. Informed consent was sought in each case. Five to ten ml of maternal peripheral blood was collected into an EDTA and a plain tube.  For women

20    undergoing amniocentesis, maternal blood was always collected prior to the procedure and 10 ml of amniotic fluid was also collected for foetal sex determination.  For women recruited just prior to delivery, foetal sex was noted at the time of delivery.  Control blood samples were also obtained from 10 non-pregnant female subjects and further sample processing was

25    as for specimens obtained from pregnant individuals.

**Sample preparation**

Maternal blood samples were processed between 1 to 3 hours following venesection.  Blood samples were centrifuged at 3000g and plasma and serum were carefully removed from the EDTA-containing

30    and plain tubes, respectively, and transferred into plain polypropylene

7

tubes.  Great care was taken to ensure that the buffy coat or the blood clot
was undisturbed when plasma or serum samples, respectively, were
removed.  Following removal of the plasma samples, the red cell pellet and
buffy coat were saved for DNA extraction using a Nucleon DNA extraction

5    kit (Scotlabs, Strathclyde, Scotland, U.K.).  The plasma and serum
samples were then subjected to a second centrifugation at 3000g and the
recentrifuged plasma and serum samples were collected into fresh
polypropylene tubes.  The samples were stored at -20ºC until further
processing.

10

**DNA extraction from plasma and serum samples**
Plasma and serum samples were processed for PCR using a
modification of the method of Emanuel and Pestka (1993).  In brief, 200 µl

15   of plasma or serum was put into a 0.5ml eppendorf tube.  The sample was
then heated at 99ºC for 5 minutes on a heat block.  The heated sample
was then centrifuged at maximum speed using a microcentrifuge.  The
clear supernatant was then collected and 10 µl was used for PCR.
**DNA extraction from amniotic fluid**

20   The amniotic fluid samples were processed for PCR using
the method of Rebello *et al* (1991).  One hundred µl of amniotic fluid was
transferred into a 0.5 ml eppendorf tube and mixed with an equal volume of
10% Chelex-100 (Bio-Rad).  Following the addition of 20 µl of mineral oil to
prevent evaporation, the tube was incubated at 56°C for 30 minutes on a

25   heat block.  Then, the tube was vortexed briefly and incubated at 99°C for
20 minutes.  The treated amniotic fluid was stored at 4°C until PCR and
10 µl was used in a 100µl reaction.
**Polymerase chain reaction (PCR)**
The polymerase chain reaction (PCR) was carried out

30   essentially as described (Saiki *et al* 1988) using reagents obtained from a

8

GeneAmp DNA Amplification Kit (Perkin Elmer, Foster City, CA, USA).
The detection of Y-specific foetal sequence from maternal plasma, serum
and cellular DNA was carried out as described using primers Y1.7 and
Y1.8, designed to amplify a single copy Y sequence (DYS14) (Lo *et al*
5  1990).  The sequence of Y1.7 is 5' CAT CCA GAG CGT CCC TGG CTT 3'
and that of Y1.8 is 5' CTT TCC ACA GCC ACA TTT GTC 3'.  The Y-
specific product was 198 bp.  Sixty cycles of Hot Start PCR using
Ampliwax technology were used on 10 µl of maternal plasma or serum or
100 ng of maternal nucleated blood cell DNA (denaturation step of 94ºC 1
10  minute and a combined reannealing/extension step of 57ºC 1 minute).
Forty cycles were used for amplification of amniotic fluid.  PCR products
were analysed by agarose gel electrophoresis and ethidium bromide
staining.  PCR results were scored before the foetal sex was revealed to
the investigator.

