UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIOSA DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEQUENOM, INC., <br><br> Defendant/ Counterclaim-Plaintiff, <br><br> v. <br><br> ARIOSA DIAGNOSTICS, INC., <br><br> Counterclaim-Defendant, <br><br> and <br><br> ISIS INNOVATION LIMITED, <br><br> Nominal Counterclaim-Defendant. | Case No. 3:11-cv-06391-SI <br><br> **[PROPOSED] ORDER GRANTING SEQUENOM, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATIONS** |

1  Having considered the Unopposed Administrative Motion to Exceed Page Limitations by
2  Sequenom, Inc. and the Declaration of Ross Allen in support thereof, and good cause appearing,
3  the Motion is hereby GRANTED.
4  IT IS HEREBY ORDERED THAT:
5  Sequenom, Inc. may submit a single reply claim construction brief for U.S. Patent No.
6  6,258,540 of up to 30 pages in the three Related Actions (Case No. 3:11-cv-06391-SI, Case No.
7  3:12-cv-00132-SI, and Case No. 3:12-cv-00865-SI).

9  IT IS HEREBY ORDERED:

11  Dated: 7/10/13                    By: _____
                                          The Honorable Susan Illston