IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERINATA HEALTH, INC., *et al.*,

    Plaintiffs,

  v.

SEQUENOM, INC., *et al.*,

    Defendants.

Case No. C 12-00865 SI
Related Cases: 11-06931, 12-00132, 12-05501

**ORDER DENYING MOTION TO SEAL**

Currently before the Court is defendants' administrative motion to seal documents designated confidential by plaintiffs. The documents are four emails that were marked as exhibits in the November 2, 2012 deposition of Dr. Stephen Quake. After defendants filed their motion, plaintiffs filed a declaration stating that they withdraw their confidentiality designation for each of these four exhibits.

Accordingly, the Court hereby DENIES defendants' motion to seal documents. This resolves Docket No. 97.

**IT IS SO ORDERED.**

Dated: July 21, 2013

SUSAN ILLSTON
United States District Judge