# Exhibit 4

# In The Matter Of:

*ARIOSA DIAGNOSTICS, INC.*

*v.*

*SEQUENOM, INC.*

_____

*EVANS, M.D., MARK I. - Vol. 1*
*April 27, 2012*

_____

*CONFIDENTIAL - ATTORNEYS' EYES ONLY*

*PURSUANT TO PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 1

```
           UNITED STATES DISTRICT COURT

      FOR THE NORTHERN DISTRICT OF CALIFORNIA

                      --oOo--

ARIOSA DIAGNOSTICS, INC.,
(aka ARIA DIAGNOSTICS),

        Plaintiff,              Case No.
                                3:11-cv-06391-SI
           v.

SEQUENOM, INC.,

        Defendant/
        Counterclaim-Plaintiff.

           v.

ARIOSA DIAGNOSTICS, INC.,
(aka ARIA DIAGNOSTICS),

        Counterclaim-Defendant,

        and

ISIS INNOVATION LIMITED,

        Nominal Counterclaim-
        Defendant.
_____/


        CONFIDENTIAL - ATTORNEYS EYES ONLY

          PURSUANT TO PROTECTIVE ORDER

            VIDEOTAPED DEPOSITION OF

               MARK I. EVANS, M.D.
        _____

             Friday, April 27, 2012

            Volume I (Pages 1 - 258)

   REPORTED BY: CATHERINE RYAN, RMR, CRR, CSR 8239
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 150

| | | |
|---|---|---|
| 1 | And what I was starting to say before we | 12:20:35 |
| 2 | got sidetracked a minute ago was that I remember | 12:20:37 |
| 3 | sitting at one of our three-times-a-year, | 12:20:40 |
| 4 | twice-a-year big group meetings shortly after the | 12:20:45 |
| 5 | paper came out and, you know, Dr. Bianchi, | 12:20:48 |
| 6 | Dr. Elias, Dr. Holzgreve and myself basically all | 12:20:54 |
| 7 | being what I would describe as shellshocked that | 12:20:59 |
| 8 | there was another and quite possibly much better way | 12:21:01 |
| 9 | of doing this than we had all spent a decade or more | 12:21:03 |
| 10 | working on, you know, within fetal cells, which | 12:21:08 |
| 11 | produced a lot of frustration. | 12:21:11 |
| 12 | Q  And that's the discovery that fetal cells | 12:21:13 |
| 13 | exist in the plasma, right? | 12:21:22 |
| 14 | A  No, we knew fetal cells existed in the | 12:21:24 |
| 15 | plasma in small numbers.  The problem with fetal | 12:21:28 |
| 16 | cells was being able to use them accurately for | 12:21:31 |
| 17 | diagnosis. | 12:21:33 |
| 18 | Q  How would a person of skill in the art | 12:22:06 |
| 19 | know in 1997 how you would, for example, amplify | 12:22:12 |
| 20 | paternally inherited nucleic acids from the serum or | 12:22:20 |
| 21 | plasma? | 12:22:24 |
| 22 | MR. HOLMES:  Let me just interpose an | 12:22:26 |
| 23 | objection to the extent it calls for a legal | 12:22:27 |
| 24 | conclusion and vague. | 12:22:29 |
| 25 | BY MR. IANCU: | 12:22:39 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 151

| | | |
|---|---|---|
| 1 | Q    Do you have the question in mind, sir? | 12:22:40 |
| 2 | A    Yes.  The technique of the polymerase | 12:22:41 |
| 3 | chain reaction was already well known in science at | 12:22:46 |
| 4 | that time as well as other methodologies which could | 12:22:49 |
| 5 | be used.  So it was known that if one had paternally | 12:22:55 |
| 6 | derived nucleic acids of fetal origin, that one | 12:23:04 |
| 7 | could amplify them, at least in principle. | 12:23:07 |
| 8 | Q    And how would a person of skill in the art | 12:23:29 |
| 9 | know in 1997 how to detect the presence of a | 12:23:32 |
| 10 | paternally inherited nucleic acid of fetal origin in | 12:23:38 |
| 11 | the sample? | 12:23:42 |
| 12 | MR. HOLMES:  Same objections. | 12:23:43 |
| 13 | THE WITNESS:  I'm sorry.  Could you repeat | 12:23:47 |
| 14 | the question, please? | 12:23:48 |
| 15 | BY MR. IANCU: | 12:23:49 |
| 16 | Q    How would a person of skill in the art in | 12:23:49 |
| 17 | 1997 know how to actually detect the presence of | 12:23:52 |
| 18 | paternally inherited nucleic acid of fetal origin in | 12:23:57 |
| 19 | serum or plasma -- | 12:24:03 |
| 20 | MR. HOLMES:  Same objections. | 12:24:05 |
| 21 | BY MR. IANCU: | 12:24:05 |
| 22 | Q    -- of the mother? | 12:24:06 |
| 23 | A    Dr. Lo's paper published in the Lancet -- | 12:24:07 |
| 24 | and I'd like to get it before I -- do we have a copy | 12:24:11 |
