# EXHIBIT F

## Root, Peter

**From:**          Somait, Lina [LSomait@irell.com]
**Sent:**           Thursday, September 05, 2013 11:54 AM
**To:**             Root, Peter
**Cc:**             #Ariosa/Sequenom [Int]; Sequenom Team
**Subject:**      RE: Proposed Schedule for PI and Trial Date

Pete,

Ariosa will not be joining in Sequenom's request.

Regards,
Lina

---

**From:** Root, Peter [mailto:Peter.Root@kayescholer.com]
**Sent:** Wednesday, September 04, 2013 3:03 PM
**To:** Somait, Lina
**Cc:** #Ariosa/Sequenom [Int]; ~sequenomteam@kayescholer.com
**Subject:** RE: Proposed Schedule for PI and Trial Date

Lina,

As discussed in our call yesterday, attached is a proposed joint request and proposed order for a scheduling conference with the Court.

The Sequenom proposals that will be Attachment A are the revised proposed schedule and the alternative proposed schedule that I emailed to you on August 28.  For Attachment B, we can attach your email of August 28 or, if you prefer, you can change it to a word document.

Please let me know if you have any comments by noon tomorrow, so that we can get the joint request filed tomorrow.

Regards,
Pete

---

**From:** Root, Peter
**Sent:** Friday, August 30, 2013 5:57 PM
**To:** 'Somait, Lina'
**Cc:** #Ariosa/Sequenom [Int]; Sequenom Team
**Subject:** RE: Proposed Schedule for PI and Trial Date

Lina,

I will you call you at 2:30 on Tuesday, September 3.

Have a nice weekend.

Regards,
Pete

---

**From:** Somait, Lina [mailto:LSomait@irell.com]
**Sent:** Friday, August 30, 2013 7:57 AM