| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | KAYE SCHOLER LLP |
| Edward R. Reines (135960) | Michael J. Malecek (171034) |
| (edward.reines@weil.com) | (michael.malecek@kayescholer.com) |
| Derek C. Walter (246322) | Stephen C. Holmes (200727) |
| (derek.walter@weil.com) | (stephen.holmes@kayescholer,com) |
| Silicon Valley Office | Two Palo Alto Square, |
| 201 Redwood Shores Parkway | 3000 El Camino Real, Suite 400 |
| Redwood Shores, CA 94065 | Palo Alto, California 94306 |
| Telephone: (650) 802-3000 | Telephone: (650) 319-4500 |
| Facsimile: (650) 802-3100 | Facsimile: (650) 319-4700 |
| | |
| Attorneys for Plaintiffs and Counterclaim Defendants | Attorneys for Defendants and Counterclaim-Plaintiffs |
| VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY | SEQUENOM, INC. and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC |
| | |
| IRELL & MANELLA LLP | BARTKO, ZANKEL, BUNZEL & MILLER |
| David I. Gindler (117824) | W. Paul Schuck (203717) |
| (dgindler @irell.com) | (pschuck@bzbm.com) |
| Andrei Iancu (184973) | Sony B. Barari (243379) |
| (aiancu@irell.com) | (sbarari@bzbm.com) |
| Amir Naini (226627) | One Embarcadero Center, Suite 800 |
| (anaini@irell.com) | San Francisco, California 94111 |
| 1800 Avenue of the Stars, Suite 900 | Telephone: (415) 956-1900 |
| Los Angeles, CA 90067-4276 | Facsimile: (415) 956-1152 |
| Telephone: (310) 277-1010 | |
| Facsimile: (310) 203-7199 | Attorneys for Plaintiff and Counterclaim-Defendant |
| | NATERA, INC. |
| Attorneys for Plaintiff and Counterclaim-Defendant | and Counterclaim-Defendant |
| ARIOSA DIAGNOSTICS, INC. and LABORATORY CORPORATION OF AMERICA HOLDINGS | DNA DIAGNOSTICS CENTER, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIOSA DIAGNOSTICS, INC., <br><br> Plaintiffs and Counterclaim Defendants,, <br><br> v. <br><br> SEQUENOM, INC., <br><br> Defendants and Counterclaim Plaintiffs. <br><br> and related counterclaims. | Case No. 3:11-cv-06391-SI <br> Case No. 3:12-cv-00865-SI <br> Case No. 3:12-cv-00132-SI <br> Case No. 3:12-cv-05501-SI <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Susan Illston |

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR FURTHER CASE
MANAGEMENT CONFERENCE

CASE NO 3:11-CV-06391-SI
CASE NO 3:12-CV-00865-SI
CASE NO 3:12-CV-00132-SI
CASE NO 3:12-CV-05501-SI

| | | |
|---|---|---|
| 1 | NATERA, INC. and DNA DIAGNOSTICS CENTER, INC., | ) ) |
| 2 | | ) |
| 3 | Plaintiffs and Counterclaim Defendants, | ) ) |
| | v. | ) |
| 4 | | ) |
| | SEQUENOM, INC., | ) |
| 5 | | ) |
| 6 | Defendants and Counterclaim Plaintiffs. | ) ) |
| 7 | ISIS INNOVATION LIMITED, | ) ) |
| 8 | Defendant. | ) ) |
| 9 | and related counterclaims. | ) ) |
| 10 | VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND | ) ) ) |
| 11 | STANFORD JUNIOR UNIVERSITY, | ) |
| 12 | Plaintiffs and Counterclaim-Defendants | ) ) |
| 13 | v. | ) |
| 14 | SEQUENOM, INC., and SEQUENOM CENTER FOR MOLECULAR | ) ) |
| 15 | MEDICINE, LLC | ) |
| 16 | Defendants and Counterclaim-Plaintiffs, | ) ) |
| 17 | and related counterclaims. | ) |
| 18 | | ) |
| 19 | VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND | ) ) |
| 20 | STANFORD JUNIOR UNIVERSITY, | ) |
| 21 | Plaintiffs and Counterclaim-Defendants | ) ) |
| 22 | v. | ) |
| 23 | ARIOSA DIAGNOSTICS, INC., and LABORATORY CORPORATION OF | ) ) |
| 24 | AMERICA HOLDINGS, | ) |
| 25 | Defendants and Counterclaim-Plaintiffs. | ) ) |
| 26 | | ) |
| 27 | | ) |
| 28 | | |

