# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIOSA DIAGNOSTICS, INC., | Case No. 3:11-cv-06391-SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SEQUENOM'S ADMINISTRATIVE MOTION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON SEQUENOM'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| SEQUENOM, INC., | |
| Defendant/ Counterclaim-Plaintiff, | The Honorable Susan Illston |
| v. | Current Hearing Date: January 17, 2014 |
| ARIOSA DIAGNOSTICS, INC., | Proposed New Hearing Date: June 27, 2014 |
| Counterclaim-Defendant, | |
| and | |
| ISIS INNOVATION LIMITED, | |
| Nominal Counterclaim-Defendant. | |

Defendant/Counterclaim-Plaintiff Sequenom, Inc. ("Sequenom") has moved for an order continuing the briefing schedule and hearing date of Sequenom's motion for a preliminary injunction related to U.S. Patent No. 6,258,540 (the "'540 patent").  Plaintiff/Counterclaim-Defendant Ariosa Diagnostics, Inc.'s ("Ariosa") does not oppose.  The Court, having considered Sequenom's administrative motion and supporting declaration of Michael J. Malecek, finds good cause to grant the unopposed motion.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Sequenom's Administrative Motion to Continue Briefing Schedule and Hearing Date on Sequenom's Motion for a Preliminary Injunction is GRANTED, and the briefing and hearing date of Sequenom's Motion for a Preliminary Injunction is continued as follows:

1. Sequenom's opening supplemental brief in support of its motion for a preliminary injunction must be filed by **Friday, April 11, 2014**.
2. Depositions of Sequenom's fact and expert witnesses relied on by Sequenom in its opening supplemental brief must be completed by **Friday, April 25, 2014**.
3. Ariosa's opposition must be filed by **Friday, May 9, 2014**.
4. Depositions of Ariosa's fact and expert witnesses relied on by Ariosa in its opposition must be completed by **Friday, May 23, 2014**.
5. Sequenom's reply must be filed by **Friday, June 6, 2014**.
6. The Court will hold a hearing on Sequenom's motion for a preliminary injunction on **Friday, June 27, 2014 at 9:00 a.m.**

**IT IS SO ORDERED**:

Dated:  10/22/13

United States District Judge Susan Illston