| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Edward R. Reines (135960)<br>(edward.reines@weil.com)<br>Derek C. Walter (246322)<br>(derek.walter@weil.com)<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Attorneys for Plaintiffs and Counterclaim Defendants<br>VERINATA HEALTH, INC. and<br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY | KAYE SCHOLER LLP<br>Michael J. Malecek (171034)<br>(michael.malecek@kayescholer.com)<br>Stephen C. Holmes (200727)<br>(stephen.holmes@kayescholer,com)<br>Two Palo Alto Square,<br>3000 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 319-4500<br>Facsimile: (650) 319-4700<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs<br>SEQUENOM, INC. and<br>SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC |
| IRELL & MANELLA LLP<br>David I. Gindler (117824)<br>(dgindler @irell.com)<br>Andrei Iancu (184973)<br>(aiancu@irell.com)<br>Amir Naini (226627)<br>(anaini@irell.com)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Attorneys for Plaintiff and Counterclaim-Defendant<br>ARIOSA DIAGNOSTICS, INC. and<br>LABORATORY CORPORATION OF AMERICA HOLDINGS | BARTKO, ZANKEL, BUNZEL & MILLER<br>W. Paul Schuck (203717)<br>(pschuck@bzbm.com)<br>Sony B. Barari (243379)<br>(sbarari@bzbm.com)<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile: (415) 956-1152<br><br>Attorneys for Plaintiff and Counterclaim-Defendant<br>NATERA, INC.<br>and Counterclaim-Defendant<br>DNA DIAGNOSTICS CENTER, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIOSA DIAGNOSTICS, INC.,<br><br>    Plaintiffs and Counterclaim Defendants,,<br><br>    v.<br><br>SEQUENOM, INC.,<br><br>    Defendants and Counterclaim Plaintiffs.<br><br>and related counterclaims. | Case No. 3:11-cv-06391-SI<br>Case No. 3:12-cv-00865-SI<br>Case No. 3:12-cv-00132-SI<br>Case No. 3:12-cv-05501-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Susan Illston |

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR FURTHER CASE
MANAGEMENT CONFERENCE

CASE NO. 3:11-CV-06391-SI
CASE NO. 3:12-CV-00865-SI
CASE NO. 3:12-CV-00132-SI
CASE NO. 3:12-CV-05501-SI

| | |
|---|---|
| 1  | NATERA, INC. and DNA DIAGNOSTICS CENTER, INC., )
| 2  |       )
| 3  |             Plaintiffs and Counterclaim Defendants, )
|    |       v. |
| 4  | SEQUENOM, INC., |
| 5  |       |
| 6  |             Defendants and Counterclaim Plaintiffs. |
| 7  | ISIS INNOVATION LIMITED, |
| 8  |             Defendant. |
| 9  | and related counterclaims. |
| 10 | VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, |
| 11 |       |
| 12 |             Plaintiffs and Counterclaim-Defendants |
| 13 |       v. |
| 14 | SEQUENOM, INC., and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC |
| 15 |       |
| 16 |             Defendants and Counterclaim-Plaintiffs, |
| 17 | and related counterclaims. |
| 18 |       |
| 19 | VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, |
| 20 |       |
| 21 |             Plaintiffs and Counterclaim-Defendants |
| 22 |       v. |
| 23 | ARIOSA DIAGNOSTICS, INC., and LABORATORY CORPORATION OF AMERICA HOLDINGS, |
| 24 |       |
| 25 |             Defendants and Counterclaim-Plaintiffs. |
| 26 |       |
| 27 |       |
| 28 |       |

1  Verinata Health, Inc. ("Verinata"), The Board of Trustees of the Leland Stanford Junior
2  University ("Stanford"), Ariosa Diagnostics, Inc. ("Ariosa"), Laboratory Corporation of America
3  Holdings ("LabCorp"), Natera, Inc. ("Natera"), DNA Diagnostics Center, Inc. ("DDC"),
4  Sequenom. Inc. and Sequenom Center for Molecular Medicine, LLC ("Sequenom"), and Isis
5  Innovation Limited ("Isis") (collectively, the "Parties") by and through their respective counsel of
6  record, hereby stipulate as follows:

7  WHEREAS, due to a scheduling conflict of lead trial counsel for Verinata and Stanford,
8  the Parties have agreed to reschedule the Further Case Management Conference set for November
9  6, 2013 at 3:00 PM to November 13, 2013 at 2:30 PM;

10  WHEREAS, the Court has confirmed that it is available for a Further Case Management
11  Conference on November 13, 2013 at 2:30 PM;

12  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
13  their respective counsel, that the Further Case Management Conference set for November 6, 2013
14  at 3:00 PM be continued to November 13, 2013 at 2:30 PM.

15  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

16
17  Dated:  November 5, 2013            WEIL, GOTSHAL & MANGES LLP

18
                                        By:  */s/ Derek C. Walter*
19                                           Derek C. Walter
                                             Attorneys for Plaintiffs
20                                           VERINATA HEALTH, INC. and THE BOARD
                                             OF TRUSTEES OF THE LELAND STANFORD
21                                           JUNIOR UNIVERSITY

22
   Dated:  November 5, 2013            KAYE SCHOLER LLP
23

24
                                        By:  */s/ Michael Malecek*
25                                           Michael Malecek
                                             Attorneys for Defendants and
26                                           Counterclaim Plaintiffs SEQUENOM, INC. and
                                             SEQUENOM CENTER FOR MOLECULAR
27                                           MEDICINE LLC
   Dated:  November 5, 2013            IRELL & MANELLA LLP
28
                                        By:  */s/ Amir Naini*

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR FURTHER CASE
MANAGEMENT CONFERENCE                    - 3 -

CASE NO. 3:11-CV-06391-SI
CASE NO. 3:12-CV-00865-SI
CASE NO. 3:12-CV-00132-SI
CASE NO. 3:12-CV-05501-SI

|   |   |
|---|---|
| | Amir Naini |
| | Attorneys for Plaintiffs and Counterclaim-Defendants ARIOSA DIAGNOSTICS, Inc. and LABORATORY CORPORATION OF AMERICA HOLDINGS |
| Dated: November 5, 2013 | BARTKO, ZANKEL, BUNZEL, & MILLER |
| | By: _/s/ Paul Schuck_ |
| | Paul Schuck |
| | Attorneys for Plaintiff and Counterclaim-Defendant NATERA, INC. and Counterclaim-Defendant DNA DIAGNOSTICS CENTER, INC. |
| Dated: November 5, 2013 | SATTERLEE STEPHENS BURKE & BURKE LLP |
| | By: _/s/ Mario Aieta_ |
| | Mario Aieta |
| | Attorneys for Nominal Defendant ISIS INNOVATION LIMITED |

### GENERAL ORDER ATTESTATION

I, Peter Root, am the ECF user whose ID and password are being used to file the parties' STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULING FOR SEQUENOM'S CONTINGENT MOTION TO STAY PROCEEDINGS. In compliance with General Order 45, X.B, I hereby attest that the above counsel have concurred in this filing.

Dated: November 5, 2013          _/s/ Peter Root_
                                 Peter Root

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/5/13                   _Susan Illston_ (signature)
                                 Honorable Susan Illston
                                 United States District Court Judge