| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP | KAYE SCHOLER LLP |

1  WEIL, GOTSHAL & MANGES LLP
   Edward R. Reines (135960)
2  (edward.reines@weil.com)
   Derek C. Walter (246322)
3  (derek.walter@weil.com)
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
5  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100

6

7  Attorneys for Plaintiffs and Counterclaim
   Defendants
8  VERINATA HEALTH, INC. and
   THE BOARD OF TRUSTEES OF THE
9  LELAND STANFORD JUNIOR
   UNIVERSITY

10 IRELL & MANELLA LLP
   David I. Gindler (117824)
11 (dgindler @irell.com)
   Andrei Iancu (184973)
12 (aiancu@irell.com)
   Amir Naini (226627)
13 (anaini@irell.com)
   1800 Avenue of the Stars, Suite 900
14 Los Angeles, CA 90067-4276
   Telephone: (310) 277-1010
15 Facsimile: (310) 203-7199

16 Attorneys for Plaintiff and Counterclaim-
   Defendant
17 ARIOSA DIAGNOSTICS, INC. and
   LABORATORY CORPORATION OF
18 AMERICA HOLDINGS

KAYE SCHOLER LLP
Michael J. Malecek (171034)
(michael.malecek@kayescholer.com)
Stephen C. Holmes (200727)
(stephen.holmes@kayescholer,com)
Two Palo Alto Square,
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Defendants and
Counterclaim-Plaintiffs
SEQUENOM, INC. and
SEQUENOM CENTER FOR MOLECULAR
MEDICINE, LLC

BARTKO, ZANKEL, BUNZEL & MILLER
W. Paul Schuck (203717)
(pschuck@bzbm.com)
Sony B. Barari (243379)
(sbarari@bzbm.com)
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff and Counterclaim-
Defendant
NATERA, INC.
and Counterclaim-Defendant
DNA DIAGNOSTICS CENTER, INC.

19           **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
20

| | | |
|---|---|---|
| 21 | ARIOSA DIAGNOSTICS, INC., | ) Case No. 3:11-cv-06391-SI |
| | | ) Case No. 3:12-cv-00865-SI |
| 22 | Plaintiffs and Counterclaim | ) Case No. 3:12-cv-00132-SI |
| | Defendants,, | ) Case No. 3:12-cv-05501-SI |
| 23 | v. | ) |
| | | ) **STIPULATION AND [~~PROPOSED~~]** |
| 24 | SEQUENOM, INC., | ) **ORDER REGARDING SCHEDULE FOR** |
| | | ) **FURTHER CASE MANAGEMENT** |
| 25 | Defendants and Counterclaim | ) **CONFERENCE** |
| | Plaintiffs. | ) |
| 26 | | ) |
| | and related counterclaims. | ) Judge: Hon. Susan Illston |
| 27 | | ) |
| | | ) |
| 28 | | ) |

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR FURTHER CASE
MANAGEMENT CONFERENCE

| | |
|---|---|
| 1   NATERA, INC. and DNA DIAGNOSTICS CENTER, INC., | ) <br> ) |
| 2 | ) |
|          Plaintiffs and Counterclaim | ) |
| 3          Defendants, | ) |
|     v. | ) |
| 4 | ) |
|    SEQUENOM, INC., | ) |
| 5 | ) |
|          Defendants and Counterclaim | ) |
| 6          Plaintiffs. | ) |
| 7    ISIS INNOVATION LIMITED, | ) <br> ) |
| 8          Defendant. | ) <br> ) |
| 9    <u>and related counterclaims.</u> | ) |
| 10   VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND | ) <br> ) |
| 11   STANFORD JUNIOR UNIVERSITY, | ) <br> ) |
| 12          Plaintiffs and Counterclaim-Defendants | ) |
| 13     v. | ) |
| 14   SEQUENOM, INC., and SEQUENOM CENTER FOR MOLECULAR | ) |
| 15   MEDICINE, LLC | ) |
| 16          Defendants and Counterclaim-Plaintiffs, | ) |
| 17   and related counterclaims. | ) |
| 18 | ) |
| 19   VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND | ) |
| 20   STANFORD JUNIOR UNIVERSITY, | ) |
| 21          Plaintiffs and Counterclaim-Defendants | ) |
| 22     v. | ) |
| 23   ARIOSA DIAGNOSTICS, INC., and LABORATORY CORPORATION OF | ) |
| 24   AMERICA HOLDINGS, | ) |
| 25          Defendants and Counterclaim-Plaintiffs. | ) |
| 26 | ) |
| 27 | ) |
| 28 | |

