UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIOSA DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEQUENOM, INC., <br><br> Defendant/ Counterclaim-Plaintiff, <br><br> v. <br><br> ARIOSA DIAGNOSTICS, INC., <br><br> Counterclaim-Defendant, <br><br> and <br><br> ISIS INNOVATION LIMITED, <br><br> Nominal Counterclaim-Defendant. | Case No. 3:11-cv-06391-SI <br><br> [~~PROPOSED~~] FINAL JUDGMENT |

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters Final Judgment in this action as follows:

1. For the reasons stated in the Court's October 30, 2013 Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment, judgment is hereby entered in favor of Plaintiff Ariosa Diagnostics, Inc. ("Ariosa") and against Defendant Sequenom, Inc. ("Sequenom") on Sequenom's counterclaim for infringement.

2. Ariosa's claim for a declaration of noninfringement is hereby dismissed without prejudice as moot.

1  **IT IS SO ORDERED AND ADJUDGED:**

3  Dated: November 20, 2013

_____
The Honorable Susan Illston
United States District Court Judge