15

**Results**

Sensitivity of PCR assay

           Serial dilutions of male genomic DNA in 1 µg of female
genomic DNA were performed and amplified by the Y-PCR system using
20  60 cycles of amplification.  Positive signals were detected up to the
100,000 dilution, i.e., approximately the equivalent of a single male cell.
Amplification of foetal  DNA sequence from maternal plasma and serum
           Maternal plasma and serum samples were collected from 43
pregnant women with gestational ages from 12 to 40 weeks.  There were
25  30 male foetuses and 13 female foetuses.  Of the 30 women bearing male
foetuses, Y-positive signals were detected in 24 plasma samples and 21
serum samples, when 10 µl of the respective samples was used for PCR.
When nucleated blood cell DNA was used for Y-PCR, positive signals were
only detected in 5 of the 30 cases.  None of the 13 women bearing female
30  foetuses and none of the 10 non-pregnant female controls resulted in a

9

positive Y signal when either plasma, serum or cellular DNA was amplified. Accuracy of this technique, even with serum/plasma samples of only 10 μl, is thus very high and most importantly it is high enough to be useful. It will be evident that accuracy can be improved to 100% or close to 100%, for example by using a larger volume of serum or plasma.

## References

Bianchi D W, Williams J M, Pelletier C, Klinger K W, Shuber A P. Fetal cell quantitation in maternal blood samples from normal and aneuploid pregnancies. Pediatr Res 1996; **39**: 142A.

Camaschella C, Alfarano A, Gottardi E, *et al.* Prenatal diagnosis of fetal hemoglobin Lepore-Boston disease on maternal peripheral blood. Blood 1990; **75**: 2102-106.

Chen X Q, Stroun M, Magnenat J-L, *et al.* Microsatellite alterations in plasma DNA of small cell lung cancer patients. Nat Med 1996; **2**: 1033-35.

Cheung M C, Goldberg JD, Kan YW. Prenatal diagnosis of sickle cell anemia and thalassemia by analysis of fetal cells in maternal blood. Nat Genet 1996; **14**: 264-68.

Emanuel S L, Pestka S. Amplification of specific gene products from human serum. GATA 1993; **10**: 144-46.

Frickhofen N. & Young N.S. A rapid method of sample preparation for detection of DNA viruses in human serum by polymerase chain reaction. J.Virological Methods 1991; **35**: 65-72.

Heid C. A., Stevens J., Livak K.J., Williams P.M. Real time quantitative PCR. Genome Research 1996; **6**: 986-994.

Lo Y M D, Patel P, Wainscoat J S, Sampietro M, Gillmer M D G, Fleming K A. Prenatal sex determination by DNA amplification from maternal peripheral blood. Lancet 1989; **2**: 1363-65.

10
—

**Lo Y M D**, Lo E S F, Watson N, *et al.* Two-way cell traffic between mother and fetus: biologic and clinical implications. Blood 1996; **88**: 4390-95.

**Lo Y M D**, Patel P, Sampietro M, Gillmer M D G, Fleming K A, Wainscoat JS. Detection of single-copy fetal DNA sequence from maternal blood.

5   Lancet 1990; **335**: 1463-64.

**Lo Y M D**, Bowell P J, Selinger M, *et al.* Prenatal determination of foetal RhD status by analysis of peripheral blood of rhesus negative mothers. Lancet 1993; **341**: 1147-48.

**Mulcahy H E**, Croke DT, Farthing M J G. Cancer and mutant DNA in blood

10   plasma. Lancet 1996; **348**: 628.

**Nawroz H**, Koch W, Anker P, Stroun M, Sidransky D. Microsatellite alterations in serum DNA of head and neck cancer patients. Nat Med 1996; **2**: 1035-37.

**Rebello M T**, Hackett G, Smith J, *et al.* Extraction of DNA from amniotic

15   fluid cells for the early prenatal diagnosis of genetic disease. Prenat Diagn 1991; **11**: 41-46.

**Saiki R K**, Gelfand D H, Stoffel S, *et al.* Primer-directed enzymatic amplification of DNA with a thermostable DNA polymerase. Science 1988; **239**: 487-91.

20   **Simpson J L**, Elias S. Isolating fetal cells from maternal blood: advances in prenatal diagnosis through molecular technology. JAMA 1993; **270**: 2357-61.

11

## CLAIMS:

1.        A method of performing a prenatal diagnosis on a maternal serum or plasma sample, which method comprises detecting the presence of a nucleic acid sequence of foetal origin in the sample.