| 25 | of it here someplace?  Okay.  Dr. Lo's paper | 12:24:13 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 152

| | | |
|---|---|---|
| 1 | described methodology for -- for isolating maternal | 12:24:19 |
| 2 | plasma and then amplifying those sequences and then | 12:24:37 |
| 3 | detecting the presence of those acids. | 12:24:42 |
| 4 | Q   Now, isolating maternal plasma is known | 12:24:47 |
| 5 | for a very long time, well before 1997, right? | 12:24:51 |
| 6 | A   That one component is certainly known, | 12:24:54 |
| 7 | yes. | 12:24:57 |
| 8 | Q   How do you do it, by the way? | 12:24:57 |
| 9 | A   Basically, you can take a tube of blood | 12:25:00 |
| 10 | and just stick it on the table and it will clot off. | 12:25:04 |
| 11 | And then if you spin it, you get serum.  If you | 12:25:06 |
| 12 | give anticoagulant so that the clotting factors | 12:25:09 |
| 13 | don't clump the cells, you get plasma.  And then you | 12:25:12 |
| 14 | centrifuge it; so you separate out the cellular from | 12:25:16 |
| 15 | noncellular portions. | 12:25:19 |
| 16 | Q   So taking the plasma, the maternal plasma, | 12:25:25 |
| 17 | if you know that you want to look in there for | 12:25:28 |
| 18 | paternally inherited nucleic acids of fetal origin, | 12:25:30 |
| 19 | how would one know what techniques to use?  Was | 12:25:34 |
| 20 | there anything available how to do that, the actual | 12:25:38 |
| 21 | technology -- | 12:25:41 |
| 22 | MR. HOLMES:  Objection.  Vague. | 12:25:42 |
| 23 | BY MR. IANCU: | 12:25:43 |
| 24 | Q   -- in 1997? | 12:25:44 |
| 25 | A   There are techniques that were being | 12:25:52 |

Merrill Corporation - Los Angeles
Los Angeles - 800-826-0277                www.merrillcorp.com/law

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 155

| | | |
|---|---|---|
| 1 | used to distinguish those cells in the maternal | 12:28:20 |
| 2 | circulation that came from the fetus as opposed to | 12:28:25 |
| 3 | that came from the mother. | 12:28:28 |
| 4 | BY MR. IANCU: | 12:28:31 |
| 5 | Q   Once you know where you want to look for | 12:28:31 |
| 6 | the fetal cells, now that you want to look in the | 12:28:35 |
| 7 | plasma, for example, per Dr. Lo's 1997 paper, once | 12:28:39 |
| 8 | you know that -- | 12:28:44 |
| 9 | A   No, that's incorrect. | 12:28:44 |
| 10 | Q   Apologies.  Go ahead. | 12:28:45 |
| 11 | A   Sorry. | 12:28:47 |
| 12 | MR. HOLMES:  Dr. Evans, let -- | 12:28:47 |
| 13 | THE WITNESS:  I apologize. | 12:28:49 |
| 14 | MR. HOLMES:  -- Mr. Iancu finish his | 12:28:49 |
| 15 | question. | 12:28:53 |
| 16 | THE WITNESS:  Fair enough. | 12:28:55 |
| 17 | BY MR. IANCU: | 12:28:55 |
| 18 | Q   I can often be incorrect; so I appreciate | 12:28:56 |
| 19 | you correcting me. | 12:28:57 |
| 20 | A   Well, you said "fetal cells," not fetal | 12:28:59 |
| 21 | DNA. | 12:29:01 |
| 22 | Q   Yes.  Good.  Thank you.  I'm sorry. | 12:29:01 |
| 23 | Once you know where you want to look for | 12:29:03 |
| 24 | fetal DNA in the material -- in the maternal plasma, | 12:29:05 |
| 25 | as an example from -- per Dr. Lo's 1997 paper, the | 12:29:10 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 156

| | | |
|---|---|---|
| 1 | techniques for how to look for that DNA, how would | 12:29:22 |
| 2 | one of skill in the art know of those techniques at | 12:29:35 |
| 3 | that time? | 12:29:36 |
| 4 |     MR. HOLMES:  Objection.  Vague. | 12:29:37 |
| 5 |     THE WITNESS:  Techniques such as the | 12:29:39 |
| 6 | polymerase chain reaction were known in the field at | 12:29:40 |
| 7 | that point. | 12:29:43 |
| 8 | BY MR. IANCU: | 12:29:43 |
| 9 |     Q    And with that you can use to detect DNA, | 12:29:44 |
| 10 | correct? | 12:29:47 |
| 11 |     A    Yes. | 12:29:47 |
| 12 |     Q    Now, in your report at paragraph 47 | 12:29:50 |
| 13 | through 50 you describe a variety of awards and | 12:30:33 |
| 14 | honors that you believe Dr. Lo received; is that | 12:30:41 |
| 15 | right? | 12:30:44 |
| 16 |     A    That's correct. | 12:30:45 |
| 17 |     Q    Go ahead and take a quick look through | 12:30:46 |