1 Verinata Health, Inc. ("Verinata"), The Board of Trustees of the Leland Stanford Junior
2 University ("Stanford"), Ariosa Diagnostics, Inc. ("Ariosa"), Laboratory Corporation of America
3 Holdings ("LabCorp"), Natera, Inc. ("Natera"), DNA Diagnostics Center, Inc. ("DDC"),
4 Sequenom. Inc. and Sequenom Center for Molecular Medicine, LLC ("Sequenom"), and Isis
5 Innovation Limited ("Isis") (collectively, the "Parties") by and through their respective counsel of
6 record, hereby stipulate as follows:

7 WHEREAS, on October 1, the Court continued the Further Case Management Conference
8 set for November 1, 2013 to November 6, 2013 at 10:00 AM (Dkt. 241 in Case No. 11-cv-06391);

9 WHEREAS, the Parties have agreed to reschedule the Further Case Management
10 Conference set for November 6, 2013 at 10:00 AM to November 6, 2013 at 3:00 PM;

11 WHEREAS, the Court has confirmed that it is available for a Further Case Management
12 Conference on November 6, 2013 at 3:00 PM;

13 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
14 their respective counsel, that the Further Case Management Conference set for November 6, 2013
15 at 10:00 AM be continued to November 6, 2013 at 3:00 PM.

16 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

17
18 Dated: October 18, 2013      WEIL, GOTSHAL & MANGES LLP

19
20                              By:   */s/ Derek C. Walter*
                                      Derek C. Walter
21                                    Attorneys for Plaintiffs
                                      VERINATA HEALTH, INC. and THE BOARD
                                      OF TRUSTEES OF THE LELAND STANFORD
22                                    JUNIOR UNIVERSITY

23
    Dated: October 18, 2013      KAYE SCHOLER LLP
24

25
                                 By:   */s/ Michael Malecek*
26                                     Michael Malecek
                                       Attorneys for Defendants and
27                                     Counterclaim Plaintiffs SEQUENOM, INC. and
                                       SEQUENOM CENTER FOR MOLECULAR
28                                     MEDICINE LLC

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR FURTHER CASE
MANAGEMENT CONFERENCE                - 3 -

CASE NO 3:11-CV-06391-SI
CASE NO 3:12-CV-00865-SI
CASE NO 3:12-CV-00132-SI
CASE NO 3:12-CV-05501-SI

| | |
|---|---|
| Dated: October 18, 2013 | IRELL & MANELLA LLP |
| | By: */s/ Amir Naini* |
| |     Amir Naini |
| | Attorneys for Plaintiffs and Counterclaim-Defendants ARIOSA DIAGNOSTICS, Inc. and LABORATORY CORPORATION OF AMERICA HOLDINGS |
| Dated: October 18, 2013 | BARTKO, ZANKEL, BUNZEL, & MILLER |
| | By: */s/ Paul Schuck* |
| |     Paul Schuch |
| | Attorneys for Plaintiff and Counterclaim-Defendant NATERA, INC. and Counterclaim-Defendant DNA DIAGNOSTICS CENTER, INC. |
| Dated: October 18, 2013 | SATTERLEE STEPHENS BURKE & BURKE LLP |
| | By: */s/ Mario Aieta* |
| |     Mario Aieta |
| | Attorneys for Nominal Defendant ISIS INNOVATION LIMITED |

### **GENERAL ORDER ATTESTATION**

I, Derek C. Walter, am the ECF user whose ID and password are being used to file the parties' STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULING FOR SEQUENOM'S CONTINGENT MOTION TO STAY PROCEEDINGS. In compliance with General Order 45, X.B, I hereby attest that the above counsel have concurred in this filing.

Dated: October 18, 2013     */s/ Derek C. Walter*
    Derek C. Walter

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/21/13     *[signature: Susan Illston]*

    Honorable Susan Illston
    United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR FURTHER CASE
MANAGEMENT CONFERENCE
- 4 -
CASE NO 3:11-CV-06391-SI
CASE NO 3:12-CV-00865-SI
CASE NO 3:12-CV-00132-SI
CASE NO 3:12-CV-05501-SI