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER <br> REGARDING SCHEDULE FOR FURTHER CASE <br> MANAGEMENT CONFERENCE     - 2 - | CASE NO. 3:11-CV-06391-SI <br> CASE NO. 3:12-CV-00865-SI <br> CASE NO. 3:12-CV-00132-SI <br> CASE NO. 3:12-CV-05501-SI |

1     Verinata Health, Inc. ("Verinata"), The Board of Trustees of the Leland Stanford Junior

2  University ("Stanford"), Ariosa Diagnostics, Inc. ("Ariosa"), Laboratory Corporation of America

3  Holdings ("LabCorp"), Natera, Inc. ("Natera"), DNA Diagnostics Center, Inc. ("DDC"),

4  Sequenom. Inc. and Sequenom Center for Molecular Medicine, LLC ("Sequenom"), and Isis

5  Innovation Limited ("Isis") (collectively, the "Parties") by and through their respective counsel of

6  record, hereby stipulate as follows:

7     WHEREAS, due to a scheduling conflict of lead trial counsel for Verinata and Stanford,

8  the Parties have agreed to reschedule the Further Case Management Conference set for November

9  6, 2013 at 3:00 PM to November 13, 2013 at 2:30 PM;

10     WHEREAS, the Court has confirmed that it is available for a Further Case Management

11  Conference on November 13, 2013 at 2:30 PM;

12     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through

13  their respective counsel, that the Further Case Management Conference set for November 6, 2013

14  at 3:00 PM be continued to November 13, 2013 at 2:30 PM.

15          **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

16

17  Dated:  November 5, 2013            WEIL, GOTSHAL & MANGES LLP

18
                                        By:___*/s/ Derek C. Walter*_____
19                                           Derek C. Walter
                                          Attorneys for Plaintiffs
20                                        VERINATA HEALTH, INC. and THE BOARD
                                          OF TRUSTEES OF THE LELAND STANFORD
21                                        JUNIOR UNIVERSITY

22
    Dated:  November 5, 2013            KAYE SCHOLER LLP
23

24                                      By:___*/s/ Michael Malecek*_____
                                             Michael Malecek
25                                        Attorneys for Defendants and
                                          Counterclaim Plaintiffs SEQUENOM, INC. and
26                                        SEQUENOM CENTER FOR MOLECULAR
                                          MEDICINE LLC
27  Dated:  November 5, 2013            IRELL & MANELLA LLP

28
                                        By:___*/s/ Amir Naini*_____

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR FURTHER CASE
MANAGEMENT CONFERENCE                  - 3 -

CASE NO. 3:11-CV-06391-SI
CASE NO. 3:12-CV-00865-SI
CASE NO. 3:12-CV-00132-SI
CASE NO. 3:12-CV-05501-SI

1

2

3

Amir Naini
Attorneys for Plaintiffs and Counterclaim-
Defendants ARIOSA DIAGNOSTICS, Inc. and
LABORATORY CORPORATION OF
AMERICA HOLDINGS

4

5

Dated:  November 5, 2013          BARTKO, ZANKEL, BUNZEL, & MILLER

6

By:    */s/ Paul Schuck*
          Paul Schuck
Attorneys for Plaintiff and Counterclaim-

7

Defendant NATERA, INC. and Counterclaim-
Defendant DNA DIAGNOSTICS CENTER,

8

INC.

9

10

Dated:  November 5, 2013          SATTERLEE STEPHENS BURKE & BURKE LLP

11

By:    */s/ Mario Aieta*
          Mario Aieta
Attorneys for Nominal Defendant

12

ISIS INNOVATION LIMITED

13

14

**GENERAL ORDER ATTESTATION**

15

I, Peter Root, am the ECF user whose ID and password are being used to file the parties'

16

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULING FOR

17

SEQUENOM'S CONTINGENT MOTION TO STAY PROCEEDINGS. In compliance with

18

General Order 45, X.B, I hereby attest that the above counsel have concurred in this filing.

19

Dated:  November 5, 2013              */s/ Peter Root*
                                                      Peter Root

20

21

22

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24

25

DATED:  ____11/5/13_____        _____

26

Honorable Susan Illston
United States District Court Judge

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR FURTHER CASE
MANAGEMENT CONFERENCE          - 4 -

CASE NO. 3:11-CV-06391-SI
CASE NO. 3:12-CV-00865-SI
CASE NO. 3:12-CV-00132-SI
CASE NO. 3:12-CV-05501-SI