2.        The method according to claim 1, wherein the foetal nucleic acid sequence is amplified prior to detection.

3.        The method according to claim 2, wherein the foetal nucleic acid sequence is amplified by the polymerase chain reaction.

4.        The method according to claim 2 or claim 3, wherein at least one foetal sequence specific oligonucleotide primer is used.

5.        The method according to any one of claims 1 to 4, wherein the foetal nucleic acid sequence is from the Y chromosome.

6.        The method according to any one of claims 1 to 4, wherein the foetal nucleic acid is from a paternally-inherited non-Y chromosome.

7.        The method according to any one of claims 1 to 5, for the purpose of sex determination of the foetus.

8.        The method according to any one of claims 1 to 6, for detecting a genetic abnormality in the foetus.

9.        The method according to any one of claims 1 to 8, wherein the foetal nucleic acid sequence is DNA.

10.        The method according to any one of claims 1 to 9, wherein a nucleic acid extraction step is performed on the serum or plasma sample.

11.        The method according to claim 10, wherein the nucleic acid extraction step includes heating the serum or plasma sample.

410 Rec'<br>Express Mail Label No.: EL375088070US

PTO 0 3 SEP 1999

| FORM PTO-1390<br>(REV 11-98) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTORNEY'S DOCKET NUMBER |
|---|---|---|
| TRANSMITTAL LETTER TO THE UNITED STATES<br>DESIGNATED/ELECTED OFFICE (DO/EO/US)<br>CONCERNING A FILING UNDER 35 U.S.C. 371 | | SHP-PT048 |
| | | U.S. APPLICATION NO. (If known, see 37 CFR 1.5)<br>09/380,696<br>Not Yet Known |

| INTERNATIONAL APPLICATION NO.<br>PCT/GB98/00690 | INTERNATIONAL FILING DATE<br>4 March 1998 | PRIORITY DATE CLAIMED<br>4 March 1997 |
|---|---|---|

| TITLE OF INVENTION | NON-INVASIVE PRENATAL DIAGNOSIS |
|---|---|

| APPLICANT(S) FOR DO/EO/US Lo et al. |
|---|

Applicant herewith submits to the United States Designated/Elected Office (DO/EO/US) the following items and other information:

1. [X] This is a **FIRST** submission of items concerning a filing under 35 U.S.C. 371.

2. [ ] This is a **SECOND** or **SUBSEQUENT** submission of items concerning a filing under 35 U.S.C. 371.

3. [ ] This express request to begin national examination procedures (35 U.S.C. 371(f)) at any time rather than delay examination until the expiration of the applicable time limit set in 35 U.S.C.371(b) and PCT Articles 22 and 39(1).

4. [X] A proper Demand for International Preliminary Examination was made by the 19th month from the earliest claimed priority date.

5. [X] A copy of the International Application as filed (35 U.S.C. 371(c)(2))
    a. [X] is transmitted herewith (required only if not transmitted by the International Bureau).
    b. [X] has been transmitted by the International Bureau.
    c. [ ] is not required, as the application was filed in the United States Receiving Office (RO/US).

6. [ ] A translation of the International Application into English (35 U.S.C. 371(c)(2)).

7. [ ] Amendments to the claims of the International Application under PCT Article 19 (35 U.S.C. 371(c)(3))
    a. [ ] are transmitted herewith (required only if not transmitted by the International Bureau).
    b. [ ] have been transmitted by the International Bureau.
    c. [ ] have not been made; however, the time limit for making such amendments has NOT expired.
    d. [ ] have not been made and will not be made.

8. [ ] A translation of the amendments to the claims under PCT Article 19 (35 U.S.C. 371(c)(3)).

9. [X] An unsigned oath or declaration of the inventor(s) (35 U.S.C. 371(c)(4)).

10. [ ] A translation of the annexes to the International Preliminary Examination Report under PCT Article 36 (35 U.S.C. 371(c)(5)).