| 18 | that.  I'll have a couple of questions on that. | 12:30:50 |
| 19 |     A    Okay. | 12:30:53 |
| 20 |     Q    My question, Dr. Evans, is:  Specifically, | 12:31:12 |
| 21 | do you know what all of these awards were for in | 12:31:21 |
| 22 | paragraph 47, for example? | 12:31:23 |
| 23 |     A    I do not know specifically what they were | 12:31:43 |
| 24 | for. | 12:31:47 |
| 25 |     Q    Okay.  So in paragraph 50 you indicated | 12:31:49 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 167

| | | |
|---|---|---|
| 1 | Q    Let me try, then -- let me ask a different | 12:48:15 |
| 2 | question.  Who was it that made it known that | 12:48:19 |
| 3 | cell-free DNA was present in the maternal plasma in | 12:48:20 |
| 4 | detectable quantities? | 12:48:24 |
| 5 |     A    Dr. Lo and Wainscoat. | 12:48:26 |
| 6 |     Q    Anyone else? | 12:48:32 |
| 7 |     A    Dr. Lo and Wainscoat had the sentinel | 12:48:34 |
| 8 | discovery, which resulted in the Lancet paper, other | 12:48:38 |
| 9 | papers and ultimately in the patents in question and | 12:48:43 |
| 10 | are regarded in the field as the pioneers who found | 12:48:46 |
| 11 | this and learned how to use it when no one else in | 12:48:51 |
| 12 | the field actively working on it thought it could | 12:48:57 |
| 13 | possibly be done. | 12:48:59 |
| 14 |     Q    In the next sentence where you begin with | 12:49:22 |
| 15 | "Indeed," do you see that next sentence? | 12:49:25 |
| 16 |     A    Okay. | 12:49:27 |
| 17 |     Q    It ends with, quote, "Nobody thought that | 12:49:28 |
| 18 | fetal cell-free DNA would be present," closed quote; | 12:49:31 |
| 19 | do you see that? | 12:49:39 |
| 20 |     A    Yes. | 12:49:44 |
| 21 |     Q    Which you mean is that nobody thought that | 12:49:45 |
| 22 | fetal cell-free DNA would be present in the plasma? | 12:49:46 |
| 23 |     A    In the maternal plasma. | 12:49:50 |
| 24 |     Q    Right?  Now, it was always there, right? | 12:49:54 |
| 25 |     A    We now understand that it was there. | 12:50:01 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 188

| | | |
|---|---|---|
| 1 | A   Incredibly rare, but yes. | 02:16:54 |
| 2 | Q   Okay.  Let's go to paragraph 104.  Go | 02:17:31 |
| 3 | ahead and read that to yourself. | 02:17:33 |
| 4 | A   Okay. | 02:17:58 |
| 5 | Q   Others before Dr. Lo amplified and | 02:18:39 |
| 6 | detected nucleic acids, right? | 02:18:42 |
| 7 | A   Yes. | 02:18:47 |
| 8 | Q   In fact, traditional DNA diagnostics well | 02:18:47 |
| 9 | before 1997 traditionally involved three steps, | 02:18:52 |
| 10 | right:  Sample preparation, amplification, and | 02:18:58 |
| 11 | detection, correct? | 02:19:00 |
| 12 | MR. HOLMES:  Objection.  Vague. | 02:19:01 |
| 13 | THE WITNESS:  Commonly. | 02:19:02 |
| 14 | BY MR. IANCU: | 02:19:03 |
| 15 | Q   And the others before Dr. Lo amplified and | 02:19:10 |
| 16 | detected nucleic acid in plasma or serum, true? | 02:19:12 |
| 17 | A   Yes. | 02:19:17 |
| 18 | Q   And, actually, amplifying and detecting | 02:19:24 |
| 19 | nucleic acids was done using fetal cells in maternal | 02:19:26 |
| 20 | blood for years before the '540 patent, right? | 02:19:32 |
| 21 | A   Repeat that again, please. | 02:19:34 |
| 22 | Q   Amplifying and detecting nucleic acids was | 02:19:37 |
| 23 | done using fetal cells in maternal blood for years | 02:19:41 |
| 24 | before the '540 patent, correct? | 02:19:43 |
| 25 | MR. HOLMES:  I'm going to object to the | 02:19:45 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
MARK I. EVANS, M.D. - 4/27/2012

Page 257

| | | |
|---|---|---|
| 1 | the foregoing is true and correct.  Subscribed at | 05:22:51 |
| 2 | _____, California, this _____ day of | 05:22:51 |
| 3 | _____, 2012. | 05:22:51 |
| 4 | | 05:22:51 |
| 5 | | 05:22:51 |
| 6 | _____ | 05:22:51 |
| 7 | MARK I. EVANS, M.D. | 05:22:51 |
| 8 | | 05:22:51 |
| 9 | ---o0o--- | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

## CERTIFICATE OF REPORTER

I, **CATHERINE A. RYAN**, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me first duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: April 30, 2012

(CATHERINE A. RYAN, CSR NO. 8239)