**Items 11. to 16. below concern document(s) or information included:**

11. [X] An Information Disclosure Statement under 37 CFR 1.97 and 1.98.

12. [ ] An assignment document for recording. A separate cover sheet in compliance with 37 CFR 3.28 and 3.31 is included.

13. [X] A FIRST preliminary amendment.
    [ ] A SECOND or SUBSEQUENT preliminary amendment.

14. [ ] A substitute specification.

15. [ ] A change of power of attorney and/or address letter.

16. [X] Other items or information:
    Communication Under Rule 37 C.F.R. Section 1.53(b);
    International Search Report (included with International Publication);
    International Preliminary Examination Report; and
    Certificate of Mailing by Express Mail.

**514 Rec'd PC  TO  0 3 SEP 1992**

| U.S. APPLICATION NO. 09/076 Not Yet Known | INTERNATIONAL APPLICATION NO. PCT/GB98/00690 | ATTORNEY'S DOCKET NUMBER SHP-PT048 |
|---|---|---|

17. [X] The following fees are submitted:

**BASIC NATIONAL FEE** ( 37 CFR 1.492 (a) (1) - (5) ) :

| | CALCULATIONS | PTO USE ONLY |
|---|---|---|

Neither international preliminary examination fee (37 CFR 1.482) nor international search fee (37 CFR 1.445(a)(2)) paid to USPTO and International Search Report not prepared by the EPO or JPO · · · · · · · · $970.00

International preliminary examination fee (37 CFR 1.482) not paid to USPTO but International Search Report prepared by the EPO or JPO· · · · · · $840.00

International preliminary examination fee (37 CFR 1.482) not paid to USPTO but international search fee (37 CFR 1.445(a)(2)) paid to USPTO  · · · · · · · · · · $760.00

International preliminary examination fee paid to USPTO (37 CFR 1.482) but all claims did not satisfy provisions of PCT Article 33(1)-(4) · · · · · · · · · · · $670.00

International preliminary examination fee paid to USPTO (37 CFR 1.482) and all claims satisfied provisions of PCT Article 33(1)-(4) · · · · · · · · · · · · · · · $96.00

**ENTER APPROPRIATE BASIC FEE AMOUNT  =**  $ 840.00

Surcharge of **$130.00** for furnishing the oath or declaration later than [ ] 20  [ ] 30 months from the earliest claimed priority date (37 CFR 1.492(e)).  $

| CLAIMS | NUMBER FILED | NUMBER EXTRA | RATE | | |
|---|---|---|---|---|---|
| Total claims | 26  - 20 = | 6 | X $18.00 | $ | 108.00 |
| Independent claims | 3  - 3 = | 0 | X $78.00 | $ | |
| MULTIPLE DEPENDENT CLAIM(S) (if applicable) | | | + $260.00 | $ | |

**TOTAL OF ABOVE CALCULATIONS  =**  $ 948.00

Reduction of 1/2 for filing by small entity, if applicable. A Small Entity Statement must also be filed (Note 37 CFR 1.9, 1.27, 1.28).  $

**SUBTOTAL  =**  $ 948.00

Processing fee of **$130.00** for furnishing the English translation later than [ ]20  [ ] 30 months from the earliest claimed priority date (37 CFR 1.492(f)).  +  $

**TOTAL NATIONAL FEE  =**  $ 948.00

Fee for recording the enclosed assignment (37 CFR 1.21(h)). The assignment must be accompanied by an appropriate cover sheet (37 CFR 3.28, 3.31). **$40.00** per property  +  $

**TOTAL FEES ENCLOSED  =**  $ 948.00

| | Amount to be: refunded | $ |
|---|---|---|
| | charged | $ |

a. [ ]   A check in the amount of  $_____  to cover the above fees is enclosed.

b. [X]  Please charge my Deposit Account No. ____22-0493____ in the amount of $_948.00_ to cover the above fees. A duplicate copy of this sheet is enclosed.

c. [X]  The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. ___22-0493___. A duplicate copy of this sheet is enclosed.

Our order no. is  683

**NOTE:** Where an appropriate time limit under 37 CFR 1.494 or 1.495 has not been met, a petition to revive (37 CFR 1.137(a) or (b)) must be filed and granted to restore the application to pending status.

SEND ALL CORRESPONDENCE TO:

VOLPE and KOENIG, P.C.
400 One Penn Center
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103

SIGNATURE

C. Frederick Koenig III, Esquire

NAME

29,662

REGISTRATION NUMBER

514 Rec'd P( ?TO 0 3 SEP 1999.

| U.S. APPLICATION NO. (Assigned under 37 CFR 1.5) 09/         6 Not Yet Known | INTERNATIONAL APPLICATION NO. PCT/GB98/00690 | ATTORNEY'S DOCKET NUMBER SHP-PT048 |
|---|---|---|

17. [X]  The following fees are submitted:

**BASIC NATIONAL FEE ( 37 CFR 1.492 (a) (1) - (5) ) :**

| | CALCULATIONS   PTO USE ONLY |
|---|---|

Neither international preliminary examination fee (37 CFR 1.482)
nor international search fee (37 CFR 1.445(a)(2)) paid to USPTO
and International Search Report not prepared by the EPO or JPO · · · · · · · ·  $970.00

International preliminary examination fee (37 CFR 1.482) not paid to
USPTO but International Search Report prepared by the EPO or JPO · · · · · · ·  $840.00

International preliminary examination fee (37 CFR 1.482) not paid to USPTO but
international search fee (37 CFR 1.445(a)(2)) paid to USPTO  · · · · · · · · · ·  $760.00

International preliminary examination fee paid to USPTO (37 CFR 1.482)
but all claims did not satisfy provisions of PCT Article 33(1)-(4) · · · · · · · · · · ·  $670.00

International preliminary examination fee paid to USPTO (37 CFR 1.482)
and all claims satisfied provisions of PCT Article 33(1)-(4) · · · · · · · · · · · · · ·  $96.00

**ENTER APPROPRIATE BASIC FEE AMOUNT** =  | $  840.00 |

| Surcharge of **$130.00** for furnishing the oath or declaration later than ☐ 20   ☐ 30 months from the earliest claimed priority date (37 CFR 1.492(e)). | $ | |
|---|---|---|

| CLAIMS | NUMBER FILED | NUMBER EXTRA | RATE | | |
|---|---|---|---|---|---|
| Total claims | 26  - 20 = | 6 | X $18.00 | $  108.00 | |
| Independent claims | 3   - 3 = | 0 | X $78.00 | $ | |
| MULTIPLE DEPENDENT CLAIM(S) (if applicable) | | | + $260.00 | $ | |

| **TOTAL OF ABOVE CALCULATIONS** = | $  948.00 | |
|---|---|---|

| Reduction of 1/2 for filing by small entity, if applicable. A Small Entity Statement must also be filed (Note 37 CFR 1.9, 1.27, 1.28). | $ | |
|---|---|---|

| **SUBTOTAL** = | $  948.00 | |
|---|---|---|

| Processing fee of **$130.00** for furnishing the English translation later than ☐ 20  ☐ 30 months from the earliest claimed priority date (37 CFR 1.492(f)). + | $ | |
|---|---|---|

| **TOTAL NATIONAL FEE** = | $  948.00 | |
|---|---|---|

| Fee for recording the enclosed assignment (37 CFR 1.21(h)). The assignment must be accompanied by an appropriate cover sheet (37 CFR 3.28, 3.31). **$40.00** per property + | $ | |
|---|---|---|

| **TOTAL FEES ENCLOSED** = | $  948.00 | |
|---|---|---|

| | Amount to be: refunded | $ |
|---|---|---|
| | charged | $ |

a. ☐   A check in the amount of  $_____ to cover the above fees is enclosed.

b. [X]  Please charge my Deposit Account No. ____22-0493____ in the amount of $948.00 _____ to cover the above fees.
A duplicate copy of this sheet is enclosed.

c. [X]  The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any
overpayment to Deposit Account No. ____22-0493____. A duplicate copy of this sheet is enclosed.

Our order no. is  683

**NOTE: Where an appropriate time limit under 37 CFR 1.494 or 1.495 has not been met, a petition to revive (37 CFR 1.137(a) or (b)) must be filed and granted to restore the application to pending status.**

SEND ALL CORRESPONDENCE TO:

VOLPE and KOENIG, P.C.
400 One Penn Center
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103

SIGNATURE

C. Frederick Koenig III, Esquire

NAME

29,662

REGISTRATION NUMBER

410 Rec⸱  ᴜT/PTO  0 3 SEP 1999

Exp⸱  ⸱ Mail Label No.: EL375088070US

| FORM PTO-1390 (REV 11-98) U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTORNEY'S DOCKET NUMBER |
|---|---|
| **TRANSMITTAL LETTER TO THE UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US) CONCERNING A FILING UNDER 35 U.S.C. 371** | SHP-PT048 |
|  | U.S. APPLICATION NO. (if known, see 37 CFR 1.5) **09/380696** Not Yet Known |

| INTERNATIONAL APPLICATION NO. PCT/GB98/00690 | INTERNATIONAL FILING DATE 4 March 1998 | PRIORITY DATE CLAIMED 4 March 1997 |
|---|---|---|

TITLE OF INVENTION   NON-INVASIVE PRENATAL DIAGNOSIS

APPLICANT(S) FOR DO/EO/US Lo et al.

Applicant herewith submits to the United States Designated/Elected Office (DO/EO/US) the following items and other information:

1. ☒ This is a **FIRST** submission of items concerning a filing under 35 U.S.C. 371.
2. ☐ This is a **SECOND** or **SUBSEQUENT** submission of items concerning a filing under 35 U.S.C. 371.
3. ☐ This express request to begin national examination procedures (35 U.S.C. 371(f)) at any time rather than delay examination until the expiration of the applicable time limit set in 35 U.S.C.371(b) and PCT Articles 22 and 39(1).
4. ☒ A proper Demand for International Preliminary Examination was made by the 19th month from the earliest claimed priority date.
5. ☒ A copy of the International Application as filed (35 U.S.C. 371(c)(2))
   a. ☒ is transmitted herewith (required only if not transmitted by the International Bureau).
   b. ☒ has been transmitted by the International Bureau.
   c. ☐ is not required, as the application was filed in the United States Receiving Office (RO/US).
6. ☐ A translation of the International Application into English (35 U.S.C. 371(c)(2)).
7. ☐ Amendments to the claims of the International Application under PCT Article 19 (35 U.S.C. 371(c)(3))
   a. ☐ are transmitted herewith (required only if not transmitted by the International Bureau).
   b. ☐ have been transmitted by the International Bureau.
   c. ☐ have not been made; however, the time limit for making such amendments has NOT expired.
   d. ☐ have not been made and will not be made.
8. ☐ A translation of the amendments to the claims under PCT Article 19 (35 U.S.C. 371(c)(3)).
9. ☒ An unsigned oath or declaration of the inventor(s) (35 U.S.C. 371(c)(4)).
10. ☐ A translation of the annexes to the International Preliminary Examination Report under PCT Article 36 (35 U.S.C. 371(c)(5)).

**Items 11. to 16. below concern document(s) or information included:**

11. ☒ An Information Disclosure Statement under 37 CFR 1.97 and 1.98.
12. ☐ An assignment document for recording. A separate cover sheet in compliance with 37 CFR 3.28 and 3.31 is included.
13. ☒ A FIRST preliminary amendment.
    ☐ A SECOND or SUBSEQUENT preliminary amendment.
14. ☐ A substitute specification.
15. ☐ A change of power of attorney and/or address letter.
16. ☒ Other items or information:
    Communication Under Rule 37 C.F.R. Section 1.53(b);
    International Search Report (included with International Publication);
    International Preliminary Examination Report; and
    Certificate of Mailing by Express Mail.

514 Rec'd ~  ,O  0 3 SEP 1992

| U.S. APPLICATION NO. (if known, see 37 CFR 1.5)  09 / ~~~~~~ Not Yet Known | INTERNATIONAL APPLICATION NO. PCT/GB98/00690 | ATTORNEY'S DOCKET NUMBER SHP-PT048 |
|---|---|---|

| | CALCULATIONS   PTO USE ONLY |
|---|---|

17. **[X]** The following fees are submitted:

**BASIC NATIONAL FEE ( 37 CFR 1.492 (a) (1) - (5) ) :**

Neither international preliminary examination fee (37 CFR 1.482)
nor international search fee (37 CFR 1.445(a)(2)) paid to USPTO
and International Search Report not prepared by the EPO or JPO · · · · · · · · **$970.00**

International preliminary examination fee (37 CFR 1.482) not paid to
USPTO but International Search Report prepared by the EPO or JPO· · · · · · **$840.00**

International preliminary examination fee (37 CFR 1.482) not paid to USPTO but
international search fee (37 CFR 1.445(a)(2)) paid to USPTO     · · · · · · · · · **$760.00**

International preliminary examination fee paid to USPTO (37 CFR 1.482)
but all claims did not satisfy provisions of PCT Article 33(1)-(4)· · · · · · · · · ·**$670.00**

International preliminary examination fee paid to USPTO (37 CFR 1.482)
and all claims satisfied provisions of PCT Article 33(1)-(4) · · · · · · · · · · · · · · ·**$96.00**

| ENTER APPROPRIATE BASIC FEE AMOUNT  = | $ 840.00 |
|---|---|
| Surcharge of **$130.00** for furnishing the oath or declaration later than ☐ 20   ☐ 30 months from the earliest claimed priority date (37 CFR 1.492(e)). | $ |

| CLAIMS | NUMBER FILED | NUMBER EXTRA | RATE | | |
|---|---|---|---|---|---|
| Total claims | 26   - 20 = | 6 | X $18.00 | $ | 108.00 |
| Independent claims | 3   - 3 = | 0 | X $78.00 | $ | |
| MULTIPLE DEPENDENT CLAIM(S) (if applicable) | | | + $260.00 | $ | |

| TOTAL OF ABOVE CALCULATIONS   = | $ 948.00 |
|---|---|
| Reduction of 1/2 for filing by small entity, if applicable. A Small Entity Statement must also be filed (Note 37 CFR 1.9, 1.27, 1.28). | $ |
| SUBTOTAL   = | $ 948.00 |
| Processing fee of **$130.00** for furnishing the English translation later than ☐ 20 ☐ 30 months from the earliest claimed priority date (37 CFR 1.492(f)).               + | $ |
| TOTAL NATIONAL FEE   = | $ 948.00 |
| Fee for recording the enclosed assignment (37 CFR 1.21(h)). The assignment must be accompanied by an appropriate cover sheet (37 CFR 3.28, 3.31).  **$40.00** per property   + | $ |
| TOTAL FEES ENCLOSED   = | $ 948.00 |

| | Amount to be: refunded | $ |
|---|---|---|
| | charged | $ |

a. ☐    A check in the amount of  $_____ to cover the above fees is enclosed.

b. **[X]**    Please charge my Deposit Account No. ____22-0493____ in the amount of $948.00_____ to cover the above fees.
A duplicate copy of this sheet is enclosed.

c. **[X]**    The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any
overpayment to Deposit Account No. ____22-0493____. A duplicate copy of this sheet is enclosed.

Our order no. is  683

**NOTE:** Where an appropriate time limit under 37 CFR 1.494 or 1.495 has not been met, a petition to revive (37 CFR
1.137(a) or (b)) must be filed and granted to restore the application to pending status.

SEND ALL CORRESPONDENCE TO:

VOLPE and KOENIG, P.C.
400 One Penn Center
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103

SIGNATURE

C. Frederick Koenig III, Esquire

NAME

29,662

REGISTRATION NUMBER

Form PTO-1390 (REV 11-98)  page 2 of 2